# UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: Free Speech Coalition: 7018 Owensmouth Ave., #201, Canoga Park, CA 91303 / Plaintiff Barone: 612 Race Street, Perkasie, PA 18944

Address of Defendant: 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530

Place of Accident, Incident or Transaction: _involves the constitutionality of federal statutes and regulations applied throughout the country_
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐  No **X**

Does this case involve multidistrict litigation possibilities?    Yes☐  No **X**

*RELATED CASE, IF ANY:*
Case Number: _____  Judge _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
    Yes☐  No **X**

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
    Yes☐  No **X**

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
    Yes☐  No **X**

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
    Yes☐  No **X**

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

**A.** *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. **X** All other Federal Question Cases
    (Please specify) constitutional challenge to federal criminal statutes and regulations.

**B.** *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _Kevin E. Raphael_, counsel of record do hereby certify:
    ☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
    ☐ Relief other than monetary damages is sought.

DATE: _10-7-09_    _____    _72673_
                        Attorney-at-Law                Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _10-7-09_    _____    _72673_
                        Attorney-at-Law                Attorney I.D.#

CIV. 609 (6/08)

**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Free Speech Coalition, Inc., et al.                    :

                              V.                         :          Civil Action
                                                         :          No: _____
The Honorable Eric H. Holder, Jr.                       :

DISCLOSURE STATEMENT FORM

Please check one box:

☒        The nongovernmental corporate party, <u>American Society of Media Photographers,</u>
         , in the above listed civil action does not have any parent corporation and  Inc.
         publicly held corporation that owns 10% or more of its stock.

☐        The nongovernmental corporate party, _____
         , in the above listed civil action has the following parent corporation(s) and
         publicly held corporation(s) that owns 10% or more of its stock:

         _____
         _____
         _____
         _____

<u>10-7-09</u>                                    _____
Date                                            Signature

                    Counsel for:  <u>Plaintiffs</u>

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
           two copies of a disclosure statement that:
           (1)    identifies any parent corporation and any publicly held corporation
                  owning10% or more of its stock;  or

           (2)    states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
           (1)    file the disclosure statement with its first appearance, pleading,
                  petition, motion, response, or other request addressed to the court;
                  and
           (2)    promptly file a supplemental statement if any required information
                  changes.

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Free Speech Coalition, Inc., et al.          :
                                             :
                    V.                       :          Civil Action
                                             :          No: _____
The Honorable Eric H. Holder, Jr.            :

DISCLOSURE STATEMENT FORM

Please check one box:

☒          The nongovernmental corporate party, <u>C 1 R Distribution, LLC d.b.a. Channel 1 Releasing</u>
           , in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

❑          The nongovernmental corporate party, _____
           , in the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

           _____
           _____
           _____
           _____

_____10-7-09_____          _____
           Date                                        Signature

                    Counsel for:   Plaintiffs

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

   (a)    WHO MUST FILE; CONTENTS.   A nongovernmental corporate party must file
          two copies of a disclosure statement that:
          (1)    identifies any parent corporation and any publicly held corporation
                 owning10% or more of its stock;  or

          (2)    states that there is no such corporation.

   (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
          (1)    file the disclosure statement with its first appearance, pleading,
                 petition, motion, response, or other request addressed to the court;
                 and
          (2)    promptly file a supplemental statement if any required information
                 changes.

**APPENDIX G**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Free Speech Coalition, Inc., et al.      :

                 V.           :       Civil Action

                            :       No: _____

The Honorable Eric H. Holder, Jr.     :

### DISCLOSURE STATEMENT FORM

Please check one box:

☒       The nongovernmental corporate party, <u>Free Speech Coalition, Inc.</u>
         , in the above listed civil action does not have any parent corporation and
         publicly held corporation that owns 10% or more of its stock.

☐       The nongovernmental corporate party, _____
         , in the above listed civil action has the following parent corporation(s) and
         publicly held corporation(s) that owns 10% or more of its stock:

         _____
         _____
         _____
         _____

_10-7-09_____        _____
       Date                              Signature

                  Counsel for:  <u>Plaintiffs</u>

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
      two copies of a disclosure statement that:
      (1)   identifies any parent corporation and any publicly held corporation
           owning10% or more of its stock;  or

      (2)   states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
      (1)   file the disclosure statement with its first appearance, pleading,
           petition, motion, response, or other request addressed to the court;
           and
      (2)   promptly file a supplemental statement if any required information
           changes.

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Free Speech Coalition, Inc., et al.                :

                    V.                             :        Civil Action
                                                   :        No: _____
The Honorable Eric H. Holder, Jr.                  :

DISCLOSURE STATEMENT FORM

Please check one box:

☒        The nongovernmental corporate party, <u>Townsend Enterprises, Inc. d.b.a.</u>
         , in the above listed civil action does not have any parent corporation and <u>Sinclair Institute</u>
         publicly held corporation that owns 10% or more of its stock.

☐        The nongovernmental corporate party, _____
         , in the above listed civil action has the following parent corporation(s) and
         publicly held corporation(s) that owns 10% or more of its stock:

         _____

         _____

         _____


<u>10-7-09</u>                                      _____
Date                                               Signature

                    Counsel for:    <u>Plaintiffs</u>


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
     (a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
            two copies of a disclosure statement that:
            (1)    identifies any parent corporation and any publicly held corporation
                   owning10% or more of its stock;  or

            (2)    states that there is no such corporation.

     (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
            (1)    file the disclosure statement with its first appearance, pleading,
                   petition, motion, response, or other request addressed to the court;
                   and
            (2)    promptly file a supplemental statement if any required information
                   changes.