APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| The Honorable Eric H. Holder, Jr. | : | |
| | : | NO. |

## ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of _Lorraine R. Baumgardner_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Lorraine R. Baumgardner__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __30879__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Ohio | 11/07/1980 | 0019642 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| United States Supreme Court | 10/2008 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals, Sixth Cir. | 7/1982 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| US Dist. Court, Northern Dist. of Ohio | 11/1980 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for    SEE ATTACHED EXHIBIT A

_____
(Applicant's Signature)

10/5/09
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

55 Public Square, Suite 2200
Cleveland, Ohio 44113
216-781-5245

Sworn and subscribed before me this

5th Day of October, 2009

_Bridget Matej_
Notary Public

BRIDGET MATEJ, Notary Public
State of Ohio, Lorain County
My Comm. Exp. March 22, 2011

10/04

## **PLAINTIFFS**

1. Free Speech Coalition, Inc.
2. American Society of Media Photographers, Inc.
3. Michael Barone
4. David Conners a.k.a Dave Cummings
5. Thomas Hymes
6. Townsend Enterprises, Inc. d.b.a. Sinclair Institute
7. C 1 R Distribution, L.L.C. d.b.a. Channel 1 Releasing
8. Barbara Alper
9. Carol Queen
10. Barbara Nitke
11. David Steinberg
12. Marie L. Levine a.k.a. Nina Hartley
13. Dave Levingston
14. Betty Dodson
15. Carlin Ross

EXHIBIT A

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Lorraine R. Baumgardner, Esquire___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Kevin E. Raphael, Esquire | | 1995 | 72673 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pietragallo Gordon Alfano Bosick & Raspanti, LLP

1818 Market Street, Suite 3402

Philadelphia, PA 19103      (215) 320-6200

Sworn and subscribed before me this

7th Day of October, 2009

_Regina M. Browning_
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
       NOTARIAL SEAL
REGINA M. BROWNING Notary Public
   City of Philadelphia, Phila. County
 My Commission Expires March 3, 2010
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| The Hon. Eric H. Holder, Jr., etc. | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Lorraine R. Baumgardner, Esquire__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

The Honorable Eric H. Holder, Jr., in his official capacity as Attorney General of the United States

United States Department of Justice, 950 Pennsylvania Avenue, N.W.

Washington, D.C. 20530

_[signature]_
Signature of Attorney

Kevin E. Raphael, Esquire
Name of Attorney

Plaintiff Free Speech Coalition, Inc., e
Name of Moving Party

10/07/2009
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | : | CIVIL ACTION |
| v. | : | |
| The Hon. Eric H. Holder, Jr., etc. | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Lorraine R. Baumgardner, Esquire__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Michael L. Levy, Esquire

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106

_____
Signature of Attorney

Kevin E. Raphael, Esquire
Name of Attorney

Plaintiff Free Speech Coalition, Inc., e
Name of Moving Party

10/07/2009
Date