APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| The Honorable Eric H. Holder, Jr. | : | |
| | : | NO. |

ORDER

AND NOW, this         Day of               , 20   , it is hereby

ORDERED that the application of <u>J. Michael Murray</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No#_____

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____J. Michael Murray_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __30880__, for the $40.00 admission fee.

A.  *I state that I am currently admitted to practice in the following state jurisdictions:*

| Ohio | 11/19/1976 | 0019626 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdictions:*

| PLEASE SEE ATTACHED EXHIBIT A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  PLEASE SEE ATTACHED EXHIBIT B

_____[signature]_____
(Applicant's Signature)

10/5/09
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

55 Public Square, Suite 2200
Cleveland, Ohio 44113
(216) 781-5245

Sworn and subscribed before me this

5th Day of October, 2009

_____[signature]_____
Notary Public

BRIDGET MATEJ, Notary Public
State of Ohio, Lorain County
My Comm. Exp. March 22, 2011

10/04

J. MICHAEL MURRAY

STATE AND FEDERAL          COURT ADMISSIONS

| | | |
|---|---|---|
| 1. | Ohio (Bar No. 0019626) | 1976 |
| 2. | U.S. Supreme Court | 3/29/82 |
| 3. | U.S. Court of Appeals Second Circuit | 7/29/93 |
| 4. | U.S. Court of Appeals Third Circuit | 4/26/01 |
| 5. | U.S. Court of Appeals Fourth Circuit | 5/21/01 |
| 6. | U.S. Court of Appeals Fifth Circuit | 1/27/93 |
| 7. | U.S. Court of Appeals Sixth Circuit | 10/3/78 |
| 8. | U.S. Court of Appeals Seventh Circuit | 11/3/04 |
| 9. | U.S. Court of Appeals Eighth Circuit | 10/9/98 |
| 10. | U.S. Court of Appeals Ninth Circuit | 7/16/90 |
| 11. | U.S. Court of Appeals Tenth Circuit | 12/14/05 |
| 12. | U.S. Court of Appeals Eleventh Circuit | 3/16/05 |
| 13. | U.S. District Court Northern District of Ohio | 1976 |
| 14. | U.S. District Court Southern District of Ohio | 7/11/01 |
| 15. | U.S. District Court Northern District of New York | 6/8/01 |
| 16. | U.S. District Court Western District of Michigan | 4/7/03 |
| 17. | U.S. District Court Northern District of Texas | 2/18/04 |
| 18. | U.S. District Court Northern District of Indiana | 1/8/04 |
| 19. | U.S. District Court Eastern District of Texas | 11/13/07 |
| 20. | U.S. District Court Western District of Tennessee | 1/8/08 |

EXHIBIT A

## **PLAINTIFFS**

1. Free Speech Coalition, Inc.

2. American Society of Media Photographers, Inc.

3. Michael Barone

4. David Conners a.k.a Dave Cummings

5. Thomas Hymes

6. Townsend Enterprises, Inc. d.b.a. Sinclair Institute

7. C 1 R Distribution, L.L.C. d.b.a. Channel 1 Releasing

8. Barbara Alper

9. Carol Queen

10. Barbara Nitke

11. David Steinberg

12. Marie L. Levine a.k.a. Nina Hartley

13. Dave Levingston

14. Betty Dodson

15. Carlin Ross

EXHIBIT B

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __J. Michael Murray, Esquire__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Kevin E. Raphael, Esquire | [signature] | 1995 | 72673 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pietragallo Gordon Alfano Bosick & Raspanti, LLP

1818 Market Street, Suite 3402

Philadelphia, PA 19103      (215) 320-6200

Sworn and subscribed before me this
7th Day of October, 2009

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
REGINA M. BROWNING, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 3, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| The Hon. Eric H. Holder, Jr., etc. | : | |
| | : | NO. |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __J. Michael Murray, Esquire__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

The Honorable Eric H. Holder, Jr., in his official capacity as Attorney General of the United States

United States Department of Justice, 950 Pennsylvania Avenue, N.W.

Washington, D.C. 20530


_____
Signature of Attorney

Kevin E. Raphael, Esquire
Name of Attorney

Plaintiff Free Speech Coalition, Inc., e
Name of Moving Party

10/07/2009
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| The Hon. Eric H. Holder, Jr., etc. | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___J. Michael Murray, Esquire___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Michael L. Levy, Esquire

615 Chestnut Street, Suite 1250

Philadelphia, PA 19106

_____
Signature of Attorney

Kevin E. Raphael, Esquire
Name of Attorney

Plaintiff Free Speech Coalition, Inc., e
Name of Moving Party

10/07/2009
Date