IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE ERIC H. HOLDER, JR., *in his official capacity as Attorney General of the United States*,<br><br>Defendant. | CIVIL ACTION NO.: 09-4607<br><br><br><br>The Honorable Timothy J. Savage |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter the appearance of J. Peter Shindel, Jr., Esquire on behalf of Plaintiffs Free Speech Coalition, Inc., American Society of Media Photographers, Inc., Michael Barone, David Conners (a/k/a Dave Cummings), Thomas Hymes, Townsend Enterprises, Inc. (d/b/a Sinclair Institute), C1R Distribution, LLC (d/b/a Channel 1 Releasing), Barbara Alper, Carol Queen, Barbara Nitke, David Steinberg, Marie L. Levine (a/k/a Nina Hartley), Dave Levingston, Betty Dodson, and Carlin Ross in the above-captioned matter.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By: _____
J. PETER SHINDEL, JR., ESQUIRE
I.D. No. 201554
E.C.F. No. JPS7462
1818 Market Street, Suite 3402
Philadelphia, PA  19103
(215) 320-6200

*Attorneys for Plaintiffs*

Date:  October 8, 2009

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of J. Peter Shindel, Jr.'s Entry of Appearance was served on this date on the individuals and in the manner described below

<u>VIA ECF AND REGISTERED MAIL</u>

The Honorable Eric H. Holder, Jr.
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Michael L. Levy, Esquire
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

_____
J. PETER SHINDEL, JR., ESQUIRE

*Attorney for Plaintiffs*

DATED: October 8, 2009