IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE HONORABLE ERIC H. HOLDER, JR. | : | NO. 09-4607 |

## ORDER

**AND NOW**, this 13th day of October, 2009, upon consideration of plaintiffs' Motion for *Pro Hac Vice* Admission of Michael Murray (Document Nos. 5 and 8), it is **ORDERED** that the motion is **GRANTED** and Michael Murray, Esquire is admitted *pro hac vice* to the bar of this Court to represent all plaintiffs for purposes of this action only.

**IT IS FURTHER ORDERED** that counsel shall file all pleadings electronically using the Electronic Case Filing (ECF) system, and follow Judge Savage's Policies and Procedures.

                                                          /Timothy J. Savage
                                                      TIMOTHY J. SAVAGE, J.