IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Timothy J. Savage |
| v. | ) STIPULATION FOR 30-DAY |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) EXTENSION OF TIME WITHIN WHICH ) DEFENDANT MAY RESPOND TO ) PLAINTIFFS' MOTION FOR |
| Defendant. | ) PRELIMINARY INJUNCTION |

Pursuant to Local Rule 7.4(b), the parties, through undersigned counsel, hereby stipulate to a 30-day extension of time within which defendant may respond to plaintiffs' Motion for Preliminary Injunction and Request for Evidentiary Hearing in the above-captioned case. No prior extensions have been requested. Plaintiffs filed both a Complaint and a Motion for Preliminary Injunction on October 7, 2009. Both documents were served on the United States Attorney for the Eastern District of Pennsylvania on October 13, 2009. Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 6(d), defendant's response to plaintiffs' Motion is currently due on or before October 30, 2009. Plaintiffs seek a prompt hearing on their motion for preliminary injunction, but, recognizing the numerosity and complexity of the constitutional issues raised by their motion, agree to a 30-day extension and consent to the filing of this stipulation pursuant to Local Rule 5.1.2(9)(c). The parties agree that the deadline for responding to plaintiffs' Motion shall be on or before November 30, 2009.

October 22, 2009                                Respectfully submitted,

                                                TONY WEST
                                                Assistant Attorney General
                                                MICHAEL L. LEVY

United States Attorney
VINCENT GARVEY
Assistant Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*s


**APPROVED AND SO ORDERED
THIS ____ DAY OF _____, 2009.**


_____
**TIMOTHY J. SAVAGE**
***Judge, United States District Court***

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Stipulation has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: October 22, 2009                           /s/_____
                                                              Kathryn L. Wyer