IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE HONORABLE ERIC H. HOLDER, JR. | : | NO. 09-4607 |

## ORDER

**AND NOW**, this 30th day of October, 2009, upon consideration of the Stipulation For A Thirty-Day Extension of Time (Document No. 11), it is **ORDERED** that the stipulation is **APPROVED** and the defendant shall file his response to the Motion for Preliminary Injunction and Request for Evidentiary Hearing no later than **November 30, 2009**.

    /Timothy J. Savage
TIMOTHY J. SAVAGE, J.