

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION,  :  CIVIL ACTION
INC., et al.            :
                        :
    v.                  :
                        :
THE HONORABLE ERIC H.   :  NO. 09-cv-4607
HOLDER, JR.             :

ORDER

AND NOW, this 6th day of **NOVEMBER, 2009**, it is hereby

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Timothy J. Savage to the calendar of the Honorable Michael M. Baylson.

FOR THE COURT:

_____
HARVEY BARTLE III
Chief Judge