IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) UNCONTESTED MOTION TO EXTEND ) THE TIME WITHIN WHICH ) DEFENDANT MAY RESPOND TO ) PLAINTIFFS' MOTION FOR |
| Defendant. | ) PRELIMINARY INJUNCTION |

Defendant, through undersigned counsel, hereby respectfully requests an additional two-week extension of time within which to respond to plaintiffs' Motion for Preliminary Injunction and Request for Evidentiary Hearing in the above-captioned case.  The parties previously stipulated to a 30-day extension of time, until November 30, 2009, for defendant's response.  Due to conflicting deadlines in other cases, however, undersigned counsel has been unable to make sufficient progress in preparing a response, despite her best efforts to do so, and seeks an additional two-week extension.

Plaintiff's Complaint and Motion for Preliminary Injunction were served on the United States Attorney for the Eastern District of Pennsylvania on October 13, 2009.  Among other things, undersigned counsel had dispositive motion briefing deadlines in two other cases on October 26 and November 16, and attended an out-of-town hearing on a motion to dismiss in a third case on November 10.  Currently, undersigned counsel has another dispositive motion briefing deadline on December 7, and another hearing on dispositive motions scheduled for December 1, which is the day after the current deadline here for defendant's response.  Defendant therefore respectfully requests that the deadline for defendant's response to plaintiff's

motion for preliminary injunction be extended two weeks, until December 14, 2009.[1]  Counsel for defendant has conferred with counsel for plaintiffs regarding this proposed extension, and counsel for plaintiffs has indicated that plaintiffs do not oppose defendant's requested extension.

November 20, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General
MICHAEL L. LEVY
United States Attorney
VINCENT GARVEY
Assistant Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

**Certification Pursuant to Local Rule 7.1(b)**

The foregoing Motion to Extend the Time Within Which Defendant May Respond to Plaintiffs' Motion for a Preliminary Injunction is uncontested.

/s/ Kathryn L. Wyer
KATHRYN L. WYER

---

[1] The deadline for defendant's response to plaintiffs' Complaint is currently due December 14, 2009.  Thus, should defendant determine that a motion to dismiss is warranted, defendant's requested extension would also allow defendant to file a combined memorandum in support of such a motion and in opposition to plaintiffs' motion.

## CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Motion has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: November 20, 2009　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　Kathryn L. Wyer