

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

FILED
NOV 24 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Upon consideration of defendant's Uncontested Motion to Extend the Time Within Which to Respond to Plaintiffs' Motion for Preliminary Injunction, and for good cause shown, the Court hereby GRANTS defendant's motion and ORDERS that defendant's response to plaintiffs' Motion for Preliminary Injunction and Request for Expedited Hearing is due on or before December 14, 2009.

11/24/09

_____
The Honorable Michael M. Baylson
United States District Judge

ENTERED
NOV 25 2009
CLERK OF COURT