IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) <br> ) Judge Michael M. Baylson <br> ) <br> ) <br> ) [proposed] ORDER <br> ) <br> ) <br> ) <br> ) |
| Plaintiffs, | |
| v. | |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | |
| Defendant. | |

Upon the Court's consideration of plaintiffs' Motion for Preliminary Injunction and Request for Evidentiary Hearing, the opposition thereto, and the entire record herein, it is, this _____ day of _____, 200__,

ORDERED that plaintiffs' Motion for Preliminary Injunction is denied; and it is

FURTHER ORDERED that plaintiffs' Request for Evidentiary Hearing is denied as moot.

_____
The Honorable Michael M. Baylson
United States District Judge