IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) |
| Plaintiffs, | ) Judge Michael M. Baylson <br> ) |
| v. | ) <br> ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., <br> Attorney General, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

Upon the Court's consideration of defendant's Motion to Dismiss, the opposition thereto, and the entire record herein, it is, this _____ day of _____, 20___,

ORDERED that defendant's Motion to Dismiss is granted; and it is

FURTHER ORDERED that this action is dismissed in its entirety with prejudice.

                                                                              _____
                                                                              The Honorable Michael M. Baylson
                                                                              United States District Judge