IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| HONORABLE ERIC H. HOLDER, JR. | : | NO. 09-4607 |

### ORDER RE: FILING OF AMICUS BRIEFS

AND NOW, this 18th day of December, 2009, in response to requests, it is hereby ORDERED that amicus curiae briefs may be filed at any time. The Court anticipates oral argument, but has not yet set a date.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4607 Free Speech v. Holder\Free Speech v. Holder - Order Amicus Briefs.wpd