# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | Civil Action No. 2:09-4607 |
| Plaintiffs, | **JUDGE MICHAEL M. BAYLSON** |
| -vs- | **STIPULATION TO SET SCHEDULE FOR FURTHER BRIEFING IN REGARD TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS** |
| **THE HONORABLE ERIC H. HOLDER, JR.**, Attorney General, | |
| Defendant. | |

Pursuant to Local Rule 7.4(b) and § C, ¶ 8 of this Court's *Pretrial and Trial Procedures-Civil Cases*, the parties, through undersigned counsel, hereby stipulate to a 31-day extension of time to and including February 1, 2010 within which Plaintiffs may respond to Defendant's Motion to Dismiss and combined memorandum in support of that motion and in opposition to Plaintiffs' Motion for Preliminary Injunction in the above-captioned case. Plaintiffs have requested no prior extensions.

The parties further stipulate that Defendant shall have to and including February 22, 2010 to reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss.

Plaintiffs filed their Complaint on October 7, 2009, together with a Motion for Preliminary Injunction supported by a memorandum 57-pages in length. By agreement of the parties and with the approval of the Court (*Order*, October 30, 2009, Doc. 12), Defendant was given an extension of 30-days to respond to Plaintiffs' Motion for Preliminary Injunction, to and including November 30, 2009. On November 24, 2009, this Court granted Defendant's unopposed motion for additional time in which to respond to Plaintiff's Motion for Preliminary Injunction, to and including December 14, 2009. (*Order*, November 24, 2009, Doc. 15). On December 14, 2009, Defendant filed

a Motion to Dismiss and combined memorandum in support of that motion and in opposition to Plaintiffs' Motion for Preliminary Injunction, which is 51-pages in length.

By operation of Local Rule 7.1 (c), Plaintiffs' brief in response is due on December 31, 2009. And by operation of § C, ¶ 4 of this Court's *Pretrial and Trial Procedures-Civil Cases*, Defendant's reply is due on January 7, 2010.

The parties agree that the Plaintiffs shall have to and including Monday, February 1, 2010, to respond to Defendant's Motion to Dismiss and combined memorandum in support of that motion and in opposition to Plaintiffs' Motion for Preliminary Injunction, and Defendant shall have to and including Monday, February 22, 2010 to file a reply.

December 24, 2009

Respectfully submitted,

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio  44113-1949
(216) 781-5245 / (216) 781-8207 (Facsimile)

KEVIN E. RAPHAEL (72673)
KER@Pietragallo.com
J. PETER SHINDEL, JR. (201554)
JPS@Pietragallo.com
PIETRAGALLO GORDON ALFANO BOSICK
   & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
(215) 320-6200 / (215) 981-0082 (Facsimile)

*signature block continued on next page          *Attorneys for Plaintiffs*

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 616-8475 / (202) 616-8470 (Facsimile)
kathryn.wyer@usdoj.gov

*Attorney for Defendant*

APPROVED AND SO ORDERED.

THIS _____ DAY OF _____, 2009.

JUDGE MICHAEL M. BAYLSON