DATE OF NOTICE: December 28, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HONORABLE ERIC H. HOLDER | : | NO. 09-4607 |

**NOTICE**

Oral argument regarding all outstanding motions will be held on **Monday, February 1, 2010 at 2:00 p.m.** with the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia, PA.

    s/Lynn Meyer
Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:     J. Michael Murray, Esquire (e-mail)
       Kevin Raphael, Esquire (e-mail)
       Lorraine Baumgardner, Esquire (e-mail)
       Peter Shindel, Esquire (e-mail)
       Kathryn Wyer, Esquire (e-mail)

O:\Notices\Free Speech v. Holder 09-4607 - oral arg notice.wpd