DATE OF NOTICE:  December 30, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HONORABLE ERIC H. HOLDER | : | NO. 09-4607 |

## AMENDED NOTICE

The oral argument regarding all outstanding motions, originally scheduled for February 1, 2010 with the Honorable Michael M. Baylson, has been changed to **Friday, March 3, 2010 at 4:00 p.m.** in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia, PA.

    s/Lynn Meyer
Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   J. Michael Murray, Esquire (e-mail)
      Kevin Raphael, Esquire (e-mail)
      Lorraine Baumgardner, Esquire (e-mail)
      Peter Shindel, Esquire (e-mail)
      Kathryn Wyer, Esquire (e-mail)

O:\Notices\Free Speech v. Holder 09-4607 - amended oral arg notice.wpd