IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | Civil Action No. 2:09-4607 |
| Plaintiffs, | : | |
| v. | : | JUDGE MICHAEL M. BAYLSON |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Fred T. Magaziner as counsel for the American Civil Liberties Union of Pennsylvania, *amicus curiae* in the above-captioned matter.

Respectfully submitted,

Fred T. Magaziner (23392)
DECHERT LLP
2929 Arch Street
Cira Centre
Philadelphia, PA 19104-2808
(215) 994-4000
(215) 994-2222 (Fax)
fred.magaziner@dechert.com

Attorney for American Civil Liberties Union of Pennsylvania, Amicus Curiae

February 9, 2010

1

## **CERTIFICATE OF SERVICE**

      I, Fred T. Magaziner, do hereby certify that a true and correct copy of the foregoing Entry of Appearance has been served electronic mail on the following:

J. Michael Murray
Lorraine R. Baumgardner
Berkman, Gordon, Murray & Devan
55 Public Square
2121 The Illuminating Bldg.
Cleveland, OH  44113-1949

Kevin E. Raphael
J. Peter Shindel, Jr.
Pietrangallo, Gordon, Alfano, Bosick & Raspanti LLP
1818 Market Street
STE 3402
Philadelphia, PA  19103

*Attorneys for Plaintiffs*

Kathryn Wyer
U.S. Dept. of Justice Civil Div.
20 Massachusetts Avenue
Washington, DC  20530

*Attorney for Defendant*

February 9, 2010                                                                                   Fred J. Magaziner/kee