IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | Civil Action No. 2:09-4607 |
| Plaintiffs, | : | |
| v. | : | JUDGE MICHAEL M. BAYLSON |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Kristina C. Evans as counsel for the American Civil Liberties Union of Pennsylvania, *amicus curiae* in the above-captioned matter.

        Respectfully submitted,

        Kristina C. Evans (93265)
        DECHERT LLP
        2929 Arch Street
        Cira Centre
        Philadelphia, PA  19104-2808
        (215) 994-4000
        (215) 994-2222 (Fax)
        kristina.evans@dechert.com

        Attorney for American Civil Liberties Union of Pennsylvania, Amicus Curiae

February 9, 2010

## CERTIFICATE OF SERVICE

      I, Kristina C. Evans, do hereby certify that a true and correct copy of the foregoing Entry of Appearance has been served by electronic mail on the following:

J. Michael Murray
Lorraine R. Baumgardner
Berkman, Gordon, Murray & Devan
55 Public Square
2121 The Illuminating Bldg.
Cleveland, OH 44113-1949

Kevin E. Raphael
J. Peter Shindel, Jr.
Pietrangallo, Gordon, Alfano, Bosick & Raspanti LLP
1818 Market Street
STE 3402
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

Kathryn Wyer
U.S. Dept. of Justice Civil Div.
20 Massachusetts Avenue
Washington, DC 20530

*Attorney for Defendant*

February 9, 2010