IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | Civil Action No. 2:09-4607 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | JUDGE MICHAEL M. BAYLSON |
| | : | |
| THE HONORABLE ERIC H. HOLDER, JR., | : | |
| Attorney General, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Mary Catherine Roper as counsel for the American Civil Liberties Union of Pennsylvania, *amicus curiae* in the above-captioned matter.

Respectfully submitted,

*/s/ Mary Catherine Roper/kee*

Mary Catherine Roper (71107)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 40008
Philadelphia, PA 19106
(215) 592-1513 x116 (Telephone)
(215) 592-1343 (Fax)
mroper@aclupa.org

Attorney for American Civil Liberties Union of
Pennsylvania, Amicus Curiae

February 9, 2010

1

## CERTIFICATE OF SERVICE

I, Mary Catherine Roper, do hereby certify that a true and correct copy of the foregoing Entry of Appearance has been served by electronic mail on the following:

J. Michael Murray
Lorraine R. Baumgardner
Berkman, Gordon, Murray & Devan
55 Public Square
2121 The Illuminating Bldg.
Cleveland, OH 44113-1949

Kevin E. Raphael
J. Peter Shindel, Jr.
Pietrangallo, Gordon, Alfano, Bosick & Raspanti LLP
1818 Market Street
STE 3402
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

Kathryn Wyer
U.S. Dept. of Justice Civil Div.
20 Massachusetts Avenue
Washington, DC 20530

*Attorney for Defendant*

February 9, 2010                                        Mary Catherine Roper/kce