TJS/MB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | Civil Action No. 2:09-4607 |
| Plaintiffs, | : | |
| v. | : | JUDGE MICHAEL M. BAYLSON |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | : | |
| Defendant. | : | |

ORDER

AND NOW, this 12th day of February, 2010, upon consideration of the American Civil Liberties Union of Pennsylvania's Motion for Leave to File an *Amicus Curiae* Brief, it is hereby ORDERED and DECREED as follows:

1. The Motion is GRANTED.
2. The American Civil Liberties Union of Pennsylvania shall file an *amicus curiae* brief on or before March 5, 2010.

_____
  /s/ Hon. Michael M. Baylson

Fax
cc: Evan
Baumgarden
Murray
Magaziner
Roper
Wyer (mail)

3