## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC., et al.    :
    :
    Plaintiffs,    :
    :
    v.    :    **Case No. 2:09-CV-4607 (MMB)**
    :
THE HONORABLE ERIC H. HOLDER, JR.,    :
    Attorney General,    :
    :
    Defendant.    :

---

### ENTRY OF APPEARANCE

---

TO THE CLERK:

       Kindly enter our appearances in this matter on behalf *Amicus Curiae* the Electronic Frontier Foundation.

            Respectfully submitted,

            /s/ Carl A. Solano
            Carl A. Solano (Pa. I.D. No. 23986)
            Edward J. Sholinsky (Pa. I.D. No. 206561)
            SCHNADER HARRISON SEGAL & LEWIS LLP
            1600 Market Street, Suite 3600
            Philadelphia, PA 19103-7286
            (215) 751-2000

            *Attorneys for Amicus Curiae the Electronic Frontier Foundation*

Dated:  February 19, 2010.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2010, I caused a true and

correct copy of the foregoing Entry of Appearance to be served via electronic mail upon:

J. Michael Murray, Esquire
Lorraine R. Baumgardner, Esquire
Berkman, Gordon, Murray, & Devan
55 Public Square
2121 The Illuminating Bldg.
Cleveland, OH 44113-1949
jmmurray@bgmdlaw.com

Kevin E. Raphael, Esquire
J. Peter Shindel, Jr., Esquire
Pietrangallo, Gordon, Alfano, Bosick & Raspanti LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
ker@pietragallo.com

*Attorneys for Plaintiffs*

Kathryn Wyer, Esquire
U.S. Dept. of Justice Civil Div.
20 Massachusetts Avenue
Washington, D.C. 20530
kathryn.wyer@usdoj.gov

*Attorney for Defendant*

Fred T. Magaziner, Esquire
Dechert, Price & Rhoads
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793
fred.magaziner@dechert.com

Kristina Carol Evans, Esquire
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
kristina.evans@dechert.com

Mary Catherine Roper, Esquire
ACLU of Pennsylvania
PO Box 40008
Philadelphia, PA 19106
mroper@aclupa.org

*Attorneys for Amicus Curiae the American Civil Liberties Union of Pennsylvania*

<u>/s/ Edward J. Sholinsky</u>
Edward J. Sholinsky