IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No. 2:09-CV-4607 (MMB) |
| : | |
| **THE HONORABLE ERIC H. HOLDER, JR.,** : | |
| Attorney General, : | |
| : | |
| Defendant. : | |

---

**ELECTRONIC FRONTIER FOUNDATION'S
MOTION FOR LEAVE TO
FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS**

---

The Electronic Frontier Foundation ("EFF") respectfully requests that this Court grant it leave to file a brief as *amicus curiae* in support of the Plaintiffs.

On December 18, 2009, this Court ordered that *amicus* briefs may be filed at any time (Docket No. 18), and on February 12, 2010, the Court granted *amicus* ACLU of Pennsylvania's motion for leave to file an *amicus curiae* brief on March 5, 2010 (Docket No. 30). EFF similarly requests permission to file its *amicus* brief on or before March 5, 2010, one week before the scheduled oral argument.

Plaintiffs consent to the proposed timeline.  Defendant takes no position on the motion.

Respectfully submitted,

/s/ Carl A. Solano
Carl A. Solano (Pa. I.D. No. 23986)
Edward J. Sholinsky (Pa. I.D. No. 206561)
Attorneys for *Amicus Curiae* the Electronic Frontier Foundation

SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
(215) 751-2000
    Of Counsel

Dated:  February 19, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **THE HONORABLE ERIC H. HOLDER, JR.,** : <br> **Attorney General,** : <br> : <br> Defendant. : | Case No. 2:09-CV-4607 (MMB) |

### ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of the Electronic Frontier Foundation's Motion for Leave to File an *Amicus Curiae* Brief, it is hereby ORDERED that the Motion is GRANTED, and the Electronic Frontier Foundation shall file an *amicus curiae* brief on or before March 5, 2010.

_____
Baylson, J.

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2010, I caused a true and correct copy of the foregoing Electronic Frontier Foundation's Motion for Leave to File an *Amicus Curiae* Brief to be served via electronic mail upon:

J. Michael Murray, Esquire
Lorraine R. Baumgardner, Esquire
Berkman, Gordon, Murray, & Devan
55 Public Square
2121 The Illuminating Bldg.
Cleveland, OH 44113-1949
jmmurray@bgmdlaw.com

Kevin E. Raphael, Esquire
J. Peter Shindel, Jr., Esquire
Pietrangallo, Gordon, Alfano, Bosick & Raspanti LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
ker@pietragallo.com

*Attorneys for Plaintiffs*

Kathryn Wyer, Esquire
U.S. Dept. of Justice Civil Div.
20 Massachusetts Avenue
Washington, D.C. 20530
kathryn.wyer@usdoj.gov

*Attorney for Defendant*

Fred T. Magaziner, Esquire
Dechert, Price & Rhoads
1717 Arch Street
4000 Bell Atlantic Tower
Philadelphia, PA 19103-2793
fred.magaziner@dechert.com

Kristina Carol Evans, Esquire
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
kristina.evans@dechert.com

Mary Catherine Roper, Esquire
ACLU of Pennsylvania
PO Box 40008
Philadelphia, PA 19106
mroper@aclupa.org

*Attorneys for Amicus Curiae the American Civil Liberties Union of Pennsylvania*

<u>/s/ Edward J. Sholinsky</u>
Edward J. Sholinsky