
$40.00 pd

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:09-4607-

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Matthew Zimmerman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __329621__ for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | January 2001 | 212423 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| U.S.D.C. (N.D. Cal.) | 2001 | 212423 |
| U.S.C.A. (9th Cir.) | 2001 | 212423 |
| U.S. Supreme Court | March 2005 | 212423 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Electronic Frontier Foundation

(Applicant's Signature)

03/05/2010
(Date)

FILED
MAR 08 2010
MICHAEL E. KUNZ, Clerk
        Dep. Clerk

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

454 Shotwell Street
San Francisco, CA  94110-1914
(415) 436-9333

Sworn and subscribed before me this
_____ day of _____, 2010

see attachment

Notary Public

ALYSSA MARIE RALSTON
COMM. #1716333
Notary Public-California
SAN FRANCISCO COUNTY
My Comm. Exp. Jan 13, 2011

10/04

# JURAT

State of California

County of _San Francisco_

Subscribed and sworn to (or affirmed) before me on

this __4th__ day of __March__, 20 __10__,

by __Matthew Zimmerman__

personally known to me ~~or proved to me on the basis of satisfactory evidence to be the person(s)~~ who appeared before me.

ALYSSA MARIE RALSTON
COMM. #1716333
Notary Public-California
SAN FRANCISCO COUNTY
My Comm. Exp. Jan 13, 2011

(seal)    Signature _Alyssa Ralston_

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Matthew Zimmerman__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Carl A. Solano | [signature] | 11-10-1976 | 23986 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Schnader Harrison Segal & Lewis LLP

1600 Market Street, Suite 3600

Philadelphia, PA  19103-7286      (215) 751-2202

Sworn and subscribed before me this

5th day of March, 2010

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Susan P. Rose, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 11, 2010
Member, Pennsylvania Association of Notaries

FILED
MAR 08 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Free Speech Coalition, Inc., et al. | CIVIL ACTION |
| v. | |
| The Honorable Eric H. Holder, Jr., Attorney General | NO. 2:09-CV-4607 (MMB) |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Matthew Zimmerman_ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

_see attached_

_____
Signature of Attorney

Carl A. Solano
Name of Attorney

Electronic Frontier Foundation
Name of Moving Party

March 5, 2010
Date

FILED
MAR 08 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## Attachment to Certificate of Service

J. Michael Murray, Esquire
Lorraine R. Baumgardner, Esquire
Berkman, Gordon, Murray & Devan
2121 The Illuminating Building
55 Public Square
Cleveland, OH 44113-1949

Kevin E. Raphael, Esquire
J. Peter Shindel, Jr., Esquire
Pietrangallo, Gordon, Alfano, Bosick & Raspanti LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103

Kathryn Wyer, Esquire
U.S. Department of Justice Civil Div.
20 Massachusetts Avenue
Washington, DC 20530

Fred T. Magaziner, Esquire
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Kristina Carol Evans, Esquire
Dechert, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Mary Catherine Roper, Esquire
ACLU of Pennsylvania
P.O. Box 40008
Philadelphia, PA 19106

APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Free Speech Coalition, Inc., et al. : | CIVIL ACTION |
| v. : | |
| The Honorable Eric H. Holder, Jr., Attorney General : | NO. 2:09-CV-4607 (MMB) |

## ORDER

AND NOW, this _____ Day of _____, 2010, it is hereby

ORDERED that the application of __Matthew Zimmerman_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.