*MMB*
APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Free Speech Coalition, Inc., et al. | : | CIVIL ACTION |
| v. | : | |
| The Honorable Eric H. Holder, Jr., Attorney General | : | NO. 2:09-CV-4607 (MMB) |

FILED
MAR 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 10th Day of March, 2010, it is hereby

ORDERED that the application of Matthew Zimmerman, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Michael M. Baylson, U.S.D.J.

Fax
cc: Solano
    Sholinsky
    Baumgardner
    Murray
    Magaziner
    Evans
    Raphael
    Shindel
    Clymer
    Wyer → mail
    Roper