IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al. | CIVIL ACTION NO.: 09-4607/TJS/MMB |
| Plaintiffs, | |
| v. | |
| THE HONORABLE ERIC H. HOLDER, JR., *in his official capacity as Attorney General of the United States*, | The Honorable Michael M. Baylson |
| Defendant. | |

## AFFIDAVIT OF SERVICE

I, J. Peter Shindel, Jr., being duly deposed and of suitable age, hereby swear and affirm that Defendant was served pursuant to Fed. R. Civ. P. 4(i)(2), through the October 13, 2009 mailing of the Complaint and Summons in the above-captioned action to both Attorney General Eric H. Holder, Jr. via certified mail, and the October 13, 2009 mailing of the Complaint and Summons to Michael L. Levy, Esquire, United States Attorney for the Eastern District of Pennsylvania, via certified mail.

The return receipt from Attorney General Holder was returned indicating delivery on October 16, 2009, and the receipt from Mr. Levy was returned indicating delivery on October 14, 2009.

_____
J. Peter Shindel, Jr.

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 11th DAY

OF MARCH, 2010.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELAINE A. MEDORI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 27, 2010

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Affidavit of Service was filed on March 11, 2009 via the Court's Electronic Case Filing system, which will send electronic notice of the filing to all counsel of record in this matter.

_____
J. PETER SHINDEL, JR., ESQUIRE

*Attorney for Plaintiffs*

DATED: March 11, 2009