# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | ) Civil Action No. 2:09-4607 |
| | ) |
| Plaintiffs, | ) |
| | ) **JUDGE MICHAEL M. BAYLSON** |
| -vs- | ) |
| | ) **NOTICE OF SERVICE OF** |
| **THE HONORABLE ERIC H. HOLDER, JR.**, | ) **PLAINTIFFS' INITIAL DISCLOSURES,** |
| Attorney General, | ) **RULE 26 (a) (1), FEDERAL RULES OF** |
| | ) **CIVIL PROCEDURE** |
| Defendant. | ) |
| | ) |

Notice is given that on March 11, 2010, Plaintiffs served their initial disclosures under Rule 26 (a)(1), Federal Rules of Civil Procedure, on Kathryn L. Wyer, counsel for Defendant, by ordinary U.S. mail and by electronic mail.

Date:  March 11, 2010

/s/ Lorraine R. Baumgardner
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio  44113-1949
(216) 781-5245 / (216) 781-8207 (Facsimile)

KEVIN E. RAPHAEL (72673)
KER@Pietragallo.com
J. PETER SHINDEL, JR. (201554)
JPS@Pietragallo.com
PIETRAGALLO GORDON ALFANO BOSICK
 & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
(215) 320-6200 / (215) 981-0082 (Facsimile)

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2010, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lorraine R. Baumgardner
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
 & RASPANTI, LLP