# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. *et al.*, ) <br> Plaintiffs, ) <br> v. ) <br> THE HONORABLE ERIC H. HOLDER, JR., Attorney General, ) <br> Defendant. ) | Civil Action No. 2:09-4607 |

**FILED**
MAR 11 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

Upon consideration of the Motion for Leave to File as *Amici Curiae* in (Doc. No. 38) support of petitioners filed by the American Center for Law and Justice and United States Representatives Thaddeus McCotter, Todd Akin, Rob Bishop, Dan Burton, Jason Chaffetz, Michael Conaway, John Fleming, Randy Forbes, Phil Gingrey, Louie Gohmert, Bob Inglis, Steve King, Robert Latta, Don Manzullo, Kenny Marchant, Jerry Moran, Mike Pence, Joe Pitts, Bill Posey, Tom Rooney, Jean Schmidt, John Shimkus, and Todd Tiahrt and, it is, by this Court ordered that the motion be, and, is hereby granted and the attached Brief of *Amici Curiae* be entered in support of petitioners.

Fax
cc: Raphael    Sholinky
    Shindel    Soland
    Murray
    Baumgardner  Wyer
    Evans       Roper    }mail
    Magaziner   Zimmerman
    Clymer

_____  3/11/10
Michael M. Baylson, U.S.D.J.

ENTERED
MAR 12 2010
CLERK OF COURT

TOTAL P.02