# United States District Court
# Eastern District of Pennsylvania

**PDF FILE WITH AUDIO FILE ATTACHMENT**

9–4607

FREE SPEECH COALITION, INC. et al v. THE HONORABLE ERIC H. HOLDER, JR.

| | |
|---|---|
| Office : | 2  Philadelphia |
| Case Type : | cv |
| Case Number : | 9–4607 |
| Case Title : | FREE SPEECH COALITION, INC. et al v. THE HONORABLE ERIC H. HOLDER, JR. |
| Session Date/Time : | Time unavailable |
| Audio File Name : | C:\fakepath\Courtroom 3A 3–12–2010.mp3 |
| Audio File Size : | 153.2 MB |
| Audio Run Time : | Time unavailable |

**Help Using This File :**
An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer–3 audio coding technology from Fraunhofer IIS and Thomson.**