# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | Civil Action No. 2:09-4607 |
| *Plaintiffs,* | **JUDGE MICHAEL M. BAYLSON** |
| -vs- | **PLAINTIFFS' MOTION FOR LEAVE TO FILE *INSTANTER* THE ATTACHED SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| **THE HONORABLE ERIC H. HOLDER, JR.**, Attorney General, | |
| *Defendant*. | |

Plaintiffs have challenged 18U.S.C. § 2257 and 18 U.S.C. § 2257A as unconstitutionally overbroad statutes under the First Amendment (in addition to other grounds). In support of their constitutional attack under the First Amendment, Plaintiffs have cited *United States v. Stevens,* 533 F.3d 218 (3rd Cir. 2008) (*en banc*), *cert. granted* 129 S.Ct. 1984 (2009). *See, Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction*; *Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss; Plaintiffs' Supplemental Brief.*

Today, the Supreme Court issued its opinion in *Stevens*–affirming the Third Circuit's decision and striking down the federal statute before it as unconstitutionally overbroad under the First Amendment.

Plaintiffs, therefore, seek leave to file the attached supplemental authority discussing this decision as support for their constitutional claims.

        Respectfully submitted,

        /s/ Lorraine R. Baumgardner
        J. MICHAEL MURRAY (0019626)
        jmmurray@bgmdlaw.com
        LORRAINE R. BAUMGARDNER (0019642)
        lbaumgardner@bgmdlaw.com
        BERKMAN, GORDON, MURRAY & DeVAN
        55 Public Square, Suite 2200
        Cleveland, Ohio  44113-1949
        (216) 781-5245 / (216) 781-8207 (Facsimile)

        KEVIN E. RAPHAEL (72673)
        KER@Pietragallo.com
        J. PETER SHINDEL, JR. (201554)
        JPS@Pietragallo.com
        PIETRAGALLO   GORDON   ALFANO BOSICK
          & RASPANTI, LLP
        1818 Market Street, Suite 3402
        Philadelphia, Pennsylvania 19103
        (215) 320-6200 / (215) 981-0082 (Facsimile)

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lorraine R. Baumgardner
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
 & RASPANTI, LLP