IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) |
| Plaintiffs, | ) Judge Michael M. Baylson <br> ) |
| v. | ) <br> ) |
|  | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., <br> Attorney General, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

Upon the Court's consideration of defendant's Motion for Leave to File the Attached Second Supplemental Brief in Support of Motion to Dismiss, and for good cause shown, it is,

this _____ day of _____, 20___,

ORDERED that defendant's Motion is granted; and it is

FURTHER ORDERED that the Second Supplemental Brief attached to defendant's Motion be deemed filed as of this date.

_____
The Honorable Michael M. Baylson
United States District Judge