IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) <br> Plaintiffs, ) Judge Michael M. Baylson <br> ) <br> v. ) <br> ) [proposed] ORDER <br> THE HONORABLE ERIC H. HOLDER, JR., ) <br>   Attorney General, ) <br> ) <br> Defendant. ) <br> ) |

Upon the Court's consideration of plaintiffs' Motion for Leave to Amend Complaint, the opposition thereto, and the entire record herein, it is, this _____ day of _____, 20___,

ORDERED that plaintiffs' Motion for Leave to Amend Complaint is denied.

_____
The Honorable Michael M. Baylson
United States District Judge