IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) [proposed] ORDER |
| Defendant. | ) |

Upon the Court's consideration of defendant's Motion for Leave to File the Attached Second Supplemental Brief in Support of Motion to Dismiss, and for good cause shown, it is, this 26 day of April, 2010,

ORDERED that defendant's Motion is granted; and it is

FURTHER ORDERED that the Second Supplemental Brief attached to defendant's Motion be deemed filed as of this date.

The Honorable Michael M. Baylson
United States District Judge

Fax
cc: Clymer
Raphael
Shindel
Murray
Baumgardner
Cole
Magaziner
Wyer
Sholinsky
Solano

mail
Zimmerman
Roper
Hernandez
Sekulow

FILED
APR 26 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ENTERED
APR 26 2010
CLERK OF COURT