IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC., et al. : CIVIL ACTION

      v. :

HONORABLE ERIC H. HOLDER, JR. : NO. 09-4607

### ORDER

AND NOW, this 7th day of May, 2010, it is hereby ORDERED that Plaintiffs' Motion to File Supplemental Authority (Doc. No. 51) is GRANTED and the Court will also consider the government's response (Doc. No. 59).

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4607 Free Speech v. Holder\Free Speech v. Holder - Order 5-6-10.wpd