IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| HONORABLE ERIC H. HOLDER, JR. | : | NO. 09-4607 |

## ORDER

In this case, Plaintiffs filed a Motion for Preliminary Injunction as of the time of the filing of the Complaint. In view of the government's Motion to Dismiss the entire Complaint, the Court has determined to consider the latter Motion first, along with the subsequently filed Plaintiffs' Motion to File an Amended Complaint.

For these reasons, it is hereby ORDERED that Plaintiffs' Motion for Preliminary Injunction (Doc. No. 3) is DENIED without prejudice and it may be renewed, as necessary and appropriate, following the Court's ruling on the other pending Motions.

BY THE COURT:

s/Michael M. Baylson

Date:   5/19/10

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4607 Free Speech v. Holder\Free Speech v. Holder - Order suspense.wpd