# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC., et al.  :  CIVIL ACTION

v.  :

HONORABLE ERIC H. HOLDER, JR.  :  NO. 09-4607

## ORDER

AND NOW, this  27th  day of July, 2010, for the reasons discussed in the foregoing Memorandum, it is hereby ORDERED as follows:

1. Plaintiffs' Motion for Leave to Amend the Complaint (Doc. 49) is DENIED.

2. Defendant's Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. 17) is GRANTED.

3. The Complaint is DISMISSED with prejudice.

4. The Clerk is directed to close this case.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4607 Free Speech v. Holder\Free Speech v. Holder - Order Mots Amend Dismiss.wpd