

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC., et al.　) CASE NO. 2:09-4607
)
　　　　Plaintiffs,　　　　　　　　　 ) JUDGE MICHAEL M. BAYLSON
)
-vs-　　　　　　　　　　　　　　　　 )
) **ORDER GRANTING PLAINTIFFS'**
THE HONORABLE ERIC H. HOLDER, JR., ) **MOTION FOR LEAVE TO FILE**
Attorney General,　　　　　　　　　 ) ***INSTANTER* THE ATTACHED**
) **SUPPLEMENTAL AUTHORITY IN**
　　　　Defendant.　　　　　　　　　 ) **SUPPORT OF PLAINTIFFS'**
) **MEMORANDUM IN OPPOSITION TO**
) **DEFENDANT'S MOTION TO DISMISS**

AND NOW this 27th day of July, 2010, upon consideration of Plaintiffs' Motion for Leave to File *Instanter* the Attached Supplemental Authority in Support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for Leave to File *Instanter* the Attached Supplemental Authority in Support of Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss is **GRANTED**.

_____
HON. MICHAEL M. BAYLSON

mail
cc: Roper
Zimmerman　　Cole
Hernandez　　Magaziner
Clymer　　　　Raphael
Sekulow　　　 Shindel
Wyer
Solano
Sholinsky
Baumgardner
Murray