MB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC., et al.

      Plaintiffs,

      v.

THE HONORABLE ERIC H. HOLDER, JR.,
Attorney General,

      Defendant.

Case No. 2:09-CV-4607 (MMB)

FILED
JUL 28 2010
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 27th day of July, 2010, upon consideration of the Electronic Frontier Foundation's Motion for Leave to File an *Amicus Curiae* Brief, it is hereby ORDERED that the Motion is GRANTED, and the Electronic Frontier Foundation shall file an *amicus curiae* brief on or before March 5, 2010.

/s/ Baylson, J.

mail
cc: Roper, Cole
Zimmerman, Magaziner
Hernandez, Raphael
Clymer, Shindel
Sekulow
Wyer
Solano
Sholinsky
Baumgardner
Murray

ENTERED
JUL 28 2010
CLERK OF COURT