IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

Upon the Court's consideration of plaintiffs' Motion to Alter or Amend Judgment Pursuant to Rule 59(e), the opposition thereto, and the entire record herein, it is, this _____ day of _____, 20___,

ORDERED that plaintiffs' Motion is denied.

_____
The Honorable Michael M. Baylson
United States District Judge