

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC. et al

09-4607
District Court Docket Number

vs.

THE HONORABLE ERIC H. HOLDER, JR.

Notice of Appeal Filed 10/14/10
Court Reporter(s)/ESR Operator(s)          ESR

Filing Fee:
   Notice of Appeal __Paid _X_ Not Paid  __Seaman
   Docket Fee       __Paid _X_ Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

**FILED**
OCT 14 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC:

Defendant's Address (for criminal appeals)

Prepared by: _____
             JOSEPH LAVIN, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm