# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | ) CASE NO.  2:09-4607 |
| | ) |
| Plaintiffs, | ) **JUDGE MICHAEL M. BAYLSON** |
| | ) |
| -vs- | ) **AMENDED NOTICE OF APPEAL** |
| | ) |
| **THE HONORABLE ERIC H. HOLDER, JR.,** | ) |
| Attorney General, | ) |
| | ) |
| Defendant. | ) |

Notice is hereby given that Plaintiffs Free Speech Coalition, Inc.; American Society of Media Photographers, Inc.; Michael Barone; David Conners; Thomas Hymes; Townsend Enterprises, Inc.; Barbara Alper; Carol Queen; Barbara Nitke; David Steinberg; Marie L. Levine; Dave Levingston; Betty Dodson; and Carlin Ross, hereby appeal to the United States Court of Appeals for the Third Circuit, from the judgment and order entered in this action on July 27, 2010 (Doc. 66, 67) denying Plaintiffs' Motion for Leave to Amend the Complaint, granting Defendants' Motion to Dismiss the Complaint and dismissing all claims with prejudice and from the order entered in this action on September 17, 2010 denying Plaintiffs' Motion to Alter or Amend Judgment Pursuant to Rule 59(e), Federal Rules of Civil Procedure (Doc. 74)–the latter being the order from which the time to file an appeal began to run pursuant to Rule 4(a)(4)(A), Federal Rules of Appellate Procedure and from any and all orders made final by the aforementioned orders.

Date: October 29, 2010   /s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio  44113-1949
Telephone:   (216) 781-5245
Facsimile:   (216) 781-8207

(signature block continued on next page)

KEVIN E. RAPHAEL (72673)
KER@Pietragallo.com
J. PETER SHINDEL, JR. (201554)
JPS@Pietragallo.com
PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
(215) 320-6200
(215) 981-0082 (Facsimile)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The foregoing Amended Notice of Appeal was filed electronically on October 29, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
   & RASPANTI, LLP

Attorneys for Plaintiffs