IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC., ET AL

C.A. #09-4607
District Court Docket Number

vs.

THE HONORABLE ERIC H. HOLDER, JR.

AMENDED Notice of Appeal Filed 10/29/10
Court Reporter(s)/ESR Operator(s)     ESR

Filing Fee:
    Notice of Appeal __ Paid _X_ Not Paid  __ Seaman
    Docket Fee       __ Paid _X_ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

CC:

Defendant's Address (for criminal appeals)

Prepared by : _____
                Kim Williams, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm