# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

No. 10-4085

FREE SPEECH COALITION, INC.; AMERICAN SOCIETY OF MEDIA PHOTOGRAPHERS, INC.; MICHAEL BARONE; DAVID CONNERS a/k/a DAVE CUMMINGS; THOMAS HYMES; TOWNSEND ENTERPRISES, INC. d/b/a SINCLAIR INSTITUTE; C1R DISTRIBUTION, LLC d/b/a CHANNEL 1 RELEASING; BARBARA ALPER; CAROL QUEEN; BARBARA NITKE; DAVID STEINBERG; MARIE L. LEVINE a/k/a NINA HARTLEY; DAVE LEVINGSTON; BETTY DODSON; CARLIN ROSS

v.

ATTORNEY GENERAL OF THE UNITED STATES



FILED
JUN - 7 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Free Speech Coalition, Inc.; American Society of Media Photographers, Inc.; Michael Barone; David Conners a/k/a Dave Cummings; Thomas Hymes; Townsend Enterprises, Inc. d/b/a Sinclair Institute; Barbara Alper; Carol Queen; Barbara Nitke; David Steinberg; Marie L. Levine a/k/a Nina Hartley; Dave Levingston; Betty Dodson; Carlin Ross,
   Appellants

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court No. 2-09-cv-04607)
District Judge: The Honorable Michael M. Baylson

Argued January 11, 2012

Before: SCIRICA, RENDELL, and SMITH, *Circuit Judges*

## JUDGMENT

This cause came on to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on January 11, 2012. On consideration whereof, it is now hereby

ADJUDGED and ORDERED that the judgment of the District Court entered September 17, 2010, be and the same is hereby: VACATED as to Count 1 in its entirety; VACATED as to Count 4 in its entirety; VACATED as to Count 6 to the extent that it asserts a right to injunctive relief for asserted violations of the First Amendment or Fourth Amendment; VACATED as to its denial of plaintiffs' motion for leave to amend their complaint; AFFIRMED in all other respects; and REMANDED for further proceedings. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: 16 April 2012

Certified as a true copy and issued in lieu
of a formal mandate on 7 June 2012

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**