

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| ELECTRIC FRONTIER FOUNDATION, et al. | : | NO. 09-4607 |

## ORDER

In view of the remand from the Third Circuit, I am scheduling a pretrial telephone conference regarding the status of the Motion to Amend the Complaint and discovery on **Thursday, June 28, 2012 at 10:30 a.m.** Counsel shall organize the telephone call; and, when all counsel are on the line, call Chambers at 267-299-7520.

_____
Michael M. Baylson, U.S.D.C.J.
6/18/12

O:\Orders - Civil\09cv4607.061812.TC status.wpd

**FILED** JUN 19 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

**ENTERED** JUN 19 2012 CLERK OF COURT