

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-4607 |
| ELECTRIC FRONTIER FOUNDATION, | : | |
| et al. | : | |

### SCHEDULING ORDER

Following an unrecorded telephone conversation with counsel on June 28, 2012, with the agreement of counsel and the Court, and following remand from the United States Court of Appeals for the Third Circuit, it is hereby ORDERED:

1.    Plaintiff's Motion to Amend the Complaint (ECF No. 49) is GRANTED. Defendant shall have thirty (30) days from today to respond to the Complaint. Counsel shall discuss among themselves and suggest to the Court an agreed form of Order or separate forms of Orders, concerning the impact of this Court's dismissal of certain counts of the original Complaint having been affirmed and what effect that will have on the remand.

2.    The Court will approve counsel's suggestion that nine (9) months be allowed for discovery. Counsel will discuss among themselves a structured discovery plan considering written discovery, depositions, third party discovery, service of expert reports and expert depositions, etc., and try to agree on a single form of order or may submit separate proposed orders, within sixty (60) days.

FILED
JUN 29 2012
MICHAEL ... UNZ, Clerk
By ____ Dep. Clerk

BY THE COURT:

ENTERED
JUN 29 2012
CLERK OF COURT

June 29, 2012

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL\09cv4607.FreeSpeechv.Electric.SchedulingOrder.wpd