

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC. *et al.*,          :
                                               :
     Plaintiffs,      :
                                               :     Civil Action No. 2:09-cv-4607-MMB
v.                                             :
                                               :
THE HONORABLE ERIC H. HOLDER, JR.,             :
                                               :
     Defendant.       :

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance as counsel for the following *amici curiae* in the above-

captioned matter:

American Center for Law and Justice
Thaddeus McCotter
Todd Akin
Rob Bishop
Dan Burton
Jason Chaffetz
Michael Conaway
John Fleming
Randy Forbes
Phil Gingrey
Louie Gohmert
Bob Inglis
Steve King
Robert Latta
Don Manzullo
Kenny Marchant
Jerry Moran
Mike Pence
Joe Pitts
Bill Posey
Tom Rooney
Jean Schmidt
John Shimkus
Todd Tiahrt

FILED

JUL 11 2012

MICHAEL E. KUNZ, Clerk
_____ Dep. Clerk
By_____

Attorney James N. Clymer, who is currently listed on the docket as counsel for amicus American Center for Law and Justice, should be listed as counsel for all of the above-listed amici.

Dated July 10, 2012.

Respectfully submitted,

Jay Alan Sekulow*
American Center for Law and Justice
201 Maryland Ave., NE
Washington, DC 20002
(202) 546-8890

\* - Not admitted in this court

## CERTIFICATE OF SERVICE

I certify that on July 10, 2012, the foregoing document was sent to the following counsel

via email:

| | |
|---|---|
| J. MICHAEL MURRAY<br>jmmurray@bgmdlaw.com | KATHRYN WYER<br>kathryn.wyer@usdoj.gov |
| LORRAINE R. BAUMGARDNER<br>lbaumgardner@bgmdlaw.com | FRED T. MAGAZINER<br>fred.magaziner@dechert.com |
| KEVIN E. RAPHAEL<br>ker@pietragallo.com | KRISTINA C.E. COLE<br>kristina.cole@dechert.com |
| J. PETER SHINDEL, JR.<br>Shindel@AbramsBayliss.com | MARY CATHERINE ROPER<br>mroper@aclupa.org |
| CARL A. SOLANO<br>csolano@schnader.com | JAMES N. CLYMER<br>jim@clymerlaw.com |
| EDWARD J. SHOLINSKY<br>esholinsky@schnader.com | |

I also certify that on July 10, 2012, the foregoing document was sent to the following

counsel via U.S. mail:

MATTHEW ZIMMERMAN
454 SHOTWELL ST.
SAN FRANCISCO, CA 94110-1914

FILED
JUL 11 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Dated July 10, 2012.

Respectfully submitted,

Jay Alan Sekulow*
American Center for Law and Justice
201 Maryland Ave., NE
Washington, DC 20002
(202) 546-8890

* - Not admitted in this court