

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC. *et al.*,

    Plaintiffs,

v.

THE HONORABLE ERIC H. HOLDER, JR.,

    Defendant.

:
:
:
:
:
:
:
:
:

Civil Action No. 2:09-cv-4607-MMB



FILED

JUL 1 1 2012

MICHA... ...UNZ, Clerk
By_____ Dep. Clerk

## <u>WITHDRAWAL OF APPEARANCE</u>

TO THE CLERK:

Kindly withdraw my appearance as counsel for the following *amici curiae* in the above-caption matter:

American Center for Law and Justice
Thaddeus McCotter
Todd Akin
Rob Bishop
Dan Burton
Jason Chaffetz
Michael Conaway
John Fleming
Randy Forbes
Phil Gingrey
Louie Gohmert
Bob Inglis
Steve King
Robert Latta
Don Manzullo
Kenny Marchant
Jerry Moran
Mike Pence
Joe Pitts
Bill Posey
Tom Rooney
Jean Schmidt
John Shimkus
Todd Tiahrt

1

Attorney James N. Clymer, who is currently listed on the docket as counsel for amicus American Center for Law and Justice, should be listed as counsel for all of the above-listed amici.

Dated July 10, 2012.

Respectfully submitted,

*Laura Hernandez*

Laura B. Hernandez*
American Center for Law and Justice
1000 Regent University Dr.
Virginia Beach, VA 23464
(757) 226-2489

* - Not admitted in this court

## CERTIFICATE OF SERVICE

I certify that on July 10, 2012, the foregoing document was sent to the following counsel via email:

J. MICHAEL MURRAY
jmmurray@bgmdlaw.com

LORRAINE R. BAUMGARDNER
lbaumgardner@bgmdlaw.com

KEVIN E. RAPHAEL
ker@pietragallo.com

J. PETER SHINDEL, JR.
Shindel@AbramsBayliss.com

CARL A. SOLANO
csolano@schnader.com

EDWARD J. SHOLINSKY
esholinsky@schnader.com

KATHRYN WYER
kathryn.wyer@usdoj.gov

FRED T. MAGAZINER
fred.magaziner@dechert.com

KRISTINA C.E. COLE
kristina.cole@dechert.com

MARY CATHERINE ROPER
mroper@aclupa.org

JAMES N. CLYMER
jim@clymerlaw.com

FILED

JUL 1 1 2012

MICHAEL ... KUNZ, Clerk
By _____ Dep. Clerk

I also certify that on July 10, 2012, the foregoing document was sent to the following counsel via U.S. mail:

MATTHEW ZIMMERMAN
454 SHOTWELL ST.
SAN FRANCISCO, CA 94110-1914

Dated July 10, 2012.

Respectfully submitted,

*Laura Hernandez*

Laura B. Hernandez*
American Center for Law and Justice
1000 Regent University Dr.
Virginia Beach, VA 23464
(757) 226-2489

* - Not admitted in this court

3