# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** ) | **CASE NO. 2:09-4607** |
| ) | |
| Plaintiffs, ) | **JUDGE MICHAEL M. BAYLSON** |
| ) | |
| -vs- ) | |
| ) | |
| **THE HONORABLE ERIC H. HOLDER, JR.**, ) | **STIPULATION OF VOLUNTARY** |
| Attorney General, ) | **DISMISSAL OF CLAIMS BY C1R** |
| ) | **DISTRIBUTION, L.L.C. d.b.a. CHANNEL** |
| Defendant. ) | **1 RELEASING ONLY** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties, by and through counsel, hereby stipulate that Plaintiff C1R Distribution, L.L.C. d.b.a. Channel 1 Releasing only voluntarily dismisses its claims against Defendant in the within action without prejudice.

          Respectfully submitted,

| | |
|---|---|
| | /s/ J. Michael Murray |
| Stuart F. Delery | J. Michael Murray |
| Acting Assistant Attorney General | jmmurray@bgmdlaw.com |
| Zane David Memeger | Lorraine R. Baumgardner |
| United States Attorney | lbaumgardner@bgmdlaw.com |
| Vincent M. Garvey | Berkman, Gordon, Murray & DeVan |
| Deputy Branch Director | 55 Public Square Ste. 2200 |
| | Cleveland, Ohio 44113 |
| /s/ Kathryn Wyer | Tel. (216) 781-5245 / Fax (216) 781-8207 |
| Kathryn Wyer | |
| kathryn.wyer@usdoj.gov | Kevin E. Raphael |
| U.S. Department of Justice | KER@Pietragallo.com |
| 20 Massachusetts Avenue | J. Peter Shindel, Jr. |
| Washington D.C. 20530 | JPS@Pietragallo.com |
| Tel. (202) 616-8475 / Fax (202) 616-8470 | Pietrogallo Gordon Alfano Bosick |
| |   & Raspanti, LLP |
| Attorney for Defendant | 1818 Market Street, Suite 3402 |
| | Philadelphia, Pennsylvania 19103 |
| | Tel. (215) 320-6200/ Fax (215) 981-0082 |
| | |
| | Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2012, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
 & RASPANTI, LLP

Attorneys for Plaintiffs