IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) UNCONTESTED MOTION TO EXTEND |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) THE TIME WITHIN WHICH ) DEFENDANT MAY RESPOND TO ) PLAINTIFFS' AMENDED |
| Defendant. | ) COMPLAINT |

Defendant, through undersigned counsel, hereby respectfully requests an extension of time within which to respond to plaintiffs' Amended Complaint in the above-captioned case. Defendant states the following in support of the requested extension:

On June 29, 2012, the Court issued an Order granting plaintiffs' Motion for Leave to Amend their Complaint, ordering counsel to discuss among themselves an agreed order addressing the impact of the Third Circuit's decision on certain counts of the Amended Complaint, and setting defendant's deadline to respond to plaintiffs' Amended Complaint at 30 days from that date, or July 30, 2012. Counsel have been in discussions regarding the form of an agreed order but have not yet agreed on a final version to be filed with the Court. Because the anticipated agreed order will include stipulations regarding defendant's response to the Amended Complaint, the agreed order should be filed before defendant's response. However, undersigned counsel has a dispositive motion briefing deadline in another case on July 20, 2012, and will be out of town on prescheduled leave from July 21 through July 28. Undersigned counsel has another dispositive motion briefing deadline in a third case on August 3, 2012, and three briefing

deadlines in a fourth case on August 10, 2012. Defendant therefore respectfully requests that the deadline for defendant's response to plaintiffs' Amended Complaint be extended up to and including August 20, 2012. Counsel for defendant has conferred with counsel for plaintiffs regarding this proposed extension, and counsel for plaintiffs has indicated that plaintiffs do not oppose defendant's requested extension.

July 20, 2012

          Respectfully submitted,

          STUART F. DELERY
          Acting Assistant Attorney General
          ZANE DAVID MEMEGER
          United States Attorney
          VINCENT GARVEY
          Assistant Branch Director

          /s/ Kathryn L. Wyer
          KATHRYN L. WYER
          U.S. Department of Justice, Civil Division
          20 Massachusetts Avenue, N.W.
          Washington, DC 20530
          Tel. (202) 616-8475 / Fax (202) 616-8470
          kathryn.wyer@usdoj.gov
          *Attorneys for Defendant*

**Certification Pursuant to Local Rule 7.1(b)**

The foregoing Motion to Extend the Time Within Which Defendant May Respond to Plaintiffs' Amended Complaint is uncontested.

          /s/ Kathryn L. Wyer
          KATHRYN L. WYER

**CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Motion has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: July 20, 2012                        /s/
                                                          Kathryn L. Wyer