IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

Upon consideration of defendant's Uncontested Motion to Extend the Time Within Which to Respond to Plaintiffs' Amended Complaint, and for good cause shown, the Court hereby GRANTS defendant's motion and ORDERS that defendant's response to plaintiffs' Amended Complaint is due on or before August 20, 2012.

_____
The Honorable Michael M. Baylson
United States District Judge