IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| FREE SPEECH COALITION, *et al.*, | : | Case No. 05-CV-1126-WDM-BNB |
| | | Honorable Walker Miller |
| Plaintiffs, | : | |
| V. | : | |
| ALBERTO GONZALES, | : | |
| Defendant. | : | |

**STIPULATION REGARDING
MOTION FOR TEMPORARY RESTRAINING ORDER**

The parties, by through the their respective counsel, hereby enter into the following stipulation regarding the Plaintiffs' motion for temporary restraining order. The parties agree as follows:

1. The Court will forego ruling on the pending motion for temporary restraining order, treat the motion as a motion for preliminary injunction, and will take up scheduling matters at the time of hearing for temporary restraining order on June 23, 2005, 1:30 P.M.

2. From the date of this agreement until no later than 30 days after the date of the hearing on the motion for preliminary injunction or the date of a decision on the motion, whichever comes first, unless otherwise extended by the Court, the Government agrees: (1) not to conduct any inspections, with regard to the Plaintiffs and their members, under 18 U.S.C. section 2257 and the Attorney General's new implementing regulations; and (2) not to pursue any claim against Plaintiffs and their members under 18 U.S.C. section 2257 and the Attorney General's new implementing regulations.

3. The Government takes the position that the regulations codified at 28 CFR, part 75, *et seq.*, are in effect as of June 23, 2005, and reserves the right, after the expiration of this agreement or the denial of a preliminary injunction, to prosecute or otherwise commence enforcement proceedings with respect to any violation that occurs on or after June 23, 2005 (including any violation that may occur during the period of this agreement).

4. The parties mutually propose that the hearing on preliminary injunction occur as close as practicable to one month from the date of this agreement, subject to the Court's schedule and as convenience permits.

5. By June 29, 2005, Plaintiff Free Speech Coalition, Inc., agrees to provide to a Special Master appointed by the Court a list of the names of those persons or entities who were members of Plaintiff Free Speech Coalition, Inc., as of June 25, 2005, at 2 p.m. The Government shall not be provided with the names of such persons, but shall instead consult with the Special Master before conducting any inspections under 18 U.S.C. 2257 and its implementing regulations, in order to ensure that such inspection would not involve a member of the Free Speech Coalition, Inc. Plaintiff Free Speech Coalition, Inc., shall bear all costs associated with this Special Master. For purposes of paragraph 2, "the Plaintiffs" shall mean persons or entities on the list, Plaintiff Free Speech Coalition, Inc., as an organization, Plaintiff Free Speech Coalition of Colorado as an organization, David Connors, and Lenjo, Inc. D/B/A New Beginnings Ltd.

Dated: June 24, 2005

/s/ Michael W. Gross
ARTHUR M. SCHWARTZ
MICHAEL W. GROSS
Schwartz & Goldberg, P.C.
1225 17th Street, Suite 1600
Denver, Colorado 80202
(303) 893-2500

PAUL J. CAMBRIA, JR.
ROGER W. WILCOX, JR.
Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria
42 Delaware Avenue
Buffalo, New York 14202
(716) 849-1333

H. LOUIS SIRKIN
JENNIFER M. KINSLEY
Sirkin Pinales & Schwartz LLP
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
(513) 721-4876

Counsel for Plaintiffs


PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

WILLIAM J. LEONE
Acting United States Attorney

/s/ Kurt J. Bohn
KURT J. BOHN, Assistant United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

SAMUEL C. KAPLAN,
Trial Attorney
United States Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington D.C. 20044

20 Massachusetts Avenue
Room 7302
Washington, D.C.  20001
(202) 514- 4686
(202) 616-8202 fax

Counsel for Defendant

3

APPROVED BY THE COURT

_____
Walker D. Miller
United States District Court Judge
District of Colorado