# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | ) CASE NO. 2:09-4607 |
| | ) |
| Plaintiffs, | ) **JUDGE MICHAEL M. BAYLSON** |
| | ) |
| -vs- | ) |
| | ) <u>**ORDER GRANTING PLAINTIFFS'**</u> |
| **THE HONORABLE ERIC H. HOLDER, JR.**, | ) <u>**MOTION FOR EXTENSION OF TIME TO**</u> |
| Attorney General, | ) <u>**FILE BRIEF IN RESPONSE TO**</u> |
| | ) <u>**DEFENDANT'S MOTION TO DISMISS IN**</u> |
| Defendant. | ) <u>**PART, TO AND INCLUDING**</u> |
| | ) <u>**SEPTEMBER 14, 2012**</u> |

AND NOW this ___ day of _____, 2012, upon consideration of Plaintiffs' Motion for Extension of Time to File Brief in Response to Defendant's Motion to Dismiss in Part, to and including September 14, 2012, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for Extension of Time is **GRANTED**. Plaintiffs have to and including September 14, 2012 to file a brief in response to Defendant's Motion to Dismiss in Part. (Doc. No. 92).

                                                                                       _____
                                                                                       **HON. MICHAEL M. BAYLSON**