


# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | ) | CASE NO. 2:09-4607 |
| | ) | |
| Plaintiffs, | ) | JUDGE MICHAEL M. BAYLSON |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER GRANTING PLAINTIFFS'** |
| THE HONORABLE ERIC H. HOLDER, JR., | ) | **MOTION FOR EXTENSION OF TIME TO** |
| Attorney General, | ) | **FILE BRIEF IN RESPONSE TO** |
| | ) | **DEFENDANT'S MOTION TO DISMISS IN** |
| Defendant. | ) | **PART, TO AND INCLUDING** |
| | ) | **SEPTEMBER 14, 2012** |

AND NOW this 30th day of August, 2012, upon consideration of Plaintiffs' Motion for Extension of Time to File Brief in Response to Defendant's Motion to Dismiss in Part, to and including September 14, 2012, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion for Extension of Time is **GRANTED**. Plaintiffs have to and including September 14, 2012 to file a brief in response to Defendant's Motion to Dismiss in Part. (Doc. No. 92).

ENTERED
AUG 30 2012
CLERK OF COURT

_____
HON. MICHAEL M. BAYLSON