# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. | ) | CASE NO. 2:09-4607 |
| Plaintiffs, | ) ) | JUDGE MICHAEL M. BAYLSON |
| -vs- | ) ) ) | |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) ) ) | ~~PROPOSED~~ SCHEDULING ORDER |
| Defendant. | ) ) ) | |

FILED
SEP 10 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

On June 29, 2012, this Court entered an order directing the parties to discuss a structured discovery plan to and to submit an agreed upon scheduling order. (Doc. No. 83). The Court approved a nine-month discovery period to and including March 29, 2013.

Plaintiffs, by and through counsel, and Defendant, by and through counsel, hereby submit their Proposed Scheduling Order. While the parties have agreed that discovery on certain issues can go forward consistent with the Third Circuit's opinion of April 16, 2012, the Agreed Order of August 18, 2012, and the parties' Stipulation to Stay Discovery With Respect to Plaintiffs' Fourth Amendment Claims, all parties are preserving any objections they might have to such discovery, including any objections concerning the proper scope of such discovery. Without waiving such objections, the parties, through undersigned counsel, agree and stipulate to the following schedule:

1. All discovery is to be completed by March 29, 2013.

2. Written Discovery

    a. Initial document requests, interrogatories, and requests for admission shall be served on or before September 10, 2012.

    b. Counsel agree to confer to discuss objections to written discovery on or before September 24, 2012.

    c.    Written responses to document requests, interrogatories, and requests for admission shall be served on or before October 12, 2012.

    d.    Document production in response to initial document requests shall be completed by October 26, 2012.

    e.    Additional written document requests, interrogatories, and requests for admission shall be served on or before November 28, 2012.

    f.    Written responses and document production to the parties' additional written discovery requests shall be served and completed on or before January 15, 2013.

    g.    Subpoenae duces tecum must be served on third parties on or before January 31, 2013.

3. Fact and Expert Witnesses

    a.    Counsel shall exchange a list of likely fact witnesses on or by December 31, 2012.

    b.    Expert reports are to be exchanged on or before February 15, 2013.

    c.    Rebuttal expert reports are to be exchanged on or before March 1, 2013.

    d.    Depositions of all fact and experts are to be completed by March 29, 2013.

_____
HON. MICHAEL M. BAYLSON

9/10/12

ENTERED

SEP 10 2012

CLERK OF COURT

**AGREED:**

Stuart F. Delery
Acting Assistant Attorney General
Zane David Memeger
United States Attorney
Vincent M. Garvey
Deputy Branch Director
Kathryn Wyer
kathryn.wyer@usdoj.gov
U.S. Department of Justice

(Signature block continued on next page)

20 Massachusetts Avenue
Washington D.C. 20530
Tel. (202) 616-8475 / Fax (202) 616-8470

Attorneys for Defendant

J. Michael Murray
jmmurray@bgmdlaw.com
Lorraine R. Baumgardner
lbaumgardner@bgmdlaw.com
Berkman, Gordon, Murray & DeVan
55 Public Square Ste. 2200
Cleveland, Ohio 44113
Tel. (216) 781-5245 / Fax (216) 781-8207

Kevin E. Raphael
KER@Pietragallo.com
J. Peter Shindel, Jr.
JPS@Pietragallo.com
Pietragallo Gordon Alfano Bosick
   & Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Tel. (215) 320-6200/ Fax (215) 981-0082

Attorneys for Plaintiffs