

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) STIPULATION TO STAY DISCOVERY WITH RESPECT TO PLAINTIFFS' FOURTH AMENDMENT CLAIMS |
| Defendant. | ) |

FILED
SEP 10 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

The parties, through undersigned counsel, hereby agree and stipulate that all discovery obligations, including initial disclosure obligations, with respect to plaintiffs' Fourth Amendment claims shall be stayed pending this Court's ruling on defendant's Motion to Dismiss those claims. *See* ECF No. 92. Should the Court subsequently deny defendant's Motion to Dismiss in Part, the parties shall file a supplemental proposed discovery schedule, setting forth separate proposed discovery deadlines with respect to plaintiffs' Fourth Amendment claims, within thirty days of the Court's Order.

August 28, 2012

Respectfully submitted,

/s/ _____
J. Michael Murray
jmmurray@bgmdlaw.com
Lorraine R. Baumgardner
lbaumgardner@bgmdlaw.com
Berkman, Gordon, Murray & DeVan
55 Public Square Ste. 2200
Cleveland, Ohio 44113
Tel. (216) 781-5245 / Fax (216) 781-8207
Kevin E. Raphael
KER@Pietragallo.com
J. Peter Shindel, Jr.

JPS@Pietragallo.com
Pietrogallo Gordon Alfano Bosick
& Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Tel. (215) 320-6200/ Fax (215) 981-0082
*Attorneys for Plaintiffs*

STUART F. DELERY
Acting Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

APPROVED BY:

_____
HON. MICHAEL M. BAYLSON

9/10/12

ENTERED

SEP 10 2012

CLERK OF COURT