# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** ) | **CASE NO. 2:09-4607** |
| ) | |
| Plaintiffs, ) | **JUDGE MICHAEL M. BAYLSON** |
| ) | |
| -vs- ) | |
| ) | **ORDER DENYING DEFENDANT'S** |
| **THE HONORABLE ERIC H. HOLDER, JR.**, ) | **MOTION TO DISMISS IN PART** |
| Attorney General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

AND NOW this ___ day of _____, 2012, upon consideration of Defendant's Motion to Dismiss in Part (Doc. No. 92), and the opposition thereto, it is hereby **ORDERED** and **DECREED** that Defendant's Motion to Dismiss in Part (Doc. No. 92) is **DENIED.**


_____
**HON. MICHAEL M. BAYLSON**