IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) UNOPPOSED MOTION FOR ) EXTENSION OF TIME |
| Defendant. | ) |

    Defendant, through undersigned counsel, hereby respectfully requests an extension of time within which to file a Reply in support of Defendant's Motion to Dismiss in Part in the above-captioned case up to and including October 5, 2012. Counsel for defendant has conferred with counsel for plaintiffs, and counsel for plaintiffs has indicated that plaintiffs do not oppose defendant's requested extension. Good cause exists for defendant's requested extension, as set forth below.

    Defendant filed a Motion to Dismiss in Part on August 20, 2012 (ECF No. 92). Plaintiffs' response was originally due on September 6, 2012, and plaintiffs sought and were granted an extension until September 14, 2012, to which defendant agreed. Pursuant to this Court's general order, defendant's reply is due on or before September 24, 2012. However, undersigned counsel for defendant has been and will be out of the office for several days on religious leave and has a dispositive motion briefing deadline in another case on October 1, 2012, in addition to ongoing workload commitments. Defendant therefore respectfully requests that the deadline for defendant's Reply be extended up to and including October 5, 2012.

September 21, 2012                              Respectfully submitted,

                                                  STUART F. DELERY
Acting Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
VINCENT GARVEY
Assistant Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

**Certification Pursuant to Local Rule 7.1(b)**

The foregoing Motion for Extension of Time is uncontested.

/s/ Kathryn L. Wyer
KATHRYN L. WYER

**CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Motion has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: September 21, 2012                      /s/
                                                            Kathryn L. Wyer