IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

Upon consideration of defendant's Uncontested Motion for Extension of Time, and for good cause shown, the Court hereby GRANTS defendant's motion and ORDERS that defendant's reply in support of defendant's Motion to Dismiss in Part be filed on or before October 5, 2012.

_____
The Honorable Michael M. Baylson
United States District Judge

9/24/12