IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC. et al., | ) | Civil Action No. 2:09-4607 |
| | ) | |
| Plaintiffs, | ) | Judge Michael M. Baylson |
| | ) | |
| v. | ) | |
| | ) | UNCONTESTED MOTION TO |
| THE HONORABLE ERIC H. HOLDER, JR., | ) | SUBSTITUTE CORRECTED |
| Attorney General, | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION TO DISMISS IN PART |
| Defendant. | ) | |

Defendant, through undersigned counsel, hereby respectfully requests leave to replace the version of the memorandum in support of defendant's Motion to Dismiss in Part (ECF No. 92) with a corrected version that contains the final double quotation marks that were inadvertently omitted from the brief that was previously filed. Upon review of defendant's previously-filed memorandum, undersigned counsel discovered that, in the process of converting the document from a word processing format to pdf, all final double quotation marks were somehow converted to spaces. In order to avoid any inconvenience to the Court caused by the lack of any final double quotation marks in defendant's brief, defendant requests leave from the Court to substitute a corrected memorandum for the originally-filed version. Defendant's proposed substitution (to replace ECF No. 92) is attached hereto, and the documents previously filed as ECF No. 92-1 and 92-2 are also attached hereto, for the Court's convenience. No changes in the text have been made, other than the inclusion of final double quotation marks in defendant's memorandum.[1] Undersigned counsel for defendant has conferred with counsel for plaintiffs, who indicates

---

[1] In order to correct this error, undersigned counsel had to use a different word processing program, which resulted in occasional differences in the number of words per line or lines per

plaintiffs do not oppose defendant's proposed substitution.

October 5, 2012                                      Respectfully submitted,

                                                     STUART F. DELERY
                                                     Acting Assistant Attorney General
                                                     ZANE DAVID MEMEGER
                                                     United States Attorney
                                                     VINCENT GARVEY
                                                     Assistant Branch Director

                                                     /s/ Kathryn L. Wyer
                                                     KATHRYN L. WYER
                                                     U.S. Department of Justice, Civil Division
                                                     20 Massachusetts Avenue, N.W.
                                                     Washington, DC 20530
                                                     Tel. (202) 616-8475 / Fax (202) 616-8470
                                                     kathryn.wyer@usdoj.gov
                                                     *Attorneys for Defendant*


**Certification Pursuant to Local Rule 7.1(b)**

The foregoing Motion is uncontested.

                                                     /s/ Kathryn L. Wyer
                                                     KATHRYN L. WYER

---

page. Undersigned counsel has attempted to minimize such differences as much as possible.

Case 2:09-cv-04607-MMB   Document 104   Filed 10/05/12   Page 3 of 3

**CERTIFICATE OF SERVICE**

      Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Motion has been filed electronically and is available for viewing and downloading from the ECF system.   I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: October 5, 2012                      /s/
                                                Kathryn L. Wyer