IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

Upon consideration of defendant's Uncontested Motion to Substitute Corrected Memorandum in Support of Motion to Dismiss in Part, and for good cause shown, the Court hereby GRANTS defendant's motion and ORDERS that the memorandum attached to defendant's Motion be deemed substituted for the original memorandum filed as ECF No. 92.

IT IS SO ORDERED.

_____
The Honorable Michael M. Baylson
United States District Judge