IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) UNCONTESTED MOTION TO ) SUBSTITUTE CORRECTED ) MEMORANDUM IN SUPPORT OF ) MOTION TO DISMISS IN PART |
| Defendant. | ) |

Defendant, through undersigned counsel, hereby respectfully requests leave to replace the version of the memorandum in support of defendant's Motion to Dismiss in Part (ECF No. 92) with a corrected version that contains the final double quotation marks that were inadvertently omitted from the brief that was previously filed. Upon review of defendant's previously-filed memorandum, undersigned counsel discovered that, in the process of converting the document from a word processing format to pdf, all final double quotation marks were somehow converted to spaces. In order to avoid any inconvenience to the Court caused by the lack of any final double quotation marks in defendant's brief, defendant requests leave from the Court to substitute a corrected memorandum for the originally-filed version. Defendant's proposed substitution (to replace ECF No. 92) is attached hereto, and the documents previously filed as ECF No. 92-1 and 92-2 are also attached hereto, for the Court's convenience. No changes in the text have been made, other than the inclusion of final double quotation marks in defendant's memorandum.[1] Undersigned counsel for defendant has conferred with counsel for plaintiffs, who indicates

---

[1] In order to correct this error, undersigned counsel had to use a different word processing program, which resulted in occasional differences in the number of words per line or lines per

plaintiffs do not oppose defendant's proposed substitution.

October 5, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
VINCENT GARVEY
Assistant Branch Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

**Certification Pursuant to Local Rule 7.1(b)**

The foregoing Motion is uncontested.

/s/ Kathryn L. Wyer
KATHRYN L. WYER

**ENTERED**

OCT 1 1 2012

**CLERK OF COURT**

page. Undersigned counsel has attempted to minimize such differences as much as possible.

- 2 -