

**U.S. Department of Justice**

Civil Division, Federal Programs Branch
20 Massachusetts Ave, N.W.
P.O. Box 883 Ben Franklin Station
Washington, D.C. 20530

_____

Kathryn L. Wyer  
Trial Attorney

Tel: (202) 616-8475  
Fax: (202) 616-8470

October 12, 2012

BY ECF

The Honorable Michael M. Baylson  
United States District Judge  
Eastern District of Pennsylvania  
601 Market Street  
Philadelphia PA  19106

   Re: *Free Speech Coalition v. Holder*, No. 2:09-cv-4607 Amendment to Scheduling Order

Dear Judge Baylson,

     Pursuant to the Court's Pretrial Procedures, undersigned counsel submits this letter regarding a change in the Scheduling Order approved by the Court on September 9, 2012. See ECF No. 99. Due to the unavailability of key individuals, as a result of job changes and medical leave, defendant has been unable to complete his written responses to the discovery that plaintiffs served on September 10, 2012. Undersigned counsel therefore contacted counsel for plaintiffs on October 10 to request a thirty-day extension of the current October 12, 2012, deadline for written responses. Counsel for plaintiffs proposed that the parties agree to a two-week extension, until October 26, 2012, to see how much progress defendant can make, with the understanding that defendant would have flexibility in providing responses after that time. Defendant has agreed to attempt to finalize his responses by October 26 but reserves the right to seek additional time from the Court if he is unable to meet that deadline.

                        Respectfully,

                        STUART F. DELERY  
                        Acting Assistant Attorney General  
                        ZANE DAVID MEMEGER  
                        United States Attorney  
                        VINCENT GARVEY  
                        Assistant Branch Director

                        <u>/s/ Kathryn L. Wyer</u>  
                        KATHRYN L. WYER  
                        U.S. Department of Justice, Civil Division  
                        20 Massachusetts Avenue, N.W.

                          Washington, DC 20530
                          Tel. (202) 616-8475 / Fax (202) 616-8470
                          kathryn.wyer@usdoj.gov
                          *Attorneys for Defendant*

### Certification Pursuant to Local Rule 7.1(b)

      I hereby certify that the parties have agreed to the extension of the October 12, 2012 deadline to October 26, 2012, as set forth above.

                          /s/ Kathryn L. Wyer
                          KATHRYN L. WYER

### CERTIFICATE OF SERVICE

      Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: October 12, 2012          /s/
                                          Kathryn L. Wyer