IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITION, INC., et al. | CIVIL ACTION |
|---|---|
| v. | NO.  09-4607 |
| HONORABLE ERIC H. HOLDER, JR. | DATE OF NOTICE: October 12, 2012 |

## NOTICE

Please be advised that a **HEARING re Defendant's Motion to Dismiss** has been tentatively scheduled for **Monday, November 26, 2012 at 9:30 a.m.**, with the Honorable Michael M. Baylson in Courtroom 3A (Third Floor).

/s/ Joanne B. Bryson

Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc:   All counsel via email

O:\CIVIL 09\09-4607 Free Speech v. Holder\09cv4607.hearing.notice.wpd