IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITON, INC. et al. | CIVIL ACTION |
|---|---|
| v. | NO. 09-4607 |
| ELECTRIC FRONTIER FOUNDATION, et al. | DATE OF NOTICE: November 15, 2012 |

### NOTICE

### Time Change Only

Please be advised that the **HEARING** scheduled for Monday, November 26, 2012 at 9:30 a.m. has been **RESCHEDULED to 1:30 p.m.**, with the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Joanne B. Bryson
_____
Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc:  All Counsel via email


O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4609.hearing.notice.doc