IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC., et al. : | | CIVIL ACTION |
| Plaintiffs, : | | |
| : | | |
| v. : | | |
| : | | |
| THE HONORABLE ERIC H. HOLDER, JR. : | | No. 9-4607 |
| Defendant. : | | |

## **ORDER**

AND NOW, this 26th day of November, 2012, it is hereby ORDERED that Defendant's Motion to Dismiss in Part (ECF No. 92), filed pursuant to Rule 12 (b)(1) of the Federal Rules of Civil Procedure, is DENIED. An accompanying Memorandum of Law will follow within two weeks.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607.order denying mtd.doc