# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC. et al.,       )       Civil Action No. 2:09-4607
                                          )
                  Plaintiffs,             )       Judge Michael M. Baylson
                                          )
        v.                                )
                                          )       PLAINTIFF MICHAEL BARONE'S
THE HONORABLE ERIC H. HOLDER, JR.,        )       ANSWERS AND RESPONSES
Attorney General,                         )       TO DEFENDANT'S FIRST
                                          )       SET OF INTERROGATORIES AND
                  Defendant.              )       REQUESTS FOR PRODUCTION

## I.    INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, each plaintiff is hereby requested to answer, separately from other plaintiffs (or to the extent all plaintiffs' answers to any Interrogatory are identical, separately signed and sworn), each of the following interrogatories separately and fully in writing under oath, and to provide responses by electronic mail to defendant's undersigned counsel by the applicable deadline. If any interrogatory cannot be answered fully, it should be answered to the extent possible, with the reasons explained for not answering more fully. In responding to these interrogatories, type out each question before your answer.

INTERROGATORY NO. 1: Identify by full name, all aliases, address, telephone number, e-mail address, and website URL each person who provided information used or relied on in responding to these Interrogatories.

ANSWER:

> Michael Barone
> 612 Race St.
> Perkasie, PA 18944
> (215) 906-5743
> (215)453-1515
> www.baronephotoart.com
> www.commissionednudes.com
> with the assistance of counsel

INTERROGATORY NO. 2: Identify by full name, all aliases, address, telephone number, e-mail address, and website URL each person whom you intend to call as a witness at any evidentiary proceeding or trial held in the above-captioned matter, including all plaintiffs and expert witnesses you intend to call.

ANSWER:     Objection. As counsel discussed on September 24, 2012, this interrogatory is premature. Plaintiffs have not yet determined who they will call as witnesses at any evidentiary proceeding or trial. They will provide this information once discovery is complete and in compliance with the discovery scheduling order, the court's standing order, and the applicable rules of procedure.

INTERROGATORY NO. 3: For each person identified in Interrogatory Number 2, describe in detail the expected content and nature of the person's testimony, and state the likelihood that the person will testify.

ANSWER:     See answer to Interrogatory No. 2.

INTERROGATORY NO. 4: Identify by title, date, publisher, distributor, location, and URL all documents and electronically stored information, including webpages, you intend to introduce as evidence in this litigation.

ANSWER:     Objection. As counsel discussed on September 24, 2012, this interrogatory is premature. Plaintiffs have not yet determined what documents they intend to introduce at any evidentiary proceeding or trial. They will provide this information once discovery is complete and in compliance with the discovery scheduling order, the court's standing order, and the applicable rules of procedure.

INTERROGATORY NO. 5: If you contend that you (and/or, for an organizational plaintiff, any of your members) are a primary producer of one or more matters containing visual depictions of actual or simulated sexually-explicit conduct subject to the requirements of 18 U.S.C. §§ 2257 or 2257A,

identify by title, date of creation, date of publication, publisher, URL, distributor, and location a representative sample of ten such matters containing such visual depictions that you and/or your members have produced (or, if the total number that you and/or your members have produced is less than ten, all such matters containing such visual depictions that you and/or your members have produced) and state whether the sexually-explicit conduct in the depictions in each of these matters was actual or simulated or both.

ANSWER:

| Title | Creation Date | Exhibition date | |
|-------|---------------|-----------------|---|
| 1) Breakfast of Champions" | May, 2010 | August 14. 2010 | Simulated |
| 2) "Control" | July, 2005 | August 15, 2009 | Simulated |
| 3) "Entangled" | July, 2005 | August 15, 2009 | Simulated |
| 4) "Exquisite" | June, 2009 | August 15, 2009 | Simulated |
| 5) "Rapture" | July, 2005 | August 15, 2009 | Simulated |
| 6) "Room with a View #1" | May, 2010 | August 14, 2010 | Actual |
| 7) "Room with a View #3" | May, 2010 | August 14, 2010 | Actual |
| 8) "Room with a View #5" | May, 2010 | August 14, 2010 | Actual |
| 9) "Self Pleasure #5 | April, 2008 | August 15, 2009 | Simulated |
| 10) "Squeeze Play" | April, 2008 | August 15, 2009 | Actual |

All photos were on public display at the Arthouse Lounge, 217 N. 2nd St. Harrisburg, PA. Also, on display at my website www.baronephotoart.com

INTERROGATORY NO. 6: If you contend that 18 U.S.C. §§ 2257, 2257A, and/or their implementing regulations are not narrowly tailored as applied to you (and/or, for an organizational plaintiff, your members), or are overbroad, identify, per contention, by full name, all aliases, address, telephone number, e-mail address, and website URL all persons, including plaintiffs, who have personal knowledge of facts relating to each of those contentions.

