

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC. | : | CIVIL ACTION |
| V. | : | |
| THE HONORABLE ERIC H. HOLDER, ET AL. | : | NO. 09-4607 |

FILED DEC 14 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER -- RE DISCOVERY CONFERENCE

The court held a recorded telephone conference with counsel on December 13, 12012. Although the record will disclose the full discussion on discovery issues the court summarizes the following decisions:

1. The general objections of plaintiffs and defendant to opposing party discovery are overruled, without prejudice to any party making factually specific objections to specific interrogatories or requests for documents, provided the objection is supported by an affidavit or declaration taken on personal knowledge, or a representation by an attorney with personal knowledge.

2. Counsel shall prepare privilege logs.

3. As to the defendant's objections to interrogatories of plaintiffs:

    1. The Court will overrule the objection to interrogatory number 1.

    2. Interrogatories 2-8, the objections are overruled to these contention interrogatories.

    3. Interrogatories 9-11, defendant's objections to these interrogatories are sustained with leave to narrow and modify, promptly.

    4. Interrogatory 12, objection is overruled.

5. The court did not rule on objections to any specific requests for documents because the parties reported they are making progress on this aspect of discovery.

6. Objections to plaintiffs' requests for admissions are overruled.

7. The next telephone conference with counsel will take place on December 19, 2012 at 11:45 a.m.

8. The court did not set any deadlines for responsive answers to the discovery requests, because the court believes that counsel are working in good faith and they should have ample time to complete discovery within the overall deadline of March 29, 2013.

9. The government will file its answer to the amended complaint, in full, by January 7, 2013.

_____
MICHAEL M. BAYLSON, U.S.D.J.

12/13/12

O:\freespeech.wpd

**ENTERED**

DEC 1 4 2012

**CLERK OF COURT**