IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITON, INC. et al. | CIVIL ACTION |
|---|---|
| v. | NO.  09-4607 |
| THE HONORABLE ERIC H. HOLDER, et al. | DATE OF NOTICE: December 14, 2012 |

## NOTICE

Please be advised that a **TELEFONE CONFERENCE** will be held on **Wednesday, December 19, 2012 at 11:45 a.m.** with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

/s/ Joanne B. Bryson

_____
Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc:  All Counsel via email

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607.tc.notice..doc