# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al. ) | CASE NO. 2:09-4607 |
| ) | |
| Plaintiffs, ) | JUDGE MICHAEL M. BAYLSON |
| ) | |
| -vs- ) | |
| ) | |
| THE HONORABLE ERIC H. HOLDER, JR.,) | **STIPULATION OF VOLUNTARY** |
| Attorney General, ) | **DISMISSAL OF CLAIMS BY DAVID** |
| ) | **CONNERS a.k.a DAVE CUMMINGS** |
| Defendant. ) | |

Pursuant to Rule 41(a)(1)(A)(ii), the parties, by and through counsel, hereby stipulate that Plaintiff David Conners a.k.a. Dave Cummings only voluntarily dismisses his claims against Defendant in the within action with prejudice.

Respectfully submitted,

| | |
|---|---|
| | /s/ Lorraine R. Baumgardner |
| STUART F. DELERY | |
| Principal Deputy Assistant Attorney General | J. Michael Murray |
| ZANE DAVID MEMEGER | jmmurray@bgmdlaw.com |
| United States Attorney | Lorraine R. Baumgardner |
| VINCENT M. GARVEY | lbaumgardner@bgmdlaw.com |
| Deputy Director, Federal Programs Branch | Berkman, Gordon, Murray & DeVan |
| | 55 Public Square Ste. 2200 |
| /s/ Kathryn L. Wyer | Cleveland, Ohio 44113 |
| HECTOR BLADUELL | Tel. (216) 781-5245 / Fax (216) 781-8207 |
| KATHRYN L. WYER | |
| U.S. Department of Justice, Civil Division | Kevin E. Raphael |
| 20 Massachusetts Avenue, N.W. | KER@Pietragallo.com |
| Washington, DC 20530 | J. Peter Shindel, Jr. |
| Tel. (202) 616-8475 / Fax (202) 616-8470 | JPS@Pietragallo.com |
| kathryn.wyer@usdoj.gov | Pietrogallo Gordon Alfano Bosick |
| Attorneys for Defendant |    & Raspanti, LLP |
| | 1818 Market Street, Suite 3402 |
| | Philadelphia, Pennsylvania 19103 |
| Attorneys for Defendant | Tel. (215) 320-6200/ Fax (215) 981-0082 |
| | |
| | Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I hereby certify that on , the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lorraine R. Baumgardner
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
 & RASPANTI, LLP

Attorneys for Plaintiffs