IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:09-4607 |
| ) | |
| v. ) | Judge Michael M. Baylson |
| ) | |
| THE HONORABLE ERIC H. HOLDER, JR., ) | |
|    Attorney General, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Héctor G. Bladuell as counsel for Defendant, The Honorable Eric H. Holder, Jr., in the above-captioned cause of action.

Dated: January 15, 2013          Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
ARTHUR GOLDBERG
Assistant Branch Director, Federal Programs Branch

*/s/ Héctor G. Bladuell*
KATHRYN L. WYER
HECTOR G. BLADUELL (D.C. Bar. 503277)
Trial Attorneys
United States Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-4470
Fax: (202) 616-8470
hector.bladuell@usdoj.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I certify that on January 15, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

J. Michael Murray
Lorraine R. Baumgardner
BERMAN, GORDON, MURRAY & DEVAN


Kevin E. Raphael
J. Peter Shindel, Jr.
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

*Attorneys for Plaintiffs*

Carl A. Solano
SCHNADER HARRISON SEGAL & LEWIS


Matthew Zimmerman
ELECTRONIC FRONTIER FOUNDATION

*Attorneys for Petitioner*

Fred T. Magaziner
Kristina C.E. Cole
DECKERT, LLP


Mary Catherine Roper
ACLU of PA


Edward J. Sholinsky
SCHNADER HARRISON SEGAL & LEWIS LLP


James N. Clymer
CLYMER & MUSSER PC

*Attorneys for Movants & Amicus*

                              */s/ Héctor G. Bladuell*
                               Héctor G. Bladuell