**EXHIBIT A TO PLAINTIFFS' 2-14-13 LETTER BRIEF**

1.   Sexually Explicit Visual Depictions Produced in Discovery by Plaintiffs to Defendant:

Three Men, The Hellfire Club, New York City, 1981
Annie and Spike, The Hellfire Club, New York City, 1981
Bangkok Girls, Club on Pat Phong Rd, Bangkok, Thailand, 1988
Backroom Spank, The Hellfire Club, New York City, 1981
Cheez Whiz, Pickles and Peaches, Danceteria, New York City, 1985
Fetish Factor, Fetish Factor Party at Lucky Chang's, New York City, mid-late 1980s
London Kiss, Safer Planet Sex Ball, London, 1995
Man with 2 Joints, The Hellfire Club, New York City, 1981
Smile and Dick, Danceteria, New York City, 1985
Spanking Witness, The Hellfire Club, New York City, 1981

| | | | |
|---|---|---|---|
| "Breakfast of Champions" | May, 2010 | August 14. 2010 | Simulated |
| "Control" | July, 2005 | August 15, 2009 | Simulated |
| "Entangled" | July, 2005 | August 15, 2009 | Simulated |
| "Exquisite" | June, 2009 | August 15, 2009 | Simulated |
| "Rapture" | July, 2005 | August 15, 2009 | Simulated |
| "Room with a View #1" | May, 2010 | August 14, 2010 | Actual |
| "Room with a View #3" | May, 2010 | August 14, 2010 | Actual |
| "Room with a View #5" | May, 2010 | August 14, 2010 | Actual |
| "Self Pleasure #5 | April, 2008 | August 15, 2009 | Simulated |
| "Squeeze Play" | April, 2008 | August 15, 2009 | Actual |

Dirty Dave's Vol. 1, created between May 5, 1996 and December 15, 1996, distributed on various adult websites
Sugardaddy-Volume 8, created between February 17, 1997 and May 4, 1997, davecummings.tv, distributed on various adult websites, e.g., adultdvdmarketplace.com
Sugardaddy-Volume 23, created between March 19, 1998 and November 13, 1999, distributed on various adult websites, e.g., adultdvdmarketplace.com
Sugardaddy-Volume 24, created between April 12, 2000 and May 24, 2003, davecummings.tv, distributed on various adult websites, e.g. adultdvdmarketplace.com
Sex Fun-Volume 7, created between February 28, 1999 and June 1, 2001, davecummings.tv, distributed on various adult websites, e.g., adultmarketplace.com
Sex Fun-Volume 8, created between March 25, 1997 and November 29, 2001, davecummings.tv, distributed on various adult websites, e.g., adultmarketplace.com
Sex Fun-Volume 9, created between March 27, 2000 and July 17, 2002, davecummings.tv, distributed on various adult websites, e.g., adultmarketplace.com
Knee Pad Nymphos-Volume 8, created between November 1, 2002 and October 3, 2004, davecummings.tv, distributed on various adult websites, e.g., adultmarketplace.com
Knee Pad Nymphos-Volume 9, created between May 10, 2004 and December 7, 2005, davecummings.tv, distributed on various adult websites, e.g., adultmarketplace.com
Knee Pad Nymphos-Volume 10, created between March 6, 2005 and September 6, 2007, davecummings.tv, distributed on various adult websites, e.g., adultmarketplace.com
"Selfloving," date of creation-1989, date of publication-1991, published by Betty Dodson, self-distributed, actual

"Viva La Vulva," date of creation-1998, date of publication-1998, published by Betty Dodson, self-distributed, actual

"Orgasmic Women," date of creation-2005, date of publication-2005, published by Betty Dodson, self-distributed, actual

GAG_penis.tiff; GAG_penisessay.tiff, http://dodsonandross.com/gallery/genital-art

GAG_penis5.tiff, http://dodsonandross.com/gallery/genital-art

GAG_vulva.tiff, GAG_vulvaessay.tiff, http://dodsonandross.com/gallery/genital-art

GAG_vulva3.tiff, GAG_vulvaessay3.tiff, http://dodsonandross.com/gallery/genital-art

GAG_vulva4.tiff, http://dodsonandross.com/gallery/genital-art

GAG_vulva6.tiff, http://dodsonandross.com/gallery/genital-art

"You Could Put An Eye Out."

