IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

Upon consideration of defendant's Motion to Amend Scheduling Order and for Leave to Conduct More Than Ten Depositions, plaintiffs' opposition in part thereto, and the entire record herein, and for good cause shown, the Court hereby GRANTS defendant's motion and ORDERS that defendant is granted leave to conduct depositions of the individuals and entity representatives listed in defendant's letter of February 8, 2013. It is further ORDERED that the discovery schedule be amended as follows:

1. All discovery is to be completed by June 27, 2013.

2. Subpoenae duces tecum must be served on third parties on or before April 12, 2013.

3. Expert reports are to be exchanged on or before April 19, 2013.

4. Rebuttal expert reports are to be exchanged on or before May 17, 2013.

5. Depositions of all fact ad expert witnesses are to be completed by June 27, 2013.

_____
The Honorable Michael M. Baylson
United States District Judge