IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITON, INC. et al. | CIVIL ACTION |
|---|---|
| v. | NO.  09-4607 |
| ELECTRIC FRONTIER FOUNDATION, et al. | DATE OF NOTICE: March 4, 2013 |

### NOTICE

Please be advised that the **TELEFONE CONFERENCE** scheduled for Monday, March 4, 2013 at 4:45 p.m. with the Honorable Michael M. Baylson has been **CONTINUED** to **Tuesday, March 5, 2013 at 3:00 p.m**.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

/s/ Joanne B. Bryson

_____
Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc:  All Counsel via email

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607.tc.notice..doc