IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITON, INC. et al. | CIVIL ACTION |
|---|---|
| v. | NO. 09-4607 |
| ELECTRIC FRONTIER FOUNDATION, et al. | DATE OF NOTICE: April 18, 2013 |

## NOTICE

Please be advised that **CIVIL JURY TRIAL** is scheduled for Monday, June 6, 2013 at 9:00 a.m. before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Joanne B. Bryson
_____
Joanne B. Bryson
Deputy Clerk to Judge Baylson
267-299-7520

cc: All Counsel via email

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4609.trial.notice.doc