IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al.,<br><br>                    Plaintiffs<br><br>          v.<br><br>THE HONORABLE ERIC H. HOLDER, JR.,<br><br>                    Defendant | CIVIL ACTION<br><br>NO. 9-4607 |

### REVISED SCHEDULING ORDER

AND NOW, this 2nd day of May, 2013, following a recorded telephone conference with counsel, the Scheduling Order dated March 6, 2013 is revised as follows:

1. Responses to dispositive motions are due May 23, 2013.

2. Defendant pretrial memorandum due May 23, 2013.

3. Motions in limine (including any motions re experts) due May 15, 2013 and responses due May 22, 2013.

4. The government will be prepared to begin presenting testimony as of Friday, June 7, 2013 and resuming its presentation on June 12 – 14, 2013, and, if necessary, on June 17, 2017.

5. Rebuttal and surrebuttal, if necessary, are tentatively scheduled for June 17, and 27, 2013.

6. Plaintiffs may submit a trial brief summarizing, in fifteen (15) pages or less, how their proposed evidence fits into the Third Circuit remand. The defendant may file a responsive brief at any time thereafter.

7. The court requests a paper copy sent to Chambers of any briefs with detailed exhibits attached, with all exhibits tabbed.

8. Counsel shall serve designation of depositions to be used at trial, with counter-designation, in advance of trial.

BY THE COURT:

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 09\09-4607 Free Speech v  Holder\09cv4607.050213.revised.schord.doc

**ENTERED**

MAY - 2 2013

**CLERK OF COURT**