IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) |
| Plaintiffs, | ) Civil Action No. 2:09-4607 |
| v. | ) Judge Michael M. Baylson |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of James J. Schwartz as counsel for Defendant, The Honorable Eric H. Holder, Jr., in the above-captioned cause of action.

Dated: May 7, 2013

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ James J. Schwartz*
KATHRYN L. WYER
JAMES J. SCHWARTZ (D.C. Bar. 468625)
Trial Attorneys
United States Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 616-8267
Fax: (202) 616-8470
james.schwartz@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I certify that on May 7, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

J. Michael Murray
Lorraine R. Baumgardner
BERMAN, GORDON, MURRAY & DEVAN

Kevin E. Raphael
J. Peter Shindel, Jr.
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

*Attorneys for Plaintiffs*

Carl A. Solano
SCHNADER HARRISON SEGAL & LEWIS

Matthew Zimmerman
ELECTRONIC FRONTIER FOUNDATION

*Attorneys for Petitioner*

Fred T. Magaziner
Kristina C.E. Cole
DECKERT, LLP

Mary Catherine Roper
ACLU of PA

Edward J. Sholinsky
SCHNADER HARRISON SEGAL & LEWIS LLP

James N. Clymer
CLYMER & MUSSER PC

*Attorneys for Movants & Amicus*

               */s/ James J. Schwartz*
               James J. Schwartz