IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:09-4607 |
| ) | |
| v. ) | Judge Michael M. Baylson |
| ) | |
| THE HONORABLE ERIC H. HOLDER, JR., ) | |
| Attorney General, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Nathan M. Swinton as counsel for Defendant, The Honorable Eric H. Holder, Jr., in the above-captioned cause of action.

Dated: May 7, 2013

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

*/s/ Nathan M. Swinton*
KATHRYN L. WYER
NATHAN M. SWINTON (NY Bar)
Trial Attorneys
United States Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 305-7667
Fax: (202) 616-8470
Nathan.M.Swinton@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I certify that on May 7, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means:

J. Michael Murray
Lorraine R. Baumgardner
BERMAN, GORDON, MURRAY & DEVAN

Kevin E. Raphael
J. Peter Shindel, Jr.
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI LLP

*Attorneys for Plaintiffs*

Carl A. Solano
SCHNADER HARRISON SEGAL & LEWIS

Matthew Zimmerman
ELECTRONIC FRONTIER FOUNDATION

*Attorneys for Petitioner*

Fred T. Magaziner
Kristina C.E. Cole
DECKERT, LLP

Mary Catherine Roper
ACLU of PA

Edward J. Sholinsky
SCHNADER HARRISON SEGAL & LEWIS LLP

James N. Clymer
CLYMER & MUSSER PC

*Attorneys for Movants & Amicus*

                                                */s/ Nathan M. Swinton*
                                                Nathan M. Swinton