Declaration of Daniel Linz, Ph.D.

I, Daniel Linz, declare under penalty of perjury, the following:

1. I have been retained by Plaintiffs' counsel in this case to serve as an expert witness.

2. I adopt, as true, all findings and opinions set forth in my expert report attached hereto as Exhibit A, including all of its exhibits.

3. I have attached to this declaration, a true and accurate copy of my Curriculum Vitae, *see* Exhibit B, and adopt, as true, all information contained within my Curriculum Vitae.

_____                        5/9/2013
Daniel Linz                                    Date