## Report of Daniel Linz, PhD

**Expert qualifications**

1.      I am currently a professor in the Department of Communication at the University of California, Santa Barbara.  I am a tenured professor and have been at this position since 1988.  I received bachelor degrees in psychology and sociology from Northern Kentucky University in 1978, and a master's degree in psychology and sociology and a Ph. D. in psychology from the University of Wisconsin, Madison.  My research focus has been on the effects of sexually oriented and violent entertainment upon human psychology and behavior and the effects of sexually related expression on adults and communities.  I have been qualified as an expert witness on the question of alleged secondary effects from adult entertainment and the effects of such entertainment on human behavior in numerous federal courts throughout the United States. No court has found me not qualified as an expert witness.

2.      I am also a published author in peer-reviewed journals on these subjects.  My curriculum vitae is attached as **Exhibit 1**, and accurately reflects my teaching positions, the honors and awards that I have received, the papers that I have either authored or co-authored which have been published in peer-reviewed journals, my professional activities, research grants that I have received, professional conferences where I have presented various papers, invited addresses where I have spoken, and public testimony that I have given.

3.      Among my peer reviewed publications are the following:

Paul, B. & Linz D. G. (2008). The Effects of Exposure to Virtual Child Pornography on Viewer Cognitions and Attitudes Toward Deviant Sexual Behavior. *Communication Research,* 35(1), 3-38.

Linz, D. & Imrich, D. (2001).  Child Pornography.  In: S.O. White, (Ed).  *Handbook of Law and Social Science:  Youth and Justice*. Kluwer Academic/Plenum Press, 79-111.

Linz, D., Penrod, S., & Donnerstein, E.  (1987).  The Attorney General's Commission on Pornography: The gap between "findings" and facts.  *The American Bar Foundation Research Journal*, 1987(4), 301-324.

Linz, D., Donnerstein, E., & Penrod, S.  (1987).  The findings and recommendations of the Attorney General's Commission on Pornography: Do the psychological facts fit the political fury?  *American Psychologist*, 42(10), 946-953.

4.      I have been asked by Attorney Michael Murray to express opinions on:

A. The quantity of sexually explicit expression depicting adults vs. the quantity of child pornography;

B. Of the quantity of child pornography, the quantity that depicts older adolescents.

C. The quantity of sexually explicit expression depicting persons who are obviously adults vs. the quantity of sexually explicit expression depicting persons who are not obviously adults, or put another way, the quantity of sexually explicit expression depicting persons who could reasonably be minors based on their apparent ages vs. the quantity of sexually explicit expression depicting persons who are obviously adults; and

D. The issue of whether pedophiles are interested in depictions of pre-pubescent children and have no interest in teen-agers who might be confused as young adults;

E. The quantity of private non-commercial sexually explicit expression e.g., "sexting" on cell phones, postings on adult dating websites, home-produced erotic videos and photos, erotic fan fiction, attachments to emails, etc.

5.  I am being compensated at a rate of $350.00 per hour.

**The quantity of sexually explicit expression depicting adults vs. the quantity of child pornography.**

1. The U.S. federal statutes that criminalize child pornography define ''child'' as age 17 or younger, and CP as the ''visual depiction . . . of sexually explicit conduct'' (18 USC Section 2256, 2003). The statute states that sexually explicit conduct includes sexual acts such as intercourse, bestiality, and masturbation, as well as ''lascivious exhibition of the genitals or pubic area.''

2. Commercial production motivated by profit appears to account for a relatively small proportion of child pornography production in the United States (Collins, 2007). Instead, most child pornography appears to be produced by persons who know and have intimate access to specific victims (e.g., family or household members; acquaintances such as neighbors, family friends, baby sitters; Collins, 2007; Mitchell, Finkelhor, & Wolak, 2005; Wolak et al., 2005).

3. Supervisory Special Agent for the Behavioral Science Unit Federal Bureau of Investigation FBI agent Kenneth V. Lanning notes that child pornography can be divided into two subcategories: commercial and homemade (Behavioral Analysis For Law Enforcement Officers Investigating Cases of Child Sexual Exploitation, FBI Academy Quantico, Virginia. December 1992 Third Edition).

4. According to the special agent: Commercial child pornography is that which is produced and intended for commercial sale. Agent Lanning notes that because of strict federal and state laws today, there is no place in the United States where commercial child pornography is knowingly openly sold. He states: "In the United States it is primarily a cottage industry run by pedophiles and child molesters. The commercial child

2

pornography still being distributed in the United States is smuggled in from foreign countries—primarily by pedophiles. The risks are usually too high for the strictly commercial dealer. Because of their sexual and personal interests, however, pedophiles are more willing to take those risks. Their motive goes beyond just profit."

5. In order to further confirm that commercial production motivated by profit appears to account for a relatively insignificant proportion of child pornography production in the United States, I have relied on the information in the article: "Measuring Overbreadth" by Geoffrey McGovern and Jonathan S. Krasno, The Social Science Research Network cites it as part of a "Working Paper Series" (2007). To address the question of the quantity of sexually explicit expression depicting adults vs. the quantity of child pornography, I prepared versions of what McGovern and Krasno call the "regulatory efficiency" measure.

6. The narrow tailoring and overbreadth doctrines, as I understand it, are concerned with how much protected speech is unnecessarily burdened by a regulation compared with the amount of speech that is appropriately burdened.

7. I applied this measure to calculate the expression burdened by Section 2257 and 2257A. This overbreadth is characterized by a ratio or series of ratios that can be thought of as measures of regulatory effecncy. I formed the ratio of the "actual child pornography" versus all other pornography. Or, stated another way a ratio separating the category of all burdened expression, into the properly targeted mischief, and everything else.

8. Appendix A contains the results of Google searches used to form overbreadth ratios.

9. The following calculation was made using the meta-tag search terms "child pron" (sic) 3,090,000 / "porn" 1,360,000,000 = .00227. As can be seen, this is an extremely small percentage of materials. Using the terms "kid pron" (sic) yielded an even smaller ratio.

10. It important to note that overwhelmingly all of the "hits" from these searches appeared to be related to the prosecution of child pornography or the problem of child pornography in society.  None could be identified as possible child pornography images.

11. My conclusion, based on every source I have reviewed greater than 99 percent of commercial pornography sites involve adults rather than children. Less than 1 percent are tagged with the term child porn. The percentages would be lower if we add all communications shared in a noncommercial setting as well.

**Research indicates that the biggest source of child pornography is peer-to-peer networks, not commercial pornography outlets.**

1.  I have reviewed studies of arrests for possession of child pornography I deem to be credible. One such study has collected information on arrests for child pornography production at two points in time (2000–2001 and 2006) from a national sample of more

than 2,500 law enforcement agencies. Arrests for Child Pornography Production: Data at Two Time Points From a National Sample of U.S. Law Enforcement Agencies by Janis Wolak, David Finkelhor, Kimberly J. Mitchell, and Lisa M. Jones. The authors examined whether trends in arrests suggested increasing child pornography production, shifts in victim populations, and challenges to law enforcement.

2. I also examined the scientific report "Child Pornography Possessors: Trends in Offender and Case Characteristics" by Janis Wolak, David Finkelhor and Kimberly Mitchell. This article reports results from the NJOV Study that are relevant to concerns about crimes involving child pornography possession.

3. This report describes comparisons between child pornography possession cases ending in arrests between mid-2000 and mid-2001 and during 2006 in terms of numbers of arrests, characteristics of offenders, nature of the CP possessed, use of p2p file sharing networks, how and where child pornography cases arose in the criminal justice system, and case outcomes.

4. The authors report that there was a large increase in the percentage of offenders who had used peer-to-peer (p2p) networks to download child pornography. P2p is an approach to computer networking where all computers share equivalent responsibility for processing data. Peer-to-peer networking (also known simply as *peer networking*) differs from client-server networking, where certain devices have responsibility for providing or "serving" data and other devices consume or otherwise act as "clients" of those servers. Internet applications operating over peer-to-peer networks enable direct communication between users. Used largely for sharing of digital music, images, and video, peer-to-peer applications include BearShare, Gnutella, LimeWire, and KaZaA. KaZaA is the most popular, with over 3 million KaZaA users sharing files at any time.

