Declaration of Marc A. Zimmerman, Ph.D.

I, Marc A. Zimmerman, declare under penalty of perjury, the following:

1. I have been retained by Plaintiffs' counsel in this case to serve as an expert witness.

2. I adopt, as true, all findings and opinions set forth in my expert report, attached hereto as Exhibit A.

3. I adopt, as true, all findings and opinions set forth in Gordon-Messer, D., Bauermeister, J.A., Grodzinski, A., & Zimmerman, M.A. (In Press). Sexting among young adults. *Journal of Adolescent Health*, attached hereto as Exhibit B.

4. I have attached to this declaration, a true and accurate copy of my Curriculum Vitae, *see* Exhibit C, and adopt, as true, all information contained within my Curriculum Vitae.

_____
Marc Zimmerman

5-9-13
Date