`

February 2013
Previous 10 Years

VITAE
MARC A. ZIMMERMAN
Department of Health Behavior and Health Education
School of Public Health, University of Michigan
Tel: (734) 647-0224: Fax: (734) 763-7379
e-mail: marcz@umich.edu

**EDUCATION**

B.S.      University of Massachusetts, Psychology (1976).

M.S.      University of Oregon, Graduate College Interdisciplinary Studies Program, Community
          Psychology (1980) <u>Thesis</u>: Evaluation of a Youth Employment and Training Program.

Ph.D.     University of Illinois, Department of Psychology, Personality and Social Ecology Program (1986)
          <u>Minor</u>: Quantitative Methods and Social Policy <u>Thesis</u>: Citizen Participation, Perceived Control,
          and Psychological Empowerment.

**ACADEMIC EMPLOYMENT EXPERIENCE**

1986-1988      Assistant Professor, School of Public Affairs, American University, Washington, DC.

1989-1995      Assistant Professor, Department of Health Behavior and Health Education, School of
               Public Health, University of Michigan, Ann Arbor.

1995-2001      Associate Professor, Department of Health Behavior and Health Education, School of
               Public Health, and the Combined Program in Education and Psychology, University of
               Michigan, Ann Arbor.

1999-2002      Associate Professor, Department of Psychology, College of Literature, Science and the
               Arts, University of Michigan, Ann Arbor.

2001-present   Professor, Department of Health Behavior and Health Education, School of Public Health.

2001-present   Research Professor, Center for Human Growth and Development, University of Michigan.

2002-present   Professor, Department of Psychology, College of Literature, Science and the Arts,
               University of Michigan.

2002-present   Executive Committee, Combined Program in Education and Psychology, School of
               Education, University of Michigan

2003-2004      Interim Co-Chair, Department of Health Behavior and Health Education, School of Public
               Health.

2010-present   Executive Committee, Center for Human Growth and Development, University of
               Michigan

2004-present   Chair, Department of Health Behavior and Health Education.

**FELLOWSHIPS AND AWARDS**

2005            University of Michigan, School of Public Health Excellence in Research Award.

2009            Distinguished Contribution to Theory and Research Award, the Society for Community
                Research and Action (Division 27 of the American Psychological Association).

2010            Distinguished Fellow Award from the Society of Public Health Educators (SOPHE).

2011            Hometown Health Hero Award, Michigan Department of Community Health

**RESEARCH GRANTS AND CONTRACTS**

1998-2004       Centers for Disease Control, <u>Community Collaboration in Public Health Research -
                Demonstration Project</u>.  Director and Co-PI with Noreen M. Clark, Principal Investigator
                ($2,578,000 direct costs).

1999-2004       National Institute on Drug Abuse, <u>A Longitudinal Study of School Dropout and Substance
                Use</u>,  Principal Investigator ($2,684,324 direct costs).

2000-2008       National Institutes of General Medical Science, <u>Promoting Ethnic Diversity in Public
                Health Training</u>.  Co-Investigator with Harold W. Neighbors, Principal Investigator
                ($1,659,387 direct costs).

2003-2005       Centers for Disease Control, <u>Flint Youth Violence Prevention Center</u>, Principal
                Investigator ($2,990,870 direct costs).

2004-2008       Centers for Disease Control, <u>Youth Empowerment Solutions for Peaceful Communities,
                (YES)</u>, Principal Investigator ($1,587,300 direct costs).

2004-2009       Centers for Disease Control, <u>Community Collaboration in Public Health Research (PRC)</u>,
                Director and Principal Investigator ($3,366,584 direct costs).

2004-2009       National Institute on Alcoholism and Alcohol Abuse, <u>Tailored Teen Alcohol and Violence
                Prevention in the ER</u>.  Co-Investigator with Maureen Walton, Principal Investigator
                ($2,323,767 direct costs).

2005            State of Michigan Department of Community Health, <u>Michigan Model Curriculum
                Evaluation</u>, Principal Investigator ($13,997).

2005-2009       National Center on Minority Health and Health Disparities (NCMHD), <u>Minority Health
                and Health Disparities International Research Training (MHIRT)</u>.  Co-Investigator with
                David Stern, Principal Investigator ($737,000 direct costs).

