Declaration of Michelle Drouin, Ph.D.

I, Michelle Drouin, declare under penalty of perjury, the following:

1. I have been retained by Plaintiffs' counsel in this case to serve as an expert witness.

2. I adopt, as true, all findings and opinions set forth in my expert report attached hereto, including all of its exhibits.

_/s/ Michelle Drouin_                                           5/9/2013

Michelle Drouin                                                  Date