REPORT OF MICHLLE A. DROUIN. Ph.D.

I affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

1.      All of the data considered for the basis of this report are survey studies involving undergraduate and/or young adult populations that have been published in the past five years (2008 to 2013). The research methodology for Drouin and Landgraff (2012) and Drouin, M., Vogel, K. N., Surbey, A., and Stills, J. R. (2013) is described in detail in Exhibits A and B, respectively.

2.      I have been asked to attach as Exhibit "A" a copy of Drouin, M., & Landgraff, C. (2012). Texting, sexting, attachment, and intimacy in college students' romantic relationships. *Computers in Human Behavior*, *28*, 444–449. This paper presents prevalence data (self-reported) for sexting involving visual depictions among college students in committed relationships at a Midwestern university.

I have been asked to attach as Exhibit "B" a copy of Drouin, M., Vogel, K. N., Surbey, A., & Stills, J. R. (2013). Let's talk about sexting, baby: Computer-mediated sexual behaviors among young adults. *Computers in Human Behavior*. This paper presents prevalence data (self-reported) for sexting involving visual depictions for sexing among college students in various types of romantic relationships (committed, casual sexual, and cheating) at a Midwestern university.

3.      I am an Associate Professor of Psychology at Indiana University - Purdue University Fort Wayne.  My principal area of research involves the impact of technology on communication and relationships. Attached is a copy of my Curriculum Vitae which includes my education, training and professional background including publications (Exhibit C).

4.     I am receiving $1500.00 as compensation for the completion of this report.

5.     I have never before served as an expert witness.

6.     In this report, I will provide a statement of all of my opinions regarding the prevalence of sexting involving visual depictions among college students and young adults, beginning with the bases and reasons for them.

In Drouin and Landgraff (2012), we examined the frequency of sexting involving visual depictions among college students from a mid-sized Midwestern university who had been in *committed* romantic relationships (233 men and 511 women). Of those who indicated that they had been in a committed relationship (744/878), 54% (402) indicated that they had sent sexually-explicit picture or video messages within their "most significant (either current or past) committed relationship." Participants reported sending sexually- explicit picture or video messages within their most significant committed relationships with these frequencies:

- 45.9% (342) indicated that they *never* sent them
- 14.8% (110) indicated that they *very rarely* sent them
- 10.6% (79) indicated that they *rarely* sent them
- 21.9% (163) indicated that they *occasionally* sent them
- 5.4% (40) indicated that they *often* sent them
- 1.5% (11) indicated that they *very often* sent them

In a follow-up study (Drouin, Vogel, Surbey & Stills, 2013) that included 253 *young adult* college students (105 men and 148 women, aged 18-26) from the same Midwestern university, we examined the frequency of sending different types of sexually-explicit picture and video messages within different types of romantic relationships. In this sample, 49% (99/202) of those who reported having had a committed relationship indicated that they had sent a sexually-

explicit text or picture message to their most significant committed partner. Meanwhile, 37% (46/123) of those who reported having had a casual sexual relationship had sent a sexually-explicit text or picture message to their casual sex partner, and 45% (24/53) of those who reported having had a cheating relationship had sent a sexually-explicit picture or video message to their cheating partner.

Participants in this recent study (Drouin et al., 2013) were also asked to indicate what medium (i.e., text, Facebook, Twitter or email) they used to send sexually-explicit visual content and what types of sexually-explicit visual content they had sent to various types of romantic partners. As Table 2 in Exhibit B (Drouin et al., 2013) shows, participants in all relationship types reported sending sexually-explicit visual content most often via text message: 38%-50% of respondents reported sending sexually-explicit photos or videos via text message. The other mediums (Twitter, email, and Facebook) were used less frequently: 1%-11% of respondents reported using these other mediums for sending sexually-explicit photos or videos.  Because text messages were used most frequently to send sexually-explicit visual depictions, this medium was used for the analyses about sexual content.  The prevalence of different types of sexual content sent via text message in different relationship contexts is depicted in Figure 2 in Exhibit B (Drouin et al., 2013). As Figure 2 (Exhibit B) shows, participants reported sending various types of sexually-explicit material to romantic partners. For example, almost one in five people who had been in a committed relationship or a casual sexual relationship had sent an entirely nude picture or video to their partner, and a similar number (approximately one in five) of those who had been in a committed, casual sex, or cheating relationship had sent a sexually suggestive, but clothed picture or video to their partner.  Nearly nude images were even more prevalent; approximately one third of those who had been in committed or cheating relationships had sent a

3

nearly nude image of themselves to their romantic partner. Meanwhile, one in ten people who had been in a committed or cheating relationship had sent a picture or video of themselves in a solo sexual act (e.g., masturbating) to their partner.

