# Curriculum Vitae

## Michelle A. Drouin

Department of Psychology
2101 E. Coliseum Blvd.
Fort Wayne, IN 46805
260-481-6398
*drouinm@ipfw.edu*

## EDUCATION

| | |
|---|---|
| 2004 | Ph.D.   Experimental Psychology (Developmental Psychology), University of Oxford, Oxford, U.K. |
| | Dissertation: A longitudinal study of the development of preschool children's emergent literacy skills and the impact of an emergent literacy intervention on this development. |
| 1996 | B.A.   Psychology, Cornell University, Ithaca, NY |

## AREAS OF RESEARCH INTEREST

Effects of technology on communication and relationship formation

Innovations in teaching and enhancement of learning experiences for undergraduate distance and face-to-face classroom education

## PROFESSIONAL EXPERIENCE

2012-present     Associate Professor; Department of Psychology, Indiana University–Purdue University Fort Wayne

Courses taught:
Elementary Psychology (PSY 120)
Honors Elementary Psychology (PSY 120H)
Child Psychology (PSY 235)
Honors Child Psychology (PSY 235H)
Development Across the Lifespan (PSY 369)
Social and Personality Development (PSY 353)
Language Development (PSY 426)
Readings & Research in Psychology (PSY 496)

2006-2012     Assistant Professor; Department of Psychology, Indiana University–Purdue University Fort Wayne

2005-2006                Visiting Assistant Professor; Department of Psychology, Indiana University–Purdue University Fort Wayne

2005                     Limited-Term Lecturer; Department of Psychology, Indiana University–Purdue University Fort Wayne

**HONORS AND AWARDS**

DECCO Award for Innovative Online Teaching, 2012
Faculty Colloquium on Excellence in Teaching (FACET), 2010
Multidisciplinary Faculty Scholar, School of Arts & Sciences, IPFW, 2009
College Science Teacher of the Year, Sigma Xi (IPFW Chapter), 2008
Faculty Star Award, Continuing Studies, IPFW, 2006
Distinguished Finalist for Outstanding Dissertation of the Year Award, International Reading Association, 2005
Merit Scholarship, St Hilda's College, Oxford University, 2000-2003

**PROFESSIONAL MEMBERSHIPS**

American Psychological Association, Division Two
Association for Psychological Science
International Reading Association
Midwestern Psychological Association
Society for the Scientific Study of Reading, Voting Member

**RESEARCH, CONTRACTS, AND GRANTS ACTIVITY**

2008        IPFW Summer Research Grant ($8000), Investigator.
2007        Purdue Research Foundation Summer Faculty Grant ($7000), Investigator.
2000        International Reading Association's Jeanne Chall Fellowship for reading research ($6000), Investigator.

**PUBLICATIONS**

**Disciplinary Research: Refereed Journal Articles**

Drouin, M., Vogel, K. N., Surbey, A., & Stills, J. R. (2013). Let's talk about sexting, baby: Computer-mediated sexual behaviors among young adults. *Computers in Human Behavior*.

Drouin, M., & Driver, B. (2012). Texting, textese and literacy abilities: A naturalistic study. *Journal of Research in Reading*. 1–18. doi:10.1111/j.1467-9817.2012.01532.x

Drouin, M., Horner, S., & Sondergeld, T. (2012). Alphabet knowledge in preschool: A Rasch model analysis. *Early Childhood Research Quarterly, 27*, 543–554. doi:10.1016/j.ecresq.2011.12.008

Drouin, M., Kaiser, D., & Miller, D. (2012). Phantom vibrations in young adults: Prevalence and underlying psychological characteristics. *Computers in Human Behavior*, *28*, 1490–1496. doi:10.1016/j.chb.2012.03.013

Drouin, M., & Landgraff, C. (2012). Texting, sexting, attachment, and intimacy in college students' romantic relationships. *Computers in Human Behavior*, *28*, 444–449. doi:10.1016/j.chb.2011.10.015

Drouin, M. (2011). College students' use of text message abbreviations and relations with literacy. *Journal of Computer Assisted Learning*, *27*, 67–75.

Davis, C., & Drouin, M. (2010). Relations between specific and general word learning. *Reading Psychology*, *31,* 327–346.

Drouin, M., & Harmon, J. (2009). Preschoolers' name writing and letter knowledge. *Early Childhood Research Quarterly*, *24*, 263–270.

Drouin, M., & Davis, C. (2009). R U txting? Is the use of text speak hurting your literacy? *Journal of Literacy Research*, *41*, 46–67.

