# Defendant's Exhibit B

D000864


The World's Largest Sex & Swinger Personals site

 Let Standard Members Contact You!

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

## Adult FriendFinder 2257 Notice

Pursuant to 18 USC § 2257, all persons who appear in any visual depiction of "sexually explicit conduct" as defined in 18 USC § 2256 at Adult FriendFinder were over the age of 18 at the time of the creation of such depictions. Records required to be maintained by this section are kept by the custodian of records:

David Bloom
Custodian of Records
Various, Inc.
445 Sherman Ave, Suite C
Palo Alto, CA 94306

As provided by 18 USC § 2257 (h) (3), Adult FriendFinder's member information is not similarly maintained.

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

DEFENDANT'S EXHIBIT
B

D000865