# Defendant's Exhibit C

D000866

# AdultFriendFinder.com

e World's Largest Sex & Swinger Personals site

( Get a Sexy T-shirt! )

ome | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**    **Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**

Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**

☑ **Verified Member**

📇 **Personality Type**

🔊 **Voice Introduction**

📹 **Video Introduction**

★★★★☆
**Your Compatibility Score**

**DEFENDANT'S
EXHIBIT
C**
tabbies

1. | Gold Member | ★★☆☆☆ | **harleyjosh** | Looking for fun | Last Visit: Today

22 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

2. | Gold Member | ★☆☆☆☆ | **hotCouple4fun101** | Hot young couple looking for BI-Women | Last Visit: Today

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

3. | Gold Member | ★★★☆☆ | **curiouslybi1984** | we are looking for new fun | Last Visit: Today

21 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

4. | Gold Member | ★☆☆☆☆ | **Snowden75** | Easy going fun couple looking for same, or singles | Last Visit: Within the last 3 days

30 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

5. | Gold Member | ★☆☆☆☆ | **sexiuvrs4u** | We'd love to have you!!! | Last Visit: Within the last 3 days

21 year old Man
23 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

6. | Gold Member | ★☆☆☆☆ | **Katjllac2619** | Fun loving couple. Looking for good time. | Last Visit: Within the last day

D000867



26 year old Man
20 year old Woman
Looking for Women
Living in Chillicothe, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

---

7. **Gold Member** ★☆☆☆☆ **Gracefulspeed** Looking for more fun

Last Visit: Within the last 3 days



26 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Bellefontaine, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

---

8. **Gold Member** ★☆☆☆☆ **tommy_g32** Reply to get some good experience(ladies) and more!!!

Last Visit: Within the last 3 days



33 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Toronto, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

---

9. **Gold Member** ★☆☆☆☆ **cincysexycpl** couple in cincy looking for female to talk to and maybe meet. let us know what you think



32 year old Man
21 year old Woman
Looking for Women
Living in Loveland, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

---

10. **Gold Member** ★☆☆☆☆ **him_and_her1127** CUM!!!! in take a look and if you want ask for a pic!!!!!!!



23 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Mount Vernon, Ohio, United States
[invite to your network!]

📄
🔲 Add to Hotlist
😊 Send them a wink

---

11. **Gold Member** ★☆☆☆☆ **dansmartazz** same as yho looking for BI F

Last Visit: Today



24 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

📄
🔵 Online Now!
😊 On IMC Now!
😊 Chatting Now!
🔲 Add to Hotlist
😊 Send them a wink

---

12. **Gold Member** ★☆☆☆☆ **BJ0612** Hot Toledo Couple Seeking Women

Last Vis
Tod

D000868



21 year old Man
18 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Maumee, Ohio, United States
[invite to your network!]

- Online Now!
- On IMC Now!
- Add to Hotlist
- Send them a wink

---

13. Gold Member ★☆☆☆☆ **rhythm11** looking for interesting people

Last Visit: Within the last 3 days



30 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Miamisburg, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

14. Gold Member ★☆☆☆☆ **FindALoveTrio** Happy and looking to share love

Last Visit: Within the last month



25 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

15. Gold Member ★☆☆☆☆ **Chilln_04** Always good times here!

Last Visit: Within the last month



26 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Troy, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

16. Gold Member ★☆☆☆☆ **fine26hottie19** Cute firefighter, with sexy g/f, looking for fun females

Last Visit: Within the last month



26 year old Man
20 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

17. Gold Member ★☆☆☆☆ **hardcorecince85** sexy single male here

Last Visit: Within the last 3 days

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

18. Gold Member ★☆☆☆☆ **pornfreaks04** We are a very horny couple seeking a very horny woman

D000869



26 year old Man
21 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

19.  Gold Member  ★☆☆☆☆  **bicurcupl4fun**   Bi curious couple iso couple/single fem for fun.



29 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Marysville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

20.  Silver Member  ★★☆☆☆  **asmokincouple**   We are a couple looking for something new in our relationship. We want to meet other people.

