

24 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in New Albany, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

---

127.  Standard Member  ★☆☆☆☆  **Shamu_n_Teddy**  Looking to have some fun...

Last Visit: Within the last 2 weeks



21 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Western Hills, Ohio, United States
[invite to your network!]

📋
🖼 Add to Hotlist
😊 Send them a wink



---

128.  Standard Member  ★★★☆☆  **fun4everyone25**  we are very open and curious to try new things. and we hope

Last Visit: Within the last 2 weeks



20 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Toledo, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink



---

129.  Standard Member  ★★☆☆☆  **E_N_B44870**  looking for a cool couple or a single person to play.

Last Visit: Within the last 2 weeks



32 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Sandusky, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

---

130.  Standard Member  ★☆☆☆☆  **beretta_punk**  we want a hot sexy bisexual gurl. one who wants to have a threesome all night.

Last Visit: Within the last month



20 year old Man
20 year old Woman
Looking for Women
Living in Zanesville, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink



---

131.  ★☆☆☆☆  **BlueSnowflakes**  Sassy couple looking to kick it up a notch...

---

D000892



23 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

132. **Standard Member** ★☆☆☆☆ **2forUnOH** CURIOUS COUPLE FROM NW OHIO



26 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Northwest, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

133. **Standard Member** ★☆☆☆☆ **sexymomma20055** sexymomma20055



18 year old Man
18 year old Woman
Looking for Women or Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

134. **Standard Member** ★☆☆☆☆ **batavia3some** We have never had a threesome but we definately want one. Looking for girls in cincinnati or near.



20 year old Man
20 year old Woman
Looking for Women
Living in Batavia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

135. **Standard Member** ★☆☆☆☆ **cantoncouple20s** new couple looking



24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Louisville, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

136. **Standard Member** ★☆☆☆☆ **seekinghotfemale** seeking female for fun



23 year old Man
21 year old Woman
Looking for Women
Living in Fairfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

137.  ★★★☆☆ **bi_kinky_n_fun** bi couple looking for bi or gay man or bi couple.

D000893



20 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]



🏠 Add to Hotlist
😉 Send them a wink

138.  ★☆☆☆☆ **HORNYOHIOCOUPL4U**   LOVE SEX BUT NOT GAMES



29 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Clinton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

139.  ★☆☆☆☆ **drunkpummer**   Fun couple looking for something different



21 year old Man
21 year old Woman
Looking for Women
Living in Miamisburg, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

140.  ★☆☆☆☆ **Druidae**   married female looking 4 bi female 4 threesome

21 year old Man
21 year old Woman
Looking for Women
Living in Wilmington, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

141.  ★☆☆☆☆ **gorillaprincess**   We are fun youthful curious couple looking for someone to jo

24 year old Man
21 year old Woman
Looking for Women
Living in Medina, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

142. Standard Member ★☆☆☆☆ **BRANDIAS**   Want a GREAT experience!!



32 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

143. ★☆☆☆☆ **EmmanuelVII**   We'd love to spend an evening with you.

D000894



20 year old Man
19 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

144. **Standard Member**  ★☆☆☆☆  **JandB1426**  Looking for a 3rd



24 year old Man
21 year old Woman
Looking for Women
Living in Westlake, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

145. **Standard Member**  ★★☆☆☆  **boytoynzm**  looking for a third for a threesome or for one on one fun



24 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Painesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

146. **Standard Member**  ★☆☆☆☆  **technostars**  Experimenting is fun...



23 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

147. **Standard Member**  ★☆☆☆☆  **HornyYngCpl**  We are a young couple looking for women or other couple



27 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

148. **Standard Member**  ★☆☆☆☆  **Hottiechic123456**  Lookin for female for 3-some



20 year old Man
19 year old Woman
Looking for Women
Living in Delaware, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink



149. Standard Member ★☆☆☆☆ **SlidgetAphrodite** I'm a newborn sex addict who is wanting to branch out.

20 year old Man
19 year old Woman
Looking for Women
Living in Findlay, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

150. Standard Member ★☆☆☆☆ **sexycouplehere4** hey ladies i am looking for a threesome so if u r interested let me know. cant wait to talk to u

30 year old Man
21 year old Woman
Looking for Women
Living in Circleville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

**Home** | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**


**The World's Largest Sex & Swinger Personals site**

Let Standard Members Contact You!

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

# Couples (man and woman) Seeking Women in Ohio

**Featured Members**

Click here to get featured

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with their attention-grabbing color.



