

Ask me for a photo

18 year old Man
19 year old Woman
Looking for Women
Living in Grafton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

259. Standard Member ★☆☆☆☆ **islwyn** were a happy couple looking to satisfy a few desires. anyone interested? Last Visit: This week

Ask me for a photo

20 year old Man
18 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

260. Standard Member ★☆☆☆☆ **scrappie7** just curious to what is out there. we want nothing serious. Last Visit: This week

27 year old Man
20 year old Woman
Looking for Women
Living in Urbana, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

261. Standard Member ★☆☆☆☆ **ArnLorinOhio** Looking for local female for long term fun for us both Last Visit: This week

Ask me for a photo

47 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

262. Standard Member ★☆☆☆☆ **clubinman33** LOOKING for a girl with CONFIDENCE and a killer body Last Visit: This week

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in West Chester, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

263. Standard Member ★☆☆☆☆ **JCAW3181** hi, looking for a single person for group activities ;) Last Visit: This week

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

264. Standard Member ★☆☆☆☆ **curiouscpl84** Can U rock our world? Last Visit: This week

D000918



Ask me for a photo

29 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

265. Standard Member Youngcouple1716 Fun Couple!! Last Visit: This week

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Ashtabula, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

266. Standard Member fallen0892 we're looking for a playmate for her. Last Visit: This week

Ask me for a photo

30 year old Man
21 year old Woman
Looking for Women
Living in Cortland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

267. Standard Member ohiocouple410 Couple here looking for some innocent fun ;) Last Visit: This week

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Ashtabula, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

268. Standard Member cindyz3 Looking for a feminine female to have a sexual relationship and fun with. Last Visit: This week

Ask me for a photo

47 year old Man
21 year old Woman
Looking for Women
Living in Marysville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

269. Standard Member 2gd4u84 married couple looking for 1 on 1, or bi female for group sex. wife is bi husband is straight. Last Visit: This week

Ask me for a photo

29 year old Man
21 year old Woman
Looking for Women
Living in Hilliard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

270. Standard Member sexlovingcouple6 A curious couple looking for some fun Last Visit: Thi wee

D000919



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in West Union, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

VeriSign Secure Site
Click to verify

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D000920

AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

Get more Points!

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

Featured Members
Click here to get featured

Get Noticed!

Your Profile Highlighted

**Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.**

Highlight My Profile!

ALT.com Fetish & BDSM Lifestyles PERSONALS JOIN NOW for FREE

Icon Key
- Verified Member
- Personality Type
- Voice introduction
- Video Introduction
- Your Compatibility Score

Search Results

## Couples (man and woman) Seeking Women in Ohio

271. Standard Member — weRcurious81117 — Looking for some fun — Last Visit: This week

Ask me for a photo

19 year old Man
18 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

272. Standard Member — longpokey — Were two outgoing freaks that love fucking — Last Visit: This week

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

273. Standard Member — yourfantasy48 — We are a couple looking to have some fun in a different way. We are up to try new things. — Last Visit: This week

Ask me for a photo

19 year old Man
18 year old Woman
Looking for Women
Living in Conover, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

274. Standard Member — couple234fun — 20's Couple looking for 3-some or couples — Last Visit: Within the last 2 weeks

Ask me for a photo

21 year old Man
23 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

275. Standard Member — bigerap2000 — wear are the freaky ladies — Last Visit: Within the last 2 weeks

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

276. Standard Member — couples4fun1986 — Curious Fantasy — Last Visit: Within the last 2 weeks

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Marietta, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

277. Standard Member ★☆☆☆☆ **mysterio0310** looking for something interesting — Last Visit: Within the last 2 weeks

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

278. Standard Member ★☆☆☆☆ **Cobainscrotch** We love pussy. — Last Visit: Within the last 2 weeks

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

279. Standard Member ★☆☆☆☆ **jose42385** we are looking for a bi sexall female only. no men please — Last Visit: Within the last 2 weeks

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

280. Standard Member ★☆☆☆☆ **knkykat740** 20 yr. old, ohio couple, searching for extra........ — Last Visit: Within the last 2 weeks

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Marietta, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

281. Standard Member ★☆☆☆☆ **hot4yorpssy** We are a hot experimental couple looking for a lucky girl/women to share or fun with — Last Visit: Within the last 2 weeks

