# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** ) | Civil Action No. 2:09-4607 |
| ) | |
| Plaintiffs, ) | |
| ) | **JUDGE MICHAEL M. BAYLSON** |
| -vs- ) | |
| ) | |
| **THE HONORABLE ERIC H. HOLDER, JR.,** ) | |
| Attorney General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## EXHIBITS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON THEIR FIRST AMENDMENT FACIAL OVERBREADTH AND FOURTH AMENDMENT CLAIMS

<u>/s/ J. Michael Murray</u>
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio 44113-1949
(216) 781-5245
(216) 781-8207 (Facsimile)

KEVIN E. RAPHAEL (72673)
KER@Pietragallo.com
J. PETER SHINDEL, JR. (201554)
JPS@Pietragallo.com
PIETRAGALLO GORDON ALFANO BOSICK
   & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
(215) 320-6200
(215) 981-0082 (Facsimile)

Attorneys for Plaintiffs