

22 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]



Add to Hotlist

Send them a wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000944

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals Site

**Let Standard Members Contact You!**    Hide

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**    **Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

391.   Standard Member   ★☆☆☆☆   **paulycrispy**   hey ladies my name is paul and her name is missy. we are looking for some fun with some cute ladies



**Get Noticed!**


Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women
Living in West Portsmouth, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**Your Profile Highlighted**

392.   Standard Member   ★☆☆☆☆   **ItsAllGood9912**   Heyo, Cleveland Ohio looking for some fun.

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.


Ask me for a photo

21 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Independence, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**Highlight My** 

393.   Standard Member   ★☆☆☆☆   **stad3358**   Tryin to make his wishes come true

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

Ask me for a photo

20 year old Man
18 year old Woman
Looking for Women
Living in Pickerington, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**Icon Key**

394.   Standard Member   ★★☆☆☆   **nwohiobicpl4now**   sexual cpl for fun

 **Verified Member**
 **Personality Type**
**Voice introduction**
**Video Introduction**
★★★★☆
 **Your Compatibility Score**

Ask me for a photo

24 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Defiance, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

395.   Standard Member   ★☆☆☆☆   **singleladiesonly**   couple looking for single lesbian

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Racine, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

396.   Standard Member   ★☆☆☆☆   **pricanmaminblkpa**   Couple looking for a female to have fun with

D000945



20 year old Man
20 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

397. Standard Member   ★☆☆☆☆  **donanbecky**   we lookin for a threesome

22 year old Man
21 year old Woman
Looking for Women
Living in Lakewood, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

398. Standard Member   ★☆☆☆☆  **patandheather**   Looking for female for 3some

22 year old Man
20 year old Woman
Looking for Women
Living in Newton Falls, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

399. Standard Member   ★☆☆☆☆  **lickinyou692**   We want a Threesome

20 year old Man
20 year old Woman
Looking for Women
Living in North Ridgeville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

400. Standard Member   ★☆☆☆☆  **blondewithana**   We are a friendly Ohio couple looking for a women to join us in bed.

21 year old Man
20 year old Woman
Looking for Women
Living in Cleves, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

401. Standard Member   ★☆☆☆☆  **TALCHz**   hello my wife and i r looking for a good time and a new thing to get in to

23 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

402. Standard Member   ★☆☆☆☆  **jfyfework**   Male and couple looking for fun

D000946



23 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

403. Standard Member    ★★★☆☆  **jager1986**   hey whats up. ready to have some fun.

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Cleveland, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

404. Standard Member    ★☆☆☆☆  **Formed2This**   It's hard finding friends who are into what we are into. We decided to try this.

20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

405. Standard Member    ★☆☆☆☆  **judoka_joe3**   We are a fun couple just trying out new experience. And we are looking for just women.

20 year old Man
23 year old Woman
Looking for Women
Living in Marysville, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

406. Standard Member    ★☆☆☆☆  **curiouscouple410**   We're a cute couple who are looking for a lil extra fun. She's looking for first Bi-sexual e

20 year old Man
30 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

407. Standard Member    ★☆☆☆☆  **thefreakyones3**   we are a fun couple. looking for a sexy woman.

22 year old Man
19 year old Woman
Looking for Women
Living in Martins Ferry, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

408. Standard Member    ★☆☆☆☆  **soniaNlover**   We are looking for a new playmate

D000947



28 year old Man
21 year old Woman
Looking for Women
Living in Bellevue, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

409.   Standard Member   ★★★☆☆   **sexififi**   We're looking for lots of fun. Are you the one?!

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Rittman, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

410.   Standard Member   ★☆☆☆☆   **Bonechewer2on1**   Just wanting to have some fun

23 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

411.   Standard Member   ★☆☆☆☆   **sexycouple4u4fn2**   Looking for some fun. We are here to play

25 year old Man
19 year old Woman
Looking for Women
Living in Woodville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

412.   Standard Member   ★★☆☆☆   **wetnwildcpl22**   Couple Looking for some fun. Please helps us have some fun with you!!!

