Table 2.
## Population by Age and Sex: 2000 and 2010
(For information on confidentiality protection, nonsampling error, and definitions, see www.census.gov/prod/cen2010/doc/sf1.pdf)

| Age | 2000 | | | 2010 | | | Percent change, 2000 to 2010 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Both sexes | Male | Female | Both sexes | Male | Female | Both sexes | Male | Female |
| All ages . . . . . . . . | 281,421,906 | 138,053,563 | 143,368,343 | 308,745,538 | 151,781,326 | 156,964,212 | 9.7 | 9.9 | 9.5 |
| Under 5 years . . . . . . . | 19,175,798 | 9,810,733 | 9,365,065 | 20,201,362 | 10,319,427 | 9,881,935 | 5.3 | 5.2 | 5.5 |
| 5 to 9 years . . . . . . . . | 20,549,505 | 10,523,277 | 10,026,228 | 20,348,657 | 10,389,638 | 9,959,019 | −1.0 | −1.3 | −0.7 |
| 10 to 14 years . . . . . . . | 20,528,072 | 10,520,197 | 10,007,875 | 20,677,194 | 10,579,862 | 10,097,332 | 0.7 | 0.6 | 0.9 |
| 15 to 19 years . . . . . . . | 20,219,890 | 10,391,004 | 9,828,886 | 22,040,343 | 11,303,666 | 10,736,677 | 9.0 | 8.8 | 9.2 |
| 20 to 24 years . . . . . . . | 18,964,001 | 9,687,814 | 9,276,187 | 21,585,999 | 11,014,176 | 10,571,823 | 13.8 | 13.7 | 14.0 |
| 25 to 29 years . . . . . . . | 19,381,336 | 9,798,760 | 9,582,576 | 21,101,849 | 10,635,591 | 10,466,258 | 8.9 | 8.5 | 9.2 |
| 30 to 34 years . . . . . . . | 20,510,388 | 10,321,769 | 10,188,619 | 19,962,099 | 9,996,500 | 9,965,599 | −2.7 | −3.2 | −2.2 |
| 35 to 39 years . . . . . . . | 22,706,664 | 11,318,696 | 11,387,968 | 20,179,642 | 10,042,022 | 10,137,620 | −11.1 | −11.3 | −11.0 |
| 40 to 44 years . . . . . . . | 22,441,863 | 11,129,102 | 11,312,761 | 20,890,964 | 10,393,977 | 10,496,987 | −6.9 | −6.6 | −7.2 |
| 45 to 49 years . . . . . . . | 20,092,404 | 9,889,506 | 10,202,898 | 22,708,591 | 11,209,085 | 11,499,506 | 13.0 | 13.3 | 12.7 |
| 50 to 54 years . . . . . . . | 17,585,548 | 8,607,724 | 8,977,824 | 22,298,125 | 10,933,274 | 11,364,851 | 26.8 | 27.0 | 26.6 |
| 55 to 59 years . . . . . . . | 13,469,237 | 6,508,729 | 6,960,508 | 19,664,805 | 9,523,648 | 10,141,157 | 46.0 | 46.3 | 45.7 |
| 60 to 64 years . . . . . . . | 10,805,447 | 5,136,627 | 5,668,820 | 16,817,924 | 8,077,500 | 8,740,424 | 55.6 | 57.3 | 54.2 |
| 65 to 69 years . . . . . . . | 9,533,545 | 4,400,362 | 5,133,183 | 12,435,263 | 5,852,547 | 6,582,716 | 30.4 | 33.0 | 28.2 |
| 70 to 74 years . . . . . . . | 8,857,441 | 3,902,912 | 4,954,529 | 9,278,166 | 4,243,972 | 5,034,194 | 4.7 | 8.7 | 1.6 |
| 75 to 79 years . . . . . . . | 7,415,813 | 3,044,456 | 4,371,357 | 7,317,795 | 3,182,388 | 4,135,407 | −1.3 | 4.5 | −5.4 |
| 80 to 84 years . . . . . . . | 4,945,367 | 1,834,897 | 3,110,470 | 5,743,327 | 2,294,374 | 3,448,953 | 16.1 | 25.0 | 10.9 |
| 85 to 89 years . . . . . . . | 2,789,818 | 876,501 | 1,913,317 | 3,620,459 | 1,273,867 | 2,346,592 | 29.8 | 45.3 | 22.6 |
| 90 to 94 years . . . . . . . | 1,112,531 | 282,325 | 830,206 | 1,448,366 | 424,387 | 1,023,979 | 30.2 | 50.3 | 23.3 |
| 95 to 99 years . . . . . . . | 286,784 | 58,115 | 228,669 | 371,244 | 82,263 | 288,981 | 29.5 | 41.6 | 26.4 |
| 100 years and over . . . | 50,454 | 10,057 | 40,397 | 53,364 | 9,162 | 44,202 | 5.8 | −8.9 | 9.4 |
| Median age . . . . . . . . . | 35.3 | 34.0 | 36.5 | 37.2 | 35.8 | 38.5 | (X) | (X) | (X) |

(X) Not applicable

Sources: U.S. Census Bureau, *Census 2000 Summary File 1* and *2010 Census Summary File 1*.

and women also impact another important indicator of population composition, the sex ratio.

### Faster growth in the male population led to increased sex ratios.

The sex ratio is a common measure used to describe the balance between males and females in the population. It is defined as the number of males per 100 females. A sex ratio of exactly 100 would indicate an equal number of males and females, with a sex ratio under 100 indicating a greater number of females. The sex ratio at birth in the United States has been around 105 males for every 100 females, however, since mortality at every age is generally higher for males, the sex ratio naturally declines with age. This tendency progresses through ages 85 and above where there are considerably more surviving women. These trends result in more males at younger ages and more females at older ages. Sex ratios can vary from these patterns for many reasons such as the impact of international or domestic migration on a population or features of the geographic location (for example, the existence of college student housing or military facilities).

In 2010, there were 96.7 males per 100 females, an increase from 2000 when the sex ratio was 96.3 males per 100 females, resulting from a greater increase of males than females over the decade. Looking at five-year age groups reveals a noteworthy increase in the sex ratios for the population aged 60 and older between 2000 and 2010 (Figure 3). This change results from a greater increase in the male population relative to the female population for these age groups. Males aged 60 to 74 increased by 35.2 percent while their female counterparts increased by 29.2 percent (Table 2). A narrowing of the mortality gap between men and women at older ages in part accounts for this difference.

### Population aging led to an increased median age.

Changes in the structure of the population also impact another measure of population composition, median age. The median age is the age at the midpoint of the population. Half of the population is older than the median age and