```
                                                              1
 1                          Alper
 2     UNITED STATES DISTRICT COURT
 2     EASTERN DISTRICT OF PENNSYLVANIA
 3     ------------------------------x
 3
 4     FREE SPEECH COALITION, INC. et
 4     al.,
 5
 5                  Plaintiffs,
 6
 6          v.                          No. 09-4607
 7
 7     THE HONORABLE ERIC H. HOLDER,
 8
 8                  Defendant.
 9
 9     ------------------------------x
10
10                              March 14, 2013
11                              12:40 p.m.
12
13
14          Deposition of BARBARA ALPER, taken by
15     Defendant, at the United States Attorney's
16     Office, One St. Andrew's Plaza, New York, New
17     York, before Samuel G. Mauro, Jr., a Registered
18     Merit Reporter and Notary Public of the State of
19     New York.
20
21
22
23
24
25
```

```
                                                           22
 1                           Alper
 2          Q.    Have you taken any photographs of
 3     sexually explicit conduct since 1995?
 4          A.    Yes.
 5          Q.    Could you describe that?
 6          A.    I have photographed -- well, do we
 7     want to --
 8                MS. BAUMGARDNER:  Whoever she's going
 9     to identify in terms of the personal photograph
10     she has taken, because I think your question may
11     elicit protected information pursuant to our
12     agreed protective order, at this point I'm going
13     to ask Cara to leave the room so Ms. Alper can
14     give her answer.
15                MS. GAGLIANO:  OK.
16                (Ms. Gagliano not present)
17          A.    I have photographed myself and my
18     husband.
19          Q.    When did you do that?
20          A.    I have done it over the last few
21     years.
22          Q.    Starting when?
23          A.    Five years ago, four years ago.
24          Q.    How many times have you taken such
25     photographs?
```

```
                                              89
 1                     Alper
 2
 3                CERTIFICATE
 4
 4   STATE OF NEW YORK )
 5                : Ss
 5   COUNTY OF NEW YORK)
 6
 7           I, Samuel Mauro, Jr., a Registered
 8   Merit Reporter and Notary Public within and for
 9   the State of New York, do hereby certify:
10           That BARBARA ALPER, the witness whose
11   deposition is hereinbefore set forth, was duly
12   sworn by me and that such deposition is a true
13   record of the testimony given by such witness.
14           I further certify that I am not
15   related to any of the parties to this action by
16   blood or marriage and that I am in no way
17   interested in the outcome of this matter.
18           In witness whereof, I have hereunto
19   set my hand this _____ day of
20   _____ 2_____.
21
22
23
24   _____
25   SAMUEL G. MAURO, RMR
```