Francis Biro, M.D., 4/30/2013

1

```
 1              UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF PENNSYLVANIA
 3
 4      FREE SPEECH                :
        COALITION, INC., et        :
 5      al.,                       :
                                   :
 6         Plaintiffs,             :
                                   :
 7      vs.                        : CASE NO.
                                   : 2:09-CV-04607
 8      THE HONORABLE ERIC         :
        HOLDER, JR.,               :
 9                                 :
           Defendant.              :
10
11         Deposition of FRANCIS BIRO, M.D., a
12      witness herein, taken by the plaintiffs as
13      upon cross-examination, pursuant to the
14      Federal Rules of Civil Procedure and pursuant
15      to agreement of counsel as to the time and
16      place and stipulations hereinafter set forth,
17      at the offices of Children's Hospital, 3244
18      Burnet Avenue, Seventh Floor, Cincinnati,
19      Ohio, at 8:58 a.m., Tuesday, April 30, 2013,
20      before Valerie Jones Conn, a Registered
21      Professional Reporter, Certified Realtime
22      Reporter, and Notary Public within and for
23      the State of Ohio.
24                          - - -
```

53

1    minor.  Would you agree with that?
2            MR. BLADUELL:  Objection.
3        A.  I would agree with that except
4    for the stipulation that there are people of
5    some race and ethnic backgrounds where that
6    gets more difficult to be able to make that
7    statement.
8        Q.  All right.  But you are
9    comfortable, once someone achieves the age of
10   25 years old or above, generally speaking, a
11   reasonable person looking at that person
12   would not confuse that person as a minor age
13   17 or below?
14           MR. BLADUELL:  Objection.
15       A.  With the qualification of
16   generally speaking and not trying to appear.
17       Q.  Right.  I mean, we've all
18   seen -- well, okay.
19           What about people who have
20   attained the age of 30 years or above?  Would
21   you agree that a reasonable person is not
22   going to confuse someone who is 30 years or
23   above as a minor age 17 or below?
24           MR. BLADUELL:  Objection.

Francis Biro, M.D., 4/30/2013

56

```
 1          A.    I would agree that --
 2                MR. BLADUELL:  Objection.
 3          A.    -- a higher percentage would be.
 4          Q.    Okay.  If you extend it from 14
 5    to 25 years old would you agree that that age
 6    range captures nearly everyone who would be
 7    potentially confused?
 8                MR. BLADUELL:  Objection.
 9          A.    Clearly most.  I'm not sure that
10    I, at this time, could say that nearly all.
11    I don't know what nearly all means.  It's an
12    approximation but I'm not able to give you a
13    percentage.  Yes, clearly most would be.  I'm
14    not sure that I can say nearly all because
15    I'm not sure what nearly all means.
16          Q.    Okay.  Well, if we take it up to
17    the age of 30 no reasonable person is going
18    to confuse people 30 years of age or older
19    who are not wearing some kind of a costume as
20    being a minor.  Would you agree with that?
21                MR. BLADUELL:  Objection.
22          A.    I think that would capture
23    nearly all who aren't trying to appear
24    younger.
```

118

```
1              C E R T I F I C A T E
2
     STATE   OF   OHIO
3             :  SS
     COUNTY OF HAMILTON
4
            I, Valerie Jones Conn, RPR, CRR, the
5    undersigned, a duly qualified notary public
     within and for the State of Ohio, do hereby
6    certify that FRANCIS BIRO, M.D. was by me
     first duly sworn to depose the truth and
7    nothing but the truth; foregoing is the
     deposition given at said time and place by
8    said witness; deposition was taken pursuant
     to stipulations hereinbefore set forth;
9    deposition was taken by me in stenotype and
     transcribed by me by means of computer; that
10   the transcribed deposition was made available
     to the witness for examination and signature
11   and that signature may be affixed out of the
     presence of the Notary Public-Court Reporter.
12   I am neither a relative of any of the parties
     or any of their counsel; I am not, nor is the
13   court reporting firm with which I am
     affiliated, under a contract as defined in
14   Civil Rule 28(D) and have no financial
     interest in the result of this action.
15      IN WITNESS WHEREOF, I have hereunto set my
     hand and official seal of office at
16   Cincinnati, Ohio this 8th day of May, 2013.
17
18                        _____
19
     My commission expires:  Valerie Jones Conn, RPR, CRR
20   September 4, 2017  Notary Public - State of Ohio
21
22
23
24
```