```
                                                  1
 1                          Dodson
 2    UNITED STATES DISTRICT COURT
 2    EASTERN DISTRICT OF PENNSYLVANIA
 3    -------------------------------x
 3
 4    FREE SPEECH COALITION, INC. et
 4    al.,
 5
 5                  Plaintiffs,
 6
 6          v.                          No. 09-4607
 7
 7    THE HONORABLE ERIC H. HOLDER,
 8
 8                  Defendant.
 9
 9    -------------------------------x
10
10                              March 15, 2013
11                              12:50 p.m.
12
13
14         Deposition of BETTY DODSON, taken by
15     Defendant, at the United States Attorney's
16     Office, One St. Andrew's Plaza, New York, New
17     York, before Samuel G. Mauro, Jr., a Registered
18     Merit Reporter and Notary Public of the State of
19     New York.
20
21
22
23
24
25
```

```
                                            18
 1                     Dodson
 2        A.    Yes.
 3        Q.    So even if Section 2257 currently is
 4   the law, you have continued doing that?  You
 5   have continued doing your work?
 6        A.    Yes.  Unless we win the lawsuit,
 7   ba-ba-ba.
 8        Q.    Has the statute prevented you from
 9   doing your work?
10        A.    Oh, yeah.  One of my research projects
11   the Genital Art Gallery, the country is
12   drenched, male and female, in genital shame.
13   The fig leaf has got to come off.
14             So, in order to do this, I requested
15   people send in an image of their genitals, and
16   they give me just a little information about the
17   first time they masturbated, how did you start?
18   How did you discover your sexuality?  Now, some
19   go into great lengths and some say very little.
20             But there was, until you guys came
21   along with your 2257, this was my research
22   project, and it was very healing for people to
23   see a huge range of genitals, because we are all
24   different.  And in porn -- which is not what I
25   am, I am education -- the female genitals are
```

```
                                            19
 1                         Dodson
 2      altered for the boys' taste.  They all end up
 3      looking like little dolls.  And the males are
 4      chosen in porn because they've got big dicks,
 5      and this does not represent the population in
 6      terms of their genitals.
 7                So everybody is walking around
 8      thinking there is something wrong with what's
 9      between their legs.  This is damaging, damaging
10      to everyone's sex life.  As an educator I am
11      dedicated to changing that.
12           Q.   How many depictions of genitals are
13      there in the Genital Art Gallery?
14           A.   Well, there were many, many before
15      your law came out.
16           Q.   How many?
17           A.   I've never counted them, honey.
18           Q.   Would you say that hundreds?
19           A.   Yes, I had hundreds, more than, yes,
20      many hundreds.
21           Q.   Right now, if I go to your website, do
22      you know how many there are?
23           A.   No, but you're welcome to go and
24      count.
25           Q.   Would you say that there's more than
```

```
                                                    20
 1                      Dodson
 2      50?
 3          A.    More than 50.  I am so disheartened
 4      with what's gone on because it's literally
 5      brought that project of mine to a halt that I
 6      haven't been there lately.  No.  It's
 7      depressing.  I'm answering questions directly to
 8      people who write in to me.
 9          Q.    Have you received submissions for your
10      gallery after the law that you are challenging
11      took effect?
12          A.    No, it stopped.  I mean a couple,
13      yeah.  They're not going to send their driver's
14      license and all that information.  It's
15      daunting.  The whole thing was based on
16      anonymity.
17              If you're anonymous, you will tell the
18      truth.  But if you think it a going to be under
19      your own name, ew, especially when it comes to
20      sexuality, you know, America and sex, we're
21      idiots.
22          Q.    Have you had people tell you that they
23      are not going to submit images?
24          A.    They don't have to tell me.  It's not
25      coming in.
```

```
                                                 27
 1                         Dodson
 2         A.    Go ahead.
 3         Q.    About the deposition.  Do you have a
 4   question about the deposition?
 5         A.    I don't know what you mean.
 6         Q.    The deposition?
 7               MS. ROSS:  Do you have a question
 8   about what's going on right now?
 9               THE WITNESS:  No.
10         Q.    OK.
11         A.    Except it's boring.
12         Q.    Do you have an office?
13         A.    I work in my home.
14         Q.    And your home has how many rooms?
15         A.    A foyer, a living room, a kitchen, and
16   a back room, bedroom, bedroom/office?
17         Q.    Is that where you keep your 2257
18   records?
19         A.    Yes.  It's out in the foyer in a
20   separate unit.
21         Q.    Do you keep the IDs of your performers
22   there?
23         A.    Absolutely.  This is way before 2257.
24         Q.    Do you keep the model releases there
25   as well?
```

```
                                                    80
 1                      Dodson
 2                   CERTIFICATE
 3
 3    STATE OF NEW YORK )
 4                  :  ss
 4    COUNTY OF NEW YORK)
 5
 6              I, Samuel Mauro, Jr., a Registered
 7    Merit Reporter and Notary Public within and for
 8    the State of New York, do hereby certify:
 9              That BETTY DODSON, the witness whose
10    deposition is hereinbefore set forth, was duly
11    sworn by me and that such deposition is a true
12    record of the testimony given by such witness.
13              I further certify that I am not
14    related to any of the parties to this action by
15    blood or marriage and that I am in no way
16    interested in the outcome of this matter.
17              In witness whereof, I have hereunto
18    set my hand this  _____ day of
19    _____ 2_____.
20
21
22
23    _____
24    SAMUEL G. MAURO, RMR
25
```