Marie Louise Levine - 4/10/2013

```
            IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


-----------------------------------
FREE SPEECH COALITION, INC. et     )
al.,                               )
                 Plaintiffs,       )
                                   )
         vs.                       ) NO. 2:09-4607
                                   )
THE HONORABLE ERIC H. HOLDER, JR., )
Attorney General,                  )
                 Defendant.        )
-----------------------------------




         DEPOSITION OF MARIE LOUISE LEVINE,
     at the Law Offices of U.S. Department of
     Justice, 300 North Los Angeles Street,
     Suite 7516, Los Angeles, California,
     commencing at 9:53 a.m., Wednesday, April 10,
     2013, before DONNA E. BOULGER, RPR, CSR No. 6162.


PAGES 1 - 213
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

```
 1      A    Correct.
 2      Q    Can you please describe your educational
 3   background.
 4      A    I have a Bachelor of Science degree in nursing
 5   from San Francisco State University, class of 1985,
 6   magna.
 7      Q    Is that an undergraduate degree?
 8      A    That was a -- yes.  A bachelor's degree.  Yes.
 9      Q    Okay.  Now, after you graduated from San
10   Francisco State University, did you take any graduate
11   courses in nursing?
12      A    No.
13      Q    Did you get a license to practice as a nurse?
14      A    Yes.
15      Q    And in what year was that?
16      A    1985.
17      Q    1985.
18           Are you still licensed as a nurse?
19      A    No.
20      Q    Okay.  Have you ever practiced as a nurse?
21      A    No.
22      Q    Okay.  So after you graduated from San
23   Francisco State University, did you undertake any
24   additional education?
25      A    No.
```

1  relationships.  They'll never be able to work with
2  minors, they'll never be able to run for public office,
3  and they don't know how it might effect them later.
4      Q    And do you also believe that for someone 18 to
5  23, it would be hard for them to gauge the long-term
6  effects of doing porn?
7      A    Certainly.
8      Q    Okay.  And that's because at age 18 to 23,
9  you're not experienced enough to know the effects that
10 it could have?
11     A    Correct.
12     Q    Okay.  Now, besides performing in sexually
13 explicit videos, Ms. Levine, you also produce sexually
14 explicit content; is that correct?
15     A    Yes.  Correct.
16     Q    And can you describe the type of sexually
17 explicit content that you produce.
18     A    I produce contents for my Web site and --
19     Q    And that Web site is Nina.com?
20     A    Nina.com.
21          And so when I am able, I will get willing
22 performers over to my place and, as we say, do the
23 paperwork and shoot content.
24     Q    Okay.  So do you shoot your -- the videos that
25 are posted at Nina.com from your -- from your house?

Page 63

1  difference?
2      A    The main -- two main differences:  One, I'm
3  speaking directly to the camera; and two, the sexual
4  arousal side effect is a secondary concern.  In the
5  educational tapes, the primary concern is to present the
6  information in an accessible and useful way, hopefully,
7  that also will be considered sexy by the viewer.
8      Q    Okay.  And how many of these, would you say,
9  educational videos have you done?
10     A    My official video series from Adam and Eve is
11 38 volumes.
12     Q    Okay.  So Adam and Eve is a producer of
13 sexually explicit videos?
14     A    Adam and Eve is a producer, distributor, giant
15 conglomerate based out of North Carolina.
16     Q    Okay.  Do you know who owns Adam and Eve?
17     A    Phil Harvey.
18     Q    Okay.  And he has Phil Harvey Enterprises?
19     A    PHE, Phil Harvey, Incorporated -- Phil Harvey
20 Entertainment, Inc.  Yeah PHE.
21     Q    Now, you said that Adam and Eve hire you to do
22 these videos, correct?
23     A    Yes.
24     Q    Are you aware of the Sinclair Institute?
25     A    Yes.

Page 64

1    Q    What is your understanding of the Sinclair
2  Institute?
3    A    The Sinclair Institute also produces movies
4  specifically for educational purposes.  My understanding
5  is their consent is softer than mine, more oblique, less
6  fully direct, and uses nonprofessional performers.
7    Q    Okay.  Now, when you -- when you were hired by
8  Adam and Eve to do these videos, what was the year of
9  that?
10   A    I believe the first one was '95, she says,
11 questioningly.  Mid-'90s.
12   Q    Okay.  And how many -- how many videos have
13 you --
14   A    38.
15   Q    38.
16   A    In the previous -- in the subsequent years.
17   Q    From -- so from '98 to -- I'm sorry, from
18 1995 --
19   A    To about 2000.
20   Q    -- 2000, you did 38 videos for Adam and Eve?
21   A    Specifically educational ones.  Yes.
22   Q    Okay.  Now, at that time, the Sinclair
23 Institute was in existence, correct?
24   A    Correct.
25   Q    You were -- and you were never approached by

Page 122

1   Q   Okay. And you base that on --
2   A   54 years of living in this world.
3   Q   Okay. Now, you also say in this
4   interrogatory -- in this answer to interrogatory.
5           "I'm a mature adult who
6       presents important lessons on sexual
7       health with other individuals who are
8       also unmistakably adults on my Web
9       sites." [as read]
10      Have you produced content with teens on your
11  Web site?
12  A   No.
13  Q   Never?
14  A   I don't believe so.
15  Q   Since 2002?
16  A   Correct.
17      I prefer women who are in their 20s and older
18  to work with. And so when I have the choice of who I
19  get to pick, I always pick older.
20  Q   Okay. And why is that?
21  A   I find we have more in common and they are more
22  confident in what they're doing. And I'm more sexually
23  attracted to older rather than younger.
24  Q   Okay. So you -- you're very sure that you've
25  never used an 18 or 19 years old -- 19-year-old in

```
                                                              Page 208

 1    STATE OF CALIFORNIA      ) ss:

 2    COUNTY OF ORANGE         )

 3

 4         I, DONNA E. BOULGER, CSR No. 6162, do hereby

 5    certify:

 6         That the foregoing deposition of MARIE LOUISE LEVINE

 7    was taken before me at the time and place therein set forth,

 8    at which time the witness was placed under oath by me;

 9         That the testimony of the witness and all

10    objections made at the time of the examination were

11    recorded stenographically by me, were thereafter

12    transcribed under my direction and supervision, and that

13    the foregoing is a true record of same.

14         I further certify that I am neither counsel for nor

15    related to any party to said action, nor in any way

16    interested in the outcome thereof.

17         IN WITNESS WHEREOF, I have subscribed my name

18    this 18th day of April 2013.

19

20

21                         _____

22                              DONNA E. BOULGER, CSR No. 6162

23

24

25
```