1.

DOB: 3/1/84

11-18-09  1164 photos

2.

DOB: 11/23/87

3-16-09  50 photos

Florida 2-09  491-534, 797-849, 1442-1534

3.

DOB: 2/18/84

8-6-08  59 photos

4.

DOB: 9-29-44

Florida 2-09  491-534, 797-849, 1442-1534

1-10-08  6310-6435

5 13 and 14 08  632 photos

5.

DOB: 2/14/84

Florida 2-09  491-534, 797-849, 1442-1534

6.

DOB: 7-27-83

12-9-08  3151-3289

12.

DOB: 9-25-74

9-10-06   623 photos

13.

DOB: 7-14-70

2-4-07   6152-6175   6265-6304

14.

DOB: 4/2/65

7-15-06   3360-3439   3553-3575

1-28-06   5037-5043

15.

DOB: 8-1-67

8-13-08   300 photos

16.

DOB: 7-31-73

7-22-06   4016-4025

17.

DOB: 11/13/63

7-22-06   4016-4025