```
                UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF PENNSYLVANIA
                          - - -

FREE SPEECH COALITION,
INC., et al.,
          Plaintiffs,

vs.                               NO. 2:09-4607


THE HONORABLE ERIC H.
HOLDER, JR.,
          Defendant.


                          - - -



          Oral deposition of EUGENE H. MOPSIK, taken

at U.S. Attorney's Office, 615 Chestnut Street,

Suite 1200, Philadelphia, Pennsylvania, on Tuesday,

March 19, 2013, beginning at approximately 9:00

a.m., before Maureen E. Broderick, Registered

Professional Reporter and Notary Public in and of

the Commonwealth of Pennsylvania.
```

```
                SUMMIT COURT REPORTING, INC.
        Certified Court Reporters and Videographers
              1500 Walnut Street, Suite 1610
              Philadelphia, Pennsylvania  19102
       424 Fleming Pike, Hammonton, New Jersey  08037
     (215) 985-2400 * (800) 447-8648 * (609) 567-3315
                  www.summitreporting.com
```

**EUGENE H. MOPSIK**

1    I'm not familiar.  But I would assume that they

2    exist.

3         Q    So you can't think of any examples for any

4    ASMP members in this category of independent film

5    productions in adult entertainment?

6         A    Me personally, no, I can't.

7              MS. WYER:  We can take a break now.

8              MS. BAUMGARDNER:  Okay.  Thank you very

9         much.

10             (Brief recess.)

11   BY MS. WYER:

12        Q    So continuing -- and for the record, we

13   just took a break.  Now we're back and going back to

14   the response to Interrogatory number 7.

15              The next sentence states, Some of our

16   members create erotic portraits commissioned by

17   adult couples or individuals for their own private

18   use.

19              Did I read that accurately?

20        A    Mm-hmm.  Yes.

21        Q    What is this sentence referring to?

22        A    I would -- my understanding would be, and

23   again I'm not -- I don't have direct knowledge of

24   particular members who do this, but I'm aware of, I

25   guess, this genre of work, and I guess it would

**EUGENE H. MOPSIK**

1  revolve around couples who, for one reason or

2  another, want erotic portraits of each other, either

3  of one partner or the other or both together as a

4  gift momento, remembrance of the other partner.

5      Q     Do you know how many ASMP members are in

6  this category?

7      A     No.

8      Q     Can you name any examples?

9      A     No.

10      Q     Do you know if the ASMP members in this

11  category know the individuals that they are

12  photographing?

13      A     Yes.

14      Q     You know --

15      A     Would believe, just because my members are

16  professionals.  They wouldn't be randomly

17  photographing people in erotic circumstances.  These

18  would be commissioned works.  So, I mean, whether

19  they know them -- they're not bosom buddies; they're

20  clients.

21      Q     So they would not necessarily know them

22  beforehand, they would just be hired to take --

23      A     Clients.  Client/photographer

24  relationship.

25      Q     So if there were any -- if we could

**EUGENE H. MOPSIK**

1

2                         C E R T I F I C A T E

3

4    COMMONWEALTH OF PENNSYLVANIA    :

5                                    :

6    COUNTY OF PHILADELPHIA          :

7

8

9                           I, MAUREEN BRODERICK, Registered

10   Professional Reporter - Notary Public, within and

11   for the Commonwealth of Pennsylvania, do hereby

12   certify that the proceedings, evidence, and

13   objections noted are contained fully and accurately

14   in the notes taken by me of the preceding

15   deposition, and that this copy is a correct

16   transcript of the same.

17

18

19

20

21                           _____

                             MAUREEN BRODERICK
22
                             Registered Professional
23
                             Reporter - Notary Public
24

25