```
                                                          1
 1                         Nitke
 2   UNITED STATES DISTRICT COURT
 2   EASTERN DISTRICT OF PENNSYLVANIA
 3   -------------------------------x
 3
 4   FREE SPEECH COALITION, INC. et
 4   al.,
 5
 5                 Plaintiffs,
 6
 6          v.                         No. 09-4607
 7
 7   THE HONORABLE ERIC H. HOLDER,
 8
 8                 Defendant.
 9
 9   -------------------------------x
10
10                                     March 16, 2013
11                                     10:05 a.m.
12
13
14       Deposition of BARBARA NITKE, taken by
15    Defendant, at the United States Attorney's
16    Office, One St. Andrew's Plaza, New York, New
17    York, before Samuel G. Mauro, Jr., a Registered
18    Merit Reporter and Notary Public of the State of
19    New York.
20
21
22
23
24
25
```

```
                                                      39
 1                         Nitke
 2      educational activities or were they at the
 3      parties or some other kind of --
 4           A.    Both.  And sometimes privately in
 5      people's cabins.
 6           Q.    When you started taking these
 7      photographs, 2257 had already gone into effect,
 8      is that right?
 9           A.    I believe so.
10           Q.    Were you following 2257 procedures at
11      the time, during this period when you were
12      taking these photographs?
13           A.    Yes.
14           Q.    So you would always check the IDs?
15           A.    Well, if it was a picture that I was
16      going to use and publish, then I would take a
17      photograph of their ID and I would have them
18      fill out the form that I have, which lists all
19      their aliases and whatever, and I would have
20      them sign a model release.  If it was a picture
21      I was not going to use myself, that I was just
22      shooting for them, then, no, I wouldn't.
23           Q.    Why was that?
24           A.    Because I wasn't going to publish the
25      picture.
```

```
                                            45
 1                      Nitke
 2      that
 3          Q.    When did the photocopying of IDs
 4      happen for these?  Was it at the same time as
 5      when the releases were signed?
 6          A.    The photocopying?
 7          Q.    Well, at the time you were following
 8      the 2257 procedures, so there must have been --
 9          A.    No.  What I would do -- let's say
10      there's an event of, I don't know, 300 people,
11      100 of them have signed model releases when they
12      registered.  Maybe out of that there are ten of
13      them that I think I am going to photograph for
14      myself.
15                I would have them sign another model
16      release to me and the 2257 work and I would take
17      a photograph of their driver's license.  So they
18      would have signed a model release for the event
19      and one for me.
20          Q.    When you distinguish between the
21      photographs that you think you will take for
22      your own use, and I guess there are some other
23      set of photographs that you would be taking for
24      the event, is that right, or for the event or
25      for the individuals?
```

```
                                                46
 1                         Nitke
 2        A.    For the individuals.
 3        Q.    So that set of photographs is where
 4   your understanding was that the 2257
 5   requirements did not apply?
 6        A.    Well, yes.  Because the images were
 7   not going to be published or put on a website.
 8   They were for private use only.
 9        Q.    This period that you are describing,
10   you said there was a period when you were making
11   that calculation between 1994 and 1999 and then
12   between 1999 and 2007.
13             What happened in 1999 that caused --
14   that was a change?
15        A.    I started shooting color film instead
16   of black-and-white infrared film.
17             In that earlier period I was shooting
18   black-and-white shots that -- well, the body of
19   work was to show sadomasochism as an expression
20   of love between adults.  And in the next body of
21   work I switched over to color, and I was more
22   exploring, I was just exploring it in a
23   different way.  So in my own mind it is a
24   different body of work.  It is often the same
25   people.
```

```
                                              60
 1                       Nitke
 2     the model list somewhere on the shoot list also?
 3          A.    Yes.
 4          Q.    And then on the shoot list you also
 5     indicate that there were, for example, the first
 6     line in February 2005 at the Winter Fire BDSM
 7     event, was that one of the conferences?
 8          A.    Yes.
 9          Q.    And you took 953 shots of around 100
10     models for the models' private use?
11          A.    Correct.
12          Q.    That's what you described previously,
13     where you took this other set of photographs
14     that was not to be published, so you didn't keep
15     2257 records for those?
