# BARBARA NITKE PHOTOGRAPHY

PORTFOLIOS    INFORMATION    CONTACT



**BIOGRAPHY**

Born 1950, Lynchburg, VA
Grew up in Alaska
Lives and works in New York City

### Selected Solo Exhibitions:

| | |
|---|---|
| 2012 | "American Ecstasy," Pop-up show at Barrister's Gallery, New Orleans, LA |
| 2010 | "Smooth Hotel," Gansevoort 69, New York |
| 2004 | "Illuminata: Are You Curious?" Art @ Large, New York |
| 2004 | "Kiss of Fire," Radiant Light Gallery, Portland, ME |
| 2002 | "Twenty Years," Art @ Large Gallery, New York |
| 2000 | "Private Moments," Barrister's Gallery, New Orleans, LA |
| 1999 | "Recent Work," Musselman Gallery, Provincetown, MA |

### Selected Group Shows:

| | |
|---|---|
| 2012 | "Alternatives," Galleria Emil, Tampere, Finland |
| 2012 | "Lewd," Curated by Greg Garry, Krause Gallery, NYC |
| 2010 | "The Exquisite Landscape," International Center for Photography, NYC |
| 2009 | "Cupido 25th Anniversary Show," Oslo, Norway |
| 2008 | "Chelsea Hotel Through the Eyes of Photographers," Chelsea Hotel, NYC |
| 2006 | "Bearings: the Female Figure," PS 122 Gallery, NYC |
| 2005 | "A Knock at the Door," Lower Manhattan Cultural Council, NYC |
| 2004 | "Body Commodities/Queer Packaging," WORKS/San Jose, CA |
| 2003 | "Boys of Summer: Photographs of and about Men," ClampArt, NYC |
| 2002 | "NYC Sex: How New York City Transformed Sex in America," Museum of Sex, NYC |
| 2002 | "Multi-Exposures," Radiant Light Gallery, Portland, ME |
| 2002 | "Out Like That," Bronx Academy of Arts and Dance (BAAD!), NY |
| 2000 | "Living is Easy," Richard Anderson Fine Arts, NY |
| 2000 | "Mettre a Nu: the Body Exposed," Radiant Light Gallery, Portland, ME |
| 1999 | "Edge: 20 Years of BDSM Photography," Sacred Body Art Gallery, NYC |
| 1999 | "8th Lesbian & Gay Photo Annual," Leslie Lohman Gay Art Foundation, NYC |
| 1998 | "Kink: A Woman's Perspective," Leather Archives & Museum, Chicago |
| 1997 | "Sexart 5," Mark I. Chester Gallery, San Francisco, CA |
| 1997 | "Sacred Tattoo," The Body Archive, New York, NY |
| 1996 | "Religious Expressions," Lightzones Gallery, NY |
| 1995 | "alt.sex.photo," Hellfire Club, New York, NY |

### Public Collections:

Kinsey Institute, Bloomington, IN
John Teti Library and Special Collections, New Hampshire Institute of Art, Manchester, NH
Finnish Museum of Photography, Helsinki
Leather Archives and Museum, Chicago

### Monographs:

American Ecstasy
    Introduction Arthur C. Danto, New York, Pierrot Press, 2012
Kiss of Fire: A Romantic View of Sadomasochism.
    Introduction A. D. Coleman, Germany: Kehrer Verlag Heidelberg, 2003

### Selected Books:

Kaufman, Frederick. A Short History of the American Stomach.
    New York: Houghton Mifflin Harcourt, 2008
Turner, Grady. NYC Sex: How New York City Transformed Sex in America
    London: Scala Publishers, 2002
Maddex, Alison. Sex in the City: An Illustrated History.
    New York: Universe Publishing, 2002
Krell, Alan. The Devil's Rope: A Cultural History of Barbed Wire.
    London: Reaktion Books, 2002

### Selected Publications:

| | |
|---|---|
| 2012 | Huffington Post, Italy |
| 2012 | Kurier, Austria |
| 2012 | Gothamist, NY |
| 2012 | Vice Magazine, NY |
| 2009 | F5 Magazine, Moscow |
| 2009 | Geo Kompakt, Germany |
| 2008 | New York Arts Magazine, NY |
| 2006 | New York Times, NY |
| 2005 | Harpers Magazine, NY |
| 2005 | New York Times, NY |
| 2004 | New York Observer, NY |
| 2004 | San Francisco Chronicle, San Francisco, CA |
| 2004 | Bay Area Reporter, San Francisco, CA |
| 2004 | Press Herald, Portland, ME |
| 2004 | Metro Pulse, Knoxville, TN |
| 2004 | Boston Globe, MA |
| 2002 | ABCnews.com |
| 2002 | Salon.com |
| 2002 | The Daily News, NY |
| 2000 | Time Out NY |
| 1998 | Village Voice, NY |

### Selected Public Appearances:

| | |
|---|---|
| 2012 | American Ecstasy Slide Show, Press Street, New Orleans, LA |
| 2009 | The Judith Regan Show, Sirius Satellite Radio, NY |

| | |
|---|---|
| 2008 | Slide show and talk, School of Visual Arts, Sex and Photography Class |
| 2006 | Slide show and talk, Columbia University, NYC |
| 2006 | "New Forms, New Venues, Sexual Fine Art Outside the Porn Paradigm," Society for the Scientific Study of Sexuality, Los Angeles, CA |
| 2005 | "A Knock at the Door," panel discussion, Cooper Union, NYC |
| 2004 | Slide show and panel discussion, SF Citadel, San Francisco, CA |
| 2004 | Slide show, Robin's Bookstore, Philadelphia, PA |
| 2004 | Human Sexuality Educational Show, Columbia University Television |
| 2003 | "Naked New York," with Bob Berkowitz, Metro TV, New York |
| 2003 | "Capitol Punishment 2003," Madison, Wisconsin |
| 2001 | "Lovers, Masters and Slaves," New School for Social Research, NYC |
| 2000 | "Sexual Freedom Through the Arts Panel," Matrix, Philadelphia, PA |
| 1999 | "S/M Lovers," slide show and talk, School of Visual Arts, NYC |
| 1998 | Barnes & Noble, NYC panel discussion for "Erotic New York" |
| 1997 | "A Woman's Gaze," New School for Social Research, NY |
| 1996 | "Lovers and Other Strangers," Rutger's University, NJ |
| 1995 | "Real Personal," CNBC Television Networks, New York |
| 1994 | "New York and Company," WNYC Radio, New York |

**Career Related Experience:**

| | |
|---|---|
| 2008 | Master Class, International Center for Photography |
| 2002 – 2006 | President, The Camera Club of New York |
| 1992 – present | Faculty, School of Visual Arts, New York |

HOME | PORTFOLIOS | BLOG | FINE ART | INFORMATION | CONTACT
© Barbara Nitke All Rights Reserved.