```
                                                                  1
 1                 Ross
 2     UNITED STATES DISTRICT COURT
 2     EASTERN DISTRICT OF PENNSYLVANIA
 3     ------------------------------x
 3
 4     FREE SPEECH COALITION, INC. et
 4     al.,
 5
 5                 Plaintiffs,
 6
 6           v.                           No. 09-4607
 7
 7     THE HONORABLE ERIC H. HOLDER,
 8
 8                 Defendant.
 9
 9     ------------------------------x
10
10                                   March 15, 2013
11                                   9:00 a.m.
12
13
14          Deposition of CARLIN ROSS, taken by
15     Defendant, at the United States Attorney's
16     office, One St. Andrew's Plaza, New York, New
17     York, before Samuel G. Mauro, Jr., a Registered
18     Merit Reporter and Notary Public of the State of
19     New York.
20
21
22
23
24
25
```

```
                                                  16
 1                    Ross
 2       permutations, and most of it is focused on
 3       genital and genital issues and orgasm for women.
 4            Q.    Any search terms related to "young"?
 5            A.    No.
 6            Q.    Or "teen"?
 7            A.    We don't get any "barely legal," no.
 8            Q.    How would you described division of
 9       work in this Bad Media company between you and
10       Betty Dodson?
11            A.    Betty is the brand.  Betty has a very
12       authentic kind of unspoiled brand.  She answers
13       the sex questions.  We get about 20 to 30 sex
14       questions from the web a day, and she answers
15       those.  Then I would say I'm kind of the
16       one-woman show behind that.
17            Q.    Do you consider Betty Dodson an expert
18       in sexuality?
19            A.    Yes.
20            Q.    Do you consider her an expert in
21       genitals?
22            A.    Yes.
23            Q.    Does Betty Dodson manage the
24       day-to-day operations of the company?
25            A.    To a certain degree because I include
```

```
                                                        21
 1                 Ross
 2      of sexually explicit material that you produce.
 3      How would you describe that sexually explicit
 4      material?
 5           A.    Well, we are a sex-positive feminist
 6      brand.  Our big focus is on women better
 7      understanding their bodies and how to stimulate
 8      their bodies and appreciate their bodies.  So I
 9      mean I would describe it as kind of, it's
10      feminist sex education.  I wouldn't use the word
11      pornography because for me there is a
12      difference, because it is not -- it is the
13      intent.  I guess it is an educational intent.
14           Q.    Would it be fair to characterize what
15      you are saying as masturbation?
16           A.    Yes.  That is a big thing of ours,
17      yes.
18           Q.    Would it be fair to describe it as
19      candid display of the genitals?
20           A.    Well, display, but I mean -- candid,
21      yes, I guess, yes.
22           Q.    Do you produce content depicting
23      sexual intercourse?
24           A.    We did one series, yes, where we
25      depicted sexual intercourse.
```

```
                                                    25
 1                   Ross
 2          Q.    The videos are mostly about
 3     masturbation, correct?
 4          A.    Correct.
 5          Q.    And display of the genitals?
 6          A.    Yes.
 7          Q.    Would you say 99 percent of the videos
 8     are about masturbation?
 9          A.    Yes.
10          Q.    So what sexually explicit videos has
11     your company produced since 2005?
12          A.    It think The Orgasm Doctor, then a
13     Manual Skills series, our Sex Positions with Sex
14     Toys series.  I think that's in 2005.  I think
15     that's it.
16          Q.    So you mentioned the Orgasm Doctor?
17          A.    Yes.
18          Q.    You mentioned the Manual Skills
19     series?
20          A.    Yes.
21          Q.    Then you mentioned another one?  A
22     third one?
23          A.    Sex Positions with Sex Toys.
24          Q.    Sex Positions with Sex Toys, what year
25     was it produced?
```

```
                                                    38
 1                  Ross
 2      don't understand.
 3           A.    Well, in porn it's always about
 4      someone new, a fresh face.  Not necessarily.
 5      Like women have been in multiple productions.
 6           Q.    Have you watched a lot of porn would
 7      you say?
 8                 MS. BAUMGARDNER:  Objection.
 9           Q.    Would you say that you have watched
10      several porn movies?
11           A.    Of course, it's the Internet age.
12           Q.    You notice this trend --
13           A.    Yes.
14           Q.    -- of new people all the time,
15      correct?
16           A.    Correct.
17           Q.    Do you notice a trend for young people
18      in mainstream porn?
19           A.    You know, I don't know.  I think now
20      with online porn everything is very niche.
21      Everything is kind of there.  I mean, maybe you
22      could make the argument for studio, you know,
23      the big studios, but I don't know -- the most
24      searched sex term in the United States is
25      "MILF", so I think people kind of want to see
```

```
                                            39
 1                  Ross
 2        older women.
 3            Q.    How do you know this?
 4            A.    There was an article in the Daily Mail
 5        that was fascinating.  It took by country what
 6        is the most popular sex keyword.  Australia was
 7        "gay men," we were MILF, and then -- what was
 8        the UK?  I forgot.  Anyway --
 9            Q.    Do you know the second most used?
10            A.    No.  They just did the top.
11            Q.    Do you know if "teen porn" is one of
12        the most searched?
