IN RE ARBITRATION

- - - - - - - - - - - - - - - -

FREE SPEECH COALITION INC., )
et al., )
Plaintiffs, ) CIVIL ACTION NO.
vs. ) 2:09-4607
THE HONORABLE ERIC H. HOLDER, )
JR., Attorney General, )
Defendant. )

- - - - - - - - - - - - - - - -

DEPOSITION OF STEVEN DAVID STEINBERG

FRIDAY, APRIL 19, 2013

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: DAWN EILEEN HOWARD, CSR NO. 13201
160 SPEAR STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94105
(415) 597-5600



0fb5641b-f231-4f9a-a353-c03d0fbfdbc8

Q. Do you recall when that was?

A. Nineteen -- when I started taking -- I mean, I've taken vacation photographs all my life. But 1999 was when I first started doing sexual photography.

Q. How did it happen that you started doing that?

A. I had been working with a photographer -- a growing network of photographers for Cupido for some time and had become close friends with some of the photographers, and was encouraging them to move in certain directions with their photography. And one photographer in particular got annoyed with me and said, "David, if you want -- I'm doing the kind of photography I want to do. If you want to do that kind, then why don't you do your own?"

So I was actually quite fascinated with the project of trying to get honest photographs of people being sexual. It's a funny project. Sex is a private matter. If there's a photographer there, how can you possibly get people being genuine and natural in that circumstance? So I was curious to see what that was like.

And I had some friends who at that time were the owners of Spectator Magazine, and they volunteered to be my guinea pigs. And we did a photo shoot where I was photographing the two of them. And, somewhat to my



0fb5641b-f231-4f9a-a353-c03d0fbfdbc8

surprise, we got some beautiful photographs. Cupido loved them, put me on the cover, and encouraged me to do more. I've showed some of the prints from those photographs to other people in the whole network that we were part of. And, "Oh, photograph us. Photograph us."

So the next thing I knew I was taking pictures of all sorts of people, and I've done 160 couples in the last 12 years. It's kind of taken off. Before that I was a writer, not a photographer. Now all of a sudden I don't have time to write anymore.

Q. Did you take classes in photography when you decided you wanted to become a photographer?

A. Never. I really know very little technically about photography. People -- you know, I shoot film, and I shoot digital photographs, for example. People say, "What kind of film do you use?"

I say, "Black and white," you know. I mean, it's all very low tech to me, and I enjoy keeping it that way. I get very bored when photographers start talking about their cameras and their equipment.

Q. So do you use just a 35-millimeter SLR camera?

A. Yes.

Q. And you've never gone to digital?

A. No. Although, my friend Michael Rosen thinks I'm crazy, but I'm -- partly because I'm lazy and partly

because I really like film, and I like -- I'm just stuck in my ways.

Q. Do you develop the film yourself?

A. No. I have a lab that does my -- all of my developing and printing.

Q. And you only take black and white?

A. I take a little bit of color, but -- and Cupido encourages me. They want more color, but I mostly do black and white. I think it's more artful. And, especially in the realm of sexual photography, I'm trying to take my photography out of the mindset that people are used to with sexual photography, which is related to commercial pornography, which is almost all in color. So being in black and white helps put me in a different category.

Q. You mentioned your very first photo shoot ended up being in Cupido?

A. Yes.

Q. So did you -- did your photography become commercial, something you did for money right away, then?

A. Yeah, it did. It was quite surprising. Barbara Nitke -- not to take up your time, but Barbara Nitke, when I work, I have always admired. I showed her some of my initial photographs. And she said, "David,

you have to take this seriously. How often do you come on something that's useful that you do well, that's fun to do, and that you can make money from?"

So at that point it was just kind of a lark for me. But at that point I really started saying, "Oh, I can do something significant with this. And, plus, all of a sudden everybody I knew wanted to be photographed.

Q. Since the time you started as a photographer, what has -- how has your career progressed?

A. Well, initially, it was for Cupido. Initially, it was people I knew. It's expanded. People have seen my work. People have asked to reproduce my work. I now get requests from strangers who want me to photograph them. I've been in lots of art shows. I've won awards. I was declared erotic photographer of the year in 2010, I think it was, by the Leydig Trust in London. I was declared one of the first of the initial five masters, so-called masters of erotic art by the Seattle Erotic Art Festival last year.

