

Ask me for a photo

31 year old Man
21 year old Woman
Looking for Women
Living in Mount Vernon, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😉 Send them a wink

517.   Standard Member   ★★☆☆☆   **crazycouple48**   Why Hello....mmmm, you!

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Cleveland, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😉 Send them a wink

518.   Standard Member   ★☆☆☆☆   **studly0900**   we are looking to add some spice to the relationship, come join us.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Cleveland, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😉 Send them a wink

519.   Standard Member   ★☆☆☆☆   **PHILHEMBREE**   HELLO WE ARE A HAPPY COUPLE. LOOKING FOR BISEXUAL FEMALES.

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😉 Send them a wink

520.   Standard Member   ★☆☆☆☆   **bigdicktightpus3**   We are a hot newly-wed couple looking for a little fun.Anyone wanna get down and dirty?

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😉 Send them a wink

521.   Standard Member   ★☆☆☆☆   **brianandallison**   Just sex...

Ask me for a photo

20 year old Man
21 year old Woman
Looking for Women
Living in Barnesville, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😉 Send them a wink

522.   Standard Member   ★☆☆☆☆   **teach06**   curious couple looking for fun

D000970



21 year old Man
21 year old Woman
Looking for Women
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

523. Standard Member    ★☆☆☆☆  **SPARKWITAZ**  THIS IS 4 ME YOU AND MY BOO

19 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

524. Standard Member    ★☆☆☆☆  **PrincessIsis**  A Dream I Had Of Her

19 year old Man
18 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

525. Standard Member    ★☆☆☆☆  **i need pussy now**  I AM LOOKING FOR PUSSY 4 ME & MY MAN

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Chillicothe, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

526. Standard Member    ★☆☆☆☆  **dadydick2006**  MAle/ Female 20's looking for gurl

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Massillon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

527. Standard Member    ★☆☆☆☆  **cpl4fun239**  Sexually energetic couple seeks energetic female

29 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

528. Standard Member    ★☆☆☆☆  **lova_69**  Lookin to have fun with a hot chick.E-mail me if your intersested.

D000971



21 year old Man
21 year old Woman
Looking for Women
Living in Bainbridge, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

529.    **Standard Member**    ★☆☆☆☆    **couple44048**    Tripods stand better, join us

20 year old Man
20 year old Woman
Looking for Women
Living in Kingsville, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

530.    **Standard Member**    ★☆☆☆☆    **Jeanie21**    Woman Wishes To be With A Woman

21 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

531.    **Standard Member**    ★☆☆☆☆    **bandb20052**    married couple lookin to make a trio

20 year old Man
18 year old Woman
Looking for Women or Couples (2 women)
Living in Grover Hill, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

532.    **Standard Member**    ★★★☆☆    **curiouscoupl4284**    Couple (man and woman) looking for some wild times. Are you interested?

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Findlay, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

533.    **Standard Member**    ★☆☆☆☆    **datrueaba65**    Looking fot fun in wv. contact if interested

20 year old Man
20 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Proctorville, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

534.    **Standard Member**    ★☆☆☆☆    **Sexsikitti**    We are looking for another female to give us our first 3some experience. ^_~.

D000972



Ask me for a photo

23 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

535.  Standard Member    ★☆☆☆☆  **vonanderek**    always havin fun

Ask me for a photo

31 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Defiance, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

536.  Standard Member    ★☆☆☆☆  **swavey4**    what we are and what where looking for

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Warren, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

537.  Standard Member    ★★★☆☆  **OHCouple4Fun05**    Couple looking for fun people to hang with and get kinky

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

538.  Standard Member    ★☆☆☆☆  **sexi_lilredbone**    Bi-curious female looking for another female to have fun with. Make me and my boyfriend happy!

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

539.  Standard Member    ★☆☆☆☆  **verycurious421**    Interested in seeing what happens. Looking for something exciting.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Stow, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

540.  Standard Member    ★☆☆☆☆  **slippery154**    Straight male bisexual female interested in any sexual contact or online chat talk to me.

