

21 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

649. | Standard Member | ★☆☆☆☆ **JunTay69**   just me and u



20 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

650. | Standard Member | ★★★★☆ **ILoveMassages19**   I love Massages And hope to meet you real soon.hopfully you are ready to feel my needs.



19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

651. | Standard Member | ★☆☆☆☆ **ashleyandmike**   couple looking for a 3some



26 year old Man
19 year old Woman
Looking for Women
Living in Chillicothe, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

652. | Standard Member | ★☆☆☆☆ **couple**   couple lookin for a night of fun



21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Prospect, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

653. | Standard Member | ★☆☆☆☆ **fun9013**   hey ladies get down with us



20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

654. | Standard Member | ★☆☆☆☆ **college0105**   Looking for a different kind of fun...

D000996



21 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

655.  Standard Member ★☆☆☆☆ **Cunit111682**   we are a male and female looking to have fun.



19 year old Man
22 year old Woman
Looking for Women
Living in Tallmadge, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

656. Standard Member ★☆☆☆☆ **herbie375**   Springfield couple needs another woman



29 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Springfield, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

657. Standard Member ★☆☆☆☆ **betterthanyou2**   new to the scene. am willing to learn...



23 year old Man
20 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

658. Standard Member ★★☆☆☆ **nwcpl3079**   nothwest ohio couple looking for fun in ohio



26 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups,
Couples (2 women) or Couples (2 men)
Living in Spencerville, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

659. Standard Member ★☆☆☆☆ **bifun85**   fun couple



33 year old Man
20 year old Woman
Looking for Women
Living in Wauseon, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

660. Standard Member ★☆☆☆☆ **vibrator1987**   A little about us

D000997



20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist

😉 Send them a
wink

View More Listings

**Home**  🔄  **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D000998

# AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site



( Let Standard Members Contact You! )

**Home**  **My Account**  **Browse**  **Search**  **Chat**  **Groups**  **Friends**  **Hotlist**  **Shop**  **Get Local**  **Magazine**  **Blogs**  **Help**

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**





**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
Join for FREE

**Icon Key**



✓ **Verified Member**
▤ **Personality Type**
🎙 **Voice introduction**
📹 **Video Introduction**
★★★★☆
**Your Compatibility Score**

661. | Standard Member | ★☆☆☆☆ **schbven2005** Couple looking for a girl to have a 3some with. Perfer white and around our age.

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

662. | Standard Member | ★★★★★ **damnsoul** Hello my name is daniel me and my g/f are interested in finding a girl for a threesome.

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Chillicothe, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

663. | Standard Member | ★☆☆☆☆ **davidjen** we are a new coulpe that are looking for a girl to join us

Ask me for a photo

41 year old Man
20 year old Woman
Looking for Women
Living in Ashland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

664. | Standard Member | ★★★★★ **will7705** hmmmmmmmm...............

Ask me for a photo

27 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

665. | Standard Member | ★★★★★ **fun4u872** hi were looking for a girl to have fun with.If interested email us.

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Women
Living in Brunswick, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

666. | Standard Member | ★☆☆☆☆ **eatmeout069** I have never been with another women but have always wanted to try. He yhinks it will be fun too.



18 year old Man
18 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

667.  **Standard Member**  ★☆☆☆☆ **jggirl85**  LOOKING TO HAVE SOME FUN



20 year old Man
20 year old Woman
Looking for Women
Living in West Chester, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

668.  **Standard Member**  ★☆☆☆☆ **BritandNick**  Hey Hon, How are you..!?!?



19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

669.  **Standard Member**  ★★☆☆☆ **Experimenters12**  Bi-curious couple seeking others

33 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

670.  **Standard Member**  ★☆☆☆☆ **stcw**  We are a couple seeking a first time experience. We want to be relaxed and comfortable.



21 year old Man
21 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

671.  **Standard Member**  ★☆☆☆☆ **fun_lovin_cpl4u**  21 bi fem 26 str8 m looking for a bi fem or cpl with a bi fem and str8 m



26 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Logan, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

672.  **Standard Member**  ★☆☆☆☆ **Lustfulldeas**  We're very open to new things. Both of us are very well pleased on e v e r y occation

D001000



20 year old Man
20 year old Woman
Looking for Women
Living in Hilliard, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

673. Standard Member   ★☆☆☆☆  **acbendel**   hot couple looking for a women



24 year old Man
20 year old Woman
Looking for Women
Living in Wadsworth, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

