

Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Mogadore, Ohio, United States
[invite to your network!]



Add to Hotlist

Send them a wink

View More Listings

**Home**    **My Account**    **Browse**    **Search**    **Chat**    **Groups**    **Friends**    **Hotlist**    **Shop**    **Get Local**    **Magazine**    **Blogs**    **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001022

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

Get an Intensive Profile Edit

ome | 🔍 | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help**

| Start New Search | Search Results |

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**

Click here to get featured

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.


Highlight My


ALT.com
Fetish & BDSM
Lifestyles PERSONALS
JOIN for FREE

**Icon Key**


✓ **Verified Member**
📄 **Personality Type**
💬 **Voice introduction**
🎥 **Video Introduction**
★★★★★
**Your Compatibility Score**

---

781. Standard Member — ★☆☆☆☆ **rnmthomas** — hellow ladies who want to have fun with male and female

Ask me for a photo

20 year old Man
22 year old Woman
Looking for Women or Couples (2 women)
Living in Springfield, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

782. Standard Member — ★☆☆☆☆ **redhott6996** — 21 male and 19 bi female

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Hamilton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

783. Standard Member — ★☆☆☆☆ **cuple4chicksonly** — couple looking for fun

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Marion, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

784. Standard Member — ★☆☆☆☆ **wldcpl142** — we are a fun cpl . and have a wild side to.

Ask me for a photo

30 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

785. Standard Member — ★★★★★ **prncssamk** — We are just looking for someone to play with.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Fremont, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

786. Standard Member — ★★★★★ **Sexlnatreehouse1** — i wahnt to sleep with you

---

D001023



19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

787. Standard Member ★☆☆☆☆ **buckeyelovers2**  Couple Looking for 1 time three some

20 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

788. Standard Member ★☆☆☆☆ **newarkohiobigirl**  Simple couple looking for that right bi girl.

21 year old Man
22 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

789. Standard Member ★☆☆☆☆ **aholechimp**  Looking to add another girl in our fun!

20 year old Man
20 year old Woman
Looking for Women
Living in Amherst, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

790. Standard Member ★☆☆☆☆ **bipussyeater03**  Lick Me All Over

23 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Stoutsville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

791. Standard Member ★☆☆☆☆ **fantasizethis03**  A curious couple looking to see whats out there.

20 year old Man
20 year old Woman
Looking for Women
Living in Wadsworth, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

---

792. Standard Member ★☆☆☆☆ **RnK1026**  Curious couple looking for first time fun!

D001024



22 year old Man
21 year old Woman
Looking for Women
Living in Louisville, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

793. Standard Member ★★★☆☆ **2muchnlove20053** LOOKING 4 FUN



21 year old Man
31 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

794. Standard Member ★☆☆☆☆ **colgate22284** We Need another women

26 year old Man
21 year old Woman
Looking for Women
Living in Louisville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

795. Standard Member ★☆☆☆☆ **babecakes2071** we need to have fun (come) with us!



21 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

796. Standard Member ★☆☆☆☆ **Looking4BiChick** Couple Looking 4 Bi Woman



24 year old Man
21 year old Woman
Looking for Women
Living in Eastlake, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

797. Standard Member ★★★☆☆ **PinkTreeFrog** Hey ya'll

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Athens, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

798. Standard Member ★☆☆☆☆ **Sexy2Looking43** Sexy couple looking for a hot lady to join in...



24 year old Man
21 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink



799. Standard Member    ★☆☆☆☆   **sxylildevil2303**   curious couple seeking woman



19 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

800. Standard Member    ★☆☆☆☆   **jloccc**   We are a couple that is new and curious about swinging.



25 year old Man
21 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

801. Standard Member    ★☆☆☆☆   **ashen9853**   moo fun read me



25 year old Man
21 year old Woman
Looking for Women
Living in South Point, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

802. Standard Member    ★★★☆☆   **amda69**   Looking to fufill some fantasies



20 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Bucyrus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

803. Standard Member    ★☆☆☆☆   **lar_wack88**   looking for some fun holla back. So, if so cum on my lip



20 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

804. Standard Member    ★☆☆☆☆   **c9291984**   Will Pay $1 million for a woman to fool around with

D001026



21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Delphos, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

