

Case 2:09-cv-04607-MMB Document 173-1 Filed 05/10/13 Page 1 of 26

Ask me for a photo

32 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1039. Standard Member ★☆☆☆☆ **boobaby691014** Couple looking for fun nights

Ask me for a photo

40 year old Man
21 year old Woman
Looking for Women
Living in Wellington, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1040. Standard Member ★☆☆☆☆ **marleycat4** we are very commited couple looking for some fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Northwood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1041. Standard Member ★★★☆☆ **ross0717** My girl and I are looking for men or women or both

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in East Liverpool, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1042. Standard Member ★☆☆☆☆ **cravin19** A couple seeking bisexual woman

Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Ashland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1043. Standard Member ★☆☆☆☆ **caricooper** wet and wild anything but mild

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1044. Standard Member ★☆☆☆☆ **10RayAllen01** Do you want to come play with us????

D001074



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Canal Winchester, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1045. Standard Member ★☆☆☆☆ **borednagol** Couple seeking woman for bi-curious wife

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1046. Standard Member ★☆☆☆☆ **sexyangel_2004** Fun Couple.Want to try new things

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1047. Standard Member ★☆☆☆☆ **darkphycojuggalo** couple seeking female friend or more

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women
Living in Weston, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1048. Standard Member ★☆☆☆☆ **bec25** couple in search of a playmate to make it more interest

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1049. Standard Member ★☆☆☆☆ **whatsup74733** She says she will give me what I want.

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1050. Standard Member ★☆☆☆☆ **scviper69** Couple (man and woman) sicking woman

Couples (man and woman) Seeking Women in Ohio

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

VeriSign
Secure Site
Click to verify

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

http://search.adultfriendfinder.com/p/memsearch.cgi?m=5..._start_photo=&last_pos=1023&lat=&lon=&gold_silver_only= (6 of 6)8/24/2005 12:00:39 PM

D001076



  


AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

Let Standard Members Contact You!

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

**Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.**

Highlight My Profile!

**Icon Key**
- Verified Member
- Personality Type
- Voice introduction
- Video Introduction
- Your Compatibility Score

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

1051. Standard Member ★☆☆☆☆ **couple4fun528** dayton couple seeking bi female

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1052. Standard Member ★☆☆☆☆ **pro7484** Adult Friendfinder looking for a great time with a wond

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Rittman, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1053. Standard Member ★☆☆☆☆ **jfrost614** Cute couple looking to exploer with female

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Grove City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1054. Standard Member ★☆☆☆☆ **gr8fulcuple** couple looking to have fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in North Olmsted, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1055. Standard Member ★☆☆☆☆ **miller5518** hi i am a male looking for a good time

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Urbana, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1056. Standard Member ★☆☆☆☆ **Case694** Looking for a Sexy woman

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Warren, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1057. Standard Member ★☆☆☆☆ **wer4u169** i am looking 4 a woman to have some fun with

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1058. Standard Member ★☆☆☆☆ **gentalgiant01** Welcome to the Jon Zone. Krista is your hostess.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Sardinia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1059. Standard Member ★★★☆☆ **2trufreaks** WE NEED HELP

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1060. Standard Member ★☆☆☆☆ **WILdCpl** I Said "We Want YOU!"

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1061. Standard Member ★☆☆☆☆ **longnhard166** Looking For Fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Findlay, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1062.  ★☆☆☆☆ **randy2004_2010** couple looking for bi girl



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1063. Standard Member ★☆☆☆☆ **sexxxy_girl_101** Lovable baby girl

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Ohio City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1064. Standard Member ★☆☆☆☆ **jacksonj2** Male & female looking for a good time. Just send us an

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Bowling Green, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1065. Standard Member ★☆☆☆☆ **JoeBlow430** This is about me and her.

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1066. Standard Member ★☆☆☆☆ **lakeland_juggalo** WE are looking for some fun. Women only.

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Kingsville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1067. Standard Member ★☆☆☆☆ **MattAndDawn** M+F couple seeking another womans touch

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1068. Standard Member ★☆☆☆☆ **snoopaloop2004** im gay and im gay and im gay

D001079



Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1069. Standard Member ★☆☆☆☆ DrZorro20 Experimenting Couple

Ask me for a photo

21 year old Man
23 year old Woman
Looking for Women
Living in Athens, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1070. Standard Member ★☆☆☆☆ sweetnsexybi2 Wanna Play? We Do!

