Couples (man and woman) Seeking Women in Ohio

 21 year old Man
21 year old Woman
Looking for Women
Living in Wickliffe, Ohio, United States
[invite to your network!]

 Add to Hotlist
Send them a wink

View More Listings

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off



AdultFriendFinder.com™

The World's Largest Sex & Swinger Personals site

Get an Intensive Profile Edit

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

**Featured Members**

Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

**Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.**

Highlight My Profile!

**Icon Key**

- Verified Member
- Personality Type
- Voice introduction
- Video Introduction

★★★★☆ Your Compatibility Score

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

1171. Standard Member ★★★☆☆ **katencorey** stroke her and watch her come

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1172. Standard Member ★☆☆☆☆ **sexi14** WE WANT A WOMEN WILLING 2 DO 3SOME

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Springfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1173. Standard Member ★☆☆☆☆ **Yellwaznboy** Hey I'm looking for fun

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1174. Standard Member ★☆☆☆☆ **sunsnmoons** me and my girlfriend

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1175. Standard Member ★☆☆☆☆ **lickme1984** we are a couple seeking a female

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Ironton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1176. Standard Member ★☆☆☆☆ **blackrainbow13** Looking for Erotic and sadistic pleasure

| | | | | |
|---|---|---|---|---|
| | Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Sebring, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |
| 1177. | Standard Member | ★☆☆☆☆ chrysta469 | Married couple looking for a hot time! | |
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Women<br>Living in Portsmouth, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |
| 1178. | Standard Member | ★☆☆☆☆ playboyne14a69 | Young married couple seeking women | |
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Women<br>Living in Cincinnati, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |
| 1179. | Standard Member | ★☆☆☆☆ brittany6985 | Sexy sexy sexy | |
| | Ask me for a photo | 20 year old Couple (man and woman)<br>Looking for Women<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |
| 1180. | Standard Member | ★☆☆☆☆ Madeforwomen694 | Looking for a sexy girlfriend | |
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Women<br>Living in Whitehouse, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |
| 1181. | Standard Member | ★☆☆☆☆ MandyandEric | This is us | |
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Women<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |
| 1182. | Standard Member | ★☆☆☆☆ DrrtyGrrlnBoy4u | LOOKING FOR SOMEONE TO FUFILL OUR FANTASY | |



21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cincy Area, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1183. Standard Member ★☆☆☆☆ **3somewntdtm**   Couple looking for some fun



20 year old Man
20 year old Woman
Looking for Women
Living in Junction City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1184. Standard Member ★☆☆☆☆ **NeedSomeKink**   We Wanna Get Freaky With You!!



21 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1185. Standard Member ★☆☆☆☆ **racjo18**   Looking for Someone



21 year old Couple (man and woman)
Looking for Women
Living in Perry, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1186. Standard Member ★☆☆☆☆ **scotta995**   Looking for a female or a couple



21 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Marysville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1187. Standard Member ★☆☆☆☆ **sweetheart45067**   couple looking for some extra fun



21 year old Couple (man and woman)
Looking for Women
Living in Trenton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1188. Standard Member ★☆☆☆☆ **sexylilfirechic**   looking for sexy female playmate





Ask me for a photo

21 year old Couple (man and woman)
Looking for Women
Living in Jackson, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1189. Standard Member ★☆☆☆☆ amg1101 Couple Looking for Female for first 3-some

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1190. Standard Member ★☆☆☆☆ ROOandPUE Just looking

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1191. Standard Member ★☆☆☆☆ tempted_to_try We want a bi-sexual girl to have fun!

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women
Living in Jackson, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1192. Standard Member ★☆☆☆☆ HOTohioLUST 18 man wants a friend and sex

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women
Living in Zanesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1193. Standard Member ★★★★★ SexyChristal4u Hi my name is christal

Ask me for a photo

21 year old Couple (man and woman)
Looking for Men, Women, Couples (man and woman) or Groups
Living in Bellbrook, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1194. Standard Member ★★★★☆ jvs2003 lokkin for some fun

21 year old Couple (man and woman)
Looking for Men, Women, Couples (man and woman) or Groups
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1195.   Standard Member   ★★☆☆☆   **MattChris**   Young couple looking for something fun



21 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**Home**  **My Account**  **Browse**  **Search**  **Chat**  **Groups**  **Friends**  **Hotlist**  **Shop**  **Get Local**  **Magazine**  **Blogs**  **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off