# Defendant's Exhibit D

D001106

Couples (man and woman) Seeking Men in Ohio

# AdultFriendFinder.com


**Let Standard Members Contact You!**

The World's Largest Sex & Swinger Personals site

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

**Search Results**

**Start New Search**

## Couples (man and woman) Seeking Men in Ohio

### Featured Members
Click here to get featured


**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My Profile!**



**Icon Key**

✓ **Verified Member**
▤ **Personality Type**
◔ **Voice introduction**
▣ **Video Introduction**
★★★★
**Your Compatibility Score**

1. Gold Member — **Snowden75**   Easy going fun couple looking for same, or singles   Last Visit: Today
   30 year old Man
   19 year old Woman
   Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
   Living in Dayton, Ohio, United States
   [invite to your network!]
   🖐 Add to Hotlist
   😉 Send them a wink

2. Gold Member ★ **curiouslybi1984**   we are looking for new fun   Last Visit: Within the last 3 days
   21 year old Man
   20 year old Woman
   Looking for Men, Women, Couples (man and woman), Couples (2 women), Couples (2 men) or TS/TV/TG
   Living in Columbus, Ohio, United States
   [invite to your network!]
   🖐 Add to Hotlist
   😉 Send them a wink

3. Gold Member **rhythm11**   looking for interesting people   Last Visit: Within the last 3 days
   30 year old Man
   20 year old Woman
   Looking for Men, Women or Couples (man and woman)
   Living in Miamisburg, Ohio, United States
   [invite to your network!]
   🖐 Add to Hotlist
   😉 Send them a wink

4. Gold Member **bicurcupl4fun**   Bi curious couple iso couple/single fem for fun.
   Ask me for a photo
   29 year old Man
   21 year old Woman
   Looking for Men, Women, Couples (man and woman) or Groups
   Living in Marysville, Ohio, United States
   [invite to your network!]
   🖐 Add to Hotlist
   😉 Send them a wink

5. Silver Member ★ **asmokincouple**   We are a couple looking for something new in our relationship. We want to meet other people.   Last Visit: Today
   22 year old Man
   19 year old Woman
   Looking for Men, Women or Couples (man and woman)
   Living in Columbus, Ohio, United States
   [invite to your network!]
   📶 Online Now!
   💬 Chatting Now!
   🖐 Add to Hotlist
   😉 Send them a wink

6. Silver Member ★ **stratos842**   Hes playing alone, Lookin for guys mostly atm.   Last Visit: Within the last 3 days
   20 year old Man
   20 year old Woman
   Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
   Living in Hamilton, Ohio, United States
   [invite to your network!]
   🖐 Add to Hotlist
   😉 Send them a wink

7. Silver Member ★ **akron_bi_couple**   bi couple looking for whatever happens.
   19 year old Man
   21 year old Woman
   Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
   Living in Akron, Ohio, United States
   [invite to your network!]
   🖐 Add to Hotlist
   😉 Send them a wink

8. Silver Member ★ **YoungSUBcouple**   Young Couple Looking for a wild time. Very open minded and willing.   Last Visit: Within the last 3 days
   21 year old Man
   22 year old Woman
   Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
   Living in Grove City, Ohio, United States
   🖐 Add to Hotlist
   😉 Send them a wink


**DEFENDANT'S EXHIBIT D**

D001107

[invite to your network!]

Ask me for a
photo

9.  Silver Member  ★     **randa21**  Looking for some fun for my girl.      Last Visit: Within the last 3 days

33 year old Man
21 year old Woman                                 🖐 Add to Hotlist
Ask me for a     Looking for Men, Women or Couples (man and woman)     😉 Send them a wink
photo     Living in Toledo, Ohio, United States
[invite to your network!]

**SEXYTANCPL**  HOT SEXY YOUNG
COUPLE , VERY FUN FREINDLY AND
10.  Silver Member  ★     OPEN-MINDED. LOOKING TO MEET     Last Visit: Within the last 3 days
OTHERS

32 year old Man
21 year old Woman                                 🖐 Add to Hotlist
Ask me for a     Looking for Men, Women, Couples (man and woman) or     😉 Send them a wink
photo     Couples (2 women)
Living in Stow, Ohio, United States
[invite to your network!]

**WingChun2222**  Young couple looking
11.  Standard Member     for fun with others. We are open to almost     Last Visit: Within the last 3 days
anything.

26 year old Man
21 year old Woman                                 🖐 Add to Hotlist
Looking for Men, Women, Couples (man and woman),     😉 Send them a wink
Groups, Couples (2 women) or Couples (2 men)
Living in Dayton, Ohio, United States
[invite to your network!]

