# Defendant's Exhibit E

D001125

**AdultFriendFinder.com**
The World's Largest Sex & Swinger Personals site

Let Standard Members Contact You!

Home    My Account    Browse    Search    Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs    Help

Start New Search

**Search Results**

**Featured Members**
Click here to get featured



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.


**Highlight My Profile!**


**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

**Icon Key**

 Verified Member

📋 Personality Type

🎙 Voice introduction

📹 Video Introduction

★★★★☆
**Your Compatibility Score**

**DEFENDANT'S EXHIBIT**
E

# Couples (man and woman) Seeking Couples (man and woman) in Ohio

1. Gold Member ★☆☆☆☆ **harleyjosh**    Looking for fun    Last Visit: Today


22 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

📧
🔖 Add to Hotlist
😊 Send them a wink

2. Gold Member ☆☆☆☆☆ **Snowden75**    Easy going fun couple looking for same, or singles    Last Visit: Today

30 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Dayton, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

3. Gold Member ☆☆☆☆☆ **sexluvrs4u**    We'd love to have you!!!    Last Visit: Today


21 year old Man
23 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

📧
📱 Online Now!
😊 On IMC Now!
🔖 Add to Hotlist
😊 Send them a wink

4. Gold Member ★☆☆☆☆ **curiouslybi1984**    we are looking for new fun    Last Visit: Today

21 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Columbus, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

5. Gold Member ★☆☆☆☆ **tommy_g32**    Reply to get some good experience(ladies) and more!!!    Last Visit: Today


33 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Toronto, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

6. Gold Member ☆☆☆☆☆ **rdwinans2**    We're looking to have new experiences with a fun couple.    Last Visit: Within the last 3 days


24 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Celina, Ohio, United States
[invite to your network!]

📧
🔖 Add to Hotlist
😊 Send them a wink

7. Gold Member ☆☆☆☆☆ **Gracefulspeed**    Looking for more fun    Last Visit: Within the last 3 days


26 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Bellefontaine, Ohio, United States

🔖 Add to Hotlist
😊 Send them a wink

[invite to your network!]

8.  Gold Member  ☆☆☆☆☆  **hotCouple4fun101**    Hot young couple looking for hot    Last Visit: This week
    BI-Women



23 year old Man
21 year old Woman                                                     🐷 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 😊 Send them a wink
women)
Living in Columbus, Ohio, United States
[invite to your network!]

9.  Gold Member  ☆☆☆☆☆  **rhythm11**    looking for interesting people    Last Visit: Within the last 3 days



30 year old Man
20 year old Woman                                                     🐷 Add to Hotlist
Looking for Men, Women or Couples (man and woman)          😊 Send them a wink
Living in Miamisburg, Ohio, United States
[invite to your network!]

10.  Gold Member  ☆☆☆☆☆  **Chilln_04**    Always good times here!    Last Visit: Within the last month



26 year old Man                                                        🖼
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 🐷 Add to Hotlist
women)
Living in Troy, Ohio, United States                              😊 Send them a wink
[invite to your network!]

11.  Gold Member  ☆☆☆☆☆  **hardcorecince85**    sexy single male here    Last Visit: Within the last 3 days

21 year old Man                                                        🖼
20 year old Woman
Ask me for a    Looking for Women, Couples (man and woman), Groups or    🐷 Add to Hotlist
photo           Couples (2 women)
                Living in Cincinnati, Ohio, United States              😊 Send them a wink
                [invite to your network!]

12.  Gold Member  ☆☆☆☆☆  **bicurcupl4fun**    Bi curious couple iso couple/single fem for fun.

29 year old Man                                                        🖼
21 year old Woman
Ask me for a    Looking for Men, Women, Couples (man and woman) or       🐷 Add to Hotlist
photo           Groups
                Living in Marysville, Ohio, United States              😊 Send them a wink
                [invite to your network!]

13.  Silver Member  ☆☆☆☆☆  **SeaCaptain78**    Sexy Couple Looking for Fun! Waiting to    Last Visit: Today
                              hear from you!



26 year old Man
21 year old Woman                                                     🐷 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 😊 Send them a wink
women)
Living in Lakewood, Ohio, United States
[invite to your network!]

14.  Silver Member  ★☆☆☆☆  **asmokincouple**    We are a couple looking for something    Last Visit: Today
                              new in our relationship. We want to meet other people.



22 year old Man
19 year old Woman                                                     🐷 Add to Hotlist
Looking for Men, Women or Couples (man and woman)          😊 Send them a wink
Living in Columbus, Ohio, United States
[invite to your network!]

15.  Silver Member  ☆☆☆☆☆  **dblovers26**    young couple seeks new ways to have fun    Last Visit: Today



24 year old Man
21 year old Woman                                                     🐷 Add to Hotlist
Looking for Women, Couples (man and woman), Groups or      😊 Send them a wink
Couples (2 women)
Living in Canton, Ohio, United States
[invite to your network!]

D001127

16. Silver Member ★☆☆☆☆ **fiorerosso25** Sexy and discrete couple looking to try new things    Last Visit: Within the last 3 days

32 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

17. Silver Member ☆☆☆☆☆ **youngnkinky** likes to play with girls    Last Visit: Within the last 3 days

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

18. Silver Member ★☆☆☆☆ **loveit53122** looking for a truthful real person.here i am. i just love makeing dreams come true.    Last Visit: Within the last month

52 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Marion, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

19. Silver Member ☆☆☆☆☆ **Just4Kix1** Young curious couple .Looking for a new experience.

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

📧

🔥 Add to Hotlist
😊 Send them a wink

20. Silver Member ★☆☆☆☆ **stratos842** Hes playing alone, Lookin for guys mostly atm.    Last Visit: Within the last 3 days

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Hamilton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

21. Silver Member ★☆☆☆☆ **akron_bi_couple** bi couple looking for whatever happens.

19 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Akron, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

22. Silver Member ★☆☆☆☆ **JuBdo** Curious freaky couple    Last Visit: Within the last 3 days

Ask me for a photo

29 year old Man
18 year old Woman
Looking for Couples (man and woman), Groups or Couples (2 women)
Living in Hebron, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

23. Silver Member ★☆☆☆☆ **randa21** Looking for some fun for my girl.    Last Visit: Within the last 3 days

Ask me for a photo

34 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

24.  Silver Member  ☆☆☆☆☆  **dublincouple13**  Dublin Couple Seeking Couple          Last Visit: Within the last 3 days

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Dublin, Ohio, United States
[invite to your network!]

📧
🐾 Add to Hotlist
😊 Send them a wink

25.  Silver Member  ★☆☆☆☆  **YoungSUBcouple**  Young Couple Looking for a wild time. Very open minded and willing.          Last Visit: Within the last 3 days

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Grove City, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

26.  Silver Member  ★☆☆☆☆  **SEXYTANCPL**  HOT SEXY YOUNG COUPLE , VERY FUN FREINDLY AND OPEN-MINDED. LOOKING TO MEET OTHERS          Last Visit: This week

Ask me for a photo

32 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or
Couples (2 women)
Living in Stow, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

27.  Silver Member  ☆☆☆☆☆  **2newlyweds2**  Newlywed Newbies

30 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Youngstown, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

28.  Silver Member  ☆☆☆☆☆  **djdigisound**  Young couple looking for extra excitement

21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Brookpark, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

29.  Standard Member  ☆☆☆☆☆  **WingChun2222**  Young couple looking for fun with others. We are open to almost anything.          Last Visit: Today

26 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Dayton, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

30.  Standard Member  ☆☆☆☆☆  **sexaynatie**  Hot couple for a hot bisexual girl or couple. Sexmatize us!          Last Visit: Today



23 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Hillsboro, Ohio, United States
[invite to your network!]

💬 📧
🐾 Add to Hotlist
😊 Send them a wink

View More Listings



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D001130
8/23/2005 2:54 PM



**AdultFriendFinder.com**

The World's Largest Sex & Swinger Personals site

( Let Standard Members Contact You! )

Home    My Account    Browse    Search    Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs    Help

Start New Search

Search Results

**Featured Members**

Click here to get featured



Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

  Highlight My Profile!



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

**Icon Key**

✓ Verified Member

📋 Personality Type

🔊 Voice introduction

📹 Video Introduction

★★★★☆
Your Compatibility Score

# Couples (man and woman) Seeking Couples (man and woman) in Ohio

31.  Standard Member    ☆☆☆☆☆    **DoublePlay2117**  New to the game          Last Visit: Within the last 3 days
looking for couples and females



20 year old Man
20 year old Woman                                                          🐾 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 💬 Send them a wink
women)
Living in Marion, Ohio, United States
[invite to your network!]

32.  Standard Member    ☆☆☆☆☆  **Sulzer627**   Looking for some Fun          Last Visit: Within the last 3 days



23 year old Man
21 year old Woman                                                          🐾 Add to Hotlist
Looking for Women, Couples (man and woman), Groups or   💬 Send them a wink
Couples (2 women)
Living in Beachwood, Ohio, United States
[invite to your network!]

33.  Standard Member    ★☆☆☆☆  **Reanger010101**   Looing for fun          Last Visit: Within the last 3 days



21 year old Man
20 year old Woman                                                          🐾 Add to Hotlist
Looking for Men, Women, Couples (man and woman) or      💬 Send them a wink
Groups
Living in Valley city, Ohio, United States
[invite to your network!]

34.  Standard Member    ☆☆☆☆☆    **JESSTOM101304**   Fun loving couple      Last Visit: Within the last 3 days
looking to experiment



25 year old Man
20 year old Woman                                                          🐾 Add to Hotlist
Looking for Women or Couples (man and woman)            💬 Send them a wink
Living in Gallipolis, Ohio, United States
[invite to your network!]

35.  Standard Member    ☆☆☆☆☆    **poget**   looking for a play mate.....wanna      Last Visit: Within the last 3 days
join????

25 year old Man
20 year old Woman                                                          🐾 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 💬 Send them a wink
women)
Living in Sandusky, Ohio, United States
[invite to your network!]

36.  Standard Member    ★☆☆☆☆  **1hotassgirl**   wife of married couple      Last Visit: Within the last 3 days
looking to have fun.



25 year old Man
20 year old Woman                                                          🐾 Add to Hotlist
Looking for Men, Women or Couples (man and woman)       💬 Send them a wink
Living in Cincinnati, Ohio, United States
[invite to your network!]

37.  Standard Member    ☆☆☆☆☆  **two0one**   Just Curious                Last Visit: This week

D001131



29 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Mason, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

---

38. Standard Member ☆☆☆☆☆ **DRKnockOut**  We are coo-coo for cooter.
Standard can e-mail

Last Visit: This week



💬 📧

21 year old Man
22 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

---

39. Standard Member ☆☆☆☆☆ **mandycoup2002**  We started off as a one night
stand.

Last Visit: This week



29 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Mc Donald, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

---

40. Standard Member ☆☆☆☆☆ **usinakron**  hello from canton

Last Visit: Within the last 2 weeks



27 year old Man
21 year old Woman
Looking for Couples (man and woman), Groups or Couples (2
women)
Living in Canton, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

---

41. Standard Member ☆☆☆☆☆ **willujoinus05**  Cute Couple Looking For
An Extra

Last Visit: Within the last month



📧

20 year old Man
18 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

---

42. Standard Member ☆☆☆☆☆ **LuciousCpl**  Young Couple looking for
chat partners

Last Visit: Within the last month



20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Sidney, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

---

43. Standard Member ☆☆☆☆☆ **sexycolscouple**  Sexy couple looking for
fun!!!!!

Last Visit: Within the last month



📧

27 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in Columbus, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

---

44. Standard Member ☆☆☆☆☆ **dirrtyindakink**  couple looking for fun in all the right places



📧

22 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in Springfield, Ohio, United States
[invite to your network!]

