IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) |
| Plaintiffs, | ) Judge Michael M. Baylson <br> ) |
| v. | ) <br> ) DEFENDANT'S MOTION |
| THE HONORABLE ERIC H. HOLDER, JR., <br>   Attorney General, | ) FOR SUMMARY JUDGMENT <br> ) <br> ) |
| Defendant. | ) <br> ) |

Defendant, by and through undersigned counsel, hereby moves the Court for summary judgment pursuant to Fed. R. Civ. P. 56. There is no genuine dispute as to any material fact, and defendant is entitled to judgment as a matter of law. The grounds for this motion are further set forth in the accompanying Memorandum of Law, the Statement of Undisputed Material Facts, exhibits filed herewith, and the entire record in this case.

Dated this 10th day of May, 2013.         Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Kathryn L. Wyer
HÉCTOR G. BLADUELL
JAMES J. SCHWARTZ
NATHAN M. SWINTON
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Washington, DC
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Motion has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: May 10, 2013                    /s/
                                       Kathryn L. Wyer