IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) |
| Defendant. | ) |

## EXHIBIT LIST FOR
## DEFENDANT'S MEMORANDUM IN SUPPORT OF DEFENTANT'S MOTION FOR SUMMARY JUDGMENT

- Declaration of Charles R. Joyner & Exhibits A-E
    - Exhibit A – FBI 2257 checklist example (Dead Men Hanging)
    - Exhibit B – FBI 2257 Inspection Review Form example (Robert Hill)
    - Exhibit C – FBI FD-302 example (Robert Hill)
    - Exhibit D – FBI Inspection Letter example (Cinema Play)
    - Exhibit E – FBI post-inspection letter example (Robert Hill)

- Lawrence Declaration Exhibits
    - Exhibit A – FBI Inspection Program – Final Progress Report 2-22-08

- FBI Report Excerpts
    1. Diabolic Video Production
    2. Robert Hill Releasing
    3. All Good Video (Sunshine Films Inc)
    4. Silver Star (NuTech Digital)
    5. Darkside Entertainment
    6. Evasive Angels
    7. Tennervision (Legend Video Inc)

    8. Private (Pure Play Media)
    9. Erotic Angel (K-Beech Inc)
    10. Wicked Pictures
    11. Dead Men Hanging
    12. Robert Hill Releasing (reinspection)
    13. Angry Young Men
    14. Darkside Entertainment (reinspection)
    15. Moonlight Entertainment
    16. Shanes World Studios
    17. Don Goo
    18. JT Video
    19. Bacchus – Filmco
    20. Cinema Play
    21. Gentlemens Video
    22. Temptations
    23. Agency
    24. Shooting Star (Authentic Xtreme)
    25. Real Wild Girls
    26. Alexis Lords
    27. Candid Cam
    28. Ghost Pro Productions (Fifth Element)
    29. Pony Boy

- Declaration of Adriana Vecchio

- Deposition Excerpts
    1. Barbara Alper
    2. Betty Dodson
    3. Jeffrey Douglas
    4. Thomas Hymes
    5. David Levingston
    6. Eugene Mopsik
    7. Carol Queen
    8. Carlin Ross
    9. David Steinberg
    10. Diane Wilson

- Interrogatory Excerpts
    1. Barbara Alper - Response to Interrogatory 10
    2. ASMP – Responses to Interrogatories 5 & 9

- 
    3. David Connors – Response to Interrogatory 9
    4. Betty Dodson & Carlin Ross – Response to Interrogatory 9
    5. Free Speech Coalition – Responses to Interrogatories 5, 9, & 12
    6. Sinclair Institute – Response to Interrogatories 9 & 21

- Admissions Excerpts
    1. Alper
    2. ASMP
    3. Dodson & Ross
    4. FSC
    5. Hymes
    6. Levine
    7. Levingston
    8. Nitke
    9. Queen
    10. Sinclair
    11. Steinberg

- Letter from Lorraine Baumgardner to Kathryn L. Wyer (Nov. 19, 2012)

- *ASMP Bulletin* Excerpt

- Expert Report of Gail Dines, PhD

- Excerpt from FSC Comments on 2007 and 2008 Proposed Rules