# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

## OF

## DIABOLIC VIDEO PRODUCTION
### 9223 Owensmouth Ave.
### Chatsworth, CA 91311

### Date of Inspection: 07/24/2006

SUBJECT TO PROTECTIVE ORDER

## TABLE OF CONTENTS

TAB A            Producer Information
                 Inspection Summary
                 Pre-Inspection Procedure
                 Inspection Procedure

TAB B            Inspection Results (table)

TAB C            FD-302s

TAB D            Findings

SUBJECT TO PROTECTIVE ORDER                    FBI_000006

# REGULATORY INSPECTIONS REPORT

Report of:    SSA Charles R. Joyner,
                Regulatory Inspections Unit,
                Violent Crime Section, Criminal Investigative Division

Report Date:  July 28, 2006
File Number:         (F)        Diabolic Video

## Producer Information

An inspection was conducted of Diabolic Video Production pursuant to Title 18 United States Code Section 2257 and 28 Code of Federal Regulations Part 75. The review of performer identification information and the record keeping system of Diabolic Video Production was conducted on July 24, 2006, at 9223 Owensmouth Ave., Chatsworth, CA 91311. ▌▌▌▌▌▌▌▌ owner and president of Diabolic Video Production, office telephone number (818)407-6270, cell phone number ▌▌▌▌▌▌▌▌, was identified as the point-of-contact (POC). ▌▌▌▌▌▌ is listed on Diabolic Video Production merchandise as the Custodian of Records. Also present and assisting with the production of records was Dunn's sister-in-law, ▌▌▌▌▌▌▌▌ cell phone number ▌▌▌▌▌▌▌.

## Inspection Summary

Twenty-three DVDs produced by Diabolic Video Production were ordered from the internet. Contract inspectors reviewed the DVDs and identified all performers by stage name or by a still photo taken from the video. A total of 208 performers were identified as appearing in the 23 DVDs. After an inspection on July 24, 2006, it was determined Diabolic Video Production had proper identification for all 208 performers identified by the inspectors. Copies of performer identification indicating true name and date of birth were made for each of the 208 performers. During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

## Pre-Inspection Procedures

The following Pre-Inspection Procedures were followed:

1. Diabolic Video Production was randomly selected from a data base provided by FBIHQ of known producers of adult products using a computerized random selection program.

2. A sample of Diabolic Video Production DVDs was ordered and the method of purchase was documented and maintained in a 1A envelope with the case file.

SUBJECT TO PROTECTIVE ORDER        FBI_000007

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by a still photo of their likeness taken from the video.

**Inspection Procedures**

The following Inspection Procedures were followed:

1. Inspection began at 10:50 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Diabolic Video.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. Digital photographs were taken of the business and the room used to store 2257 information prior to the inspection. A disc containing a total of 19 photographs was placed in a 1A envelope and maintained with the case file.

5. Inspectors reviewed the 18 USC 2257 records maintained by Diabolic Video Production for the 23 videos reviewed, to include the performers appearing therein.

6. Copies were made of the selected performers' identifications indicating date of birth.

7. The inspection concluded at 5:30 p.m.

8. Digital photographs were taken of the room used to store 2257 information prior to the inspectors departing the place of business.

SUBJECT TO PROTECTIVE ORDER

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | | TRUE NAME |
|---|---|---|---|---|---|
| 2 ON 1#17 | 2/2/2004 | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| 2 ON 1#17 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | 9/20/2001 | | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | | (P-1) | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| A PERVERTED POINT OF VIEW # 3 | | | | | |
| ANAL ASSPIRATIONS 2 | 9/19/05-10/10/05 | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| ANAL ASSPIRATIONS 2 | | | | | |
| DOWN THE HATCH#19 | 4/29/06-5/7/06 | | | | |
| DOWN THE HATCH#19 | | | | | |
| DOWN THE HATCH#19 | | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000010

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| DOWN THE HATCH#19 | | | | |
| I'M A BIG GIRL NOW | 7/30/2004 | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | (P-1) | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW | | | | |
| I'M A BIG GIRL NOW#4 | 8/31/2005 | | | |
| I'M A BIG GIRL NOW#4 | | | | |
| I'M A BIG GIRL NOW#4 | | | | |
| I'M A BIG GIRL NOW#4 | | | | |
| I'M A BIG GIRL NOW#4 | | | | |
| I'M A BIG GIRL NOW#4 | | | | |
| I'M A BIG GIRL NOW#4 | | | | |
| I'M A BIG GIRL NOW#4 | | | | |
| I'M A BIG GIRL NOW#4 | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000011

