# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

## OF

**Darkside Entertainment**
14141 Covello St., #5B
Van Nuys, CA 91405

Date of Inspection: 09/12/2006

SUBJECT TO PROTECTIVE ORDER                                    FBI_000464

## TABLE OF CONTENTS

Producer Information                                    Tab 1
Inspection Summary

Findings                                                Tab 2
Producer Response to Findings

Pre-Inspection Procedure                                Tab 3
Inspection Procedure

Records Verification Spreadsheet                        Tab 4

FD-302s                                                 Tab 5

Photo Log/Photos                                        Tab 6

2257 Checklists                                         Tab 7

Inspection Compliance Determination                     Tab 8

SUBJECT TO PROTECTIVE ORDER                          FBI_000465

# REGULATORY INSPECTIONS REPORT

Report of:      SSA **Charles R. Joyner**,
                2257 Regulatory Inspections Program,
                Violent Crimes Section, Criminal Investigative Division
Report Date:    September 22, 2006
File Number:    ▮▮▮▮▮▮▮▮▮▮-Darkside

## PRODUCER INFORMATION

An inspection was conducted of Darkside Entertainment pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at Darkside Entertainment on September 12, 2006, at 14141 Covello St., #5B, Van Nuys, CA 91405. Inspectors had previously visited Darkside Entertainment on Friday, September 8, 2006, but no one was present during the morning hours. Due to this, Darkside Entertainment likely had advance notice of the inspection. ▮▮▮▮▮▮ General manager of Darkside Entertainment, phone number (818)778-6537, cell phone number ▮▮▮▮▮▮, granted access and was present during the inspection. Also present during the inspection and providing assistance was ▮▮▮▮▮▮. The owner of Darkside Entertainment, ▮▮▮▮▮▮, was not present as he was reportedly attending to his ill father.

## INSPECTION SUMMARY

DVDs produced by Darkside Entertainment were ordered from the internet. Contract inspectors reviewed nine DVDs and identified all performers by stage name or by still photographs taken from the video. All videos reviewed contained the required 2257 information in the proper format. A total of 78 performers were identified as appearing in the nine DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on September 12, 2006, it was determined Darkside Entertainment had 2257 violations. These included: 2257 records were not maintained on the premises for the movie "Around the Way Girls;" the identification photograph of one performer was of such poor quality it was not identifiable; photo identification of one performer was not maintained with the other 2257 records; and performers' names were not cross-referenced. Details of these violations are listed in the findings section of this report. Copies of available pertinent records were made by the inspection team.

One performer, (P-1) appeared underage. A DMV check was run to determine her true DOB. Investigation determined (P-1) photo identification was authentic and she was of legal age at the time of the filming.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

# FINDINGS

1.  2257 information for "Around the Way Girls" was not maintained at the Darkside Entertainment place of business.

    2257 (c) – "Any person to whom subsection (a) applies shall maintain the records required by this section at his business premises…"
    28 CFR Part 75.4 – "Any producer required by this part to maintain records shall make such records available at the producer's place of business."

2.  For the movie "Freaks of the Industry #5," no identification was in the file for (P-1).

    28 CFR Part 75.3 - "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier…"
    "Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

3.  For the movie, "In the Thick #4," the photo identification for (P-1) (P-1) was not identifiable. **(Tab 2a)**

    28 CFR Part 75.2 - "…the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

4.  Records were not properly cross-referenced.

    28 CFR Part 75.3 - "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier…"
    "Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

    28 CFR 75.2(a)(3) – Records are to be organized alphabetically and cross-referenced to each alias or other name used and to each title.

**Producer Response to Findings:**

1. The General Manager advised he would mail the records to the inspection team. As of the date of this report, no additional records have been received from Darkside Entertainment.

2. Photo identification for [(P-1)] was located by [ ] in another location within Darkside Entertainment premises.

3. No response.

4. Darkside Entertainment was advised of the necessity of properly cross-referencing 2257 records.

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Darkside Entertainment was randomly selected from a data base provided by FBIHQ of known producers of adult products using a computerized random selection program.

2. A sample of Darkside Entertainment DVDs was ordered and the method of purchase was documented and maintained in a 1A envelope with the case file.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 9:20 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Darkside Entertainment.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. Digital photographs were taken of the business and the room used to store 2257 information prior to the inspection. A disc containing a total of eight photographs were placed in a 1A envelope and maintained with the case file.

5. Inspectors reviewed the 18 USC 2257 records maintained by Sunshine Films, Inc. for the nine videos reviewed, to include the performers appearing therein.

6. Copies were made of the selected performers' identifications indicating date of birth.

7. The inspection concluded at approximately 1:15 p.m.

8. Digital photographs were taken of the room used to store 2257 information prior to the inspectors departing the place of business.

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

FBI_000477

DARKSIDE

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| AROUND THE WAY GIRLS | 10/18/1999 | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | 9/4/2002 | (P-1) | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| FREAKS OF THE INDUSTRY #2 | 12/9/1999 | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000478

DARKSIDE

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| FREAKS OF THE INDUSTRY #2 | 12/9/1999 | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY 5 | 2/25/2002 | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | (P-1) | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| IN THE THICK | 3/24/2000 | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |

SUBJECT TO A PROTECTIVE ORDER

FBI_000479

DARKSIDE

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| IN THE THICK 9 | 9/9/2003 | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | (P-1) | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK VOL. 4 | 8/6/2001 | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| SUGAR FIVE | 5/1/2000 | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |

SUBJECT TO PROTECTIVE ORDER
FBI_000480

## DARKSIDE

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| SUGAR FIVE | 5/1/2000 | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | (P-1) | | |
| TIG OLE BITTIES | 3/12/2003 | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000481

# PHOTO LOG/PHOTOS

SUBJECT TO PROTECTIVE ORDER                           FBI_000496

# PHOTOGRAPHIC LOG

**LOCATION:** 14141 Covello, Unit 5B, Van Nuys, Darkside

**DATE:** 9/12/2006

**CASE IDENTIFIER:** (F) [redacted]

**PREPARER/ASSISTANTS:**

**CAMERA:** Nikon Coolpix 995

**TYPE OF FILM AND RATING:** Digital

**REMARKS:**

**PAGE** 1 **OF** 1

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT | USE OF SCALE | MISCELLANEOUS COMMENTS | SKETCH (IF APPLICABLE) |
|---|---|---|---|---|
| 1 | Title Page | | Darkside Entertainment, 9/12/2006 | |
| 2 | Front of Building | | 14141 St, Van Nuys, Ca. | |
| 3 | entrance | | 5-B Darkside | |
| 4 | building | | 14141 B | |
| 5 | 2257 workroom | | from doorway | |
| 6 | 2257 workroom | | towards doorway, show files | |
| 7 | 2257 workroom | | inspection completed | |
| 8 | workarea beside 2257 workroom | | " | |

SUBJECT TO PROTECTIVE ORDER

FBI_000497

## INSPECTION COMPLIANCE DETERMINATION

All Darkside Entertainment was found **NOT** to be in compliance with 18 USC 2257 and 28 CFR 75.

SUBJECT TO PROTECTIVE ORDER                                    FBI_000582