

## Federal Bureau of Investigation

### REGULATORY INSPECTION REPORT
### (18 USC 2257)

OF

Evasive Angles
9320 Mason Avenue
Chatsworth, California 91311

Date of Inspection:  09/27/2006

SUBJECT TO PROTECTIVE ORDER            FBI_000587

## **TABLE OF CONTENTS**

Producer Information                                    Tab  1

Inspection Summary                                      Tab  2

Findings                                                Tab  3

Producer Response to Findings                           Tab  4

Pre-Inspection Procedure                                Tab  5
Inspection Procedure

Records Verification Spreadsheet                        Tab  6

FD-302s                                                 Tab  7

Photo Log/Photos                                        Tab  8

2257 Checklists                                         Tab  9

Inspection Compliance Determination                     Tab  10

# REGLATORY INSPECTION REPORT

Report of:    SSA Kenneth G. McGuire III, Regulatory Inspections
              Program, CACU, VCS, CID
Report Date:  September 27, 2006
File Number:  [(F)]      - Evasive Angles

## PRODUCER INFORMATION

An inspection of EVASIVE ANGLES (EA) was conducted on
September 27, 2006, pursuant to Title 18 U.S. Code (USC) Section
2257 and Title 28 Code of Federal Regulations (CFR) Part 75.  EA
was the producer of the videos reviewed.  EA was one of the two
film production companies owned by Philip Troy Rivera, whose
[(P-1)]            EA operated from the same location as
two other companies owned by Mr. Rivera.  The two other companies
were Next Phase Distribution Incorporated (NPDI) and T.T. Boy
Productions.  The review of performer identification information
and record keeping system was only performed for films produced
by EA.  The custodian of records for EA was listed as
9320 Mason Avenue, Chatsworth, California.  Rivera acknowledged
that EA was a producer based on the definition under 18 USC 2257.

The inspection took place at the building located at 9320
Mason Avenue, Chatsworth, California 91311, which had an
externally mounted sign showing the name "Next Phase Distribution
Incorporated" (NPDI).  NPDI was identified as a film distribution
company owned by ██ ██████   The inspection team was met by
██████████ Director of Sales, mobile telephone number
███████████, and ███ ████████ ████████ identified
herself as the person hired to maintain the 2257 records and
provided access to the pertinent 2257 identification documents
which were maintained in the "2257 Room".  The "2257 Room" was
secured with a locked door with access limited to ██ ██████ and
██ ██████

██ ██████ arrived at EA within a couple hours after the
Inspection Team arrived.  █████████████ initially advised that
█████ had left for a trip to New York City the previous day,
September 26, 2006.  ██ ██████ acknowledged being the custodian
of records and met with the Inspection Team during and at the
conclusion of the inspection.  ███ ██████ was provided a copy of
the preliminary findings.

## INSPECTION SUMMARY

DVD videos produced by EA were ordered through the Internet. Contract inspectors reviewed thirteen DVDs and identified all performers by stage name or by still photographs taken from the video.

1. All videos reviewed contained the required 2257 information in the proper format.

2. A total of 205 performers were identified as appearing in the thirteen (13) DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was for that performer seen in the video.

After the inspection was completed, it was determined EA had several 2257 violations. These included:

1. Identification photographs of 24 performers were of such poor quality that they were not identifiable;

2. No photo identification records were available for one performer; and records were not kept as to be retrievable by all names.

Details of these violations are listed in the findings section of this report. Copies of available pertinent records were made by the inspection team.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

**FINDINGS**

1.   EA was found to be complying with the requirement to maintain its identification records at the place of business printed on its product.

      2257 (c)  "Any person to whom subsection (a) applies shall maintain the records required by this section at his business premises" 28 CFR Part 75.4 ... "Any producer required by this part to maintain records shall make such records available at the producer's place of business."

2.   For the video "Asian Street Hookers #45",

      A.  Actor [ (P-1) ] identification was not in the file, but subsequently found before the Inspection Team departed.

      (28 CFR Part 75.2) "...the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

3.   For the video "Reality Teens #3 ",

      A.  Actor [ (P-1) ] was not in the file, but subsequently found before the Inspection Team departed.

      B.  Photo of the actor [ (P-1) ] is not identifiable.

      C.  Photo of the actor [ (P-1) ] is not identifiable.

      (28 CFR Part 75.2) "...the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

4.   For the video "4x4 #4",

      A.  The date of birth is unidentifiable in the picture of [ (P-1) ]  A copy of the California driver's license was subsequently provided by mail.

