# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**Erotic Angel**
**(K-Beech, Inc.)**
**9400 Eton Ave.,**
**Chatsworth, CA 91311**

**Date of Inspection: 12/19/2006**

## **TABLE OF CONTENTS**

Producer Information                              Tab    1
Inspection Summary

Findings                                          Tab    2

Pre-Inspection Procedure                          Tab    3
Inspection Procedure

Records Verification Spreadsheet                  Tab    4

FD-302s                                           Tab    5

Photo Log/Photos                                  Tab    6

2257 Checklists                                   Tab    7

Inspection Compliance Determination               Tab    8

# REGULATORY INSPECTIONS REPORT

Report of:     SSA Charles R. Joyner,
               2257 Regulatory Inspections Program,
               CAC, VCS, CID
Report Date:   January 8, 2007
File Number:   _____(F)_____ EroticAngel

## PRODUCER INFORMATION

An inspection was conducted of Erotic Angel (dba K-Beech, Inc.) pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75.  The inspection was conducted at K-Beech, Inc. on December 19, 2006, at 9400 Eton Ave., CA 91311. ██████████ General Manager of K-Beech, Inc. and Custodian of Records, telephone number (818)772-4201, ext. 142, granted access and was present during the inspection.  Also present during the inspection was ██████████ owner of K-Beech, Inc.

## INSPECTION SUMMARY

DVDs produced by Erotic Angel were ordered from the internet.  Contract inspectors reviewed ten DVDs and identified all performers by stage name or by still photographs taken from the video.  All videos reviewed contained the required 2257 information in the proper format.  A total of 89 performers were identified as appearing in the ten DVDs.  Prior to the inspection, contract inspectors printed several screen captures of each performer's face from different camera angles.  During the inspection, the screen captures were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on December 19, 2006, it was determined Erotic Angel had two 2257 violations.  One photo identification did not have a legible date of birth and no photo identification was initially available for another performer.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER

# FINDINGS

1.     The photo identification for [ (P-1) ] appearing in the movie "G-Strings and Bobby Sox 2" did not have a legible date of birth.

28 CFR Part 75.2 - "...the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

2.     No identification records were available for a male performer in "Naughty Young Nurses."

28 CFR Part 75.2 - "...the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

**Producer Response to Findings:**

1.     Legible photo identification was provided for [ (P-1) ] indicating her DOB is [ (P-1) ]

2.     The male performer was identified as [ (P-1) ] and photo identification was provided.

SUBJECT TO PROTECTIVE ORDER

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Erotic Angel was randomly selected from a data base provided by FBIHQ of known producers of adult products using a computerized random selection program.

2. A sample of Erotic Angel DVDs was ordered and the method of purchase was documented and maintained in a 1A envelope with the case file.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 10:00 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering K-Beech, Inc.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited scope of the records inspection.

4. Digital photographs were taken of the business and the room used to store 2257 information prior to the inspection. A disc containing a total of six photographs were placed in a 1A envelope and maintained with the case file.

5. Inspectors reviewed the 18 USC 2257 records maintained by K-Beech, Inc. for the ten videos reviewed, to include the performers appearing therein.

6. Copies were made of the selected performers' identifications indicating date of birth.

7. The inspectors left the premises at approximately 11:15 a.m.

8. Digital photographs were taken of the room used to store 2257 information prior to the inspectors departing the place of business.

SUBJECT TO PROTECTIVE ORDER

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

EROTIC ANGEL

Page 1

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| 18 & LOST IN LAS VEGAS | 3/1-24/03 | | | |
| 18 & LOST IN LAS VEGAS | | | | |
| 18 & LOST IN LAS VEGAS | | | | |
| 18 & LOST IN LAS VEGAS | | | | |
| 18 & LOST IN LAS VEGAS | | | | |
| 18 & LOST IN LAS VEGAS | | | | |
| 18 & LOST IN LAS VEGAS | | | | |
| 18 & LOST IN LAS VEGAS | | | | |
| 18 AND LOST IN CHICAGO | 3/6/2002 | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | | |
| 18 AND LOST IN CHICAGO | | | (P-1) | |
| 18 AND LOST IN NEW YORK | 10/29,30/2001 | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| 18 AND LOST IN NEW YORK | | | | |
| DESIRE | 1/13-14/01 | | | |
| DESIRE | | | | |
| DESIRE | | | | |
| DESIRE | | | | |
| DESIRE | | | | |
| DESIRE | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001046

