# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**Wicked Pictures**
**9040 Eton Ave.,**
**Canoga Park, CA 91304**

**Date of Inspection: 01/24/2007**

SUBJECT TO PROTECTIVE ORDER

## TABLE OF CONTENTS

Producer Information                         Tab    1
Inspection Summary

Findings                                     Tab    2

Pre-Inspection Procedure                     Tab    3
Inspection Procedure

Records Verification Spreadsheet             Tab    4

FD-302s                                      Tab    5

Photo Log/Photos                             Tab    6

2257 Checklists                              Tab    7

Inspection Compliance Determination          Tab    8

# REGULATORY INSPECTIONS REPORT

Report of:     SSA Charles R. Joyner,
               2257 Regulatory Inspections Program,
               CAC, VCS, CID
Report Date:   February 9, 2007
File Number:   ███████████ -Wicked

## PRODUCER INFORMATION

An inspection was conducted of Wicked Pictures pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at Wicked Pictures, 9040 Eton Ave., Canoga Park, California 91304. ██████████ Chief Compliance Officer, and ██████████ owner and president, granted access and were present during the inspection. ██████████ Chief Technology Officer, was present during the check of the cross reference system. Phone numbers for Wicked Pictures are (800)737-7838 and (818)349-3593.

## INSPECTION SUMMARY

DVDs produced by Wicked Pictures were ordered from the internet. Contract inspectors reviewed twenty DVDs and identified all performers by stage name or by still photographs taken from the video. All videos reviewed contained the required 2257 information in the proper format. A total of 280 performers were identified as appearing in the twenty DVDs. Prior to the inspection, contract inspectors printed several screen captures of each performer's face from different camera angles. During the inspection, the screen captures were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on January 24, 2007, it was determined Wicked Pictures had no 2257 violations.

"Ibiza Undressed," "Lesbian Paradise," "Masquerade," "Opportunity Knocks," "Priscilla Ibiza Paradise," and "Two Sisters" were determined to be produced by Marc Dorcel Productions located in Paris France. Wicked Pictures was determined to be merely the U.S. distributor of these films and, therefore, not required to maintain 2257 records. However, Wicked Pictures did have many of the photo identifications for the performers in the Marc Dorcel Productions.

It was also determined that "Wicked as She Seems" was produced in 1994, prior to the cross-referencing requirement and beyond the seven-year records maintenance requirement. Therefore, the records for this film were not inspected.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER                    FBI_001172

# FINDINGS

There were no findings of 2257 violations during the inspection of Wicked Pictures on January 24, 2007.

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Wicked Pictures was randomly selected from a data base provided by FBIHQ of known producers of adult products using a computerized random selection program.

2. A sample of Wicked Pictures DVDs was ordered and the method of purchase was documented and maintained in a 1A envelope with the case file.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 9:30 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Wicked Pictures.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited scope of the records inspection.

4. Digital photographs were taken of the business and the room used to store 2257 information prior to the inspection. A disc containing a total of eight photographs was placed in a 1A envelope and maintained with the case file.

5. Inspectors reviewed the 18 USC 2257 records maintained by Wicked Pictures for the twenty videos reviewed, to include the performers appearing therein.

6. Copies were made of the selected performers' identifications indicating date of birth.

7. Digital photographs were taken of the room used to store 2257 information prior to the inspectors departing the place of business

8. The inspectors left the premises at approximately 12:00 p.m.

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|-------|-----------------|----------------|-----|-----------|
| 3 WISHES | 11/15/2005 | | | |
| 3 WISHES | | | | |
| 3 WISHES | | | | |
| 3 WISHES | | | | |
| 3 WISHES | | | | |
| 3 WISHES | | | | |
| 3 WISHES | | | | |
| 3 WISHES | | | | |
| 3 WISHES | | | | |
| BEAUTIFUL NASTY 3 | 2/3/2005 | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BEAUTIFUL NASTY 3 | | | | |
| BECOMING | 2/13/2006 | | | |
| BECOMING | | | | |
| BECOMING | | | | |
| BECOMING | | | | |
| BECOMING | (P-1) | | | |
| BECOMING | | | | |
| BECOMING | | | | |
| BECOMING | | | | |
| BECOMING | | | | |
| CALIENTE | 1/24/2005 | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |

(P-1)

