# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 U.S.C. §2257)

### OF

### Dead Men Hanging Productions
### 958 Postal Way, Unit 4C
### Vista, CA 92083

### Date of Inspection:  03/13/2007

SUBJECT TO PROTECTIVE ORDER                    FBI_001410

# TABLE OF CONTENTS

Producer Information                          Tab    1
Inspection Summary

Findings                                      Tab    2
Producer's Response to Findings

Pre-Inspection Procedures                     Tab    3
Inspection Procedures

Records Verification Spreadsheet              Tab    4

FD-302s                                       Tab    5

Photo Log/Photos                              Tab    6

2257 Checklists                               Tab    7

Inspection Compliance Determination           Tab    8

SUBJECT TO PROTECTIVE ORDER

# REGULATORY INSPECTIONS REPORT

Report of:    SSA Stephen G. Lawrence,
                 2257 Regulatory Inspections Unit, Crimes Against Children Unit,
                 Violent Crimes Section, Criminal Investigative Division

Report Date:  06/12/2007

File Number:          (F)      -Deadmen


## PRODUCER INFORMATION

An inspection was conducted of Dead Men Hanging Productions pursuant to Title 18, United States Code Section 2257 (18 U.S.C. §2257) and Title 28, Code of Federal Regulations Part 75 (28 C.F.R. Part 75). The inspection was conducted on 03/13/2007 at Dead Men Hanging Productions, 958 Postal Way, Unit 4C, Vista, CA 92083. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, owner and Custodian of Records for Dead Men Hanging Productions, cellular telephone number ▮▮▮▮▮▮▮ granted access and was present throughout the inspection.


## INSPECTION SUMMARY

One movie produced by Dead Men Hanging Productions was downloaded from the internet to a DVD via streaming video. A contract inspector reviewed the DVD, as well as one banner photograph printed from a link on the Dead Men Hanging Productions website, and identified all performers by stage name or by still photographs taken from the DVD and banner photograph. A total of 12 performers were identified as appearing in the DVD, and one performer was identified as appearing in the banner photograph from the link on the Dead Men Hanging Productions website. Prior to the inspection, the contract inspector printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

The streaming video downloaded from the internet to a DVD did not contain the required 2257 information. However, during the course of the inspection, the contract inspector requested and was provided with a retail copy of the DVD for the movie that was downloaded via streaming video. The contract inspector determined that the retail copy of the DVD contained the required 2257 information in the proper format. The exact cause for the omission of the 2257 information on the streaming video could not be determined, nor could it be determined if the omission was caused by the unrelated third party distributor prior to downloading to possibly save bandwidth and facilitate the streaming process, or if the omission occurred due to a technical error during the actual downloading process. Since Dead Men Hanging Productions was able to provide a retail copy of the DVD with the required 2257 information in the proper format, no finding was issued for this matter. After the inspection on 03/13/2007, it was determined Dead Men Hanging Productions had no

SUBJECT TO PROTECTIVE ORDER

2257 violations.

During this inspection, all provisions of 18 U.S.C. §2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER                    FBI_001414

**FINDINGS**

None.

**PRODUCER'S RESPONSE TO FINDINGS**

Not applicable.

**PRE-INSPECTION PROCEDURES**

The following pre-inspection procedures were followed:

1.      Dead Men Hanging Productions was randomly selected from a database of known producers of adult products using a computerized random selection program.

2.      A sample of Dead Men Hanging Productions DVDs was downloaded from the internet to a DVD via streaming video and the method of purchase was documented and maintained in a FD-340 (1A) envelope with the case file.

3.      All products downloaded were reviewed for 18 U.S.C. §2257 compliance and a pre-inspection analysis was conducted for the DVD and banner photograph printed from a link on the Dead Men Hanging Productions website.

4.      All performers depicted engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the DVD and banner photograph.

**INSPECTION PROCEDURES**

The following inspection procedures were followed:

1.      The inspection began at approximately 10:50 a.m. during regular business hours.

2.      SSA Stephen G. Lawrence, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Dead Men Hanging Productions.

3.      SSA Lawrence explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4.      Digital photographs were taken of the business, the room used to store 18 U.S.C. §2257 records, and the room to be used by the inspection team during the inspection.

5.      The contract inspector reviewed the 18 U.S.C. §2257 records maintained by Dead Men Hanging Productions for the DVD reviewed, as well as the one banner photograph printed from the link on the Dead Men Hanging Productions website, to include the performers appearing therein.

6.      Copies were made of the selected performers' identifications indicating date of

birth.

7.    The inspection concluded at approximately 12:00 p.m.

8.    Digital photographs were taken of the room used by the inspection team prior
to departing the place of business.

SUBJECT TO PROTECTIVE ORDER                    FBI_001419

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER          FBI_001421

DEAD MEN HANGING PRODUCTIONS

| TITLE | PRODUCTION DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| DIRTY FUCKIN' PICTURES | 4/23-5/21/05 | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | (P-1) | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| DIRTY FUCKIN' PICTURES | | | | |
| TIGER@DEADMENHANGING.COM(BANNER) | 6/18/2005 | | | |

SUBJECT TO PROTECTIVE ORDER

Page 1 of 1

FBI_001422

# PHOTO LOG / PHOTOS

CAMERA _NIKON COOLPIX 995_  LENS - Normal - N

FILM : ASA _DIGITAL_    Wide - W

ROLL No. _____    Macro - M

    Tele. - T

LIGHT - Available - A

Elec.Strobe - E

Flashbulb - F

(F)  1 GADAMEN HANGING

| Photo No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|-----------|------|-------|-----|----------|-------------|------------------|
| 1 | | | | | 1 GADAMEN HANGING TITLE PAGE | |
| 2 | | | | | EXTERIOR BUILDING 638 POSTAL VISTA, CA | |
| 3 | | | | | FRONT DOOR TO SUITES 2ND FLOOR | |
| 4 | | | | | FRONT DOOR OF OFFICE +C DMHP, INC. | |
| 5 | | | | | CONFERENCE ROOM ACROSS FROM OFFICE +C REFORE INSPECTION ON | |
| 6 | | | | | INSIDE OF OFFICE WITH FILES ON DESK | |
| 7 | | | | | 2ND PHOTO OF OFFICE | |
| 8 | | | | | COMPUTER SCREEN - DESA INFORMATION | |
| 9 | | | | | CONFERENCE ROOM AFTER INSPECTION WITHOUT FLASH | |
| 10 | | | | | CONFERENCE ROOM AFTER INSPECTION WITH FLASH | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |

REMARKS

SUBJECT TO PROTECTIVE ORDER

FBI_001430

## INSPECTION COMPLIANCE DETERMINATION

Dead Men Hanging Productions was determined to be in compliance with 18 U.S.C. §2257 and 28 C.F.R. Part 75.

SUBJECT TO PROTECTIVE ORDER                    FBI_001462