# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

## OF

**Darkside Entertainment**
**14141 Covello St., #5B**
**Van Nuys, CA 91405**

**Date of <u>Re-Inspection</u>: 04/09/2007**

## **TABLE OF CONTENTS**

Producer Information                         Tab  1
Inspection Summary

Findings                                     Tab  2
New Findings
Producer Response to Findings

Pre-Inspection Procedures                    Tab  3
Inspection Procedures

Records Verification Spreadsheet             Tab  4

FD-302s                                      Tab  5

Photo Log/Photos                             Tab  6

2257 Checklists                              Tab  7

Inspection Compliance Determination          Tab  8

SUBJECT TO PROTECTIVE ORDER          FBI_001734

# REGULATORY INSPECTIONS REPORT

Report of:        SSA Charles R. Joyner,
                  2257 Regulatory Inspections Program, Crimes Against Children Unit,
                  Violent Crimes Section, Criminal Investigative Division
Report Date:   April 30, 2007
File Number:   [ (F) ]        Darkside2

## PRODUCER INFORMATION

A re-inspection was conducted of Darkside Entertainment pursuant to 18 USC
2257 and 28 Code of Federal Regulations Part 75.  The re-inspection was conducted at
Darkside Entertainment on 04/09/2007, at 14141 Covello St., #5B, Van Nuys, CA 91405.
The initial inspection of Darkside Entertainment was conducted on 09/12/2006.  Several
violations remained unresolved from the first inspection, creating a need for the re-
inspection. [redacted] manager of Darkside Entertainment, phone number (818)778-
6537, granted access and was present during the inspection.

## INSPECTION SUMMARY

DVDs produced by Darkside Entertainment were ordered from the internet.
Contract inspectors reviewed four DVDs in addition to the nine DVDs from the first
inspection and identified all performers by stage name or by still photographs taken from
the video.  All videos reviewed contained the required 2257 information in the proper
format.  A total of 37 performers were identified as appearing in the four DVDs, and 78
performers were previously identified as appearing in the nine DVDs from the first
inspection.  Prior to the inspection, contract inspectors printed several still photographs of
each performer's face from different camera angles.  During the inspection, the still
photographs were compared with the performer identification on record to ensure the
identification was, in fact, of that performer.

After the re-inspection on April 9, 2007, it was determined Darkside
Entertainment had 2257 violations, including identical violations from the first
inspection.  Violations that remained unresolved from the first inspection on 09/12/2006
included no 2257 records were available for the movie "Around the Way Girls," the
photo identification of [ (P-1) ] was not identifiable, and
performer names were not cross-referenced.  No new violations were discovered from the
additional four DVDs reviewed.  Details of the violations are listed in the findings section
of this report.  Copies of available pertinent records were made by the inspection team.

During this inspection, all provisions of 18 USC 2257 guidelines were followed
by the inspection team.

SUBJECT TO PROTECTIVE ORDER

# FINDINGS

## Unresolved Violations from Initial Inspection upon Initiating Re-Inspection

1.      2257 information for "Around the Way Girls" was not maintained at the Darkside Entertainment place of business.

>       2257 (c) – "Any person to whom subsection (a) applies shall maintain the records required by this section at his business premises…"
>       28 CFR Part 75.4 – "Any producer required by this part to maintain records shall make such records available at the producer's place of business."

2.      For the movie, "In the Thick #4," the photo identification for [ (P-1) ] stage name [ (P-1) ] was not identifiable.

>       28 CFR Part 75.2 - "…the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

3.      Records were not properly cross-referenced.

>       28 CFR Part 75.3 - "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier…"
>       "Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

>       28 CFR 75.2(a)(3) – Records are to be organized alphabetically and cross-referenced to each alias or other name used and to each title.

## New Findings

None

SUBJECT TO PROTECTIVE ORDER                    FBI_001738

**Producer Response to Findings:**

1.  Photo identification records for all performers appearing in "Around the Way Girls" were provided.  However, photo identification for ⬛(P-1)⬛ ⬛(P-1)⬛ ⬛(P-1)⬛ are not identifiable.

2.  A recognizable photo identification of ⬛(P-1)⬛ was provided.

3.  None.  No attempt has been made to create a cross reference system.

SUBJECT TO PROTECTIVE ORDER

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Darkside Entertainment was selected for re-inspection at the request of the Los Angeles United States Attorney's Office (USAO). The USAO requested Darkside Entertainment be re-inspected because violations remained unresolved from the initial inspection.

2. A sample of Darkside Entertainment DVDs was ordered and the method of purchase was documented and maintained in a 1A envelope with the case file.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.


## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 9:30 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Darkside Entertainment.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Joyner provided the manager of Darkside Entertainment with a letter advising Darkside Entertainment they could be re-inspected at any time if violations are discovered. The manager also confirmed he had received a letter by Federal Express advising the company they were subject to re-inspection at any time.

