# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**Moonlight Entertainment**
**8536 Oso Ave.**
**Winnetka, CA 91306**

### Date of Inspection: 05/03/2007

# TABLE OF CONTENTS

Producer Information                                      Tab      1
Inspection Summary

Findings                                                 Tab      2

Pre-Inspection Procedure                                 Tab      3
Inspection Procedure

Records Verification Spreadsheet                         Tab      4

FD-302s                                                  Tab      5

Photo Log/Photos                                         Tab      6

2257 Checklists                                          Tab      7

Inspection Compliance Determination                      Tab      8

SUBJECT TO PROTECTIVE ORDER                        FBI_001812

# REGULATORY INSPECTIONS REPORT

Report of:    SSA Charles R. Joyner,
                2257 Regulatory Inspections Program, Crimes Against Children Unit,
                Violent Crimes Section, Criminal Investigative Division

Report Date:  May 8, 2007

File Number:         (F)      Moonlight

## PRODUCER INFORMATION

An inspection was conducted of Moonlight Entertainment pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at the residence of ████████ (aka ████████ the former owner of Moonlight Entertainment. Per California State records, Moonlight Entertainment officially went out of business in 2003. The 2257 records were maintained in file cabinets located in the garage of Miller's residence.

## INSPECTION SUMMARY

DVDs produced by Moonlight Entertainment were ordered from the internet. Contract inspectors reviewed four DVDs and identified all performers by stage name or by still photographs taken from the video. All videos reviewed contained the required 2257 information in the proper format. A total of 38 performers were identified as appearing in the four DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on May 3, 2007, it was determined Moonlight Entertainment had three 2257 violations. These were one illegible photo identification, photo identification with an illegible date of birth, and an incomplete cross reference system.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

# FINDINGS

1.  A limited cross reference system was in place at the time of the inspection.
    The cross reference system consisted of file folders maintained in alphabetical
    order by performer stage name. In each folder were copies of photo
    identification containing true name and date of birth, as well as medical
    records and model release forms. Records were not maintained as to identify
    all sexually explicit materials in which the performer appeared.

    *28 CRF Part 75.3 – "Records required to be maintained under this part shall
    be categorized and retrievable to: All name(s) of each performer, including
    any alias, maiden name, nickname, stage name or professional name of the
    performer; and including the title, number, or similar identifier..."*

2.  The photo identification for [ (P-1) ] appearing in "Cat Lickers #4," was
    not identifiable.

    *28 CFR Part 75.2 – "...the records shall also include a legible copy of the
    identification document examined and, if that document does not contain a
    recent and recognizable picture of the performer, a legible copy of a picture
    identification card."*

3.  The date of birth of [ (P-1) ] appearing in "Decadent Dreams," was not legible
    on her photo identification.

    *28 CFR Part 75.2 – "...the records shall also include a legible copy of the
    identification document examined and, if that document does not contain a
    recent and recognizable picture of the performer, a legible copy of a picture
    identification card."*

## Producer Response to Findings:

1.  As Moonlight Entertainment is no longer in business, and will no longer
    be required to keep records as of 2008 (i.e., five years after the date of
    official dissolution of business), it is not necessary to update the cross
    reference system.

2.  Adequate photo identification was provided for [ (P-1) ]

3.  Adequate photo identification was provided for [ (P-1) ]

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Moonlight Entertainment was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2. A sample of Moonlight Entertainment DVDs was ordered and the method of purchase was documented.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 9:30 a.m. Prior contact had been made with ▮▮▮ by telephone, and this was the time he agreed to meet the inspectors at his residence.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon arriving at ▮▮▮'s residence.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Joyner provided ▮▮▮ with a letter explaining the parameters of the inspection and that Moonlight Entertainment could be re-inspected at any time if violations were discovered.

5. Digital photographs were taken prior to the inspection of the front of the residence and the garage in which the 2257 records were stored. A disc containing a total of five photographs was placed in a 1A envelope and maintained with the case file.

6. The Inspectors departed ▮▮▮'s residence at approximately 11:15 a.m.

7. A digital photograph was taken of the file cabinets used to store 2257 information prior to the inspectors departing the residence.

SUBJECT TO PROTECTIVE ORDER

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER            FBI_001820

MOONLIGHT

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|-------|------------|----------------|-----|-----------|
| ANAL ARISTOCRATS | Sep-96 | | | |
| ANAL ARISTOCRATS | | | | |
| ANAL ARISTOCRATS | | | | |
| ANAL ARISTOCRATS | | | | |
| ANAL ARISTOCRATS | | | | |
| ANAL ARISTOCRATS | | | | |
| ANAL ARISTOCRATS | | | | |
| ANAL ARISTOCRATS | | | | |
| CAT LICKERS 4 | Nov-96 | | (P-1) | |
| CAT LICKERS 4 | | | | |
| CAT LICKERS 4 | | | | |
| CAT LICKERS 4 | | | | |
| CAT LICKERS 4 | | | | |
| CAT LICKERS 4 | | | | |
| CAT LICKERS 4 | | | | |
| CAT LICKERS 4 | | | | |
| DECADENT DREAMS | Jan-97 | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |
| DECADENT DREAMS | | | | |

Page 1 of 2

SUBJECT TO PROTECTIVE ORDER

FBI_001821

MOONLIGHT

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| KNIGHT IN SHINING PANTIES | 0/0/1996 | | (P-1) | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |
| KNIGHT IN SHINING PANTIES | | | | |

FBI_001822

SUBJECT TO PROTECTIVE ORDER

# PHOTO LOG/PHOTOS

SUBJECT TO PROTECTIVE ORDER               FBI_001831

LIGHT - Available - A
Elec.Strobe - E
Flashbulb - F

LENS - Normal - N
Wide - W
Macro - M
Tele. - T

CAMERA _____
FILM : ASA Digital
ROLL No. _____

## Photo Log Sketch

| Photo No. | Lens | Light | SS | f - stop | Description |
|---|---|---|---|---|---|
| 1 | | | | | Sketch – Moonlight Intertainment |
| 2 | | | | | residence from access the street |
| 3 | | | | | garage where 2057 records located |
| 4 | | | | | 2057 Records file cabinet - from files |
| 5 | | | | | 4 Cabinets – after inspection picture |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |

5/3/2007

REMARKS

FBI_001832

SUBJECT TO PROTECTIVE ORDER

## INSPECTION COMPLIANCE DETERMINATION

Moonlight Entertainment was determined not to be in compliance with 18 USC 2257 and 28 CFR 75.  All violations were resolved to the inspectors' satisfaction prior to the submission of this report.

SUBJECT TO PROTECTIVE ORDER                    FBI_001874