# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**Shane's World Studios**
**9744 Variel Ave.**
**Chatsworth, CA 91311**

**Date of Inspection: 05/07/2007**

SUBJECT TO PROTECTIVE ORDER          FBI_001879

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Producer Information<br>Inspection Summary | Tab | 1 |
| Findings | Tab | 2 |
| Pre-Inspection Procedure<br>Inspection Procedure | Tab | 3 |
| Records Verification Spreadsheet | Tab | 4 |
| FD-302s | Tab | 5 |
| Photo Log/Photos | Tab | 6 |
| 2257 Checklists | Tab | 7 |
| Inspection Compliance Determination | Tab | 8 |

# REGULATORY INSPECTIONS REPORT

Report of: SSA Charles R. Joyner,
2257 Regulatory Inspections Program, Crimes Against Children Unit,
Violent Crimes Section, Criminal Investigative Division

Report Date: May 8, 2007

File Number: ██████ (F) ███ SWS

## PRODUCER INFORMATION

An inspection was conducted of Shane's World Studios pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at Shane's World Studios on May 7, 2007, at 9744 Variel Ave., Chatsworth, CA 91311. ██████ ██████ ("industry" name, ██████████), the owner of Shane's World Studios, telephone number ██████████, granted access and was present during the inspection. Also present and assisting with the inspection was Shane's World Studio employee ██████ ██████ is responsible for maintaining Shane's World Studio's 2257 records.

## INSPECTION SUMMARY

DVDs produced by Shane's World Studio were ordered from the internet. Contract inspectors reviewed ten DVDs and identified all performers by stage name or by still photographs taken from the video. All videos reviewed contained the required 2257 information in the proper format. A total of 124 performers were identified as appearing in the ten DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on May 7, 2007, it was determined Shane's World Studio had no 2257 violations.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER

)                                              )

# FINDINGS

### NONE

**Producer Response to Findings:**

N/A

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1.  Shane's World Studio was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2.  A sample of Shane's World Studio DVDs was ordered and the method of purchase was documented.

3.  All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4.  All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1.  Inspection began at approximately 9:50 a.m. during regular business hours.

2.  SSA Charles Joyner, the Lead Inspector, immediately identified himself upon entering Shane's World Studio.

3.  SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4.  SSA Joyner provided     with a letter explaining the parameters of the inspection and that Shane's World Studio could be re-inspected at any time if violations were discovered.

5.  Digital photographs were taken of the business, location of 2257 records storage, and the working area assigned to the inspectors. Prior to the inspection, a disc containing a total of seven photographs was placed in a 1A envelope and maintained with the case file.

6.  Inspectors reviewed the 18 USC 2257 records maintained by Shane's World Studio for the ten videos reviewed, to include the performers appearing therein.

7.  The inspection concluded at approximately 1:30 p.m.

8.  A digital photograph was taken of the room which served as the inspectors' work area prior to the inspectors departing the place of business.

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| SHANE'S WORLD 39 CASEY'S POOL PARTY | 5/17,9/25/06 | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| SHANE'S WORLD 39 CASEY'S POOL PARTY | | | | |
| | | | | |
| SLUMBER PARTY #20 | 1/27/2006 | | | |
| SLUMBER PARTY #20 | | | | |
| SLUMBER PARTY #20 | | | | |
| SLUMBER PARTY #20 | | | | |
| SLUMBER PARTY #20 | | | | |
| SLUMBER PARTY #20 | | | | |
| SLUMBER PARTY #20 | | | | |
| SLUMBER PARTY #20 | | | | |
| SLUMBER PARTY #20 | | | | |
| | | | | |
| SHANE'S WORLD #24 SPRING BREAK | Mar-00 | | | |
| SHANE'S WORLD #24 SPRING BREAK | | (P-1) | | |
| SHANE'S WORLD #24 SPRING BREAK | | | | |
| SHANE'S WORLD #24 SPRING BREAK | | | | |
| SHANE'S WORLD #24 SPRING BREAK | | | | |
| SHANE'S WORLD #24 SPRING BREAK | | | | |
| | | | | |
| SHANE'S WORLD #34 MIAMI | Aug-03 | | | |
| SHANE'S WORLD #34 MIAMI | | | | |
| SHANE'S WORLD #34 MIAMI | | | | |
| SHANE'S WORLD #34 MIAMI | | | | |
| SHANE'S WORLD #34 MIAMI | | | | |
| SHANE'S WORLD #34 MIAMI | | | | |
| | | | | |
| SHANE'S WORLD #35 SWINGERS | Jul-04 | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |

FBI_001889

Shane Enterprises

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| SHANE'S WORLD #35 SWINGERS | 4-Jul | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| SHANE'S WORLD #35 SWINGERS | | | | |
| | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | Jul-99 | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| SHANE'S WORLD #19 TROPICAL PARADISE | | | | |
| | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | Jun-00 | | | |
| SHANE'S WORLD #25SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | (P-1) | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| SHANE'S WORLD #25 SCAVENGER HUNT 2 | | | | |
| | | | | |
| GIRLS NIGHT OUT #3 | 3/7/2006 | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |
| GIRLS NIGHT OUT #3 | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001890

Shane Enterprises

| VIDEO | PROD. DATE | PERFORMER NAME | DOB | TRUE NAME |
|---|---|---|---|---|
| RAGIN' RAPIDS | Sep-99 | | | |
| RAGIN' RAPIDS | | | | |
| RAGIN' RAPIDS | | | | |
| RAGIN' RAPIDS | | | | |
| RAGIN' RAPIDS | | | | |
| RAGIN' RAPIDS | | | | |
| RAGIN' RAPIDS | | | | |
| | | | | |
| COLLEGE INVASION VOL. 7 | 11-Aug-05 | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | (P-1) | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |
| COLLEGE INVASION VOL. 7 | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001891

# PHOTO LOG/PHOTOS

FILM : ASA _Digita_    Wide - W    Elec.Strobe - E
ROLL No. _____    Macro - M    Flashbulb - F
Tele. - T

| hoto No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|---|---|---|---|---|---|---|
| 1 | | | | | Title Sheet - 9744 Verial St. | |
| 2 | | | | | title sheet - with date - | |
| 3 | | | | | building | |
| 4 | | | | | front door | |
| 5 | | | | | 2 & 7 Cabinets - record room | |
| 6 | | | | | work room | |
| 7 | | | | | work room - after inspection | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | **REMARKS** |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_001911

## INSPECTION COMPLIANCE DETERMINATION

Shane's World Studio was determined to be in compliance with 18 USC 2257 and 28 CFR 75.