# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
### (18 U.S.C. §2257)

### OF

**Don Goo Enterprises,
in care of Pacific Business Capital Corporation
245 Fischer Avenue, Suite A1
Costa Mesa, CA 92626**

**Date of Inspection:  05/22/2007**

SUBJECT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

Producer Information                             Tab     1
Inspection Summary

Findings                                         Tab     2
Producer's Response to Findings

Pre-Inspection Procedures                        Tab     3
Inspection Procedures

Records Verification Spreadsheet                 Tab     4

FD-302s                                          Tab     5

Photo Log/Photos                                 Tab     6

2257 Checklists                                  Tab     7

Inspection Compliance Determination              Tab     8

SUBJECT TO PROTECTIVE ORDER

## REGULATORY INSPECTIONS REPORT

Report of: SSA Stephen G. Lawrence,
2257 Regulatory Inspections Unit, Crimes Against Children Unit,
Violent Crimes Section, Criminal Investigative Division

Report Date: 07/25/2007

File Number:    (F)   DON GOO

## PRODUCER INFORMATION

An inspection was conducted of Don Goo Enterprises pursuant to Title 18, United States Code Section 2257 (18 U.S.C. §2257) and Title 28, Code of Federal Regulations Part 75 (28 C.F.R. Part 75). The inspection was conducted on 05/22/2007 at a storage facility rented by Pacific Business Capital Corporation, located at 1250 South East Bristol, Unit A161, Costa Mesa, California, 92626, and at the offices of Pacific Business Capital Corporation, 245 Fischer Avenue, Suite A1, Costa Mesa, California, 92626. ░░░░░░░░ of Pacific Business Capital Corporation, telephone numbers ░░░░░░░░ and ░░░░░░░░, granted access and was present during the inspection at the storage facility. Also present was ░░░░░░░░, Marketing Manager for Pacific Business Capital Corporation, who was present throughout the inspection at the storage facility and Pacific Business Capital Corporation's offices.

## INSPECTION SUMMARY

DVDs produced by Don Goo Enterprises were ordered via the Internet. Contract inspectors reviewed four DVDs and identified all performers by stage name or by still photographs taken from the DVDs. All but one of the DVDs reviewed contained the required 2257 information in the proper format. A total of 41 performers were identified as appearing in the four DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

In 09/2004, ░░░░░░░░, President of Don Goo Enterprises, signed an "Accounts Receivable Purchase & Security Agreement" with Pacific Business Capital Corporation, a commercial financing and factoring company. In 2005, Don Goo Enterprises was taken over by Pacific Business Capital Corporation. In 08/2005, ░░░░░░░░, the custodian of records for Don Goo Enterprises, was removed from his position by Pacific Business Capital Corporation. ░░░░ took over ░░░░'s position, but subsequently suffered a (P-1) Since no one was left to run the company, Pacific Business Capital Corporation seized all of the business records of Don Goo Enterprises, which ceased operations in late 2005. ░░░░ has been named as a defendant in a lawsuit against him for fraud, which was filed by Pacific

)                                                    )

Business Capital Corporation.  In turn, ▮▮▮ has filed a lawsuit against ▮▮▮ who has sided with Pacific Business Capital Corporation in the dispute.

On 05/11/2007, an inspection was attempted at ▮▮▮ s residence, based on information he had provided to the Lead Inspector.  However, it was determined that ▮▮▮ did not have the 2257 records and he was interviewed to ascertain their whereabouts.

On 05/22/2007, Pacific Business Capital Corporation provided access to all of the records that had been seized from Don Goo Enterprises.  The records were stored in the storage facility cited above and at Pacific Business Capital Corporation's offices.  Although a number of 2257 records were located, 2257 records could not be located for the four DVDs selected for review.

The Lead Inspector determined that additional 2257 records that may still be in the possession of ▮▮▮ s attorney, who has refused to turn them over to Pacific Business Capital Corporation.  ▮▮▮ s attorney told the Lead Inspector he did not have time to go through the boxes, so the Lead Inspector advised the attorney he would go through them himself.  However, upon further discussion with other personnel from the 2257 Regulatory Inspections Unit, it was decided that all of the 2257 records are required to be maintained in one place.  Accordingly, the Lead Inspector advised ▮▮▮ 's attorney that he would not go through the boxes either.