ANSWER:    Objection. This interrogatory is overbroad and burdensome in that it asks Plaintiffs to identify *all persons*, without limitation, who have knowledge of the contention that the statutes are not narrowly tailored or are overbroad. Without waiving this

objection, I provide the following information:

> I have personal knowledge of the facts relating to Plaintiffs' contentions that the statutes and regulations are not narrowly tailored as applied to me and are overbroad. In addition, my wife, Catherine Theresa Barone, esq.; C.Theresa Barone, 612 Race St., Perkasie, PA 18944, 215-453-1515 is knowledgeable and aware of the burdens the statutes impose on my work.

INTERROGATORY NO. 7: With respect to each person you have identified in response to Interrogatory Number 6, list in complete detail, per person you have identified, those facts known by that person that support either the contention that 18 U.S.C. §§ 2257, 2257A, and/or their implementing regulations are not narrowly tailored as applied to you and/or your members, or the contention that those provisions are overbroad.

ANSWER:   The people whom I photograph engaged in erotic poses are clearly adults. Moreover, as a matter of practice, I would examine a model's driver's license to confirm his or her age. Therefore, the statutes are not narrowly tailored to advance any interest in protecting children as applied to my work.

> Since my studio is in my home, my wife is aware of my work and my practices.

> The statutes are also substantially overbroad in that they apply to an enormous amount of protected expression produced by other artists, sex therapists and individuals in the course of their private sex lives that depicts mature adults who could not be confused as children, examples of which have been provided in my response to Interrogatory No. 12.

> I reserve the right to supplement my answer with additional facts as discovery progresses.

INTERROGATORY NO. 8: If you (and/or, for an organizational plaintiff, your members) restrict those persons that appear in visual depictions that you or your members produce of actual or simulated sexually-explicit conduct subject to the requirements of 18 U.S.C. §§ 2257 or 2257A based on age, identify all procedures that you and/or your members have employed or currently employ to ascertain or verify the ages of those persons.

4

ANSWER:   I have always, throughout my career as a photographic artist, confirmed age of my models by having them produce a valid driver's license. As of the changing of the law, I now photocopy their driver's license and attach it to my model release with the initial date of the photography session and their signature along with any aliases they may have.


INTERROGATORY NO. 9: If you (and/or, for an organizational plaintiff, your members) have produced visual depictions of actual or simulated sexually-explicit conduct subject to the requirements of 18 U.S.C. §§ 2257 or 2257A that portray persons in any of the following age groups engaged in actual or simulated sexually-explicit conduct, identify for each such age group whether the total number of such depictions (where each film, videotape, photograph, or digital image constitutes a single depiction but not including multiple copies, duplicates, scenes within a single film or video, or edited or reformatted versions of the same depiction) is (a) greater than zero, (b) greater than five, (c) greater than ten, (d) greater than twenty, (e) greater than fifty, (f) greater than one hundred, or (g) greater than one thousand.

    i. 18-25

    ii. 26-35

    iii. 36-45

    iv. 46-55

    v. 56-65

    vi. over 65

ANSWER:   Being a photographer for almost 30 years, I photographed hundreds of people from the ages of 18 to 75.  I am simply unable to provide the individual data requested. I do not have copies of all of my depictions nor do I have records for those produced before the enactment of the law.

INTERROGATORY NO. 10: With respect to each statutory and/or regulatory requirement of 18 U.S.C. §§ 2257 or 2257A or their implementing regulations (identified by specific subsection, or by section if the section contains no subsections) that you contend either is not narrowly tailored as applied to you (and/or, for an organizational plaintiff, your members) or is overbroad, state, per such requirement, each and every fact upon which you rely to support your contention.