Jack at Home - created 12/16/1995 - published 2001 - www.BarbaraNitke.com - Kiss of Fire book, Kehrer Verlag, Germany 2003 - actual BDSM

Pony Training II - created 3/18/1995 - published 2001 - www.BarbaraNitke.com - Kiss of Fire book, Kehrer Verlag, Germany 2003 - actual BDSM

Gary and wynn III - created 10/26/1996 - published 2001 - www.BarbaraNitke.com - Kiss of Fire book, Kehrer Verlag, Germany 2003 - actual BDSM

Brian and Jaz II - created 7/22/1995 - published 2001 - www.BarbaraNitke.com - Kiss of Fire book, Kehrer Verlag, Germany 2003 - actual BDSM and sex

Jim Mitchell - created 5/11/ 1996 - published 2001 - www.BarbaraNitke.com - Kiss of Fire book, Kehrer Verlag, Germany 2003 - actual BDSM and sex

Velvet and Silk - created 9/10/2000 - published 2001 - www.BarbaraNitke.com - - actual BDSM

Elizabeth and Jim I - created September 9, 2001 - published 2001 - www.BarbaraNitke.com - actual BDSM

Travis the King - created 5/31/2004 - created September 9, 2001 - published 2004 - www.BarbaraNitke.com - actual BDSM

Lolita's Homemade Candles - created 6/5/2003 - published 2003 - www.BarbaraNitke.com - - actual BDSM

Breath Play - created 8/31/2003 - published 2003 - www.BarbaraNitke.com - actual BDSM

SS 4-96-12.jpg–Steve and Susanne, created 10/3/03, unpublished

JV 9-31-34.jpg–Juliet and Victor, created 4/17/00, published 9/00 (Libido Magazine, Chicago); 3/01 (Cupido Magazine, Norway); 9/09 (Cupido Magazine, Norway)

DAR 3-73-9P.jpg–Denese and Arthur, created 2/25/06, unpublished

HVJ 5-02-28P.jpg–Michael and Isis, created 1/27/07, published 3/10 (Cupido Magazine, Norway)

JUE 2-24-33.jpg–John and Elysha, created 4/16/05, published 10/05 (Cupido Magazine, Norway)

KMAS 3-31-19P.jpg–Kim Masturbating, created 6/13/09, unpublished

EH 308-4377-3.jpg–Evoe and Harold, created 6/19/10, unpublished

GD 9-295-6.jpg–Gayle and David, created 11/26/00, published 8/01 (Libido Magazine, Chicago)

JE 4-29-35.jpg–Judiann and Elton, created 4/6/05, published 9/05 (Cupido Magazine, Norway)

VJ 2-21-19.jpg–Veronica and Jason, created 9/14/04, unpublished

David Steinberg, ed., *Photo Sex*

"Great Sex for a Lifetime, Vol. One," Sinclair Institute, 11/8/07

"Great Sex for a Lifetime, Vol. Two," Sinclair Institute, 11/08/07

"The Couples Guide to Great Sex Over 40, Vol. 1," Sinclair Institute, 06/30/95

"The Couples Guide to Great Sex Over 40, Vol. 2," Sinclair Institute, 06/30/95
"Sex: A Lifelong Pleasure, Vol. 1-Satisfying Her," Sinclair Institute, produced in 1991
"Sex: A Lifelong Pleasure, Vol. 2- Satisfying Him," Sinclair Institute, produced in 1991
"Unlocking the Secrets of the G-Spot: the Ultimate O," Sinclair Institute, 11/20/98
"You Can Last Longer-Solutions for Ejaculatory Control, BSVS, Vol. 8," Sinclair Institute, produced prior to July 3, 1995
"A Man's Guide to Stronger Erections: Overcoming Erectile Difficulties," Sinclair Institute, 01/22/98
"Sexual Positions for Lovers," Sinclair Institute, 01/19/93