5. P2p users who were arrested were more likely to have images that depicted children younger than 3 (40% vs. 23% of others, sexual penetration (93% vs. 78%, and violence (39% vs.18%. Users of p2p networks also accounted for much of the CP distribution among offenders arrested in 2006, with 93% identified by respondents as distributors compared with 19% of others.

6. I also examined the report: Trends in Arrests for Child Pornography Possession:The Third National Juvenile Online Victimization Study (NJOV-3) Janis Wolak, David Finkelhor & Kimberly J. Mitchell. In 2009, there was another jump in the percentage of arrested child pornography possessors who used peer-to-peer file sharing networks. One change reflected in the trends was the technology used by arrested CP possessors to access child pornography. In 2009, 61% of arrested child pornography possessors used peer-to-peer (P2P) file sharing networks, compared to 28% in 2006 and only 4% in 2000.

7. It is important to point out that the authors do not conclude that the amount of child pornography has increased over the years. The growth in prosecutions may be attributable to law enforcement's increasing sophistication in conducting proactive investigations in P2P venues. In 2009, 42% of arrests began with law enforcement

monitoring file sharing networks for contraband images.

8. Programs used by police to uncover trading via p2p networks can determine the content and number of images traded by specific individuals. The National Strategy for Child Exploitation Prevention and Interdiction A REPORT TO CONGRESS AUGUST 2010 U.S. Department of Justice. Two programs currently used by law enforcement agencies to identify IP addresses and catalog images include: Operation Fairplay, supported by the Wyoming Division of Criminal Investigations and the Palm Beach County (FL) State's Attorney Office and Operation RoundUp, developed by the University of Massachusetts under a grant from the National Institute of Justice. Since Operation Fairplay's inception in 2006 and Operation Roundup's inception in late 2009, the two programs have identified over 20 million different IP addresses offering child pornography files (pictures, videos) on a Peer-to-Peer file-sharing network. Operation Fairplay has a "watch list" of 170,000 child pornography files. Operation RoundUp currently has a watch list of 120,000 child pornography files. In both of these tools, the files on the "watch list" are those the developers (law enforcement officers) deem to represent some of the "worst"(movies and photographs of the most violent assaults, with the youngest victims) of the child pornography images they have seen.

9. These two applications (Fairplay, RoundUp) are currently the only sources of data in the United States known to the Department on the volume of child pornography traded over peer to peer networks.

10. I am familiar with the United States General Accounting Office (GAO) March 13, 2003 study entitled: FILE-SHARING PROGRAMS, Child Pornography Is Readily Accessible over Peer-to-Peer Networks," Statement of Linda D. Koontz Director. The Director reports on a study focused on the availability of pornographic video files on peer-to-peer sharing networks in which a sample of 507 pornographic video files retrieved with a file-sharing program included about 3.7 percent child pornography videos. This study is entitled:, "Peer-to-Peer Sharing on the Internet: An Analysis of How Gnutella Networks Are Used to Distribute Pornographic Material," Canadian Journal of Law and Technology, vol. 1, no. 1 (January 2002) by Michael D. Mehta, Don Best, and Nancy Poon.

11.  In summary, my opinions are that: a. Child pornography is a very *insubstantial* portion of overall commercial pornography market. This fact is clearly admitted to by law enforcement officials.  b. Well over 99 percent of material in this market is clearly identifiable as adult pornography. Record keeping requirements mandated in 2257 and 2257a clearly overburden these commercial purveyors of adult pornography.

12. Further, my opinions are: a) Child pornography, according to law enforcement and my own estimations is not distributed through the usual commercial means by which adult pornography is disseminated. Instead, most successful law enforcement efforts are directed to materials shared on peer-to-peer (p2p) networks. b) The available evidence shows that this source of distribution contains an insubstantial amount of child pornography.

13. Finally, as of 2010, the law enforcement program Operation Fairplay has a "watch list" of 170,000 child pornography files. Another program Operation RoundUp currently has a watch list of 120,000 child pornography files. In my opinion, these quantities are a nearly infinitesimal proportion of the many hundreds of millions of adult pornography files shared across p2p networks. For reasons detailed later in this report the vast majority of those are child pornography files that would never be confused with adolescents.

**Of the quantity of child pornography, what is the quantity that depicts older adolescents?**

1. I have examined the scientific report "Child Pornography Possessors: Trends in Offender and Case Characteristics" by Janis Wolak, David Finkelhor and Kimberly Mitchell. In this report the authors state: "Although there have been controversies over "borderline" images, such as art photos of naked children and pictures of older teens, such images play virtually no role in cases where people have been arrested for child pornography possession."

2. To further address the question of the quantity of sexually explicit expression depicting adults vs. the quantity of pornography that depicts older adolescents, I prepared a version of what McGovern and Krasno call the "regulatory efficiency" measure. I calculated the ratio: "teen porn" 28,600,000 / "porn" 1,360,000,000 = .0210.

3. In my opinion the vast majority of pornographic material in the commercial domain involves persons that any law officer would conclude is an adult. While 2 percent could be confusing, 98 percent is not and therefore burdened by the 2257 reporting requirements. It is my opinion that a substantial majority of images of adults are not reasonably confused as minors.

4. In my opinion the quantity of sexually explicit expression depicting persons who are not obviously adults vs. the quantity of sexually explicit expression depicting persons who are obviously adults is very small. Likewise it is my opinion that the quantity of sexually explicit expression depicting persons who could reasonably be minors based on their apparent ages vs. the quantity of sexually explicit expression depicting persons who are obviously adults is small.

**Pedophiles are most interested in depictions of pre-pubescent children and have no interest in teen-agers who might be confused as young adults.**

1. The vast amount of child pornography involves prepubescent children and is not confused with adult pornography because the perpetrator has no interest in older targets. Law enforcement officials engaged in behavioral analyses have confirmed this observation. (See: Behavioral Analysis For Law Enforcement Officers, Investigating Cases of Child Sexual Exploitation December 1992, Third Edition Kenneth V. Lanning Supervisory Special Agent Behavioral Science Unit Federal Bureau of Investigation FBI Academy Quantico, Virginia).

6

2. This report clearly states that young children many as young as three years old are the preferred sexual objects. This is evident by a number of behavioral patterns. According to special agent Lanning, because they have a sexual preference for young children, pedophiles usually have some degree of difficulty in performing sexually with adults. Therefore, they typically do not marry. If married, they have a "special" relationship with their spouse--they will marry a woman who does not have high sexual expectations or needs. A woman married to a pedophile may not realize that her husband is a pedophile but she does know he has a "problem"—a sexual performance problem. Pedophiles sometimes marry for convenience or cover.

3. I also examined the FEDERAL CHILD PORNOGRAPHY OFFENSES released in December 2012. This report is the result of a multi-year process in which the United States Sentencing Commission ("the Commission") examined cases of offenders sentenced under the federal sentencing guidelines and corresponding penal statutes concerning child pornography offenses. In the report a study by SHELDON & HOWITT, is cited for the proposition that "there is no meaningful sense in which offenders 'accidentally' come across child pornography" when viewing adult pornography sites). A forensics review can also debunk an excuse that child pornography was accidentally viewed. See Testimony of James Fottrell, Child Exploitation and Obscenity Section, Criminal Division, U.S. Department of Justice, to the Commission, at 22–23 (Feb. 15, 2012) (on behalf of the U.S. Department of Justice) ("Fottrell Testimony") ("[i]mages in particular folders sorted and organized . . . are not accidentally viewed; they are purposely sorted and organized in a particular manner"). Seto et al., Child Pornography Offenses , supra  note 7, at 613 ("people are likely to choose the kind of pornography that corresponds to their sexual interests, so relatively few nonpedophilic men would choose illegal child pornography"). See also  Abel Testimony, supra  note 7, at 105–06 ("Why do heterosexual men buy Playboy?. . . To look at the pictures. Why? Because they're interested in the pictures . . .").

4. In my opinion the legal and scientific research shows that those pedophile perpetrators interested in images of children are not interested in material that is ambiguous or that does not clearly involve children.