2005-2010       National Institutes of Health (NIDA), *Tailored Youth Drug Intervention in Primary Care*.
                Co-Investigator with Frederic C. Blow, Principal Investigator. ($1,681,484 direct costs).

2007-2010        Ruth Mott Foundation, Collaborative Evaluation of the Ruth Mott Foundation's Beautification Program.  Co-Investigator with Thomas Reischl, Principal Investigator ($590,679 total budget).

2007-2017        National Institutes of Health (NCRR), Michigan Institute for Clinical and Health Research.  Co-Director of Community Engagement Program, D. Clauw/K. Pienta/T. Shanley, Principal Investigator. ($54,000,000 total budget).

2007-2012        National Institute on Drug Abuse, A Longitudinal Study of School Dropout and Substance Use, Principal Investigator ($2,893,094 total budget).

2008-2010        National Institute on Alcoholism and Alcohol Abuse, Protective Factors for Alcohol Use among Urban Adolescents Principal Investigator ($100,000 direct costs)

2008-2010        National Institute for Child Health and Human Development, Partners in Research Engagement for Action, Principal Investigator, ($100,000 direct costs)

2009-2011        National Institute on Drug Abuse, Virtual Network Influences on Young Adults' Alcohol and Drug Use, Principal Investigator ($1,000,000)

2009-2011        National Institute of Mental Health, Locally-Tailored Prevention Programming for Children of Incarcerated Mothers, Co-Investigator with Alison Miller, Principal Investigator ($250,000)

2009-2011        National Institute on Drug Abuse, Substance Use and Violent Injury Among Youth in an Urban ED: Services and Outcomes, Co-Investigator with Rebecca Cunningham Principal Investigator ($2,000,000)

2009-2014        Centers for Disease Control, Community Collaboration in Public Health Research (PRC), Director and Principal Investigator ($4,000,000).

2010-2015        Centers for Disease Control, Michigan Youth Violence Prevention Center, Director and Principal Investigator ($6,491,703)

2010-2015        National Institute for Child Health and Human Development, Youth Empowerment Solutions for Positive Youth Development (YES), Principal Investigator ($2,000,000)

## REFEREED ARTICLES

1. Bryant, A.L., Zimmerman, M.A. (2003). Role models and psychosocial outcomes among African-American adolescents. *Journal of Adolescent Research, 18*(1), 36-67.

2. Steinman, K.J., Zimmerman, M.A.  (2003). Episodic and persistent gun-carrying among urban African-American adolescents. *Journal of Adolescent Health, 32*, 356-364 [PMID: 12729985]

3. Chavous, T.M., Bernat, D.H., Schmeelk-Cone, K.H., Caldwell, C.H., Kohn-Wood, L.P., Zimmerman, M.A. (2003). Racial identity and academic attainment among African American adolescents. *Child Development, 74*(4), 1076-1090 [PMID: 12938705]

4. Sellers, R.M., Caldwell, C.H., Schmeelk-Cone, K.H., Zimmerman, M.A. (2003). Racial identity, racial discrimination, perceived stress, and psychological distress among African American young adults. *Journal of Health and Social Behavior, 44*(3), 302-317 [PMID: 14582310]

5. Caldwell, C.H., Chavous, T.M., Barnett, T.E., Kohn-Wood, L.P., Zimmerman, M.A. (2003). Social determinants of experiences with violence among adolescents: Unpacking the role of race in violence. *Phylon, 50,* 87-113.

6. Zimmerman, M.A., Schmeelk-Cone, K.H. (2003). A longitudinal analysis of adolescent substance use and school motivation among African American youth. *Journal of Research on Adolescence, 13*(2), 185-210.

7. Schmeelk-Cone, K.H., Zimmerman, M.A. (2003). A longitudinal analysis of stress in African American youth: Predictors and outcomes of stress trajectories. *Journal of Youth and Adolescence, 32*(6), 419-430.