Overall, approximately half of the college students in these combined samples indicated that they had sent a sexually-explicit picture or video message via text message. This is a higher prevalence than the 20.5% of Hispanic young women ($N = 207$) at a university in the southern part of the United States who "reported sending erotic or nude photographs of themselves to others at least once" (p. 241; Ferguson, 2011). Differences in the definition of sexting and the composition of the samples (e.g., sex, relationship status, geographic area, ethnicity) may have contributed to these differences in prevalence. These disparate results (and methods) also make it difficult to generalize our findings to a national sample. However, if the findings from Drouin and Landgraff (2012) and Drouin et al. (2013) could be generalized, then a large number of U.S. college students (approximately 8.6 million) may have transmitted sexually-explicit visual depictions via text message. These estimates are based on recent U.S. census survey data that show that were approximately 20,427,700 students enrolled in undergraduate institutions in 2009 and the findings from Drouin and Landgraff's (2012) study in which 84.7% of the 878 undergraduates indicated that they had ever had a committed relationship (thus, 17,299,721, or 84.7% of 20,427,700, undergraduates may have had a committed relationship). This estimate of 8.6 million excludes those who have not been in romantic relationships and those who are not enrolled in undergraduate institutions.

This estimate cannot be made, however, in a straightforward manner as has been described above. Too few research studies have examined this topic among undergraduates in the United States to make reasonable, scientific estimates of the prevalence of sexting involving

visual depictions within this group. Therefore, it may be more useful to examine the prevalence rates of sexting involving sexually-explicit visual depictions among all young adults, not limited to undergraduates. In this area, more work with larger samples has been published, and estimates can be made with more scientific certainty. As it is quite possible that the cohort of students at our undergraduate institution in the Midwestern United States (Drouin & Landgraff, 2012; Drouin et al., 2013) is qualitatively different somehow from young adults in other parts of the country, it is prudent to compare our results with those studies involving larger samples of U.S. participants.

Data presented on this topic in national survey studies (Associated Press & MTV, 2009; Gordon-Messer, Bauermeister, Grodzinski, & Zimmerman, 2012; National Campaign to Prevent Teen and Unplanned Pregnancy, 2008) has shown consistently that approximately one third of young adults have been involved in sexting involving sexually-explicit visual depictions (descriptions of sexting behaviors have varied across studies). In my opinion, the lower incidence of sexting involving visual depictions that has been found in these larger survey studies, in comparison to my studies, is due to sample differences.  Most notably, these larger studies surveyed participants all across the United States, and they did not limit their respondents to only those in committed relationships.  As those within committed relationships appear to send more sexually-explicit visual depictions than those in other relationship types (Drouin et al., 2013), prevalence rates for sending sexually-explicit visual material in the Drouin and Landgraff (2012) and Drouin et al. (2013) samples are likely higher than they would be for the general population of young adults.

With consideration for all of these findings, my opinion is that approximately one third of *young adults* (aged 18-24) have sent text messages involving sexually-explicit visual depictions.

5

I hold this opinion to a reasonable degree of scientific certainty. According to recent census data (Howden & Meyer, 2011), there were 30,672,088 young adults (18-24) in the United States in 2010. Extrapolating from this data, I would estimate that approximately 10.2 million young adults have sent text messages involving sexually-explicit visual depictions.

References

Associated Press & MTV (2009, September 23). AP-MTV Digital abuse study, Executive Summary. Retrieved from:

http://www.athinline.org/MTVAP_Digital_Abuse_Study_Executive_Summary.pdf

Drouin, M., & Landgraff, C. (2012). Texting, sexting, attachment, and intimacy in college students' romantic relationships. *Computers in Human Behavior*, *28*, 444–449. doi:10.1016/j.chb.2011.10.015

Drouin, M., Vogel, K. N., Surbey, A., & Stills, J. R. (2013). Let's talk about sexting, baby: Computer-mediated sexual behaviors among young adults. *Computers in Human Behavior*. doi: 10.1016/j.chb.2012.12.030

Ferguson, C. J. (2011). Sexting behaviors among young Hispanic women: Incidence and association with other high-risk sexual behaviors. *Psychiatric Quarterly*, *82*, 239–243. doi:10.1007/s11126-010-9165-8

Gordon-Messer, D., Bauermeister, J., Grodzinski, A., & Zimmerman, M. (2012). Sexting among young adults. *Journal of Adolescent Health*. doi:10.1016/j.jadohealth.2012.05.013

National Campaign to Prevent Teen and Unplanned Pregnancy (2008). Sex and Tech: Results from a survey of teens and young adults. Retrieved from http://www.thenationalcampaign.org/sextech/PDF/SexTech_Summary.pdf