Drouin, M. (2009). Parent involvement in literacy intervention: A longitudinal study of effects on preschoolers' home literacy environment and emergent literacy skills. *Early Childhood Services*, *3*, 1–18.

**Disciplinary Research: Under Review**

**Disciplinary Research: In Preparation**

Drouin, M. U use textese? Individuals' perceptions of those who use textese on Facebook.

Drouin, M., Stills, J., & Vartanian, L. Is social networking really that social? Undergraduates' use of social technologies and loneliness.

Drouin, M., & Bazazzadeh, S. Facebook and texting: Differences in linguistic content.

**Teaching and Student Learning Research: Refereed Journal Articles or Book Chapters**

Drouin, M. (accepted). If you record it, some won't come: Using lecture capture in introductory psychology. *Teaching of Psychology.*

Drouin, M. (2012). What's the story on evaluations of online teaching? In M.E. Kite (Ed.), *Effective evaluation of teaching: A guide for faculty and administrators*. Retrieved from the Society for the Teaching of Psychology web site: http://teachpsych.org/ebooks/evals2012/index.php

Drouin, M. (2011). The what? how? and which? of course management systems. In D. S. Dunn, J. C. Wilson, J. Freeman & J. R. Stowell (Eds.), *Getting connected: Best practices for technology-enhanced teaching and learning in higher education.* New York, NY: Oxford University Press.

Drouin, M., & Vartanian, L. (2010). Students' feelings of and desire for sense of community in face-to-face and online courses. *Quarterly Review of Distance Education, 11,* 147–159.

Drouin, M. (2010). Group-based formative summative assessment is related to improved student performance and satisfaction. *Teaching of Psychology, 37*, 114–118.

Drouin, M. (2008). Do students need sense of community in online learning environments? Sense of community and student satisfaction, achievement, and retention in an online course*. Quarterly Review of Distance Education*, *9*, 267–284.

**Teaching and Student Learning Research: In Preparation**

Drouin, M. & Vartanian, L. R. (under review). Getting them to see the forest for the trees: Development of an online decision tree for psychology majors.

Drouin, M., Hile, R., & Vartanian, L. R., & Webb, J. (under review). Capturing the non-captive audience: A naturalistic study of student preferences for online lecture formats.

Drouin, M. Teaching undergraduates to understand and present the findings of research articles.

**Manuals and Supplements**

Drouin, M. (2012). *Instructor's manual for Gerow, Bordens and Blanche-Payne's General psychology: With spotlights on diversity.* Pearson Custom.

Drouin, M. (2006). *Instructor's manual for Gerow, Bordens and Blanche-Payne's General psychology: With spotlights on diversity,* Reno, NV: Bent Tree Press.

Drouin, M. (2006). *Interactive online student companion site for Gerow, Bordens and Blanche-Payne's General psychology: With spotlights on diversity*, Reno, NV: Bent Tree Press. http://www.pearsoncustom.com/fl/gerow_genpsych/

Drouin, M. (2006). *PowerPoint presentation packet for instructors for Gerow, Bordens and Blanche-Payne's General psychology: With spotlights on diversity,* Reno, NV: Bent Tree Press.

## PRESENTATIONS

**Disciplinary Research: Presentations**

Drouin, M., Miller, D., Smith, M., Sell, J., Coonce, S., & McMahon, A. (accepted). *Facebook friends lists: Threats to current romantic relationships?* Poster to be presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Jenkins, E., Webb, J., Wygant, K., & Wilson, A. (accepted). *Unwanted but consensual sexting: Prevalence and relations with attachment*. Poster to be presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., & Driver, B. (2012, July). *Texting, textese and literacy abilities: A naturalistic study*. Poster presented at the annual meeting of the Society for the Scientific Study of Reading, Montreal, Canada.

Drouin, M., Bazazzadeh, S., Doran, A., Sturges, J., Webb, J., (2012, May). *Text or Facebook? It depends on the content and target.* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Jenkins, E., Stills, J., Surbey, A., & Jewell, K. (2012, May). S*exting among college students in different types of romantic relationships.* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Kaiser, D. H., Miller, D. A., Lochbihler, S., & Smith, M. (2012, May). *Phantom vibration syndrome*. Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M. (2011, July). *Sexting: A psychological perspective*. Invited paper presented at the Research Consortium on Youth and Sexting, Cambridge, MA.