Last Visit: Today



22 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

21.  Silver Member  ★☆☆☆☆  **dblovers26**   young couple seeks new ways to have fun

Last Visit: Today



24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

22.  Silver Member  ★☆☆☆☆  **SeaCaptain78**   Sexy Couple Looking for Fun! Waiting to hear from you!

Last Visit: Within the last 3 days



26 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Lakewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

23.  Silver Member  ★☆☆☆☆  **TwovaKind**   We are young and fun. Entice and excite us!

Last Visit: Within the last 3 days



22 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

24.  Silver Member  ★★☆☆☆  **fiorerosso25**   Sexy and discrete couple looking to try new things

Last Visit: Within the last 3 days

32 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

D000870

25. **Silver Member** ★☆☆☆☆ **youngnkinky** likes to play with girls

Last Visit: Within the last 3 days

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

- Online Now!
- On IMC Now!
- Add to Hotlist
- Send them a wink

---

26. **Silver Member** ★☆☆☆☆ **starfunk07** sexy couple lookin for a playmate. Females welcome.

Last Visit: This week

21 year old Man
21 year old Woman
Looking for Women
Living in Canal Fulton, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

27. **Silver Member** ★☆☆☆☆ **loveit53122** looking for a truthful real person. here i am. i just love makeing dreams come true.

Last Visit: Within the last month

52 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Marion, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

28. **Silver Member** ★★★★☆ **bigloadabs** Looking to have fun.

21 year old Man
19 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

29. **Silver Member** ★☆☆☆☆ **jamesbond0719** 19 yr Couple looking for a sexy girl

20 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

30. **Silver Member** ★★★☆☆ **stratos842** Hes playing alone, Lookin for guys mostly atm.

Last Visit: Today

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Hamilton, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

---

[ View More Listings ]

D000871

**Home** | 🐾 | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**


**e World's Largest Sex & Swinger Personals site**

Become a Featured Profile!

| Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help |

## Start New Search

**Search Results**

# Couples (man and woman) Seeking Women in Ohio

### Featured Members
Click here to get featured

### Get Noticed!



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.


**Highlight My**


**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

### Icon Key

 **Verified Member**

 **Personality Type**

 **Voice Introduction**

**Video Introduction**

★★★★☆
**Your Compatibility Score**

---

31. **Silver Member** ★☆☆☆☆ **chriskatie2** couple seeks female for good time



25 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Last Visit: Within the last 3 days
🏠 Add to Hotlist
😊 Send them a wink

---

32. **Silver Member** ★☆☆☆☆ **Dustyeydangel** Are you young, wild, and sexy? If yes, then click here!!!




22 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Wickliffe, Ohio, United States
[invite to your network!]

Last Visit: Within the last month
🏠 Add to Hotlist
😊 Send them a wink

---

33. **Silver Member** ★☆☆☆☆ **billandkelly** My fiance and I are looking for another woman. He wants a three-some and has for some time so.



19 year old Man
19 year old Woman
Looking for Women
Living in Midvale, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

34. **Silver Member** ★★★☆☆ **akron_bi_couple** bi couple looking for whatever happens.



19 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Akron, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

35. **Silver Member** ★☆☆☆☆ **herbie375** Springfield couple needs another woman




29 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Springfield, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

36.  ★★☆☆☆ **randa21** Looking for some fun for my girl.

Last Visit: Within the last da

---

D000873

....adultfriendfinder.com/p/memsearch.cgi?m=5...st_start_photo=&last_pos=32&lat=&lon=&gold_silver_only= (1 of 6)8/24/2005 11:48:58 AM



34 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

37. Silver Member ★★★☆☆ **YoungSUBcouple**   Young Couple Looking for a wild time. Very open minded and willing.

Last Visit: Within the last 3 days

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Grove City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

38. Silver Member ★★☆☆☆ **fiorerosso25**   Sexy and discrete couple looking to try new things

Last Visit: Within the last 3 days

Ask me for a photo

32 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

39. Silver Member ★★☆☆☆ **SEXYTANCPL**   HOT SEXY YOUNG COUPLE , VERY FUN FREINDLY AND OPEN-MINDED. LOOKING TO MEET OTHERS

Last Visit: This week

Ask me for a photo

32 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Stow, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

40. Silver Member ★☆☆☆☆ **brookeisit**   we are a fun couple just looking to have fun with a beautiful girl.

Last Visit: Within the last 2 weeks

Ask me for a photo

32 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

41. Silver Member ★☆☆☆☆ **ericnmichelle2**   Cute Sexy Couple

Last Visit: Within the last month

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Dublin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