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
IN NOW for FREE

**Icon Key**

☑ **Verified Member**

📋 **Personality Type**

💬 **Voice introduction**

📷 **Video Introduction**

★★★★☆
**Your Compatibility Score**

151. **Standard Member** ★☆☆☆☆ **sxyvxn1981**  About us and what we want


21 year old Man
21 year old Woman
Looking for Women
Living in Niles, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

152. **Standard Member** ★☆☆☆☆ **yngohiocpl13**  young open couple very curious and looking for fun


20 year old Man
27 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Girard, Ohio, United States
[invite to your network!]

📋
🎯 Add to Hotlist
😉 Send them a wink

153. **Standard Member** ★☆☆☆☆ **JDBK1426**  Outgoing couple looking for female


24 year old Man
21 year old Woman
Looking for Women
Living in Westlake, Ohio, United States
[invite to your network!]

📋
🎯 Add to Hotlist
😉 Send them a wink



154. **Standard Member** ★☆☆☆☆ **KN8477**  Couple looking for Girl to play with.


28 year old Man
20 year old Woman
Looking for Women
Living in Franklin, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink



155. **Standard Member** ★☆☆☆☆ **3sumlvrs2**  No strings attached

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

156. **Standard Member** ★☆☆☆☆ **rebelnurse69gal**  Need a gal to play....my man just watches





39 year old Man
21 year old Woman
Looking for Women
Living in Cadiz, Ohio, United States
[invite to your network!]

⌂ Add to Hotlist
☺ Send them a wink

---

157. **Standard Member** ★☆☆☆☆ **sunfire44129**  Let Us Please you and Make you moan with satisfaction



26 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

▤
⌂ Add to Hotlist
☺ Send them a wink

---

158. **Standard Member** ★☆☆☆☆ **lilsavychick**  Man & Woman Seeking Female Friend



21 year old Man
33 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

⌂ Add to Hotlist
☺ Send them a wink

---

159. **Standard Member** ★☆☆☆☆ **tonjam**  Young Couple looking for someone to enjoy



21 year old Man
19 year old Woman
Looking for Women
Living in Westlake, Ohio, United States
[invite to your network!]

⌂ Add to Hotlist
☺ Send them a wink

---

160. **Standard Member** ★☆☆☆☆ **elledunk469**  Looking for a hot chick to have a threesome with. Lots of fun and craziness.



24 year old Man
20 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

▤
⌂ Add to Hotlist
☺ Send them a wink

---

161. **Standard Member** ★☆☆☆☆ **1sexybia4u2share**  looking for some fun



24 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

⌂ Add to Hotlist
☺ Send them a wink

---

162. ★☆☆☆☆ **CuteNserriousCpl**  Cute and Clean couple

D000898

Couples (man and woman) Seeking Women in Ohio



21 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

163.  Standard Member  ★☆☆☆☆  **bicutie86**   Looking for a female to share wiht my fiance.



23 year old Man
19 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

164.  Standard Member  ★☆☆☆☆  **all4fun702**   Hey, whats going on. We're looking for fun



20 year old Man
21 year old Woman
Looking for Women
Living in Hilliard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

165.  Standard Member  ★☆☆☆☆  **ashandbrad**   young couple looking for a girl to join us for some fun



23 year old Man
21 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

166.  Standard Member  ★☆☆☆☆  **shaggynchocolate**   hot young couple seeks a playful girl, wiling to join



21 year old Man
21 year old Woman
Looking for Women
Living in Oberlin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

167.  Standard Member  ★☆☆☆☆  **justin_n_jeni**   Hi everyone! Just trying something new!



21 year old Man
22 year old Woman
Looking for Women or Couples (2 women)
Living in Greenville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

168.  ★☆☆☆☆  **ppiinnkk22**   looking for a friend and then some!