Ask me for a photo

24 year old Man
19 year old Woman
Looking for Women
Living in Canfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

282. Standard Member ★☆☆☆☆ **kennyandmari2** we are looking to just have the fantasy thing. we dont want anything long term. — Last Visit: Within the last 2 weeks

D000922

Ask me for a photo
21 year old Man
21 year old Woman
Looking for Women
Living in Ironton, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
283. Standard Member
OhioCouple86 Hello from Ohio
Couple86
Last Visit: Within the last 2 weeks
Ask me for a photo
22 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
284. Standard Member
biglovely27 cute couple looking for a girl to have a really good time.
Last Visit: Within the last 2 weeks
Ask me for a photo
20 year old Man
27 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
285. Standard Member
novemberbeech hello. how are you?
Last Visit: Within the last 2 weeks
Ask me for a photo
29 year old Man
18 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Celina, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
286. Standard Member
thefreak45804 Hey! We are looking for a fun female to help spice things up!! Want to play?
Last Visit: Within the last 2 weeks
Ask me for a photo
23 year old Man
21 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
287. Standard Member
justlookin774 justlookin
Last Visit: Within the last 2 weeks
Ask me for a photo
30 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
288. Standard Member
zell44256 Couple looking for a little extra fun
Last Visit: Within the last 2 weeks



Ask me for a photo

18 year old Man
19 year old Woman
Looking for Women
Living in Lakewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

289. Standard Member rasand456 Couple Looking For Girl For Fun
Last Visit: Within the last 2 weeks

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

290. Standard Member HotSexyCouple5 Seeking A Single Bi Female From Columbus
Last Visit: Within the last 2 weeks

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

291. Standard Member mandy1502 Were looking for a women. To join us. For sex
Last Visit: Within the last 2 weeks

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Milford, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

292. Standard Member Clickherehavefn3 Looking for women so we can play.
Last Visit: Within the last 2 weeks

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women
Living in Reynoldsburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

293. Standard Member utcrazies We are a long time dating couple. we'd both like to find a person or two to join us for a wild n
Last Visit: Within the last 2 weeks

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Men, Women or Groups
Living in Somewhere, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

294. Standard Member massivewang21 POW POW BAM BAM HORNY HORNY SPANK LONG AND THICK TIGHT AND WET BIG TITIES REDNECK DILDO
Last Visit: Within the last 2 weeks



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

295. Standard Member ★☆☆☆☆ **hooters08** Want beautiful girl for threesome. Mostly girl on girl. Last Visit: Within the last 2 weeks

Ask me for a photo

23 year old Man
19 year old Woman
Looking for Women
Living in Carey, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

296. Standard Member ★☆☆☆☆ **fun82times** Fun couple looking for more fun people. Last Visit: Within the last 2 weeks

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

297. Standard Member ★☆☆☆☆ **jayandlisa2** we want to explore with a willing female. give us a holler. Last Visit: Within the last 2 weeks

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Tiffin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

298. Standard Member ★★★☆☆ **farkerj** Young Couple seeks man or woman Last Visit: Within the last 2 weeks

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men or Women
Living in Wooster, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

299. Standard Member ★☆☆☆☆ **mjtaylor27** fun & games Last Visit: Within the last 2 weeks

Ask me for a photo

26 year old Man
21 year old Woman
Looking for Women
Living in Jewett, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

300. Standard Member ★☆☆☆☆ **darkjedijr** a curious couple. Looking for a nice girl to experiment with. Last Visit: Within the last 2 weeks

D000925



Couples (man and woman) Seeking Women in Ohio Case 2:09-cv-04607-MMB Document 149-1 Filed 05/10/13 Page 9 of 26

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

VeriSign Secure Site
Click to verify

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

http://search.adultfriendfinder.com/p/memsearch.cgi?m=5...t_start_photo=&last_pos=273&lat=&lon=&gold_silver_only= (6 of 6)8/24/2005 11:51:19 AM

D000926

Couples (man and woman) Seeking Women in Ohio Case 2:09-cv-04607-MMB Document 149-1 Filed 05/10/13 Page 10 of 26

AdultFriendFinder.com
The World's Largest Sex & Swinger Personals site
Let Standard Members Contact You!

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

Search Results

Featured Members
Click here to get featured

Get Noticed!
Your Profile Highlighted
Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.
Highlight My Profile!