22 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

413.   Standard Member   ★☆☆☆☆   **lookn4nookey**   looking 4 discret sex with no attachment

30 year old Man
20 year old Woman
Looking for Women
Living in Newton Falls, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

414.   Standard   ★☆☆☆☆   **bicouple20034**   bicouple seeking female for threesome

D000948



29 year old Man
18 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

415. **Standard Member**   ★☆☆☆☆  **45581984**   Couple interested in trying threesome

24 year old Man
21 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

416. **Standard Member**   ★☆☆☆☆  **SmoothTalker513**   Gr8 Couple for sex and fun

21 year old Man
21 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

417. **Standard Member**   ★☆☆☆☆  **RBAC69**   curious couple

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Seaman, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

418. **Standard Member**   ★☆☆☆☆  **sweetcouple13**   sweet attractive couple. looking for sweet 18-30 female.

29 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

419. **Standard Member**   ★☆☆☆☆  **bday3some**   Seeking 3some

22 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

420. **Standard Member**   ★☆☆☆☆  **Skye1984**   Hello ,i am skye1084! We would love to have some erotic fun!

D000949



Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

| Home | | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help |



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Hide

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D000950

# AdultFriendFinder.com™

The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

ne | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

## Start New Search

## Search Results

### Couples (man and woman) Seeking Women in Ohio

**Featured Members**

Click here to get featured

**Get Noticed!**


**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

**Icon Key**


- ✓ Verified Member
- ▤ Personality Type
- Voice introduction
- Video Introduction

★★★★☆
**Your Compatibility Score**

---

421. Standard Member | ★☆☆☆☆ **princessshadyone** looking to be spoiled by the best of both worlds?? Looking for sexy sweet female to spoil

Ask me for a photo

19 year old Man
25 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

422. Standard Member | ★☆☆☆☆ **funinparma** Looking for some fun

Ask me for a photo

21 year old Man
30 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

423. Standard Member | ★☆☆☆☆ **need2pleasemyman** seeking attractive woman to help me spice it up with my man

Ask me for a photo

20 year old Man
18 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

424. Standard Member | ★☆☆☆☆ **ineed_some_pussy** We are looking for a girl for a real meet for me and him

Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Chillicothe, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

425. Standard Member | ★☆☆☆☆ **waiting4u172** waiting for a partner for fun nites.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Steubenville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

426.  Standard Member | ★★★☆☆ **TeaseNBPleased** RELAX...Take a DEEP breath...R U READY 4 THIS?!

D000951



21 year old Man
30 year old Woman
Looking for Men, Women, Couples (man and woman), Groups
or Couples (2 women)
Living in Painesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

427. Standard Member  ★☆☆☆☆  **mastersslave3**   DOM looking for subs

48 year old Man
20 year old Woman
Looking for Women
Living in Piqua, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

428. Standard Member  ★☆☆☆☆  **Robi2085**   Young hot couple looking for a third party (female only).
We want a women willing to get wild.

20 year old Man
20 year old Woman
Looking for Women
Living in Elyria, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

429. Standard Member  ★★☆☆☆  **joenmeg**   hello just looking for some exciting fun times

22 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Danville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

430. Standard Member  ★☆☆☆☆  **kinkycouple19N23**   petite,busty,hotty and well hung,hunk lookin 4
kinkyplaymate

24 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

431. Standard Member  ★☆☆☆☆  **funtime8687**   Couple looking for woman...

18 year old Man
18 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

432. Standard Member  ★☆☆☆☆  **excitment21**   LOOKING FOR A CUTE CHICK

D000952



25 year old Man
21 year old Woman
Looking for Women
Living in Thornville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