16          A.    Correct.
17          Q.    Just to understand exactly, was this
18     like at a baseball game where there is a
19     photographer who takes your photograph and then
20     asks you if you want a copy and then you order a
21     copy, or was this something different?
22          A.    No.  Well, again, they all operated
23     maybe a little differently.  But usually I would
24     be at the event available to take pictures, and
25     I would give the shots to the event coordinator
```

```
                                                      61
 1                          Nitke
 2      so that they could share them with people as
 3      needed.  Sometimes people would ask me to write
 4      a CD for them, and there would be a small charge
 5      for me to do that, but I would have to edit out
 6      their photos for them.  But other times the
 7      event people would just do it for them.
 8           Q.    In those cases you would provide these
 9      photographs to the event coordinator?
10           A.    Yes.
11           Q.    You said you didn't charge for your --
12      did you receive a fee for when you were --
13           A.    No.  They would let me go to the event
14      for free in return for my taking pictures for
15      people.
16           Q.    Then you would give the photographs of
17      the event, including photographs of individuals,
18      to the event coordinator and then that person
19      would just allow the individuals to get copies?
20           A.    Correct.
21           Q.    So for this one involving M.R. and
22      P.C., you listed the event --
23                 MS. BAUMGARDNER:  Can you give the
24      date.
25                 THE WITNESS:  2007.
```

```
                                                       76
 1                         Nitke
 2       applicable to your work.
 3            A.    No.  I have a one-room apartment, and
 4       I have an area that's 18 percent of the square
 5       footage of my studio apartment that's allocated
 6       to my business.  And it's not a shooting studio.
 7       It is an office office.  It is just a section of
 8       my apartment.
 9            Q.    When you say 18 percent, do you
10       know --
11            A.    That's for tax reasons.
12            Q.    You know that percentage because you
13       claim that as a business property?
14            A.    Correct.
15            Q.    Whatever that is for the tax deduction
16       for business use of your home --
17            A.    Correct.
18            Q.    -- for home office or whatever.
19                 What do you mean by "close proximity,"
20       when you say you have to remain in close
21       proximity to your home?
22            A.    My understanding of the law is that
23       the government inspectors have to be able to
24       drop by at any moment during the day at any time
25       and be allowed access to inspect the records.
```

```
                                                       140
                             Nitke
 1
 2           Q.    Can they always tell if the person is
 3      not a minor?
 4           A.    No.
 5           Q.    So you are not saying that it is
 6      possible to identify the age of an individual
 7      just by looking at your photograph?
 8           A.    Well, I think in most cases it's
 9      possible to know that somebody's older.
10           Q.    Older than what?
11           A.    Older than 21, let's say.  A lot of
12      the people I photograph -- perhaps I didn't say
13      that well.  Most of the people I photograph are
14      in their 30s or 40s and even older, so I don't
15      think that they can be confused with younger
16      people because they look like they're 30, 40,
17      whatever.
18                 The people that I photograph that are
19      in their 20s, there aren't very many people that
20      I photograph that are in their 20s, and I don't
21      select people in their 20s who look young.  I am
22      not trying to go for that.  So I think the
23      average person looking at one of my photos would
24      know that the people are over 21 for sure.
25           Q.    But they couldn't identify a specific
```

```
                                        162
 1                     Nitke
 2     attended those events who definitely did not
 3     want to be photographed?
 4          A.    Correct.
 5          Q.    And there were some who would consent
 6     to being photographed, but only for their own
 7     private use?
 8          A.    Correct.
 9          Q.    And then there was a group who would
10     agree to be photographed and allow you to
11     publish their images?
12          A.    Correct.
13          Q.    What I want to focus on is the middle
14     group, who agreed to be photographed, but for
15     their own private use.
16          A.    Yes.
17          Q.    I understand your interpretation of
18     the law was that 2257 did not require you to
19     collect their photo IDs, is that correct?
20          A.    Yes.
21          Q.    Because it was just for their private
22     use?
23          A.    Correct.
24          Q.    Knowing this, the group of people as
25     you did and having become immersed in this
```

```
                                                  163
 1                        Nitke
 2      community, if you had told them that as a
 3      condition of taking their images just for their
 4      own private use that you nevertheless would have
 5      to have their photo IDs, have to make copies of
 6      them, have to keep those copies with you and
 7      make them available for government inspection,
 8      is it likely that they would have given you
 9      those photo IDs?