13            A.    I don't know.
14            Q.    You don't know.  Have you seen young
15        people in the porn you have seen?
16            A.    I mean --
17            Q.    Let's say people that resemble 20
18        years old?
19            A.    20?  Sure.
20            Q.    It is not uncommon to find people that
21        are 20 years old or resemble 20 years old in
22        porn videos, right?
23            A.    I guess.  I mean, I don't know.
24            Q.    In the videos that you have seen?
25            A.    Yeah.
```

```
                                            39
 1                  Ross
 2        older women.
 3            Q.    How do you know this?
 4            A.    There was an article in the Daily Mail
 5        that was fascinating.  It took by country what
 6        is the most popular sex keyword.  Australia was
 7        "gay men," we were MILF, and then -- what was
 8        the UK?  I forgot.  Anyway --
 9            Q.    Do you know the second most used?
10            A.    No.  They just did the top.
11            Q.    Do you know if "teen porn" is one of
12        the most searched?
13            A.    I don't know.
14            Q.    You don't know.  Have you seen young
15        people in the porn you have seen?
16            A.    I mean --
17            Q.    Let's say people that resemble 20
18        years old?
19            A.    20?  Sure.
20            Q.    It is not uncommon to find people that
21        are 20 years old or resemble 20 years old in
22        porn videos, right?
23            A.    I guess.  I mean, I don't know.
24            Q.    In the videos that you have seen?
25            A.    Yeah.
```

```
                                                      49
 1                  Ross
 2         A.    Correct.
 3         Q.    But you still post those pictures up,
 4    correct?
 5         A.    Correct.
 6         Q.    How do you know that there's no minor
 7    that is depicted there?
 8         A.    Well, we asked them to send in a sex
 9    essay about their sex life and their sexual
10    development.
11               So they are writing about being
12    married and having children and pregnancy and
13    sex postpregnancy, and, you know, some of them
14    have graying pubic hair.  I am not an expert in
15    looking at someone's genitals, I know, and
16    saying what the age is, but there are times I
17    think there are clearly of majority.
18         Q.    There are sometimes that it's
19    difficult to tell?
20         A.    Yes.  Over the years Betty has had
21    people send in things that she didn't put up.
22         Q.    So you rely on their essays to
23    determine their age and insure -- do you try to
24    insure that there are no minors in this --
25         A.    Our website is about women.  We're
```

```
                                                  53
 1                  Ross
 2       have your answers.
 3            A.    Yes.
 4            Q.    You said, "We are unable to provide
 5       data for many images produced throughout the
 6       years," correct?
 7            A.    Yes.
 8            Q.    Why do you say you are unable to
 9       provide data for many images throughout the
10       years?
11            A.    I believe that is the Genital Art
12       Gallery.  At that time it wasn't a legal
13       requirement to request someone's ID so we just
14       didn't collect it.
15            Q.    Do you believe that the images in the
16       Genital Art Gallery fall under the statute?
17            A.    No, I don't.
18            Q.    You don't believe so?
19            A.    No.
20            Q.    Why don't you believe so?
21            A.    Because as a now sex educator I can
22       tell you we've traveled the world, from Cuba to
23       Scandinavia, and the number-one issue people
24       have that keeps them from having good sex, which
25       is about intimacy and relationships, is genital
```

```
                                              54
 1              Ross
 2      shame.
 3              And I don't want to censor porn, but
 4      the majority of vulvas in pornography have been
 5      surgically enhanced.  They clip the inner lips,
 6      they bleach the vagina, they bleach the asshole.
 7      So it is to maybe look like a little girl.  I
 8      don't know what their intent is.
 9              People look at those images, and if
10      they don't see something that looks like them
11      they think they are deformed.
12              The same thing for men.  They are
13      choosing men that are very large, most of them
14      are circumcised.  So we have a lot of people
15      writing in saying, I can't have sex with someone
16      because I think there's something wrong with me,
17      which is why Betty started the Genital Art
18      Gallery, so you can see a real image of a real
19      person, which is why anonymity is important,
20      because real people with day jobs and wives and
21      husbands and kids don't want their license
22      floating around and someone can find out that
23      they've done something like that.
24         Q.    You said in your answer right now that
25      in mainstream porn women sometimes undergo
```

```
                                                  162
 1                  Ross
 2
 3                       CERTIFICATE
 4
 4   STATE OF NEW YORK )
 5                     :  ss
 5   COUNTY OF NEW YORK)
 6
 7              I, Samuel Mauro, Jr., a Registered
 8   Merit Reporter and Notary Public within and for
 9   the State of New York, do hereby certify:
10              That CARLIN ROSS, the witness whose
11   deposition is hereinbefore set forth, was duly
12   sworn by me and that such deposition is a true
13   record of the testimony given by such witness.
14              I further certify that I am not
15   related to any of the parties to this action by
16   blood or marriage and that I am in no way
17   interested in the outcome of this matter.
18              In witness whereof, I have hereunto
19   set my hand this  _____ day of
20   _____ 2_____.
21
22
23
24   _____
25   SAMUEL G. MAURO, RMR
```