And I have a following now. I think people appreciate sexual photography that's genuine, that you would look at them and say, "Oh, these are regular people. This could be me in this photograph." When I show my work, that's mostly what people respond to, because I don't pose my models. I don't tell them what



0fb5641b-f231-4f9a-a353-c03d0fbfdbc8

to do. I just say, "Try to be natural and be yourself. I'm just trying to document who you are.

Also, I've done a number of specialties, including older people, people who are not traditionally, quote, "beautiful." Heavy people. I'm doing a whole series of people with disabilities who's sexuality nobody takes seriously. Because one of the messages in the work that I'm trying to do is that you don't have to be young and thin and glamorous to be sexually attractive and wonderful sexually.

Q. When you take these photographs, where do you -- where does it happen?

A. Almost always I photograph people where they live, because I think that's where people are most comfortable. I don't work in studio. I have debates with other photographers about that. But I'm convinced that, at least for the photography that I'm interested in, which, as I say, is getting people to be honest and natural and genuine. The best place to have that happen is when they're at home.

Q. Do you use lighting, specialized lighting?

A. Yeah, I have basic lights, two tripods with hot lights and umbrellas. And I move my lights around, again, because I don't pose people. I don't say, "Be here. Do this." Sometimes people will say, "Well, what



0fb5641b-f231-4f9a-a353-c03d0fbfdbc8

do you want us to do?" And I say, "Well, it's up to you."

I mean, the whole thing that I do is to try to make people feel comfortable with me, comfortable with the unnatural situation of being photographed while being sexual, so that hopefully they can be sexual in more than a superficial way. And then I get the photographs that I think really had something to say about being sexual people.

Q. So at this point -- I mean, from the time you became a photographer, did you make your living from doing that?

A. Partially, I do. It's not the only thing I do for money, but yeah. Yeah, pretty much from the time I started I started earning income from it.

Q. What are the other components of your income?

A. I have a business that I've owned for 30 years, selling herbs and teas and spices to health food stores in Santa Cruz. I mean, I make some money from my writing. And at this point -- I mean, I'm 68 years old -- a fair amount of my income comes from investments that I get dividends from.

Q. Between --

A. Oh, and, sorry, Cupido, where I get commissions on the work of other people's photography that I sell to

A. Yes.

Q. Is there anything else that you're working on in terms of publication?

A. No.

Q. You have an office, correct?

A. Yes.

Q. And it's in San Francisco?

A. Yes. It's part office, part residence. And then my permanent residence is in Santa Cruz.

Q. Okay. So you live --

A. Both places. Sorry.

Q. That's okay.

A. Wait until she finishes.

Q. Why do you have an office?

MS. BAUMGARDNER: Objection.

Go ahead.

THE WITNESS: I was spending so much time driving up and down between Santa Cruz and San Francisco, I just decided I needed a place in San Francisco, both as a residence and -- part of it was as a -- it was somewhat related to the Divas photography, as a place that I could do photography with people.

I was sometimes driving people all the way down to Santa Cruz to take photos of them because where they lived didn't work. And so it was -- and then as long I



0fb5641b-f231-4f9a-a353-c03d0fbfdbc8

Q. Where do you keep those records?
A. A filing cabinet. Oh, you mean where -- in San Francisco.
Q. In your office?
A. In my office, yes.
Q. So you have a filing cabinet with hard copies of the photo IDs and their releases?
A. Yes.
Q. In a separate filing cabinet?
A. Yes.
Q. Okay. And then there's a computer spreadsheet. Is that what you do to comply with the cross-referencing?
A. Yes.
Q. Have you made 2257 statements on -- for anything?
A. "Made," I don't know what that means.
Q. Like, you said that "Photo Sex" had a 2257 statement, but it was the publisher that included that in the book.
A. Yes.
Q. Has any of your work included 2257 statements that you created?
A. No, I don't -- no.
Q. When you exhibit a work at a gallery, does it



0fb5641b-f231-4f9a-a353-c03d0fbfdbc8

STATE OF CALIFORNIA )
) Ss.
COUNTY OF SAN FRANCISCO )

I hereby certify that the witness in the foregoing deposition, STEVEN DAVID STEINBERG, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth, in the within-entitled cause; that said deposition was taken at the time and place herein named; that the deposition is a true record of the witness's testimony as reported by me, a duly certified shorthand reporter and a disinterested person, and was thereafter transcribed into typewriting by computer.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of May, 2013.

-------------------------------

DAWN E. HOWARD, CSR NO. 13201
STATE OF CALIFORNIA



0fb5641b-f231-4f9a-a353-c03d0fbfdbc8