D000973



27 year old Man
21 year old Woman
Looking for Women
Living in Chillicothe, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D000974

# AdultFriendFinder.com™

The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

| Start New Search | Search Results |

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My Profile**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**
Verified Member
Personality Type
Voice introduction
Video Introduction
★★★★☆
Your Compatibility Score

541. Standard Member ★☆☆☆☆ **calienteohio** very attractive couple seeking female for her

Ask me for a photo
30 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

542. Standard Member ★☆☆☆☆ **Murph N Raven** Come Out and Play With Us

Ask me for a photo
19 year old Man
24 year old Woman
Looking for Women
Living in Niles, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

543. Standard Member ★☆☆☆☆ **bigballa614** looking for a women thats all

Ask me for a photo
19 year old Man
24 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

544. Standard Member ★☆☆☆☆ **ogar1999** couple seeking women

Ask me for a photo
21 year old Man
21 year old Woman
Looking for Women
Living in Lancaster, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

545. Standard Member ★☆☆☆☆ **sxyvxn1981** About us and what we want

21 year old Man
21 year old Woman
Looking for Women
Living in Niles, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink

546. Standard Member ★☆☆☆☆ **WhatUNeed2nite2** Just browsing the system

D000975



27 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

547. Standard Member  ★☆☆☆☆  **countrygirl1034**   Curious Innocent Young Girl

19 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

548. Standard Member  ★☆☆☆☆  **napoleoncpl2**   couple in search of female partner. willing to try new things.

30 year old Man
19 year old Woman
Looking for Women
Living in Napoleon, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

549. Standard Member  ★☆☆☆☆  **magnum8782**   Looking for a fun playmate

21 year old Man
22 year old Woman
Looking for Women
Living in Maineville, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

550. Standard Member  ★☆☆☆☆  **KittyKat2085**   Hello Looking for a cute Girl

23 year old Man
19 year old Woman
Looking for Women
Living in Solon, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

551. Standard Member  ★☆☆☆☆  **BondageSpYder**   dom couple 4 sub female up for anything from house work and sitting to sexual

26 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

- Add to Hotlist
- Send them a wink

552. Standard Member  ★★☆☆☆  **yngcouple75**   Young Ohio couple seek Hot Couple for friendship and more



**Ask me for a photo**

23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups,
Couples (2 women) or Couples (2 men)
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

553. Standard Member ★★★☆☆ **hotcoshoctoncpl**    hey everyone..... we are hot and ready to have fun...

**Ask me for a photo**

21 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Warsaw, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

554. Standard Member ★☆☆☆☆ **couplewanting33**    fun couple looking to spice things up

**Ask me for a photo**

23 year old Man
18 year old Woman
Looking for Women
Living in Alliance, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

555. Standard Member ★★★☆☆ **FireCouple82**    Just a young couple looking to have fun. Very easy going and would love to meet people of the same.

**Ask me for a photo**

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups,
Couples (2 women) or Couples (2 men)
Living in Ashland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

556. Standard Member ★☆☆☆☆ **SoSuductive84**    Just lookin for a little fun!!

**Ask me for a photo**

23 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

557. Standard Member ★☆☆☆☆ **WildnCrazy4U247**    Wild & Crazy Couple Seeking Fun Loving Girl For Adventurous Fun

**Ask me for a photo**

22 year old Man
19 year old Woman
Looking for Women
Living in Belmont, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

558. Standard Member ★☆☆☆☆ **readytogo0814**    man and woman looking for a fun night.

D000977



23 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

559.  Standard Member  ★☆☆☆☆  **HottCouple2284**   Just want a lot of SEX!!!

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Strongsville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

560.  Standard Member  ★☆☆☆☆  **justcurious746**   I'm just curious husband doesn't know I'm looking it
will be Kind of a surprise

30 year old Man
21 year old Woman
Looking for Women
Living in Ravenna, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

561.  Standard Member  ★☆☆☆☆  **lovelycouple614**   Strong Appetite

20 year old Man
19 year old Woman
Looking for Women
Living in Brecksville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

562.  Standard Member  ★☆☆☆☆  **allpropussylicka**   We Wanna Have Fun Freaky Fuckin

20 year old Man
18 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

563.  Standard Member  ★☆☆☆☆  **sexy_pair2005**   Younger couple looking for a fun girl to "play" with.
Preferrably just the girl!!