674. Standard Member   ★☆☆☆☆  **CincyGuy513**   Two Looking for a girl!!



21 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

675. Standard Member   ★☆☆☆☆  **neohiobuds**   22/m and 18/f mentor cpl



23 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Mentor, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

676. Standard Member   ★☆☆☆☆  **yeahus_614**   hi there thinkinh about something. Let us know if your interested.



20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

677. Standard Member   ★☆☆☆☆  **hotcoupels**   hi we` are coupels in detroit lookin for good relation with girls or coupels



23 year old Man
21 year old Woman
Looking for Women
Living in Jackson, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

678. Standard Member   ★☆☆☆☆  **jasonjessi4u**   Looking for more fun in the bedroom

D001001



24 year old Man
21 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

679. **Standard Member** ★☆☆☆☆ **head2toeangel** Lookin for sexy girl to have fin with



22 year old Man
19 year old Woman
Looking for Women
Living in Barberton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

680. **Standard Member** ★☆☆☆☆ **ymomk83** We are a couple looking for some fun and a relationship with a female or more female.



22 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Mount Vernon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

681. **Standard Member** ★☆☆☆☆ **LIZard4u05** We're a couple seeking to have a fun chat. we're open to much of anything.



25 year old Man
20 year old Woman
Looking for Women
Living in Hillsboro, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

682. **Standard Member** ★☆☆☆☆ **jayalissah** We are fun, and committed couple. We also like to have fun with others.



22 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Tiffin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

683. **Standard Member** ★☆☆☆☆ **cpl4bifem1984** Looking for a bi fem



21 year old Man
21 year old Woman
Looking for Women
Living in Sylvania, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

684. **Standard Member** ★☆☆☆☆ **cplforwoman45801** seeking single female

D001002



30 year old Man
20 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

685.  Standard Member  ★☆☆☆☆  **smile7403**   New Bi-curious couple



26 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Gallipolis, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

686.  Standard Member  ★☆☆☆☆  **ohio_cpl4girls**   Hey all you ladies out there we are interested in meeting women from 18 to 35 just to hang out



21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Zanesville, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

687. Standard Member  ★☆☆☆☆  **sexysteph32**   ilovetofuck



23 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

688. Standard Member  ★☆☆☆☆  **hotblondeforu2**   we are a couple looking for a girl for threesome.



30 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

 Add to Hotlist
 Send them a wink

689. Standard Member  ★☆☆☆☆  **psycosyclette**   Seeking women to join couple



27 year old Man
21 year old Woman
Looking for Women
Living in Sidney, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

690. Standard Member  ★☆☆☆☆  **brandybill**   love watching and being watched.others activities possi



D001003



Ask me for a photo

33 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Canton, Ohio, United States
[invite to your network!]


Add to Hotlist

Send them a wink

View More Listings

| **Home** | | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help** |


Secure Site
click to verify

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off



**AdultFriendFinder.com**™

The World's Largest Sex & Swinger Personals site

**Get a Highlight!**

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS



**Icon Key**

✓ **Verified Member**
📋 **Personality Type**
🎙 **Voice introduction**
📹 **Video Introduction**
★★★★☆ **Your Compatibility Score**

691. Standard Member | ★☆☆☆☆ **hotNwild269**  Come talk were wild.



Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Lisbon, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

692. Standard Member | ★☆☆☆☆ **foulfortez**  Young, curious couple. Looking for girl our age.

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

693. Standard Member | ★☆☆☆☆ **destinyinchance**  destinyinchance

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Lorain, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

694. Standard Member | ★☆☆☆☆ **frogfan21**  all about us

Ask me for a photo

19 year old Man
22 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

695. Standard Member | ★☆☆☆☆ **younglustylovers**  We like to have fun. Cum get some.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in De Graff, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😉 Send them a wink

696. Standard Member | ★☆☆☆☆ **lynsilver69**  We are a young married couple looking for a girl



20 year old Man
20 year old Woman
Looking for Women
Living in Mount Vernon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

697.    ★☆☆☆☆  **uranus998**   I AM RAINY LOOKING FOR A LITTLE FUN ME AND MY HUSBAND WE WILL DO ANYTHING TO PLEASE YOU.



31 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

698.    ★☆☆☆☆  **WeskerX01**   looking to have great sex with groups or couples



24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

699.    ★☆☆☆☆  **Kammy98**   lookin for our sex toys



31 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

700.    ★☆☆☆☆  **dieseltech2k1**   Couple looking for fun



20 year old Man
20 year old Woman
Looking for Women
Living in Wooster, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

701.    ★☆☆☆☆  **meligirl22**   Hello Ladies, We are looking for a 3 way. If your interested hit us up.