805. Standard Member  ★☆☆☆☆ **StarSxy2112**  Looking for some fun no attachments.



19 year old Man
19 year old Woman
Looking for Women
Living in Troy, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

806. Standard Member ★☆☆☆☆ **tonykay4104**  lookin for woman to have fun with us..



24 year old Man
20 year old Woman
Looking for Women
Living in Burbank, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

807. Standard Member  ★☆☆☆☆ **mattncal32**  hey young couple here 4 females

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Independence, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

808. Standard Member  ★☆☆☆☆ **jadeacton**  very sexy and lots of fun in bed

21 year old Man
21 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

809. Standard Member  ★☆☆☆☆ **LQQKING4AHOTTIE**  the name explains it all...

24 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

810. Standard Member  ★☆☆☆☆ **Jesse031000**  Lookin for some lovin

D001027



20 year old Man
20 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Camden, Ohio, United States
[invite to your network!]



Add to Hotlist

Send them a
wink

View More Listings

**Home**    **My Account**    **Browse**    **Search**    **Chat**    **Groups**    **Friends**    **Hotlist**    **Shop**    **Get Local**    **Magazine**    **Blogs**    **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001028

# AdultFriendFinder.com
**The World's Largest Sex & Swinger Personals site**

Let Standard Members Contact You!

| me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help |

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

811. Standard Member ★☆☆☆☆ **together4lifejac**   Trying something new

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

812. Standard Member ★☆☆☆☆ **XOHCPLEX125214**   we are looking for friends first.

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Ashville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

813. Standard Member ★☆☆☆☆ **joshtumey**   man looking for a lady to have some fun with

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Northwood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
Join for FREE

**Icon Key**

✔ Verified Member
▤ Personality Type
🎤 Voice Introduction
🎥 Video Introduction
★★★☆☆ Your Compatibility Score

814. Standard Member ★☆☆☆☆ **pussyearer69**   hey ladies

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

815. Standard Member ★★★☆☆ **fillwifepussy**   we used up all the bar, will you join us

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Elyria, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

816. Standard Member ★☆☆☆☆ **SexualGerman**   We are lookin for a couple



23 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]


Add to Hotlist
Send them a wink

---

817. Standard Member    ★☆☆☆☆  **maryandj**    20f 22m looking for females or cpls



21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

818. Standard Member    ★☆☆☆☆  **happy45564**    Looking for fun



20 year old Man
20 year old Woman
Looking for Women
Living in Corning, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

819. Standard Member    ★☆☆☆☆  **hornywm2124**    Curious couple



24 year old Man
21 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

820. Standard Member    ★☆☆☆☆  **goofy4486**    hi we are a couple looking for a fun time



23 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

821. Standard Member    ★☆☆☆☆  **morphis543**    looking for good time



23 year old Man
20 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

822. Standard Member    ★☆☆☆☆  **sexaholic0690**    Looking for fun

D001030



20 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

823.  ★☆☆☆☆ **ERINnJOSH**  Makin Fantasies come true



26 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

824. Standard Member ★☆☆☆☆ **bambinoontheway**  hello only serious women contact us please



24 year old Man
21 year old Woman
Looking for Women
Living in Groveport, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

825. Standard Member ★☆☆☆☆ **horny9941**  Couple seeking woman

20 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

826. Standard Member ★☆☆☆☆ **Prshby44**  Young and sexy couple who desire a special friend.



25 year old Man
20 year old Woman
Looking for Women
Living in Lancaster, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

827. Standard Member ★☆☆☆☆ **darkstar9090909**  Couple looking to for third for three-way



19 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

828. Standard Member ★☆☆☆☆ **trailmix4**  hi to all the ladies

D001031



21 year old Man
21 year old Woman
Looking for Women
Living in Girard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

829.  Standard Member   ★☆☆☆☆   **lwet17**   horny nights

19 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Kinsman, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

830.  Standard Member   ★☆☆☆☆   **carrieanderson05**   ohio cpl searchin for #3

25 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Blanchester, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