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1071. Standard Member ★☆☆☆☆ redhead842 Curios couple looking for some fun. Are you up to it?

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Russells Point, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1072. Standard Member ★☆☆☆☆ rickankris04 HOT Young Couple Looking For A HOT Young Babe

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Helena, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1073. Standard Member ★☆☆☆☆ lyte_cuties come join us!

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1074. Standard Member ★☆☆☆☆ hotchick69xxx YOUNG, CUTE, and SEXY girl looking for fun/wild time



20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1075. Standard Member speedemon1953 we are a couple wanting to try new things.

21 year old Man
21 year old Woman
Looking for Women
Living in South Point, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1076. Standard Member SpOtGuRI69 Two is great but three is better...

20 year old Man
20 year old Woman
Looking for Women
Living in Kent, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1077. Standard Member reachingperfecti Looking for a little bit more...

20 year old Man
20 year old Woman
Looking for Women
Living in Fairfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1078. Standard Member hotcoupleforsex6 couple 4 play

29 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in North Royalton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1079. Standard Member fuckushard2 looking for hot woman or men to satisfy me sexual needs

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Couples (2 women) or Couples (2 men)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1080. Standard Member openyoungcouple Young couple seeking fun

D001081



Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

VeriSign Secure Site Click to verify

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off



AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

Get a Private Chat Room!

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

Search Results

## Couples (man and woman) Seeking Women in Ohio

1081. Standard Member ★☆☆☆☆ **smiley3311** Horny Couple Wants YOU

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Bellefontaine, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1082. Standard Member ★☆☆☆☆ **funwithustwo** just 4 fun.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1083. Standard Member ★☆☆☆☆ **piercedbitchxx** 18 year old girl & 20 year old man.

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Paris, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1084. Standard Member ★☆☆☆☆ **Zombie137** I am the shadow of the light.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1085. Standard Member ★☆☆☆☆ **cutecouple884** looking to have fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Kent, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1086. Standard Member ★☆☆☆☆ **Baseeno** Go big or Go home

Featured Members
Click here to get featured

Get Noticed!
Your Profile Highlighted
Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.
Highlight My Profile!

ALT.com Fetish & BDSM Lifestyles PERSONALS JOIN NOW for FREE

Icon Key
- Verified Member
- Personality Type
- Voice introduction
- Video Introduction
- ★★★★☆ Your Compatibility Score



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1087. Standard Member ★☆☆☆☆ Horny4yourluv A very open and adventeurous couple

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Swanton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1088. Standard Member ★☆☆☆☆ kb695 looking for a hot young woman to join our fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1089. Standard Member ★☆☆☆☆ freakycouple690 were looking for fun firl or girls to join us &have fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Fairfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1090. Standard Member ★☆☆☆☆ Funforthefamily couple seeking a women

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1091. Standard Member ★☆☆☆☆ WeNeed1Friend we are looking for some part time fun.willing to please

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Mansfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1092. Standard Member ★☆☆☆☆ sexynyoung3 Horny Adventurous Couple



Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Avon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1093. Standard Member naughtybi_gurl Wet and wild and looking for fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Arcanum, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1094. Standard Member undesirable69 we are ready for anything.. are you?

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Fostoria, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1095. Standard Member ChrisnLena couple seeking woman, friends first

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Brunswick, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1096. Standard Member Frisky2some69 Our Sexy Selves

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1097. Standard Member KissMeGood29 My bf and I are looking for fun interested look here!

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Euclid, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1098. Standard Member bothrshaved Couple seeks Female



20 year old Man
20 year old Woman
Looking for Women
Living in Buckeye Lake, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1099. Standard Member sexfreaks4 fun couple looking for women only

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1100. Standard Member WantinSomeFun4U young couple looking for a third

21 year old Man
21 year old Woman
Looking for Women
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1101. Standard Member 2kinks Try everything once, then maybe again

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Bryan, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1102. Standard Member breakxme couple seeking fun female

21 year old Man
20 year old Woman
Looking for Women
Living in Salem, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1103. Standard Member funcouple4664 Fun sex intrigued couple.