12.  Standard Member  ★     **centervillecpl**  Looking to Explore      Last Visit: Within the last 3 days

29 year old Man
21 year old Woman                                 🖐 Add to Hotlist
Looking for Men     😉 Send them a wink
Living in Dayton, Ohio, United States
[invite to your network!]

13.  Standard Member  ★     **1hotassgirl**  wife of married couple     Last Visit: Within the last 3 days
looking to have fun.

25 year old Man
20 year old Woman                                 🖐 Add to Hotlist
Looking for Men, Women or Couples (man and woman)     😉 Send them a wink
Living in Cincinnati, Ohio, United States
[invite to your network!]

14.  Standard Member  ★     **wearenotabot**  She wants to suck you off!!     Last Visit: This week

26 year old Man
19 year old Woman                                 🖐 Add to Hotlist
Looking for Men     😉 Send them a wink
Living in Toledo, Ohio, United States
[invite to your network!]

15.  Standard Member  ★     **Reanger010101**  Looing for fun     Last Visit: Within the last 2 weeks

21 year old Man
20 year old Woman                                 🖐 Add to Hotlist
Looking for Men, Women, Couples (man and woman) or     😉 Send them a wink
Groups
Living in Valley city, Ohio, United States
[invite to your network!]

16.  Standard Member . ★     **FreakyFun055**  Hey..mmm...wanna get together?



23 year old Man
20 year old Woman                                 🖐 Add to Hotlist
Looking for Men or Women     😉 Send them a wink
Living in Cleveland, Ohio, United States
[invite to your network!]

D001108

17.   Standard Member   ☆☆☆☆☆   **newcpl4utoo**   Young hot couple wanting to experiement



20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or
Groups
Living in Loveland, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😉 Send them a wink

18.   Standard Member   ★☆ ☆☆   **lovesex052005**   A couple willing to try new things once or more
times.



25 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Columbus, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😉 Send them a wink

19.   Standard Member   ★☆ ☆☆☆   **Zero331X**   Couple looking for fun!



20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🖼

🐾 Add to Hotlist
😉 Send them a wink

20.   Standard Member   ☆☆☆☆☆   **DiZnKiZ2004**   Cpl lQQking for male, bi female, or cpl for fun!



21 year old Man
22 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Ashland, Ohio, United States
[invite to your network!]

🖼

🐾 Add to Hotlist
😉 Send them a wink

21.   Standard Member   ★☆ ☆☆☆   **couple4anythin**   a couple looking to
have some "FUN"

Last Visit: Within the last 3 days



21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Toledo, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😉 Send them a wink

22.   Standard Member   ★☆ ☆☆☆   **ShafterXx**   I am a Healer, a Sadist that
heals. Adult FriendFinder

Last Visit: Within the last 3 days



21 year old Man
18 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Hilliard, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😉 Send them a wink

23.   Standard Member   ★☆ ☆☆☆   **fun4everyone25**   we are very open and
curious to try new things. and we hope

Last Visit: Within the last 2 weeks



20 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Toledo, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😉 Send them a wink

24.   Standard Member   ★☆ ☆☆ ☆   **E_N_B44870**   looking for a cool couple
or a single person to play.

Last Visit: Within the last 2 weeks

32 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Sandusky, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😉 Send them a wink

http://search.adultfriendfinder.com/p/memsearch.cgi

D001109

25.  Standard Member  **2forUnOH**  CURIOUS COUPLE FROM NW OHIO



26 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Northwest, Ohio, United States
[invite to your network!]


🖐 Add to Hotlist
🤚 Send them a wink

26.  Standard Member  ★  **bi_kinky_n_fun**  bi couple looking for bi or gay man or bi couple.



20 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🖐 Add to Hotlist
🤚 Send them a wink

27.  Standard Member  ★  **Luxaria43228**  married couple wanting to find other likeminded
couples



21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🖐 Add to Hotlist
🤚 Send them a wink

28.  Standard Member  ★  **Hotsarah4blk**  Hi, I am a married white female



21 year old Couple (man and woman)
Looking for Men
Living in Lima, Ohio, United States
[invite to your network!]

🖐 Add to Hotlist
🤚 Send them a wink

29.  Standard Member  ★  **sexy_couple05**  L@@KING 2 Meet
Interesting New PPL!!!!

Last Visit: Within the last 3 days

Ask me for a
photo

23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or
Groups
Living in New Philadelphia, Ohio, United States
[invite to your network!]