🔵 Add to Hotlist
😊 Send them a wink

D001132

45.  Standard Member  ☆☆☆☆☆ **Just4Kix1**  Young curious couple .Looking for a new experience.



20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

46.  Standard Member  ☆☆☆☆☆ **MunchkinhcnuM**  No one to get attatched to. And gotta like us both.



29 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups,
Couples (2 women) or Couples (2 men)
Living in Alliance, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

47.  Standard Member  ☆☆☆☆☆ **bigntight2320**  Are you ready to swing with the best?



23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in New Plymouth, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

48.  Standard Member  ☆☆☆☆☆ **bicurcupl4fun**  Bi curious couple iso couple/single fem for fun.



29 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or
Groups
Living in Marysville, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

49.  Standard Member  ☆☆☆☆☆ **ivey7760**  Young Couple from ohio looking to get wild



21 year old Man
22 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Columbus, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

50.  Standard Member  ☆☆☆☆☆ **newcpl4utoo**  Young hot couple wanting to experiement



20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or
Groups
Living in Loveland, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

51.  Standard Member  ★☆☆☆☆ **lovesex052005**  A couple willing to try new things once or more times.



25 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Columbus, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

52.  Standard Member  ★☆☆☆☆ **4lringer**  FUN COUPLE LOOKING 4 FRIRNDS 2 PLAY WITH

D001133

48 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Hilliard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

53. Standard Member ★☆☆☆☆ Zero331X Couple looking for fun!

20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

54. Standard Member ☆☆☆☆☆ HORNYCOUPLENEOH WE A A NE OHIO COUPLE SEEKING OTHER FEMALES AND COUPLES

32 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

55. Standard Member ☆☆☆☆☆ sirenwasthere18 Swinging Ohio Couple Seeks Same

29 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

56. Standard Member ★☆☆☆☆ cplkink4u CUM enjoy us

24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

57. Standard Member ☆☆☆☆☆ cindytim81703 what are you waiting for, the fun starts here!!!!!

23 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

58. Standard Member ☆☆☆☆☆ yungins247 youngins looking for other young cpls.

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

59. Standard Member ☆☆☆☆☆ DiZnKiZ2004 Cpl lQQking for male, bi female, or cpl for fun!

21 year old Man
22 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Ashland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

D001134

60.   Standard Member   ☆☆☆☆☆   **flamingfairy420**   nw ohio couple seeks bi female to have a good time



20 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Celina, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
💋 Send them a wink

View More Listings

**Home**  🔍  **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001135



# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

**Let Standard Members Contact You!**

Home  🌐  My Account    Browse    Search    Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs    Help

Start New Search

Search Results

**Featured Members**
Click here to get featured



**Your Profile Highlighted**



Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

▶ Highlight My Profile! 🔖



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**

☑ Verified Member

🔲 Personality Type

💬 Voice introduction

📹 Video Introduction

★★★★☆
Your Compatibility Score

## Couples (man and woman) Seeking Couples (man and woman) in Ohio

**61.** Standard Member   ★☆☆☆☆   **ShafterXx**   I am a Healer, a Sadist that heals. Adult FriendFinder    Last Visit: Today

21 year old Man
18 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Hilliard, Ohio, United States
[invite to your network!]

🌐 Add to Hotlist
😊 Send them a wink

**62.** Standard Member   ☆☆☆☆☆   **odog127ff**   couple new to this    Last Visit: Within the last 3 days

32 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Hamilton, Ohio, United States
[invite to your network!]

🌐 Add to Hotlist
😊 Send them a wink

**63.** Standard Member   ☆☆☆☆☆   **Homestarwalker**   Looking for fun, just say hi.    Last Visit: Within the last 3 days

🔲

31 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🌐 Add to Hotlist
😊 Send them a wink

**64.** Standard Member   ★☆☆☆☆   **couple4anythin**   a couple looking to have some "FUN"    Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Toledo, Ohio, United States
[invite to your network!]

🌐 Add to Hotlist
😊 Send them a wink

**65.** Standard Member   ☆☆☆☆☆   **Shamu n Teddy**   Looking to have some fun...    Last Visit: This week

🔲

21 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Western Hills, Ohio, United States
[invite to your network!]

🌐 Add to Hotlist
😊 Send them a wink



**66.** Standard Member   ★☆☆☆☆   **fun4everyone25**   we are very open and curious to try new things. and we hope    Last Visit: Within the last 2 weeks



20 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Toledo, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

67.  Standard Member   ★☆☆☆☆   **E_N_B44870**   looking for a cool couple   Last Visit: Within the last 2 weeks
or a single person to play.



32 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Sandusky, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

68.  Standard Member   ☆☆☆☆☆   **2forUnOH**   CURIOUS COUPLE FROM NW OHIO



26 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Northwest, Ohio, United States
[invite to your network!]

📧

🎯 Add to Hotlist
😉 Send them a wink

69.  Standard Member   ☆☆☆☆☆   **sexymomma20055**   sexymomma20055



18 year old Man
18 year old Woman
Looking for Women or Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

70.  Standard Member   ☆☆☆☆☆   **cantoncouple20s**   new couple looking



24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Louisville, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

71.  Standard Member   ★☆☆☆☆   **bi_kinky_n_fun**   bi couple looking for bi or gay man or bi couple.



20 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

📧

🎯 Add to Hotlist
😉 Send them a wink

72.  Standard Member   ★☆☆☆☆   **naughtygemini20**   stepping out



39 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🎯 Add to Hotlist
😉 Send them a wink

73.  Standard Member   ★☆☆☆☆   **boytoynzm**   looking for a third for a threesome or for one on one fun



24 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Painesville, Ohio, United States
[invite to your network!]

📧

🎯 Add to Hotlist
😉 Send them a wink

D001137

74.  Standard Member   ☆☆☆☆☆   **HornyYngCpl**   We are a young couple looking for women or other
couple



27 year old Man
21 year old Woman                                                    🔥 Add to Hotlist
Looking for Women, Couples (man and woman) or Groups                  😊 Send them a wink
Living in Akron, Ohio, United States
[invite to your network!]

75.  Standard Member   ☆☆☆☆☆   **yngohiocpl13**   young open couple very curious and looking for fun



20 year old Man
27 year old Woman
Looking for Women, Couples (man and woman) or Groups                  🔥 Add to Hotlist
Living in Girard, Ohio, United States                                 😊 Send them a wink
[invite to your network!]

76.  Standard Member   ☆☆☆☆☆   **3sumlvrs2**   No strings attached



20 year old Man
19 year old Woman                                                    🔥 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 😊 Send them a wink
women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

77.  Standard Member   ☆☆☆☆☆   **sunfire44129**   Let Us Please you and Make you moan with
satisfaction



26 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 🔥 Add to Hotlist
women)                                                                😊 Send them a wink
Living in Cleveland, Ohio, United States
[invite to your network!]

78.  Standard Member   ☆☆☆☆☆   **CuteNserriousCpl**   Cute and Clean couple



21 year old Man
19 year old Woman                                                    🔥 Add to Hotlist
Looking for Women or Couples (man and woman)                          😊 Send them a wink
Living in Dayton, Ohio, United States
[invite to your network!]

79.  Standard Member   ☆☆☆☆☆   **sirenisdemented**   Swinging Ohio Couple Seeks Same



29 year old Man
19 year old Woman                                                    🔥 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 😊 Send them a wink
women)
Living in Shelby, Ohio, United States
[invite to your network!]

80.  Standard Member   ☆☆☆☆☆   **hotncreamy05**   Hot couple seeking hot fun



23 year old Man
19 year old Woman                                                    🔥 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 😊 Send them a wink
women)
Living in Hillsboro, Ohio, United States
[invite to your network!]

81.  Standard Member   ☆☆☆☆☆   **2newlyweds2**   Newlywed Newbies

D001138



30 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Youngstown, Ohio, United States
[invite to your network!]

🔴 Add to Hotlist
😊 Send them a wink

82.   Standard Member   ✩✩✩✩✩   **clearacids**    Couple in Cincinnati



25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔴 Add to Hotlist
😊 Send them a wink

83.   Standard Member   ★✩✩✩✩   **XperimentalOnes**    Curious couple in search of playmates!?!?!



33 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in Cleveland, Ohio, United States
[invite to your network!]

📧

🔴 Add to Hotlist
😊 Send them a wink

84.   Standard Member   ✩✩✩✩✩   **freakhoe5369**    A couple looking to have some fun!



24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in Glenmont, Ohio, United States
[invite to your network!]

🔴 Add to Hotlist
😊 Send them a wink

85.   Standard Member   ✩✩✩✩✩   **bicuriousbaby5**    bicurious couple looking for fun



20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Delta, Ohio, United States
[invite to your network!]

🔴 Add to Hotlist
😊 Send them a wink

86.   Standard Member   ★✩✩✩✩   **Luxaria43228**    married couple wanting to find other likeminded
couples



21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔴 Add to Hotlist
😊 Send them a wink

87.   Standard Member   ★✩✩✩✩   **mandm8384**    Young couple looking for fun



22 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Seaman, Ohio, United States
[invite to your network!]

🔴 Add to Hotlist
😊 Send them a wink

88.   Standard Member   ✩✩✩✩✩   **sexy_couple_2055**    we are a couple looking for some
fun. we are looking for women to have fun with the lady.      Last Visit: Today

18 year old Man
18 year old Woman
Looking for Women or Couples (man and woman)
Living in Upper Sandusky, Ohio, United States
[invite to your network!]

Ask me for a
photo

🔴 Add to Hotlist
😊 Send them a wink

8/23/2005 2:56 PM

D001139

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t.

| | | | | |
|---|---|---|---|---|
| 89. | Standard Member | ★☆☆☆☆ ryrynkatie | Couple seeking older man or woman | Last Visit: Today |

Ask me for a photo

24 year old Man
18 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🎗 Add to Hotlist
🐾 Send them a wink

| | | | | |
|---|---|---|---|---|
| 90. | Standard Member | ★☆☆☆☆ GahannaSexStars | Love to screw in front of others | Last Visit: Within the last 3 days |

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Columbus, Ohio, United States
[invite to your network!]

🎗 Add to Hotlist
🐾 Send them a wink

View More Listings

Home  📧  My Account  Browse  Search  Chat  Groups  Friends  Hotlist  Shop  Get Local  Magazine  Blogs  Help



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

**Let Standard Members Contact You!**

Start New Search

## Search Results

### Couples (man and woman) Seeking Couples (man and woman) in Ohio

**Featured Members**
Click here to get featured

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My Profile!**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS

**NOW for FREE**

**Icon Key**

☑ Verified Member
📇 Personality Type
🎤 Voice introduction
📹 Video Introduction
★★★★☆
Your Compatibility Score

---

91.  Standard Member   ☆☆☆☆☆   **couplecummin32**   wild and crazy        Last Visit: Within the last 3 days

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Couples (man and woman) or Couples (2 women)
Living in Hilliard, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

92.  Standard Member   ★☆☆☆☆   **CuriusGeorgeand1**   we are a loving couple. we are also interested in trying new sexual situations.        Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

93.  Standard Member   ☆☆☆☆☆   **2cute4werds**   Just looking for some fun. Clean, drug free women/couples only.        Last Visit: Within the last 3 days

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Amelia, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

94.  Standard Member   ★☆☆☆☆   **sexy_couple05**   L@@KING 2 Meet Interesting New PPL!!!!        Last Visit: Within the last 3 days

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in New Philadelphia, Ohio, United States
[invite to your network!]

📇
🔥 Add to Hotlist
😊 Send them a wink

---

95.  Standard Member   ★☆☆☆☆   **browneyedcutie6**   Good looking young couple....        Last Visit: Within the last 3 days

Ask me for a photo

25 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

📇
🔥 Add to Hotlist
😊 Send them a wink

---

96.  Standard Member   ☆☆☆☆☆   **looking4fun2520**   We are a fun couple looking for something differnet to try. We both love having sex        Last Visit: Within the last 3 days

Ask me for a photo

25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Patriot, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

---

97.  Standard Member   ☆☆☆☆☆   **untamed_souls**   Experimenting threesomes!        Last Visit: Within the last 3 days

D001141

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9tS..

|  | | 23 year old Man<br>19 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Newark, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
|---|---|---|---|
| Ask me for a photo | | | |

98. | Standard Member | ★☆☆☆☆ | **Lookin4FunPeeps**   Basically we're a couple wanting to try something new. Interested in people new to this whole th | Last Visit: Within the last 3 days

Ask me for a photo
23 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Newark, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

99. | Standard Member | ☆☆☆☆☆ | **ShibbznMe**   Always Looking for New Experiences! | Last Visit: Within the last 3 days

Ask me for a photo
21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

100. | Standard Member | ☆☆☆☆☆ | **klmore**   young prof. couple looking for fun people to meet. | Last Visit: Within the last 3 days

Ask me for a photo
25 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

101. | Standard Member | ★☆☆☆☆ | **explorers22000**   Come explore with us | Last Visit: Within the last 3 days

Ask me for a photo
23 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Montpelier, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

102. | Standard Member | ☆☆☆☆☆ | **funartcouple**   Using a feather = kinky ,Using the whole chicken = perverted | Last Visit: Within the last 3 days

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

103. | Standard Member | ☆☆☆☆☆ | **couple4U45368**   Looking for down to earth women that are local and like having fun | Last Visit: Within the last 3 days

Ask me for a photo
20 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in South Charleston, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

104. | Standard Member | ★☆☆☆☆ | **krazykitten325**   Male and Female looking for some fun. If interested read on! | Last Visit: This week

8/23/2005 2:56 PM

D001142

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9tS.