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| INCUMMING # 4 | 7/23/2004 | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| INCUMMING # 4 | | | | |
| LEWD CONDUCT#11 | 5/26/2001 | | | |
| LEWD CONDUCT#11 | | | | |
| LEWD CONDUCT#11 | | | | |
| LEWD CONDUCT#11 | | | | |
| LEWD CONDUCT#11 | | | | |
| LEWD CONDUCT#11 | | | | |
| LEWD CONDUCT#11 | | | | |
| LEWD CONDUCT#11 | | (P-1) | | |
| LEWD CONDUCT#11 | | | | |
| LEWD CONDUCT#11 | | | | |
| MOUTH 2 MOUTH | 11/20/2004 | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |

Page 3

SUBJECT TO PROTECTIVE ORDER

FBI_000012

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| MOUTH 2 MOUTH | | | | |
| MOUTH 2 MOUTH | | | | |
| NO SWALLOWING ALLOWED # 9 | 2/22/06-5/15/06 | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | (P-1) | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| NO SWALLOWING ALLOWED # 9 | | | | |
| SPRING CHICKENS#10 | 12/1/2004 | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#10 | | | | |
| SPRING CHICKENS#13 | 8/13/2005 | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000013

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMED NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#13 | | | | |
| SPRING CHICKENS#14 | 10/23/05-11/15/05 | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#14 | | | | |
| SPRING CHICKENS#4 | 3/24/2003 | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#4 | | | | |
| SPRING CHICKENS#6 | 9/15/2003 | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |
| SPRING CHICKENS#6 | | | | |

(P-1)

SUBJECT TO PROTECTIVE ORDER

FBI_000014

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | | TRUE NAME |
|---|---|---|---|---|---|
| SPRING CHICKENS#6 | | | | | |
| SPRING CHICKENS#6 | | | | | |
| SPRING CHICKENS#6 | | | | | |
| SPRING CHICKENS#6 | | | | | |
| SPRING CHICKENS#6 | | | | | |
| SPRING CHICKENS#6 | | | | | |
| SPRING CHICKENS#7 | 10/8/2003 | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#7 | | | | | |
| SPRING CHICKENS#9 | 8/16/2004 | | | (P-1) | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| SPRING CHICKENS#9 | | | | | |
| TEENS WITH TITS | 12/2/2003 | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000015

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | | TRUE NAME |
|---|---|---|---|---|---|
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS | | | | | |
| TEENS WITH TITS#2 | 3/25/2004 | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#2 | | | | | |
| TEENS WITH TITS#3 | 11/3/2004 | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#3 | | | | | |
| TEENS WITH TITS#5 | 5/4/2005 | | | | |
| TEENS WITH TITS#5 | | | | | |
| TEENS WITH TITS#5 | | | | | |
| TEENS WITH TITS#5 | | | | | |
| TEENS WITH TITS#5 | | | | | |
| TEENS WITH TITS#5 | | | | | |
| TEENS WITH TITS#5 | | | | | |
| TEENS WITH TITS#5 | | | | | |
| TEENS WITH TITS#5 | | | | | |

(P-1)

Page 7

SUBJECT TO PROTECTIVE ORDER

FBI_000016

DIABOLIC.xls

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| TEENS WITH TITS#5 | | | | |
| TEENS WITH TITS#5 | | | | |
| UN-NATURAL SEX#1 | 8/2/2000 | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#1 | | | | |
| UN-NATURAL SEX#2 | | (P-1) | | |
| UN-NATURAL SEX#2 | 10/3/2000 | | | |
| UN-NATURAL SEX#2 | | | | |
| UN-NATURAL SEX#2 | | | | |
| UN-NATURAL SEX#2 | | | | |
| UN-NATURAL SEX#2 | | | | |
| UN-NATURAL SEX#2 | | | | |
| UN-NATURAL SEX#2 | | | | |
| UN-NATURAL SEX#2 | | | | |
| UN-NATURAL SEX#2 | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000017

# FINDINGS RESULTS

**Findings:**

　　　None

**Producer Response to Findings:**

　　　N/A

**Inspection Compliance Determination**

　　　Diabolic Video Production was found to be in compliance with 18 USC 2257 and 28 CFR 75.

SUBJECT TO PROTECTIVE ORDER