      (28 CFR Part 75.2) "...the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

SUBJECT TO PROTECTIVE ORDER

5.    For the video "Young Asian Cookies Dripping Cum #3"

      A.   Identification for actor (P-1) was not in the file, but
      subsequently found before the Inspection Team departed.

      (28 CFR Part 75.2) "... the records shall also include a
      legible copy of the identification document examined and, if
      that document does not contain a recent and recognizable
      picture of the performer, a legible copy of a picture
      identification card."

6.    For the video "Big Butt Road Trip #4",

      A.   No date of birth was listed for the actor (P-1) A copy
      of an identification with the date of birth was subsequently
      provided by mail, but the identification did not bear a
      picture.  A copy of the passport, with a picture was also
      provided.

      (28 CFR Part 75.2(a)(1)) "The legal name and date of birth
      of each performer, obtained by the producer's examination of
      a picture identification card."

7.    For the video "T.T. s Reality Teens Gone Crazy",

      A.   The photograph on the actor's identification was
      unidentifiable for the following:

            1.
            2.
            3.
            4.
            5.
            6.
            7.
            8.
            9.       (P-1)
           10.
           11.
           12.
           13.
           14.
           15.
           16.
           17.

      A copy of the identification containing a picture sufficient
      for identification was later provided by mail.

      (28 CFR Part 75.2) "... the records shall also include a
      legible copy of the identification document examined and, if
      that document does not contain a recent and recognizable
      picture of the performer, a legible copy of a picture
      identification card."

SUBJECT TO PROTECTIVE ORDER

B.  Actor [(P-1)] identification was not in the file, but subsequently found before the Inspection Team departed.

8.   For the video " Big Butt Smashdown #3",

A.   No identification was found for the following:
   1.   Unknown male #1, [(P-1)]
   2.   Unknown male #4, Scene introducer, [(P-1)]
       [(P-1)]
   3.   Unknown Male #9, [(P-1)] and cameraman

A copy of the identification containing a picture sufficient for identification was later provided by mail.

B.   [(P-1)] cannot identify by the photo.

A copy of the identification containing a picture sufficient for identification was later provided by mail.

(28 CFR Part 75.2) "... the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

9.   For the video " T.T.'s Reality Teens #4",

a.   Actor [(P-1)] identification was not in the file, but subsequently found before the Inspection Team departed.

10.  A cross-referenced list of performers and the films in which they have appeared was maintained in an computer database program, but it was not up-to-date.

(28 CFR Part 75.3)  "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier", "Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

**PRODUCER RESPONSE TO FINDINGS:**

On October 11, 2006, Philip Rivera, owner of EA, provided, via mail, additional 2257 information.  These additional records included copies of photo identification for:

```
 1.
 2.
 3.
 4.
 5.
 6.
 7.
 8.
 9.
10.
11.
12.                    (P-1)
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
```

Finding #10 remains unresolved.

SUBJECT TO PROTECTIVE ORDER

**PRE-INSPECTION PROCEDURES**

The following Pre-Inspection Procedures were followed:

1.   Evasive Angles was randomly selected from a data base provided by FBIHQ of known producers of adult products using a computerized random selection program.

2.   A sample of Evasive Angles DVDs was ordered and the method of purchase was documented and maintained in a 1A envelope with the case file.

3.   All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4.   All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.


**INSPECTION PROCEDURES**

The following Inspection Procedures were followed:

1.   Inspection began at approximately 9:55 a.m. during regular business hours.

2    SSA McGuire, the Lead Inspector, immediately identified himself and the purpose of the inspection upon meeting Edward Smith and later in the day with Philip Rivera.

3.   SSA McGuire explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4.   Digital photographs were taken of the business and the room used to store 2257 information prior to the inspection.  A disc containing a total of eight photographs were placed in a 1A envelope and maintained with the case file.

5.   Inspectors reviewed the 18 USC 2257 records maintained by EA for the thirteen videos reviewed, to include the performers appearing therein.