EROTIC ANGEL

Page 2

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| DESIRE | 1/13-14/01 | | | |
| DESIRE | | | | |
| DESIRE | | | | |
| G-STRINGS AND BOBBY SOCKS | 5/17/2000 | | | |
| G-STRINGS AND BOBBY SOCKS | | | | |
| G-STRINGS AND BOBBY SOCKS | | | | |
| G-STRINGS AND BOBBY SOCKS | | | | |
| G-STRINGS AND BOBBY SOCKS | | | | |
| G-STRINGS AND BOBBY SOCKS | | | | |
| G-STRINGS AND BOBBY SOCKS | | | | |
| G-STRINGS AND BOBBY SOCKS | | | | |
| G-STRINGS AND BOBBY SOX 2 | 12/2/2000 | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| G-STRINGS AND BOBBY SOX 2 | | | | |
| MY TWO HUSBANDS | 7/15/1998 | | | |
| MY TWO HUSBANDS | | | | |
| MY TWO HUSBANDS | | | | |
| MY TWO HUSBANDS | | | | |
| MY TWO HUSBANDS | | | | |
| MY TWO HUSBANDS | | | | |
| MY TWO HUSBANDS | | | | |
| MY TWO HUSBANDS | | | | |
| NAUGHTY YOUNG NURSES | 2/1/00-3/20/03 | | | |
| NAUGHTY YOUNG NURSES | | | | |
| NAUGHTY YOUNG NURSES | | | | |
| NAUGHTY YOUNG NURSES | | | | |

(P-1)

SUBJECT TO PROTECTIVE ORDER

FBI_001047

EROTIC ANGEL

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| NAUGHTY YOUNG NURSES | 2/1/00-3/20/03 | | | |
| NAUGHTY YOUNG NURSES | | | | |
| NAUGHTY YOUNG NURSES | | | | |
| NAUGHTY YOUNG NURSES | | | | |
| NURSES BEHIND BARS | 10/15 &18/02 | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | (P-1) | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| NURSES BEHIND BARS | | | | |
| OUR STORY | 5/12/2000 | | | |
| OUR STORY | | | | |
| OUR STORY | | | | |
| OUR STORY | | | | |
| OUR STORY | | | | |
| OUR STORY | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001048

# PHOTO LOG/PHOTOS

SUBJECT TO PROTECTIVE ORDER            FBI_001068

LIGHT - Available - A
Elec.Strobe - E
Flashbulb - F

LENS - Normal - N
Wide - W
Macro - M
Tele. - T

CAMERA Nikon Coolpix 975
FILM : ASA digital
ROLL No. _____

| Photo No. | Lens | Light | SS | f - stop | Description |
|---|---|---|---|---|---|
| 1 | | | | | Title Page |
| 2 | | | | | FBI 302's Inc Sub |
| 3 | | | | | front page |
| 4 | | | | | 225 statement |
| 5 | | | | | 225 statement |
| 6 | | | | | 225 records |
| 7 | | | | | 225 records |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |

Photo Log Sketch

Erotic angels 12/14/2006
9400
18 and Lost in New York
18 and Lost in New York
File Cabinet 7 Storage area
File Cabinet

REMARKS

SUBJECT TO PROTECTIVE ORDER

FBI_001069

**INSPECTION COMPLIANCE DETERMINATION**

Erotic Angel (K-Beech) was initially determined not to be in compliance with 18 USC 2257 and 28 CFR 75. However, they provided the necessary information to become compliant within a week of the inspection date.

SUBJECT TO PROTECTIVE ORDER