SUBJECT TO PROTECTIVE ORDER

Page 6 of 16

FBI_001179

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| CALIENTE | 1/24/2005 | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CALIENTE | | | | |
| CRÈME BRULEE | 10/10/2005 | | | |
| CRÈME BRULEE | | | | |
| CRÈME BRULEE | | | | |
| CRÈME BRULEE | | | | |
| CRÈME BRULEE | | | | |
| CRÈME BRULEE | | | | |
| CRÈME BRULEE | | | | |
| CRÈME BRULEE | | | | |
| CRÈME BRULEE | | | | |
| DUALITY | 11/10/2005 | | (P-1) | |
| DUALITY | | | | |
| DUALITY | | | | |
| DUALITY | | | | |
| DUALITY | | | | |
| DUALITY | | | | |
| DUALITY | | | | |
| DUALITY | | | | |
| FOREVER ASIA | 12/13/1993 | | | |
| FOREVER ASIA | 8/11/1996 | | | |
| FOREVER ASIA | 3/12/2002 | | | |
| FOREVER ASIA | 2/7/2003 | | | |
| FOREVER ASIA | 10/3/1997 | | | |
| FOREVER ASIA | 12/14/2001 | | | |
| FOREVER ASIA | 3/27/2002 | | | |
| FOREVER ASIA | 4/28/1998 | | | |

SUBJECT TO PROTECTIVE ORDER

Page 8 of 8

FBI_001180

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| FOREVER ASIA | 10/3/1997 | | | |
| FOREVER ASIA | 11/9/2001 | | | |
| FOREVER ASIA | 8/11/1996 | | | |
| FOREVER ASIA | 3/12/2002 | | | |
| FOREVER ASIA | 12/13/1993 | | | |
| FOREVER ASIA | 11/9/2001 | | | |
| FOREVER ASIA | 11/25/2003 | | | |
| FOREVER ASIA | 10/3/1997 | | | |
| FOREVER ASIA | 12/13/1993 | | | |
| IBIZZA UNDRESSED | 9/11/2002 | | | |
| IBIZZA UNDRESSED | | | | |
| IBIZZA UNDRESSED | | | | |
| IBIZZA UNDRESSED | | | | |
| IBIZZA UNDRESSED | | | | |
| IBIZZA UNDRESSED | | | | |
| IBIZZA UNDRESSED | | | | |
| IBIZZA UNDRESSED | | | (P-1) | |
| IBIZZA UNDRESSED | | | | |
| IBIZZA UNDRESSED | | | | |
| IN STYLE | 5/14/2000 | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |
| IN STYLE | | | | |

FBI_001181

SUBJECT TO PROTECTIVE ORDER

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| IN STYLE | 5/14/2000 | | | |
| INDIGO DELTA | 7/29/1997 | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | | | |
| INDIGO DELTA | | (P-1) | | |
| INDIGO DELTA | | | | |
| LESBIAN PARADISE | 2/2005 | | | |
| LESBIAN PARADISE | | | | |
| LESBIAN PARADISE | | | | |
| LESBIAN PARADISE | | | | |
| LESBIAN PARADISE | | | | |
| LESBIAN PARADISE | | | | |
| LESBIAN PARADISE | | | | |
| LESBIAN PARADISE | | | | |
| MASQUERADE | 3/1997 | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| MASQUERADE | | (P-1) | NOT INSP. | NOT INSPECTED, FOREIGN |
| MASQUERADE | | | NOT INSP. | NOT INSPECTED, FOREIGN |
| MASQUERADE | | | (P-1) | |
| MASQUERADE | | (P-1) | NOT INSP. | NOT INSPECTED, FOREIGN |
| MASQUERADE | | | (P-1) | |
| MASQUERADE | | (P-1) | NOT INSP. | NOT INSPECTED, FOREIGN |

SUBJECT TO PROTECTIVE ORDER

FBI_001182

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| MASQUERADE | 3/1997 | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| MASQUERADE | | | | |
| OPPORTUNITY KNOCKS | 4/24/03 | | | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | (P-1) | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | | |
| OPPORTUNITY KNOCKS | | | | |
| BIZA PARADISE | 1/2005 | | | |
| BIZA PARADISE | | | | |
| BIZA PARADISE | | | | |
| BIZA PARADISE | | | | |
| BIZA PARADISE | | | | |
| BIZA PARADISE | | | | |
| BIZA PARADISE | | | | |
| BIZA PARADISE (P-1) | | | | |
| BIZA PARADISE | | | | |
| BIZA PARADISE | | | | |
| RED DRAGON | 11/9/2001 | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001183