5. Digital photographs were taken of the business and the room used to store 2257 information prior to the inspection.

6. Inspectors reviewed the 18 USC 2257 records maintained by Darkside Entertainment for the thirteen videos reviewed (nine on the initial inspection and four on the re-inspection), to include the performers appearing therein.

SUBJECT TO PROTECTIVE ORDER

7. Copies were made of the selected performers' identifications indicating date of birth.

8. The inspection concluded at approximately 11:30 a.m.

9. Digital photographs were taken of the room used to store 2257 information prior to the inspectors departing the place of business.

SUBJECT TO PROTECTIVE ORDER

FBI_001742

# RECORDS VERIFICATION SPREADSHEET

(Darkside Re-inspection of 04/09/2007)

SUBJECT TO PROTECTIVE ORDER  FBI_001744

DARKSIDE 2

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| MADE FOR HARDCORE EPIS 1 | 5/5/2003 | | | |
| MADE FOR HARDCORE EPIS 1 | | | | |
| MADE FOR HARDCORE EPIS 1 | | | | |
| MADE FOR HARDCORE EPIS 1 | | | | |
| MADE FOR HARDCORE EPIS 1 | | | | |
| MADE FOR HARDCORE EPIS 1 | | | | |
| BIG MAN'S DOING IT BIG 2 | 7/3, 6, 7, 12, & 14/06 | | | |
| BIG MAN'S DOING IT BIG 2 | | | | |
| BIG MAN'S DOING IT BIG 2 | | | | |
| BIG MAN'S DOING IT BIG 2 | | | | |
| BIG MAN'S DOING IT BIG 2 | | | | |
| BIG MAN'S DOING IT BIG 2 | | (P-1) | | |
| BIG MAN'S DOING IT BIG 2 | | | | |
| BIG MAN'S DOING IT BIG 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | 8/15/2006 | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| BOOTYCALL EDITION NUMBER 2 | | | | |
| SUGAR #10 | 1/30/2002 | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |
| SUGAR #10 | | | | |

SUBJECT TO PROTECTIVE ORDER

DARKSIDE 2

FBI_001745

# RECORDS VERIFICATION SPREADSHEET

(Darkside Inspection of 09/12/2006)

FBI_001746

DARKSIDE.XLS

Page 1

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|-------|-----------|----------------|-----|-----------|
| AROUND THE WAY GIRLS | 10/18/1999 | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| AROUND THE WAY GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | 9/4/2002 | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | | | |
| DOUBLE PENETRATION GIRLS | | (P-1) | | |
| FREAKS OF THE INDUSTRY #2 | 12/9/1999 | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY #2 | | | | |
| FREAKS OF THE INDUSTRY 5 | 2/25/2002 | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |
| FREAKS OF THE INDUSTRY 5 | | | | |

Page 1

SUBJECT TO PROTECTIVE ORDER

FBI_001747

DARKSIDE.XLS

Page 2

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| IN THE THICK | 3/24/2000 | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK | | | | |
| IN THE THICK 9 | 9/9/2003 | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK 9 | | | | |
| IN THE THICK VOL. 4 | 8/6/2001 | | (P-1) | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| IN THE THICK VOL. 4 | | | | |
| SUGAR FIVE | 5/1/2000 | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |
| SUGAR FIVE | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001748

DARKSIDE.XLS

Page 3

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|-------|-----------|----------------|-----|-----------|
| TIG OLE BITTIES | 3/12/2003 | | (P-1) | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |
| TIG OLE BITTIES | | | | |

SUBJECT TO PROTECTIVE ORDER

Page 3

FBI_001749

# PHOTO LOG/PHOTOS

SUBJECT TO PROTECTIVE ORDER

LIGHT - Available - A
Elec.Strobe - E
Flashbulb - F

LENS - Normal - N
Wide - W
Macro - M
Tele. - T

CAMERA 001214 12
FILM : ASA Digital
ROLL No. _____

| Photo No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch | REMARKS |
|---|---|---|---|---|---|---|---|
| 1 | | | | | Title page - Part Side 2 | | |
| 2 | | | | | Title page - Building - Darkside | | |
| 3 | | | | | 205-B front door | | |
| 4 | | | | | file cabinet - (225) work room | | |
| 5 | | | | | file cabinet - (225) work room | | |
| 6 | | | | | wood top cabinet | | |
| 7 | | | | | work area 2 glass table | | |
| 8 | | | | | work area 1 before inspection | | |
| 9 | | | | | work area after inspection | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001760

## INSPECTION COMPLIANCE DETERMINATION

Darkside Entertainment was found **NOT** to be in compliance with 18 USC 2257 and 28 CFR 75.

SUBJECT TO PROTECTIVE ORDER                    FBI_001806