After the inspection on 05/22/2007, it was determined that Don Goo Enterprises had four 2257 violations.

During this inspection, all provisions of 18 U.S.C. §2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER

**FINDINGS**

1.  No cross-reference system was found at the time of inspection.

    28 CFR Part 75.2(a)(3) - "Records required to be created and maintained under this part shall be organized alphabetically, or numerically where appropriate, by the legal name of the performer...and shall be indexed or cross-referenced to each alias or other name used and to each title or identifying number of the book, magazine, film videotape, digitally-or computer manipulated image, digital image, picture, URL, or other matter."

    28 CFR Part 75.3 - "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier...Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

    28 CFR Part 75.4 - "If the organization is dissolved, the individual who was responsible for maintaining the records on behalf of the organization...shall continue to maintain the records for a period of five years after dissolution."

2.  2257 records were not separately maintained from other records of the business, which were mixed in with the 2257 records.

    28 CFR Part 75.2(e) - "Records required to be maintained under this part shall be segregated from all other records, shall not contain any other records, and shall not be contained within any other records."

3.  No photo identification, date of birth or other identifying records were provided for any of the performers appearing in the DVDs entitled "Bang Cock Hookers," "Juicy Lolitas," "Pacific Rim University," and "Sunshyn's Amateurs."

    18 U.S.C. §2257(a) - "Whoever produces any book, magazine, periodical, film, videotape, or other matter which (1) contains one or more visual depictions made after November 1, 1990 of actual sexually explicit conduct; and (2) is produced in whole or in part with materials which have been mailed or shipped in interstate or foreign commerce, or is shipped or transported or is intended for shipment or transportation in interstate or foreign commerce; shall create and maintain individually identifiable records pertaining to every performer portrayed in such a visual depiction."

    18 U.S.C. §2257(c) - "Any person to whom subsection (a) applies shall maintain the

records required by this section at his business premises, or at such other place as the Attorney General may by regulation prescribe and shall make such records available to the Attorney General for inspection at all reasonable times."

28 CFR Part 75.2(a) - "Any producer...shall, for each performer portrayed in such visual depiction, create and maintain records containing the following: (1) The legal name and date of birth of each performer, obtained by the producer's examination of a picture identification card. For any performer portrayed in such a depiction made after July 3, 1995, the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card..."

28 CFR Part 75.4 - "Any producer required by this part to maintain records shall make such records available at the producer's place of business...If the producer ceases to carry on the business, the records shall be maintained for five years thereafter...If the organization is dissolved, the individual who was responsible for maintaining the records on behalf of the organization, as described in §75.6(b), shall continue to maintain the records for a period of five years after dissolution."

4.   The 2257 statement contained on the DVD entitled "Pacific Rim University" did not contain the proper movie title (i.e., "Crouching Cocks/Hidden Holes") and a date of production of 07/06/2001, which was different from the date of production of 05/15/2001 listed on the face of the DVD.

28 CFR Part 75.6(b) - "Every statement shall contain:
(1)   The title...and
(2)   The date of production..."

28 CFR Part 75.6(d) - "The information contained in the statement must be accurate as of the date on which the book, magazine, periodical, film, videotape, digitally or computer-manipulated image, digital image, picture, or other matter is produced or reproduced."

## PRODUCER'S RESPONSE TO FINDINGS

None.

SUBJECT TO PROTECTIVE ORDER

## PRE-INSPECTION PROCEDURES

The following pre-inspection procedures were followed:

1. Don Goo Enterprises was randomly selected from a database of known producers of adult products using a computerized random selection program.

2. A sample of Don Goo Enterprises DVDs was ordered via the Internet and the method of purchase was documented.

3. All products ordered were reviewed for 18 U.S.C. §2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the DVDs.

## INSPECTION PROCEDURES

The following inspection procedures were followed:

1. The inspection began at approximately 11:00 a.m. during regular business hours.

2. SSA Stephen G. Lawrence, the Lead Inspector, immediately identified himself and the purpose of the inspection upon meeting                from Pacific Business Capital Corporation at the storage facility.