ANSWER:   The recordkeeping and labeling requirements and penalty provision of 18 U.S.C. § 2257 (a)-(f); (i); the recordkeeping and labeling requirements and penalty provision of 18 U.S.C. § 2257A (a)-(f); (i) and 28 C.F.R. §§ 75.2, 75.3, 75.4, 75.5, 75.6, 75.8 implementing the statutory recordkeeping, labeling, and inspection requirements are not narrowly tailored, are overbroad, and impose unconstitutional burdens on my expression.

There have been times when I have been prevented from creating my expression because a model who was clearly over 18 was not able to produce a valid driver's license. This has cost me both time and money.

One such instance was someone I have known personally for years; we went to college together. The shoot was at another studio so I paid to rent the studio, equipment, props. Then, a few days before the session, her purse was stolen along with her I.D. She did not think anything of it and did not cancel the session. When presented with the situation, I did not photograph her because she could not produce the requisite identification. I was out the money paid to the studio.

In the course of my career as a photographer, I have been commissioned by married couples and couples in a committed relationship to create erotic images of themselves for their own private use. I must now demand photo identification from the couple and maintain records required by 18 U.S.C. §§ 2257, 2257A for this expression. When I tell couples that they need to produce photo identification, most couples provide it. But when I tell them that I need to make a copy of their photo IDs, the tone changes, and it is tougher getting the booking. Most couples cancel after I tell them I must keep a copy of their photo ID for my records and government inspection.

I have been asked to possibly publish a retrospective of my body of work, but because of a loss of some documentation and files, I can no longer use images that I created in the early part of my career. Thus my retrospective will be lacking almost half of my career.

The statutes, therefore, not only substantially burden my work but have prohibited me from publishing my photographs of persons who in no way could be mistaken as

6

minors. The statutes and regulations are not narrowly tailored to advance an interest in protecting children but as applied to my work, restrict protected expression depicting adults.

As noted above, I operate my studio from my home, so I am subject to warrantless searches of my records in my home under the statutory and regulatory inspection scheme.

Also, the statutes and regulations impose their burdens on a vast amount of protected expression depicting mature adults that is in no way associated with child pornography.  See answer to Interrogatory No. 12.

I reserve the right to supplement my answer with additional facts as discovery progresses.

INTERROGATORY NO. 11: With respect to each statutory and/or regulatory requirement that you

identified in response to Interrogatory Number 10 and that you contend is not narrowly tailored as

applied to you (and/or, for an organizational plaintiff, your members), identify, per such requirement,

by title, date of creation, date of publication, publisher, URL, distributor, and location a

representative sample of ten visual depictions that you and/or your members have produced of actual

or simulated sexually-explicit conduct subject to the requirements of 18 U.S.C. §§ 2257 or 2257A

that support your claim (or, if the total number that you and/or your members have produced that

support your claim is less than ten, all such visual depictions that you and/or your members have

produced).

ANSWER:     See answer to Interrogatory No. 5.


INTERROGATORY NO. 12: With respect to each statutory and/or regulatory Requirement that you

identified in response to Interrogatory Number 10 and that you contend is overbroad, identify, per

requirement, by title, date of creation, date of publication, publisher, URL, distributor, and location

7

a representative sample of one hundred visual depictions of actual or simulated sexually-explicit

conduct subject to the requirements of 18 U.S.C. §§ 2257 or 2257A that support your claim (or, if

the total number of visual depictions that support your claims is less than one hundred, all such

visual depictions).

ANSWER:   In addition to the representative samples listed in response to Interrogatory No. 5 and
that identified by the other plaintiffs, the following sets forth a representative sample
of depictions to which the statutes apply compiled by counsel and support Plaintiffs'
claim that the statutes and regulations are overbroad:

There are thousands of sexually explicit videos made by private individuals that are
uploaded to tube sites that depict mature adults and/or are displayed by amateur adult
webcam sites. See:

1. Title: Xhamster/Mature Porn Videos
URL: http://xhamster.com/channels/new-matures-1.html
Date Accessed: September 14, 2012

2. Title: YouJizz/ Mature Porn Tube Videos
URL: http://www.youjizz.com/search/mature-1.html
Date Accessed: September 14, 2012