2. Websites identified with hundreds of depictions of Plaintiffs' expression

www.baronephotoart.com
www.davecummings.com
www.davecummings.tv
www.dodsonandross.com
www.bettydodson.com
www.nina.com
http://www.modelmayhem.com/83165
http://davel51.deviantart.com/
http://www.flickr.com/photos/davel51/
http://www.darkroomgallery.com/ex24
http://www.darkroomgallery.com/ex22
http://www.galleryprovocateur.org/pastexhibition_May10.html
http://www.kinseyinstitute.org/services/gallery/jeas/2008/art/index.php
http://1650gallery.com/splash2012_exhibition.php
http://concours.photo.fr/concours/le-plus-grand-concours-photo-du-monde-2012.html
    Photos Nos. 1126, 1127, 1128, 1129, 1130, 1132, 1134, and 1136.
http://www.moreystudio.com/
www.barbaranitke.com
www.sinclairinstitute.com
www.bettersex.com

3. Materials identified in response to Defendant's request for 100 visual depictions related to Plaintiffs' overbreadth claim:

There are thousands of sexually explicit videos made by private individuals that are uploaded to tube sites that depict mature adults and/or are displayed by amateur adult webcam sites. See:

   1. Title: Xhamster/Mature Porn Videos
   URL: http://xhamster.com/channels/new-matures-1.html
   Date Accessed: September 14, 2012

3

2. Title: YouJizz/ Mature Porn Tube Videos
URL: http://www.youjizz.com/search/mature-1.html
Date Accessed: September 14, 2012

3. Title: XVIDEOS/ grannies videos
URL: http://www.xvideos.com/tags/grannies
Date Accessed: September 14, 4012

4. Title: MadThumbs/Newest Mature Videos
URL: http://www.madthumbs.com/categories/mature
Date Accessed: September 14, 2012

5. Title: YouPorn/ Mature Sex Porn Tubes
URL: http://yourporn.com/category/28/mature/
Date Accessed: September 14, 2012

6. Title: Tnaflix/ Mature Sex Videos
URL: http://www.tnaflix.com/mature-porn
Date Accessed: September 14, 2012

7. Title: Spankwire/ Milf Porn Tube
URL: http://www.spankwire.com/search/straight/keyword/granny
Date Accessed: September 14, 2012

8. Title:  Redtube/ Granny sex videos
URL: http:///www.redtube.com/tag/granny
Date Accessed: September 18, 2012

9.Title: Porncor/ Mature
URL: http://porncor.com/search/mature
Date Accessed: September 20, 2012

10. Title: Boysfood/ Mature Porn
URL: http://www.boysfood.com/videos/mature/
Date Accessed: September 20, 2012

11. Title: Yuvutu.com/ Free Porn Videos, Free Amateur Porn, TV Sex Porno XXX
URL: http://www.yuvutu.com/
Date Accessed: September 20, 2012

12. Title: Tube8.com/Mature
URL: http://www.tube8.com/cat/mature/2/
Date Accessed: September 21, 2012

13. Title: FreeViewMovies/Mature
URL: http://www.freeviewmovies.com/search/mature/
Date Accessed: September 21, 2012

14. Title: PornoTube/Grannies
URL: http://www.pornotube.com/media.php?mode=category&category_id=618
Date Accessed: September 21, 2012

15. Title: Empflix/Granny
URL: http://www.empflix.com/categories/watched-granny-1.html
Date Accessed: September 21, 2012

16. Title: 3XUpload/ Mature
URL: http://www.3xupload.com/search?search_query=mature&search_type=videos
Date Accessed: September 21, 2012