**The quantity of private non-commercial sexually explicit expression e.g., "sexting" on cell phones, postings on adult dating websites, home-produced erotic videos and photos, erotic fan fiction, attachments to emails, etc.**

1. The possible sources of sexually explicit images is virtually limitless. These include:
• Facebook
• Twitter
• Instagram
• Imageboards (e.g., 4chan, Futaba Channel)
• Streaming video (e.g., Youtube, Vimeo, BlipTV, UStream)
• Private/sem-private/public forums
• Image sharing services (e.g., imgur)

- Reddit
- Live streaming (e.g., Skype, private webcam, Openbroadcaster)

2. Other *possible* sources: This includes torrents, direct file sharing, private servers, etc. A file can be stored online is essentially a potential site of explicit images. This includes everything from Dropbox to one's email inbox.

3. In my opinion, many millions of adult Americans exchange sex depictions and images by these means. These are private citizens who are not engaged in an economic enterprize but choose to share sexually explicit images with one another. This opinion is supported by member counts of organizations such as those found in Appendix B which are included in Appendix B of this report. It is extremely burdensome to noncommercial users who in the course of private lives post on social networks and share images to require reporting mandated by USC 2257 and 2257a.

/s/ Daniel Linz

Appendix A



About 454,000,000 results (0.20 seconds)

**Free MILF Porn Tube - Hot Cougar Sex Movies**
www.cougarporn.com/
Free **MILF** Porn Tube loaded with the best sex videos that involve incredibly hot **MILFS**
and cougars that just want some younger dick in their lives.
Categories - Cougar Porn Tube Videos - Pornstars - Live Cougars and MILFs

**MILF (slang) - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/MILF_(slang)
**MILF**, an acronym for "Mother/Mom/Mum I'd Like to Fuck", is a colloquial term common
in English and generally regarded as vulgar when spelled out. It denotes ...

**MILF - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/MILF
**MILF** is an acronym that may refer to: **MILF** (slang), an acronym for "Mother/Mom I' d
Like to Fuck"; **MILF** (film), a 2010 film; **MILF** pornography, a pornographic ...

**MILF pornography - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/MILF_pornography
The **MILF** porn genre is growing segment of the sex industry and it has extended the
careers of female pornographic actresses. Actresses of the **MILF** porn genre ...

**MILF - Wiktionary**
en.wiktionary.org/wiki/MILF
Dude, that chick's a **MILF**! 2009, Veronica Lee, "Au revoir, Margaret Mountford", The
Guardian, 8 Jun 2009: She was instantly a gay icon (for men and women), ...

**Milf (Video 2010) - IMDb**
www.imdb.com/title/tt1730704/
★★☆☆☆ Rating: 3.7/10 - 3078 votes
A group of nerdy college guys who can't seem to connect with girls their own age
discover the excitement of hooking up with sexy older women.
Directed by Scott Wheeler. Starring Joseph Booton, Jack Cullison.



Web    Images    Maps    Shopping    Videos    More ▾    Search tools

About 28,600,000 results (0.22 seconds)

**Free Young Porn Videos - XXX Teen Porn, Young Sex Movies ...**
www.youngpornvideos.com/
**Porn** videos featuring **teen** xxx sex movies with clips of the hottest young **porn** stars
and videos for free. All models are legal and 18+.
Categories - Free Young Indian Porn Videos - 18 year old Videos - Young Videos

**Teen Porn With Free Nude Models In XXX Pussy Porn Tube :: Youpom**
www.youporn.com/category/32/teen/
GET the Best FREE **TEEN PORN** and TEEN Models at YOUPORN! WATCH Hot XXX
Young Nude Girls as They Fuck and Suck on the Net's BEST TUBE! CLICK ...

**8 Teen XXX - Teen Sex, Free Teen Sex, Teen Porn, Free Teen Porn ...**
www.8teenxxx.com/
8 **teen** xxx,**teen** sex, free **teen** sex, free **teen** sex movies, free **teen** sex pictures, free
**teen** sex galleries, daily Updated free **teen** sex galleries.

**Teen porn movies & sex videos | Redtube.com Free Porn**
www.redtube.com/redtube/teens
**Teens** video Princess on webcam, now playing on RedTube Home of **Porn**, sex videos
& xxx movies.

**TeenSnow.com: Teens Snow! More Teen Porn Videos That You ...**
www.teensnow.com/
Teen Snow brings you free **teen porn** videos. ... Best **Teen Porn** Videos * Hottest
Teens This Month * Hotties Of The Week ...

**Kinky Teen Porn Videos - Porn Tube Movies**
kinkyteenporn.com/
Weirdest **teen porn** movies featuring kinky young ladies, insane world of perverted sluts
who prove that they are ready for anything in these **teen porn** videos.

**Amateur teen pron - Amateur sex video - Tube8.com**
www.tube8.com/amateur/amateur-teen-pron/3056181/
Watch Amateur sex in Amateur **Teen Pron** . Amateur videos can be viewed online or
downloaded completely free.

**Youngest Teen Pron Movies Videos - 100% Free Porn Tube - Page 15**
www.heavy-r.com/index.php?handler...teen+pron...
We have tons of youngest **teen pron** movies videos all completely free to watch!
Heavy-R is a free porn tube offering the most hardcore porn videos. Now you ...

**PornHub.com :: Free Teen Porn Videos, Sexy Teens Ass & Pussy ...**
www.pornhub.com/video?c=37
**Teen** lesbians should be filmed giving blowjobs. My hard drive still has some free space
left and I need to expand my ever growing collection of **porn** vids.

**Teens pron - xHamster.com**
xhamster.com/movies/1170228/teens_pron.html
Apr 26, 2012 – Watch **teens pron** at xHamster.com! xHamster is the best sex tube to
get Free Porn!



1  2  3  4  5  6  7  8  9  10          Next



Google   | child pron | 🔍

Web   Images   Maps   Shopping   Videos   More ▾   Search tools

About 3,090,000 results (0.21 seconds)

Including results for child *porn*
Search only for child pron

**Child pornography - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Child_pornography
Experts differ over any causal link, with some experts saying that use of **child porn**
reduces the risk of offending, and others arguing that it increases the risk.
Laws regarding child ... - Child erotica - Category:Child pornography

**Deacon Busted For Storing Child Porn in the Cloud - Verizon ...**
www.dslreports.com/.../Deacon-Busted-For-Storing-**Child**-**Por**...
56 posts - 47 authors - 5 days ago
News: Deacon Busted For Storing **Child Porn** in the Cloud - Verizon Snoops in Files
Resulting in Arrest.

**Hundreds arrested in child porn bust | 6abc.com**
abclocal.go.com/wpvi/story?section=news/local&id...
Jan 3, 2013 – Hundreds of people have been arrested across the country as part of
something called Operation Sunflower.

**Scam accuses you of viewing child porn | 9news.com**
www.9news.com/.../Scam-accuses-you-of-viewing-c...
 by Will Ripley - in 50 Google+ circles - More by Will Ripley
Jan 14, 2013 – The scam accuses you of viewing **child** pornography and
orders you to pay a fine to avoid federal prosecution. It was realistic enough to
fool ...

**Maryland Man Sentenced In Child Porn Case « CBS Baltimore**
baltimore.cbslocal.com/.../maryland-man-sentenced-in-**child**-**p**...
Feb 21, 2013 – A 30-year-old Maryland man was sentenced in Lafayette, La., to eight
years in prison for possessing **child** pornography.

**Woman Arrested in San Fernando Valley Child Porn Case | KTLA 5**
 ktla.com/.../u-s-attorney-hunts-makers-of-san-fe...
Jan 4, 2013
LOS ANGELES (KTLA) -- Federal investigators have arrested the
woman they believe is involved in a decade ...

**Possible Local Victims in Chillicothe Child Porn Case - WSYX ABC6 ...**
 www.myfox28columbus.com/.../wsyx_possible-...
Feb 14, 2013
CHILLICOTHE -- The Attorney General wants parents to talk to
their kids about a man arrested fo.