8. Caldwell, C.H., Kohn-Wood, L.P., Schmeelk-Cone, K.H., Chavous, T.M., Zimmerman, M.A. (2004). Racial discrimination and racial identity as risk or protective factors for violent behaviors in African American young adults. *American Journal of Community Psychology, 33*, 91-105 [PMID: 15055757]

9. Schmeelk-Cone, K.H., Zimmerman, M.A., Abelson, J.L. (2003). The buffering effects of active coping on the relationship between SES and cortisol among African American young adults. *Behavioral Medicine, 29*, 85-94 [PMID: 15147107]

10. Repetto, P.B., Zimmerman, M.A., Caldwell, C.H. (2004). A longitudinal study of the relationship between depressive symptoms and alcohol use in a sample of inner-city Black youth. *Journal of Studies on Alcohol, 65*, 169-178 [PMID: 15151346]

11. Caldwell, C.H., Wright, J.C., Zimmerman, M.A., Walsemann, K.M., Williams, D., Isichei, P.A.C. (2004). Enhancing adolescent health behaviors through strengthening non-resident father-son relationships: A model for intervention with African American families. *Health Education Research, 19*, 644-656 [PMID: 15199006]

12. Steinman, K.J., Zimmerman, M.A. (2004). Religious activity and risk behavior among African American adolescents: Concurrent and developmental effects. *American Journal of Community Psychology, 33*, 151-161 [PMID: 15212175]

13. Meliker, J.R., Maio, R.F., Zimmerman, M.A., Kim, H.M., Smith, S.C., Wilson, M.L. (2004) Spatial analysis of alcohol-related motor vehicle crash injuries in southeastern Michigan. *Accident Analysis and Prevention, 36*(6), 1129-1135 [PMID: 15350891]

14. Caldwell, C.H., Sellers, R.M., Bernat, D.H., Zimmerman, M.A. (2004). Racial identity, parental support, and alcohol use in a sample of academically at-risk African American high school students. *American Journal of Community Psychology, 34*(1/2), 71-82 [PMID: 15495795]

15. Peterson, N.A., Zimmerman, M.A. (2004). Beyond the individual: Toward a nomological network of organizational empowerment. *American Journal of Community Psychology, 34*(1/2), 129-145 [PMID: 15495799]

16. Zimmerman, M.A., Morrel-Samuels, S., Wong, N., Tarver, D., Rabiah, D., White, S. (2004). Guns, gangs and gossip: An analysis of student essays on youth violence. *Journal of Early Adolescence, 24*(4), 385-411.

4

17. Repetto, P.B., Caldwell, C.H., Zimmerman, M.A. (2004). Trajectories of depressive symptoms among high risk African-American adolescents. *Journal of Adolescent Health 35*(6), 468-477 [PMID: 15581526]

18. Repetto, P.B., Caldwell, C.H., Zimmerman, M.A. (2005). A longitudinal study of the relationship between depressive symptoms and cigarette use among African American adolescents. *Health Psychology, 24*(2), 209-219 [PMID: 15755235]

19. Fergus, S., Zimmerman, M.A., Caldwell, C.H. (2005). Psychosocial correlates of smoking trajectories among urban, African American adolescents. *Journal of Adolescent Research, 20*(4), 423-452 [PMID: 15760294]

20. Fergus, S., Zimmerman, M.A. (2005). Adolescent resilience: A framework for understanding healthy development in the face of risk. *Annual Review of Public Health, 26*, 399-419 [PMID: 15760295]

21. Njai, R., Zimmerman, M., Letcher, A., Bell, L. (2005). Know Y.A. R.O.O.T.S.: A youth empowerment program for violence prevention. *Community Youth Development Journal, Special Peer-Reviewed Issue*, 65-76.

22. Peterson, N.A., Lowe, J.B., Hughey, J., Reid, R.J., Zimmerman, M.A., Speer, P.W. (2006). Measuring the intrapersonal component of psychological empowerment: Confirmatory factor analysis of the sociopolitical control scale. *American Journal of Community Psychology, 38*, 287-297 [PMID: 16977501]

23. Ostaszewski, K., Zimmerman, MA. (2006). The effects of cumulative risks and promotive factors on urban adolescent alcohol and other drug use: A longitudinal study of resiliency. *American Journal of Community Psychology, 38*, 237-249 [PMID: 17004127]

24. Fergus, S., Zimmerman, M.A., Caldwell, C.H. (2007). Growth trajectories of sexual risk behavior in adolescence and young adulthood. *American Journal of Public Health, 97*(6), 1096-1101 [PMC1874221]

25. Xue, Y., Zimmerman, M.A., Caldwell, C.H. (2007). Neighborhood residence and cigarette smoking among urban youths: The protective role of prosocial activities. *American Journal of Public Health*, *97*(10), 1865-1872 [PMC1994184]

26. Bauermeister, J.A., Zimmerman, M.A., Barnett, T.E., Caldwell, C.H. (2007). Working in high school and the transition to adulthood among African American youth. *Journal of Youth and Adolescence, 36*, 877-890.