Drouin, M., Vartanian, L. R., & Stills, J. (2011, May). *Is social networking really...social? Undergraduates' use of social technologies and loneliness.* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Driver, B., Jewell, K., Baatz, J., Bazazzadeh, S., & Stills, J. (2011, May). *Use of textese in text messages: we dont clip r gs.* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Horner, S., & Sondergeld, T. (2010, July). *Letter names and sounds in preschool: A Rasch model analysis*. Poster presented at the annual meeting of the Society for the Scientific Study of Reading, Berlin, Germany.

Drouin, M., & Landgraff, C. (2010, April). *"Sexting," text message dependence, and intimacy among college students*. Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Beres, J., & Minick, E. (2010, April). *A letter intervention in preschool: Exploring the effects of duration of program.* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Horner, S., Drouin, M., & Darabie, M. (2009, December). *Preschool literacy research: Past, present, and future.* Paper presented at the Annual Meeting of the National Reading Conference, Albuquerque, NM.

Hesse, L. B., & Drouin, M. (2009, October). *Breaking down behavior (literally): How behavior based data can assist in developing positive support systems.* Paper presented at the Indiana Association of School Psychology Conference, Indianapolis, IN.

Drouin, M., & Davis, C. (2009, June). *R u txtng? Use of textisms among college students and relations with literacy.* Poster presented at the annual meeting of the Society for the Scientific Study of Reading, Boston, MA.

Drouin, M**.,** Horner, S., Harmon, J., Harter, D., & Minick, E. (2009, April). *Learning and teaching the alphabet*. Paper presented at the 2009 Indiana Early Childhood Conference, Indianapolis, IN.

Drouin, M., Harmon, J., & Minick, E. (2009, April). *Preschoolers' name writing and letter knowledge.* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Harter, D., Beres, J., & Pope, L. (2009, April). *Gender differences in literacy skills and attitudes in preschoolers.* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Davis, C., & Drouin, M. (2008, July). *Relations between specific and general word learning.* Poster presented at the annual meeting of Society for the Scientific Study of Reading Conference, Asheville, NC.

Drouin, M., Harter, D., & Price, A. (2008, May). *Is reading fluency a key to academic success in college?* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Drouin, M., Harmon, J., Pope, L., Kuhnle, J., & Harter, D. (2008, May). *Are preschool reading attitudes related to vocabulary or letter knowledge?* Poster presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

Davis, C., & Drouin, M. (2008, July). *Relations between specific and general word learning.* Poster presented at the annual meeting of Society for the Scientific Study of Reading Conference, Asheville, NC.

**Disciplinary Research: Invited Paper**

Drouin, M. (2009, April). *Cars, puzzles, and dolls, oh my! Preschool children's attitudes and motivations towards literacy.* Invited talk presented at the annual meeting of the Midwestern Psychological Association, Chicago, IL.

**Teaching and Student Learning: Presentations**

Drouin, M., Hile, R., & Vartanian, L. R. (2013, February). *Capturing the non-captive audience: A naturalistic study of student preferences for online lecture formats.* Paper presented at the Area Dean's Teaching Conference, Fort Wayne, IN.

Drouin, M. (2013, February). Innovations in my online teaching. Paper presented at the DECCO Award Talk, Fort Wayne, IN.

Drouin, M., & Vartanian, L. R. (2010, September). *Predictors of and desire for sense of community among FTF and online students.* Paper presented at the annual Lilly Teaching Conference, Traverse City, MI.

Vartanian, L. R., & Drouin, M. (2010, September). *The use of Adobe Connect to host synchronous online exam review sessions.* Paper presented at the annual Lilly Teaching Conference, Traverse City, MI.

Cho, M. –H., Drouin, M., & Vartanian, L. R. (2010, May). *Triangulating evidence of students' self-regulated learning in online learning environments.* Poster presented at the 2010 AERA Annual Meeting, Denver, CO.

Drouin, M., & Vartanian, L. R. (2009, October). *Debates: Effective for teaching controversial topics in developmental psychology?* Paper presented at the Best Practices Conference for the Society for the Teaching of Psychology, Atlanta, GA.

Drouin, M., & Bendele, M. (2009, August). *Examining the role of testing in teaching.* Paper presented at the Fall Teaching Conference, Fort Wayne, IN.

Drouin, M., & Cho, M. –H. (2008, August). *What should you expect when you teach online?* Paper presented at the Fall Teaching Conference, Fort Wayne, IN.

Drouin, M., & Vartanian, L. R. (2007, August). *Strategies for staying sane and successful with online discussion.* Paper presented at the Fall Teaching Conference, Fort Wayne, IN.

Drouin, M. (2006, May). *Innovations in the online classroom.* Paper presented at the Teaching and Learning with Technology Conference, West Lafayette, IN.