42. ★☆☆☆☆ **curiouscplshesbi**   young couple looking to explore

Last Visit: Within the las mont

D000874



22 year old Man
21 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

43. Silver Member ★☆☆☆☆ **fountain_ohio**   Couple Seeking SWF 2 Play With



24 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in New Albany, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

44. Silver Member ★☆☆☆☆ **HORNYOHIOCOUPL4U**   LOVE SEX BUT NOT GAMES



29 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Clinton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

45. Silver Member ★★☆☆☆ **BarbyAdam**   Young couple looking for fun



Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

46. Silver Member ★☆☆☆☆ **yngilcpl18**   Young Couple Looking For Curious Girl



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Smithville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

47. Standard Member ★☆☆☆☆ **WingChun2222**   Young couple looking for fun with others. We are open to almost anything.   Last Visit: Today



26 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

48. Standard Member ★☆☆☆☆ **Sulzer627**   Looking for some Fun   Last Visit: Today



23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Beachwood, Ohio, United States
[invite to your network!]

Online Now!
On IMC Now!
Add to Hotlist
Send them a wink

D000875

**49.** Standard Member ★☆☆☆☆ **newcpliooking43** We are looking couples or single bi females for adult fun — Last Visit: Within the last 3 days

30 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

**50.** Standard Member ★☆☆☆☆ **mandycoup2002** We started off as a one night stand. — Last Visit: Within the last 3 days

29 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Mc Donald, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

**51.** Standard Member ★☆☆☆☆ **sexaynatie** Hot couple for a hot bisexual girl or couple. Sexmatize us! — Last Visit: Within the last 3 days

23 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Hillsboro, Ohio, United States
[invite to your network!]

💬 📄
🏠 Add to Hotlist
😉 Send them a wink

**52.** Standard Member ★☆☆☆☆ **hrnycpl43rd** We are an exploring couple in need of another WOMAN. PLEASE NO MEN!!! — Last Visit: Within the last 3 days

30 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Wadsworth, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

**53.** Standard Member ★☆☆☆☆ **DoublePlay2117** New to the game looking for couples and females — Last Visit: Within the last 3 days

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Marion, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

**54.** Standard Member ★★★☆☆ **Reanger010101** Looing for fun — Last Visit: Within the last 3 days

21 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Valley city, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

**55.** Standard Member ★☆☆☆☆ **JESSTOM101304** Fun loving couple looking to experiment — Last Visit: Within the last 3 days

D000876



25 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Gallipolis, Ohio, United States
[invite to your network!]

📷 Add to Hotlist
😊 Send them a wink

---

56. | Standard Member | ★☆☆☆☆ | **akron_couple**   Akron Couple Looking For Bi-Female | Last Visit: Within the last 3 days



20 year old Man
21 year old Woman
Looking for Women
Living in Tallmadge, Ohio, United States
[invite to your network!]

📷 Add to Hotlist
😊 Send them a wink

---

57. | Standard Member | ★☆☆☆☆ | **poget**   looking for a play mate.....wanna join???? | Last Visit: This week



25 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Sandusky, Ohio, United States
[invite to your network!]

📷 Add to Hotlist
😊 Send them a wink

---

58. | Standard Member | ★☆☆☆☆ | **hotcouple101304**   WE ARE LOOKING FOR COUPLES WHO ARE WILLING TO EXPERIMENT | Last Visit: This week



25 year old Man
20 year old Woman
Looking for Women
Living in Gallipolis, Ohio, United States
[invite to your network!]

📷 Add to Hotlist
😊 Send them a wink

---

59. | Standard Member | ★☆☆☆☆ | **couple4fem440**   Kinky couple looking for some extra spice | Last Visit: This week



23 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

📷 Add to Hotlist
😊 Send them a wink

---

60. | Standard Member | ★★★☆☆ | **1hotassgirl**   wife of married couple looking to have fun. | Last Visit: This week



25 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

📷 Add to Hotlist
😊 Send them a wink

View More Listings

---

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000878

Couples (man and woman) Seeking Women in Ohio

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

**Get a Private Chat Room!**

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

61. Standard Member. ★☆☆☆☆ **curiouscplshesbi** young couple looking to explore

Last Visit: This week



22 year old Man
21 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from
interested members with an
optional search listing
highlight! GET NOTICED by
adding a highlight to your
listing in every search and
browse results. Members
notice you first with your
attention-grabbing color.