D000899



25 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]


 Add to Hotlist
Send them a wink

---

169. Standard Member  ★☆☆☆☆  **cutenyoungcpl2**  lookin to meet a woman to explore with



21 year old Man
21 year old Woman
Looking for Women
Living in Steubenville, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

170. Standard Member  ★☆☆☆☆  **3some327**  sweet funny loveing



21 year old Man
21 year old Woman
Looking for Women
Living in South Point, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

171. Standard Member  ★☆☆☆☆  **sirenisdemented**  Swinging Ohio Couple Seeks Same



29 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

172. Standard Member  ★☆☆☆☆  **hotncreamy05**  Hot couple seeking hot fun

23 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Hillsboro, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

173. Standard Member  ★☆☆☆☆  **sirtonys**  Northeast Ohio young couple seeking female partner.



20 year old Man
21 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

D000900

Couples (man and woman) Seeking Women in Ohio

174.  Standard Member  ★☆☆☆☆  **AliciaAndEric**  Couple Looking For Fun With Female


20 year old Man
20 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😉 Send them a wink

175.  Standard Member  ★☆☆☆☆  **yourboo69lover**  Couple looking for an extra ordinary experience


40 year old Man
21 year old Woman
Looking for Women
Living in Wellington, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😉 Send them a wink

176.  Standard Member  ★☆☆☆☆  **KissesNLicks_XoX**  Stuff about me


28 year old Man
21 year old Woman
Looking for Women
Living in Cuyahoga Falls, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😉 Send them a wink

177.  Standard Member  ★☆☆☆☆  **amandaandkyle**  hi we are looking for a women to have fun with!


20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😉 Send them a wink

178.  Standard Member  ★☆☆☆☆  **2youngnhorny4u**  looking for a woman to have fun with


20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😉 Send them a wink

179.  Standard Member  ★☆☆☆☆  **Kwiksilvrqt8**  Jason and Kendra are looking for a fun girl. R u her?


20 year old Man
20 year old Woman
Looking for Women
Living in Strongsville, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😉 Send them a wink

180.  ★☆☆☆☆  **clearacids**  Couple in Cincinnati

D000901



25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

📦 Add to Hotlist

😊 Send them a wink

View More Listings

**Home** 🔁 **My Account** **Browse** **Search** **Chat** **Groups** **Friends** **Hotlist** **Shop** **Get Local** **Magazine** **Blogs** **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000902



**AdultFriendFinder.com**
The World's Largest Sex & Swinger Personals site

( Let Standard Members Contact You! )

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

| Start New Search | Search Results |

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**



**FLT.com**
Fetish & BDSM
Lifestyles PERSONALS
**N NOW for FREE**

**Icon Key**
✔ Verified Member
📋 Personality Type
🎤 Voice Introduction
📹 Video Introduction
★★★★☆ Your Compatibility Score

181.  Standard Member  ★☆☆☆☆  **phinkster**   Very intelligent Curious Fun Couple

24 year old Man
21 year old Woman
Looking for Women
Living in Eaton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

182.  Standard Member  ★☆☆☆☆  **lilhoney19**   Girl looking for woman to help please her man

22 year old Man
19 year old Woman
Looking for Women
Living in Vandalia, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

183.  Standard Member  ★☆☆☆☆  **XperimentalOnes**   Curious couple in search of playmates!?!?!

33 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

📋
🏠 Add to Hotlist
😊 Send them a wink

184.  Standard Member  ★☆☆☆☆  **spider904**   Couple searching for play mate

46 year old Man
21 year old Woman
Looking for Women
Living in Defiance, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

185.  Standard Member  ★☆☆☆☆  **freakhoe5369**   A couple looking to have some fun!

24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Glenmont, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

186.  ★☆☆☆☆  **lilmomma1984**   couple seeking playmate

D000903



24 year old Man
21 year old Woman
Looking for Women
Living in Willoughby, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a
wink

---

187.  Standard Member   ★☆☆☆☆   **Muddhottie2**   Looking for fun!



20 year old Man
19 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Pedro, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

---

188.  Standard Member   ★☆☆☆☆   **exposd**   Looking For 3way Partner



19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

---

189.  Standard Member   ★☆☆☆☆   **minirisa77**   Looking for a good friend, and more



25 year old Man
21 year old Woman
Looking for Women
Living in Northwood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

---

190.  Standard Member   ★☆☆☆☆   **titsndick4u**   We wanna BEER, and we wanna see something
NAKED!!!!



21 year old Man
25 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Tipp City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

---

191.  Standard Member   ★☆☆☆☆   **bangmewife21**   Looking for Female for 3 way



23 year old Man
21 year old Woman
Looking for Women
Living in Bellefontaine, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

---

192.  Standard Member   ★☆☆☆☆   **lilhoney194**   Girl looking for a woman to help please her man

D000904



22 year old Man
19 year old Woman
Looking for Women
Living in Vandalia, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

193. Standard Member ★★★☆☆ **Luxaria43228**   married couple wanting to find other likeminded couples



21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

194. Standard Member ★☆☆☆☆ **funandnew1104**   Horny girl looken for another girl to join



25 year old Man
20 year old Woman
Looking for Women
Living in Stryker, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