ALT.com Fetish & BDSM Lifestyles PERSONALS JOIN NOW for FREE

Icon Key
- Verified Member
- Personality Type
- Voice introduction
- Video Introduction
- Your Compatibility Score

## Couples (man and woman) Seeking Women in Ohio

301. Standard Member — armajedon25 — Young fun couple looking for some more fun. Looking for single women. — Last Visit: Within the last month

Ask me for a photo
20 year old Man
20 year old Woman
Looking for Women
Living in Medway, Ohio, United States
[invite to your network!]
Add to Hotlist | Send them a wink

302. Standard Member — sweetnsexy950 — bi-curiouse 21 year old female. looking for a female. — Last Visit: Within the last month

Ask me for a photo
20 year old Man
21 year old Woman
Looking for Women
Living in New London, Ohio, United States
[invite to your network!]
Add to Hotlist | Send them a wink

303. Standard Member — unit576 — IF YOUR LOOKING FOR A HOTT TIME WERE WHAT YOUR LOOKING FOR — Last Visit: Within the last month

Ask me for a photo
29 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]
Add to Hotlist | Send them a wink

304. Standard Member — master_dragon69 — Couple looking to try new experiences. Females only please! — Last Visit: Within the last month

Ask me for a photo
20 year old Man
20 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]
Add to Hotlist | Send them a wink

305. Standard Member — nth101 — Just looking to share a good time with some one like you. — Last Visit: Within the last month

Ask me for a photo
27 year old Man
19 year old Woman
Looking for Women
Living in Eastlake, Ohio, United States
[invite to your network!]
Add to Hotlist | Send them a wink

306. Standard Member — colton86 — Looking for a young girl. I am ingaged. Were just looking for a good time — Last Visit: Within the last month

http://search.adultfriendfinder.com/p/memsearch.cgi?m=5...t_start_photo=&last_pos=303&lat=&lon=&gold_silver_only= (1 of 6)8/24/2005 11:51:32 AM

D000927



Ask me for a photo

18 year old Man
19 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

307. Standard Member ★☆☆☆☆ **TabbyKat09** Couple who likes to party. Looking for someone to "party" with.

Last Visit: Within the last month

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Lebanon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

308. Standard Member ★☆☆☆☆ **getred04** young couple just checking this out. might be fun.

Last Visit: Within the last month

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

309. Standard Member ★☆☆☆☆ **HornyMUCouple** Horny Couple

Last Visit: Within the last month

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Oxford, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

310. Standard Member ★☆☆☆☆ **pedro2692** looking for a good time

Last Visit: Within the last month

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Delphos, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

311. Standard Member ★☆☆☆☆ **hotcouple21282** Attractive couple seeks attractive woman. We are looking for the right woman to fulfill our fantasy.

Last Visit: Within the last month

Ask me for a photo

21 year old Man
28 year old Woman
Looking for Women
Living in Troy, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

312. Standard Member ★☆☆☆☆ **brianrseymour** Come play with us!!!

Last Visit: Within the last month



Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Ashtabula, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

313.  Standard Member    ★☆☆☆☆    **marriedncurious3**    Couple Seeks Woman    Last Visit: Within the last month

Ask me for a photo

25 year old Man
20 year old Woman
Looking for Women
Living in Wooster, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

314.  Standard Member    ★☆☆☆☆    **CoupleOfHotties0**    HoT YoUnG CoUpLe LoOkInG FoR A HoT YoUnG GiRl    Last Visit: Within the last month

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

315.  Standard Member    ★☆☆☆☆    **sexynymphocouple**    Looking for Fun    Last Visit: Within the last month

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

316.  Standard Member    ★☆☆☆☆    **sexy_cpl8202**    sexy couple looking for a girlfriend    Last Visit: Within the last month

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

317.  Standard Member    ★☆☆☆☆    **rebirth00000**    Maurice's personal info    Last Visit: Within the last month

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

318.  Standard Member    ★☆☆☆☆    **akronbi20f26m**    Akron Couple 4 fun    Last Visit: Within the last month

D000929



Ask me for a photo
27 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups, Couples (2 women) or TS/TV/TG
Living in Akron, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

319. Standard Member
hamiltoncpl4cpl Couple looking for friends and fun for long term
Last Visit: Within the last month
Ask me for a photo
21 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Hamilton, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