433. Standard Member   ★☆☆☆☆   **ddreams3**   Hello, nice shoes. Wanna fuck?

21 year old Man
19 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

434. Standard Member   ★☆☆☆☆   **Marioncouple2**   Just a couple looking for a little something extra. Nothing really long term unless we reallly like

21 year old Man
20 year old Woman
Looking for Women
Living in Marion, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

435. Standard Member   ★☆☆☆☆   **SexyNichole3**   Married Couple seking another couple or an adventurous woman

26 year old Man
20 year old Woman
Looking for Women
Living in Wooster, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

436. Standard Member   ★☆☆☆☆   **Christina4U690**   My name is Christina and I am looking for another woman. To join me and my b/f or one on one.

21 year old Man
22 year old Woman
Looking for Women
Living in Franklin, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

437. Standard Member   ★☆☆☆☆   **freakycouple52**   married couple looking bi woman for some adult fun

29 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

438. Standard Member   ★☆☆☆☆   **skulldaddy1983**   couple looking for fun. just want to try new things and meet new people.

D000953



21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Barberton, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

439. Standard Member   ★☆☆☆☆ **PussyLickers45**   Interested Couple Looking For Female

19 year old Man
19 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

440. Standard Member   ★☆☆☆☆ **lilgun2**   We are a couple looking for fun

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Sidney, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

441. Standard Member   ★☆☆☆☆ **large2444**   looking for group sex

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Mount Orab, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

442. Standard Member   ★☆☆☆☆ **welovetoeatalot**   Meeting us

28 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

443. Standard Member   ★★★☆☆ **ohiocouple20**   We are curious swingers. We've never done it.

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Hamilton, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

444. Standard Member   ★☆☆☆☆ **iceicebaby0122**   fun couple

D000954



21 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

445.   Standard Member   ★☆☆☆☆   **CutieGirl116**   Man Trying to get women for bi experience

21 year old Man
18 year old Woman
Looking for Women
Living in Miamisburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

446.   Standard Member   ★☆☆☆☆   **Wolf2215**   Nympho and Hard Body looking for fun

23 year old Man
21 year old Woman
Looking for Women
Living in Eastlake, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

447.   Standard Member   ★☆☆☆☆   **WEGOTWHATYOUWANT**   WEGOTWHATYOUWANT

24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Macedonia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

448.   Standard Member   ★☆☆☆☆   **tessapike**   Curious.. looking for some fun

25 year old Man
20 year old Woman
Looking for Women
Living in North Olmsted, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

449.   Standard Member   ★☆☆☆☆   **Kaiser419**   Bored man looking for new thrills.

20 year old Man
21 year old Woman
Looking for Women
Living in Defiance, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

450.   Standard Member   ★☆☆☆☆   **younglooking4you**   Young couple looking for same. Willing to travel within reason.

D000955



22 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

 Add to Hotlist

Send them a wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000956

Couples (man and woman) Seeking Women in Ohio

# AdultFriendFinder.com
The World's Largest Sex & Swinger Personals site

**Get a Private Chat Room!**

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

| **Start New Search** | **Search Results** |

## Couples (man and woman) Seeking Women in Ohio

### Featured Members
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

### Icon Key
- ☑ **Verified Member**
- ▤ **Personality Type**
- ◉ **Voice introduction**
- ◉ **Video Introduction**
- ★★★★☆ **Your Compatibility Score**

---

**451.** Standard Member ★☆☆☆☆ **cutiepieforgirls**   Cute couple seeking girls or another couple

Ask me for a photo

32 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Orient, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**452.** Standard Member ★☆☆☆☆ **ruffshore540**   My Lose I Regained

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Willard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**453.** Standard Member ★☆☆☆☆ **luvlessharlot66**   well we want to experemen with another women together this will be her first

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Canal Fulton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**454.** Standard Member ★☆☆☆☆ **Cole834**   Welcome to the wonderful world of Cole =)