10           A.   No.  Not the people that just want the
11      pictures for privately.
12                MS. BAUMGARDNER:  All right.  That is
13      all I have.
14                MS. WYER:  I have some follow-up
15      questions.
16   EXAMINATION
17   BY MS. WYER:
18           Q.   Did you ever ask those individuals to
19      provide their IDs, the individuals in the middle
20      group?
21           A.   No.  Because they were saying going in
22      that it was just -- that they didn't want me to
23      publish them, so it was just for private.
24           Q.   Why do you think that they would not
25      have -- did you know who those individuals were?
```

```
                                                            167
 1                        Nitke
 2          Q.    Yes.
 3          A.    -- at the events?  OK.
 4                It looks like 950 models at these
 5     events, but there would be some overlap, so 750
 6     models maybe.
 7          Q.    In any instance where you took these
 8     photographs, did you ever have any doubt about
 9     the person's age?
10          A.    No.
11          Q.    Did you ever check the IDs of the
12     person just to verify the age?
13          A.    These are at these SM events where you
14     won't get in if you're underage.  It will not
15     happen.
16          Q.    You are no longer photographing these
17     events, correct?
18          A.    No.
19          Q.    Do you know anyone else who is
20     photographing these events?
21          A.    I'm kind of out of touch.  I don't
22     know what they're doing at those events right
23     now for photos.
24          Q.    So you can't identify anyone else who
25     is photographing these events?
```

```
                                              168
 1                         Nitke
 2        A.   Not at the moment.  It's been a few
 3   years since I have been -- you know, I'm out of
 4   the loop.
 5             MS. WYER:  I think that's it.  Thank
 6   you again.
 7             THE WITNESS:  OK.
 8             MS. BAUMGARDNER:  I have just a few
 9   follow-up.
10             THE WITNESS:  OK.
11   EXAMINATION
12   BY MS. BAUMGARDNER:
13        Q.   The point I want to make is how many
14   models did you come up with?
15        A.   A guestimate of 750.  We added up 950
16   people total, and if there's overlap of a couple
17   hundred, that means there would be 750.
18        Q.   OK.
19        A.   That's probably a maximum.
20        Q.   But for each of these shoots there
21   were many more depictions; for instance, on
22   Exhibit 4 of 100 models there were 953 pieces of
23   expression?
24             THE WITNESS:  Are you talking about
25   the number of depictions?
```

```
                                                         169
 1                        Nitke
 2        Q.    No, Ms. Wyer wasn't.  I am just asking
 3   you.
 4        A.    Oh, yes.
 5        Q.    Because we are not talking just about
 6   people, but we are talking about a body of
 7   expression, correct?
 8        A.    Correct.
 9        Q.    So this event in May 2005 there were
10   2500 depictions or photos that you took?
11        A.    Right.
12        Q.    So we are talking thousands, I think,
13   of photos?
14        A.    Yes.
15        Q.    Potentially a healthy number of these
16   people would not have provided their photo ID?
17        A.    I think that's correct.
18        Q.    The other point I wanted to make is,
19   and I think you stressed this, in this lifestyle
20   anonymity is sacrosanct, correct?
21        A.    Yes.
22        Q.    And in order to participate in the
23   lifestyle, privacy and anonymity was important
24   to everyone?
25        A.    Yes.
```

```
                                             172
 1                     Nitke
 2
 3                  CERTIFICATE
 4
 4   STATE OF NEW YORK )
 5                : ss
 5   COUNTY OF NEW YORK)
 6
 7            I, Samuel Mauro, Jr., a Registered
 8   Merit Reporter and Notary Public within and for
 9   the State of New York, do hereby certify:
10            That BARBARA NITKE, the witness whose
11   deposition is hereinbefore set forth, was duly
12   sworn by me and that such deposition is a true
13   record of the testimony given by such witness.
14            I further certify that I am not
15   related to any of the parties to this action by
16   blood or marriage and that I am in no way
17   interested in the outcome of this matter.
18            In witness whereof, I have hereunto
19   set my hand this _____ day of
20   _____ 2_____.
21
22
23
24   _____
25   SAMUEL G. MAURO, RMR
```