33 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Bainbridge, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

564.  Standard Member  ★☆☆☆☆  **JessicaTroy**   Looking for some fun

D000978



27 year old Man
19 year old Woman
Looking for Women
Living in Pataskala, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

565. Standard Member ★☆☆☆☆ **osucouplewantsex** Looking for other OSU people

21 year old Man
22 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

566. Standard Member ★☆☆☆☆ **3isbetterwomlvr** hot couple seeking hot girl

21 year old Man
21 year old Woman
Looking for Women
Living in Mentor, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

567. Standard Member ★☆☆☆☆ **TheBigBiz** Bored in the Nati

24 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

568. Standard Member ★☆☆☆☆ **BIGirlformyMAN** Couple ISO Attractive. Extremely Oral Bi-Female for His/Her Pleasure

34 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

569. Standard Member ★☆☆☆☆ **dysturbedstatic** Married Couple Looking for fun

21 year old Man
22 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

570. Standard Member ★☆☆☆☆ **rebelnurse69gal** Need a gal to play....my man just watches

D000979



39 year old Man
21 year old Woman
Looking for Women
Living in Cadiz, Ohio, United States
[invite to your network!]

  Add to Hotlist

Send them a
wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000980

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

| **Start New Search** | **Search Results** |

## Couples (man and woman) Seeking Women in Ohio

### Featured Members
Click here to get featured

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

### Icon Key
 **Verified Member**
 **Personality Type**
 **Voice introduction**
 **Video Introduction**
★★★★☆ **Your Compatibility Score**

---

**571.** Standard Member | ★☆☆☆☆ **TaeNK983**  Couple seeks women for fun!


Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**572.** Standard Member | ★☆☆☆☆ **MPPGirl**  Fun loving couple looking for Fun. An will do anything to have it.

Ask me for a photo

22 year old Man
20 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**573.** Standard Member | ★☆☆☆☆ **motocross0241**  Looking for a hot girl to have fun with

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Hudson, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**574.** Standard Member | ★☆☆☆☆ **BrianandAmber**  married couple looking for female partner

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Otway, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**575.** Standard Member | ★☆☆☆☆ **Happy2418000**  Young good looking couple looking for frisky female

Ask me for a photo

24 year old Man
19 year old Woman
Looking for Women
Living in Steubenville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

**576.** Standard Member | ★★☆☆☆ **lovechica85**  WE are a couple where the women is interested in someon




D000981



26 year old Man
20 year old Woman
Looking for Men or Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Ask me for a photo

Add to Hotlist
Send them a wink

577. Standard Member    ★☆☆☆☆    **gyrlguygyrlfun3**    Couple Looking for Fun

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

578. Standard Member    ★★★☆☆    **agent5271**    We are two fun loving people who have extreme sexuality

Ask me for a photo

34 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Ravenna, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

579. Standard Member    ★☆☆☆☆    **2FREAKS2421**    Young couple looking for fun.

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

580. Standard Member    ★☆☆☆☆    **newlyweds2006**    newlywed couple female is bicurious

Ask me for a photo

23 year old Man
19 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

581. Standard Member    ★☆☆☆☆    **brandiandchris2**    Hot sexy couple looking for someone to join in fun

Ask me for a photo

22 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

582. Standard Member    ★☆☆☆☆    **watchingwife13**    Wanting oral 69 for husband

D000982

Couples (man and woman) Seeking Women in Ohio



Ask me for a
photo

25 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

583. Standard Member    ★☆☆☆☆ **kimmer85**    Young curious couple

Ask me for a
photo

20 year old Man
19 year old Woman
Looking for Women
Living in Alliance, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