21 year old Man
21 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

702.  ★☆☆☆☆  **XxXShaggyXxX2**   Hi are names are John and Tonya.

D001006



19 year old Man
19 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

703. **Standard Member**    ★☆☆☆☆  **lilangel696969**    looking for you



20 year old Man
20 year old Woman
Looking for Women
Living in Ravenna, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

704. **Standard Member**    ★☆☆☆☆  **OoBaby694u**    Couple Looking For Fun!!

22 year old Man
18 year old Woman
Looking for Women
Living in Lynchburg, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

705. **Standard Member**    ★☆☆☆☆  **staypuff2**    We want you!



20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

706. **Standard Member**    ★★★★☆  **BlackXterra2**    Young Couple



20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cuyahoga Falls, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

707. **Standard Member**    ★☆☆☆☆  **rustyhampton**    Mitch and Krystal



20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Canton, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

708. **Standard Member**    ★☆☆☆☆  **sxycplnoh**    New to all this

D001007



20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Fairfield, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

709. Standard Member ★☆☆☆☆ **fineassbitch4u02** girlfriend and boyfriend looking for another woman

32 year old Man
18 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😊 Send them a wink

710. Standard Member ★☆☆☆☆ **looking200585** I'm a gurl looking for a women to join me and my bf.

20 year old Man
19 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😊 Send them a wink

711. Standard Member ★☆☆☆☆ **JandKOHIO** Fun Couple seeks more Fun People

20 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in New Lebanon, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😊 Send them a wink

712. Standard Member ★☆☆☆☆ **MsJoi** Sexy Young Couple Seeking Female

21 year old Man
21 year old Woman
Looking for Women
Living in Twinsburg, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😊 Send them a wink

713. Standard Member ★☆☆☆☆ **LunarRomance** Looking for a friend for fun

21 year old Man
21 year old Woman
Looking for Women
Living in Wellington, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😊 Send them a wink

714. Standard Member ★☆☆☆☆ **FyreFlies** Looking and Wondering

D001008



22 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

715. Standard Member ★☆☆☆☆ **newohiocpl05**   Curious ohio cpl seeks Female



21 year old Man
26 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

716. Standard Member ★☆☆☆☆ **polishboy692**   N.E. ohio couple looking for a change



21 year old Man
21 year old Woman
Looking for Women
Living in Lakewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

717. Standard Member ★☆☆☆☆ **ccouplee**   hello to you



20 year old Man
20 year old Woman
Looking for Women
Living in Germantown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

718. Standard Member ★☆☆☆☆ **Chomper77**   Seeking Good Times



28 year old Man
20 year old Woman
Looking for Women
Living in Ravenna, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

719. Standard Member ★☆☆☆☆ **msk22**   bi sexual not looking for serious relationship



21 year old Man
20 year old Woman
Looking for Women
Living in Niles, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

720. Standard Member ★☆☆☆☆ **uwishuknewme07**   2hotpeeps6969



20 year old Man
20 year old Woman
Looking for Women
Living in Gallipolis, Ohio, United States
[invite to your network!]



Add to Hotlist

Send them a
wink

View More Listings

| Home | | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help |



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D001010

Couples (man and woman) Seeking Women in Ohio

**AdultFriendFinder.com** ™
The World's Largest Sex & Swinger Personals site

Let Standard Members Contact You!

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN for FREE

**Icon Key**

✓ Verified Member
📋 Personality Type
🔊 Voice introduction
📹 Video Introduction
★★★★☆ Your Compatibility Score

721. Standard Member — ★☆☆☆☆ **niki5461**   Teenage couple looking for new experience! (very open m

19 year old Man
19 year old Woman
Looking for Women
Living in Leetonia, Ohio, United States
[invite to your network!]

Ask me for a photo

📋
📌 Add to Hotlist
😉 Send them a wink

722. Standard Member — ★☆☆☆☆ **high_lette**   We are looking for you

20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Ask me for a photo

📌 Add to Hotlist
😉 Send them a wink

723. Standard Member — ★☆☆☆☆ **curious0260**   Curious and very interested in discovering new things.

23 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Jackson, Ohio, United States
[invite to your network!]

Ask me for a photo

📌 Add to Hotlist
😉 Send them a wink

724. Standard Member — ★☆☆☆☆ **ravenemerald**   new horizens

20 year old Man
20 year old Woman
Looking for Women
Living in Nelsonville, Ohio, United States
[invite to your network!]