831.  Standard Member   ★☆☆☆☆   **foolsplay2005**   New to the life style

26 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Jefferson, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

832.  Standard Member   ★☆☆☆☆   **sweetnsexi13**   come play. . .

20 year old Man
20 year old Woman
Looking for Women
Living in Strongsville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

833.  Standard Member   ★☆☆☆☆   **lil_bitch2**   Hello wanna have some fun

20 year old Man
20 year old Woman
Looking for Women
Living in Racine, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

834.  Standard Member   ★★★★☆   **cardude1984**   looking for a good time

D001032



21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Kent, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

835. **Standard Member**  ★☆☆☆☆  **goodAndEvil4**   Couple looking for a Lady

21 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Marshallville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

836. **Standard Member**  ★★★☆☆  **jraw2005**   hi we would like to meet open and fun people

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Ashtabula, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

837. **Standard Member**  ★☆☆☆☆  **maxx2312**   Hello. We are a fun couple looking for a woman to play

30 year old Man
20 year old Woman
Looking for Women
Living in New Philadelphia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

838. **Standard Member**  ★★★☆☆  **Bert_Chelly**   Curious Newlyweds want a 2nd Honeymoon

21 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Bucyrus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

839. **Standard Member**  ★☆☆☆☆  **tagteam042**   sexy hot couple looking 4 fun.And wanting to try new t

24 year old Man
21 year old Woman
Looking for Women
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

840. **Standard Member**  ★☆☆☆☆  **sexyosucpl**   Columbus couple seeks a cute female

D001033



26 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]



Add to Hotlist

Send them a wink

View More Listings

**Home**  **My Account**  **Browse**  **Search**  **Chat**  **Groups**  **Friends**  **Hotlist**  **Shop**  **Get Local**  **Magazine**  **Blogs**  **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001034

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS

**Icon Key**

✓ Verified Member
📋 Personality Type
🎤 Voice introduction
📹 Video Introduction

★★★★☆
Your Compatibility Score

841. **Standard Member** ★★★★★ **son16mom40**  lookin for fun

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

842. **Standard Member** ★★★★★ **Xavier5104**  Couplefromohio

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Massillon, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

843. **Standard Member** ★★★★☆ **AmandaMatt**  Hey We Are Looking To Meet New...

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

844. **Standard Member** ★★★★★ **looking4ladie2**  happy college couple. seeking sexy women for fun times

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Mansfield, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

845. **Standard Member** ★★★★★ **JstThe2OfUs**  Young couple looking for woman to add excitement.

Ask me for a photo

19 year old Man
25 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

846. **Standard Member** ★★★★★ **hottnhorny06**  Hello my name is Alexis Beech.



18 year old Man
18 year old Woman
Looking for Men, Women, Couples (man and woman), Groups,
Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Celina, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

847.   Standard Member   ★☆☆☆☆   **jazzntony**   tonynjazz4 female

33 year old Man
21 year old Woman
Looking for Women
Living in Lakewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

848.   Standard Member   ★☆☆☆☆   **we_r_just_lookin**   me and my girl are looking for somebody to talk to.

19 year old Man
19 year old Woman
Looking for Women
Living in Zanesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

849.   Standard Member   ★☆☆☆☆   **LaGanadora**   All You Need To Know

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Lancaster, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

850.   Standard Member   ★☆☆☆☆   **highspl221**   18 year old M/F couple, bi-curious female.

19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

851.   Standard Member   ★☆☆☆☆   **Bicurious Pooh**   lookin for some wild n kinky fun

23 year old Man
18 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

852.   Standard Member   ★☆☆☆☆   **lookingoodnbd**   couple looking for another woman for fun in bed!

D001036



21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

853. Standard Member ★☆☆☆☆ **Elimills1979** Couple For Fun

26 year old Man
21 year old Woman
Looking for Women
Living in Chesapeake, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

854. Standard Member ★☆☆☆☆ **sexyGFBF4u** come over tonite

21 year old Man
21 year old Woman
Looking for Women
Living in Columbiana, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