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1104. Standard Member wildm3 Threesomes



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Lowell, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1105. Standard Member luscious513 Jhonny Slong and luscious lips. Ready for 1000+ orgasm

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1106. Standard Member mmmmgood84 lookin for some fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Vermilion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1107. Standard Member AyaEbony Hello, my name is Carolyn. I'm ayoung bisexual woman.

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Minerva, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1108. Standard Member sexy18s Just a couple of crazy 18s! Looking to get rowdy.

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Westerville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1109. Standard Member kuriuscouple03 We are looking for a third partner

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1110. Standard Member Chillin2184 Hey hope to have fun. Let me know if you want to too.

D001087

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Franklin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

VeriSign
Secure Site
Click to verify

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

Extend your Membership- for a discount!

Start New Search

Featured Members

Click here to get featured

Get Noticed!

Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My Profile!

ALT.com Fetish & BDSM Lifestyles PERSONALS JOIN NOW for FREE

Icon Key

Verified Member

Personality Type

Voice introduction

Video Introduction

Your Compatibility Score

## Search Results

## Couples (man and woman) Seeking Women in Ohio

1111. Standard Member **idontknow20005** im not interested in writting a title. I have no clue

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1112. Standard Member **badbadkitty3** We want pussy. To play with and have fun with.

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1113. Standard Member **Ohiohotties2004** Hello in ohio

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Bluffton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1114. Standard Member **chasity_dennis** just a little curious

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Norwich, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1115. Standard Member **wild8469** Hey hey whats happenin'

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1116. Standard Member **flipper747** want group sex



Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1117. Standard Member ★☆☆☆☆ **Tinanphil** 18f 19m Searching for female to join our fantisy

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Grove City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1118. Standard Member ★☆☆☆☆ **fixers** hows it hanging

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Hamilton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1119. Standard Member ★☆☆☆☆ **tonesofhome** Young outgoing couple looking for a girl to join us

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Grove City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1120. Standard Member ★☆☆☆☆ **hope84** 19F & 32M in search of 19-25 F

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1121. Standard Member ★☆☆☆☆ **USAFCouple1821** Couple Seeks Bi F

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Ridgeway, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1122. Standard Member ★☆☆☆☆ **ColumbusCouple3** Seeking Single Bi Female in Columbus OH



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1123. Standard Member ★★★☆☆ **gr8grape** SuperManStan and Sexy, Sassy Sue

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Byesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1124. Standard Member ★☆☆☆☆ **tjboney2** looking for something

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Bryan, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1125. Standard Member ★☆☆☆☆ **sweetie254** couple seeks bisexual woman

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1126. Standard Member ★☆☆☆☆ **kara662** i dont really have anything to say

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Chillicothe, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1127. Standard Member ★★★☆☆ **bradyandjenna** Brady and Jenna

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men or Women
Living in Oxford, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1128. Standard Member ★☆☆☆☆ **amberleenjohnny** sexy couple looking for a sexy female for fun!!

D001091



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Beachwood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1129. Standard Member ★★★☆☆ sxy_freaky_cple sxy_freaky_cple

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Mansfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1130. Standard Member ★☆☆☆☆ xXxGirlie4UsxXx Couple seeking girlie for some fun

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1131. Standard Member ★☆☆☆☆ hambyno 19 y/o male seeking princess

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Marion, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1132. Standard Member ★☆☆☆☆ bellaball2 where curious willing and very able

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1133. Standard Member ★☆☆☆☆ cardiangel08 college fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1134. Standard Member ★☆☆☆☆ HotYngAknCpl Meet Us! We are from Akron, OH

D001092



Ask me for a photo
21 year old Man
21 year old Woman
Looking for Women
Living in Kent, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
1135.
Standard Member
88hondaowner
couple seeking attractive female for some fun!
Ask me for a photo
20 year old Man
20 year old Woman
Looking for Women
Living in Newark, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
1136.
Standard Member
BigJ72
This Is Me
Ask me for a photo
21 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
1137.
Standard Member
wilks23
hi there we are married and want a women to join us
Ask me for a photo
20 year old Man
20 year old Woman
Looking for Women
Living in Mc Arthur, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
1138.
Standard Member
AngelDemon69
Clean couple seeks clean woman
Ask me for a photo
19 year old Man
19 year old Woman
Looking for Women
Living in Defiance, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
1139.
Standard Member
juggalo_locka69
looking 4 hot female ,no strings 3some
Ask me for a photo
20 year old Man
20 year old Woman
Looking for Women
Living in Delaware, Ohio, United States
[invite to your network!]
Add to Hotlist
Send them a wink
1140.
Standard Member
HOTCPLE4HOTFEM0
HELP FULFILL OUR FANYASY!