🖐 Add to Hotlist
🤚 Send them a wink

30.  Standard Member  ★  **browneyedcutie6**  Good looking young
couple....

Last Visit: Within the last 3 days

Ask me for a
photo

25 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

🖐 Add to Hotlist
🤚 Send them a wink

View More Listings

Home  My Account  Browse  Search  Chat  Groups  Friends  Hotlist  Shop  Get Local  Magazine  Blogs  Help



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D001110

# AdultFriendFinder.com

**The World's Largest Sex & Swinger Personals Site**

( Get a Sexy T-shirt! )    Hide

Home  🔲  My Account    Browse    Search  Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs  Help

**Search Results**

Start New Search

## Couples (man and woman) Seeking Men in Ohio

**Featured Members**

Click here to get featured

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

📧 Highlight My Profile!

**ALT.com**
**Fetish & BDSM**
**Lifestyles PERSONALS**
**JOIN NOW for FREE**

**Icon Key**

✅ Verified Member

📋 Personality Type

🎤 Voice introduction

📹 Video Introduction

★★★★
Your Compatibility Score

---

31.  Standard Member  ★    **Lookin4FunPeeps**  Basically we're a couple wanting to try something new. Interested in people new to this whole th    Last Visit: Within the last 3 days

23 year old Man
19 year old Woman
Ask me for a photo
Looking for Men, Women or Couples (man and woman)
Living in Newark, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

32.  Standard Member  ★    **slyjen05**  We want to have a good time with a woman or a group.    Last Visit: Within the last 3 days

24 year old Man
20 year old Woman
Ask me for a photo
Looking for Men, Women, Groups or Couples (2 women)
Living in Zanesville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

33.  Standard Member  ★    **ryrynkatie**  Couple seeking older man or woman    Last Visit: Within the last 3 days

24 year old Man
18 year old Woman
Ask me for a photo
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

34.  Standard Member  ★    **explorers22000**  Come explore with us    Last Visit: Within the last 3 days

23 year old Man
21 year old Woman
Ask me for a photo
Looking for Men, Women or Couples (man and woman)
Living in Montpelier, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

35.  Standard Member  ★    **CuriusGeorgeand1**  we are a loving couple. we are also interested in trying new sexual situations.    Last Visit: Within the last 3 days



21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

36.  Standard Member  ★    **bichickstr8dude**  Couple Seeks Toys...    Last Visit: Within the last 3 days

27 year old Man
21 year old Woman
Ask me for a photo
Looking for Men or Women
Living in Lima, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

37.  Standard Member  ★    **Freakky18**  Young couple trying some new things. Looking for another man.    Last Visit: Within the last 3 days

18 year old Man
18 year old Woman
Ask me for a photo
Looking for Men, Couples (2 men) or TS/TV/TG
Living in Canal Winchester, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

38.  Standard Member  ★    **Hardcockcafe20**  looking for bi males and female for 3somes or more    Last Visit: This week

D001111

http://search.adultfriendfinder.com/p/memsearch.cgi?m=54782912_8...

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Couples (2 women) or Couples (2 men)<br>Living in Troy, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

39. Standard Member ★ **GahannaSexStars** Love to screw in front of others Last Visit: This week

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 19 year old Man<br>19 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

40. Standard Member ★ **sexlovingcouple6** A curious couple looking for some fun Last Visit: This week

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in West Union, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

41. Standard Member ★ **utcrazies** We are a long time dating couple. we'd both like to find a person or two to join us for a wild n Last Visit: Within the last 2 weeks

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 23 year old Man<br>21 year old Woman<br>Looking for Men, Women or Groups<br>Living in Somewhere, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

42. Standard Member ★ **farkeri** Young Couple seeks man or woman Last Visit: Within the last 2 weeks

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Men or Women<br>Living in Wooster, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

43. Standard Member ★ **MyHeartFolds** Why wont anyone let my girlfriend suck them off?! Last Visit: Within the last 2 weeks

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 18 year old Man<br>20 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Couples (2 women)<br>Living in Barberton, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

44. Standard Member ★ **nicecoupleoh** young married couple looking for a lil extra excitement. We are newbies and just checking it out Last Visit: Within the last month

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 20 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Painesville, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

45. Standard Member ★ **Tenn2008** Young Couple looking for some fun Last Visit: Within the last month

|  |  |  |  |
|---|---|---|---|
| Ask me for a photo | 21 year old Man<br>20 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Couples (2 women)<br>Living in Fairborn, Ohio, United States<br>[invite to your network!] | | Add to Hotlist<br>Send them a wink |

46. Standard Member ★ **TaJr** Me On him and me Last Visit: Within the last month

D001112

http://search.adultfriendfinder.com/p/memsearch.cgi?m=54782912_8...