Ask me for a photo

19 year old Man
18 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

105.   Standard Member   ★☆☆☆☆   **sexlovingcouple6**   A curious couple looking for some fun   Last Visit: This week

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in West Union, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

106.   Standard Member   ☆☆☆☆☆   **Bedroomblue22**   Want to meet young couple or one single male or female, for some bedroom fun.   Last Visit: Within the last 2 weeks

Ask me for a photo

32 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Franklin, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

107.   Standard Member   ☆☆☆☆☆   **jbanderson**   Hi everybody!Just wanted to see how this works.   Last Visit: Within the last 2 weeks

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Van Wert, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

108.   Standard Member   ☆☆☆☆☆   **fun82times**   Fun couple looking for more fun people.   Last Visit: Within the last 2 weeks

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

109.   Standard Member   ★☆☆☆☆   **MyHeartFolds**   Why wont anyone let my girlfriend suck them off?!   Last Visit: Within the last 2 weeks

Ask me for a photo

18 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Barberton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

110.   Standard Member   ☆☆☆☆☆   **bigjake332**   hi im a male and female   Last Visit: Within the last 2 weeks

Ask me for a photo

19 year old Man
18 year old Woman
Looking for Couples (man and woman)
Living in Mansfield, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

111.   Standard Member   ☆☆☆☆☆   **romieee126**   New to this thing   Last Visit: Within the last 2 weeks

20 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Toledo, Ohio, United States

🔥 Add to Hotlist
😉 Send them a wink

---

D001143

Couples (man and woman) Seeking Couples (man and woman) in Ohio      http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9tS.

[invite to your network!]

Ask me for a
photo

112.   Standard Member      ☆☆☆☆☆   **DickMeHard3**   Lookin Fa Anotha       Last Visit: Within the last 2 weeks
                                              Couple

                              20 year old Man
                              20 year old Woman                                      🐶 Add to Hotlist
Ask me for a                  Looking for Couples (man and woman)                    😊 Send them a wink
photo                         Living in Euclid, Ohio, United States
                              [invite to your network!]

113.   Standard Member      ☆☆☆☆☆   **swingincuriously**   Sexy Couple Looking    Last Visit: Within the last month
                                              For Other Sexy Couples

                              27 year old Man
                              21 year old Woman                                      🐶 Add to Hotlist
Ask me for a                  Looking for Couples (man and woman), Groups or Couples (2   😊 Send them a wink
photo                         women)
                              Living in Cincinnati, Ohio, United States
                              [invite to your network!]

114.   Standard Member      ☆☆☆☆☆   **sexynymphocouple**   Looking for Fun        Last Visit: Within the last month

                              19 year old Man
                              19 year old Woman                                      🐶 Add to Hotlist
Ask me for a                  Looking for Women, Couples (man and woman), Groups or   😊 Send them a wink
photo                         Couples (2 women)
                              Living in Cincinnati, Ohio, United States
                              [invite to your network!]

115.   Standard Member      ☆☆☆☆☆   **cutie8412**   Young couple looking for      Last Visit: Within the last month
                                              discreet fun. Anything goes.

                              22 year old Man
                              21 year old Woman                                      🐶 Add to Hotlist
Ask me for a                  Looking for Couples (man and woman)                    😊 Send them a wink
photo                         Living in Newton Falls, Ohio, United States
                              [invite to your network!]

116.   Standard Member      ☆☆☆☆☆   **SXrxRR69**   looking for "loose" women     Last Visit: Within the last month
                                              and men for a grand time. interested?

                              20 year old Man
                              20 year old Woman                                      🐶 Add to Hotlist
Ask me for a                  Looking for Couples (man and woman)                    😊 Send them a wink
photo                         Living in Apple Creek, Ohio, United States
                              [invite to your network!]

117.   Standard Member      ☆☆☆☆☆   **akronbi20f26m**   Akron Couple 4 fun        Last Visit: Within the last month

                              27 year old Man
                              21 year old Woman                                      🐶 Add to Hotlist
Ask me for a                  Looking for Women, Couples (man and woman), Groups,    😊 Send them a wink
photo                         Couples (2 women) or TS/TV/TG
                              Living in Akron, Ohio, United States
                              [invite to your network!]

118.   Standard Member      ☆☆☆☆☆   **hamiltoncpl4cpl**   Couple looking for     Last Visit: Within the last month
                                              friends and fun for long term

                              21 year old Man
                              20 year old Woman                                      🐶 Add to Hotlist
Ask me for a                  Looking for Women, Couples (man and woman) or Groups   😊 Send them a wink
photo                         Living in Hamilton, Ohio, United States
                              [invite to your network!]

8/23/2005 2:56 PM

D001144

Ask me for a
photo

119.   Standard Member   ☆☆☆☆☆   **hotarmygrlfnd**   Looking to Please          Last Visit: Within the last month

Ask me for a
photo

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔘 Add to Hotlist
😉 Send them a wink

120.   Standard Member   ☆☆☆☆☆   **1sexxyAZZcouple**   We r a young couple lookin for a fun time. Seeking hot fuck buddies.          Last Visit: Within the last month

Ask me for a
photo

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Englewood, Ohio, United States
[invite to your network!]

🔘 Add to Hotlist
😉 Send them a wink

View More Listings

Home   🔍   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t



**AdultFriendFinder.com**
The World's Largest Sex & Swinger Personals site

Get a Sexy T-shirt!

Home    My Account    Browse    Search    Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs    Help

Start New Search                                              **Search Results**

Featured Members
Click here to get featured

## Couples (man and woman) Seeking Couples (man and woman) in Ohio


Your Profile Highlighted

Receive more emails from
interested members with an
optional search listing
highlight! GET NOTICED by
adding a highlight to your
listing in every search and
browse results. Members notice
you first with your
attention-grabbing color.

 Highlight My Profile!

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS

Icon Key

 Verified Member
 Personality Type
 Voice introduction
Video Introduction
★★★★☆
Your Compatibility Score

121.   Standard Member   ★☆☆☆☆   **nicecoupleoh**   young married couple looking for a lil extra excitement. We are newbies and just checking it out   Last Visit: Within the last month

Ask me for a photo
20 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Painesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

122.   Standard Member   ★☆☆☆☆   **funemscouple**   July /March Couple looking for fun sexy times   Last Visit: Within the last month

Ask me for a photo
43 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

123.   Standard Member   ☆☆☆☆☆   **funcouple211984**   Couple looking for fun   Last Visit: Within the last month

Ask me for a photo
21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Swanton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

124.   Standard Member   ☆☆☆☆☆   **cassiendewey**   we are a couple looking to have some fun   Last Visit: Within the last month


25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in New Philadelphia, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

125.   Standard Member   ☆☆☆☆☆   **Funlovin Cpl**   Very Horny Fun Loving Couple   Last Visit: Within the last month

Ask me for a photo
19 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Middletown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

126.   Standard Member   ☆☆☆☆☆   **pareja medellin**   hola, buscamos pareja   Last Visit: Within the last month

Ask me for a photo
21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Marengo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

127.   Standard Member   ★☆☆☆☆   **Tenn2008**   Young Couple looking for some fun   Last Visit: Within the last month

8/23/2005 2:57 PM

D001146

Couples (man and woman) Seeking Couples (man and woman) in Ohio        http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t.

|  | Ask me for a photo | 21 year old Man<br>20 year old Woman<br>Looking for Men, Women, Couples (man and woman) or<br>Couples (2 women)<br>Living in Fairborn, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
|---|---|---|---|
| 128. | Standard Member | ★✩✩✩✩ **TaJr**   Me On him and me | Last Visit: Within the last month |
|  | Ask me for a photo | 19 year old Man<br>19 year old Woman<br>Looking for Men, Women, Couples (man and woman),<br>Groups, Couples (2 women) or TS/TV/TG<br>Living in Cleveland, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
| 129. | Standard Member | ✩✩✩✩✩ **shirlynn2005**   freindly and openminded,<br>and just looking for friends to get together<br>with, hang out with, have fun | Last Visit: Within the last month |
|  | Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
| 130. | Standard Member | ✩✩✩✩✩ **69sexycouple2000**   We want to have<br>fun. write us. | Last Visit: Within the last month |
|  | Ask me for a photo | 19 year old Man<br>19 year old Woman<br>Looking for Couples (man and woman)<br>Living in Beach City, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
| 131. | Standard Member | ✩✩✩✩✩ **cpllooking62**   Couple to explore with<br>anyone curious | Last Visit: Within the last month |
|  | Ask me for a photo | 21 year old Man<br>30 year old Woman<br>Looking for Women, Couples (man and woman) or Groups<br>Living in Cleveland, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
| 132. | Standard Member | ✩✩✩✩✩ **LuciousCpl**   Young Couple looking for<br>chat partners | Last Visit: Within the last month |
|  | Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Sidney, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
| 133. | Standard Member | ★✩✩✩✩ **native2211**   Need Some Aloha<br>Hospitality? | Last Visit: Within the last month |
|  |  | 19 year old Man<br>19 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2<br>women)<br>Living in New Carlisle, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
| 134. | Standard Member | ✩✩✩✩✩ **PeachNPancakes**   Soopa Kinky man<br>and female lookin to hook up with<br>someone on the side. no one has 2 know | Last Visit: Within the last month |

D001147

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t.



22 year old Man
18 year old Woman
Looking for Women or Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

135.   Standard Member      ⭐⭐⭐⭐⭐  **pertyboy9999**   Just looking to have fun.

Ask me for a
photo

25 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

136.   Standard Member      ⭐⭐⭐⭐⭐  **Couplenl41**   Looking for couples in Central Ohio.

Ask me for a
photo

21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in London, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

137.   Standard Member      ⭐⭐⭐⭐⭐  **naztfuncouple18**   a nazt couple

Ask me for a
photo

19 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

138.   Standard Member      ⭐⭐⭐⭐⭐  **frdlyyngcpl**   Friendly couple in Ohio. Looking for other young people

Ask me for a
photo

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups
or Couples (2 women)
Living in Fairborn, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

139.   Standard Member      ⭐⭐⭐⭐⭐  **luvs2fuck16**   looking 2 have fun fast!!

Ask me for a
photo

24 year old Man
20 year old Woman
Looking for Couples (man and woman) or Groups
Living in Marion, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

140.   Standard Member      ⭐⭐⭐⭐⭐  **shax4real**   welcome to my crib

Ask me for a
photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Hamilton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

141.   Standard Member      ⭐⭐⭐⭐⭐  **CINCYCPL20**   ARE U LOOKING FOR COUPLE FUN THEN PLZ.
STOP IN

Ask me for a
photo

26 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

3 of 5                                                                                          8/23/2005 2:57 PM

D001148

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t.

142.   Standard Member   ☆☆☆☆☆   **elizabeth2573**   Totally horny

20 year old Man
20 year old Woman                                                   🔥 Add to Hotlist
Ask me for a        Looking for Women, Couples (man and woman) or Couples (2   😊 Send them a wink
photo               women)
                    Living in Springfield, Ohio, United States
                    [invite to your network!]

143.   Standard Member   ★☆☆☆☆   **ralphgable**   Couple just looking around. Looking for new
                                 experiences.

19 year old Man
19 year old Woman                                                   🔥 Add to Hotlist
Ask me for a        Looking for Men, Women, Couples (man and woman) or          😊 Send them a wink
photo               Couples (2 women)
                    Living in Springfield, Ohio, United States
                    [invite to your network!]

144.   Standard Member   ☆☆☆☆☆   **sprklz201**   A Couple looking for fun

21 year old Man
21 year old Woman                                                   🔥 Add to Hotlist
Ask me for a        Looking for Couples (man and woman)                         😊 Send them a wink
photo               Living in Dayton, Ohio, United States
                    [invite to your network!]

145.   Standard Member   ★☆☆☆☆   **squirtRus**   Her/Her Him/Him

38 year old Man
21 year old Woman                                                   🔥 Add to Hotlist
Ask me for a        Looking for Couples (man and woman)                         😊 Send them a wink
photo               Living in Holland, Ohio, United States
                    [invite to your network!]