6.   Copies were made of the selected performers' identifications indicating date of birth.

7.   The inspection concluded at approximately 4:15 p.m.

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

EVASIVE ANGLES

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| 3 BLACK DICKS & A SPANISH CHICK #3 | 2/16/2004 | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 3 BLACK DICKS & A SPANISH CHICK #3 | | | | |
| 4x4 #4 | 1/29/2004 | | | |
| 4x4 #4 | | | | |
| 4x4 #4 | | | | |
| 4x4 #4 | | | | |
| 4x4 #4 | | | | |
| 4x4 #4 | | | | |
| 4x4 #4 | | | | |
| 4x4 #4 | | | | |
| ASIAN STREET HOOKERS #45 | 5/2/06 5/11/06 5/3/06 5/27/06 2/23/06 | | | |
| ASIAN STREET HOOKERS #45 | | | | |
| ASIAN STREET HOOKERS #45 | | | | |
| ASIAN STREET HOOKERS #45 | | | | |
| ASIAN STREET HOOKERS #45 | | | | |
| ASIAN STREET HOOKERS #45 | | (P-1) | | |
| ASIAN STREET HOOKERS #45 | | | | |
| ASIAN STREET HOOKERS #45 | | | | |
| BIG BUTT ROAD TRIP #4 | 8/16/05-8/22/05- 8/23/05-8/24/05 | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT ROAD TRIP #4 | | | | |
| BIG BUTT SMASHDOWN #3 | 3/27/2005 | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_000603

EVASIVE ANGLES

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| BIG BUTT SMASHDOWN #3 | 3/27/2005 | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BIG BUTT SMASHDOWN #3 | | | | |
| BROWN & ROUND #7 | 6/1/2005 | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| BROWN & ROUND #7 | | | | |
| LITTLE BLACK GIRL POV #1 | 1/26, 2/8/2006, 2/8/2006, 3/18, 8/2006 | | | |
| LITTLE BLACK GIRL POV #1 | | | | |
| LITTLE BLACK GIRL POV #1 | | | | |
| LITTLE BLACK GIRL POV #1 | | | | |
| LITTLE BLACK GIRL POV #1 | | | | |
| LITTLE BLACK GIRL POV #1 | | | | |
| LITTLE BLACK GIRL POV #1 | | | | |
| LITTLE BLACK GIRL POV #1 | | | | |
| ORIENTAL ORGY WORLD 3 | 7/27/05-9/29/05 9 | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |

(P-1)

Page 2

SUBJECT TO PROTECTIVE ORDER

FBI_000604

EVASIVE ANGLES

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|-------|-----------|----------------|-----|-----------|
| ORIENTAL ORGY WORLD 3 | 7/27/05-9/29/05 | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| ORIENTAL ORGY WORLD 3 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | 3/20/2005 | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| SPANISH FLY PUSSY SEARCH #16 | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | 9/23/2003 | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |
| T. T.'S REALITY TEENS GONE CRAZY | | | | |

(P-1)

SUBJECT TO PROTECTIVE ORDER

Page 3

FBI_000605

EVASIVE ANGLES

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| T.T.'S REALITY TEENS GONE CRAZY | 9/23/2003 | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS GONE CRAZY | | | | |
| T.T.'S REALITY TEENS #3 | 10/4/2004 | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #3 | | | | |
| T.T.'S REALITY TEENS #4 | 6/1/2005 | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |
| T.T.'S REALITY TEENS #4 | | | | |

(P-1)

SUBJECT TO PROTECTIVE ORDER

FBI_000606

EVASIVE ANGLES

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | 3/10/06, 3/24/06, 4/20/06, 4/25/06 & 4/26/06 | | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | (P-1) | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | | | |
| YOUNG ASIAN COOKIES DRIPPING CUM #8 | | | | |

FBI_000607

SUBJECT TO PROTECTIVE ORDER

# PHOTO LOG/PHOTOS

FD-674 (Rev(1-17-85)  **PHOTOGRAPHIC LOG**
LOCATION: 9320 Mason Avenue, Chatsworth, CA
CASE IDENTIFIER: 145C-LA-245111-Evasive Angles
PREPARER/ASSISTANTS:

PAGE __1__ of __1__
CAMERA: NIKON Coolpix 995
TYPE OF FILM
AND RATING: Digital
REMARKS: _Photographer:_

| PHOTO # | DESCRIPTION OF PHOTOGRAPHIC SUBJECT | USE OF SCALE | MISCELLANEOUS COMMENTS | SKETCH (IF APPLICABLE) |
|---|---|---|---|---|
| 1 | gate + building | | 9320 | |
| 2 | entrance area | | West Phase | |
| 3 | front door | | 9320 | |
| 4 | 2257 room | | | |
| 5 | Title page | | 9/2/2005 inspection | |
| 6 | 2257 records door sign | | | |
| 7 | 2257 records | | File cabinets used for inspection | |
| 8 | lunch room | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

REMARKS:

SUBJECT TO PROTECTIVE ORDER

FBI_000630

## INSPECTION COMPLIANCE DETERMINATION

EVASIVE ANGLES was found NOT to be in compliance with 18 USC 2257 and 28 CFR 75.

SUBJECT TO PROTECTIVE ORDER