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| RED DRAGON | 11/9/2001 | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |
| RED DRAGON | | | | |
| THE EXHIBITIONIST PART 1 | 10/29/1999 | | | |
| THE EXHIBITIONIST PART 1 | | | | |
| THE EXHIBITIONIST PART 1 | | | | |
| THE EXHIBITIONIST PART 1 | | | | |
| THE EXHIBITIONIST PART 1 | | | | |
| THE EXHIBITIONIST PART 1 | | | | |
| THE EXHIBITIONIST PART 1 | | (P-1) | | |
| THE EXHIBITIONIST PART 1 | | | | |
| THE EXHIBITIONIST PART 1 | | | | |
| THE EXHIBITIONIST PART 1 | | | | |
| TWO GIRLS FOR EVERY GIRL | 2/25/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 3/12/2004 | | | |
| TWO GIRLS FOR EVERY GIRL | 3/12/2004 | | | |
| TWO GIRLS FOR EVERY GIRL | 10/22/1998 | | | |
| TWO GIRLS FOR EVERY GIRL | 6/2/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 8/8/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/17/2002 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/25/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 3/12/2004 | | | |
| TWO GIRLS FOR EVERY GIRL | 6/2/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 4/10/1995 | | | |
| TWO GIRLS FOR EVERY GIRL | 3/17/1995 | | | |
| TWO GIRLS FOR EVERY GIRL | 7/6/1994 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/3/1996 | | | |
| TWO GIRLS FOR EVERY GIRL | 1/16/1999 | | | |
| TWO GIRLS FOR EVERY GIRL | 10/22/1998 | | | |
| TWO GIRLS FOR EVERY GIRL | 11/25/2003 | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001184

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| TWO GIRLS FOR EVERY GIRL | 1/16/1999 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/3/1996 | | | |
| TWO GIRLS FOR EVERY GIRL | 10/22/1998 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/1/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/1/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/17/2002 | | | |
| TWO GIRLS FOR EVERY GIRL | 11/25/2003 | | | |
| TWO GIRLS FOR EVERY GIRL | 6/2/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 4/26/1996 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/17/2002 | | | |
| TWO GIRLS FOR EVERY GIRL | 4/26/1996 | | | |
| TWO GIRLS FOR EVERY GIRL | 8/8/1997 | | | |
| TWO GIRLS FOR EVERY GIRL | 4/26/1996 | (P-1) | | |
| TWO GIRLS FOR EVERY GIRL | 3/19/2003 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/13/1998 | | | |
| TWO GIRLS FOR EVERY GIRL | 1/16/1999 | | | |
| TWO GIRLS FOR EVERY GIRL | 3/17/1995 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/3/1996 | | | |
| TWO GIRLS FOR EVERY GIRL | 3/19/2003 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/14/1998 | | | |
| TWO GIRLS FOR EVERY GIRL | 3/19/2003 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/14/1998 | | | |
| TWO GIRLS FOR EVERY GIRL | 2/25/1997 | | | |
| TWO SISTERS | 9/2005 | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |
| TWO SISTERS | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001185

WICKED PICTURES

| VIDEO | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| WICKED AS SHE SEEMS | 1994 | (P-1) | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WICKED AS SHE SEEMS | | | NOT INSP. | NOT INSPECTED, BEFORE 1995 |
| WWW.WICKEDGIRL. COM | 7/29/1999 | | (P-1) | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |
| WWW.WICKEDGIRL. COM | | | | |

FBI_001186

SUBJECT TO PROTECTIVE ORDER

# PHOTO LOG/PHOTOS

FBI_001226

LIGHT - Available - A
Elec.Strobe - E
Flashbulb - F

LENS - Normal - N
Wide - W
Macro - M
Tele. - T

CAMERA: Digit/Nikon Coolpix 997
FILM : ASA Digital
ROLL No. _____

Photo Log Sketch

| Photo No. | Lens | Light | SS | f - stop | Description |
|---|---|---|---|---|---|
| 1 | | | | | Title page - Locked Pictures |
| 2 | | | | | Front of building |
| 3 | | | | | Front door of ... locked Pictures |
| 4 | | | | | 2857 Loam - from entrance |
| 5 | | | | | inside room - files |
| 6 | | | | | Computer System - inside room |
| 7 | | | | | from desktop of 2025 room - after inspection Completed |
| 8 | | | | | work table |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |

REMARKS

SUBJECT TO PROTECTIVE ORDER

FBI_001227

## INSPECTION COMPLIANCE DETERMINATION

Wicked Pictures was determined to be in compliance with 18 USC 2257 and 28 CFR 75.