3. SSA Lawrence explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Lawrence provided                with a letter explaining the parameters of the inspection and advising Don Goo Enterprises could be re-inspected at any time if violations were discovered.

5. Prior to the inspection, digital photographs were taken of the storage facility and location of the 18 U.S.C. §2257 records storage. A disc containing a total of nine photographs was placed in an FD-340 (1A) envelope and maintained with the case file.

6. The inspection concluded at approximately 1:30 p.m.

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

**DON GOO ENTERPRISES**

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | (P-1) | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | UNKNOWN MALE #1 | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | UNKNOWN MALE #2 | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | UNKNOWN MALE #3 | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | UNKNOWN MALE #4 | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | UNKNOWN MALE #5 | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | UNKNOWN MALE #6 | NOT AVAILABLE | NOT AVAILABLE |
| BANG COCK HOOKERS | 04/99, 03/00, 10/00, 10/03, & 01/04 | UNKNOWN MALE #7 | NOT AVAILABLE | NOT AVAILABLE |
| | | | | |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | (P-1) | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| JUICY LOLITAS | 2/2000, 12/2000, 2/2003, 5/2004, 9/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| | | | | |
| PACIFIC RIM UNIVERSITY | 5/15/2001 | | NOT AVAILABLE | NOT AVAILABLE |
| PACIFIC RIM UNIVERSITY | 5/15/2001 | | NOT AVAILABLE | NOT AVAILABLE |
| PACIFIC RIM UNIVERSITY | 5/15/2001 | (P-1) | NOT AVAILABLE | NOT AVAILABLE |
| PACIFIC RIM UNIVERSITY | 5/15/2001 | | NOT AVAILABLE | NOT AVAILABLE |
| PACIFIC RIM UNIVERSITY | 5/15/2001 | | NOT AVAILABLE | NOT AVAILABLE |

FBI_002023

**DON GOO ENTERPRISES**

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| PACIFIC RIM UNIVERSITY | 5/15/2001 | | NOT AVAILABLE | NOT AVAILABLE |
| PACIFIC RIM UNIVERSITY | 5/15/2001 | (P-1) | NOT AVAILABLE | NOT AVAILABLE |
| PACIFIC RIM UNIVERSITY | 5/15/2001 | | NOT AVAILABLE | NOT AVAILABLE |
| | | | | |
| SUNSHYN'S AMATEURS | 6/00/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| SUNSHYN'S AMATEURS | 6/00/2004 | UNKNOWN MALE | NOT AVAILABLE | NOT AVAILABLE |
| SUNSHYN'S AMATEURS | 6/00/2004 | UNKNOWN FEMALE | NOT AVAILABLE | NOT AVAILABLE |
| SUNSHYN'S AMATEURS | 6/00/2004 | UNKNOWN FEMALE | NOT AVAILABLE | NOT AVAILABLE |
| SUNSHYN'S AMATEURS | 6/00/2004 | UNKNOWN FEMALE | NOT AVAILABLE | NOT AVAILABLE |

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription      07/24/2007

      On 04/24/2007,          was telephonically contacted at cellular telephone number       . After being advised of the identity of the interviewing agent and the nature of the interview,     provided the following information:

        was head of sales and ran a lot of productions for DON GOO ENTERPRISES (DON GOO), which was taken over by a finance company in approximately 08/2005.     never owned DON GOO.

      Hard copies of 2257 records related to DON GOO are at GENTLEMEN'S VIDEO, which bought the street distribution rights approximately six months ago.     still has digital copies of some, if not most, of DON GOO's 2257 records at his residence.

| | | | | |
|---|---|---|---|---|
| Investigation on | 04/24/2007 | at | West Hills, California | (telephonically) |
| File #   (F) | -DON GOO | | Date dictated | |
| by   SSA Stephen G. Lawrence | SUBJECT TO PROTECTIVE ORDER | | | FBI 002032 |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     07/24/2007

On 05/11/2007, ███████████████, born ██████████,
Social Security Number ████ (P-1) ████ was interviewed at his
residence, ████████████████████████████████████,
cellular telephone number ███████████. Also present during the
interview was contract Inspector James L. Paulson. After being
advised of the identity of the interviewing agent and the nature of
the interview, KRULL provided the following information:

DON GOO ENTERPRISES (DON GOO) was owned by GARY BERNARD,
who financed the company. █████ was the front man in charge of
sales for the company. █████ had the 2257 records for DON GOO, but
PACIFIC BUSINESS CAPITAL CORPORATION (PBCC), a factoring company
located in Orange County, California, removed █████ in 08/2005.
█████ took over sales, but subsequently had a ████ (P-1) ████ PBCC
took over after that, and came with a truck to the offices of DON
GOO and removed everything. █████ was not there since he had been
removed by PBCC, but █████ assumes the 2257 records were in the
filing cabinets the factoring company took. In addition, some
other companies were not getting paid by DON GOO, so those
companies came and removed stuff from the offices of DON GOO too.

"Bang Cock Hookers" and "Juicy Lolitas" were made by
█████. DON GOO initially just distributed these movies, but
acquired them at some point. DON GOO had prior deals where they
would pay a certain percentage up to a point and then would acquire
the rights to the movie, where the original owner would get paid
twice what it cost to make the movie. █████ thinks there was a
similar arrangement for "Bang Cock Hookers" and "Juicy Lolitas."
█████ is certain he never paid █████ ahead of time to make these
movies. █████ never did that with anyone. █████ only paid the day
of the shoot if DON GOO was shooting the movie.

█████████████████████████████████████████████ is a guy
in Chicago, Illinois, who is a friend of a friend, and runs a hedge
fund. █████ would call a talent agency for models and either fly
them to Chicago or he would fly to Los Angeles, California.
█████ would shoot four or five scenes for his own use. █████
appeared in the scenes, but his face was never shown because he did
not want people to know who he was, so █████ was the "mystery
man" appearing in the scenes he shot. █████ does not think █████
was in "Pacific Rim University," but definitely got the movie from

| | | | |
|---|---|---|---|
| Investigation on | 05/11/2007 | at | West Hills, California |
| File # | ███ (F) ███ | -DON GOO | Date dictated |
| by | SSA Stephen G. Lawrence | | |

SUBJECT TO PROTECTIVE ORDER                    FBI_002033

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

```
          (F)          DON GOO
```

Continuation of FD-302 of _____    , On 05/11/2007 , Page    2

███      ██████      probably bought the scenes from someone else, as
the performers in "Pacific Rim University" were not the normal ones
FNU LNU used for his scenes.  ██████believes "Pacific Rim
University" may have originally been under the TORRID label.

██████      (phonetic) introduced ████ to ████
████ made the LORD PERILOUS (phonetic) line that ████ still
has the 2257 records for. ██████ hired ████. ████ who
████ believes makes movies for ZERO TOLERANCE now, and ████
(phonetic) to make some movies. "Pacific Rim University" may be
the fallout from that relationship. ████ met ████ after
████ had already hired ██████ never did business
with ████. ██████ believes DON GOO only distributed "Pacific
Rim University." ██████should be able to provide information
regarding the production of "Pacific Rim University" and PBCC
should have the 2257 records.

    When DON GOO opened, they sent an announcement throughout
the industry via email. ██████████ of SUNSHYNE VIDEO in
Maryville, Tennessee, registered the Internet address of
"www.dongoo.com" before DON GOO could.  The Internet address
redirects to SUNSHYNE VIDEO's Internet website. ████████s actions
forced DON GOO into doing business with ████. DON GOO was
strictly a distributor for████and SUNSHYNE VIDEO.

    ██████ sent DON GOO two movies, "Sunshyn's Amateurs"
and "Real Amateur Porn #24," and asked DON GOO to distribute them.
████believes ██████ sent DON GOO a disk with electronic copies
of the 2257 records for the performers, but does not know what
happened to the disk. ██████provided the interviewing agent with a
printout containing contact information for SUNSHYNE VIDEO, 3531
Hwy 411 S, Maryville, Tennessee, 37801, telephone numbers ██████
████████████ and facsimile number ████████
████████understands SUNSHYNE is now a producer, distributor,
retailer and has an online presence with video-on-demand, etc.,
available through www.sunshynevod.com.