3. Title: XVIDEOS/ grannies videos
URL: http://www.xvideos.com/tags/grannies
Date Accessed: September 14, 4012

4. Title: MadThumbs/Newest Mature Videos
URL: http://www.madthumbs.com/categories/mature
Date Accessed: September 14, 2012

5. Title: YouPorn/ Mature Sex Porn Tubes
URL: http://yourporn.com/category/28/mature/
Date Accessed: September 14, 2012

6. Title: Tnaflix/ Mature Sex Videos
URL: http://www.tnaflix.com/mature-porn
Date Accessed: September 14, 2012

7. Title: Spankwire/ Milf Porn Tube
URL: http://www.spankwire.com/search/straight/keyword/granny
Date Accessed: September 14, 2012

8. Title:  Redtube/ Granny sex videos
URL: http:///www.redtube.com/tag/granny
Date Accessed: September 18, 2012

9.Title: Porncor/ Mature
URL: http://porncor.com/search/mature
Date Accessed: September 20, 2012

10. Title: Boysfood/ Mature Porn
URL: http://www.boysfood.com/videos/mature/
Date Accessed: September 20, 2012

11. Title: Yuvutu.com/ Free Porn Videos, Free Amateur Porn, TV Sex Porno XXX
URL: http://www.yuvutu.com/
Date Accessed: September 20, 2012

12. Title: Tube8.com/Mature
URL: http://www.tube8.com/cat/mature/2/
Date Accessed: September 21, 2012

13. Title: FreeViewMovies/Mature
URL: http://www.freeviewmovies.com/search/mature/
Date Accessed: September 21, 2012

14. Title: PornoTube/Grannies
URL: http://www.pornotube.com/media.php?mode=category&category_id=618
Date Accessed: September 21, 2012

15. Title: Empflix/Granny
URL: http://www.empflix.com/categories/watched-granny-1.html
Date Accessed: September 21, 2012

16. Title: 3XUpload/ Mature
URL: http://www.3xupload.com/search?search_query=mature&search_type=videos
Date Accessed: September 21, 2012

17. Title: EskimoTube/ Granny
URL: http://www.eskimotube.com/show.php?tag=%22granny%22
Date: Accessed: September 21, 2012

18. Title: KeezMovies/ Mature
URL: http://www.keezmovies.com/categories/mature
Date Accessed: September 21, 2012

19. Title: XNXX/granny
URL: http://video.xnxx.com/tags/granny
Date Accessed: September 21, 2012

20. Title: ClearClips/ Granny
URL: http://www.clearclips.com/search.php?zoom_query=granny&zoom_per_page=20&x=0&y=0
Date Accessed: September 21, 2012

21. Title: EFUKT/ Granny
URL: http://www.efukt.com/search/granny/
Date Accessed: September 21, 2012

22. Title: KoosTube/Mature
URL: http://www.koostube.com/categories/mature/
Date Accessed: September 21, 2012

23. Title: AlotPorn/ Grannies
URL: http://alotporn.com/grannies/
Date Accessed: September 21, 2012

24. Title: Xtube/Grannies:
URL: http://www.xtube.com/video_search.php?search=grannies
Date Accessed: September 21, 2012

25. Title: Xpeeps/Mature
URL: http://www.xpeeps.com/webcam/mature-women/
Date Accessed: September 28, 2012

26. Title: Xpeeps/Granny
URL: http://www.xpeeps.com/webcam/granny/
Date Accessed: September 28, 2012

27. Title: Sell Your Sex Tape
URL: http://www.sellyoursextape.com/tour.html
Date Accessed: September 25, 2012

28. Title: Pawn Your Sex Tape
URL: http://www.pawnyoursextape.com/
Date Accessed: September 25, 2012

29. Title: See My Sex Tapes
URL: www.seemysextapes.com
Date Accessed: September 25, 2012

Additionally, there are numerous adult dating websites and social networks on which mature adult members exchange a multitude of sexually explicit images with one another. Government computer forensic specialist Kristi Witsman accessed tens of thousands of images of mature adults from a single website  seven years ago. *Affidavit of Kristi Witsman*, *Connection Distributing Co. v. Gonzales*, Case No. 95 CV 1993 (U.S.Dist. Ct. N. D. Ohio). See:

1.  Title: Alt
URL: http://alt.com
Date Accessed: September 21, 2012

2. Title: AdultSpace
URL: http://adultspace.com
Date Accessed: September 21, 2012

3. Title: BeNaughty
URL: http://www.benaughty.com/
Date Accessed: September 21, 2012

4. Title: SwingerZoneCentral
URL: http://www.swingerzonecentral.com/
Date Accessed: September 21, 2012

5. Title: AffairsClub
URL: http://www.affairsclub.com/
Date Accessed: September 21, 2012

6. Title: IwantU
URL: http://www.iwantu.com
Date Accessed: September 21, 2012.

7. Title: Upforit
URL: http://www.upforit.com/
Date Accessed: September 21, 2012

8. Title: DateaCougar
URL: http://www.dateacougar.com
Date Accessed: September 21, 2012

9. Title: Hookup
URL: http://www.hookup.com/
Date Accessed: September 21, 2012

11

10. Title: xxxBlackBook
URL: http://www.xxxblackbook.com
Date Accessed: September 21, 2012

11. Title: Sexinyourcity
URL: http://www.sexinyourcity.com/
Date Accessed: September 21, 2012

12. Title: Amateurmatch
URL: http://www.amateurmatch.com
Date Accessed: September 21, 2012

13. Title: Passion
URL: http://passion.com/
Date Accessed: September 21, 2012

14. Title: Getiton
URL: http://getiton.com/
Date Accessed: September 21, 2012

15. Title: HornyMatches
URL: http://www.hornymatches.com/
Date Accessed: September 21, 2012

16. Title: BDSM
URL: http://bdsm.com/
Date Accessed: September 21, 2012

17. Title: Ashley Madison
URL: http://www.ashleymadison.com/
Date Accessed: September 25, 2012

18. Title: Adult Friend Finder
URL: http://adultfriendfinder.com/
Date Accessed: September 25, 2012

19. Title: LetsBang
URL: http://www.letsbang.com/
Date Accessed: September 25, 2012

20. Title: NaughtyConnect
URL: http://www.naughtyconnect.com/
Date Accessed: September 25, 2012

21. Xhookup
URL: http://www.xhookups.com/
Date Accessed: September 25, 2012

22. Adultmatchdoctor
URL: http://www.adultmatchdoctor.com/
Date Accessed: September 25, 2012

There are a number of artistic and educational materials that contain depictions of
sexually explicit conduct of mature adults. See:

1. Title: Sex in Art
URL: http://www.sexinart.net/
Date Accessed: September 25, 2012

2. Title: The Panhandler Project
URL: http://www.degenevieve.com/panhandler%20media.html
Date Accessed: September 28, 2012
Publisher: Barbara DeGenieve
Creation: 2004-2206

3. Title: Art Nude Erotic and Bondage Photo Prints
URL: http://maxim.photoshelter.com/gallery-list
Date Accessed: September 25, 2012
Publisher: Alex Maxim

4. Title: Fuck-Art
URL: http://www.brooklynstreetart.com/theblog/2012/02/08/fck-art-opens-wide
-at-the-museum-of-sex-not-safe-for-work-or-school/
Date Accessed: September 25, 2012
Creation: February 8-June 10, 2012
Location: Museum of Sex, 233 5th Avenue, New York, New York 10016

5. Title: The Nu Project
URL: http://thenuproject.com/
Date Accessed: September 25, 2012

6. Title: Online Alchemy- The Art of Loren Cameron
URL: http://www.lorencameron.com/
Date Accessed :September 25, 2012

7. Title: Sexually Explicit Art "Not Porn," Arist Says
URL: http://www.nbclosangeles.com/news/local/Sexually-Explicit-Art-Show
-Coagula-Chinatown-Gallery-Mat-Gleason-Tim-Youd-147675875.html
Date Published: April 16, 2012

Date Accessed: September 28, 2012

8. Title: NIH Under Fire for Grants Toward Creation of Homoerotic Website
URL: http://www.foxnews.com/politics/2012/04/19/nih-under-fire-for-grants-toward
-creation-homoerotic-website/
Date Published: April 19, 2012
Date Accessed: September 28, 2012

9. Title: JD Dragan Fine Art Photography
URL: http://www.jddragan.com/
Date Accessed: September 25, 2012

10. Title: ErosArts
URL: http://erosartist.com/
Date Accessed: September 25, 2012

11. Title: *Our Bodies Ourselves*
Author: Judy Norsigian; Boston Women's Health Book Collective
Date of Publication: October 1, 2011.