17. Title: EskimoTube/ Granny
URL: http://www.eskimotube.com/show.php?tag=%22granny%22
Date: Accessed: September 21, 2012

18. Title: KeezMovies/ Mature
URL: http://www.keezmovies.com/categories/mature
Date Accessed: September 21, 2012
19. Title: XNXX/granny
URL: http://video.xnxx.com/tags/granny
Date Accessed: September 21, 2012

20. Title: ClearClips/ Granny
URL: http://www.clearclips.com/search.php?zoom_query=granny&zoom_per_page=20&x=0&y=0
Date Accessed: September 21, 2012

21. Title: EFUKT/ Granny
URL: http://www.efukt.com/search/granny/
Date Accessed: September 21, 2012

22. Title: KoosTube/Mature
URL: http://www.koostube.com/categories/mature/
Date Accessed: September 21, 2012

23. Title: AlotPorn/ Grannies
URL: http://alotporn.com/grannies/
Date Accessed: September 21, 2012

24. Title: Xtube/Grannies:
URL: http://www.xtube.com/video_search.php?search=grannies
Date Accessed: September 21, 2012

25. Title: Xpeeps/Mature
URL: http://www.xpeeps.com/webcam/mature-women/
Date Accessed: September 28, 2012

26. Title: Xpeeps/Granny
URL: http://www.xpeeps.com/webcam/granny/
Date Accessed: September 28, 2012

27. Title: Sell Your Sex Tape
URL: http://www.sellyoursextape.com/tour.html
Date Accessed: September 25, 2012

28. Title: Pawn Your Sex Tape
URL: http://www.pawnyoursextape.com/
Date Accessed: September 25, 2012

29. Title: See My Sex Tapes
URL:  www.seemysextapes.com
Date Accessed: September 25, 2012

Additionally, there are numerous adult dating websites and social networks on which mature adult members exchange a multitude of sexually explicit images with one another. Government computer forensic specialist Kristi Witsman accessed tens of thousands of images of mature adults from a single website seven years ago. *Affidavit of Kristi Witsman*, *Connection Distributing Co. v. Gonzales*, Case No. 95 CV 1993 (U.S.Dist. Ct. N. D. Ohio). See:

1.  Title: Alt
URL: http://alt.com
Date Accessed: September 21, 2012

2. Title: AdultSpace
URL:http://adultspace.com
Date Accessed: September 21, 2012

3. Title: BeNaughty
URL http://www.benaughty.com/
Date Accessed: September 21, 2012

4. Title: SwingerZoneCentral

URL http://www.swingerzonecentral.com/
Date Accessed: September 21, 2012

5. Title: AffairsClub
URL: http://www.affairsclub.com/
Date Accessed: September 21, 2012

6. Title: IwantU
URL: http://www.iwantu.com
Date Accessed: September 21, 2012.

7. Title: Upforit
URL: http://www.upforit.com/
Date Accessed: September 21, 2012

8. Title: DateaCougar
URL: http://www.dateacougar.com
Date Accessed: September 21, 2012

9. Title: Hookup
URL: http://www.hookup.com/
Date Accessed: September 21, 2012

10. Title: xxxBlackBook
URL: http://www.xxxblackbook.com
Date Accessed: September 21, 2012

11. Title: Sexinyourcity
URL: http://www.sexinyourcity.com/
Date Accessed: September 21, 2012

12. Title: Amateurmatch
URL: http://www.amateurmatch.com
Date Accessed: September 21, 2012

13. Title: Passion
URL: http://passion.com/
Date Accessed: September 21, 2012

14. Title: Getiton
URL: http://getiton.com/
Date Accessed: September 21, 2012

15. Title: HornyMatches

URL: http://www.hornymatches.com/
Date Accessed: September 21, 2012

16. Title: BDSM
URL: http://bdsm.com/
Date Accessed: September 21, 2012

17. Title: Ashley Madison
URL: http://www.ashleymadison.com/
Date Accessed: September 25, 2012

18. Title: Adult Friend Finder
URL: http://adultfriendfinder.com/
Date Accessed: September 25, 2012

19. Title: LetsBang
URL: http://www.letsbang.com/
Date Accessed: September 25, 2012

20. Title: NaughtyConnect
URL: http://www.naughtyconnect.com/
Date Accessed: September 25, 2012

21. Xhookup
URL: http://www.xhookups.com/
Date Accessed: September 25, 2012

22. Adultmatchdoctor
URL: http://www.adultmatchdoctor.com/
Date Accessed: September 25, 2012

There are a number of artistic and educational materials that contain depictions of sexually explicit conduct of mature adults. See:

1. Title: Sex in Art
URL: http://www.sexinart.net/
Date Accessed: September 25, 2012

2. Title: The Panhandler Project
URL: http://www.degenevieve.com/panhandler%20media.html
Date Accessed: September 28, 2012
Publisher: Barbara DeGenieve
Creation: 2004-2206

3. Title: Art Nude Erotic and Bondage Photo Prints
URL: http://maxim.photoshelter.com/gallery-list
Date Accessed: September 25, 2012
Publisher: Alex Maxim

4. Title: Fuck-Art
URL:http://www.brooklynstreetart.com/theblog/2012/02/08/fck-art-opens-wide-at-the-museum-of-sex-not-safe-for-work-or-school/
Date Accessed: September 25, 2012
Creation: February 8-June 10, 2012
Location: Museum of Sex, 233 5th Avenue, New York, New York 10016

5. Title: The Nu Project
URL: http://thenuproject.com/
Date Accessed: September 25, 2012

6. Title: Online Alchemy- The Art of Loren Cameron
URL: http://www.lorencameron.com/
Date Accessed :September 25, 2012

7. Title: Sexually Explicit Art "Not Porn," Arist Says
URL: http://www.nbclosangeles.com/news/local/Sexually-Explicit-Art-Show-Coagula-Chinatown-Gallery-Mat-Gleason-Tim-Youd-147675875.html
Date Published: April 16, 2012
Date Accessed: September 28, 2012

8. Title: NIH Under Fire for Grants Toward Creation of Homoerotic Website URL: http://www.foxnews.com/politics/2012/04/19/nih-under-fire-for-grants-toward-creation-homoerotic-website/
Date Published: April 19, 2012
Date Accessed: September 28, 2012

9. Title: JD Dragan Fine Art Photography
URL: http://www.jddragan.com/
Date Accessed: September 25, 2012

10. Title: ErosArts
URL: http://erosartist.com/
Date Accessed: September 25, 2012

11. Title: *Our Bodies Ourselves*
Author: Judy Norsigian; Boston Women's Health Book Collective
Date of Publication: October 1, 2011.

12. Title: *Helmut Newton: White Women, Sleepless Nights, Big Nudes*
URL:http://houston.culturemap.com/newsdetail/07-03-11-big-nudes-controversial-helmut-newton-photo-exhibition-at-mfah-is-a-must-for-fashion-followers/
Date of Original Exhibit: 7/3/11-9/25/11
See also
http://www.helmut-newton.com/previous_exhibitions/sex_and_landscapes/
http://www.flavorwire.com/296642/helmut-newtons-stunning-photos-of-sex-and-landscapes#8

13. Title: Paul Knight: Intimate Couples
URL: http://www.paulknight.com.au/#intimate-couples
Date Accessed: September 25, 2012

14. Title: "Davis Wojnarowicz" Digital Imagine and Photography Blog
URL: http://digitalimagingandphotography.blogspot.com/2010/02/david-wojnarowicz.html
Date of Creation: February 16, 2010
Date Accessed: September 15, 2012

15. Title: "Sex: A Tell All Exhibition" at Canada Science and Technological Museum
URL:http://www.sciencetech.technomuses.ca/english/whatson/2012-sex-a-tell-all-exhibition.cfm
Date Accessed: September 25, 2012