**Hoosiers among 245 international child porn ring arrests**
 www.wishtv.com › News › Crime
Jan 3, 2013
Four Hoosiers were arrested as part of an international **child**
pornography and exploitation sting that netted 245 ...

More videos for **child pron** »

**Pope's child porn 'normal' claim sparks outrage among victims ...**
www.belfasttelegraph.co.uk/.../popes-**child**-**porn**-normal-claim...
Victims of clerical sex abuse have reacted furiously to Pope Benedict's claim yesterday
that paedophilia wasn't considered an "absolute evil" as recently as the ...



Kid pron

Web   Images   Maps   Shopping   Videos   More ▾   Search tools

About 2,000,000 results (0.28 seconds)

Including results for Kid *porn*
Search only for Kid pron

Ad related to Kid pron ⓘ

Searching **child porn**? - dont-offend.org
www.dont-offend.org/
You have sexual fantasies towards **kids**? Don't offend! There is help.

**kid porn** - YouTube
www.youtube.com/watch?v=jAfDUa31YuA
Dec 17, 2006 – To **child** sex tourism in Moroccoby argazz1 1,233,565 views; 8:37.
Watch Later **Kid** pisses on car! SEXist teacher! 10 year old watches **PORN**!by ...

'Sexting' surprise: Teens face **child porn** charges - Technology ...
www.nbcnews.com/id/28679588/
Jan 15, 2009 – Six Pennsylvania high school students are facing **child** pornography
charges after three teenage girls allegedly took nude or semi-nude photos ...

**Child porn** prosecutions soaring in U.S. - The Denver Post
www.denverpost.com › Nation / World
Feb 6, 2011 – FBI agent Stacie Lane sat at her computer at the FBI headquarters in
Maryland one June morning in 2007, launched the notorious file-sharing ...

Is this a **child porn** site? - Yahoo! Answers
answers.yahoo.com › ... › Computers & Internet › Security
6 answers - Mar 3, 2012
Top answer: I guess **child** pornographers have to find creative ways to advertise, eh?

Can Googling 'Child Porn' & Other Weird Internet Searches Get You ...
thestir.cafemom.com/.../can_googling_**child_porn**_other
Jun 15, 2012 – I have a confession to make: Sometimes I wonder if my Internet
activities could get me arrested. I can clearly imagine a loud pounding at the ...

**child porn** - Local Coverage | Boston Herald
bostonherald.com/news_opinion/local_coverage?articleid...
... last month's killing of a popular Malden skateboard shop owner have released photos
and... Judge bars eatery GM from Internet after **child porn** charge. By ...

Teenager sentenced for possession of **child porn** - Columbia Daily ...
www.columbiatribune.com/.../teenager...**child-porn**/article_2e...
Jan 23, 2013 – A Columbia man was ordered to serve seven years in the state
Department of Corrections. Circuit Judge Jodie Asel also recommended Hall for ...

Woman wanted for making a **child porn** with a 4/5 year old - feds ...
imgur.com/gallery/S42nX
Link: http://www.keprtv.com/news/national/Feds-trying-to-identify-woman-seen-in-
**child**-**porn**-video-184185971.html. Do your best, imgur! scoobyyoustupid 151 ...

**Child Porn** Seizure May be LARGEST in US History
www.godlikeproductions.com/forum1/message1721024/pg1
31 posts - 5 authors - Dec 5, 2011
Riverside - One of eight California men arrested on **child** pornography charges may
have had the largest collection of images and videos ever ...



teen porn

Web    Images    Maps    Shopping    News    More ▾    Search tools

About 136,000,000 results (0.16 seconds)

**PornHub.com :: Free Teen Porn Videos, Sexy Teens Ass & Pussy ...**
www.**pornhub.com**/video?c=37
**Teen** lesbians should be filmed giving blowjobs. My hard drive still has some free space left and I need to expand my ever growing collection of **porn** vids.
School - Top Rated - Most Viewed Teen Videos - Longest Teen Videos

**TeenSnow.com: Teens Snow! More Teen Porn Videos That You ...**
www.**teens**now.com/
Teen Snow brings you free **teen porn** videos. ... Best **Teen Porn** Videos * Hottest Teens This Month * Hotties Of The Week ...
17 - 10 - 16 - 12

**Free Young Porn Videos - XXX Teen Porn, Young Sex Movies ...**
www.young**porn**videos.com/
**Porn** videos featuring **teen** xxx sex movies with clips of the hottest young **porn** stars and videos for free. All models are legal and 18+.
Categories - Free Young Indian Porn Videos - 18 year old Videos - Young Videos

**Free porn pictures teen sex tube pornstars naked babes nice ass ...**
www.bravo**teens**.com/
BravoTeens.Com has everything! Free **Porn** Tube and Thumbnailed Galleries with nice design, lots of categories for the true **porn** lovers. FANTASTIC array of ...

**8 Teen XXX - Teen Sex, Free Teen Sex, Teen Porn, Free Teen Porn ...**
www.**8teenxxx**.com/
8 **teen** xxx,**teen** sex, free **teen** sex, free **teen** sex movies, free **teen** sex pictures, free **teen** sex galleries, daily Updated free **teen** sex galleries.

**teenporn videos, page 1 - XVIDEOS.COM**
www.xvideos.com/tags/**teenporn**
XVIDEOS **teenporn** videos, page 1 free. ... **teenporn** - 3500 results. Sort by: Relevance · Upload date · Rating. Date: Anytime · Today · This week · This month ...

**Kinky Teen Porn Videos - Porn Tube Movies**
kinky**teenporn**.com/
Weirdest **teen porn** movies featuring kinky young ladies, insane world of perverted sluts who prove that they are ready for anything in these **teen porn** videos.

**Teen Porn Dream, all your teen sex dreams. Free teen porn videos ...**
**teenporn**dream.com/
Welcome to your **teen porn** dream! Sit back and watch hundreds of nubile amateurs get super naughty. Tons of free **teen porn** videos here with oral, anal, ...

**Teen Porn - Free Porn of Naked Teens With Nude Girls Videos**
www.**teenporn**post.com/
Collecting of Free **Teen Porn** Videos. ... Collecting of Free **Teen Porn** Videos. **Teen Porn**; Porn Categories. Amateur Porn · Anal · Anal Sex · Asian · Asian Porn ...

**Teen porn movies & sex videos | Redtube.com Free Porn**
www.redtube.com/redtube/**teens**
**Teens** video Princess on webcam, now playing on RedTube Home of **Porn**, sex videos & xxx movies.



porn, 18 year old

Web    Images    Maps    Shopping    More ▾    Search tools

About 78,400,000 results (0.24 seconds)

**18 year old porn** newbie fucked hard - Teen sex video - Tube8.com
www.tube8.com/teen/**year-old-porn**-newbie...hard/4986961/
Watch Teen sex in **18 Year Old Porn** Newbie Fucked Hard. Teen videos can be viewed
online or downloaded completely free.

**18 year old** cutie making a **porn** ::: PERFECT GIRLS
www.perfectgirls.net/.../**18_year_old**_cutie_making_a_**porn**
**18 year old** cutie making a **porn**. Categories: Hardcore, Gonzo Runtime: 5:43. Views:
Added: 7 February 2011. Like this video? Related videos: ...

**18yearold** videos, page 1 - XVIDEOS.COM
www.xvideos.com/tags/**18yearold**
(12 min) **Porn** quality: 98%. **18 Year old** Dirty little girl Nikki Loren ... (22 min) **Porn**
quality: 99%. Innocent Brunette Teen Babe Brooke Lee Ad ... (25 min) **Porn** ...

**18 year old** Alexis Love's first **porn** shoot - Pornhub.com
www.**porn**hub.com/view_video.php?viewkey...
Watch **18 year old** Alexis Love's first **porn** shoot - Pornhub.com. Pornhub is the
ultimate xxx **porn** and sex site.

**18 Year Old Porn** Tube Videos
www.bravoteens.com/tube/categories/**18-year-old**-flv.php
BravoTeens Free **Porn** · pictures · videos · tube · models · blogs · links · live girls. **18
Year Old** Tube Videos. Sort by: Date · Popularity · Rating · File size · Views ...