27. Kruger, D.J., Reischl, T.M., Zimmerman, M.A. (2008). Time perspective as a mechanism for functional developmental adaptation. *Journal of Social, Evolutionary, and Cultural Psychology, 2*, 1-22.

28. Repetto, P.B., Zimmerman, M.A., Caldwell, C.H. (2008). A longitudinal study of depressive symptoms and marijuana use in a sample of inner-city African Americans. *Journal of Research on Adolescence, 18*(3), 421-447. doi: 10.1111/j.1532-7795.2008.00566.x

29. Griffith, D.M., Allen, J.O., Zimmerman, M.A., Morrel-Samuels, S., Reischl, T.M., Cohen, S.E.,

30. Campbell, K.A. (2008). Organizational empowerment in community mobilization to address youth violence. *American Journal of Preventive Medicine, 34*, S89-S99 [PMID: 18267207]

5

31. Bauermeister, J.A., Zimmerman, M.A., Xue, Y., Gee, G., Caldwell, C.H. (2008). Working, sex partner age differences, and sexual behavior among African American youth. *Archives of Sexual Behavior,* Epub June 24 [PMC2745502]

32. Walton, M., Cunningham, R., Xue, Y., Trowbridge, M., Zimmerman, M.A., Maio, R.F. (2008). Internet referrals for adolescent violence prevention: An innovative mechanism for inner-city emergency departments. *Journal of Adolescent Health, 43*(3), 309-312 [PMID: 18710687]

33. Bauermeister, J.A., Zimmerman, M.A., Gee, G., Caldwell, C.H., Xue, Y. (2009). Work and sexual trajectories among African American youth. *Journal of Sex Research, 46*(4), 290-300. [PMC2722943]

34. Whiteside, L.K., Walton, M.A., Stanley, R., Resko, S.M., Chermack, S.T., Zimmerman, M.A., Cunningham, R.M. (2009). Dating aggression and risk behaviors among teenage girls seeking gynecologic care. *Academic Emergency Medicine, 16*(7), 632-638. [PMC2996237]

35. Walton, M.A., Cunningham, R., Goldstein, A.L., Chermack, S.T., Zimmerman, M.A., Bingham, C.R., Shope, J.T., Stanley, R., Blow, F.C. (2009). Rates and correlates of violent behaviors among adolescents treated in an urban emergency department. *Journal of Adolescent Health, 45*(1), 77-83. [PMC3000121]

36. Hurd, N.M., Zimmerman, M.A., Xue, Y. (2009). Negative adult influences and the protective effects of role models: A study with urban adolescents. *Journal of Youth and Adolescence, 38*(6), 777-789. [PMC2752426]

37. Xue, Y., Zimmerman, M.A., Cunningham, R. (2009). Relationship between alcohol use and violent behavior among urban African American youths from adolescence to emerging adulthood: A longitudinal study. *American Journal of Public Health, 99*(11), 2041-2048. [PMC2759810]

38. Franzen, S., Morrel-Samuels, S., Reischl, T.M., Zimmerman, M.A. (2009). Using process evaluation to strengthen intergenerational partnerships in the Youth Empowerment Solutions Program. *Journal of Prevention and Intervention in the Community, 37*(4), 289-301. [PMID: 19830624]

39. Cunningham , R.M., Walton, M.A., Goldstein, A., Chermack, S.T., Shope, J.T., Bingham. C.R., Zimmerman, M.A., Blow, F.C. (2009). Three-month follow-up of brief computerized and therapist interventions for alcohol and violence among teens. *Academic Emergency Medicine, 16*(11), 1193-1207. [PMC2981597]

40. Bauermeister, J.A., Zimmerman, M., Caldwell, C., Xue, Y., Gee, G. (2010). What predicts sex partners' age differences among African American youth? A longitudinal study from adolescence to young adulthood. *Journal of Sex Research*, 47(4), 330-344. [PMC2888807]

41. Griffith, D.M., Allen, J.O., DeLoney, E.H., Robinson, K., Lewis E.Y., Campbell, B. Morrel-Samuels, S., Sparks, A., Zimmerman, M.A., Reischl, T. (2010). Community-based organizational capacity building as a strategy to reduce racial health disparities. *The Journal of Primary Prevention*, 31(1-2), 31-39. [PMID: 20127281]