## SERVICE

**University**
2012-present   IPFW Peer Review Committee
2011-present   IPFW Phi Eta Sigma Honor Society Faculty Advisor
2011-present   IPFW CASTL Committee
2010-present   IPFW Online Course Review Team
2009-present   IPFW Mentoring Committee for Purdue Committee on the Use of Human Research Subjects
2009-present   IPFW Hockey Club Faculty Advisor
2008-2011      Center for the Enhancement of Teaching and Learning (CELT) Advisory Board
2008-2011      Center for the Enhancement of Teaching and Learning (CELT) Communications Committee

**College of Arts and Sciences**
2009-2011      Arts and Sciences Nominations and Elections Committee (Chair 2010-2011)
2008-2011      Arts and Sciences Student Affairs Committee (Chair 2008-2009)

**Department of Psychology**

2007-present   Assessment Committee

**Professional Service: Offices in National Organizations**
2011-2012     Co-Advisor and Installation Coordinator, Phi Eta Sigma IPFW Chapter
2011-2012     Annual Meeting Planning Committee, FACET
2009-2010     President, Sigma Xi IPFW Chapter
2008-2009     President Elect, Sigma Xi IPFW Chapter

**Professional Service: Manuscript Reviews**
2013   Reviewed two manuscripts for *Computers in Human Behavior*
       Reviewed one manuscript for *Journal of Computer Assisted Learning*
2012   Reviewed four manuscripts for *Computers in Human Behavior*
       Reviewed two manuscripts for *Writing Systems Research*
       Reviewed one manuscript for *Journal of Social and Personal Relationships*
       Reviewed one manuscript for *Journal of Computer Assisted Learning*
       Reviewed one manuscript for *Psychological Assessment*
       Reviewed one manuscript for *Journal of Online Learning and Teaching*
2011   Reviewed two manuscripts for *Journal of Computer-Mediated Communication*
       Reviewed one manuscript for *Early Childhood Research Quarterly*
       Reviewed one manuscript for *Journal of Communication*
       Reviewed one manuscript for *Journal of Social and Personal Relationships*
       Reviewed two manuscripts for *Computers in Human Behavior*
2010   Reviewed two manuscripts for *Early Childhood Research Quarterly*
       Reviewed one manuscript for *Journal of Computer Assisted Learning*
       Reviewed one manuscript for *Journal of Computer-Mediated Communication*
       Reviewed one manuscript for *Journal of Research in Reading*
2009   Reviewed one manuscript for *British Journal of Psychology*
       Reviewed two manuscripts for *Journal of Computer-Mediated Communication*
2008   Reviewed two manuscripts for *Journal of Computer-Mediated Communication*

**Professional Service: Other**
2013   Served as a Faculty Panelist for questions about the Student Research Symposium Poster Session sponsored by RESP
2012   Reviewed an online course using the Quality Matters Rubric for an IPFW faculty in Child Development and Family Studies for his DECCO grant
2012   Reviewed an online course using the Quality Matters Rubric for an IPFW faculty in Nursing for her DECCO grant
2011   Reviewed an online course using the Quality Matters Rubric for an IPFW faculty in Business for her DECCO grant
2010   Served as a Subject Matter Expert (SME) while conducting a Quality Matters Review for a Human Development course at Kansas City Kansas Community College
2010   Reviewed an online course for an IPFW faculty member in the Economics department using the Quality Matters Rubric
2010   Reviewed an online course using the Quality Matters Rubric for an IPFW faculty member's DECCO grant

| | |
|---|---|
| 2009 | Reviewed an online course using the Quality Matters Rubric for an IPFW faculty member's DECCO grant |
| 2008 | Reviewed an online course using the Quality Matters Rubric for an IPFW faculty member in the English department |
| 2008 | IPFW voting delegate for the Sigma Xi Annual Conference, Washington, D.C. |
| 2008 | Judge for the Behavioral Science Division of the Sigma Xi Student Research Competition, Washington, D.C. |
| 2008 | Reviewed an online course using the Quality Matters Rubric for an IPFW faculty member in the Philosophy department |
| 2008 | Moderated paper session at the annual meeting of the Midwestern Psychological Association |