**Highlight My**

62. Standard Member ★☆☆☆☆ **cowtowncouple** Very new at this Columbus couple seeks female

Last Visit: This week



36 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

63. Standard Member ★☆☆☆☆ **daniandcam** Looking for women

Last Visit: This week



20 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

64. Standard Member ★☆☆☆☆ **75hotcouple84** unexperienced couple seeking same in female

Last Visit: This week

**Icon Key**

 **Verified Member**

 **Personality Type**

 **Voice introduction**

 **Video Introduction**

★★★★☆
**Your Compatibility Score**

29 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

65. Standard Member ★☆☆☆☆ **two0one** Just Curious

Last Visit: This week



29 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Mason, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

66. Standard Member ★☆☆☆☆ **DRKnockOut** We are coo-coo for cooter. Standard can e-mail

Last Visit: This week





21 year old Man
22 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

67. **Standard Member** ★☆☆☆☆ **pimpette2022**  Looking for girl to play with me and my man.

Last Visit: Within the last 2 weeks

21 year old Couple (man and woman)
Looking for Women
Living in Jacobsburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

68. **Standard Member** ★☆☆☆☆ **p1nklady**  Hello all sexy ladies. We send you nothing but love. Tell us what you think of us!

Last Visit: Within the last 2 weeks

23 year old Man
20 year old Woman
Looking for Women
Living in New Albany, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

69. **Standard Member** ★☆☆☆☆ **Refuge1984**  Looking for a little spice

Last Visit: Within the last 2 weeks

24 year old Man
20 year old Woman
Looking for Women
Living in Massilion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

70. **Standard Member** ★☆☆☆☆ **jhoff2**  we are a couple looking for a female.

Last Visit: Within the last month

21 year old Man
19 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

71. **Standard Member** ★☆☆☆☆ **sexyjess1985**  We are seeking a woman or a couple. We prefer the woman be bisexual.

Last Visit: Within the last month

22 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

72. **Standard** ★☆☆☆☆ **BiLoveLongwood**  Sexy Couple seeking Bi Fem

Last Visit: Within the last month

D000880



35 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

🔸 Add to Hotlist
😊 Send them a wink

---

73. **Standard Member** ★☆☆☆☆ **OSUcouple2004** OSU couple wants pussy to play with.

Last Visit: Within the last month



22 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🔸 Add to Hotlist
😊 Send them a wink

---

74. **Standard Member** ★☆☆☆☆ **willujoinus05** Cute Couple Looking For An Extra

Last Visit: Within the last month



20 year old Man
18 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

📋
🔸 Add to Hotlist
😊 Send them a wink

---

75. **Standard Member** ★☆☆☆☆ **Cumwithus6925** Cum play with us..

Last Visit: Within the last month



22 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🔸 Add to Hotlist
😊 Send them a wink

---

76. **Standard Member** ★☆☆☆☆ **joenjennwantu** Looking For a Wild and Crazy Bi Female for Fun

Last Visit: Within the last month



30 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in New Philadelphia, Ohio, United States
[invite to your network!]

🔸 Add to Hotlist
😊 Send them a wink

---

77. **Standard Member** ★☆☆☆☆ **sexycolscouple** Sexy couple looking for fun!!!!!



27 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

📋
🔸 Add to Hotlist
😊 Send them a wink

---

78. ★☆☆☆☆ **dirrtyindakink** couple looking for fun in all the right places

---



22 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Springfield, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

79. **Standard Member**  ★☆☆☆☆ **Jessika4BiFun**  Looking to provide girlfriend with a special birthday present. That present could be you



26 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

80. **Standard Member**  ★☆☆☆☆ **osufreakycouple**  college couple looking for fun with girl for the first time



24 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

81. **Standard Member**  ★★☆☆☆ **BarbyAdam**  Young couple looking for fun



20 year old Man
24 year old Woman
Looking for Women or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

82. **Standard Member**  ★☆☆☆☆ **curiousones2022**  Married Couple looking to explore. Wanting to try a threesome with another girl.