195. Standard Member ★☆☆☆☆ **mandm8384**   Young couple looking for fun



22 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Seaman, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

196. Standard Member ★☆☆☆☆ **SeXyCoUpie8384**   Terria and reese



21 year old Man
21 year old Woman
Looking for Women
Living in Warren, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

197. Standard Member ★☆☆☆☆ **Kornfrker**   Looking for fun. Also to experiment



21 year old Man
20 year old Woman
Looking for Women
Living in Lancaster, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

198. ★☆☆☆☆ **br4ndon_j3nny**   Adorable couple looking for a girl

---



23 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

199. **Standard Member** ★☆☆☆☆ **sxygrl_44811**   Couple looking for a women to be with us both.



20 year old Man
21 year old Woman
Looking for Women
Living in Bellevue, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

200. **Standard Member** ★☆☆☆☆ **MattAndDawn**   M+F couple seeking another womans touch



20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

201. **Standard Member** ★☆☆☆☆ **slvrmstng**   couple lookin for fun



21 year old Man
21 year old Woman
Looking for Women
Living in Brook Park, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

202. **Standard Member** ★☆☆☆☆ **dickntater**   some thing new



21 year old Man
21 year old Woman
Looking for Women
Living in Wilmington, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

203. **Standard Member** ★☆☆☆☆ **Carter_635**   Need a threesome partner



26 year old Man
21 year old Woman
Looking for Women
Living in Morristown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

204.   ★☆☆☆☆ **2girlsandme2**   couple seeks a bi-sexual female up 4 some fun!!

D000906

...dultFriendFinder.com/n/memsearch.cgi?m=5...t_start_photo=&last_pos=183&lat=&lon=&gold_silver_only= (4 of 6)8/24/2005 11:50:44 AM



26 year old Man
20 year old Woman
Looking for Women
Living in Bellefontaine, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

205. **Standard Member**  ★☆☆☆☆ **AdamandJessi1** CPL Looking for good times



30 year old Man
20 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

206. **Standard Member**  ★☆☆☆☆ **CTownCouple69** We Need A Girl. ;-) Adult Friendfinder



22 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

207. **Standard Member**  ★☆☆☆☆ **WeWantAHotGurl** Hot Couple Seeking Hot Woman for Hot Sex!



22 year old Man
20 year old Woman
Looking for Women
Living in Mineral Ridge, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

208. **Standard Member**  ★☆☆☆☆ **lookin_4_3sum** Join in with us



21 year old Man
102 year old Woman
Looking for Women
Living in Vermilion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

209. **Standard Member**  ★☆☆☆☆ **FineChyna** Young Attractive Couple looking for a fm



21 year old Couple (man and woman)
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

210. ★☆☆☆☆ **pbnjsamichgyrl** One Night Stand

D000907



21 year old Couple (man and woman)
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist

Send them a
wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D000908

# AdultFriendFinder.com™

**The World's Largest Sex & Swinger Personals site**

Let Standard Members Contact You!

| me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help |

| **Start New Search** | **Search Results** |

## Couples (man and woman) Seeking Women in Ohio

---

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

**Icon Key**

☑ **Verified Member**

📋 **Personality Type**

🔊 **Voice introduction**

📹 **Video Introduction**

★★★★☆
**Your Compatibility Score**

211. | Standard Member | ★★★☆☆ | **MyHeartFolds**  Why wont anyone let my girlfriend suck them off?! | Last Visit: Today

Ask me for a photo

18 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Barberton, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

---

212. | Standard Member | ★☆☆☆☆ | **rexus06**  Couple seeking fun | Last Visit: Today

Ask me for a photo

27 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

📋
🔖 Add to Hotlist
😉 Send them a wink

---

213. | Standard Member | ★★☆☆☆ | **ryrynkatie**  Couple seeking older man or woman | Last Visit: Today

Ask me for a photo

24 year old Man
18 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

---

214. | Standard Member | ★★☆☆☆ | **explorers22000**  Come explore with us | Last Visit: Today

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Montpelier, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

---

215. | Standard Member | ★★★☆☆ | **krazykitten325**  Male and Female looking for some fun. If interested read on! | Last Visit: Within the last 3 days

Ask me for a photo

19 year old Man
18 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

---

216. | Standard | ★☆☆☆☆ | **missababyeddy**  Just curious | Last Visit: Within the last 3 days



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Brookpark, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

217. Standard Member ★☆☆☆☆ **sexy_couple_2055**   we are a couple looking for some fun. we are looking for women to have fun with the lady.