320. Standard Member
hotarmygrlfnd Looking to Please
Last Visit: Within the last month
Ask me for a photo
20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

321. Standard Member
beautifulone2003 Looking to meet curious women
Last Visit: Within the last month
Ask me for a photo
23 year old Man
20 year old Woman
Looking for Women
Living in North Ridgeville, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

322. Standard Member
GEO9099 Couple seeking bi female
Last Visit: Within the last month
Ask me for a photo
27 year old Man
21 year old Woman
Looking for Women
Living in Little Hocking, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

323. Standard Member
chrismoke777 looking for a girl to fuck me and my girlfriend.
Last Visit: Within the last month
Ask me for a photo
21 year old Man
21 year old Woman
Looking for Women
Living in Troy, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

324. Standard Member
hot_girl_and_guy Hot couple looking for third in New Mexico
Last Visit: Within the last month

D000930



Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

325. Standard Member ★☆☆☆☆ **blissfulmoments** curiousity doesn't kill the cat — Last Visit: Within the last month

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Perrysburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

326. Standard Member ★☆☆☆☆ **bpdd212** sexy couple seeking hot and sexy female — Last Visit: Within the last month

Ask me for a photo

21 year old Man
19 year old Woman
Looking for Women
Living in Trenton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

327. Standard Member ★☆☆☆☆ **1sexxyAZZcouple** We r a young couple lookin for a fun time. Seeking hot fuck buddies. — Last Visit: Within the last month

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Englewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

328. Standard Member ★★★☆☆ **nicecoupleoh** young married couple looking for a lil extra excitement. We are newbies and just checking it out — Last Visit: Within the last month

Ask me for a photo

20 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Painesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

329. Standard Member ★☆☆☆☆ **barbieandray** we are a couplelooking for fun. we are out going an fun to be with. — Last Visit: Within the last month

Ask me for a photo

23 year old Man
19 year old Woman
Looking for Women
Living in Cardington, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

330. Standard Member ★☆☆☆☆ **funcouple211984** Couple looking for fun — Last Visit: Within the last month

D000931

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Swanton, Ohio, United States
[invite to your network!]



Add to Hotlist

Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help




Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

AdultFriendFinder.com™

The World's Largest Sex & Swinger Personals site

Let Standard Members Contact You!

Start New Search

Featured Members

Click here to get featured

Get Noticed!

Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My Profile!

ALT.com Fetish & BDSM Lifestyles PERSONALS JOIN NOW for FREE

Icon Key

Verified Member

Personality Type

Voice introduction

Video Introduction

Your Compatibility Score

Search Results

## Couples (man and woman) Seeking Women in Ohio

331. Standard Member ★☆☆☆☆ **hazeleyedsexkiti** Hazel eyed luvr waiting for miss right — Last Visit: Within the last month

Ask me for a photo

36 year old Man
21 year old Woman
Looking for Women
Living in Hudson, Ohio, United States
[invite to your network!]

Add to Hotlist | Send them a wink

332. Standard Member ★☆☆☆☆ **Lilbabygirl_2005** Seeking woman to teach us things. No strings attached. — Last Visit: Within the last month

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist | Send them a wink

333. Standard Member ★☆☆☆☆ **cassiendewey** we are a couple looking to have some fun — Last Visit: Within the last month

25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in New Philadelphia, Ohio, United States
[invite to your network!]

Add to Hotlist | Send them a wink

334. Standard Member ★☆☆☆☆ **GimpieandPKT** Couple interested in finding another female for some extra fun — Last Visit: Within the last month

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

Add to Hotlist | Send them a wink

335. Standard Member ★☆☆☆☆ **ralphie224** We are a couple looking to get a little freaky. Hope you can help fullfill our fantasy! — Last Visit: Within the last month

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Ravenna, Ohio, United States
[invite to your network!]