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Lewis Center, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**455.** Standard Member ★☆☆☆☆ **oversexedhubby**   sluttywifeoversexedhusband

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Warren, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**456.** Standard Member ★☆☆☆☆ **bigdickpappy**   a couple lookin for something different

---



20 year old Man
20 year old Woman
Looking for Women
Living in Ironton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

457. Standard Member    ★★☆☆☆    **deadlyteabag**    Curious couple is looking to learn.

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Couples (2 women) or Couples (2 men)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

458. Standard Member    ★☆☆☆☆    **afrogger**    I am interested in trying new things. I have fantasies that I would like to fill for both me and him

20 year old Man
20 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

459. Standard Member    ★☆☆☆☆    **DILLGAME**    JUST WANT TO TRY THINGS WITH PEOPLE THAT CAN KEEP UP

22 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

460. Standard Member    ★☆☆☆☆    **thogg033**    Getting Married but want to try 3 some once

28 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

461. Standard Member    ★☆☆☆☆    **SexeeTink**    Looking for nice girl to join us for our first threesome experience.



21 year old Man
20 year old Woman
Looking for Women
Living in Fairfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

462.    ★☆☆☆☆    **couple4fem3**    Just moved back to Ohio and am lonley

D000958



Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Bellefontaine, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

463. Standard Member ★☆☆☆☆ **BigD6928**   want to play with me?

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Granville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

464. Standard Member ★☆☆☆☆ **BuckMannandwoman**   Mr and Mrs looking for an extra miss or ms

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

465. Standard Member ★☆☆☆☆ **qtkitty1331**   Wild and sexy

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in New Philadelphia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

466. Standard Member ★☆☆☆☆ **2Hot4u2Handle218**   Are you Ready to see a Piece of Heaven?.... Come an Let me take you there.....

Ask me for a photo

27 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

467. Standard Member ★☆☆☆☆ **nympho_lovers**   Looking for a attractive girl to have some fun with. . . Some one with a nice ass.

Ask me for a photo

19 year old Man
18 year old Woman
Looking for Women
Living in Cleves, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

468. Standard Member ★☆☆☆☆ **crzylvrzneedspce**   couple for 3 years(woman looking for a sex partner for her man)

D000959



30 year old Man
19 year old Woman
Looking for Women
Living in Germantown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

469. Standard Member

★☆☆☆☆   **mandee86**   I'm a gorgeous fun loving female looking for another lady to have fun with me and my man, :)

22 year old Man
18 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

470. Standard Member

★★☆☆☆   **yngcouple2321**   young ohio couple looking for fun

23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

471. Standard Member

★☆☆☆☆   **ganja_kinks**   Married couple Wants Oriental Submissive partner!

26 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

472. Standard Member

★☆☆☆☆   **readykitty**   Looking for another kitty to play with fianci

23 year old Man
21 year old Woman
Looking for Women
Living in Perrysburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

473. Standard Member

★☆☆☆☆   **youngnewswingers**   just lookin for a good time

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

474. Standard Member

★☆☆☆☆   **some24lovin**   We are a young engaged couple who wants a fun loving girl to help us celebrate our anniversary!

D000960



23 year old Man
19 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

475.   Standard Member   ★☆☆☆☆   **JennaNFrankie**   hey were looking for some fun.....

23 year old Man
18 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

476.   Standard Member   ★☆☆☆☆   **Cincy2forU**   CincyLovers

20 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

477.   Standard Member   ★☆☆☆☆   **t4j182004**   Couple Looking For A Female

22 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

478.   Standard Member   ★☆☆☆☆   **lookingfor332**   i like to eat just as well as she does. you might want to keep or catch up.