584. Standard Member    ★☆☆☆☆ **hotteddy24**    hi our names are amanda and brandon

Ask me for a
photo

24 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

585. Standard Member    ★☆☆☆☆ **tonjam**    Young Couple looking for someone to enjoy

Ask me for a
photo

21 year old Man
19 year old Woman
Looking for Women
Living in Westlake, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

586. Standard Member    ★☆☆☆☆ **3sumfun18**    couple wanting another female

Ask me for a
photo

21 year old Man
21 year old Woman
Looking for Women
Living in Defiance, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

587. Standard Member    ★☆☆☆☆ **andmorefun**    hey im in the mood for a 3some . Need a sexy woman

Ask me for a
photo

19 year old Man
18 year old Woman
Looking for Women
Living in Euclid, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a
wink

588. Standard Member    ★☆☆☆☆ **somechick85**    we want you!!!!!!!!

D000983



19 year old Man
19 year old Woman
Looking for Women
Living in Miamisburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

589. Standard Member ★☆☆☆☆ **LongDickinDon** We're looking for some other ppl who ae as open as we are who ae std free and like to get crazy

21 year old Man
22 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Saint Marys, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

590. Standard Member ★☆☆☆☆ **realrealhot** Sexy young couple seeks hot sex..for real

31 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

591. Standard Member ★☆☆☆☆ **Experiment8484** Looking for woman to try new things.

20 year old Man
21 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

592. Standard Member ★☆☆☆☆ **towens3** We are looking to have fun. Leave us a line.

25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Mansfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

593. Standard Member ★☆☆☆☆ **brad82624** Hi, we are a couple looking a woman to have a 3 some with. We live near Canton Ohio

18 year old Man
18 year old Woman
Looking for Women
Living in Louisville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

594. Standard Member ★☆☆☆☆ **Kevin61885** looking for a women to have a good time with.



20 year old Man
19 year old Woman
Looking for Women
Living in Ravenna, Ohio, United States
[invite to your network!]



Add to Hotlist
Send them a wink

---

595. Standard Member    ★☆☆☆☆    **xxxguitarist**    looking to meet women or couples



23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Circleville, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

596. Standard Member    ★☆☆☆☆    **kittykatt1983**    If your ready to have fun and make memories lets connec



23 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

597. Standard Member    ★☆☆☆☆    **douglin521**    Hi, we are looking for women who want to engage in sexual activities with a male and female.



26 year old Man
20 year old Woman
Looking for Women
Living in Findlay, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

598. Standard Member    ★☆☆☆☆    **curious19262**    We are a curious healthy couple. Looking to have fun.



26 year old Man
18 year old Woman
Looking for Women
Living in Cardington, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

599. Standard Member    ★☆☆☆☆    **1sexybia4u2share**    looking for some fun



24 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

600. Standard Member    ★☆☆☆☆    **maemyselfandi**    Touch is very powerful to me. And I'm still a virgin (blushes)

D000985

Case 2:09-cv-04607-MMB   Document 170-1   Filed 05/10/13   Page 17 of 26



Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Plain City, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

View More Listings

**Home** 💬 **My Account** **Browse** **Search** **Chat** **Groups** **Friends** **Hotlist** **Shop** **Get Local** **Magazine** **Blogs** **Help**

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

 **AdultFriendFinder.com**™

The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

Home | **My Account** | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search** | **Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**

Click here to get featured


**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.


**Highlight My**


**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS

**Icon Key**

 Verified Member

 Personality Type

 Voice introduction

 Video Introduction

★★★★☆
**Your Compatibility Score**

601. **Standard Member** ★☆☆☆☆ **Urael** Life can be as sweet as sin!

Ask me for a photo

35 year old Man
20 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

602. **Standard Member** ★☆☆☆☆ **SexyFunCoupleOH** Cum meet us

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

603. **Standard Member** ★★★★☆ **unme01** how about a night of fun

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Saint Marys, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

604. **Standard Member** ★☆☆☆☆ **nitsuj2000** hot sexy stuff

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Lakewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

605. **Standard Member** ★☆☆☆☆ **pagan112** fun couple. And responsible.