Ask me for a photo

📌 Add to Hotlist
😉 Send them a wink

725. Standard Member — ★☆☆☆☆ **janeljo**   22 m 18 f looking for ladies.

22 year old Man
19 year old Woman
Looking for Women
Living in Urbana, Ohio, United States
[invite to your network!]

Ask me for a photo

📌 Add to Hotlist
😉 Send them a wink

726. Standard Member — ★☆☆☆☆ **4lringer**   FUN COUPLE LOOKING 4 FRIRNDS 2 PLAY WITH

D001011



48 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Hilliard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

727. Standard Member ★☆☆☆☆ **perfectme69**  Naughty, nice, looking for a little spice! !

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

728. Standard Member ★☆☆☆☆ **moonstar2299**  couple seeking woman

19 year old Man
20 year old Woman
Looking for Women
Living in Rootstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

729. Standard Member ★☆☆☆☆ **funcpl3019**  couple looking for fun

30 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Mount Orab, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

730. Standard Member ★☆☆☆☆ **lilhippieannie**  Couple seeking female friend

24 year old Man
21 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

731. Standard Member ★★☆☆☆ **crazzzcple**  Never before have we done this. Hope for some fun.

24 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

732. Standard Member ★★☆☆☆ **cavscout357**  couple looking for new adventures. just to have fun

D001012



23 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Monroeville, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

733.    Standard Member    ★☆☆☆☆    **BigNTight2005**    We want some action!

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in New Plymouth, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

734.    Standard Member    ★☆☆☆☆    **duck082299**    Married Looking For Fun

Ask me for a photo

19 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Madison, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

735.    Standard Member    ★☆☆☆☆    **ohiocoupl21**    young couple seeking a woman

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Latham, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

736.    Standard Member    ★★☆☆☆    **OhPaCple**    Couple looking for fun any takers?

Ask me for a photo

32 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Strongsville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

737.    Standard Member    ★☆☆☆☆    **cutie537**    Looking for a hot women to join us..

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

738.    Standard Member    ★☆☆☆☆    **WhiteChocolate43**    just lookin to have fun.

D001013



20 year old Man
29 year old Woman
Looking for Women
Living in Lakeview, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

739. Standard Member   ★☆☆☆☆   **jasonjennell1234**   couple 4 female



21 year old Man
25 year old Woman
Looking for Women
Living in New Carlisle, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

740. Standard Member   ★☆☆☆☆   **010203y**   Hey just lookin for a little fun



19 year old Man
19 year old Woman
Looking for Women
Living in Piqua, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

741. Standard Member   ★☆☆☆☆   **cypher1020**   our names are kyle and krissy. we live in cincinnati oh



20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

742. Standard Member   ★☆☆☆☆   **myintencepassion**   passionate



24 year old Man
19 year old Woman
Looking for Women
Living in Mount Blanchard, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

743. Standard Member   ★★☆☆☆   **bodysculptors7**   just messing around



24 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Delaware, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

744. Standard Member   ★☆☆☆☆   **jacktheripper25**   Looking for fun

D001014



26 year old Man
21 year old Woman
Looking for Women
Living in Morristown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

745.  Standard Member ★☆☆☆☆ **thelastrebel1185**   Whats up ladies, lets chat.



19 year old Man
19 year old Woman
Looking for Women
Living in Euclid, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

746. Standard Member ★☆☆☆☆ **jeeplvr2**   want to get wild? well then im the right one.

21 year old Man
21 year old Woman
Looking for Women
Living in Amherst, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

747. Standard Member ★☆☆☆☆ **leighluvsgurls**   Looking for friends...



21 year old Man
22 year old Woman
Looking for Women
Living in Lakewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

748. Standard Member ★☆☆☆☆ **herbyandgabbey**   Couple seeks a little clean fun in their life.



25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Garrettsville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

749. Standard Member ★☆☆☆☆ **him_2002_ez**   Hi! We're a couple interested in trying new things.



21 year old Man
21 year old Woman
Looking for Women
Living in Upper Sandusky, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

750. Standard Member ★☆☆☆☆ **lookingcouple77**   Couple looking for more

D001015



28 year old Man
19 year old Woman
Looking for Women
Living in New Concord, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist

😉 Send them a wink

View More Listings

**Home**  🐾  **My Account**    **Browse**    **Search**    **Chat**    **Groups**    **Friends**    **Hotlist**    **Shop**    **Get Local**    **Magazine**    **Blogs**    **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