855. Standard Member ★☆☆☆☆ **lilnasty00** we are just two young people looking to have fun



24 year old Man
20 year old Woman
Looking for Women
Living in Wellsville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

856. Standard Member ★☆☆☆☆ **Chazz1985** Just looking for fun ,check it out

19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Hiram, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

857. Standard Member ★★☆☆☆ **candiceegrause** Attractive Couple in Columbus



27 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Grove City, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

858. Standard Member ★☆☆☆☆ **uafun** A couple intrerested in adding a third person to thefun



D001037



20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

859. Standard Member  ★☆☆☆☆ **SexyOnes513**   Come and see what you think!!



23 year old Man
20 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

860. Standard Member  ★☆☆☆☆ **mattncal**   hey young couple in cleveland and toledo area 4 female



20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Independence, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

861. Standard Member  ★☆☆☆☆ **wanna3some927**   we want some fun



20 year old Man
20 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

862. Standard Member  ★☆☆☆☆ **courtneyx**   Couple Seeking bi-female for fun!



23 year old Man
21 year old Woman
Looking for Women
Living in Franklin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

863. Standard Member  ★☆☆☆☆ **minnie1903**   Looking for a femme Female for a long term relationship



22 year old Man
20 year old Woman
Looking for Women
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

864. Standard Member  ★☆☆☆☆ **ripn70nova**   hot couple looking for female

D001038



Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

865.  Standard Member    ★☆☆☆☆    **mamita1903**    Sexy latina chick wants fun

Ask me for a photo

22 year old Man
20 year old Woman
Looking for Women
Living in Lorain, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

866.  Standard Member    ★☆☆☆☆    **threesnotcompany**    Looking for fun

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Alliance, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

867.  Standard Member    ★☆☆☆☆    **keheart**    Hot Young Couple

Ask me for a photo

25 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Akron, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

868.  Standard Member    ★☆☆☆☆    **JMan4007**    Wanting some fun!!!

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

869.  Standard Member    ★☆☆☆☆    **Rascals2000**    Two of a kind need a third

Ask me for a photo

21 year old Man
23 year old Woman
Looking for Women
Living in Wadsworth, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😉 Send them a wink

870.  Standard Member    ★☆☆☆☆    **THEGR8TEST2**    SEARCHING FOR A FUN SEXY FEMALE, IS THAT YOU?



Ask me for a photo

26 year old Man
21 year old Woman
Looking for Women
Living in Ashland, Ohio, United States
[invite to your network!]

🖼 Add to Hotlist
😊 Send them a wink

View More Listings

**Home**   🔊   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001040

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**

Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**

☑ Verified Member
☰ Personality Type
Voice introduction
Video Introduction
★★★★☆
Your Compatibility Score

871. | Standard Member | ★☆☆☆☆ **KingSchlong84** A couple looking for friends and more!

Ask me for a photo

21 year old Man
19 year old Woman
Looking for Women
Living in Celina, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

872. | Standard Member | ★☆☆☆☆ **KuriousKouple84** Curious First Timers

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

873. | Standard Member | ★☆☆☆☆ **ArXy** hey come and play with us

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Miamisburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

874. | Standard Member | ★☆☆☆☆ **richtasha** sexy couple seeking a women to fulfill our sexual desir

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

875. | Standard Member | ★☆☆☆☆ **rosileheaton** ~*Hit me up*~

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

876. | | ★☆☆☆☆ **draco_gabriela** to who ever dare

D001041



19 year old Man
19 year old Woman
Looking for Women
Living in Van Wert, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

877.  Standard Member  ★☆☆☆☆  **digitalknight4x4**  Couple looking for playful female extra

20 year old Man
20 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

878.  Standard Member  ★☆☆☆☆  **angelkisses412**  Looking for a 3rd person.

21 year old Man
19 year old Woman
Looking for Women
Living in Jefferson, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

879.  Standard Member  ★☆☆☆☆  **looking4agirl78**  Looking for a girl to lick !

26 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Lewisburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