D001093

Case 2:09-cv-04607-MMB Document 173-1 Filed 05/10/13 Page 21 of 26

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

AdultFriendFinder.com™
The World's Largest Sex & Swinger Personals site

Get an Intensive Profile Edit

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

Featured Members
Click here to get featured

Get Noticed!

Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My Profile!

ALT.com
Fetish & BDSM Lifestyles PERSONALS
JOIN NOW for FREE

Icon Key

Verified Member

Personality Type

Voice introduction

Video Introduction

Your Compatibility Score

## Search Results

## Couples (man and woman) Seeking Women in Ohio

1141. Standard Member ★☆☆☆☆ **sexcrazdcoupl69** loking for fun?

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Whitehouse, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1142. Standard Member ★☆☆☆☆ **Babygirl4u823** My fiance and me are looking for a bi woman.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Orient, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1143. Standard Member ★☆☆☆☆ **becki_ryan** Unconventional Couple Seeking Adventure

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1144. Standard Member ★☆☆☆☆ **loverman619** looking for a little fun

Ask me for a photo

21 year old Man
24 year old Woman
Looking for Women
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1145. Standard Member ★☆☆☆☆ **SweetnJuicy0331** Ohio couple looking for fun w/ single bi female

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Barberton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1146. Standard Member ★☆☆☆☆ **tsherman995** couple looking for that girl for a 3rd

D001095



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Maplewood, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1147. Standard Member ★☆☆☆☆ **cobesjr** mmmmmm...........

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Euclid, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1148. Standard Member ★☆☆☆☆ **bicantoncpl** Bi Couple seeks female for Fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1149. Standard Member ★★★☆☆ **Manda_N_Train** Young Couple Tired Of Waiting

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups or Couples (2 women)
Living in Mansfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1150. Standard Member ★☆☆☆☆ **sexycouple2218** Sexy couple looking for fun

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1151. Standard Member ★☆☆☆☆ **ohiocupl4bifem** looking for a woman to join us

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Fostoria, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1152. Standard Member ★☆☆☆☆ **glitter2k2** Looking for a friend as of now...

D001096

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Brunswick, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1153. Standard Member licksalot1983 Dont look no further.were what ur looking for.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Warren, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1154. Standard Member jomasoccer about the two of us

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Findlay, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1155. Standard Member joshuarcock Lookin for lovin

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Sidney, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1156. Standard Member jessejames8402 loooking for fun

Ask me for a photo

21 year old Man
29 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Milford, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1157. Standard Member gizzylover1010 Curiosity Killed the Cat but I'm Not Scared : )

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Millersport, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1158. Standard Member wewantu84 guess what

D001097



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1159. Standard Member ★☆☆☆☆ brownskin80 We are a couple looking for women

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1160. Standard Member ★☆☆☆☆ tyger17 coulpe wants hot girls

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Berea, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1161. Standard Member ★☆☆☆☆ disnstripper2 One Sexy Bitch

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Ravenna, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1162. Standard Member ★☆☆☆☆ goofy1410 cum and join us

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1163. Standard Member ★☆☆☆☆ sparkfluff looking for fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Huron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1164. Standard Member ★☆☆☆☆ sexyass34b need a little more excitement

D001098



Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1165. Standard Member ★☆☆☆☆ **PueandRoo** JuSt LoOkInG 4 YoU!!

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1166. Standard Member ★☆☆☆☆ **ohiocouple420** ohio couple for female

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Fostoria, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1167. Standard Member ★☆☆☆☆ **sexalltime66** i want a hoe

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Newton Falls, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1168. Standard Member ★☆☆☆☆ **2ToPleaseMyMan** Couple For kinky lil Girl

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Warren, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1169. Standard Member ★☆☆☆☆ **lusciouslovers7** Couple seeking a female who wants to have fun.

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1170. Standard Member ★☆☆☆☆ **cottoncandy17** m/f couple looking for female

D001099