19 year old Man
19 year old Woman
Ask me for a photo — Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or TS/TV/TG
Living in Cleveland, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

47. Standard Member ★ **frdlyyngcpl** Friendly couple in Ohio. Looking for other young people

21 year old Man
21 year old Woman
Ask me for a photo — Looking for Men, Women, Couples (man and woman), Groups or Couples (2 women)
Living in Fairborn, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

48. Standard Member ★ **ralphgable** Couple just looking around. Looking for new experiences.

19 year old Man
19 year old Woman
Ask me for a photo — Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Springfield, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

49. Standard Member ★ **nwohiobicpl4now** sexual cpl for fun

24 year old Man
19 year old Woman
Ask me for a photo — Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Defiance, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

50. Standard Member ★ **jager1986** hey whats up. ready to have some fun.

19 year old Man
19 year old Woman
Ask me for a photo — Looking for Men, Women, Couples (man and woman) or Groups
Living in Cleveland, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

51. Standard Member ★ **sexififi** We're looking for lots of fun. Are you the one?!

20 year old Man
20 year old Woman
Ask me for a photo — Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Rittman, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

52 Standard Member ★ **wetnwildcpl22** Couple Looking for some fun. Please helps us have some fun with you!!!

22 year old Man
21 year old Woman
Ask me for a photo — Looking for Men, Women or Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

53. Standard Member ★ **TeaseNBPleased** RELAX...Take a DEEP breath...R U READY 4 THIS?!

21 year old Man
30 year old Woman
Ask me for a photo — Looking for Men, Women, Couples (man and woman), Groups or Couples (2 women)
Living in Painesville, Ohio, United States
[invite to your network!]

🏵 Add to Hotlist
💬 Send them a wink

54 Standard Member ★ **ohiocouple20** We are curious swingers. We've never done it.

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Hamilton, Ohio, United States

🏵 Add to Hotlist
💬 Send them a wink

D001113

[invite to your network!]

Ask me for a
photo

---

55.   Standard Member   ★      deadlyteabag   Curious couple is looking to learn.

Ask me for a
photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman),
Couples (2 women) or Couples (2 men)
Living in Cleveland, Ohio, United States
[invite to your network!]

🟠 Add to Hotlist
😉 Send them a wink

---

56.   Standard Member   ★      cpl_4_fun_69   Bi Female and Straight Guy. Cpl looking for a 3some

Ask me for a
photo

20 year old Man
21 year old Woman
Looking for Men
Living in Scioto Furnace, Ohio, United States
[invite to your network!]

🟠 Add to Hotlist
😉 Send them a wink

---

57.   Standard Member   ★      sExYsex5969   big pimpipn lol i am lookin for sweetness

Ask me for a
photo

19 year old Man
19 year old Woman
Looking for Men
Living in Akron, Ohio, United States
[invite to your network!]

🟠 Add to Hotlist
😉 Send them a wink

---

58.   Standard Member   ★      yngcouple2321   young ohio couple looking for fun

Ask me for a
photo

23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or
Couples (2 women)
Living in Shelby, Ohio, United States
[invite to your network!]

🟠 Add to Hotlist
😉 Send them a wink

---

59.   Standard Member   ★      sexyswingerduo   young married couple looking for some no strings
attached fun. We want to broaden our horizons....

Ask me for a
photo

22 year old Man
21 year old Woman
Looking for Men, Couples (man and woman) or Couples (2
men)
Living in Washington Court House, Ohio, United States
[invite to your network!]

🟠 Add to Hotlist
😉 Send them a wink

---

60.   Standard Member   ★      Crazylove07   Looking for a Well Endowed Male or Couple for ???

Ask me for a
photo

20 year old Couple (man and woman)
Looking for Men, Women, Couples (man and woman) or
Groups
Living in Columbus Area, Ohio, United States
[invite to your network!]

🟠 Add to Hotlist
😉 Send them a wink

---

View More Listings

Home 🔱  My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material. all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

Hide

D001114

# AdultFriendFinder.com

**Get a Highlight!**

The World's Largest Sex & Swinger Personals site

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

**Search Results**

**Start New Search**

**Featured Members**

Click here to get featured

## Couples (man and woman) Seeking Men in Ohio



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My Profile!**

**FLT.com**
Fetish & BDSM
LifeStyles PERSONALS
**JOIN NOW for FREE**

**Icon Key**

✓ **Verified Member**

▤ **Personality Type**

◈ **Voice introduction**

◉ **Video Introduction**

★★★★
**Your Compatibility Score**

---

61.  Standard Member  ★     **crazycouple48**  Why Hello....mmmm, you!

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Cleveland, Ohio, United States
[Invite to your network!]

🕮 Add to Hotlist
📧 Send them a wink

---

62.  Standard Member  ★     **curiouscoupl4284**  Couple (man and woman) looking for some wild times. Are you interested?