146.   Standard Member   ★☆☆☆☆   **nwohiobicpl4now**   sexual cpl for fun

24 year old Man
19 year old Woman                                                   🔥 Add to Hotlist
Ask me for a        Looking for Men, Women, Couples (man and woman),            😊 Send them a wink
photo               Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
                    Living in Defiance, Ohio, United States
                    [invite to your network!]

147.   Standard Member   ☆☆☆☆☆   **fukbunnies**   We are a young couple interested in meeting other
                                 couples in our area. We are adventurous and horny.

22 year old Man
20 year old Woman                                                   🔥 Add to Hotlist
Ask me for a        Looking for Couples (man and woman)                         😊 Send them a wink
photo               Living in Fremont, Ohio, United States
                    [invite to your network!]

148.   Standard Member   ☆☆☆☆☆   **TALCHz**   hello my wife and i r looking for a good time and a new
                                 thing to get in to

23 year old Man
20 year old Woman                                                   🔥 Add to Hotlist
Ask me for a        Looking for Women or Couples (man and woman)                😊 Send them a wink
photo               Living in Columbus, Ohio, United States
                    [invite to your network!]

149.   Standard Member   ★☆☆☆☆   **jager1986**   hey whats up. ready to have some fun.

19 year old Man
19 year old Woman                                                   🔥 Add to Hotlist
Looking for Men, Women, Couples (man and woman) or          😊 Send them a wink
Groups

4 of 5                                                              8/23/2005 2:57 PM

D001149

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t...

Living in Cleveland, Ohio, United States
[invite to your network!]

Ask me for a
photo

150.    Standard Member    ★ ☆ ☆ ☆ ☆  **sexififi**    We're looking for lots of fun. Are you the one?!

20 year old Man
20 year old Woman                                                    Add to Hotlist
Ask me for a       Looking for Men, Women, Couples (man and woman),      Send them a wink
photo              Groups, Couples (2 women) or Couples (2 men)
                   Living in Rittman, Ohio, United States
                   [invite to your network!]

View More Listings

Home    My Account    Browse    Search    Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs    Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001150

Couples (man and woman) Seeking Couples (man and woman) in Ohio        http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t...

**AdultFriendFinder.com**

The World's Largest Sex & Swinger Personals Site

[ Let Standard Members Contact You! ]        Hide

Home    My Account    Browse    Search    Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs    Help

Start New Search                                                          Search Results

**Featured Members**

Click here to get featured

### Couples (man and woman) Seeking Couples (man and woman) in Ohio

**Your Profile Highlighted**

Receive more emails from
interested members with an
optional search listing
highlight! GET NOTICED by
adding a highlight to your
listing in every search and
browse results. Members notice
you first with your
attention-grabbing color.

**Highlight My Profile!**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

**Icon Key**

☑ Verified Member
📋 Personality Type
💬 Voice introduction
🎥 Video Introduction
★★★★☆
Your Compatibility Score

151.   Standard Member   ★☆☆☆☆   **wetnwildcpl22**   Couple Looking for some fun. Please helps us have some fun with you!!!

Ask me for a
photo

22 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

152.   Standard Member   ☆☆☆☆☆   **lovesfun696969**   Hello, This is new to us. We would love to try some new things.

Ask me for a
photo

20 year old Man
18 year old Woman
Looking for Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

153.   Standard Member   ☆☆☆☆☆   **RBAC69**   curious couple

Ask me for a
photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Seaman, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

154.   Standard Member   ★☆☆☆☆   **TeaseNBPleased**   RELAX...Take a DEEP breath...R U READY 4 THIS?!

Ask me for a
photo

21 year old Man
30 year old Woman
Looking for Men, Women, Couples (man and woman), Groups
or Couples (2 women)
Living in Painesville, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

155.   Standard Member   ☆☆☆☆☆   **hotandheated4**   we looking to try new things

Ask me for a
photo

25 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

156.   Standard Member   ★☆☆☆☆   **joenmeg**   hello just looking for some exciting fun times

Ask me for a
photo

22 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Danville, Ohio, United States
[invite to your network!]

🐾 Add to Hotlist
😊 Send them a wink

157.   Standard Member   ☆☆☆☆☆   **lilgun2**   We are a couple looking for fun

D001151

Couples (man and woman) Seeking Couples (man and woman) in Ohio          http://search.adultfriendfinder.com/p/memsearch.cgi?who=UmFuZG9t.

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2 women)<br>Living in Sidney, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

158.   Standard Member   ★☆☆☆☆   **ohiocouple20**   We are curious swingers. We've never done it.

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman),<br>Groups, Couples (2 women) or Couples (2 men)<br>Living in Hamilton, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

159.   Standard Member   ☆☆☆☆☆   **iceicebaby0122**   fun couple

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>19 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Hamilton, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

160.   Standard Member   ☆☆☆☆☆   **WEGOTWHATYOUWANT**   WEGOTWHATYOUWANT

|  |  |  |
|---|---|---|
| Ask me for a photo | 24 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2 women)<br>Living in Macedonia, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

161.   Standard Member   ☆☆☆☆☆   **younglooking4you**   Young couple looking for same. Willing to travel within reason.

|  |  |  |
|---|---|---|
| Ask me for a photo | 22 year old Man<br>20 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2 women)<br>Living in Dayton, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

162.   Standard Member   ☆☆☆☆☆   **cutiepieforgirls**   Cute couple seeking girls or another couple

|  |  |  |
|---|---|---|
| Ask me for a photo | 32 year old Man<br>19 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Orient, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

163.   Standard Member   ☆☆☆☆☆   **Cole834**   Welcome to the wonderful world of Cole =)

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2 women)<br>Living in Lewis Center, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

164.   Standard Member   ★☆☆☆☆   **deadlyteabag**   Curious couple is looking to learn.

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman),<br>Couples (2 women) or Couples (2 men)<br>Living in Cleveland, Ohio, United States<br>[invite to your network!] | 🌶 Add to Hotlist<br>😊 Send them a wink |

165.   Standard Member   ☆☆☆☆☆   **DILLGAME**   JUST WANT TO TRY THINGS WITH PEOPLE THAT

D001152

## CAN KEEP UP

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

166. Standard Member ★☆☆☆☆ **yngcouple2321** young ohio couple looking for fun

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Shelby, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

167. Standard Member ☆☆☆☆☆ **youngnewswingers** just lookin for a good time

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Toledo, Ohio, United States
[invite to your network!]

📧

🔥 Add to Hotlist
😉 Send them a wink

---

168. Standard Member ☆☆☆☆☆ **SaintHex** A couple looking to have some more fun. Open to suggestions

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

169. Standard Member ☆☆☆☆☆ **Country_Coupte5** Come And Check Us Out. You Might Find Something You Like

Ask me for a photo

27 year old Man
18 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Orient, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

170. Standard Member ★☆☆☆☆ **sexyswingerduo** young married couple looking for some no strings attached fun. We want to broaden our horizons....

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Men, Couples (man and woman) or Couples (2 men)
Living in Washington Court House, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

171. Standard Member ☆☆☆☆☆ **joinus44641** just starting out

Ask me for a photo

26 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Louisville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

172. Standard Member ☆☆☆☆☆ **manda221** new and looking for fun

25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Toledo, Ohio, United States

🔥 Add to Hotlist
😉 Send them a wink

[invite to your network!]

Ask me for a
photo

173.  Standard Member  ★☆☆☆☆ **Crazylove07**  Looking for a Well Endowed Male or Couple for ???

Ask me for a
photo

20 year old Couple (man and woman)
Looking for Men, Women, Couples (man and woman) or
Groups
Living in Columbus Area, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist!
😊 Send them a wink

174.  Standard Member  ☆☆☆☆☆ **KtPro1**  Married Couple Looking for Extra Female Fun!

Ask me for a
photo

24 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in Columbus, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

175.  Standard Member  ☆☆☆☆☆ **614couple**  Life is short, have fun now. We love to have fun and live
life to the fullest

Ask me for a
photo

22 year old Man
20 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

176.  Standard Member  ☆☆☆☆☆ **24jg24**  Engaged couple looking for commited couple or woman.
Never done this before. Just expirementing.

Ask me for a
photo

21 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Carrollton, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

177.  Standard Member  ☆☆☆☆☆ **hot22and21**  horny and wanna have fun!

Ask me for a
photo

22 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

178.  Standard Member  ★☆☆☆☆ **crazycouple48**  Why Hello....mmmm, you!

Ask me for a
photo

22 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Cleveland, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

179.  Standard Member  ☆☆☆☆☆ **studly0900**  we are looking to add some spice to the relationship,
come join us.

Ask me for a
photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Cleveland, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

180.   Standard Member   ☆☆☆☆☆ **emron2**   Looking for fun.

|  | 30 year old Man | |
| Ask me for a | 19 year old Woman | 🏵 Add to Hotlist |
| photo | Looking for Couples (man and woman) | 🐧 Send them a wink |
| | Living in Bedford, Ohio, United States | |
| | [invite to your network!] | |

### View More Listings

**Home** 🐧 **My Account** **Browse** **Search** **Chat** **Groups** **Friends** **Hotlist** **Shop** **Get Local** **Magazine** **Blogs** **Help**

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

Hide

D001155

8/23/2005 2:57 PM

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals Site

( Get a Highlight! )     Hide

Home  |  My Account  |  Browse  Search  Chat  Groups  Friends  Hotlist  Shop  Get Local  Magazine  Blogs  Help

Start New Search

**Search Results**

## Featured Members

Click here to get featured



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

( Highlight My Profile! )

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS

NOW for FREE

### Icon Key

✓ Verified Member

▤ Personality Type

🔊 Voice introduction

📹 Video Introduction

★★★★☆
Your Compatibility Score

## Couples (man and woman) Seeking Couples (man and woman) in Ohio

181.  Standard Member   ☆☆☆☆☆ **romeospetal**   We are a couple seeking to explore.

22 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

▤

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a photo

182.  Standard Member   ★☆☆☆☆ **curiouscoupl4284**   Couple (man and woman) looking for some wild times. Are you interested?

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups
Living in Findlay, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a photo

183.  Standard Member   ☆☆☆☆☆ **vonanderek**   always havin fun

31 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Defiance, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a photo

184.  Standard Member   ★☆☆☆☆ **OHCouple4Fun05**   Couple looking for fun people to hang with and get kinky

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a photo

185.  Standard Member   ☆☆☆☆☆ **verycurious421**   Interested in seeing what happens. Looking for something exciting.

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Stow, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a photo

186.  Standard Member   ☆☆☆☆☆ **WhatUNeed2nite2**   Just browsing the system

27 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a photo

187.  Standard Member   ★☆☆☆☆ **yngcouple75**   Young Ohio couple seek Hot Couple for friendship and more

|  | | 23 year old Man<br>21 year old Woman | |
| Ask me for a<br>photo | | Looking for Men, Women, Couples (man and woman),<br>Groups, Couples (2 women) or Couples (2 men)<br>Living in Shelby, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

188.  Standard Member   ★☆☆☆☆   **hotcoshoctoncpl**   hey everyone..... we are hot and ready to have fun...

|  | | 21 year old Man<br>20 year old Woman | |
| Ask me for a<br>photo | | Looking for Men, Women or Couples (man and woman)<br>Living in Warsaw, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

189.  Standard Member   ★☆☆☆☆   **FireCouple82**   Just a young couple looking to have fun. Very easy going and would love to meet people of the same.

|  | | 20 year old Man<br>20 year old Woman | |
| Ask me for a<br>photo | | Looking for Men, Women, Couples (man and woman),<br>Groups, Couples (2 women) or Couples (2 men)<br>Living in Ashland, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

190.  Standard Member   ☆☆☆☆☆   **GreenCrusader**   Fun Encounter

|  | | 21 year old Man<br>21 year old Woman | |
| Ask me for a<br>photo | | Looking for Couples (man and woman)<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

191.  Standard Member   ★☆☆☆☆   **curiouscpl2134**   We are a fun luvin bi couple looking for same, interested in discreet sexual relationship

|  | | 34 year old Man<br>21 year old Woman | |
| Ask me for a<br>photo | | Looking for Couples (man and woman)<br>Living in Hillsboro, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

192.  Standard Member   ☆☆☆☆☆   **shareme642**   Cum Share our Kinky World Of Fun House Fucking

|  | | 29 year old Man<br>21 year old Woman | |
| Ask me for a<br>photo | | Looking for Couples (man and woman), Groups, Couples (2<br>women) or Couples (2 men)<br>Living in Cleveland, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

193.  Standard Member   ☆☆☆☆☆   **osucouplewantsex**   Looking for other OSU people

|  | | 21 year old Man<br>22 year old Woman | |
| Ask me for a<br>photo | | Looking for Women, Couples (man and woman) or Couples (2<br>women)<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

194.  Standard Member   ★☆☆☆☆   **agent5271**   We are two fun loving people who have extreme sexuality

|  | | 34 year old Man<br>21 year old Woman | |
| Ask me for a<br>photo | | Looking for Men, Women, Couples (man and woman),<br>Groups, Couples (2 women) or Couples (2 men)<br>Living in Ravenna, Ohio, United States<br>[invite to your network!] | 🏵 Add to Hotlist<br>😊 Send them a wink |

D001157

Ask me for a
photo

203.  Standard Member  ★ ☆☆☆☆ **unme01**   how about a night of fun

|  | 20 year old Man |  |
| Ask me for a | 20 year old Woman | 🏠 Add to Hotlist |
| photo | Looking for Men, Women, Couples (man and woman), | 😊 Send them a wink |
|  | Groups, Couples (2 women), Couples (2 men) or TS/TV/TG |  |
|  | Living in Saint Marys, Ohio, United States |  |
|  | [invite to your network!] |  |

204.  Standard Member  ☆☆☆☆☆ **sxyhot21**   we are horny. How about you?

20 year old Man... 21 year old Man
21 year old Woman
Looking for Couples (man and woman)      🏠 Add to Hotlist
Living in Springboro, Ohio, United States    😊 Send them a wink
[invite to your network!]