    DON GOO distributed "Real Amateur Porn #24," and may have
distributed "Sunshyn's Amateurs" for approximately one week before
they changed their mind and sent everything back to ████████ This
was in late 2005 towards the end before DON GOO was taken over by
PBCC. ██████ put ████s name as custodian of records in the
2257 statement on "Sunshyn's Amateurs" without ████'s consent
since ██████ thought DON GOO would distribute the movie and then

SUBJECT TO PROTECTIVE ORDER          FBI_002034

FD-302a (Rev. 10-6-95)

(F)  ━DON GOO

Continuation of FD-302 of ███████████ , On 05/11/2007 , Page  3

purchase it. ██████ told ██████ that he (████████) needed to keep the 2257 records since ██████ produced them.

██████ believes the factoring company, PBCC, intentionally "squeezed" DON GOO. DON GOO had hired a guy selected by PBCC, who submitted two recovery plans for DON GOO. However, both recovery plans were rejected. The plan was for a percentage of sales to go to the factoring company, a percentage to payroll, etc. Instead, for example, if $10,000 in sales were received, the factoring company would take the $10,000 and only give DON GOO $1,200, which was not enough cash flow for DON GOO to continue to operate. ██████ believes the factoring company wanted DON GOO's assets, which were worth more than the loan.

A lot of DON GOO material has been pirated and no one wants to deal with it because of questions surrounding ownership, etc. ██████ of FUTUREWORKS in Manhattan, New York, is a replicator that DON GOO used to use before getting their own replication machine. ██████ believes DON GOO still owes him $80,000 and may be distributing DON GOO movies to make up the difference.

██████ is a defendant in a lawsuit filed by PBCC, and as a plaintiff in a lawsuit against ██████, who has sided with PBCC. ██████ also had a case in bankruptcy court. PBCC alleges ██████ committed fraud involving customer returns, employee misconduct/theft, etc. PBCC disputed ██████'s bankruptcy filing, but did not dispute ██████'s ████████████ of PBCC was DON GOO's representative. (P-1) ██████ became friends with ██████ and dated a friend of ██████'s girlfriend. ██████ and ██████ went to Las Vegas, Nevada, and ██████ set ██████ up with his girlfriend's friend.

██████'s attorney has a box of records related to DON GOO. ██████ had put the word out that he was looking for records related to LORD PERILOUS, and approximately four months later, he found one box of LORD PERILOUS records and one box of DON GOO records on his driveway. ██████ shipped the box of documents related to DON GOO to his attorney, and deliberately did not look through the box once he realized it contained records related to DON GOO. This occurred approximately nine months ago. ██████ will ask his attorney to look in the box to determine if they contain any 2257 records and will get ██████'s name for the interviewing agent.

SUBJECT TO PROTECTIVE ORDER                    FBI_002035

FD-302a (Rev. 10-6-95)

(F)  DON GOO

Continuation of FD-302 of _____ , On 05/11/2007 , Page 4

        The printout provided by _____ was placed in an FD-340
(1-A) envelope and was placed in the case file.

SUBJECT TO PROTECTIVE ORDER          FBI_002036

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/25/2007

On 05/13/2007, ███████████████ left a voice mail
message for Supervisory Special Agent (SSA) Stephen G. Lawrence,
advising that he had additional information for SSA Lawrence
regarding DON GOO ENTERPRISES.

On 05/14/2007, SSA Lawrence telephonically contacted
████, cellular telephone number ████████, who provided the
following information:

The name of ███████████████████████, is not sure
if ████ runs a hedge fund, but ███ s father is rich and
they're business involves moving money.

███████ spoke with ████████████ (phonetic) this past
weekend, and ████████ advised ████ that he had nothing to do with
the production of the movie entitled "Pacific Rim University."
█████████ made it and gave it to ██████████.

The contact information for ███████████████ and the
factoring company is PACIFIC BUSINESS CAPITAL CORPORATION, 245
Fischer Avenue, Suite A1, Costa Mesa, California, telephone numbers
██████████████.

On 05/15/2007, SSA Lawrence received a voice mail message
from █████ who asked SSA Lawrence to call him and provided the
following information:

█████ has some interesting information regarding the
"Sunshyne's Amateurs" title, and thinks he knows where SSA Lawrence
can find the 2257 records and who has them. █████ advised he
thought SSA Lawrence "may have to take a number (and get in line)
to get them."