12. Title: *Helmut Newton: White Women. Sleepless Nights. Big Nudes*
URL:http://houston.culturemap.com/newsdetail/07-03-11-big-nudes-controversial
-helmut-newton-photo-exhibition-at-mfah-is-a-must-for-fashion-followers/
Date of Original Exhibit: 7/3/11-9/25/11
See also
http://www.helmut-newton.com/previous_exhibitions/sex_and_landscapes/
http://www.flavorwire.com/296642/helmut-newtons-stunning-photos-of-sex
-and-landscapes#8

13. Title: Paul Knight: Intimate Couples
URL: http://www.paulknight.com.au/#intimate-couples
Date Accessed: September 25, 2012

14. Title: "Davis Wojnarowicz" Digital Imagine and Photography Blog
URL: http://digitalimagingandphotography.blogspot.com/2010/02/david
-wojnarowicz.html
Date of Creation: February 16, 2010
Date Accessed: September 15, 2012

15. Title: "Sex: A Tell All Exhibition" at Canada Science and Technological Museum
URL:http://www.sciencetech.technomuses.ca/english/whatson/2012-sex-a-tell
-all-exhibition.cfm
Date Accessed: September 25, 2012

16. Title: "Candor and Provocation: Photography at the Mindy Solomon Gallery"
(documenting several exhibitions at Mindy Solomon's gallery in St. Petersburg,
Florida)
URL: http://www.mindysolomon.com/exhibits/ex_explicit_content/index.php
Date Accessed: September 25, 2012

17. Title: NYPH09: Controversial Photographers:
(blog reporting on festival that included sexually explicit photos and videos)
URL: http://www.heathermorton.ca/blog/?p=2091
Date Accessed: September 25, 2012

18. Title: FeelmeLA
URL: http://feelmela.wordpress.com/tag/sex-photography/
Date Accessed: September 25, 2012

19. Title: Erotic Fine Arts
URL: http://www.erotic-fine-arts.com/efamain.htm
Date Accessed: September 25, 2012

20. Title: BikeSmut
URL: http://www.bikesmut.com/#!albumphotos0=6
Date Accessed: September 25, 2012

21: Title: David Rolin Pan-Erotic Photographer
URL: http://davidrolin.com/site/#/the_images/
Date Accessed: September 25, 2012

22. Title: Kevin Loreaux: Erotic Photography:
URL: http://kevinloreaux.blogspot.com/?zx=f7796b754c8d0635
Date Accessed: September 25, 2012

23. Title: Raw Art
URL: http://www.newyorker.com/online/2008/01/28/slideshow_080128
_currin#slide=1
Date Accessed: September 28, 2012

24. Title: China Hamilton
URL: http://www.chinahamilton.com/gallery2.html#35
Date Accessed: September 25, 2012

25. Title: Eroti-Cart The History of Erotic Art
URL: http://www.eroti-cart.com/erotic-paintings-c-27_28
Date Accessed: September 25, 2012

26. Title: Seattle Erotic Art Festival: Recent Photos from Festival Events
URL: http://www.seattleerotic.org/photography/
Date Accessed: September 25, 2012

27. Title: AMEA/ World Museum of Erotic Art
URL: http://www.ameanet.org/michael-hinkle
Date Accessed: September 25, 2012

28. Title: Erotic Rarities
URL: http://eroticrarities.com/prints/watercolors.htm
Date Accessed: September 25, 2012

29. Title: Nude & Erotic Igor Amelkovich Photography
URL: http://photo.net/photodb/folder?folder_id=213527
Date Accessed: September 25, 2012

30. Title: Tom Gallant Gallery
URL:http://www.juxtapoz.com/Gallery/tom-gallant/tom-gallant-10-32064#tom
-gallant-4-32061
Date Accessed: September 25, 2012

31. Title: Betty Tompkins
URL: http://bettytompkins.com/work_paint.aspx
Date Accessed: September 25, 2012

32. Title: Mark Chester SF Gay Radical Sexual Photographer
URL: http://markichester.com/fineart.html
Date: Accessed: September 25, 2012