16. Title: "Candor and Provocation: Photography at the Mindy Solomon Gallery" (documenting several exhibitions at Mindy Solomon's gallery in St. Petersburg, Florida)
URL: http://www.mindysolomon.com/exhibits/ex_explicit_content/index.php
Date Accessed: September 25, 2012

17. Title: NYPH09: Controversial Photographers:
(blog reporting on festival that included sexually explicit photos and videos)
URL: http://www.heathermorton.ca/blog/?p=2091
Date Accessed: September 25, 2012

18. Title: FeelmeLA
URL: http://feelmela.wordpress.com/tag/sex-photography/
Date Accessed: September 25, 2012

19. Title: Erotic Fine Arts
URL: http://www.erotic-fine-arts.com/efamain.htm
Date Accessed: September 25, 2012

20. Title: BikeSmut
URL: http://www.bikesmut.com/#!albumphotos0=6
Date Accessed: September 25, 2012

21: Title: David Rolin Pan-Erotic Photographer
URL: http://davidrolin.com/site/#/the_images/
Date Accessed: September 25, 2012

22. Title: Kevin Loreaux: Erotic Photography:
URL: http://kevinloreaux.blogspot.com/?zx=f7796b754c8d0635
Date Accessed: September 25, 2012

23. Title: Raw Art
URL: http://www.newyorker.com/online/2008/01/28/slideshow_080128_currin#slide=1
Date Accessed: September 28, 2012

24. Title: China Hamilton
URL: http://www.chinahamilton.com/gallery2.html#35
Date Accessed: September 25, 2012

25. Title: Eroti-Cart The History of Erotic Art
URL: http://www.eroti-cart.com/erotic-paintings-c-27_28
Date Accessed: September 25, 2012

26. Title: Seattle Erotic Art Festival: Recent Photos from Festival Events
URL: http://www.seattleerotic.org/photography/
Date Accessed: September 25, 2012

27. Title: AMEA/ World Museum of Erotic Art
URL: http://www.ameanet.org/michael-hinkle
Date Accessed: September 25, 2012

28. Title: Erotic Rarities
URL: http://eroticrarities.com/prints/watercolors.htm
Date Accessed: September 25, 2012

29. Title: Nude & Erotic Igor Amelkovich Photography
URL: http://photo.net/photodb/folder?folder_id=213527
Date Accessed: September 25, 2012

30. Title: Tom Gallant Gallery
URL:http://www.juxtapoz.com/Gallery/tom-gallant/tom-gallant-10-32064#tom-gallant-4-32061

Date Accessed: September 25, 2012

31. Title: Betty Tompkins
URL: http://bettytompkins.com/work_paint.aspx
Date Accessed: September 25, 2012

32. Title: Mark Chester SF Gay Radical Sexual Photographer
URL: http://markichester.com/fineart.html
Date: Accessed: September 25, 2012

33. Title Tony Ward
URL: http://www.tonyward.com/xfileframesource.html
Date Accessed: September 28, 2012

In addition, there are millions of sexually explicit visual depictions that are produced and shared by private individuals using cell phones, computers, and/or digital video cameras as part of intimate communications between them.  See:

1. Title: *Nearly 1 in 5 Smartphone users are Sexting*:
(Ten percent of people 55 or older with smart phones have admitted sending sexually explicit phonographs).
URL:http://digitallife.today.com/_news/2012/06/06/12090540-nearly-1-in-5
-smartphone-users-are-sexting?lite
Date Accessed: September 25, 2012
Date Created: June 6, 2011
Publisher: Digital Life on Today

2. Title: *Sexting and Sexual Relationships among Teens and Young Adults*:
(Study conducted at Boise State University of students who were 18 years old or older indicated 60% of those surveyed had sent/posted a nude or semi-nude picture of themselves)
URL:http://scholarworks.boisestate.edu/cgi/viewcontent.cgi?article=1091&
context=mcnair_journal
Date Accessed: September 25, 2012