8 Teen XXX - Teen Sex, Free Teen Sex, Teen **Porn**, Free Teen **Porn** ...
www.8teenxxx.com/
8 Teen XXX - Free Teen **Porn**, Free Teen Sex, Teen XXX, ... Young Legal Teens
13. 18 **Porn** Movies 14. ... Skinny **18 Year Old** Zoey Fucked... video. 04:00 ...

**18 Year Old**, 18 Yo, 18 Yr, 18yo, 18yr **Porn** Videos
www.fuq.com/search/?q...**Year+Old**%22%7C%2218...
**18 Year Old**, 18 Yo, 18 Yr, 18yo, 18yr **Porn** Videos at Fuq.com. ... Go to **18 Year Old**
Movies with preview thumbs at jennastube.com. Go to **18 Year Old** Pics at ...

Watch **18 year old Porn** Videos & Hardcore **18 year old**Sex :: Youporn
www.you**porn**.com/**porn**tags/**18_year_old**
30+ items – The best **18 year old Porn** videos on the net @ YouPorn!
**18 year old** Nicole Casting @ Petergirls   08:25   2,536,540   63%
Aareena **18 years old porn** audition     04:32   1,758,519   77%

**18 year old** blonde cutie makes her **porn** debut - Free **Porn** Videos ...
www.you**porn**.com/.../**18-year-old**-blonde-cutie-makes-her-**po**...
Watch **18 year old** blonde cutie makes her **porn** debut at Youporn.com - Youporn is the
biggest free **porn** tube site on the net!

**18 Year Old** videos on NastyVideoTube.com - Free **porn** videos ...
www.nastyvideotube.com/categories/18%20**year**%20**old**1.html
Tags: **18 year old**, anal, ass, babe, beautiful, beautiful body, beautiful face, brunette, ...
Tags: **18 year old**, babe, big cock, college girl, cute, education, first time, ...



1  2  3  4  5  6  7  8  9  10          **Next**

Advanced search     Search Help     Give us feedback



About 1,360,000,000 results (0.18 seconds)

### Free Porn Videos & Sex Movies - Porno, XXX, Porn Tube and Pussy ...
www.pornhub.com/
Free porn sex videos & pussy movies. Porn hub is the ultimate xxx porn,sex and pussy tube, download sex videos or stream free xxx and free pussy movies.
Categories - Teen - Milf - Most Viewed

### YouPorn: Porn Videos, Sex, XXX, Free Porn Tube
www.youporn.com/
YOUPORN is your home for XXX & Free PORN videos. WATCH the best TEEN sex on the net! Enjoy the sexiest PORN with the hottest naked girls in our videos.
23,855 people +1'd this

### The Best Free Porn Tube, XXX, Porno and Sex Videos - PORN.COM
www.porn.com/
Free porn mega site; PORN.COM, worlds greatest adult video porn tube! Super fast video streams & downloads of only the best hardcore sex videos & the ...

### FREE PORN! FREE SEX! Perfect Girls Tube - 100 000 porn movies ...
www.perfectgirls.net/
Over 200 best porn videos every day. One place for all worth to see porn clips from 10 main porn tube sites.

### Free Porn Sex Videos - Redtube - XXX Movies - Home of Videos ...
www.redtube.com/
RedTube brings you new free porn videos every day. Watch great xxx sex videos and pornos at the best free pussy and porn tube site on the web.
15,263 people +1'd this

### porn videos, page 1 - XVIDEOS.COM
www.xvideos.com/tags/porn
XVIDEOS porn videos, page 1 free. ... Classic Porn - Ron Jeremy and Christy Canyon. (11 min) Porn quality: 99%. robcom super porn. (26 min) Porn quality: 100 ...

### Free Porn Tube, Sex Videos, Porno Clips,XXX Pornstars- Keez movies
www.keezmovies.com/
Hot free porn tube movies, XXX amateur sex videos, & upload Your Own porno movies. See the hottest porn stars having sex at the best porntube ...

### Tube8 :: Free Sex Videos - The Free Porn Tube Video Site
www.tube8.com/
Streaming the best free porn videos on Tube 8. We have the Best SEXtube on the net giving you the HOTTEST free sex movies & porntube videos.

### Porn Tube, You Porn, Free Porn Movies, Porntube, Sex Tube ...
www.youjizz.com/
Youjizz Porn Tube! Free porn movies and sex videos on your desktop or mobile phone.

### Free Porn, Sex Videos 4 You, Porno Hub, Porn Tube, XXX Movies
www.spankwire.com/
Free porn video tube site updated constantly. Selective hot xxx porno, sex videos. Free Ipad streaming Porn in adult site with sex videos, teens, big tits,hentai ...

### News for porn

EU votes to reject 'porn ban' proposals
CNET - by Zack Whittaker - 44 minutes ago
EU politicians have voted against a pan-European ban on all forms of

16



porno

Web    Images    Maps    Shopping    More ▾    Search tools

About 808,000,000 results (0.16 seconds)

**Free Porn, Sex, Tube Videos, XXX Pics, Porno Movies - XNXX.COM**
www.xnxx.com/
XNXX delivers free sex movies and fast free porn videos (tube porn). Now 1 million+ sex vids available for free! Featuring hot pussy, sexy girls in xxx rated porn ...
Best Sex videos - New Sex videos - Black_woman videos - Hits
25,210 people +1'd this

**Free Porn Sex Videos - Redtube - XXX Movies - Home of Videos ...**
www.redtube.com/
RedTube - Videos **Porno** RedTube - Home of free porn videos. Login; Create Account; Join the RedTube Community - it's free! Upload; Settings; 0. Messages; 0 ...
15,263 people +1'd this

**Free Porn Tube, Sex Videos, Porno Clips,XXX Pornstars- Keez movies**
www.keezmovies.com/
Hot free porn tube movies, XXX amateur sex videos, & upload Your Own **porno** movies. See the hottest porn stars having sex at the best porntube ...

**Porno Porn Videos | PornHub.com**
www.pornhub.com/video/search?search=porno
**Porno** Italian - sesso anale con la bionda matura, culo che gode ! 81% ... CastingCouch-X Sexy 20 Year Old College Student Casting For **Porno** To Pay Re. 84% ...

**porno videos, page 1 - XVIDEOS.COM**
www.xvideos.com/tags/porno
**porno** - 3500 results ... Funk O Ritmo Proibido Filme **Porno** Completo. (1h 16 min) Porn quality: 99% ... Caroline Miranda fiz **porno** e ainda contin ... (29 min) Porn ...

**Results for tag "Porno" ::: PERFECT GIRLS**
www.perfectgirls.net/search/Porno/
Gorgeous busty Mary is actually a loving sex doll in this hot classic **porno** ... True **porno** movie shows pretty wet T-shirt babe getting what's coming to her ...

**Sun Porno - Free Porn Tube Videos, Mobile Porno**
www.sun**porno**.com/
Free source of **porno** videos. Watch tube porn videos online or download them to your desktop or mobile phone.

**Porn Tube, You Porn, Free Porn Movies, Porntube, Sex Tube ...**
www.youjizz.com/
Youjizz Porn Tube! Free porn movies and sex videos on your desktop or mobile phone.

**Free Porn, Sex Videos 4 You, Porno Hub, Porn Tube, XXX Movies**
www.spankwire.com/
Free porn video tube site updated constantly. Selective hot xxx **porno**, sex videos. Free Ipad streaming Porn in adult site with sex videos, teens, big tits,hentai ...

**Alpha Porno - Free XXX porn TUBE MOVIES. Free Sex Video**
www.alpha**porno**.com/
Alpha **Porno** - Free porn tube videos. Watch free XXX porntube movies, sex video clips online!



1  2  3  4  5  6  7  8  9  10        **Next**



Web   Images   Maps   Shopping   More ▾   Search tools

About 237,000,000 results (0.17 seconds)

**Free porn pictures teen sex tube pornstars naked babes nice ass ...**
www.bravoteens.com/
BravoTeens.Com has everything! Free Porn Tube and Thumbnailed Galleries with nice design, lots of categories for the true porn lovers. FANTASTIC array of ...
Videos - Most Popular Free Porn ... - Teen - Indians

**Free Sex Pics, Sex Pictures, Sex Galleries at LamaLinks.com**
www.lamalinks.com/
LamaLinks.com delivers the biggest collection of free sex pics. Over 500 000 sex pictures available to download featuring big tits, milf, lesbian, anal, amateur, ...