42. Cunningham, R.M., Walton, M.A., Roahen Harrison, S., Resko, S.M., Stanley, R., Zimmerman, M.A., Bingham, C.R., Shope, J.T. (2011). Past-year intentional and unintentional injury among teens treated in an inner- city emergency department. *Journal of EmergencyMedicine,* 41:4. e-pub. [PMC2892010]

43. Loh, K., Walton, M., Harrison, S.R., Zimmerman, M.A, Stanley, R., Chermack , S., Cunningham, R.M. (2010). Prevalence and correlates of handgun access among adolescents seeking care in an urban emergency department. *Accident Analysis and Prevention, 42*(2), 347-353. [PMC2853359]

44. Hindman, A., Skibbe, L., Miller, A.L., Zimmerman, M.A. (2010). Ecological contexts and early learning: Contributions of child, family, and classroom factors during Head Start to literacy and mathematics growth through first grade. *Early Childhood Research Quarterly, 25*, 235-250.

45. Elkington, K.S., Bauermeister, J.A., Zimmerman, M.A. (2010). Psychological distress, substance use, and HIV/STI risk behaviors among youth. *Journal of Youth and Adolescence*, *39*(5), 514-517. [PMC2855969]

46. Cunningham, R.M., Resko, S.M., Harrison, S.R., Zimmerman, M.A., Stanley, R., Chermack, S.T., Walton, M.A. (2010). Screening adolescents in the emergency department for weapon carriage. *Academic Emergency Medicine*, *17*(2), 168-176. [PMC2981595]

47. Hurd, N.M., Zimmerman, M.A. (2010). Natural mentors, mental health, and risk behaviors: A longitudinal analysis of African American adolescents transitioning into adulthood. *American Journal of Community Psychology, 46*(1-2), 36-48. [PMC2922467]

48. Kruger, D.J., Hamacher, L., Strugar-Fritsch, D., Shirey, L., Renda, E., Zimmerman, M.A. (2010). Facilitating the development of a county health coverage plan with data from a community-based health survey. *Journal of Public Health Policy*, *31*(2), 199-211. [PMID: 20535102]

49. Wong, N., Zimmerman, M.A., Parker, E.A. (2010). A typology of youth participation and empowerment for child and adolescent health promotion. *American Journal of Community Psychology*, *46*(1-2), 100-114. [PMID: 20549334]

50. Walton, M.A., Chermack, S.T., Shope, J.T., Bingham, C.R., Zimmerman, M.A., Blow, F.C., Cunningham, R.M.  (2010). Effects of a brief intervention for reducing violence and alcohol misuse among adolescents: A randomized controlled trial. *Journal of the American Medical Association*. *304*(5), 527-535. [PMID: 20682932]

51. Resko, S.M., Walton, M.A., Bingham, C.R., Shope, J.T., Zimmerman, M.A., Chermack, S.T., Blow, F.C., Cunningham, R.M. (2010). Alcohol availability and violence among inner-city adolescents: A multi-level analysis of the role of alcohol outlet density. *American Journal of Community Psychology*, 46(3-4), 253-262. [PMID: 20857328]

52. Hurd, N.M., Zimmerman, M.A. (2010). Natural mentoring relationships among adolescent mothers: A study of resilience. *Journal of Research on Adolescence, 20*(3), 789-809. [PMC2951606]

53. Stoddard, S.A., Zimmerman, M.A., Bauermeister, J.A. (2011). Thinking about the future as a way to succeed in the present: A longitudinal study of future orientation and violent behaviors among African American youth. *American Journal of Community Psychology.* 48(3-4), 238-246.  doi: 10.1007/s10464-010-9383-0. [PMC3107351]

54. Elkington, K.S., Bauermeister, J.A., Zimmerman, M.A. (2010). Do parents and peers matter? A prospective socio-ecological examination of substance use and sexual risk among African American youth. *Journal of Adolescence*. Dec 13. [PMC3123662]

55. Morrel-Samuels, P., Zimmerman, M.A. (2010). Research methodology: An innovative approach to a venerable course. *Clinical and Translational Science, 3*(6), 309-311. doi: 10.1111/j.1752-8062.2010.00239.x. [PMID: 21167007]