**Community Service: Positions and Outreach Efforts**

| | |
|---|---|
| 2013 | Lunch with a Scientist at Science Central of "Food, color, music: What are you in the mood for?" (February 9) |
| 2012 | Presentation to Emeritus Faculty of "Innovations in Online Teaching" (September 21) |
| 2012 | Presentation to Continuing Studies participants of "DECCO Award Innovations in Online Teaching" (August 16) |
| 2012 | Blackboard Learn Panel II Discussant for IPFW faculty (April, 10) |
| 2011 | Presentation to Peak Parents Support Group, Northwest Allen County School District of "Optimal Learning Environments for Gifted Learners" (November 15) |
| 2012 | Blackboard Learn Panel I Discussant for IPFW faculty (November) |
| 2011 | Presentation to Anthropology Club, IPFW, of "Sexual Communication in the Digital Age" (October 12) |
| 2011 | Presentation to Peak Parents Support Group, Northwest Allen County School District of "My child has the brain, but will he achieve?" (February 8) |
| 2009-2011 | Science Café developer and organizer for Sigma Xi in Fort Wayne |
| 2009 | Lunch with a Scientist at Science Central, co-presenter with Lesa Vartanian of "Rabbits, tortillas, and bread…Oh my! The nature-nurture debate revisited" (May 9) |
| 2008-present | Board of Directors, Brown Ink Society |

**Community Service: Media Interviews and Editorials**

| | |
|---|---|
| 2013 | Interviewed about my social media research, WANE TV; Featured on January 17, 2013. http://www.wane.com/dpp/news/expert-catfishing-a-common-problem |
| 2012 | Interviewed about my phantom vibrations research, Harper's Magazine. |
| 2012 | Interviewed about my phantom vibrations research, Journal Gazette; Featured on July 17, 2012. http://jg.net/article/20120717/FEAT/307179997/0/SEARCH |
| 2011 | Interviewed about my sexting research, Self Magazine; Featured in January, 2012. http://www.self.com/sexrelationships/2012/01/safe-sexting-tips-slideshow#slide=1 |
| 2011 | Interviewed about the stress of giving birth on 9/11 for Moms.Fortwayne.com. Featured on September 11, 2011 at: http://moms.fortwayne.com/?q=article/hope-during-tragedy |

| | |
|---|---|
| 2011 | "More common that you think." Solicited mini op-ed for New York Times "Room for Debate"; Featured on June 09, 2011 at http://www.nytimes.com/roomfordebate/2011/06/09/whats-wrong-with-adult-sexting/sexting-is-more-common-than-you-think |
| 2011 | Interviewed about my sexting research, Louisville Courier Journal; Featured on June 10, 2011 at: http://www.courier-journal.com/article/20110613/FEATURES/306130003/-Sexting-often-scandalous-public-figures-disaster-relationships |
| 2011 | Interviewed about my sexting research, live broadcast at Indiana NewsCenter on June 9, 2011.  Also featured on MSNBC. Interview can be found at: http://www.indianasnewscenter.com/news/video/How-Prevalent-Is-Sexting-123589594.html |
| 2011 | Interviewed about sexting, texting, and Facebook, live on MomtoMom radio, Fort Wayne, IN. Featured on June 9, 2011. Interview can be found at: http://www.mom2momtv.com/mom2mom-radio.html |
| 2011 | Interviewed about my sexting research, Fox Fort Wayne News Channel; Featured on June 7, 2011. Interview can be found at: http://fortwaynehomepage.net/fulltext/?nxd_id=44777 |
| 2011 | Interviewed about my sexting research, live on the Jerry Steen Morning Show on News Talk CJME Radio, Saskatchewan, Canada; Featured on June 8, 2011. |
| 2011 | Interviewed about my sexting research, 570 NewsRadio, Toronto, Canada; June 7, 2011. |
| 2011 | Interviewed about my sexting research, Discovery News; Featured May 13, 2011 on Discovery News. Featured also on ABCNews, Daily India, and MSNBC. |
| 2010 | Interviewed about Science Cafés in "5 questions with Michelle Drouin," Journal Gazette; Featured October 10, 2010. |
| 2010 | Interviewed for article on infant cognitive development, American Baby. |
| 2009 | Interviewed about my texting and literacy research, Voice of Literacy; Featured as online podcast on December 6, 2009: http://www.voiceofliteracy.org/. |
| 2009 | Interviewed about my name writing research, Parents Magazine; Featured in article in September, 2009. |
| 2009 | Interviewed for article on the effects of Sesame Street, Fort Wayne Journal Gazette; Featured November 10, 2009. |
| 2009 | Interviewed for article on texting and social communication, Fort Wayne Journal Gazette; Featured November 19, 2009. |
| 2009 | Interviewed for television report on the economy and child abuse, Fox News Fort Wayne; Broadcasted on October 5, 2009. |