22 year old Man
20 year old Woman
Looking for Women
Living in Paulding, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

D000882

http://search.adultfriendfinder.com/p/memsearch.cgi?m=5...st_start_photo=&last_pos=63&lat=&lon=&gold_silver_only= (4 of 6)8/24/2005 11:49:23 AM

**83.** Standard Member ★☆☆☆☆ **MunchkinhcnuM** No one to get attatched to. And gotta like us both.

29 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups,
Couples (2 women) or Couples (2 men)
Living in Alliance, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**84.** Standard Member ★☆☆☆☆ **HottCouple2284** Just want a lot of SEX!!!

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Strongsville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**85.** Standard Member ★★☆☆☆ **FreakyFun055** Hey..mmm...wanna get together?

23 year old Man
20 year old Woman
Looking for Men or Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**86.** Standard Member ★☆☆☆☆ **pookplur** Yabba Dabba DizZLe XXX HOT XXX Need good looking girl(s)

24 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Wooster, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**87.** Standard Member ★☆☆☆☆ **bigntight2320** Are you ready to swing with the best?

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in New Plymouth, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**88.** Standard Member ★☆☆☆☆ **bicurcupl4fun** Bi curious couple iso couple/single fem for fun.

29 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Marysville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink



89. | Standard Member | ★☆☆☆☆  **ivey7760**   Young Couple from ohio looking to get wild

21 year old Man
22 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

90. | Standard Member | ★☆☆☆☆  **newcpl4utoo**   Young hot couple wanting to experiement



20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Loveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

**Home**  🐾  **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000884



**AdultFriendFinder.com**

The World's Largest Sex & Swinger Personals site

Get a Private Chat Room!

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

**Icon Key**

✓ Verified Member
▤ Personality Type
🔊 Voice Introduction
🎥 Video Introduction
★★★★☆ Your Compatibility Score

91. Standard Member | ★☆☆☆☆ **coupleforplay78** Adult FriendFinder

20 year old Man
27 year old Woman
Looking for Women
Living in Gallipolis, Ohio, United States
[invite to your network!]

▤
🏠 Add to Hotlist
😉 Send them a wink

92. Standard Member | ★☆☆☆☆ **sunshinenmustang** Couple Seeks Bi Female From Ohio.

38 year old Man
21 year old Woman
Looking for Women
Living in Zanesville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

93. Standard Member | ★★☆☆☆ **lovesex052005** A couple willing to try new things once or more times.

25 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

94. Standard Member | ★☆☆☆☆ **4lringer** FUN COUPLE LOOKING 4 FRIRNDS 2 PLAY WITH

48 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Hilliard, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

95. Standard Member | ★★★☆☆ **Zero331X** Couple looking for fun!

20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

▤
🏠 Add to Hotlist
😉 Send them a wink

96. | ★☆☆☆☆ **jacktheripper25** Looking for fun

D000885

Couples (man and woman) Seeking Women in Ohio



26 year old Man
21 year old Woman
Looking for Women
Living in Morristown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

97. Standard Member ★☆☆☆☆ **frostcore**   we are just looking for a lasting good time



21 year old Man
22 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

98. Standard Member ★☆☆☆☆ **HORNYCOUPLENEOH**   WE A A NE OHIO COUPLE SEEKING OTHER FEMALES AND COUPLES



32 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

99. Standard Member ★☆☆☆☆ **sirenwasthere18**   Swinging Ohio Couple Seeks Same



29 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

100. Standard Member ★☆☆☆☆ **captmike82**   Just looking for some good times



23 year old Man
21 year old Woman
Looking for Women
Living in Massillon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

101. Standard Member ★☆☆☆☆ **2funsandtown2**   looking for fun



31 year old Man
21 year old Woman
Looking for Women
Living in Sandusky, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

102. ★☆☆☆☆ **smokinrjp**   We are a couple hotties lookin for your hot sexy presence.

D000886



22 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

103. **Standard Member**   ★☆☆☆☆   **VelvetAcidVixen**   Hotties Seeking Hottie



24 year old Man
21 year old Woman
Looking for Women
Living in Dublin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

104. **Standard Member**   ★☆☆☆☆   **honeypot2share**   Single? Curious? Female?........



36 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

📄
Add to Hotlist
Send them a wink

105. **Standard Member**   ★☆☆☆☆   **angelndevil666**   Looking for a lady to join us.



24 year old Man
21 year old Woman
Looking for Women
Living in Painesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

106. **Standard Member**   ★☆☆☆☆   **redheadedslut83**   My boyfriend and I are looking for a sexy woman!