Last Visit: Within the last 3 days

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women or Couples (man and woman)
Living in Upper Sandusky, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

218. Standard Member ★☆☆☆☆ **azwei**   Thinking about swinging

Last Visit: Within the last 3 days

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cuyahoga Falls, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

219. Standard Member ★☆☆☆☆ **boyNgirl4hotfun**   Looking for fun in Ohio!

Last Visit: Within the last 3 days

Ask me for a photo

27 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Lewis Center, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

220. Standard Member ★☆☆☆☆ **kinkykittie83**   Couple looking for a bi woman. Someone erotic to join in on the fun!!!

Last Visit: Within the last 3 days

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Lorain, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

221. Standard Member ★☆☆☆☆ **tangee69**   Young couple looking for a woman to join them. lesbians, bi-sexuals females welcomed!

Last Visit: Within the last 3 days

Ask me for a photo

27 year old Man
20 year old Woman
Looking for Women
Living in West Chester, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

222. Standard Member ★☆☆☆☆ **enchanted_dragon**   COUPLE LOOKING FOR FUN

Last Visit: Within the last 3 days

D000910



20 year old Man
19 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

223. Standard Member ★☆☆☆☆ **funforyou1980** fun stay at home couple. but always having alot of fun there.

Last Visit: Within the last 3 days

Ask me for a photo

25 year old Man
19 year old Woman
Looking for Women
Living in Windham, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

224. Standard Member ★☆☆☆☆ **nautika3** looking for hot bi girl in dayton ohio

Last Visit: Within the last 3 days

Ask me for a photo

30 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

225. Standard Member ★☆☆☆☆ **nina3693** looking to have good time. cant wait see you soon!

Last Visit: Within the last 3 days

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Geneva, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

226. Standard Member ★☆☆☆☆ **kittykat9486** Sexy Couple Looking for a Woman For Fun

Last Visit: Within the last 3 days

Ask me for a photo

20 year old Man
18 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

227. Standard Member ★☆☆☆☆ **hornyone115** Couple looking for girl for 3some

Last Visit: Within the last 3 days

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

228. Standard Member ★☆☆☆☆ **1stymer1000** just a little curious and adventurous

Last Visit: Within the last 3 days

D000911



21 year old Man
21 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

229.  **Standard Member**  ★★★☆☆  **GahannaSexStars**   Love to screw in front of others    Last Visit: Within the last 3 days

21 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

230.  **Standard Member**  ★☆☆☆☆  **jenNJeffksu**   Hey here we are? Come and talk!    Last Visit: Within the last 3 days

29 year old Man
19 year old Woman
Looking for Women
Living in Kent, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

231.  **Standard Member**  ★☆☆☆☆  **wewantfun32**   Couple looking for fun    Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

232.  **Standard Member**  ★★★☆☆  **CuriusGeorgeand1**   we are a loving couple. we are also interested in trying new sexual situations.    Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

233.  **Standard Member**  ★☆☆☆☆  **2cute4werds**   Just looking for some fun. Clean, drug free women/couples only.    Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Amelia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

234.  **Standard Member**  ★★☆☆☆  **sexy_couple05**   L@@KING 2 Meet Interesting New PPL!!!!    Last Visit: Within the last day

D000912

...ht...d8inder.com/n/memsearch.cgi?m=5...t_start_photo=&last_pos=213&lat=&ion=&gold_silver_only= (4 of 6)8/24/2005 11:50:54 AM



23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in New Philadelphia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

235.  Standard Member    ★★☆☆☆    **browneyedcutie6**  Good looking young couple....    Last Visit: Within the last 3 days

25 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

236.  Standard Member    ★☆☆☆☆    **looking4fun2520**  We are a fun couple looking for something differnet to try. We both love having sex    Last Visit: Within the last 3 days

25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Patriot, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

237.  Standard Member    ★☆☆☆☆    **untamed_souls**  Experimenting threesomes!    Last Visit: Within the last 3 days

23 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

238.  Standard Member    ★☆☆☆☆    **sexycrissy22**  Couple Looking For A Woman    Last Visit: Within the last 3 days

22 year old Man
21 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

239.  Standard Member    ★★☆☆☆    **Lookin4FunPeeps**  Basically we're a couple wanting to try something new. Interested in people new to this whole th    Last Visit: Within the last 3 days