Add to Hotlist | Send them a wink

336. Standard Member ★☆☆☆☆ **Funlovin_Cpl** Very Horny Fun Loving Couple — Last Visit: Within the last month



19 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

337. Standard Member ★☆☆☆☆ db3k Two Fast Too Curious — Last Visit: Within the last month

22 year old Man
18 year old Woman
Looking for Women or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

338. Standard Member ★☆☆☆☆ military5202 Need a little spice in our marriage! Can anyone help us? — Last Visit: Within the last month

23 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Mark Center, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

339. Standard Member ★☆☆☆☆ CleanFUCKnFUN CleanCrazySex — Last Visit: Within the last month

19 year old Man
19 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

340. Standard Member ★☆☆☆☆ sexymichelle84 Looking for someone to have some fun with me and my husband. — Last Visit: Within the last month

21 year old Man
21 year old Woman
Looking for Women
Living in Ironton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

341. Standard Member ★★★☆☆ Tenn2008 Young Couple looking for some fun — Last Visit: Within the last month

21 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Fairborn, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

342. Standard Member ★☆☆☆☆ yenvyme21 ME AND MY BOYFRIEND IS LOOKING FOR A BI-FEMALE THAT IS WILLING TO HAVE A THREESOME WITH US. — Last Visit: Within the last month

D000934



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

343. Standard Member ★☆☆☆☆ **Cumwithus6925** Cum play with us..

Last Visit: Within the last month

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

344. Standard Member ★☆☆☆☆ **scottsgirl3** hot sexy couple looking for hot sexy female

Last Visit: Within the last month

Ask me for a photo

21 year old Man
19 year old Woman
Looking for Women
Living in Trenton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

345. Standard Member ★★★☆☆ **TaJr** Me On him and me

Last Visit: Within the last month

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or TS/TV/TG
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

346. Standard Member ★☆☆☆☆ **hornycouple5020** a couple looking for a little late night fun. Online or in the bedroom.

Last Visit: Within the last month

Ask me for a photo

22 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

347. Standard Member ★☆☆☆☆ **horneygrl315** lookin for fun with another women with me and my man up for a anything

Last Visit: Within the last month

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Grafton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

348. Standard Member ★☆☆☆☆ **BikerMeetsBabe** Hello everyone, We Are looking for another couple or another female to make things interesting.

Last Visit: Within the last month

D000935



Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

349. Standard Member ★☆☆☆☆ **shirlynn2005** freindly and openminded, and just looking for friends to get together with, hang out with, have fun

Last Visit: Within the last month

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

350. Standard Member ★☆☆☆☆ **Circlelovers** Couple seeking sexy women

Last Visit: Within the last month

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

351. Standard Member ★☆☆☆☆ **cpllooking62** Couple to explore with anyone curious

Last Visit: Within the last month

Ask me for a photo

21 year old Man
30 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

352. Standard Member ★☆☆☆☆ **cassnjack** Kinky But Casual

Last Visit: Within the last month

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Jeffersonville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

353. Standard Member ★☆☆☆☆ **Voltron1137** We are looking for another women to join us for a change. And no, we don't look bad either ^.^

Last Visit: Within the last month

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

354. Standard Member ★☆☆☆☆ **truerider005** i want to fuck sweatly

Last Visit: Within the last month



19 year old Man
19 year old Woman
Looking for Women
Living in Harrison, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

355. Standard Member ★☆☆☆☆ **hardcore2221** hey were just looking for a good time — Last Visit: Within the last month

21 year old Man
22 year old Woman
Looking for Women
Living in Vandalia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

356. Standard Member ★☆☆☆☆ **drummerman21** cool couple — Last Visit: Within the last month

21 year old Man
21 year old Woman
Looking for Women
Living in Mount Gilead, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

357. Standard Member ★☆☆☆☆ **Ellelbird** Hot Couple seeks Submissive Asian for bedsport. YEAH. — Last Visit: Within the last month

26 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

358. Standard Member ★☆☆☆☆ **wolfman6543210** male female — Last Visit: Within the last month

19 year old Man
19 year old Woman
Looking for Women
Living in Goshen, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

359. Standard Member ★☆☆☆☆ **irishcab3** DO you want to have sex with us?!!?!? GIrls only — Last Visit: Within the last month

20 year old Man
19 year old Woman
Looking for Women
Living in Massillon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

360. Standard Member ★☆☆☆☆ **Burninghalogen** Make love to every moment, 19/M Looking for a good time — Last Visit: Within the last month

D000937



19 year old Man
19 year old Woman
Looking for Women
Living in Olmsted Falls, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

Get an Intensive Profile Edit

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

**Featured Members**

Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

**Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.**

Highlight My Profile!