20 year old Man
20 year old Woman
Looking for Women
Living in Jefferson, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

479.   Standard Member   ★☆☆☆☆   **wootwootwoot13**   woooooooooooooooooot

21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

480.   Standard Member   ★☆☆☆☆   **yezpleeze**   Lookin ta experiment...



20 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist

Send them a wink

View More Listings

**Home**    **My Account**    **Browse**    **Search**    **Chat**    **Groups**    **Friends**    **Hotlist**    **Shop**    **Get Local**    **Magazine**    **Blogs**    **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D000962

# AdultFriendFinder.com
The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

me | 🔧 | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help**

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**

✔ **Verified Member**
📄 **Personality Type**
🎤 **Voice introduction**
📹 **Video Introduction**
★★★★☆
**Your Compatibility Score**

481. Standard Member — ★☆☆☆☆ **mikew0417**   24 YEAR OLD MAN LOOKING FOR GOOD TIME

Ask me for a photo

26 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

482. Standard Member — ★☆☆☆☆ **lisha20**   couple seeking bi-female for 3-some

Ask me for a photo

30 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

483. Standard Member — ★☆☆☆☆ **SaintHex**   A couple looking to have some more fun. Open to suggestions

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Cincinnati, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

484. Standard Member — ★☆☆☆☆ **Country_Couple5**   Come And Check Us Out. You Might Find Something You Like

Ask me for a photo

27 year old Man
18 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Orient, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

485. Standard Member — ★☆☆☆☆ **falloutboygirl**   We want couples or females

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Wauseon, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

486. Standard Member — ★☆☆☆☆ **bigurlnhubby**   We are a couple in the cinci area. We are looking for a friend in and out of the bedroom.

D000963



22 year old Man
21 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

487. Standard Member ★☆☆☆☆ **b0226**   we are a couple looking to expand are sexaul relationsh



31 year old Man
21 year old Woman
Looking for Women
Living in Racine, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

488. Standard Member ★☆☆☆☆ **woundeddreamer68**   Let me introduce u to the pink taco stand :)

Ask me for a photo

35 year old Man
19 year old Woman
Looking for Women
Living in Reynoldsburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

489. Standard Member ★☆☆☆☆ **GlamourRebel**   Fine ass couple. Looking for fun.



24 year old Man
21 year old Woman
Looking for Women
Living in Grove City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

490. Standard Member ★☆☆☆☆ **stormysky**   Hi we would like to meet a woman to have fun with.



32 year old Man
21 year old Woman
Looking for Women
Living in Scio, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

491. Standard Member ★☆☆☆☆ **sandstorm0**   Tall good looking male beautiful wife

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Twinsburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

492. Standard Member ★☆☆☆☆ **letsgetwild692**   a couple just looking to experience new things.



**Ask me for a photo**
20 year old Man
21 year old Woman
Looking for Women
Living in Wauseon, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

---

493. **Standard Member**
★☆☆☆☆ **lookin_4_somfun**    looking for some fun

**Ask me for a photo**
26 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Killbuck, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

---

494. **Standard Member**
★☆☆☆☆ **n2fun2tou**    We are a young energetic couple from ohio. Looking for a beutiful woman to spend time with.

**Ask me for a photo**
26 year old Man
18 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

---

495. **Standard Member**
★☆☆☆☆ **manda221**    new and looking for fun

**Ask me for a photo**
25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Toledo, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

---

496. **Standard Member**
★☆☆☆☆ **jcohiocpl**    southern ohio cpl looking for first experience

**Ask me for a photo**
29 year old Man
21 year old Woman
Looking for Women
Living in Hillsboro, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

---

497. **Standard Member**
★★★★☆ **Crazylove07**    Looking for a Well Endowed Male or Couple for ???

**Ask me for a photo**
20 year old Couple (man and woman)
Looking for Men, Women, Couples (man and woman) or Groups
Living in Columbus Area, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

---

498. **Standard Member**
★☆☆☆☆ **ridered84**    Me and my fiance would like to have a threesome with another female that she and i both approve of .

D000965



21 year old Man
22 year old Woman
Looking for Women
Living in Swanton, Ohio, United States
[invite to your network!]