Ask me for a photo

38 year old Man
21 year old Woman
Looking for Women
Living in Bellefontaine, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

606. **Standard Member** ★☆☆☆☆ **illeatthatpussy** horny couple.looking for a willing girl or lesbien couple.



22 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]



Add to Hotlist
Send them a wink

607. Standard Member ★☆☆☆☆ **naughtykarebear**   looking for sex partner



20 year old Man
20 year old Woman
Looking for Women
Living in Ashtabula, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

608. Standard Member ★★☆☆☆ **couplelookin5520**   1st timers looking for fun. Teach us everything
you know



23 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups
or Couples (2 women)
Living in Shreve, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

609. Standard Member ★☆☆☆☆ **lookingforagf696**   looking for a girlfriend



23 year old Man
18 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

610. Standard Member ★☆☆☆☆ **rocket0583**   hello there



21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

611. Standard Member ★☆☆☆☆ **pussy_lovers3**   A COUPLE LOOKING FOR SEXY LADIES WITH
SEXY BODIES



19 year old Man
19 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

612. Standard Member ★★☆☆☆ **medlife**   couple just looking to have fun. will try anything once or
twice

D000988



22 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Saint Paris, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

613.  ★☆☆☆☆ **halftrack11**   sweet



22 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

614.  ★☆☆☆☆ **Bumblebee0708**   We are a male and female couple. We are looking for another female to have a sexual experience with.

19 year old Man
19 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

615.  ★☆☆☆☆ **Chicksue**   Hot Couple Looking To Play!!

21 year old Man
21 year old Woman
Looking for Women
Living in Orient, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

616.  ★☆☆☆☆ **kyleps**   Hi, me and my wife are living in Crestline, OH. We are looking for a woman(s) to have a great time.

23 year old Man
20 year old Woman
Looking for Women
Living in Crestline, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

617.  ★☆☆☆☆ **2hot2b4got**   We are a married couple looking for a woman.

30 year old Man
21 year old Woman
Looking for Women
Living in Washington Court House, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

618.  ★☆☆☆☆ **DntDodgeItRamIt2**   HOme Grown







D000989



22 year old Man
20 year old Woman
Looking for Women
Living in Richwood, Ohio, United States
[invite to your network!]


🔲 Add to Hotlist
😊 Send them a wink

---

619.  Standard Member ★☆☆☆☆ **Jay_Savannah**   Looking for fun

33 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Bainbridge, Ohio, United States
[invite to your network!]


🔲 Add to Hotlist
😊 Send them a wink

---

620. Standard Member ★☆☆☆☆ **toshia4**   Happy couple seeking a female. Mostly as a play toy.



23 year old Man
19 year old Woman
Looking for Women
Living in Bellefontaine, Ohio, United States
[invite to your network!]


🔲 Add to Hotlist
😊 Send them a wink

---

621. Standard Member ★☆☆☆☆ **pcsr2005**   Couple Looking for New Fun



21 year old Man
18 year old Woman
Looking for Women or Couples (2 women)
Living in Mentor, Ohio, United States
[invite to your network!]


🔲 Add to Hotlist
😊 Send them a wink

---

622. Standard Member ★☆☆☆☆ **needingmore82**   This is me!



21 year old Man
23 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]


🔲 Add to Hotlist
😊 Send them a wink

---

623. Standard Member ★★☆☆☆ **usneedingu99**   young couple looking 4 fun



23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups
or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]


🔲 Add to Hotlist
😊 Send them a wink

---

624. Standard Member ★☆☆☆☆ **sxygrl44811**   Couple looking for a female. Are you the one?

D000990



21 year old Man
20 year old Woman
Looking for Women
Living in Bellevue, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

625.  ★☆☆☆☆ **couple2500**   Young couple seeking a female partner to add a little more excitement into the bedroom.



21 year old Man
23 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

626.  ★☆☆☆☆ **thecollector5**   Young energetic couple seeking female partner.



21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

627.  ★☆☆☆☆ **Heelsgurl**   Looking to pleasure boyfriend with another women



19 year old Man
24 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

628.  ★☆☆☆☆ **sexycarmel100**   I am a sexy Black women. Who is just looking for some fun.