# AdultFriendFinder.com™

**Let Standard Members Contact You!**

The World's Largest Sex & Swinger Personals site

me | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help**

**Start New Search** | **Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN for FREE**

**Icon Key**

- ✓ **Verified Member**
- ▤ **Personality Type**
- ◉ **Voice introduction**
- ◙ **Video Introduction**
- ★★★★☆ **Your Compatibility Score**

---

751. Standard Member | ★★★★★ **aabuzzard** columbus couple seeking bi-female for 3-some

Ask me for a photo

30 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

---

752. Standard Member | ★★★★★ **ohiocpl2005** We are Looking

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women
Living in Galloway, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

---

753. Standard Member | ★★★★★ **Crazy_gurl142** Canton couple looking for fun

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

---

754. Standard Member | ★★★★★ **Cybane** Couple Curious About Sexuality

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Marengo, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

---

755. Standard Member | ★★★★★ **shroomNshorti** couple from Ohio..looking for fun and maybe more

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Proctorville, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

---

756. Standard Member | ★★★★★ **lookin4pussy53** Looking for woman 18-22 for....



19 year old Man
19 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

757. Standard Member ★☆☆☆☆ **jdizzle840**   where just looking for women

19 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Painesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

758. Standard Member ★☆☆☆☆ **snowbit69**   we are looking for a female companion to enjoy 3somes

21 year old Man
19 year old Woman
Looking for Women
Living in Beliefontaine, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

759. Standard Member ★☆☆☆☆ **ejvidischak**   Looking to Experiment. Looking for Female to join us.

34 year old Man
21 year old Woman
Looking for Women
Living in Newbury, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

760. Standard Member ★☆☆☆☆ **weluvsex515**   we are a hot young couple looking for anyone that wants

19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

761. Standard Member ★☆☆☆☆ **Scorpio7684**   Hello from us! We look forward to meeting fun people!

28 year old Man
20 year old Woman
Looking for Women
Living in Massillon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

762. Standard Member ★☆☆☆☆ **NiceGuy69125**   TheFunnestCouple



19 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

763.  ★☆☆☆☆ **sexyguyngirl69**    Young sexy couple looking to explore



21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

764. Standard Member ★☆☆☆☆ **funstuff8486**    just trying new stuff...maybe well find it here



21 year old Man
19 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

765. Standard Member ★☆☆☆☆ **hairless2005**    Nice clean man looking for two clean girls to have some



21 year old Man
21 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

766. Standard Member ★☆☆☆☆ **swingers2006**    hello to everyone out there!



18 year old Man
18 year old Woman
Looking for Women
Living in Maple Heights, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

767. Standard Member ★☆☆☆☆ **cyberseekers**    HELP! we need 1 or 2 girls to join our computersex fun!



20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Conneaut, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

768. Standard Member ★★☆☆☆ **sheplus2he22**    looking for fun. singles or couples





D001019



28 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Mantua, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

769. Standard Member ★☆☆☆☆ **donflanders**   hot and ready to play

20 year old Man
23 year old Woman
Looking for Women or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

770. Standard Member ★☆☆☆☆ **sexypinkgirl69**   looking for a hot girl to share!

20 year old Man
20 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

771. Standard Member ★☆☆☆☆ **ohiocoupl2005**   wanna have some fun

21 year old Man
21 year old Woman
Looking for Women
Living in Latham, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

772. Standard Member ★☆☆☆☆ **jharris04**   couple he's 29 she's 20 for woman or perhaps couple

30 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

773. Standard Member ★☆☆☆☆ **2WyldThings**   We've got an appetite for lighting dynamite...

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

774. Standard Member ★☆☆☆☆ **agent_1174**   Looking for an adventure.



24 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

775.  ★☆☆☆☆ **NeedOHpussy**   She needs the sweet taste of a woman....

---



25 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

776. ★☆☆☆☆ **wearehot1000**   Two sexy thangs

---

21 year old Man
21 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

777.  ★☆☆☆☆ **Emogurl84**   Looking for fun

---

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

778. ★☆☆☆☆ **kevinsmithisgod2**   2 college students

---

22 year old Man
21 year old Woman
Looking for Women
Living in Athens, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

779. ★☆☆☆☆ **shayshaybrand**   Please come and join me and my husband.

---

19 year old Man
19 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

780. ★☆☆☆☆ **2for1pussylk**   cum see us

D001021