880.  Standard Member  ★☆☆☆☆  **curiousgirl842**  AUTUMN I LOVE YOU AND ONLY YOU!!!!!
9/26/04

25 year old Man
20 year old Woman
Looking for Women
Living in Hubbard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

881.  Standard Member  ★★☆☆☆  **jc2022**  Hello everyone. Looking to meet fun,loving people.

23 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Bedford hts, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

882.  Standard Member  ★☆☆☆☆  **sexycouple3665**  hi im buford and i am looking for a female. i want
a f

D001042



20 year old Man
19 year old Woman
Looking for Women
Living in New Lexington, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

883.  Standard Member    ★☆☆☆☆    **Redheadgrl69**    Couple seeking fun with another woman

24 year old Man
20 year old Woman
Looking for Women
Living in Reynoldsburg, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

884.  Standard Member    ★☆☆☆☆    **justlookin20003**    we are a couple just thinking about it.

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Amelia, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

885.  Standard Member    ★☆☆☆☆    **heavymetalreign**    Looking for a female threesome partner

21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

886.  Standard Member    ★☆☆☆☆    **youngakroncouple**    Couple looking for others for fun fun fun!

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

887.  Standard Member    ★☆☆☆☆    **cumcurious2**    Hello Ladies

28 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🔲 Add to Hotlist
😊 Send them a wink

888.    ★★☆☆☆    __Joe__    looking to fullfill fantasys



24 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or
Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

889. **Standard Member** ★☆☆☆☆ **2forsex_w_ladies** couple serching for local girls to make love with.

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Jackson, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

890. **Standard Member** ★☆☆☆☆ **toots82** Curiously In Love

21 year old Man
23 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

891. **Standard Member** ★☆☆☆☆ **happycouple4u330** We want to have some fun!!!!!!!!!!!

21 year old Man
22 year old Woman
Looking for Women
Living in Lakemore, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

892. **Standard Member** ★☆☆☆☆ **gwnmk04** Hot couple looking for hot addtion

22 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

893. **Standard Member** ★☆☆☆☆ **sexycouple0407** Looking for some fun

23 year old Man
21 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

894. **Standard Member** ★☆☆☆☆ **CutiefromCinti** A Cutie From the 'Nati with a Hottie for a Honey



19 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

895.   Standard Member   ★☆☆☆☆   malibue1000   wear a good coploe looking to have fun,wit a nother
fem

20 year old Man
22 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

896.   Standard Member   ★☆☆☆☆   osucouplesex69   hot osu couple

21 year old Man
22 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

897.   Standard Member   ★☆☆☆☆   2Cute2beTrue   Looking for a female playmate! =)

21 year old Man
21 year old Woman
Looking for Women
Living in Mason, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

898.   Standard Member   ★☆☆☆☆   MarchoftheSOD   Yung, Dum, and full of Cum

20 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

899.   Standard Member   ★☆☆☆☆   HotCouple684   Hot Couple

25 year old Man
20 year old Woman
Looking for Women
Living in Mentor, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

900.   Standard Member   ★☆☆☆☆   kinkycouple124   kinky couple looking to try new things



20 year old Man
20 year old Woman
Looking for Women
Living in Vermilion, Ohio, United States
[invite to your network!]

 Add to Hotlist

Send them a
wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D001046

# AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

Get a Sexy T-shirt!

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**
✓ Verified Member
📄 Personality Type
🎤 Voice introduction
📹 Video Introduction
★★★★☆ Your Compatibility Score

901. Standard Member — ★☆☆☆☆ **crete18**  my name is jimmy. my wife and i are new to swinging.

Ask me for a photo

34 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

902. Standard Member — ★☆☆☆☆ **sexyshortay4u**  i am looking for a young sexy girl.

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Galion, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

903. Standard Member — ★☆☆☆☆ **ohiocouple1984**  cincy couplelookin for threesome

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Amelia, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

904. Standard Member — ★☆☆☆☆ **countryboy_85**  hey ladies

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Reedsville, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

905. Standard Member — ★☆☆☆☆ **tj4ds**  we are so horny

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Van Wert, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

906. Standard Member — ★☆☆☆☆ **vampyspyder**  a threesome relationship

D001047