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Findlay, Ohio, United States
[Invite to your network!]

🕮 Add to Hotlist
📧 Send them a wink

---

63.  Standard Member  ★     **OHCouple4Fun05**  Couple looking for fun people to hang with and get kinky

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[Invite to your network!]

🕮 Add to Hotlist
📧 Send them a wink

---

64.  Standard Member  ★     **yngcouple75**  Young Ohio couple seek Hot Couple for friendship and more

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Shelby, Ohio, United States
[Invite to your network!]

🕮 Add to Hotlist
📧 Send them a wink

---

65.  Standard Member  ★     **hotcoshoctoncpl**  hey everyone..... we are hot and ready to have fun...

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Warsaw, Ohio, United States
[Invite to your network!]

🕮 Add to Hotlist
📧 Send them a wink

---

66.  Standard Member  ★     **FireCouple82**  Just a young couple looking to have fun. Very easy going and would love to meet people of the same.

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Ashland, Ohio, United States
[Invite to your network!]

🕮 Add to Hotlist
📧 Send them a wink

---

67.  Standard Member  ★     **lovechica85**  WE are a couple where the women is interested in someon

Ask me for a photo

26 year old Man
20 year old Woman
Looking for Men or Women
Living in Cincinnati, Ohio, United States
[Invite to your network!]

🕮 Add to Hotlist
📧 Send them a wink

---

68.  Standard Member  ★     **agent5271**  We are two fun loving people who have extreme sexuality

D001115

34 year old Man
21 year old Woman
Ask me for a          Looking for Men, Women, Couples (man and woman),
photo                 Groups, Couples (2 women) or Couples (2 men)
                      Living in Ravenna, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

69.   Standard Member   ★         c0uple4hire    We love to be watched

41 year old Man
21 year old Woman
Ask me for a          Looking for Men
photo                 Living in Tallmadge, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

70.   Standard Member   ★         CouriosityCouple    Curious couple looking for fun!

29 year old Man
19 year old Woman
Ask me for a          Looking for Men or Couples (man and woman)
photo                 Living in Cincinnati, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

71.   Standard Member   ★         unme01    how about a night of fun

20 year old Man
20 year old Woman
Ask me for a          Looking for Men, Women, Couples (man and woman),
photo                 Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
                      Living in Saint Marys, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

72.   Standard Member   ★         couplelookin5520    1st timers looking for fun. Teach us everything
                                  you know

23 year old Man
20 year old Woman
Ask me for a          Looking for Men, Women, Couples (man and woman),
photo                 Groups or Couples (2 women)
                      Living in Shreve, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

73.   Standard Member   ★         medlife    couple just looking to have fun. will try anything once or
                                  twice

22 year old Man
20 year old Woman
Ask me for a          Looking for Men, Women or Couples (man and woman)
photo                 Living in Saint Paris, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

74.   Standard Member   ★         usneedingu99    young couple looking 4 fun

23 year old Man
21 year old Woman
Ask me for a          Looking for Men, Women, Couples (man and woman),
photo                 Groups or Couples (2 women)
                      Living in Cleveland, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

75.   Standard Member   ★         angel12730    A coulpe looking to spice up their relationship. We are
                                  fun and good looking.

31 year old Man
20 year old Woman
Ask me for a          Looking for Men, Women, Couples (man and woman) or
photo                 Groups
                      Living in Petersburg, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

76.   Standard Member   ★         ready1now4u    white couple ready for first experience with black stud

19 year old Man
19 year old Woman
Ask me for a          Looking for Men
photo                 Living in Columbus, Ohio, United States
                      [invite to your network!]

🌸 Add to Hotlist
😉 Send them a wink

D001116

Ask me for a
photo

77. Standard Member ★  **ILoveMassages19** I love Massages And hope to meet you real
soon.hopfully you are ready to feel my needs.

Ask me for a
photo

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or
Groups
Living in Dayton, Ohio, United States
[invite to your network!]

🖤 Add to Hotlist
😉 Send them a wink

78. Standard Member ★  **sexy0771** Hello, my name is Tiffany. I have a boyfriend but just
looking for friends

Ask me for a
photo

21 year old Man
21 year old Woman
Looking for Men
Living in Columbus, Ohio, United States
[invite to your network!]

🖤 Add to Hotlist
😉 Send them a wink

79. Standard Member ★  **nwcpl3079** nothwest ohio couple looking for fun in ohio

Ask me for a
photo

26 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Spencerville, Ohio, United States
[invite to your network!]