205.  Standard Member  ★☆☆☆☆ **couplelookin5520**   1st timers looking for fun. Teach us everything you know

23 year old Man
20 year old Woman      🏠 Add to Hotlist
Looking for Men, Women, Couples (man and woman), Groups 😊 Send them a wink
or Couples (2 women)
Living in Shreve, Ohio, United States
[invite to your network!]

206.  Standard Member  ☆☆☆☆☆ **rocket0583**   hello there

21 year old Man
21 year old Woman      🏠 Add to Hotlist
Looking for Women or Couples (man and woman)    😊 Send them a wink
Living in Toledo, Ohio, United States
[invite to your network!]

207.  Standard Member  ★☆☆☆☆ **medlife**   couple just looking to have fun. will try anything once or twice

22 year old Man
20 year old Woman      🏠 Add to Hotlist
Looking for Men, Women or Couples (man and woman)   😊 Send them a wink
Living in Saint Paris, Ohio, United States
[invite to your network!]

208.  Standard Member  ☆☆☆☆☆ **nickandchloe**   We are looking for quick fun. Short one time stands only.

21 year old Man
21 year old Woman      🏠 Add to Hotlist
Looking for Couples (man and woman)     😊 Send them a wink
Living in Upper Sandusky, Ohio, United States
[invite to your network!]

209.  Standard Member  ☆☆☆☆☆ **dsam80**   Just looking to have some fun. Kind of curious

19 year old Man
19 year old Woman      🏠 Add to Hotlist
Looking for Couples (man and woman)     😊 Send them a wink
Living in Defiance, Ohio, United States
[invite to your network!]

D001158
8/23/2005 2:58 PM

210.   Standard Member   ★☆☆☆☆ **Jay_Savannah**   Looking for fun

Ask me for a
photo

33 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Bainbridge, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

**View More Listings**

Home 🌐  **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

Hide

D001159
8/23/2005 2:58 PM

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals Site

**Let Standard Members Contact You!**    Hide

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

**Search Results**

Start New Search

**Featured Members**
Click here to get featured



Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My Profile!**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

**Icon Key**
✓ Verified Member
📋 Personality Type
💬 Voice introduction
📹 Video Introduction
★★★★☆ Your Compatibility Score

# Couples (man and woman) Seeking Couples (man and woman) in Ohio

211.   Standard Member   ☆☆☆☆☆ **MAMIanPAPi**   2 looking for good time as a couple

22 year old Man
19 year old Woman
Ask me for a photo
Looking for Couples (man and woman)
Living in Marysville, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

212.   Standard Member   ★☆☆☆☆ **usneedingu99**   young couple looking 4 fun

23 year old Man
21 year old Woman
Ask me for a photo
Looking for Men, Women, Couples (man and woman), Groups or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

213.   Standard Member   ☆☆☆☆☆ **iluv2havesex69**   Satisfying Fantasies

21 year old Man
24 year old Woman
Ask me for a photo
Looking for Couples (man and woman)
Living in Akron, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

214.   Standard Member   ☆☆☆☆☆ **flboyflgirl**   We are looking to try new sexual experiences with other couples.

26 year old Man
19 year old Woman
Ask me for a photo
Looking for Couples (man and woman)
Living in Troy, Ohio, United States
[invite to your network!]

📋
🔖 Add to Hotlist
😊 Send them a wink

215.   Standard Member   ☆☆☆☆☆ **TVILLE1104**   adventure seeking couple

19 year old Man
19 year old Woman
Ask me for a photo
Looking for Couples (man and woman)
Living in Thornville, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

216.   Standard Member   ☆☆☆☆☆ **curiouslilcouple**   Curious couple seeks new experience

21 year old Man
24 year old Woman
Ask me for a photo
Looking for Women or Couples (man and woman)
Living in Westerville, Ohio, United States
[invite to your network!]

🔖 Add to Hotlist
😊 Send them a wink

217.   Standard Member   ★☆☆☆☆ **angel12730**   A coulpe looking to spice up their relationship. We are fun and good looking.

31 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman) or Groups

🔖 Add to Hotlist
😊 Send them a wink

D001160

Living in Petersburg, Ohio, United States
[invite to your network!]

Ask me for a
photo

218.   Standard Member   ⭐⭐⭐⭐⭐ **Ohio_fun2004**   "I don't like sex on television. I keep falling off.

28 year old Man
21 year old Woman
Ask me for a   Looking for Women, Couples (man and woman), Groups or
photo   Couples (2 women)
Living in Reynoldsburg, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

219.   Standard Member   ⭐⭐⭐⭐⭐ **peterandgloria**   i need help

20 year old Man
20 year old Woman
Ask me for a   Looking for Couples (man and woman)
photo   Living in Lewis Center, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

220.   Standard Member   ⭐⭐⭐⭐⭐ **bobspoo**   sd fs ds df sd fdfgfdf

20 year old Man
20 year old Woman
Ask me for a   Looking for Couples (man and woman)
photo   Living in Hamden, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

221.   Standard Member   ⭐⭐⭐⭐⭐ **goodlife83**   wasup all yall wild folks. whos ready to party!

21 year old Man
21 year old Woman
Ask me for a   Looking for Couples (man and woman)
photo   Living in Columbus, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

222.   Standard Member   ⭐⭐⭐⭐⭐ **preciosomi**   Just curious

22 year old Man
19 year old Woman
Ask me for a   Looking for Couples (man and woman)
photo   Living in Toledo, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

223.   Standard Member   ⭐⭐⭐⭐⭐ **lisaandjay**   looking to try new things

21 year old Man
22 year old Woman
Ask me for a   Looking for Women or Couples (man and woman)
photo   Living in West Union, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

224.   Standard Member   ⭐⭐⭐⭐⭐ **corradettithe4th**   We are looking for fun with a man and a woman
who like to have fun. We would prefer an older party.

19 year old Man
21 year old Woman
Ask me for a   Looking for Couples (man and woman)
photo   Living in Chesterland, Ohio, United States
[invite to your network!]

🏮 Add to Hotlist
😊 Send them a wink

225.   Standard Member   ⭐⭐⭐⭐⭐ **ILoveMassages19**   I love Massages And hope to meet you real

D001161

soon.hopfully you are ready to feel my needs.

|  | 19 year old Man<br>19 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Dayton, Ohio, United States<br>[invite to your network!] | 🔥 Add to Hotlist<br>😊 Send them a wink |

Ask me for a photo

226. Standard Member ☆☆☆☆☆ **yummylovejoy** Looking for sexy penpals

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Oberlin, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

227. Standard Member ★☆☆☆☆ **nwcpl3079** nothwest ohio couple looking for fun in ohio

Ask me for a photo

26 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Spencerville, Ohio, United States
[invite to your network!]

🖼
🔥 Add to Hotlist
😊 Send them a wink

228. Standard Member ☆☆☆☆☆ **firenice18232005** cum and have alot of fun

Ask me for a photo

24 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Piqua, Ohio, United States
[invite to your network!]

🖼
🔥 Add to Hotlist
😊 Send them a wink

229. Standard Member ☆☆☆☆☆ **redridnghood** married young couple looking for fun

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

230. Standard Member ☆☆☆☆☆ **Hexedrache666** Close, loving, sexually experimental couple.

Ask me for a photo

19 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Waterville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

231. Standard Member ☆☆☆☆☆ **BritandNick** Hey Hon, How are you..!?!?

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

232. Standard Member ☆☆☆☆☆ **allinlove04** read me and see if you like me!!

Ask me for a photo

19 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

233. Standard Member   ★☆☆☆☆ **Experimenters12**   Bi-curious couple seeking others

Ask me for a photo

33 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😉 Send them a wink

234. Standard Member   ☆☆☆☆☆ **fun_lovin_cpl4u**   21 bi fem 26 str8 m looking for a bi fem or cpl with a bi fem and str8 m

Ask me for a photo

26 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Logan, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😉 Send them a wink

235. Standard Member   ☆☆☆☆☆ **neohiobuds**   22/m and 18/f mentor cpl

Ask me for a photo

23 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Mentor, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😉 Send them a wink

236. Standard Member   ☆☆☆☆☆ **Mrskat69**   just a little curious

Ask me for a photo

32 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Mentor, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😉 Send them a wink

237. Standard Member   ☆☆☆☆☆ **jayalissah**   We are fun, and committed couple. We also like to have fun with others.

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Tiffin, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😉 Send them a wink

238. Standard Member   ☆☆☆☆☆ **smile7403**   New Bi-curious couple

Ask me for a photo

25 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Gallipolis, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😉 Send them a wink

239. Standard Member   ★☆☆☆☆ **brandybill**   iove watching and being watched.others activities possi

Ask me for a photo

33 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Canton, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😉 Send them a wink

240. Standard Member   ☆☆☆☆☆ **sweetnsassy124**   just a young couple looking for some fun. no nonsense need apply

27 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Carrollton, Ohio, United States

🐷 Add to Hotlist
😉 Send them a wink

D001163

[invite to your network!]

Ask me for a
photo

View More Listings

**Home**  **My Account**  **Browse**  **Search**  **Chat**  **Groups**  **Friends**  **Hotlist**  **Shop**  **Get Local**  **Magazine**  **Blogs  Help**

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

Hide

D001164
8/23/2005 2:58 PM



**AdultFriendFinder.com**

The World's Largest Sex & Swinger Personals Site

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Get a Highlight!    Hide

Start New Search

**Search Results**

### Featured Members
Click here to get featured



Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My Profile!

**GLT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

Icon Key

☑ Verified Member

▤ Personality Type

🎤 Voice introduction

🎙 Video Introduction

★★★★☆
Your Compatibility Score

## Couples (man and woman) Seeking Couples (man and woman) in Ohio

241.  Standard Member   ☆☆☆☆☆   **tping couple**   looking to have new and exciting experiences with like minded

Ask me for a photo

29 year old Man
21 year old Woman
Looking for Couples (man and woman) or Groups
Living in Steubenville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

242.  Standard Member   ☆☆☆☆☆   **WeskerX01**   looking to have great sex with groups or couples

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Marion, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

243.  Standard Member   ☆☆☆☆☆   **Kammy98**   lookin for our sex toys

Ask me for a photo

31 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

244.  Standard Member   ★☆☆☆☆   **BlackXterra2**   Young Couple

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cuyahoga Falls, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

245.  Standard Member   ☆☆☆☆☆   **columbushotspot**   ColumbusCoupleSeeking....

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

246.  Standard Member   ☆☆☆☆☆   **hotsex_692**   Hi were a couple that is seeking a bi female or couple to have fun with..we want to have some fun.

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Rushsylvania, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

247.  Standard Member   ☆☆☆☆☆   **rustyhampton**   Mitch and Krystal

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)

🔥 Add to Hotlist
😊 Send them a wink

D001165

Living in Canton, Ohio, United States
[invite to your network!]