On 05/17/2007, SSA Lawrence returned █████'s telephone
call and left a voice mail message for █████ at cellular telephone
number ██████████, asking him to call SSA Lawrence.

---

Investigation on  05/13-17/2007  at  Los Angeles, California  (telephonically)

File #  (F)  -DON GOO       Date dictated _____

by  SSA Stephen G. Lawrence:sgl *s.l.*
SUBJECT TO PROTECTIVE ORDER     FBI_002037

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/25/2007

On 05/14/2007, ████████████ was telephonically contacted at his place of employment, PACIFIC BUSINESS CAPITAL CORPORATION (PBCC), 245 Fischer Avenue, Suite A1, Costa Mesa, California, 92626, telephone numbers ████████████████ and facsimile number ████████ After being advised of the identity of the interviewing agent and the nature of the interview, ████████ provided the following information:

PBCC has some records related to DON GOO ENTERPRISES (DON GOO), but they do not have all of DON GOO's records. PBCC has some of the 2257 records that may pertain to some of DON GOO's movies. PBCC may also have the "right set" of DON GOO's books (accounting records). Nothing of value was found when PBCC went to seize DON GOO's assets.

PBCC personnel just finished an inventory of the various finished products that were seized from DON GOO, but they did not go through the various filing cabinets in detail. PBCC personnel simply opened the drawers and determined that the filing cabinets contained records related to performers.

████████████ would not mind helping anyone if it was going to get ████ in trouble. PBCC believes ████ has $350,000 to $500,000 worth of raw footage related to DON GOO movies stored in his garage, which they were told by employees who worked with ████ Some duplicating equipment leased by DON GOO may have also ended up in ████s garage. ████ provided his cellular telephone number, ███.

On 05/17/2007, SSA Lawrence telephonically contacted ████, cellular telephone number ████████ who advised he would contact SSA Lawrence on 05/18/2007 with the exact address as to where the DON GOO records seized by PBCC are stored. ████ advised he would also provide the address for ████s attorney, who has several boxes of documents related to DON GOO, but has refused to turn them over, so ████ does not know what is in them.

On 05/18/2007, ████ left SSA Lawrence a voice mail message, advising that the DON GOO records seized by PBCC are stored at XTRA STORAGE, 1250 Bristol, Costa Mesa, California, 92626. ████ advised that the other two possible locations where

| | | | |
|---|---|---|---|
| Investigation on | 05/14-23/2007 | at Los Angeles, California | (telephonically) |

File # ████ (F) DON GOO                    Date dictated _____

by    SSA Stephen G. Lawrence:sql *s.l.*

SUBJECT TO PROTECTIVE ORDER                    FBI_002038

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

(F)  ▊DON GOO

Continuation of FD-302 of ▊▊▊▊ ▊f PACIFIC BUSINESS CAPITAL ▊ , On 05/14-23/2007 , Page   2

the 2257 records of DON GOO may be stored are at the offices of ▊▊▊▊'s attorney, STONE & STONE, 15821 Ventura Boulevard #245, Encino, California, 91436, telephone number ▊▊▊▊▊▊ and the residence of ▊▊▊ and ▊▊▊▊▊▊▊▊▊▊
▊▊▊▊

On 05/22/2007, ▊▊▊ provided SSA Lawrence with the following:

1)  Business cards for himself and ▊▊▊▊ , Marketing Manager for PBCC;

2)  A copy of a photograph showing a number of video tapes, purported to be masters, in a box;

3)  A copy of a six page "Accounts Receivable Purchase & Security Agreement" and a one page "Exhibit 'A'" between DON GOO and PBCC, signed 09/09/2004 by ▊▊▊▊▊ , President of DON GOO;

4)  A copy of a one page document containing contact information for ▊▊▊▊▊ of STONE & STONE;

5)  A copy of a Form B18, "Discharge of Debtor in a Chapter 7 Case," dated 04/26/2006, from the United States Bankruptcy Court, Central District of California, regarding ▊▊▊▊ and ▊▊▊▊▊ bankruptcy number 1:05-bk-48265-GM; and

6)  A copy of a one page Form UCC1, "UCC Financing Statement," filed on 09/20/2004 with the California Secretary of State, by PBCC regarding DON GOO, and a copy of the "Exhibit 'A'" described above.