33. Title Tony Ward
URL: http://www.tonyward.com/xfileframesource.html
Date Accessed: September 28, 2012

In addition, there are millions of sexually explicit visual depictions that are produced and shared by private individuals using cell phones, computers, and/or digital video cameras as part of intimate communications between them.  See:

1. Title: *Nearly 1 in 5 Smartphone users are Sexting*:
(Ten percent of people 55 or older with smart phones have admitted sending sexually explicit phonographs).
URL:http://digitallife.today.com/_news/2012/06/06/12090540-nearly-1-in-5
smartphone-users-are-sexting?lite
Date Accessed: September 25, 2012
Date Created: June 6, 2011
Publisher: Digital Life on Today

2. Title: *Sexting and Sexual Relationships among Teens and Young Adults*:
(Study conducted at Boise State University of students who were 18 years old or older indicated 60% of those surveyed had sent/posted a nude or semi-nude picture of themselves)
URL:http://scholarworks.boisestate.edu/cgi/viewcontent.cgi?article=1091 &context=mcnair_journal
Date Accessed: September 25, 2012

3. Title: *Sex and Tech: Results from a Survey of Teens and Young Adults*
(Survey from the National Campaign to Prevent Teen and Unplanned Pregnancy results indicate, among other things, that 33% of young adults (ages 20-26) overall have posted nude or seminude picture or video of themselves. 46 % of young adults had received a nude or semi-nude picture or video someone else. )
URL: http://www.thenationalcampaign.org/sextech/pdf/sextech_summary.pdf
Date Accessed: September 29, 2012

4. Title: *Texting, Sexting, and Attachment in College Students` Romantic Relationships:*
(Study examined sexting among college students in relationships and found that 54% of sample (744 college students) reported sending sexually explicit pictures or videos to their relationship partner.).
Publication:  *Computers in Human Behavior* Vol.28 Issue 2 (2012) 444-449

5. Title: *C\*U\*2nite: Sexting Not Just for Kids*
URL: http://www.aarp.org/relationships/love-sex/info-11-2009/sexting_not_just _for_kids.html
Date Published: November 2009
Publisher: AARP
Date Accessed: September 29, 2012

6. Title: *Demand for Photo Erasing iPhone App Heats Up Sexting Debate*
URL:http://content.usatoday.com/communities/ondeadline/post/2012/05/demand-for-photo-erasing-iphone-app-heats-up-sexting-debate/1
Date Created: May 7, 2012
Publisher: USA Today
Date Accessed: September 29, 2012

6. Title: *Top 5 Sexting Blackberry Apps*
URL: http://n4bb.com/top-5-sexting-blackberry-apps-nsfw/
Date created: June 22, 2012
Publisher: N4bb.com
Date Accessed: September

17

7. Title: *The Best (Phone) Sex of Your Life*
URL: http://gizmodo.com/5615456/the-best-phone-sex-of-your-life
Author: Debby Herbenick, PhD, MPH
Date Created: August 18. 2010
Publisher: Gizmodo.com
Date Accessed: September 29, 2012

8. Title: *Instaporn: Porn, 'KikSex' Lurk Just Inside Instagram's Photo Eden*
URL: http://www.huffingtonpost.com/2012/08/30/instagram-porn_n_1842761.html
Date Created: August 30, 2012
Publisher: Huffington Post
Date Accessed: September 29, 2012

9. Title: *Chatroulette is 89 Percent Male, 47 Percent American, and 13 Percent Pervert*
URL: http://techcrunch.com/2010/03/16/chatroulette-stats-male-perverts/
Date Created: March 16, 2010
Publisher: Techcrunch.com
Date Accessed: September 29, 2012

10. Title: A Thin Line
URL: http://www.athinline.org/pdfs/2011-MTV-AP_Digital_Abuse_Study_Full.pdf
(2011 Study from MTV and AP of 724 people ages 18-24 and 631 people ages 14-17
which includes: 21% have received a naked picture on their cellphone, 8% have
participated in a webcam chat where someone else performed sexual activities, 3%
have posted naked pictures or videos of themself on a website or social networking
site.)
Date Created: September 2, 2011
Date Accessed: September 29, 2012

11. Title: Internet Study of Cybersex Participants
URL: http://www.hawaii.edu/hivandaids/An_Internet_Study_of_Cybersex
_Participants.pdf
(Study indicates that a total of 30% of the men and 34% of the women in survey,
reported to have had cyber sex.)
Date Created: August 7, 2004
Publisher: Archives of Sexual Behavior
Date Accessed: September 29, 2012