3. Title: *Sex and Tech: Results from a Survey of Teens and Young Adults*
(Survey from the National Campaign to Prevent Teen and Unplanned Pregnancy results indicate, among other things, that 33% of young adults (ages 20-26) overall have posted nude or seminude picture or video of themselves. 46 % of young adults had received a nude or semi-nude picture or video someone else. )
URL: http://www.thenationalcampaign.org/sextech/pdf/sextech_summary.pdf
Date Accessed: September 29, 2012

4. Title: *Texting, Sexting, and Attachment in College Students' Romantic*

*Relationships:*
> (Study examined sexting among college students in relationships and found that 54% of sample (744 college students) reported sending sexually explicit pictures or videos to their relationship partner.).
> Publication: *Computers in Human Behavior* Vol.28 Issue 2 (2012) 444-449

5. Title: *C\*U\*2nite: Sexting Not Just for Kids*
URL: http://www.aarp.org/relationships/love-sex/info-11-2009/sexting_not_just_for_kids.html
Date Published: November 2009
Publisher: AARP
Date Accessed: September 29, 2012

6. Title: *Demand for Photo Erasing iPhone App Heats Up Sexting Debate*
URL:http://content.usatoday.com/communities/ondeadline/post/2012/05/demand-for-photo-erasing-iphone-app-heats-up-sexting-debate/1
Date Created: May 7, 2012
Publisher: USA Today
Date Accessed: September 29, 2012

7. Title: *Top 5 Sexting Blackberry Apps*
URL: http://n4bb.com/top-5-sexting-blackberry-apps-nsfw/
Date created: June 22, 2012
Publisher: N4bb.com
Date Accessed: September

8. Title: *The Best (Phone) Sex of Your Life*
URL: http://gizmodo.com/5615456/the-best-phone-sex-of-your-life
Author: Debby Herbenick, PhD, MPH
Date Created: August 18. 2010
Publisher: Gizmodo.com
Date Accessed: September 29, 2012

9. Title: *Instaporn: Porn, 'KikSex' Lurk Just Inside Instagram's Photo Eden*
URL: http://www.huffingtonpost.com/2012/08/30/instagram-porn_n_1842761.html
Date Created: August 30, 2012
Publisher: Huffington Post
Date Accessed: September 29, 2012

10. Title: *Chatroulette is 89 Percent Male, 47 Percent American, and 13 Percent Pervert*
URL: http://techcrunch.com/2010/03/16/chatroulette-stats-male-perverts/
Date Created: March 16, 2010
Publisher: Techcrunch.com

Date Accessed: September 29, 2012

11. Title: A Thin Line
URL: http://www.athinline.org/pdfs/2011-MTV-AP_Digital_Abuse_Study_Full.pdf
(2011 Study from MTV and AP of 724 people ages 18-24 and 631 people ages 14-17 which includes: 21% have received a naked picture on their cellphone, 8% have participated in a webcam chat where someone else performed sexual activities, 3% have posted naked pictures or videos of themself on a website or social networking site.)
Date Created: September 2, 2011
Date Accessed: September 29, 2012

12. Title: Internet Study of Cybersex Participants
URL: http://www.hawaii.edu/hivandaids/An_Internet_Study_of_Cybersex_Participants.pdf
(Study indicates that a total of 30% of the men and 34% of the women in survey, reported to have had cyber sex.)
Date Created: August 7, 2004
Publisher: Archives of Sexual Behavior
Date Accessed: September 29, 2012

13.Title: *Even Celebs Do it for Attention*
URL: http://abcnews.go.com/Entertainment/FallConcert/story?id=4034951&page=1
(Clinical Psychologist says it is more common than most think for couples to make sex tapes. Relationship Expert also says the practice is common especially with social media and tube sites).
Publisher: ABC News
Date of Publication: Dec. 21, 2007
Date Accessed: September 29, 2012