**Free Porn, Sex, Tube Videos, XXX Pics, Porno Movies - XNXX.COM**
www.xnxx.com/
XNXX delivers free sex movies and fast free porn videos (tube porn). Now 1 million+ sex vids available for free! Featuring hot pussy, sexy girls in xxx rated porn ...
Best Sex videos - New Sex videos - Black_woman videos - Most viewed Sex videos
25,210 people +1'd this

**Worldsex.com free hardcore sex pictures, free porn movies, daily ...**
www.worldsex.com/
WorldSex Daily Updated Free Links to Hardcore Sex Pictures, Movies, Free Porn Videos and XXX Live Sex Cams.

**Free Sex Pics - Deutsche porno pics, XXX fucking pictures & 3D sex ...**
www.freesexpics.com/
Deutsche porno pics, XXX fucking pictures & 3D sex videos.

**Best Porn Sites With Free Hot Sex Pictures, Passion Nude Ladies ...**
www.passionatejoy.com/
Looking for some passion nude girls in PassionateJoy you just find best sex pics with hot naked babes @ Passionate Joy.

**PornHub.com :: Free Hardcore Porn & Sex Pics for U Porn Lovers**
www.pornhub.com/categories
WATCH Free hardcore sex in the comfort of your own office/home! Porn is the answer to all life's problems...Sex is good, sex is fun, sex is good for everyone!

**Ah-Me Free sex pictures, sex galleries**
www.ah-me.com/pics
Ah-Me.com - Huge archive of free sex pictures and sex galleries, hot girls from all over the world. Upload your sex galleries and share amateur porn stuff with our ...

**Porn & Sex Photos :: Photo Gals**
www.photogals.com/
Your Best Source For Porn & Sex Photos on the Net. PhotoGals offers 1000s of Picture Galleries that are Updated Daily!!! Cum Visit Us NOW!!

**Aunt Mia - Free Porn Pics and Sex Galleries**
www.auntmia.com/
Free porn pictures, daily updated porn pics in categories, sex galleries and big nasty archives!



1  2  3  4  5  6  7  8  9  10          Next

Google    porn                                              🔍

Web    Images    Maps    Shopping    News    More ▾    Search tools

About 1,360,000,000 results (0.18 seconds)

**Free Porn Videos & Sex Movies - Porno, XXX, Porn Tube and Pussy ...**
www.pornhub.com/
Free porn sex videos & pussy movies. Porn hub is the ultimate xxx porn,sex and
pussy tube, download sex videos or stream free xxx and free pussy movies.
Categories - Teen - Milf - Most Viewed

**YouPorn: Porn Videos, Sex, XXX, Free Porn Tube**
www.youporn.com/
YOUPORN is your home for XXX & Free PORN videos. WATCH the best TEEN sex on
the net! Enjoy the sexiest PORN with the hottest naked girls in our videos.
23,855 people +1'd this

**The Best Free Porn Tube, XXX, Porno and Sex Videos - PORN.COM**
www.porn.com/
Free porn mega site; PORN.COM, worlds greatest adult video porn tube! Super fast
video streams & downloads of only the best hardcore sex videos & the ...

**FREE PORN! FREE SEX! Perfect Girls Tube - 100 000 porn movies ...**
www.perfectgirls.net/
Over 200 best porn videos every day. One place for all worth to see porn clips from 10
main porn tube sites.

**Free Porn Sex Videos - Redtube - XXX Movies - Home of Videos ...**
www.redtube.com/
RedTube brings you new free porn videos every day. Watch great xxx sex videos and
pornos at the best free pussy and porn tube site on the web.
15,263 people +1'd this

**porn videos, page 1 - XVIDEOS.COM**
www.xvideos.com/tags/porn
XVIDEOS porn videos, page 1 free. ... Classic Porn - Ron Jeremy and Christy Canyon.
(11 min) Porn quality: 99%. robcom super porn. (26 min) Porn quality: 100 ...

**Free Porn Tube, Sex Videos, Porno Clips,XXX Pornstars- Keez movies**
www.keezmovies.com/
Hot free porn tube movies, XXX amateur sex videos, & upload Your Own porno
movies. See the hottest porn stars having sex at the best porntube ...

**Tube8 :: Free Sex Videos - The Free Porn Tube Video Site**
www.tube8.com/
Streaming the best free porn videos on Tube 8. We have the Best SEXtube on the net
giving you the HOTTEST free sex movies & porntube videos.

**Porn Tube, You Porn, Free Porn Movies, Porntube, Sex Tube ...**
www.youjizz.com/
Youjizz Porn Tube! Free porn movies and sex videos on your desktop or mobile phone.

**Free Porn, Sex Videos 4 You, Porno Hub, Porn Tube, XXX Movies**
www.spankwire.com/
Free porn video tube site updated constantly. Selective hot xxx porno, sex videos. Free
Ipad streaming Porn in adult site with sex videos, teens, big tits,hentai ...

**News for porn**


**EU votes to reject 'porn ban' proposals**
CNET - by Zack Whittaker - 44 minutes ago
EU politicians have voted against a pan-European ban on all forms of



porn, sex

Web    Images    Maps    Shopping    Videos    More ▾    Search tools

About 211,000,000 results (0.18 seconds)

**Free Porn Videos & Sex Movies - Porno, XXX, Porn Tube and Puss...**
www.pornhub.com/
Free **porn sex** videos & pussy movies. Porn hub is the ultimate xxx **porn,sex** and pussy tube, download sex videos or stream free xxx and free pussy movies.
Categories - Teen - Milf - Most Popular

**Free Porn, Sex, Tube Videos, XXX Pics, Porno Movies - XNXX.COM**
www.xnxx.com/
XNXX delivers free **sex** movies and fast free **porn** videos (tube **porn**). Now 1 million+ **sex** vids available for free! Featuring hot pussy, sexy girls in xxx rated **porn** ...
Best Sex videos - New Sex videos - Black_woman videos - Hits
25,210 people +1'd this

**YouPorn: Porn Videos, Sex, XXX, Free Porn Tube**
www.youporn.com/
YOUPORN is your home for XXX & Free **Porn** videos. WATCH the best TEEN **sex** on the net! Enjoy the sexiest **PORN** with the hottest naked girls in our videos.
23,855 people +1'd this

**Free Porn, Sex Videos 4 You, Porno Hub, Porn Tube, XXX Movies**
www.spankwire.com/
Free porn video tube site updated constantly. Selective hot xxx **porno**, **sex** videos. Free Ipad streaming Porn in adult site with sex videos, teens, big tits,hentai ...

**Free Porn Sex Videos - Redtube - XXX Movies - Home of Videos ...**
www.redtube.com/
RedTube brings you new free **porn** videos every day. Watch great xxx **sex** videos and pornos at the best free pussy and **porn** tube site on the web.
15,263 people +1'd this

**Porn Tube, You Porn, Free Porn Movies, Porntube, Sex Tube ...**
www.youjizz.com/
Youjizz **Porn** Tube! Free **porn** movies and **sex** videos on your desktop or mobile phone.

**Shufuni: Free Porn, Sex Videos**
www.shufuni.com/
Free **Porn** videos, Live **Sex** videos and XXX adult content photo sharing on Shufuni. Enjoy live **sex** chat, **porn** community and amateur videos.

**Public Porn Sex | Public Sex Free Tube Videos**
public**pornsex**.com/
Welcome to Public Porn Sex - Are you ready to see what horny people are capable of doing in public places? We collect secret tapes of hardcore street actions ...

**Wife Porn & Sex | Free Tube Videos**
wife**pornsex**.com/
Welcome to Wife Porn & Sex - These dirty whores aren't supposed to end up in some glamour relationship. They are going to cheat on your very same time ...

**XXX Porn Sex Video - YouTube**
www.youtube.com/watch?v=RNtqkMJYwGE
Sep 22, 2012 – **SEX PORN**by Sexsi Gamze 1,297,149 views · 0:52. Watch Later Nude4Art A.04 - Nude Art Class Life models 1by RitaSanyo2 20,099,229 ...