56. Johns, M.M., Bauermeister, J.A., Zimmerman, M.A. (2010). Individual and neighborhood correlates of HIV testing among African American youth transitioning from adolescence into young adulthood. *AIDS Education and Prevention*, *22*(6), 509-522. [PMC3051374]

57. Zimmerman, M.A., Stewart, S., Morrel-Samuels, S., Franzen, S., Reischl, T. (2011). Youth empowerment solutions for peaceful communities: Combining theory and practice in a community-level violence prevention curriculum. *Health Promotion Practice, 12*(3), 425-439. [PMID: 21059871]

58. Bauermeister, J.A., Zimmerman, M.A., Caldwell, C.H. (2011). Neighborhood disadvantage and changes in condom use among African American adolescents. *Journal of Urban Health, 88*(1), 66-83. [PMC3042087]

59. Walton, M.A., Resko, S., Whiteside, L., Chermack, S.T., Zimmerman, M., Cunningham, R.M. (2011). Sexual risk behaviors among teens at an urban emergency department: Relationships with violent behaviors and substance use. *Journal of Adolescent Health, 48*(3), 303-305. [PMC3052935]

60. Hurd, N.M., Zimmerman, M.A., Reischl, T.M. (2011). Role model behavior and youth violence: A study of positive and negative effects. *Journal of Early Adolescence*, 31(Apr), 323-354. (doi: 10.1177/0272431610363160).

61. Barnett, T.E., Vansadia, P., Caldwell, C.H., Rowley, S., Zimmerman, M.A. (2011). A longitudinal study of household change on African American adolescents. *Journal of Community Psychology*, 39(3), 303-315 (doi: 10.1002/jcop.20434).

62. Skolarus, L.E., Zimmerman, M.A., Murphy, J., Brown, D.L., Kerber, K.A., Bailey, S., Fowlkes, S., Morgenstern, L.B. (2011). Community-based participatory research: A new approach to engaging community members to rapidly call 911 for Stroke. *Stroke, 42*(7), 1862-1866. [PMID: 21617148]

63. Stoddard, S.A., Zimmerman, M.A. (2011). Association of interpersonal violence with self-reported history of head injury. *Pediatrics, 127*(6), 1074-1079. [PMC3103270]

64. Butler-Barnes, S.T., Chavous, T.M., Zimmerman, M.A. (2011). Exposure to violence and achievement motivation beliefs: Moderating roles of cultural-ecological factors. *Race and Social Problems*, *3*(2), 75-91. [DOI 10.1007/s12552-011-9044-4]

65. Brenner, A.B., Bauermeister, J.A., Zimmerman, M.A. (2011). Neighborhood variation in adolescent alcohol use: Examination of socio-ecological and social disorganization theories. *Journal of Studies on Alcohol and Drugs. 72*(4), 651-659. [PMC3125888]

66. Bauermeister, J.A., Johns, M.M., Pingel, E., Eisenberg, A., Santana, M.L., Zimmerman, M. (2011). Measuring love: Sexual minority male youths' ideal romantic characteristics. *Journal of LGBT Issues in Counseling, 5*(2), 102-121. [PMC3121169]

67. Ranney, M.L., Whiteside, L., Walton, M.A., Chermack, S.T., Zimmerman, M.A., Cunningham, R.M. (In Press). Gender differences in characteristics of adolescents presenting to the ED with acute assault-related injury. *Academic Emergency Medicine, 18*(10), 1027-35.. [PMC3201754]

68. Bauermeister, J.A., Pingel, E., Zimmerman, M.A., Couper, M., Carballo-Diéguez, A., Strecher, V. (In Press). Data quality in web-based HIV/AIDS research: Handling invalid and suspicious data. *Field Methods*.

69. Livingood, W.C., Allegrante, J.P., Airhihenbuwa, C.O., Clark, N.M., Windsor, R.C., Zimmerman, M.A., Green, L.W. (In Press). Applied social and behavioral science to address complex health problems. *American Journal of Preventive Medicine.41*(5), 525-31. [PMID: 22011425]

70. Reischl, TM, Zimmerman, MA, Morrel-Samuels, S, Franzen, SP, Faulk, M., Eisman, AB, Roberts, E. (2011). Youth empowerment solutions for violence prevention. *Adolescent Medicine: State of the Art Reviews.22*(3), 581-600. [PMID: 22423465]

71. Choe, D. E., Zimmerman, M. A., & Devnarain, B. (2012). Youth violence in South Africa: Exposure, attitudes, and resilience in Zulu adolescents. *Violence and Victims*, 27(2), 166-181.