23 year old Man
19 year old Woman
Looking for Women
Living in Findlay, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

107. **Standard Member**   ★☆☆☆☆   **babydolls721**   BabyDolls721



20 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

108.   ★☆☆☆☆   **2sexy4you07**   Very sexy couple looking to spice things up.



21 year old Man
23 year old Woman
Looking for Women or Couples (2 women)
Living in Somewhere, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

109.   **Standard Member**   ★☆☆☆☆  **cplkink4u**   CUM enjoy us



24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

110.   **Standard Member**   ★☆☆☆☆  **cincycple4real**   we are for real, so if your not dont play games



23 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

111.   **Standard Member**   ★☆☆☆☆  **wefuckulongtime**   naughty but nice



39 year old Man
19 year old Woman
Looking for Women
Living in Springboro, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

112.   **Standard Member**   ★☆☆☆☆  **cindytim81703**   what are you waiting for, the fun starts here!!!!!



23 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

113.   **Standard Member**   ★☆☆☆☆  **DiZnKiZ2004**   Cpl IQQking for male, bi female, or cpl for fun!



21 year old Man
22 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Ashland, Ohio, United States
[invite to your network!]

📧
🔥 Add to Hotlist
😊 Send them a wink

---

114.   ★☆☆☆☆  **FunKinkyKouple**   This Kinky Couple Wants YOU

---

Couples (man and woman) Seeking Women in Ohio



21 year old Man
21 year old Woman
Looking for Women
Living in Bryan, Ohio, United States
[invite to your network!]


🏠 Add to Hotlist
😊 Send them a wink

---

115. **Standard Member** ★☆☆☆☆ **Daddy_n_Slut**   Just lookin for internet fun!



21 year old Couple (man and woman)
Looking for Women
Living in Steubenville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

116. **Standard Member** ★☆☆☆☆ **Jade_Adam**   Young couple looking for fun



20 year old Man
20 year old Woman
Looking for Women
Living in Lorain, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

117. **Standard Member** ★☆☆☆☆ **flamingfairy420**   nw ohio couple seeks bi female to have a good time



20 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Celina, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

118. **Standard Member** ★★★☆☆ **ShafterXx**   I am a Healer, a Sadist that heals. Adult FriendFinder

Last Visit: Within the last 3 days



21 year old Man
18 year old Woman
Looking for Men, Women, Couples (man and woman), Groups,
Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Hilliard, Ohio, United States
[invite to your network!]

👤 Online Now!
😊 On IMC Now!
🏠 Add to Hotlist
😊 Send them a wink

---

119. **Standard Member** ★☆☆☆☆ **odog127ff**   couple new to this

Last Visit: Within the last 3 days



32 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Hamilton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

120. **Standard Member** ★☆☆☆☆ **Homestarwalker**   Looking for fun, just say hi.

Last Visit: Within the last day

D000889



31 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]



 Add to Hotlist

Send them a
wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D000890

# AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

**Extend your Membership- for a discount!**

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

## Search Results

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

**Icon Key**

✓ Verified Member
📄 Personality Type
🎙 Voice introduction
📹 Video introduction
★★★★☆ Your Compatibility Score

121. **Standard Member** ★★★☆☆ **couple4anythin** a couple looking to have some "FUN"

Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Toledo, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

122. **Standard Member** ★☆☆☆☆ **DGAFcam** laided back lookin for a princess

Last Visit: Within the last 3 days

20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

123. **Standard Member** ★★☆☆☆ **JoML03** Seeking an addition....

Last Visit: This week

28 year old Man
20 year old Woman
Looking for Women
Living in Willoughby, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

124. **Standard Member** ★☆☆☆☆ **sweet_thang213** i like to have fun

Last Visit: This week

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Middletown, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

125. **Standard Member** ★☆☆☆☆ **wallace654** hi, e-mail Adult FriendFinder canton/ akron area plz

Last Visit: This week

18 year old Man
18 year old Woman
Looking for Women or Couples (2 women)
Living in Canton, Ohio, United States
[invite to your network!]

📄
🏠 Add to Hotlist
😉 Send them a wink

126. ★☆☆☆☆ **fountain_ohio** Couple Seeking SWF 2 Play With

Last Visit: This week

D000891