23 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

240.  Standard Member    ★☆☆☆☆    **ShibbznMe**  Always Looking for New Experiences!    Last Visit: Within the last day

D000913



21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

 Add to Hotlist

Send them a
wink

View More Listings

**Home**    **My Account**    **Browse**    **Search**    **Chat**    **Groups**    **Friends**    **Hotlist**    **Shop**    **Get Local**    **Magazine**    **Blogs**    **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000914

... '' ...-'--!--'friendfinder.com/p/memsearch.cgi?m=5...t_start_photo=&last_pos=213&lat=&lon=&gold_silver_only= (6 of 6)8/24/2005 11:50:54 AM

# AdultFriendFinder.com
### The World's Largest Sex & Swinger Personals site

Let Standard Members Contact You!

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

| Start New Search | Search Results |

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

**Icon Key**
☑ Verified Member
▤ Personality Type
🎤 Voice introduction
📹 Video Introduction
★★★★☆ Your Compatibility Score

241. | Standard Member | ★★☆☆☆ | **slyjen05**   We want to have a good time with a woman or a group. | Last Visit: Within the last 3 days

Ask me for a photo

24 year old Man
20 year old Woman
Looking for Men, Women, Groups or Couples (2 women)
Living in Zanesville, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😉 Send them a wink

242. | Standard Member | ★☆☆☆☆ | **curiouscouple436**   Shy couple needs exprecied woman | Last Visit: Within the last 3 days

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😉 Send them a wink

243. | Standard Member | ★☆☆☆☆ | **klmore**   young prof. couple looking for fun people to meet. | Last Visit: Within the last 3 days

Ask me for a photo

25 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😉 Send them a wink

244. | Standard Member | ★☆☆☆☆ | **OhighOFreaks**   we are a couple looking to experiment with an open minded woman. | Last Visit: Within the last 3 days

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Women
Living in Strongsville, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😉 Send them a wink

245. | Standard Member | ★☆☆☆☆ | **applesnspice**   Here for the ladies. For those who can't see our profile | Last Visit: Within the last 3 days

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Mount Vernon, Ohio, United States
[invite to your network!]

▤
🏮 Add to Hotlist
😉 Send them a wink

246. | Standard Member | ★☆☆☆☆ | **you4sex3**   looking for some fun. only with other female. | Last Visit: Within the last 3 days

D000915



21 year old Man
21 year old Woman
Looking for Women
Living in Huron, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

---

247. Standard Member

★☆☆☆☆ **wontyounow**   we are looking for something new. So let us know.

Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

---

248. Standard Member

★★☆☆☆ **bichickstr8dude**   Couple Seeks Toys...

Last Visit: This week

27 year old Man
21 year old Woman
Looking for Men or Women
Living in Lima, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

---

249. Standard Member

★☆☆☆☆ **funartcouple**   Using a feather = kinky ,Using the whole chicken = perverted

Last Visit: This week

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

📄
🔥 Add to Hotlist
😊 Send them a wink

---

250. Standard Member

★☆☆☆☆ **couple4U45368**   Looking for down to earth women that are local and like having fun

Last Visit: This week

20 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in South Charleston, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

---

251. Standard Member

★☆☆☆☆ **crazibabe1126**   She wants sex. I want to play

Last Visit: This week

20 year old Man
18 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Cuyahoga Falls, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

---

252. Standard Member

★☆☆☆☆ **horny_ohio_cpl69**   hey ladies

Last Visit: This week

D000916

Couples (man and woman) Seeking Women in Ohio



20 year old Man
20 year old Woman
Looking for Women
Living in Rittman, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

253. Standard Member ★☆☆☆☆ **KtHub27**   Married Cpl looking for a little extra fun. Single females no attachments.   Last Visit: This week

24 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

254. Standard Member ★☆☆☆☆ **jessnryan123**   Looking for a big lady to have some big fun with!   Last Visit: This week

23 year old Man
18 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

255. Standard Member ★☆☆☆☆ **pavil42**   Keep it real and have fun. We will do the rest for you.   Last Visit: This week

20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

256. Standard Member ★☆☆☆☆ **spankyme89234**   HI we are a hot couple looking for some fun. I hope your like us.   Last Visit: This week

21 year old Man
21 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

257. Standard Member ★☆☆☆☆ **marriedspider84**   married and looking   Last Visit: This week

21 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

258. Standard Member ★☆☆☆☆ **longdong44044**   Sexy couple looking for sexy female to play with   Last Visit: Th wee

D000917