ALT.com Fetish & BDSM Lifestyles PERSONALS JOIN NOW for FREE

**Icon Key**

- Verified Member
- Personality Type
- Voice introduction
- Video Introduction
- Your Compatibility Score

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

361. Standard Member ★☆☆☆☆ **naticouple2005** looking for a nice clean woman

Ask me for a photo

23 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

362. Standard Member ★☆☆☆☆ **firtsttimers1705** Curious First Time Couple seeking possibly experienced curious woman

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Piketon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

363. Standard Member ★☆☆☆☆ **Pstudandsxybaby2** Looking for bi-females for fun

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Women
Living in Fowler, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

364. Standard Member ★☆☆☆☆ **native2211** Need Some Aloha Hospitality?

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in New Carlisle, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

365. Standard Member ★☆☆☆☆ **clitlicker430** were looking for a women to have fun with and isnt afrraid to do about anything

Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

366. Standard Member ★☆☆☆☆ **PeachNPancakes** Soopa Kinky man and female lookin to hook up with someone on the side. no one has 2 know



22 year old Man
18 year old Woman
Looking for Women or Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

367. Standard Member ★☆☆☆☆ **ohkinkycpl** couple w/ bi fem seeking a friend(s) and playmate

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Women or Couples (2 women)
Living in Heath, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

368. Standard Member ★☆☆☆☆ **555ty** looking for a girl to have some fun or more............

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Mount Vernon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

369. Standard Member ★☆☆☆☆ **airforcec** couple seeks fun

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in WPAFB, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

370. Standard Member ★☆☆☆☆ **naztfuncouple18** a nazt couple

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

371. Standard Member ★★★☆☆ **frdlyyngcpl** Friendly couple in Ohio. Looking for other young people

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups or Couples (2 women)
Living in Fairborn, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

372. Standard Member ★☆☆☆☆ **questlove4** a Couple looking for fun

  


20 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

373. Standard Member ★☆☆☆☆ **CINCYCPL20** ARE U LOOKING FOR COUPLE FUN THEN PLZ. STOP IN

26 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

374. Standard Member ★☆☆☆☆ **mrjohnson15** me and baby looking for you

21 year old Man
21 year old Woman
Looking for Women
Living in Euclid, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

375. Standard Member ★☆☆☆☆ **bpdd213** couple seeking sexy female

21 year old Man
19 year old Woman
Looking for Women
Living in Trenton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

376. Standard Member ★☆☆☆☆ **DYNASTYCLAY** LOOKING 4 A GIRL . THAT LIKES GIRLS ALSO.

20 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

377. Standard Member ★☆☆☆☆ **elizabeth2573** Totally horny

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Springfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

378. Standard Member ★☆☆☆☆ **MILF2269** Hot and sexy couple looking for someone to play with us



Ask me for a photo

19 year old Man
22 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

379. Standard Member ★☆☆☆☆ **2freaks2handle21** we are a very happy couple lookin 2 have fun with another woman!

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

380. Standard Member ★★★☆☆ **ralphgable** Couple just looking around. Looking for new experiences.

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Springfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

381. Standard Member ★☆☆☆☆ **sexfreakcouple** Cum bring yourself out and play

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

382. Standard Member ★☆☆☆☆ **rjg692** good looking married couple looking for woman for possible 3 - some

Ask me for a photo

25 year old Man
19 year old Woman
Looking for Women
Living in Troy, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

383. Standard Member ★☆☆☆☆ **wannafuck21986** hi we are looking to have a bit of fun, not like a forever thing.

Ask me for a photo

19 year old Man
18 year old Woman
Looking for Women or Couples (2 women)
Living in Galion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

384. Standard Member ★☆☆☆☆ **sirendemented18** Bored Girl in Shelby Looking for a Friend





29 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

385. Standard Member ★☆☆☆☆ **defi1458** cerious and waiting

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Defiance, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

386. Standard Member ★☆☆☆☆ **Yayoprincess69** A lil about myself!

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in North Ridgeville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

387. Standard Member ★☆☆☆☆ **country516** Male and Female couple looking for female to have fun with.

Ask me for a photo

23 year old Man
20 year old Woman
Looking for Women
Living in Ironton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

388. Standard Member ★☆☆☆☆ **caucasianasian3** looking for fun

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

389. Standard Member ★☆☆☆☆ **babygirl44134** come meet us

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

390. Standard Member ★☆☆☆☆ **3sumfortheages** Hot new couple in Cincy looking to play and party