🔲 Add to Hotlist

😊 Send them a wink

---

499. **Standard Member** ★☆☆☆☆ **KtPro1**   Married Couple Looking for Extra Female Fun!



Ask me for a photo

24 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist

😊 Send them a wink

---

500. **Standard Member** ★☆☆☆☆ **614couple**   Life is short, have fun now. We love to have fun and live life to the fullest

Ask me for a photo

22 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist

😊 Send them a wink

---

501. **Standard Member** ★☆☆☆☆ **funstuff6niner**   Lookin' for love.



Ask me for a photo

19 year old Man
21 year old Woman
Looking for Women
Living in Barnesville, Ohio, United States
[invite to your network!]



🔲 Add to Hotlist

😊 Send them a wink

---

502. **Standard Member** ★☆☆☆☆ **punk927**   Couple Seeking Extra Woman

Ask me for a photo

20 year old Man
18 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist

😊 Send them a wink

---

503. **Standard Member** ★☆☆☆☆ **Foot873**   Looking for fun. Open to fetishes



Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Amherst, Ohio, United States
[invite to your network!]



🔲 Add to Hotlist

😊 Send them a wink

---

504. **Standard Member** ★☆☆☆☆ **amberandchris666**   First timers looking for 3some with girl

D000966



20 year old Man
20 year old Woman
Looking for Women
Living in Batavia, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

505. Standard Member  ★☆☆☆☆ **eatmywifespussyP**  We are a young couple wanting some fun with a female. My wife wants it bad!

22 year old Man
21 year old Woman
Looking for Women
Living in Avon, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

506. Standard Member  ★☆☆☆☆ **Heythere324**  Hey 1 guy 1 girl looking for girl!!

19 year old Man
19 year old Woman
Looking for Women
Living in Bellevue, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

507. Standard Member  ★☆☆☆☆ **nakedbihottie**  curious and willing

22 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

508. Standard Member  ★☆☆☆☆ **RageRecordsCEO**  Young Couple Looking For Young Woman

20 year old Man
19 year old Woman
Looking for Women
Living in Barberton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

509. Standard Member  ★☆☆☆☆ **jekneepooh1031**  Couple looking for someone for a fun time. Must not want anything serious.

20 year old Man
27 year old Woman
Looking for Women or Couples (2 women)
Living in Lima, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

510. Standard Member  ★☆☆☆☆ **horneywife20**  Cute Young Wife

D000967



Ask me for a photo

26 year old Man
20 year old Woman
Looking for Women
Living in Wooster, Ohio, United States
[invite to your network!]



Add to Hotlist

Send them a wink

View More Listings

**Home** | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000968

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

Let Standard Members Contact You!

ne | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

| **Start New Search** | **Search Results** |
|---|---|

## Couples (man and woman) Seeking Women in Ohio

### Featured Members
Click here to get featured



**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.


**Highlight My Profile**


**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

### Icon Key

 **Verified Member**

 **Personality Type**

 **Voice introduction**

 **Video Introduction**

★★★★☆
**Your Compatibility Score**

---

511. Standard Member — ★☆☆☆☆ **jeremymary** hello just looking for some fun if u know what i mean


Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Ironton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

512. Standard Member — ★☆☆☆☆ **ontheside514** looking to get a little crazy?


Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Gambier, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

513. Standard Member — ★☆☆☆☆ **24jg24** Engaged couple looking for commited couple or woman. Never done this before. Just expirementing.


Ask me for a photo

21 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Carrollton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

514. Standard Member — ★☆☆☆☆ **hot22and21** horny and wanna have fun!

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

515. Standard Member — ★☆☆☆☆ **boyzangel69** Couple seeking good looking young female for 3some fantacy

Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

516.  Standard Member — ★☆☆☆☆ **tease8283** We are a sexy young couple. We are kinky and we are looking for some sexy young ladies to enjoy us!

D000969