26 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

629.  ★☆☆☆☆ **yung105**   Looking for fun!!!



18 year old Man
18 year old Woman
Looking for Women or Groups
Living in North Olmsted, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

630. ★☆☆☆☆ **joebiggie**   Looking for a great couple in Cols area? We might be interested in you :)

D000991



Ask me for a photo

22 year old Man
20 year old Woman
Looking for Women
Living in Westerville, Ohio, United States
[invite to your network!]

Add to Hotlist

Send them a wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D000992

**AdultFriendFinder.com** 

Get more Points!

The World's Largest Sex & Swinger Personals site

| Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help |

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

### Featured Members
Click here to get featured

631.  Standard Member  ★☆☆☆☆   **vikkiandken**   Two young and over-sexed people looking for somoeone to have a threesome with. no strings attached.

 Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Elyria, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

632.  Standard Member  ★☆☆☆☆   **mrlonely107**   just looking to have some fun

Ask me for a photo

20 year old Man
21 year old Woman
Looking for Women
Living in Streetsboro, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

**Highlight My** 

633.  Standard Member  ★☆☆☆☆   **HowUDoin214**   Hey, How you doin?

Ask me for a photo

19 year old Man
20 year old Woman
Looking for Women
Living in Swanton, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink


**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS

### Icon Key
✅ Verified Member
📋 Personality Type
🔊 Voice introduction
🎥 Video Introduction
★★★★☆
**Your Compatibility Score**

634.  Standard Member  ★☆☆☆☆   **alazae270**   Sexy young couple looking for another female! Is it you?

Ask me for a photo

31 year old Man
19 year old Woman
Looking for Women
Living in Owensville, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

635.  Standard Member  ★☆☆☆☆   **DelphosCouple**   Delphos Couple

Ask me for a photo

30 year old Man
21 year old Woman
Looking for Women
Living in Delphos, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

636.  Standard Member  ★☆☆☆☆   **hotlilcouple3**   hi cute couple looking for another girl for 3some. or two girls



20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Lancaster, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

---

637. Standard Member

★☆☆☆☆  **curiousliicouple**    Curious couple seeks new experience



21 year old Man
24 year old Woman
Looking for Women or Couples (man and woman)
Living in Westerville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

638. Standard Member

★☆☆☆☆  **chris7629**    we r looking for another woman. this will be her first time so come on give me some help.

20 year old Man
22 year old Woman
Looking for Women
Living in Troy, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

639. Standard Member

★★☆☆☆  **angel12730**    A coulpe looking to spice up their relationship. We are fun and good looking.

31 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Petersburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

640. Standard Member

★☆☆☆☆  **Ohio_fun2004**    "I don't like sex on television. I keep falling off.

28 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Reynoldsburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

641. Standard Member

★☆☆☆☆  **todesirable**    wanna have fun with us, we will keep you talk-in for days, weeks name it will do it!!!!



21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

642. Standard Member

★☆☆☆☆  **ohiohotties4you**    Hi. We're looking for a little fun with an adventurous girl.

D000994



24 year old Man
19 year old Woman
Looking for Women
Living in Maineville, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

643.  ★☆☆☆☆ **Ariyana00**   A young couple looking for a woman , but a friend also!!

21 year old Man
21 year old Woman
Looking for Women
Living in Elyria, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

644.  ★☆☆☆☆ **xxxhottiexxx0**   Interracial Couple seeking some fun with another woman

19 year old Man
19 year old Woman
Looking for Women
Living in Fairfield, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

645.  ★☆☆☆☆ **lisaandjay**   looking to try new things

21 year old Man
22 year old Woman
Looking for Women or Couples (man and woman)
Living in West Union, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

646.  ★☆☆☆☆ **bigpimpin866**   lookin 4 fun

21 year old Man
30 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

647.  ★☆☆☆☆ **2secretpassions**   Couple Looking for Female

21 year old Man
21 year old Woman
Looking for Women
Living in New Philadelphia, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

648. ★☆☆☆☆ **hot4u0205**   looking 4 fun!!

D000995