🖼

🖤 Add to Hotlist
😉 Send them a wink

80. Standard Member ★  **Experimenters12** Bi-curious couple seeking others

Ask me for a
photo

33 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🖤 Add to Hotlist
😉 Send them a wink

81. Standard Member  **jayalissah** We are fun, and committed couple. We also like to have
fun with others.

Ask me for a
photo

22 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or
Couples (2 women)
Living in Tiffin, Ohio, United States
[invite to your network!]

🖤 Add to Hotlist
😉 Send them a wink

82. Standard Member ★  **BlackXterra2** Young Couple

Ask me for a
photo

20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cuyahoga Falls, Ohio, United States
[invite to your network!]

🖤 Add to Hotlist
😉 Send them a wink

83. Standard Member ★  **spillkill2** young cpl wonting to have three some

Ask me for a
photo

24 year old Man
19 year old Woman
Looking for Men, Groups or Couples (2 men)
Living in West Union, Ohio, United States
[invite to your network!]

🖤 Add to Hotlist
😉 Send them a wink

84. Standard Member ★  **crazzzcple** Never before have we done this. Hope for some fun.

24 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or
Groups
Living in Akron, Ohio, United States

🖤 Add to Hotlist
😉 Send them a wink

D001117

http://search.adultfriendfinder.com/p/memsearch.cgi?m=54782912_8...

[invite to your network!]

Ask me for a
photo

85. Standard Member ★     **cavscout357**    couple looking for new adventures. just to have fun

|  |  |
|---|---|
| Ask me for a photo | 23 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Monroeville, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

86. Standard Member ★     **OhPaCple**    Couple looking for fun any takers?

|  |  |
|---|---|
| Ask me for a photo | 32 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Strongsville, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

87. Standard Member ★     **bodysculptors7**    just messing around

|  |  |
|---|---|
| Ask me for a photo | 24 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Delaware, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

88. Standard Member ★     **sheplus2he22**    looking for fun. singles or couples

|  |  |
|---|---|
| Ask me for a photo | 28 year old Man<br>20 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Mantua, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

89. Standard Member ★     **OhCoupleCuckold**    Couple looking for man for her...

|  |  |
|---|---|
| Ask me for a photo | 21 year old Man<br>20 year old Woman<br>Looking for Men, Groups or Couples (2 men)<br>Living in Lorain, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

90. Standard Member ★     **2muchnlove20053**    LOOKING 4 FUN

|  |  |
|---|---|
| Ask me for a photo | 21 year old Man<br>31 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Toledo, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

View More Listings

Home   🌐   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D001118

http://search.adultfriendfinder.com/p/memsearch.cgi?m=54782912_8...

**Adult** FriendFinder™

The World's Largest Sex & Swinger Personals site

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Start New Search

**Search Results**

**Featured Members**

Click here to get featured



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My Profile!

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**

☑ Verified Member

📄 Personality Type

🎤 Voice introduction

📹 Video Introduction

★★★★☆ Your Compatibility Score

# Couples (man and woman) Seeking Men in Ohio

91. Standard Member ★     **PinkTreeFrog**   Hey ya'll

> 20 year old Man
> 20 year old Woman
> Looking for Men, Women, Couples (man and woman),
> Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
> Living in Athens, Ohio, United States
> [invite to your network!]
>
> Ask me for a photo

🔖 Add to Hotlist
😊 Send them a wink

92. Standard Member ★     **amda69**   Looking to fufill some fantasies

> 20 year old Man
> 21 year old Woman
> Looking for Men, Women or Couples (man and woman)
> Living in Bucyrus, Ohio, United States
> [invite to your network!]
>
> Ask me for a photo

🔖 Add to Hotlist
😊 Send them a wink

93. Standard Member ★     **fillwifepussy**   we used up all the bar, will you join us

> 21 year old Man
> 22 year old Woman
> Looking for Men, Women, Couples (man and woman),
> Groups, Couples (2 women) or Couples (2 men)
> Living in Elyria, Ohio, United States
> [invite to your network!]
>
> Ask me for a photo

🔖 Add to Hotlist
😊 Send them a wink

94. Standard Member ★     **cardude1984**   looking for a good time

> 21 year old Man
> 21 year old Woman
> Looking for Men, Women, Couples (man and woman) or
> Groups
> Living in Kent, Ohio, United States
> [invite to your network!]
>
> Ask me for a photo

🔖 Add to Hotlist
😊 Send them a wink

95. Standard Member ★     **jraw2005**   hi we would like to meet open and fun people

> 20 year old Man
> 20 year old Woman
> Looking for Men, Women, Couples (man and woman),
> Groups, Couples (2 women) or Couples (2 men)
> Living in Ashtabula, Ohio, United States
> [invite to your network!]
>
> Ask me for a photo