Ask me for a
photo

248.   Standard Member   ⭐⭐⭐⭐⭐ **DANNY4905**   Looking for Couples...

27 year old Man
20 year old Woman                                                    🔥 Add to Hotlist
Ask me for a          Looking for Couples (man and woman)                 😉 Send them a wink
photo                 Living in Columbus, Ohio, United States
                      [invite to your network!]

249.   Standard Member   ⭐⭐⭐⭐⭐ **sxycplnoh**   New to all this

20 year old Man
19 year old Woman                                                    🔥 Add to Hotlist
Ask me for a          Looking for Women, Couples (man and woman) or Couples (2 😉 Send them a wink
photo                 women)
                      Living in Fairfield, Ohio, United States
                      [invite to your network!]

250.   Standard Member   ⭐⭐⭐⭐⭐ **dickandvighina**   hey do you want a peice of me? then com and play!

21 year old Man
21 year old Woman                                                    🔥 Add to Hotlist
Ask me for a          Looking for Couples (man and woman)                 😉 Send them a wink
photo                 Living in Powell, Ohio, United States
                      [invite to your network!]

251.   Standard Member   ⭐⭐⭐⭐⭐ **JandKOHIO**   Fun Couple seeks more Fun People

20 year old Man
20 year old Woman                                                    🔥 Add to Hotlist
Ask me for a          Looking for Women or Couples (man and woman)        😉 Send them a wink
photo                 Living in New Lebanon, Ohio, United States
                      [invite to your network!]

252.   Standard Member   ⭐⭐⭐⭐⭐ **sgallff8**   final fantasy

18 year old Man
18 year old Woman                                                    🔥 Add to Hotlist
Ask me for a          Looking for Couples (man and woman)                 😉 Send them a wink
photo                 Living in Cincinnati, Ohio, United States
                      [invite to your network!]

253.   Standard Member   ⭐⭐⭐⭐⭐ **FyreFlies**   Looking and Wondering

22 year old Man
20 year old Woman                                                    🔥 Add to Hotlist
Ask me for a          Looking for Women or Couples (man and woman)        😉 Send them a wink
photo                 Living in Columbus, Ohio, United States
                      [invite to your network!]

254.   Standard Member   ⭐⭐⭐⭐⭐ **jerander2**   We are curious

20 year old Man
28 year old Woman                                                    🔥 Add to Hotlist
Ask me for a          Looking for Couples (man and woman) or Groups       😉 Send them a wink
photo                 Living in East Liverpool, Ohio, United States
                      [invite to your network!]

255.   Standard Member   ⭐⭐⭐⭐⭐ **Daddysgirl4803**   Couple Seeks Fun Couple In ohio

D001166

|  | 25 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Akron, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a<br>photo | | |

256. Standard Member ★☆☆☆☆ **4lringer** FUN COUPLE LOOKING 4 FRIRNDS 2 PLAY WITH

| Ask me for a<br>photo · | 48 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman), Groups or<br>Couples (2 women)<br>Living in Hilliard, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |

257. Standard Member ☆☆☆☆☆ **perfectme69** Naughty, nice, looking for a little spice! !

| Ask me for a<br>photo | 21 year old Man<br>21 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Middletown, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |

258. Standard Member ☆☆☆☆☆ **funcpl3019** couple looking for fun

| Ask me for a<br>photo | 30 year old Man<br>19 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Mount Orab, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |

259. Standard Member ★☆☆☆☆ **crazzzcple** Never before have we done this. Hope for some fun.

| Ask me for a<br>photo | 24 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman) or<br>Groups<br>Living in Akron, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |

260. Standard Member ★☆☆☆☆ **cavscout357** couple looking for new adventures. just to have fun

| Ask me for a<br>photo | 23 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Monroeville, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |

261. Standard Member ☆☆☆☆☆ **crittertea** First Timers

| Ask me for a<br>photo | 22 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Newark, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |

262. Standard Member ☆☆☆☆☆ **BigNTight2005** We want some action!

| Ask me for a<br>photo | 23 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman), Groups or<br>Couples (2 women)<br>Living in New Plymouth, Ohio, United States<br>[invite to your network!] | 🔴 Add to Hotlist<br>😊 Send them a wink |

263. Standard Member ☆☆☆☆☆ **cplohio2** HI 21/F AND 26/M

D001167

|  |  |  |
|---|---|---|
| Ask me for a photo | 27 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Akron, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

**264. Standard Member** ☆☆☆☆☆ **FANTASY901**  just looking

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>29 year old Woman<br>Looking for Couples (man and woman)<br>Living in Avon Lake, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

**265. Standard Member** ★☆☆☆☆ **OhPaCple**  Couple looking for fun any takers?

|  |  |  |
|---|---|---|
| Ask me for a photo | 32 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Strongsville, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

**266. Standard Member** ★☆☆☆☆ **bodysculptors7**  just messing around

|  |  |  |
|---|---|---|
| Ask me for a photo | 24 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Delaware, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

**267. Standard Member** ☆☆☆☆☆ **spank_me4**  i love to have sex. i love to watch too.

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Dover, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

**268. Standard Member** ☆☆☆☆☆ **lukin4somefunOH**  LOOKIN 4 SOME FUN

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Middletown, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

**269. Standard Member** ☆☆☆☆☆ **herbyandgabbey**  Couple seeks a little clean fun in their life.

|  |  |  |
|---|---|---|
| Ask me for a photo | 25 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman), Groups or Couples (2 women)<br>Living in Garrettsville, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

**270. Standard Member** ☆☆☆☆☆ **lovers052**  we wanna see anyone naked. We love to watch.

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Lucasville, Ohio, United States<br>[invite to your network!] | 🎯 Add to Hotlist<br>😊 Send them a wink |

View More Listings

D001168
8/23/2005 2:59 PM

Home  My Account  Browse  Search  Chat  Groups  Friends  Hotlist  Shop  Get Local  Magazine  Blogs  Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Hide

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D001169

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals Site

( Let Standard Members Contact You! )    Hide

Home    My Account    Browse    Search    Chat    Groups    Friends    Hotlist    Shop    Get Local    Magazine    Blogs    Help

Start New Search

## Search Results

### Featured Members

Click here to get featured



Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My Profile!

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

### Icon Key

Verified Member

Personality Type

Voice introduction

Video Introduction

★★★★☆
Your Compatibility Score

## Couples (man and woman) Seeking Couples (man and woman) in Ohio

271.    Standard Member    ☆☆☆☆☆ **jdizzle840**    where just looking for women

19 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Painesville, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

272.    Standard Member    ☆☆☆☆☆ **sexyguyngirl69**    Young sexy couple looking to explore

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Canton, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

273.    Standard Member    ★☆☆☆☆ **sheplus2he22**    looking for fun. singles or couples

28 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Mantua, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

274.    Standard Member    ☆☆☆☆☆ **redhott6996**    21 male and 19 bi female

20 year old Man
20 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Hamilton, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

275.    Standard Member    ☆☆☆☆☆ **SexInatreehouse1**    i wahnt to sleep with you

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Cleveland, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

276.    Standard Member    ☆☆☆☆☆ **ChrisnSarah**    Young, Ohio couple

20 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

277.    Standard Member    ★☆☆☆☆ **2muchnlove20053**    LOOKING 4 FUN

21 year old Man
31 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Ask me for a photo

🔥 Add to Hotlist
😊 Send them a wink

D001170

278. Standard Member ★☆☆☆☆ **PinkTreeFrog** Hey ya'll

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Athens, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

279. Standard Member ★☆☆☆☆ **amda69** Looking to fufill some fantasies

Ask me for a photo

20 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Bucyrus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

280. Standard Member ☆☆☆☆☆ **gabbey84** Couple seeks all to have fun. Want WW first then any!

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Garrettsville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

281. Standard Member ☆☆☆☆☆ **kellyngarrett** Hi. Looking for friends w/ no urges!!

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Circleville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

282. Standard Member ★☆☆☆☆ **salsagrande** A very independent couple

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

283. Standard Member ☆☆☆☆☆ **XOHCPLEX125214** we are looking for friends first.

Ask me for a photo

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or
Couples (2 women)
Living in Ashville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

284. Standard Member ☆☆☆☆☆ **pussyearer69** hey ladies

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Newark, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

285. Standard Member ★☆☆☆☆ **fillwifepussy** we used up all the bar, will you join us

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Elyria, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

D001171

286.   Standard Member   ☆☆☆☆☆ **maryandj**   20f 22m looking for females or cpls

                       21 year old Man
Ask me for a      21 year old Woman                            🔥 Add to Hotlist
photo          Looking for Women or Couples (man and woman)      😉 Send them a wink
Living in Akron, Ohio, United States
[invite to your network!]

287.   Standard Member   ☆☆☆☆☆ **foolsplay2005**   New to the life style

                       26 year old Man
Ask me for a      21 year old Woman                            🔥 Add to Hotlist
photo          Looking for Women, Couples (man and woman) or Couples (2 😉 Send them a wink
women)
Living in Jefferson, Ohio, United States
[invite to your network!]

288.   Standard Member   ☆☆☆☆☆ **niccoslips**   hi me and my man are looking for a man and woman

                       21 year old Man
Ask me for a      19 year old Woman                            🔥 Add to Hotlist
photo          Looking for Couples (man and woman)          😉 Send them a wink
Living in Columbus, Ohio, United States
[invite to your network!]

289.   Standard Member   ★☆☆☆☆ **cardude1984**   looking for a good time

                       21 year old Man
Ask me for a      21 year old Woman                            🔥 Add to Hotlist
photo          Looking for Men, Women, Couples (man and woman) or   😉 Send them a wink
Groups
Living in Kent, Ohio, United States
[invite to your network!]

290.   Standard Member   ☆☆☆☆☆ **bunny479**   hi i want to be sexual. lets go to chat.

                       20 year old Man
Ask me for a      20 year old Woman                            🔥 Add to Hotlist
photo          Looking for Couples (man and woman)          😉 Send them a wink
Living in Zanesville, Ohio, United States
[invite to your network!]

291.   Standard Member   ★☆☆☆☆ **jraw2005**   hi we would like to meet open and fun people

                       20 year old Man
Ask me for a      20 year old Woman                            🔥 Add to Hotlist
photo          Looking for Men, Women, Couples (man and woman),    😉 Send them a wink
Groups, Couples (2 women) or Couples (2 men)
Living in Ashtabula, Ohio, United States
[invite to your network!]

292.   Standard Member   ★☆☆☆☆ **Bert Chelly**   Curious Newlyweds want a 2nd Honeymoon

                       21 year old Man
Ask me for a      20 year old Woman                            🔥 Add to Hotlist
photo          Looking for Men, Women or Couples (man and woman)    😉 Send them a wink
Living in Bucyrus, Ohio, United States
[invite to your network!]

293.   Standard Member   ☆☆☆☆☆ **son16mom40**   lookin for fun

                       20 year old Man
Ask me for a      20 year old Woman                            🔥 Add to Hotlist
photo          Looking for Women, Couples (man and woman), Groups or 😉 Send them a wink
Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

294. Standard Member ☆☆☆☆☆ **Xavier5104** Couplefromohio

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Massillon, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

295. Standard Member ☆☆☆☆☆ **adamt1000** Still Looking

Ask me for a photo

18 year old Man
19 year old Woman
Looking for Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

296. Standard Member ★☆☆☆☆ **hottnhorny06** Hello my name is Alexis Beech.

Ask me for a photo

18 year old Man
18 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women), Couples (2 men) or TS/TV/TG
Living in Celina, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

297. Standard Member ★☆☆☆☆ **sexxxycpl20** Fun couple seeking others

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Men, Couples (man and woman) or Groups
Living in Dayton, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

298. Standard Member ☆☆☆☆☆ **lookingoodnbd** couple looking for another woman for fun in bed!

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

299. Standard Member ★☆☆☆☆ **candiceegrause** Attractive Couple in Columbus

Ask me for a photo

27 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Grove City, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

300. Standard Member ☆☆☆☆☆ **shadows4529** we are a couple looking for other couples. We love sex.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🐷 Add to Hotlist
😊 Send them a wink

View More Listings

Home 🐷 My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

D001173
8/23/2005 2:59 PM

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

Hide

D001174

8/23/2005 2:59 PM

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals Site

**Home** **My Account** **Browse** **Search** **Chat** **Groups** **Friends** **Hotlist** **Shop** **Get Local** **Magazine** **Blogs** **Help**

**Get a Private Chat Room!** Hide

**Start New Search**

**Search Results**

**Featured Members**
Click here to get featured

**Your Profile Highlighted**

Receive more emails from
interested members with an
optional search listing
highlight! GET NOTICED by
adding a highlight to your
listing in every search and
browse results. Members notice
you first with your
attention-grabbing color.