On 05/23/2007, SSA Lawrence telephonically contacted ▊▊▊▊▊ for contact information for ▊▊▊▊ . ▊▊▊▊ advised that ▊▊▊ could be contacted through ▊▊▊▊▊'s girlfriend, (P-1) ▊▊ at telephone number ▊▊▊ (P-1)

The documents received from COOPER on 05/22/2007 were placed in an FD-340 (1-A) envelope and were placed in the case file.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   07/25/2007

     . On 05/23/2007, ███████████ attorney for ███████
███████, was telephonically contacted at his place of business, STONE
& STONE, 15821 Ventura Boulevard #245, Encino, California, 91436,
telephone number ███████████. After being advised of the identity
of the interviewing agent and the nature of the interview, ███████
provided the following information:

        ███████ has four or five boxes of documents related to DON
GOO ENTERPRISES.  2257 records are in one or two of the boxes, but
the records are very disorganized. ███████ does not have time to go
through the boxes.  The interviewing agent advised ███████ that he
would contact ███████ the following week to set up an appointment for
the interviewing agent to go through the boxes himself.

        Subsequently, the interviewing agent contacted ███████
again telephonically and advised that he would not be coming to
███████ s office to review the records.

---

| | | | |
|---|---|---|---|
| Investigation on | 05/23/2007 | at Los Angeles, California | (telephonically) |

File # ███████(F)███████ -DON GOO      Date dictated _____

by   SSA Stephen G. Lawrence, sgl   SUBJECT TO PROTECTIVE ORDER     FBI_002040

# PHOTO LOG / PHOTOS

SUBJECT TO PROTECTIVE ORDER

**CAMERA** _Nikon Coolpix 995_    **LENS - Normal - N**      **LIGHT - Available - A**

**FILM : ASA** _Digital_ ,       **Wide - W**         **Elec.Strobe - E**

**ROLL No.** _____        **Macro - M**         **Flashbulb - F**

                                       **Tele. - T**

| Photo No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|---|---|---|---|---|---|---|
| 1 | | | | | TITLE PAGE - 05/11/2007, DON GOO ENTERPRISES | |
| 2 | | | | | FRONT OF 8029 MASEFIELD COURT, WEST HILLS, CA 91304 | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | **REMARKS** |
| 35 | | | | | | DON GOO ENTERPRISES, 05/11/2007 |
| 36 | | | | | | 8029 MASEFIELD COURT, WEST HILLS, CA 91304 |

**REMARKS**
DON GOO ENTERPRISES, 05/11/2007
8029 MASEFIELD COURT, WEST HILLS, CA 91304
PHOTOGRAPHER: ███████

SUBJECT TO PROTECTIVE ORDER

CAMERA _Nikon Coolpix_   LENS - Normal - N    LIGHT - Available - A
FILM : ASA _Digital_    Wide - W          Elec.Strobe - E
ROLL No. _____   Macro - M          Flashbulb - F
                         Tele. - T

| hoto No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|---|---|---|---|---|---|---|
| 1 | | | | | Title Sheet - 5/22/2007, Don Goo | |
| 2 | | | | | building - extra storage, 1250 South East Bristo, Costa Mesa |
| 3 | | | | | storage area - #161 | |
| 4 | | | | | file Divider - 2250 records | |
| 5 | | | | | file Cabinets at back of storage area Business | |
| 6 | | | | | Stack of boxes - records in attic of Pacific |
| 7 | | | | | Stack of boxes (lawsuits) Capital, 245 Fischer av., suite A1 |
| 8 | | | | | | Costa Mesa, CA 92626 |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |

**REMARKS**
Don Goo Enterprises, 05/22/2007
1250 South East Bristol, Costa Mesa, CA 92626
Photographer: ████████████

SUBJECT TO PROTECTIVE ORDER

FBI_002044

## INSPECTION COMPLIANCE DETERMINATION

Don Goo Enterprises was determined to be out of compliance with 18 U.S.C. §2257 and 28 C.F.R. Part 75.