12.Title: *Even Celebs Do it for Attention*
URL: http://abcnews.go.com/Entertainment/FallConcert/story?id=4034951&page=1
(Clinical Psychologist says it is more common than most think for couples to make sex tapes. Relationship Expert also says the practice is common especially with social media and tube sites).
Publisher: ABC News
Date of Publication: Dec. 21, 2007
Date Accessed: September 29, 2012

13. Title: *The Rise of Virtual Sex*
URL:http://au.lifestyle.yahoo.com/marie-claire/all-about-you/sex/article/-/14749001/the-rise-of-virtual-sex/
(Article estimating that more than a million couples are now using cyber-sex technology.).
Date of Publication: September 4, 2012.
Publication: Yahoo Lifestyle/Marie Claire

14. Title: Mojowijo
URL: http://www.mojowijo.com/how-to-use/
Date Accessed: September 29, 2012

15. Title: *The New Pornographers*
URL:http://www.sandiegomagazine.com/San-Diego-Magazine/February-2011/The-New-Pornographers/
Date of Publication: February 2011
Publisher: San Diego Magazine
Date Accessed: September 29, 2012

## II.   REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 34, each plaintiff is hereby requested to produce, separately from other plaintiffs (or to the extent all plaintiffs' responses to any Request are identical, separately signed and sworn), and under oath the documents or electronically stored information set forth below, and to provide the requested material -- in html format for website content, in Windows Media Player (.wmv) format for film or video content, in original resolution Jpeg (.jpg) format for still images, or in searchable pdf format for other material -- by the applicable deadline to defendant's undersigned counsel by delivery to 20 Massachusetts Ave., N.W., Room 7124,

Washington, D.C. 20530.

Objection.  Responses to Requests for Production of Documents are not required to be made under oath.  Plaintiffs will produce the documents in the form available to them.

REQUEST NO. 1: All documents or electronically stored information that any plaintiff relied on in responding to defendant's interrogatories.

RESPONSE:   Plaintiffs will produce those documents or electronically stored information that were relied on in responding to defendant's interrogatories that are not protected by privilege or the work product doctrine.  However, they will not produce separate documentation for Plaintiffs' response to Interrogatory No. 12 since their answer provides the url where each item listed in response to that interrogatory can be accessed.

REQUEST NO. 2: All documents or electronically stored information identified in plaintiffs' interrogatory responses.

RESPONSE:   Plaintiffs will produce those documents or electronically stored information that were identified in their responses to defendant's interrogatories.  However, they will not produce separate documentation for Plaintiffs' response to Interrogatory No. 12 and Interrogatory No. 5 since these answers provide the url where each item listed in response to those interrogatories can be accessed.

REQUEST NO. 3: All documents or electronically stored information that plaintiffs intend to rely on in any evidentiary proceeding or at trial.

RESPONSE:   Objection. As counsel discussed on September 24, 2012, this request for production is premature.  Plaintiffs have not yet determined what documents they intend to introduce at any evidentiary proceeding or trial.  They will provide this information once discovery is complete and in compliance with the discovery scheduling order, the court's standing order, and the applicable rules of procedure.

REQUEST NO. 4: All documents or electronically stored information relating to the plaintiffs' alleged costs (and/or, for an organizational plaintiff, the costs of plaintiffs' members) of complying with 18 U.S.C. §§ 2257 and 2257 and their implementing regulations.

RESPONSE:   Plaintiff Barone has no documents responsive to this request.


As to Objections:


J. MICHAEL MURRAY
LORRAINE R. BAUMGARDNER
BERKMAN, GORDON, MURRAY & DEVAN

Attorney for Plaintiffs


J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio  44113-1949
(216) 781-5245
(216) 781-8207 (Facsimile)

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff Michael Barone's Answers and Responses to Defendant's First Set of Interrogatories and Requests for Production has been served upon Attorney for Defendant, Kathryn L. Wyer, U.S. Department of Justice, Civil Division, via email (kathryn.wyer@usdoj.gov) on this ___ 12ᵗʰ ___ day October, 2012.

J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

Attorneys for Plaintiffs