14. Title: *The Rise of Virtual Sex*
URL:http://au.lifestyle.yahoo.com/marie-claire/all-about-you/sex/article/-/14749001/the-rise-of-virtual-sex/
(Article estimating that more than a million couples are now using cyber-sex technology.).
Date of Publication: September 4, 2012.
Publication: Yahoo Lifestyle/Marie Claire

15. Title: Mojowijo
URL: http://www.mojowijo.com/how-to-use/
Date Accessed: September 29, 2012

16. Title: *The New Pornographers*
URL:http://www.sandiegomagazine.com/San-Diego-Magazine/February-2011/

       The-New-Pornographers/
       Date of Publication: February 2011
       Publisher: San Diego Magazine
       Date Accessed: September 29, 2012

5.     Expression identified in response to Defendant's Second Set of Interrogatories requesting Plaintiffs' to list documentaries involving rape or sexual abuse in war torn countries:

"Raw Deal: A Question of Consent,"
    http://www.youtube.com/watch?v=v-PbLiD13EI;
She Stole My Voice," The American Academy for Film and Gender Studies,
    http://www.rmdglobal.net/she-stole-my-voice/;
"Nigeria Rape Video," http://www.huffingtonpost.com/2011/09/21/ nigeria-rape-video-
    footag_n_974408. html;
"Inside the Anonymous Hacking File on the Steubenville 'Rape Crew
http://www.theatlanticwire.com/national/2013/01/inside-anonymous-hacking-file-steubenville-rape-crew/60502/
Documentaries at http://www.irinnews.org/ under Film tab: "Our Bodies, Their Battlegrounds,"
    "Razor's Edge."
"Abused Innocence," http://www.theeastafrican.co.ke/
    magazine/Inside-the-tortured-world-of-girls-/-/434746/883286/-/view/printVersion/-/130
    kfomz/-/index.html
"Ghosts of Abu Ghraib," (Kennedy 2007)
"Standard Operating Procedure," (Morris 2008)
"A Licence to Rape," (Sinclair and Munro 1990)
"Mourir a tue-tete," ("A Scream from Silence") (Anne-Claire Poirer 1978)
"Nes de la Haine" ("War Babies") (Raymond Provencher 2002)
"Les Ames Brisées," ("Broken Souls") (Gueye-UN FPA RDC 2006)
"Unwanted Images," (Chisholm, September) referenced in L. Chisholm, J. September, *Gender Equity in South African Education (1994-2004),* HSCR Press (2005);
    *See also* ,http://152.112.253.5/research/output/outputDocuments/
        4979_Moletsane_Ethicalissuesgenderviolence.pdf
"Calling the Ghosts: A Story About Rape, War, and Women," (Jacobson and
    Jelincic 1996)
"Bought and Sold: An Investigative Documentary About the International Trade in Women,"
    (Galster and Caldwell -Witness 1997)
"Sri Lanka's Killing Fields," (60-Minute Channel 4 U.K. 2011)
"Raw Deal: A Question of Consent," (Corben 2001)
"Whores' Glory," (Glawogger 2011)
"Passolini Prossimo Nostro," (Bertolucci 2006)
"Saló: Fade to Black," (Kermode 2001)
"The End of Saló," (Sesti 2008)
"Saló: Yesterday and Today," (2002)
"Hei tai yang: Nan Jing da tu sha" ("Black Sun: the Nanjing Massacre,") (T.F. Mou 1995)

"Saló: The 120 Days of Sodom," (Pasolini 1975)
"Casualties of War," (DiPalma 1989)
"In the Land of Blood and Honey," (Jolie 2011)
"The Accused," (Kaplan 1988)
http://www.wired.com/science/discoveries/multimedia/2008/02/gallery_abu_ghraib/
http://www.salon.com/2006/03/14/introduction_2/
http://www.newyorker.com/online/2008/03/24/abughraib
http://www.antiwar.com/news/?articleid=2444
http://www.middle-east-info.org/league/somalia/fgmpictures.htm
L. Chisholm, J. September, *Gender Equity in South African Education (1994-2004),* HSCR Press (2005)