20

| Name of site | Type of Site | Visitors | Amount of Content/Type of Content | Members if applicable | Sources |
|---|---|---|---|---|---|
| Adult Friend Finder | Adult Dating | 41 mil unique per month | Hottest Videos: 225, 781 | United States: 25,389,286 | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/8/13 | | 110 mil total per month | Adult Video Scenes: 44,948 (96 per page; 486 pages) | | |
| | | | Current Member webcams: 1,161 | | |
| | | | | | |
| Be Naughty | Adult Dating | 7.4 mil unique per month | | | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/8/13 | | 24 mil total per month | | | |
| Fling | Adult Dating | 9.1 mil unique per month | Member Photos:  8,266,000       Member Videos: | Search of Straight/ | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/7/13 | | 21 mil total per month | Webcams: 400 users in public room (3/8/13) | women/men/couples/ | |
| | | | | transgender members | |
| | | | | with pictures:  8,266,000 | |
| Horny Matches | Adult Dating | 4.6 mil unique per month | 71433 scenes | United States: 7,943,925 | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/8/13 | | 11 mil total per month | | (browse by listing) | |
| UpForIt | Adult Dating | 2.3 mil unique per month | unknown as of now | | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/7/13 | | 6.1 mil total per month | | | |
| Flirt | Adult Dating | 1.5 mil unique per month | unknown as of now | | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/7/13 | | 3.5 mil total per month | | | |
| Adam4Adam | Adult Dating | 1.4 mil unique per month | unknown as of now | | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/7/13 | | 3.2 mil total per month | | | |
| Alt | Adult Dating | 1 mil unique per month | 9,090 photos in members area | United States: 2,044,745 | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/8/13 | | 3.9 mil total per month | | total active members: | |
| | | | | 1,764,077 | www.alt.com |
| CollarMe | Adult Dating | 133,186 unique per month | | | |
| Access: 3/8/13 | | 8.11 mil total per month | | | |
| | | | | | |
| Xdating | Adult Dating | 9.1 mil unique per month | | 1000 members with | http://dating-websites.findthebest.com/d/d/Adult - Casual-Sex |
| Access: 3/8/13 | | 25 mil total per month | | photos | |
| Xpeeps | Adult Cam | | 12,280 live cams as of 3/13 | members unknown | http://www.xpeeps.com/new.php |
| Access: 3/8/13 | | | | | |
| Adult Space | Adult Dating | unknown | unknown | 500 "verified" members | http://www.adultspace.com/member.html |
| Access: 3/13/13 | | | | 500 "vip" members | |
| SwingerZoneCentral | Adult Dating | unknown | access to pictures are granted by individual members | 67,803 members found | http://www.swingerzonecentral.com/searchzone.aspx |
| Access: 3/13/13 | | | | from search on 3/13 | |
| Affairs Club | Adult Dating | This is the same as | | | http://www.hornymatches.com/main.php?login_test |
| Access: 3/13/13 | | HornyMatches | | | |
| IWantU | Adult Dating | Unknown | unknown | need paid membership | http://www.iwantu.com/mypage.php |
| Access: 3/13/13 | | | | | |
| DateaCougar | Adult Dating | unknown | unknown | 500 women and 500 men | http://www.dateacougar.com/search/ |
| Access: 3/13/13 | | | | after performing general | |
| | | | | search | |
| Hookup | Adult Dating | unknown | Photo galleries: 26,672 (24 per page x 1111 pages with 8 | 204,427 from search | http://members2.hookup.com/members/todaysnew.php |
| Access: 3/13/13 | | | on last page | of new members | |
| xxxBlackBook | Adult Dating | | 1,000 videos uploaded by members | 2,016 profiles of | www.xxx.blackbook.com |
| Access: 3/13/13 | | | | "everyone" seeking | |
| | | | | "anything" | |
| SexinyourCity | Adult Dating | unknown | unknown | unknown | http://www.sexinyourcity.com/index.php?action=search |
| Access: 3/13/13 | | | | | |
| AmateurMatch | Adult Dating | | | unknown | http://www.amateurmatch.com/members/index.php |
| Access: 3/13/13 | | | | | |
| Passion | Adult Dating | | Hottest videos: 14,715 | 25,453,357 in United | http://passion.com/browse?dcb=passion.com |
| Access: 3/13/13 | | | hottest photos: 1,327,259 | States | |
| | | | Adult scenes: 44,976 | note: very similar statistics to adult friend finder | |
| Getiton | Adult Dating | unknown | Live Webcams: 172 | unknown | www.getiton.com |
| Access: 3/13/13 | | | Hottest Member Phots: 246 | | |
| BDSM | Adult Dating | unknown | 9,022  photos | 1,686,369 active | http://bdsm.com/ |
| Access: 3/14/13 | | | 45,012 video scenes | members | |
| | | | | 2,042,502 total members | |
| Ashley Madison | Adult Dating | 1.8 mil unique visitors | uk*nown | 18,195,000 "anonymous" | http://www.alexa.com/siteinfo/ashleymadison.com |
| Access: 3/14/13 | | each month | | members | http://www.ashleymadison.com/app/private/site.p?flcontext=searchnew |
| LetsBang | Adult Dating | unknown | member uploaded videos: 9,785 | 205,909 straight | http://www.letsbang.com/main.php?a=search.quicksearch&photos_only=Y |
| Access: 3/14/13 | | | member uploaded photos: 20,730 | members with photos. | http://www.letsbang.com/main.php?a=media.pictures&page=432&bid=493728&sort=rating&range=all |