72. Miller, A.L., Krusky, A., Franzen, S., Cochran, S., & Zimmerman, M. (In press). Partnering to translate evidence-based practices to community settings: Bridging the discovery-delivery gap. *Health Promotion Practice*.

73. Stoddard, S.A., Zimmerman, M.A., & Bauermeister, J.A. (In Press). A Longitudinal Analysis of Cumulative Risks, Cumulative Promotive Factors, and Adolescent Violent Behavior. *Journal of Research on Adolescence*.

74. Hurd, N. M., Stoddard, S. A., & Zimmerman, M. A. (In Press). Neighborhoods, Social Support, and African American Adolescents Mental Health Outcomes: A Multilevel Path Analysis. *Child Development*

75. Hurd, N. M., Sanchez, B., & Zimmerman, M. A., & Caldwell, C. H. (In Press). Natural mentors, racial identity, and educational attainment among African American adolescents: Exploring pathways to success. *Child Development*.

76. Hurd, N. M., Sellers, R.M., Cogburn, C.D., Butler-Barnes, S.T., & Zimmerman, M. A. (In Press). Racial identity and depressive symptoms among Black emerging adults: The moderating effects of neighborhood racial composition. *Developmental Psychology*.

77. Bauermeister, J.A., Zimmerman, M.A., Johns, M.M., Glowacki, P., Stoddard, S. & Volz, E. (In Press). Innovative recruitment using online networks: Lessons from the development and implementation of a web-based Respondent Driven Sampling (WebRDS) strategy. *Journal of Studies on Alcohol and Drugs*

78. Gordon-Messer, D., Bauermeister, J.A., Grodzinski, A., & Zimmerman, M.A. (In Press). Sexting among young adults. *Journal of Adolescent Health*.

79. Estrada-Martinez, L.M., Caldwell, C.H., Bauermeister, J.A., & Zimmerman, M.A. (In Press). Stressors in Multiple Life-Domains and the Risk for Externalizing and Internalizing Behaviors Among African Americans During Emerging Adulthood. *Journal of Youth and Adolescence*. [DOI 10.1007/s10964-012-9778-3]

80. Stoddard, S.A., Whiteside, L., Zimmerman, M.A., Cunningham, R.M., Chermak, S.T., Walton, M.A. (In Press). The Relationship between Cumulative Risk and Promotive Factors and Violent Behavior among Urban Adolescents. *American Journal of Community Psychology*.

81. Stoddard, S.A., Bauermeister, J.A., Gordon-Messer, D., Johns, M., & Zimmerman, M.A. (2012). Permissive norms and young adults' alcohol and marijuana use: The role of online communities. *Journal of Studies on Alcohol and Drugs*, 73(6), 968-975.

82. Brenner, A.B., Zimmerman, M.A., Bauermeister, J.A., & Caldwell, C.H. (2012). The physiological expression of living in disadvantaged neighborhoods for youth. *Journal of Youth and Adolescence.* DOI 10.1007/s10964-012-9838-8.

83. Johns, M.M., Zimmerman, M.A., & Bauermeister, J.A. (In Press). Sexual attraction, sexual identity, and psychosocial well-being in a national sample of young women during emerging adulthood. *Journal of Youth & Adolescence*.

84. Goldstein, A.L., Faulkner, B. Cunningham, R.M., Zimmerman, M.A., Chermack, S., & Walton, M. A. (In Press). A latent class analysis of adolescent gambling: Application of resilience theory. *International Journal of Mental Health and Addiction*.

85. Whiteside, L.K., Walton, M., Ranney, M., Zimmerman, M.A., Chermack, S., Cunningham, R.M. (In Press). The Overlap of Youth Violence Among Aggressive Adolescents with Past Year Alcohol Use, A Latent Class Analysis: Aggression and Victimization in Peer and Dating Violence in an Inner City Emergency Department Sample. *Journal of Studies on Alcohol and Drugs*.