🔖 Add to Hotlist
😊 Send them a wink

96. Standard Member ★     **Bert Chelly**   Curious Newlyweds want a 2nd Honeymoon

> 21 year old Man
> 20 year old Woman
> Looking for Men, Women or Couples (man and woman)
> Living in Bucyrus, Ohio, United States
> [invite to your network!]
>
> Ask me for a photo

🔖 Add to Hotlist
😊 Send them a wink

97. Standard Member ★     **hottnhorny06**   Hello my name is Alexis Beech.

> 18 year old Man
> 18 year old Woman
> Looking for Men, Women, Couples (man and woman),
> Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
> Living in Celina, Ohio, United States
> [invite to your network!]
>
> Ask me for a photo

🔖 Add to Hotlist
😊 Send them a wink

98. Standard Member ★     **sexxxycpl20**   Fun couple seeking others

> 21 year old Man
> 22 year oid Woman
> Looking for Men, Couples (man and woman) or Groups
> Living in Dayton, Ohio, United States
> [invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

D001119

Ask me for a
photo

99.   Standard Member   ★         candiceegrause   Attractive Couple in Columbus

27 year old Man
20 year old Woman                                               ⊕ Add to Hotlist
Ask me for a    Looking for Men, Women or Couples (man and woman)      ⇨ Send them a wink
photo          Living in Grove City, Ohio, United States
[invite to your network!]

100.   Standard Member   ★      jc2022   Hello everyone. Looking to meet fun, loving people.

23 year old Man                                                 🖼 📋
20 year old Woman
Ask me for a    Looking for Men, Women or Couples (man and woman)      ⊕ Add to Hotlist
photo          Living in Bedford hts, Ohio, United States           ⇨ Send them a wink
[invite to your network!]

101.   Standard Member   ★         malike_69   ummmmmmsex

21 year old Man
21 year old Woman                                               ⊕ Add to Hotlist
Ask me for a    Looking for Men                                     ⇨ Send them a wink
photo          Living in Nelsonville, Ohio, United States
[invite to your network!]

102.   Standard Member   ★         Joe      looking to fullfill fantasys

24 year old Man
20 year old Woman                                               ⊕ Add to Hotlist
Ask me for a    Looking for Men, Women, Couples (man and woman) or     ⇨ Send them a wink
photo          Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

103.   Standard Member   ★         RobertXaviar   Lets sleep with my girl

21 year old Man
22 year old Woman                                               ⊕ Add to Hotlist
Ask me for a    Looking for Men                                     ⇨ Send them a wink
photo          Living in Ashland, Ohio, United States
[invite to your network!]

104.   Standard Member   ★         oberlinoh   Newlyweds looking for a kinky sex

21 year old Man
21 year old Woman                                               ⊕ Add to Hotlist
Ask me for a    Looking for Men, Women, Couples (man and woman),      ⇨ Send them a wink
photo          Groups, Couples (2 women) or Couples (2 men)
Living in Amherst, Ohio, United States
[invite to your network!]

105.   Standard Member   ★         Taylor198618   Young Couple Seeking Fun

19 year old Man
19 year old Woman                                               ⊕ Add to Hotlist
Ask me for a    Looking for Men                                     ⇨ Send them a wink
photo          Living in Akron, Ohio, United States
[invite to your network!]

106.   Standard Member   ★         hotchillycpl4560   Hot Chillicothe Couple

20 year old Man
23 year old Woman                                               ⊕ Add to Hotlist
Ask me for a    Looking for Men, Women or Couples (man and woman)      ⇨ Send them a wink
photo          Living in Chillicothe, Ohio, United States
[invite to your network!]

D001120

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Lakewood, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

108. Standard Member ★ **WeWantUNow4** Anyone want some fun..Right here. We can help

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Men, Couples (man and woman) or Couples (2 men)
Living in Canton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

109. Standard Member ★ **FrEaKyNYng** Young Black Couple Looking to explore....we have pics!!!!!

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

110. Standard Member ★ **redfhish2** Professional, discrete coupie

Ask me for a photo

32 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

111. Standard Member ★ **tagteamanalduo** We are a hot and horny couple looking for group sex.

Ask me for a photo

20 year old Man
23 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

112. Standard Member ★ **deathfad** Young couple seeking others for fun times.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

113. Standard Member ★ **domafreak** looking for an good sex video for me

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

114. Standard Member ★ **Twinkletoes2310** Newly-wed couple looking for excitement.

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Springfield, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

115. Standard Member ★ **manwith2balls** we like sex

D001121

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Dublin, Ohio, United States
[invite to your network!]