**Highlight My Profile!**

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
NOW for FREE

**Icon Key**

✔ **Verified Member**
🖼 **Personality Type**
💬 **Voice introduction**
📷 **Video Introduction**
★★★★☆
**Your Compatibility Score**

## Couples (man and woman) Seeking Couples (man and woman) in Ohio

301. Standard Member ☆☆☆☆☆ **keheart** Hot Young Couple

   Ask me for a photo

   25 year old Man
   20 year old Woman
   Looking for Women, Couples (man and woman) or Groups
   Living in Akron, Ohio, United States
   [invite to your network!]

   🐾 Add to Hotlist
   😊 Send them a wink

302. Standard Member ☆☆☆☆☆ **CrazyExcited13** We are young and curious! Lookin for the perfect couple

   Ask me for a photo

   21 year old Man
   21 year old Woman
   Looking for Couples (man and woman)
   Living in Hilliard, Ohio, United States
   [invite to your network!]

   🐾 Add to Hotlist
   😊 Send them a wink

303. Standard Member ★☆☆☆☆ **jc2022** Hello everyone. Looking to meet fun,loving people.

   Ask me for a photo

   23 year old Man
   20 year old Woman
   Looking for Men, Women or Couples (man and woman)
   Living in Bedford hts, Ohio, United States
   [invite to your network!]

   📷 🖼
   🐾 Add to Hotlist
   😊 Send them a wink

304. Standard Member ☆☆☆☆☆ **justlookin20003** we are a couple just thinking about it.

   Ask me for a photo

   23 year old Man
   21 year old Woman
   Looking for Women, Couples (man and woman) or Couples (2 women)
   Living in Amelia, Ohio, United States
   [invite to your network!]

   🐾 Add to Hotlist
   😊 Send them a wink

305. Standard Member ☆☆☆☆☆ **youngakroncouple** Couple looking for others for fun fun fun!

   Ask me for a photo

   21 year old Man
   21 year old Woman
   Looking for Women, Couples (man and woman), Groups or Couples (2 women)
   Living in Akron, Ohio, United States
   [invite to your network!]

   🐾 Add to Hotlist
   😊 Send them a wink

306. Standard Member ☆☆☆☆☆ **LifeSkills1000** Gay and Bi

   Ask me for a photo

   19 year old Man
   19 year old Woman
   Looking for Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
   Living in Warren, Ohio, United States
   [invite to your network!]

   🐾 Add to Hotlist
   😊 Send them a wink

307. Standard Member ★☆☆☆☆ **Joe** looking to fullfill fantasys

   24 year old Man
   20 year old Woman
   Looking for Men, Women, Couples (man and woman) or Couples (2 women)
   Living in Columbus, Ohio, United States

   🐾 Add to Hotlist -
   😊 Send them a wink

[invite to your network!]

Ask me for a
photo

308. Standard Member ☆☆☆☆☆ **osucouplesex69** hot osu couple

21 year old Man
22 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a
photo

309. Standard Member ☆☆☆☆☆ **tj4ds** we are so horny

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in Van Wert, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a
photo

310. Standard Member ☆☆☆☆☆ **Royalknight8** Fun sexy couple, looking for the same!!!!!

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Toledo, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a
photo

311. Standard Member ★☆☆☆☆ **oberlinoh** Newlyweds looking for a kinky sex

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman),
Groups, Couples (2 women) or Couples (2 men)
Living in Amherst, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a
photo

312. Standard Member ☆☆☆☆☆ **kayayr** Couple looking for a threesome or foursome

24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2
women)
Living in New Albany, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a
photo

313. Standard Member ★☆☆☆☆ **hotchillycpl4560** Hot Chillicothe Couple

20 year old Man
23 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Chillicothe, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a
photo

314. Standard Member ☆☆☆☆☆ **who3232** Ijuswannahavesumwithyou

23 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Hilliard, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

Ask me for a
photo

315. Standard Member ☆☆☆☆☆ **Ayrkay2** Couple looking for group sex

D001176

|  | 24 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2 women)<br>Living in New Albany, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

316. Standard Member ☆☆☆☆☆ **lovers72674** locking for wet wild fun anthing gos so lets go and hav

|  | 31 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Lebanon, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

317. Standard Member ☆☆☆☆☆ **me_n_my_gurl69** come and have some fun!!!

|  | 25 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2 women)<br>Living in Washington Court House, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

318. Standard Member ☆☆☆☆☆ **HotCouupleNOhio** We are looking for a good time. Are you?

|  | 32 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman) or Couples (2 women)<br>Living in Mount Vernon, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

319. Standard Member ☆☆☆☆☆ **callforagoodtime** Call For A Good Time

|  | 22 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Dover, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

320. Standard Member ★☆☆☆☆ **WeJuStWannaBang** hey People

|  | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman),<br>Groups, Couples (2 women) or Couples (2 men)<br>Living in Lakewood, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

321. Standard Member ☆☆☆☆☆ **ksusportsstudent** Looking for new friends to join my girlfriend and I for fun

|  | 22 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman), Groups or<br>Couples (2 women)<br>Living in Kent, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

322. Standard Member ☆☆☆☆☆ **eXotictoXic24** seXyAsian pussy looking to suprise her man with a 3some

|  | 20 year old Man<br>19 year old Woman<br>Looking for Women, Couples (man and woman), Groups or<br>Couples (2 women)<br>Living in Akron, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |
| Ask me for a photo | | |

D001177

323. Standard Member ★☆☆☆☆ **WeWantUNow4** Anyone want some fun..Right here. We can help

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Men, Couples (man and woman) or Couples (2 men)
Living in Canton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

324. Standard Member ☆☆☆☆☆ **JonnyandJenni** New to the Scene

Ask me for a photo

28 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

325. Standard Member ★☆☆☆☆ **FrEaKyNYng** Young Black Couple Looking to explore....we have
pics!!!!!

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

326. Standard Member ☆☆☆☆☆ **lovetoswing04** we love to swing and we both love sex

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Warren, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

327. Standard Member ☆☆☆☆☆ **iwantsex339** i want a man and a woman

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Pickerington, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

328. Standard Member ☆☆☆☆☆ **cpl4funnwoh** looking for friends

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Lima, Ohio, United States
[invite to your network!]

🖻

🏠 Add to Hotlist
😊 Send them a wink

329. Standard Member ★☆☆☆☆ **redfhish2** Professional, discrete couple

Ask me for a photo

32 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

330. Standard Member ☆☆☆☆☆ **sloppyfun1000** lookin for ppl who r wanting a good time

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

D001178
8/23/2005 3:00 PM

View More Listings

Home   My Account   Browse   Search   Chat   Groups   Friends   Hotlist   Shop   Get Local   Magazine   Blogs   Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

Hide

D001179
8/23/2005 3:00 PM

# AdultFriendFinder.com

( **Get a Highlight!** )     Hide

The World's Largest Sex & Swinger Personals Site

Home 🔄 My Account   Browse   Search Chat   Groups   Friends   Hotlist Shop   Get Local   Magazine   Blogs Help

**Search Results**

Start New Search

**Featured Members**
Click here to get featured

Your Profile Highlighted

Receive more emails from
interested members with an
optional search listing
highlight! GET NOTICED by
adding a highlight to your
listing in every search and
browse results. Members notice
you first with your
attention-grabbing color.

( ▶ **Highlight My Profile!** )

**FLT.com**
Fetish & BDSM
Lifestyles PERSONALS

**Icon Key**

✅ Verified Member

📋 Personality Type

● Voice introduction

🎦 Video Introduction

★★★★☆
Your Compatibility Score

## Couples (man and woman) Seeking Couples (man and woman) in Ohio

331.   Standard Member   ☆☆☆☆☆ **YngOhCpI4biF**   looking for a sexy bi F to play with us

Ask me for a
photo

21 year old Man
21 year old Woman                                                🐷 Add to Hotlist
Looking for Women, Couples (man and woman) or Couples (2 😼 Send them a wink
women)
Living in Lima, Ohio, United States
[invite to your network!]

332.   Standard Member   ☆☆☆☆☆ **kellyndon223**   young couple looking to trade partners

Ask me for a
photo

25 year old Man
21 year old Woman                                                🐷 Add to Hotlist
Looking for Couples (man and woman)                              😼 Send them a wink
Living in Broadview Heights, Ohio, United States
[invite to your network!]

333.   Standard Member   ★☆☆☆☆   **tagteamanalduo**   We are a hot and horny couple looking for group
                                                         sex.

Ask me for a
photo

20 year old Man
23 year old Woman                                                🐷 Add to Hotlist
Looking for Men, Women, Couples (man and woman),                 😼 Send them a wink
Groups, Couples (2 women) or Couples (2 men)
Living in Columbus, Ohio, United States
[invite to your network!]

334.   Standard Member   ☆☆☆☆☆ **u1tus**   a hot young couple here. Just looking for a little spi

Ask me for a
photo

21 year old Man
21 year old Woman                                                🐷 Add to Hotlist
Looking for Couples (man and woman)                              😼 Send them a wink
Living in Urbana, Ohio, United States
[invite to your network!]

335.   Standard Member   ★☆☆☆☆   **deathfad**   Young couple seeking others for fun times.

Ask me for a
photo

21 year old Man
21 year old Woman                                                🐷 Add to Hotlist
Looking for Men, Women or Couples (man and woman)                😼 Send them a wink
Living in Dayton, Ohio, United States
[invite to your network!]

336.   Standard Member   ★☆☆☆☆   **domafreak**   looking for an good sex video for me

Ask me for a
photo

19 year old Man
19 year old Woman                                                🐷 Add to Hotlist
Looking for Men, Women or Couples (man and woman)                😼 Send them a wink
Living in Cleveland, Ohio, United States
[invite to your network!]

337.   Standard Member   ☆☆☆☆☆ **daisykitten01**   couple looking to have a threesome

Ask me for a
photo

21 year old Man
20 year old Woman                                                🐷 Add to Hotlist
Looking for Couples (man and woman)                              😼 Send them a wink
Living in Fairborn, Ohio, United States
[invite to your network!]

D001180

Ask me for a
photo

338.   Standard Member      ⭐⭐⭐⭐⭐ **mcaution**    Just looking for now. Will update later.

21 year old Man                                🔥 Add to Hotlist
21 year old Woman
Ask me for a      Looking for Couples (man and woman) or Couples (2 women) 😊 Send them a wink
photo         Living in Cincinnati, Ohio, United States
[invite to your network!]

339.   Standard Member      ⭐⭐⭐⭐⭐ **sexycouple1927**   hi, we are tabby and dave. we are looking for a
couple.

28 year old Man                                🔥 Add to Hotlist
20 year old Woman
Ask me for a      Looking for Couples (man and woman)           😊 Send them a wink
photo         Living in Delaware, Ohio, United States
[invite to your network!]

340.   Standard Member      ⭐⭐⭐⭐⭐ **sexycoupleforfn4**    Interested?

20 year old Man                                🔥 Add to Hotlist
19 year old Woman
Ask me for a      Looking for Women, Couples (man and woman) or Couples (2 😊 Send them a wink
photo         women)
Living in Dayton, Ohio, United States
[invite to your network!]

341.   Standard Member      ★⭐⭐⭐⭐ **Twinkletoes2310**    Newly-wed couple looking for excitement.

21 year old Man                                🔥 Add to Hotlist
20 year old Woman
Ask me for a      Looking for Men, Women or Couples (man and woman)     😊 Send them a wink
photo         Living in Springfield, Ohio, United States
[invite to your network!]

342.   Standard Member      ⭐⭐⭐⭐⭐ **loverboygirl2**    couple looking for man&woman /woman

20 year old Man                                🔥 Add to Hotlist
21 year old Woman
Ask me for a      Looking for Women or Couples (man and woman)        😊 Send them a wink
photo         Living in Ravenna, Ohio, United States
[invite to your network!]

343.   Standard Member      ⭐⭐⭐⭐⭐ **slownhardcpl**    adventurious couple looking for fun

24 year old Man                                🔥 Add to Hotlist
20 year old Woman
Ask me for a      Looking for Women or Couples (man and woman)        😊 Send them a wink
photo         Living in Wilmington, Ohio, United States
[invite to your network!]

344.   Standard Member      ⭐⭐⭐⭐⭐ **curiusblond85**    New in the scene

21 year old Man                                🔥 Add to Hotlist
20 year old Woman
Ask me for a      Looking for Couples (man and woman)           😊 Send them a wink
photo         Living in Medina, Ohio, United States
[invite to your network!]