| Name of site | Type of Site | Visitors | Amount of Content/Type of Content | Members if applicable | Sources |
|---|---|---|---|---|---|
| | | | | 38,980 gay members | |
| | | | | with photos. 24,105 | |
| | | | | bisexual members with | |
| | | | | phots. 268,994 total | |
| Xhookups | Adult Dating | unknown | unknown | unknown | https://www.xhookups.com/search#page/4/127/127/18/99/ z / z /any/ z / z / z / z / z / z /1/ z /default/ |
| Access: 3/14/13 | | | | | |
| NaughtyConnection | Adult Dating | uknown | unknown | 3,013,960 members in | http://www.naughtyconnect.com/index.php |
| Access: 3/14/13 | | | | the United States | |
| Adult Match Doctor | Adult Dating | unknown | | search of woman seeking | http://www.adultmatchdoctor.com/searchResult.aspx?summaryView=2&currentView=1&page=5 |
| Access: 3/14/13 | | | | all: 1,008. search of man | |
| | | | | seeking all: 1,008 | |
| | | | | total: 2,016 | |
| Pornhub | Adult Tube | 16 mil per month | Video Categories: | 5000 members | http://www.pornhub.com/categories |
| Access: 3/8/13 | | | Milf: 6974; Gay: 12105; Mature: 2019; Lesbian: 7207; Ebony 4814; Teen | | http://www.pornhub.com/user/search |
| | | | Teen: 16800; Hentai: 654; Amateur: 19399; Female Friendly: 852; | | http://www.forbes.com/sites/julieruvolo/2011/09/07/how-much-of-the-internet-is-actually-for-porn/ |
| | | | Anal: 13989; Rough Sex: 4474; Big Tits: 17678; Squirt: 1170; | | |
| | | | Threesome: 6427; Gangbang: 720; Big Dick: 4233; HD Porn: 655; | | |
| | | | Party: 1337; Orgy: 7019; Bondage: 1120; College: 502; Creampie: | | |
| | | | 2056; BBW: 1303; Ass: 4527; Masturbation: 7833; Babe: 5393; | | |
| | | | Double Penetration 2375; Interracial: 4853; Massage: 489; POV: | | |
| | | | 5117; Hardcore: 17699; Latina: 4187; Pornstar: 33301; Red Head: | | |
| | | | 528' Uniforms: 554; Fetish 5177; Bisexual: 234 Vintage: 1170; | | |
| | | | Outdoor: 3444; blowjob:9435;Toys: 7269; Funny: 384; Fisting: | | |
| | | | 360; Solo Male: 160; Webcam: 1893; Blonde: 10210; Striptease: | | |
| | | | 986; Small tits: 3690 | | |
| | | | Live cam: 11,083 | | |
| Redtube | Adult Tube | 9.9 mil per month | Newest Community Videos: 173, 698 | | http://www.redtubelive.com/?AFNO=1-609208-JD-3-0-434+1l1+mt1x1.2191359717.2.609208.337933.0+en+1 |
| Access: 3/8/13 | | | **Live Amateur and Pornstar Cams: 11,081** | "most active" 449168 | http://www.redtube.com/community |
| | | | | | ttp://www.redtube.com/channels |
| Xhamster | Adult Tube | 9.8 mil per month | Videos Counted: 383, 225 | | http://xhamster.com/ |
| Access: 3/8/13 | | | (40 per page at 9580 pages plus 25 videos on last page) | members: unknown | http://xhamster.com/photos/ |
| | | | Pictures: 535, 400 (40 pics per page at 13885 pages) | | www.xhamstercams.com |
| | | | Webcams: 11, 477 (adding each videos from all categories listed) | | http://www.forbes.com/sites/julieruvolo/2011/09/07/how-much-of-the-internet-is-actually-for-porn/ |
| | | | | | http://www.gravityrd.com/site |
| | | | | | s/default/files/case_studeies/Li |
| LiveJasmin | Adult/Cam | 32 million per month | 200 performers online every hour | | vejasmin.original.pdf |
| Access: 3/8/13 | | 50 million unique per | | | |
| | | month | | | |
| Xvideo | Adult Tube | 43,677,129 visits reported | 2,950,797 videos | | http://www.xvideos.com/profiles |
| Access: 3/8/13 | | by Ovguide.com | | Member profiles: | http://www.xvideos.com/ |
| | | 4.4 BILLION page views | | 917753 | http://www.extremetech.com/computing/123929-just-how-big-are-porn-sites |
| | | per month | | | |
| | | 350 million visits per | | | |
| | | month | | | |
| TNAflicks | Adult Tube | 23,187,706 visits reported | 83,794 videos | Members in US: 309267 | http://www.tnaflix.com/ |
| Access: 3/8/13 | | by Ovguide.com | | | |
| Vid2C | Adult Tube | 1,980,031 visits reported | 131,423 videos | Members: 368984 | http://www.vid2c.com/search?search_query=&search_type=users |
| Access: 3/8/13 | | by Ovguide.com | 11,665 galleries of photos | | |
| 3XUpload | Adult Tube | 911,370 visits reported | 1,010 all amateur uploaded videos | Members: 9,132 | http://www.3xupload.com/ |
| Access: 3/8/13 | | by Ovguide.com | 612 galleries of photos | | |
| ClearClips | Adult Tube | 1,229,137 visits reported | 29,160 videos (30 vid X 972 pages) | Members: 19, 026 | http://www.clearclips.com/view-members/newest/453.html |
| Access: 3/8/13 | | by Ovguide.com | | 42 per page and 453 pages | |
| Xtube | Adult Tube | 2,595,996 visits reported | Amateurs: 1,078 (those who have uploaded vidoes or photos of | Profiles: 100,000 | http://www.xtube.com/videos.php?page=4167 |
| Access: 3/8/13 | | by Ovguide.com | themselves) | | |
| | | | 100,00 videos total | | |

| Name of site | Type of Site | Visitors | Amount of Content/Type of Content | Members if applicable | Sources | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AlotPorn | Adult Tube | 4,566,255 visits reported | 44,360 videos | Members: 30,505 | http://alotporn.com/ | | | | | | |
| Access: 3/11/13 | | by Ovguide.com | | | | | | | | | |
| Pornative | Adult Tube | 629,729 visits reported by | 417,686 videos | Members: 51,588 | http://www.pornative.com/ | | | | | | |
| Access: 3/11/13 | | Ovguide.com | | | | | | | | | |
| YouJizz | Adult Tube | 51,979,120 visits reported | 202,032 videos (72 per page x 2806 pages) | members: unknown | http://www.youjizz.com/ | | | | | | |
| Access: 3/15/13 | | by Ovguide.com | | | | | | | | | |
| MadThumbs | Adult Tube | 1,871,241 visits reported | 138, 874 videos (46 per page x 3,019 pages) | members: unknown | http://www.madthumbs.com/?utm_source=OVG&utm_medium=traffic&utm_campaign=sethmarch2013 | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | 111,111 photo albums (46 per page x 2415 pages with 21 on last | | | | | | | | |
| | | | page 2416) most albums contain 54 images | | | | | | | | |
| Youporn | Adult Tube | 20,605,694 visits reported | 184,392 videos (31 per page x 5948 pages- plus 4 on last page) | members unknown | http://www.youporn.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | http://www.extremetech.com/computing/123929-just-how-big-are-porn-sites | | | | | | |
| | | 100 million page views | | | | | | | | | |
| | | per day | | | | | | | | | |
| Spankwire | Adult Tube | 15, 533,762 visits reported | 114,714 "Staight" videos (20 per page x 5737 pages- plus 14 on | members unknown | http://www.spankwire.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | lastpage) 5,527 "Tranny" videos (20 per page x 276 pages- plus 7 | | | | | | | | |
| | | | on last page)10,921 "Gay" videos (20 per page x 546 pages- plus | | | | | | | | |
| | | | 1 on last page) | | | | | | | | |
| PornCor | Adult Tube | 3,167,156 visits reported | Videos: 7, 133 | members unknown | http://www.porncor.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | | | | | | | |
| BoysFood | Adult Tube | 2,006,684 visits reported | 116,657 videos (32 per page x 3645 pages  plus 17 on last page) | members unknown | http://www.boysfood.com/videos/3646/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | | | | | | | |
| Yuvutu | Adult Tube | 8,519,378 visits reported | 104,796 pictures (28 per page x 3707 pages) | members unknown | http://www.yuvutu.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | All videos and pictures are amateur member uploads | | | | | | | | |
| Tube8 | Adult Tube | 27,977,438 visits reported | unknown as of now | members unknown | http://www.tube8.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | | | | | | | |
| FreeView | Adult Tube | | unknown as of now | member unknown | | | | | | | |
| Access: 3/12/13 | | | | | | | | | | | |
| PornoTube | Adult Tube | 2,229,756 visits reported | 39, 913 videos | members unknown | http://www.pornotube.com/home.php?filter=all | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | | | | | | | |
| EmpFlix | Adult Tube | 10,820,942 visits reported | 40, 787 videos | members unknown | http://www.empflix.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | | | | | | | |
| EskimoTube | Adult Tube | 3,657,234 visits reported | 2,000 videos (40 video clips per page x 50 pages) | members unknown | http://www.eskimotube.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | | | | | | | |
| Keez Movies | Adult Tube | | Unknown | members unknown | | | | | | | |
| Access: 3/12/13 | | | | | | | | | | | |
| XNXX | Adult Tube | 2527076 visits reported | 2,973,950 videos | members unknown | http://www.xnxx.com/ | | | | | | |
| Access: 3/13/13 | | by Ovguide.com | | | | | | | | | |
| EFUKT | Adult Tube | 2,009,984 visits reported | 727 videos (20 per page x 36 pages plus 7 on last page) | members unknown | http://www.efukt.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | | | | | | | | |
| KoosTube | Adult Tube | 4,789,539 visits reported | Unknown | members unknown | http://www.koostube.com/ | | | | | | |
| Access: 3/12/13 | | by Ovguide.com | | members unknown | | | | | | | |
| Sellyoursextape | Adult Tube | unknown | | | http://www.sellyoursextape.com/ | | | | | | |
| Access: 3/14/13 | | | | members unknown | | | | | | | |
| Pawnyoursextape | Adult Tube | unknown | unknown | | http://pawnyoursextape.com/ | | | | | | |
| Access: 3/14/13 | | | | members unknown | | | | | | | |
| Seemysextape | Adult Tube | unknown | unknown | | http://www.seemysextapes.com/submit.php | | | | | | |
| Access: 3/14/13 | | | | | | | | | | | |