86. Epstein-Ngo, Q.M., Cunningham, R.M., Whiteside, L.K., Chermack, S.T., Booth, B.M., Zimmerman, M.A., & Walton, M.A. (In Press). A Daily Calendar Analysis of Substance Use and Dating Violence among High Risk Urban Youth. *Drug and Alcohol Dependence*.

87. Cook, S., Bauermeister, J.A., Gordon-Messer, D., & Zimmerman, M.A. (In Press). Online network influences on emerging adults' alcohol and drug use. *Journal of Youth and Adolescence*.


## EDITED BOOKS AND BOOK CHAPTERS

1. Bingenheimer, J.B., Repetto, P.B., Zimmerman, M.A., Kelly, J.G. (2003).  A brief history and analysis of health promotion.  In Gullotta, T.P., Bloom, M. (Eds.) *Encyclopedia of Primary Prevention and Health Promotion* (pp. 15-26).  New York: Kluwer Academic/Plenum Publishers.

2. Tarver, D.B., Wong, N.T., Neighbors, H.W., Zimmerman, M.A. (2004).  The role of father support in the prediction of suicidal ideation among Black adolescent males.  In Way, N., Chu, J.Y. (Eds.), *Adolescent boys: Exploring diverse cultures of boyhood* (pp. 144-163). NY: New York University Press.

3. Zimmerman, M.A., Bingenheimer, J.B., Behrendt, D.E.  (2005). Natural mentoring relationships. In DuBois, D.L., Karcher, M.J. (Eds.), *Handbook of Youth Mentoring* (pp. 143-157). Thousand Oaks, CA: Sage.

4. Wright, J.C., Zimmerman, M.A.  (2006).  Culturally sensitive interventions to prevent youth violence.  In Guerra , Nancy G., Phillips Smith, Emilie (Eds.), *Preventing Youth Violence in a Multicultural Society* (pp. 221-247).  Washington, DC: American Psychological Association.

5. Zimmerman, M.A.  (In Press).  Community psychology and public health.  In *Encyclopedia of Public Health*.  New York: Macmillan Reference.

10

6. Hudson, D., Zimmerman, M.A., Morrel-Samuels, S. (2006). Youth violence prevention: Theory and practice. In Gielen, A.C., Sleet, D.A., DiClemente, R.J. (Eds.), *Injury and Violence Prevention: Behavioral Science Theories, Methods, and Applications* (pp. 368-392).  San Francisco: Jossey-Bass.

7. Holden, D.J., Zimmerman, M.A. (Eds.) (2009). *A practical guide to program evaluation planning*. Thousand Oaks, CA: Sage.

8. Zimmerman, M.A., Brenner, A.B. (2010). Resilience in adolescence: Overcoming neighborhood disadvantage. In Reich, J., Zautra, A.J., Hall, J.S. (Eds.), *Handbook of Adult Resilience* (Chapter 14, pp. 283-308).  New York: Guilford Press.

9. Butler-Barnes, S.T., Hurd, N. Zimmerman, M.A. (In press). Flint Adolescent Study:  A Longitudinal Examination of Social Support and Academic Motivational Beliefs of African American Adolescents. In Yeakey, C.C., Sanders-Thompson,V., Wells, A. (Eds.), *Urban Ills: Post Recession Complexities of Urban Living in Global Contexts*, N.Y.: Lexington Books.

## INVITED ARTICLES

1. Hurd, N.M. & Zimmerman, M.A. (2011). Role Models. In R.J. Levesque (Ed.). Encyclopedia of Adolescence (pp. 2399-2404). New York, New York: Springer.DOI: 10.1007/978-1-4419-1695-2_230

## EDITORIAL ACTIVITIES

Member, Editorial Board for *Health Promotion Practice*, 2004-2012.

Member, Editorial Board for *Health Education Research*, 1998-present.

Member, Editorial Board for *Psyche* (Chilean psychology journal), 2009-present.

Editor, *Health Education & Behavior*, 1997-2010.

Editor, *Youth & Society*, 2011-present.

## GRANT REVIEW ACTIVITIES

NIH Scientific Review Committee, Ad hoc, Community Influences on Health Behavior Study Section, 2011

NIH Scientific Review Committee, Member, Community Influences on Health Behavior Study Section, 2013-present

## PROFESSIONAL AFFILIATIONS

- American Public Health Association
- Society for Public Health Education
- Society for Community Research and Action
- Society for Research on Adolescence