🖤 Add to Hotlist
🐸 Send them a wink

116.   Standard Member   ★      ross0717   My girl and I are looking for men or women or both

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or
Groups
Living in East Liverpool, Ohio, United States
[invite to your network!]

Ask me for a
photo

🖤 Add to Hotlist
🐸 Send them a wink

117.   Standard Member   ★      2trufreaks   WE NEED HELP

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Ask me for a
photo

🖤 Add to Hotlist
🐸 Send them a wink

118.   Standard Member   ★      funinohio3947   Young couple from ohio. needs someone to fulfil
fantasy

21 year old Man
21 year old Woman
Looking for Men, Couples (man and woman) or Groups
Living in Cambridge, Ohio, United States
[invite to your network!]

Ask me for a
photo

🖤 Add to Hotlist
🐸 Send them a wink

119.   Standard Member   ★      fuckushard2   looking for hot woman or men to satisfy me sexual
needs

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman),
Couples (2 women) or Couples (2 men)
Living in Cleveland, Ohio, United States
[invite to your network!]

Ask me for a
photo

🖤 Add to Hotlist
🐸 Send them a wink

120.   Standard Member   ★      spacultosser   we love many

21 year old Man
21 year old Woman
Looking for Men
Living in Elyria, Ohio, United States
[invite to your network!]

Ask me for a
photo

🖤 Add to Hotlist
🐸 Send them a wink

View More Listings

Home  📧  My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help



Copyright © 1996-2005 Vari ous, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and per sons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

**Adult** FriendFinder™

The World's Largest Sex & Swinger Personals site

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

Start New Search                                              **Search Results**

## Couples (man and woman) Seeking Men in Ohio

**Featured Members**

Click here to get featured



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My Profile!

ALT.com
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**
☑ Verified Member
▤ Personality Type
👄 Voice introduction
🎥 Video Introduction
★★★★☆
Your Compatibility Score

121.   Standard Member   ★       **hotgirl4u2bang**   Lookin' for fun!

|  |  |
|---|---|
| Ask me for a photo | 19 year old Man<br>19 year old Woman<br>Looking for Men<br>Living in Mantua, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

122.   Standard Member       **2kinks**   Try everything once, then maybe again

|  |  |
|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Bryan, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

123.   Standard Member   ★       **funcouple4664**   Fun sex intrigued couple.

|  |  |
|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Couples (2 women)<br>Living in Dayton, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

124.   Standard Member   ★       **Ohiohotties2004**   Hello in ohio

|  |  |
|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Bluffton, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

125.   Standard Member   ★       **gr8grape**   SuperManStan and Sexy, Sassy Sue

|  |  |
|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Byesville, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

126.   Standard Member   ★       **bradyandjenna**   Brady and Jenna

|  |  |
|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men or Women<br>Living in Oxford, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

127.   Standard Member   ★       **sxy_freaky_cple**   sxy_freaky_cple

|  |  |
|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Mansfield, Ohio, United States<br>[invite to your network!] | 🕙 Add to Hotlist<br>😉 Send them a wink |

128.   Standard Member   ★       **Manda N Train**   Young Couple Tired Of Waiting

|  |  |
|---|---|
| | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman),<br>Groups or Couples (2 women)<br>Living in Mansfield, Ohio, United States | 🕙 Add to Hotlist<br>😉 Send them a wink |

D001123

| | | | |
|---|---|---|---|
| 129. | Standard Member | ★ · · · **katencorey**   stroke her and watch her come | |
| | Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Toledo, Ohio, United States<br>[invite to your network!] | 🔥 Add to Hotlist<br>😉 Send them a wink |
| 130. | Standard Member | ★   **jmrma**   Looking for a nice bi boy for wild times | |
| | Ask me for a photo | 21 year old Couple (man and woman)<br>Looking for Men<br>Living in Chillicothe, Ohio, United States<br>[invite to your network!] | 🔥 Add to Hotlist<br>😉 Send them a wink |
| 131. | Standard Member | ★   **SexyChristal4u**   Hi my name is christal | |
| | Ask me for a photo | 21 year old Couple (man and woman)<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Bellbrook, Ohio, United States<br>[invite to your network!] | 🔥 Add to Hotlist<br>😉 Send them a wink |
| 132. | Standard Member | ★ · · · · · **jvs2003**   lokkin for some fun | |
| | Ask me for a photo | 21 year old Couple (man and woman)<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Lorain, Ohio, United States<br>[invite to your network!] | 🔥 Add to Hotlist<br>😉 Send them a wink |

Home  ℬ  **My Account**  **Browse**  **Search**  **Chat**  **Groups**  **Friends**  **Hotlist**  **Shop**  **Get Local**  **Magazine**  **Blogs**  **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**