345.   Standard Member      ⭐⭐⭐⭐⭐ **patty_brian1931**    cuolple seeking couple.need adult fun

D001181

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

346.  Standard Member  ☆☆☆☆☆ **silvershad0w**   Couple Seeking ...

|  |  |  |
|---|---|---|
| Ask me for a photo | 23 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Youngstown, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

347.  Standard Member  ☆☆☆☆☆ **mysticalette17**   Looking For Fun

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>19 year old Woman<br>Looking for Couples (man and woman)<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

348.  Standard Member  ☆☆☆☆☆ **velvetarrow**   Will update later

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Kent, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

349.  Standard Member  ★☆☆☆☆ **manwith2balls**   we like sex

|  |  |  |
|---|---|---|
| Ask me for a photo | 19 year old Man<br>19 year old Woman<br>Looking for Men, Women, Couples (man and woman),<br>Groups, Couples (2 women) or Couples (2 men)<br>Living in Dublin, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

350.  Standard Member  ☆☆☆☆☆ **3ismorefun83**   hello we want to meet you

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

351.  Standard Member  ☆☆☆☆☆ **wonders**   the wonders

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>23 year old Woman<br>Looking for Couples (man and woman)<br>Living in Wellston, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

352.  Standard Member  ★☆☆☆☆ **ross0717**   My girl and I are looking for men or women or both

|  |  |  |
|---|---|---|
| Ask me for a photo | 19 year old Man<br>19 year old Woman<br>Looking for Men, Women, Couples (man and woman) or<br>Groups<br>Living in East Liverpool, Ohio, United States<br>[invite to your network!] | 🌸 Add to Hotlist<br>😊 Send them a wink |

353.  Standard Member  ☆☆☆☆☆ **pozer_007**   cpl looking for fun

D001182

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>22 year old Woman<br>Looking for Couples (man and woman)<br>Living in Sidney, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

354. Standard Member  ☆☆☆☆☆ **gr8fulcuple**  couple looking to have fun

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Women, Couples (man and woman), Groups or Couples (2 women)<br>Living in North Olmsted, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

355. Standard Member  ☆☆☆☆☆ **poopypants86**  Hello vast sexual couples. We are in need of FUN!

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Piney Fork, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

356. Standard Member  ★☆☆☆☆ **2trufreaks**  WE NEED HELP

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Cleveland, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

357. Standard Member  ☆☆☆☆☆ **needmoreluv5**  high my name is kyle.my girlfriends name is christin

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman)<br>Living in Massillon, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

358. Standard Member  ★☆☆☆☆ **funinohio3947**  Young couple from ohio. needs someone to fulfil fantasy

|  |  |  |
|---|---|---|
| Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Couples (man and woman) or Groups<br>Living in Cambridge, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

359. Standard Member  ☆☆☆☆☆ **SuperHawtGurl**  Sexxxy Room mates

|  |  |  |
|---|---|---|
| Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman) or Groups<br>Living in Mineral Ridge, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

360. Standard Member  ☆☆☆☆☆ **pesterbucket**  We are looking for a fun couple. So let's have fun.

|  |  |  |
|---|---|---|
| Ask me for a photo | 22 year old Man<br>20 year old Woman<br>Looking for Couples (man and woman) or Groups<br>Living in Fairborn, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

View More Listings

D001183

Home  My Account  Browse  Search  Chat  Groups  Friends  Hotlist  Shop  Get Local  Magazine  Blogs  Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

Hide

D001184
8/23/2005 3:00 PM

# AdultFriendFinder.com

**The World's Largest Sex & Swinger Personals Site**

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

( Get a Private Chat Room! )    Hide

Start New Search

**Search Results**

### Featured Members
Click here to get featured

Your Profile Highlighted

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

( ▶ Highlight My Profile! )

**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN for FREE

### Icon Key
✓ Verified Member
⊟ Personality Type
♥ Voice introduction
⦿ Video Introduction
★★★★☆
Your Compatibility Score

## Couples (man and woman) Seeking Couples (man and woman) in Ohio

361. Standard Member ☆☆☆☆☆ **kinkycouple109** Kinkyness deluxe

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Chillicothe, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

362. Standard Member ☆☆☆☆☆ **hotcoupleforsex6** couple 4 play

Ask me for a photo

29 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in North Royalton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

363. Standard Member ★☆☆☆☆ **fuckushard2** looking for hot woman or men to satisfy me sexual needs

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women, Couples (man and woman),
Couples (2 women) or Couples (2 men)
Living in Cleveland, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

364. Standard Member ☆☆☆☆☆ **freak253** sensual sex monster and petite demure big boobs dominat

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

365. Standard Member ☆☆☆☆☆ **akac2** we are curious

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Upper Sandusky, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

366. Standard Member ☆☆☆☆☆ **thesexyones2003** We are a young couple, that likes to have fun.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in South Point, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

367. Standard Member ☆☆☆☆☆ **swingers2be** Looking to spice up life. Want to meet other couples.

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Canton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

D001185

Ask me for a
photo

368.  Standard Member  ☆☆☆☆☆ **2kinks**  Try everything once, then maybe again

|  |  |
|---|---|
| 20 year old Man<br>20 year old Woman<br>Ask me for a photo  Looking for Men, Women, Couples (man and woman) or Groups<br>Living in Bryan, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

369.  Standard Member  ★☆☆☆☆ **funcouple4664**  Fun sex intrigued couple.

|  |  |
|---|---|
| 20 year old Man<br>20 year old Woman<br>Ask me for a photo  Looking for Men, Women, Couples (man and woman) or Couples (2 women)<br>Living in Dayton, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

370.  Standard Member  ☆☆☆☆☆ **mmmmgood84**  lookin for some fun

|  |  |
|---|---|
| 21 year old Man<br>21 year old Woman<br>Ask me for a photo  Looking for Women or Couples (man and woman)<br>Living in Vermilion, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

371.  Standard Member  ☆☆☆☆☆ **sexy18s**  Just a couple of crazy 18s! Looking to get rowdy.

|  |  |
|---|---|
| 20 year old Man<br>20 year old Woman<br>Ask me for a photo  Looking for Women or Couples (man and woman)<br>Living in Westerville, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

372.  Standard Member  ★☆☆☆☆ **Ohiohotties2004**  Hello in ohio

|  |  |
|---|---|
| 21 year old Man<br>21 year old Woman<br>Ask me for a photo  Looking for Men, Women or Couples (man and woman)<br>Living in Bluffton, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

373.  Standard Member  ☆☆☆☆☆ **Tastemeonurlips**  Tastemeonurlips

|  |  |
|---|---|
| 21 year old Man<br>21 year old Woman<br>Ask me for a photo  Looking for Couples (man and woman)<br>Living in Columbus, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

374.  Standard Member  ☆☆☆☆☆ **pussyluv4**  Horny couple looking for some excitement

|  |  |
|---|---|
| 21 year old Man<br>21 year old Woman<br>Ask me for a photo  Looking for Couples (man and woman)<br>Living in Wooster, Ohio, United States<br>[invite to your network!] | 🐷 Add to Hotlist<br>😊 Send them a wink |

375.  Standard Member  ★☆☆☆☆ **gr8grape**  SuperManStan and Sexy, Sassy Sue

D001186

| | | 20 year old Man<br>20 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Byesville, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |
|---|---|---|---|
| | Ask me for a photo | | |

| 376. | Standard Member | ☆☆☆☆☆ **Dixy2003**  this is me | |
|---|---|---|---|
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Brilliant, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |

| 377. | Standard Member | ☆☆☆☆☆ **YoungFun420**  Young Sexy Couple | |
|---|---|---|---|
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Cleveland, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |

| 378. | Standard Member | ★☆☆☆☆ **sxy_freaky_cple**  sxy_freaky_cple | |
|---|---|---|---|
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women or Couples (man and woman)<br>Living in Mansfield, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |

| 379. | Standard Member | ☆☆☆☆☆ **cardiangel08**  college fun | |
|---|---|---|---|
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Toledo, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |

| 380. | Standard Member | ☆☆☆☆☆ **jigga20**  oh yeah baby | |
|---|---|---|---|
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Gnadenhutten, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |

| 381. | Standard Member | ☆☆☆☆☆ **sexcrazdcoupl69**  loking for fun? | |
|---|---|---|---|
| | Ask me for a photo | 20 year old Man<br>20 year old Woman<br>Looking for Women or Couples (man and woman)<br>Living in Whitehouse, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |

| 382. | Standard Member | ☆☆☆☆☆ **hot_n_sexy3**  This Is Me | |
|---|---|---|---|
| | Ask me for a photo | 21 year old Man<br>21 year old Woman<br>Looking for Couples (man and woman)<br>Living in Fairborn, Ohio, United States<br>[invite to your network!] | 📷 Add to Hotlist<br>😊 Send them a wink |

| 383. | Standard Member | ★☆☆☆☆ **Manda_N_Train**  Young Couple Tired Of Waiting | |
|---|---|---|---|

D001187

|  | 21 year old Man<br>21 year old Woman<br>Looking for Men, Women, Couples (man and woman), Groups or Couples (2 women)<br>Living in Mansfield, Ohio, United States<br>[invite to your network!] | Add to Hotlist<br>Send them a wink |
|---|---|---|

Ask me for a photo

**384. Standard Member** ☆☆☆☆☆☆ **jessejames8402** loooking for fun

Ask me for a photo

21 year old Man
29 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Milford, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**385. Standard Member** ☆☆☆☆☆☆ **sexykats** crazy fun couple, we love new things

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman) or Groups
Living in Ashland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**386. Standard Member** ☆☆☆☆☆☆ **sparkfluff** looking for fun

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Huron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**387. Standard Member** ☆☆☆☆☆ **bustyandbest** Hot Chick Avg. hunk wanna join?

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Ashtabula, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**388. Standard Member** ☆☆☆☆☆☆ **dwqdwq** dwqdwqdwqd

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Couples (man and woman)
Living in Canton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**389. Standard Member** ★☆☆☆☆ **katencorey** stroke her and watch her come

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**390. Standard Member** ☆☆☆☆☆☆ **blackrainbow13** Looking for Erotic and sadistic pleasure

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Sebring, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

View More Listings

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

Hide

D001189
8/23/2005 3:01 PM

**AdultFriendFinder.com**

The World's Largest Sex & Swinger Personals Site

Home | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

Get a Sexy T-shirt!    Hide

Start New Search

Search Results

Featured Members
Click here to get featured


**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My Profile!**


**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN for FREE**

**Icon Key**

☑ Verified Member

▤ Personality Type

◉ Voice introduction

◉ Video Introduction

★★★★☆
Your Compatibility Score

# Couples (man and woman) Seeking Couples (man and woman) in Ohio

391.  Standard Member  ☆☆☆☆☆☆ **sexyschlong69**  Hot young couple seeking the same

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Couples (man and woman)
Living in Cincinnati, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

392.  Standard Member  ☆☆☆☆☆  **DrrtyGrrlnBoy4u**  LOOKING FOR SOMEONE TO FUFILL OUR FANTASY

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Cincy Area, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

393.  Standard Member  ☆☆☆☆☆  **NeedSomeKink**  We Wanna Get Freaky With You!!

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Newark, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

394.  Standard Member  ☆☆☆☆☆☆  **scotta995**  Looking for a female or a couple

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Marysville, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

395.  Standard Member  ★☆☆☆☆  **SexyChristal4u**  Hi my name is christal

Ask me for a photo

21 year old Couple (man and woman)
Looking for Men, Women, Couples (man and woman) or Groups
Living in Bellbrook, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

396.  Standard Member  ★☆☆☆☆  **jvs2003**  lokkin for some fun

Ask me for a photo

21 year old Couple (man and woman)
Looking for Men, Women, Couples (man and woman) or Groups
Living in Lorain, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

397.  Standard Member  ★☆☆☆☆  **Chris 200284**  Hi this is who I am!

21 year old Couple (man and woman)
Looking for Couples (man and woman)
Living in Stoutsville, Ohio, United States
[invite to your network!]

🎁 Add to Hotlist
😊 Send them a wink

D001190

8/23/2005 3:01 PM

Ask me for a photo

398. Standard Member ★ **MattChris** Young couple looking for something fun

Ask me for a photo

21 year old Couple (man and woman)
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

Home My Account Browse Search Chat Groups Friends Hotlist Shop Get Local Magazine Blogs Help

Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Hide

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off