# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 U.S.C. §2257)

## OF

**J.T. Video,**
**also known as Video J.T.**
**1765 N. Sycamore Avenue #108**
**Hollywood, CA 90028**

**Date of Inspection:  05/31/2007**

SUBJECT TO PROTECTIVE ORDER          FBI_002094

# TABLE OF CONTENTS

Producer Information                          Tab    1
Inspection Summary

Findings                                      Tab    2
Producer's Response to Findings

Pre-Inspection Procedures                     Tab    3
Inspection Procedures

Records Verification Spreadsheet              Tab    4

FD-302s                                       Tab    5

2257 Checklists                               Tab    6

Inspection Compliance Determination          Tab    7

SUBJECT TO PROTECTIVE ORDER          FBI_002095

# REGULATORY INSPECTIONS REPORT

Report of:  SSA Stephen G. Lawrence,
            2257 Regulatory Inspections Unit, Crimes Against Children Unit,
            Violent Crimes Section, Criminal Investigative Division

Report Date: 07/23/2007

File Number: [ (F) ] -VIDEO JT

## PRODUCER INFORMATION

An inspection was conducted of J.T. Video, also known as Video J.T., pursuant to Title 18, United States Code Section 2257 (18 U.S.C. §2257) and Title 28, Code of Federal Regulations Part 75 (28 C.F.R. Part 75). The inspection was conducted on 05/31/2007 at the apartment of ████████████, owner and Custodian of Records for J.T. Video, 1765 N. Sycamore Avenue #108, Hollywood, California, 90028, cellular telephone number ████ ████████. ███████████ granted access and was present throughout the inspection.

## INSPECTION SUMMARY

DVDs produced by J.T. Video were ordered via the Internet. Contract inspectors reviewed two DVDs and identified all performers by stage name or by still photographs taken from the DVDs. All DVDs reviewed contained the required 2257 information in the proper format. A total of seven performers were identified as appearing in the two DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

On 05/30/2007, the Lead Inspector telephonically contacted ███████████, who advised the 2257 records for J.T. Video were maintained in his apartment. ████████████ also advised that he does not maintain regular business hours for J.T. Video and does not spend 20 hours a week on the business. ███████████ advised that he works for a third party from 11:00 a.m. to 7:00 p.m. Monday through Friday, and would be out-of-town from 06/01/2007 through 06/10/2007. Due to the records being maintained in a personal residence, the lack of normal business hours, employment with a third party during the day, and his being out-of-town, the Lead Inspector arranged to meet with ███████████ early the morning of 06/11/2007.

Within hours of being contacted by the Lead Inspector, ███████████ emailed a reporter who maintains an industry-related Internet website and blog. ███████████ advised that he had been contacted by the Federal Bureau of Investigation, which would be conducting a 2257 inspection of J.T. Video on 06/11/2007. After being made aware on

SUBJECT TO PROTECTIVE ORDER

05/31/2007 that the email had been posted on the reporter's Internet blog, the Lead Inspector conducted the inspection that evening shortly after ███████████ got off work.  No photographs were taken during the inspection in ███████████ apartment because they were deemed to be of no evidentiary value and potential privacy issues.

After the inspection on 05/31/2007, it was determined that J.T. Video had two 2257 violations.

During this inspection, all provisions of 18 U.S.C. §2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER

## FINDINGS

1.  The 2257 statement listed a post office box as the address for location of the 2257 records.

    28 CFR Part 75.6(b) - "Every statement shall contain:...(3) A street address at which the records required by this part may be made available...A post office box address does not satisfy this requirement."

2.  The producer does not maintain at least 20 normal business hours per week and normal business hours were not posted.

    28 CFR Part 75.5(c)(1) - "...To the extent that the producer does not maintain at least 20 normal business hours per week, producers must provide notice to the inspecting agency of the hours during which records will be available for inspection, which in no case may be less than twenty (20) hours per week."

## PRODUCER'S RESPONSE TO FINDINGS

As indicated above, within hours of being contacted by the Lead Inspector on 05/30/2007▮▮▮▮▮▮▮▮▮ emailed a reporter who maintains an industry-related Internet website and blog. Approximately one hour after the inspection was completed on 05/31/2007, and again on 06/01/2007▮▮▮▮▮▮▮▮▮ emailed the reporter and provided details about the inspection.

In his blog entry posted on 05/31/2007 at 10:01 p.m., ▮▮▮▮▮▮▮▮▮ indicated he had 2 minor violations, writing "...i did not use a physical address for records.I never felt comfortable using my home address and i moved several times since 97..." In his blog entry dated 06/01/2007 at 7:35 a.m., ▮▮▮▮▮▮▮▮ wrote "...unfortunately they found 2 minor violations. 1 was using a po box or mail drop address for location of records. i knew i was in violation of this but i just never felt comfortable having my home address published and don't have an office to use..."

A printout of ▮▮▮▮▮▮▮▮▮ blog entries are contained on the following pages.

SUBJECT TO PROTECTIVE ORDER

MAY 31, 2007, 8:17 AM
## JT Video Gets Inspected
By LUKE IS BACK |

JT ███████████████) emails me: "Thanks for posting the interview on ur site from sunday. not sure if this is a result of the posting or not, but i was contacted by an FBI agent today! looks like i am the next victim in the record keeping inspections. i cant believe they are bothering doing this. i havent released a video since 1997! they are coming on june 11th. most of the videos i made for sale were in the early 90s! i plan to contact the free speach coalition and paw about this. any advise from you or anyone else in this matter would be welcome."

| PERMALINK | PRINT THIS POST | EMAIL THIS POST
FILED UNDER: JT VIDEO | POSTED 8:17 AM, MAY 31ST, 2007

SUBJECT TO PROTECTIVE ORDER                FBI_002101

LUKE IS BACK » JT Video Scheduled for 2257 Inspection                    Page 1 of 1

Comments (1) to "JT Video Scheduled for 2257 Inspection"

1.  **jayteevideo** wrote:

    Its all over! the inspection was just conducted. they called
    me when i was at work(my home # is forwarded to my cel)
    and said they are waiting in front of my apartment! they
    wanted to do the inspection tonite and I agreed. everything
    went ok. they were after 2 gay titles produced in 1997. these
    titles are being sold for me by a site called www.amvc.com I
    had the records in order. they copied them. I did make 2
    violations but they were minor. i did not use a physical
    address for records.I never felt comfortable using my home
    address and i moved several times since 97. I also did not
    have my hours posted or I have to work a minimum of 20
    hours a week posted anywhere. I dont understand all this yet
    and was advised to consult a lawyer. I will write more later
    but i am glad its over.

    *Posted on 31-May-07 at 10:01 pm | Permalink*

SUBJECT TO PROTECTIVE ORDER                    FBI_002102

JUNE 1, 2007, 7:35 AM
## JT Video Inspected
By LUKE IS BACK |

JT emails:

> The inspection was done this evening,5/31. they did not wait
> till 6/11. they were outside my apt. when i got home from work!
> they were only interested in 2 titles, EMPLOYEE OF THE
> MONTH + 4 ROOMS. these are 2 gay titles produced in 1997. i
> showed them the docs i had. 1 thing i was not expecting they
> asked for was a spreadsheet. this is a doc created with
> microsoft excel that can cross reference models real name with
> stage name and video they are in, birthdate etc. fortunately i
> created this document years ago and saved it in my computer
> to show them. if i did not have this, it would have been a
> violation! they were satisfied with ids/releases/spreadsheet.they
> had their own copier and copied the ids/releases. they
> purchased the 2 movies from amvc.com. they had printouts of
> the disclaimers i recorded at the head of the tapes and the dvd
> boxcovers. unfortunately they found 2 minor violations. 1 was
> using a po box or mail drop address for location of records. i
> knew i was in violation of this but i just never felt comfortable
> having my home address published and dont have an office to
> use. 2 was that my normal business hours are not posted and
> that i dont maintain at least 20 normal business hrs per week. i
> dont know how to rectify that situation. how does one do that
> when its just a sideline? they said i would probly not be
> prosecuted for either violation and the worst would be a fine.
> they could not tell me what amount the fine would be and that
> is up to dept of justice. so i seek any advise about violation #2.
> i disagree with the posters lol about P.A.W. both ██ at
> P.A.W. and ████ at F.S.C. were helping me with advise all day
> long.

SUBJECT TO PROTECTIVE ORDER                 FBI_002103

## PRE-INSPECTION PROCEDURES

The following pre-inspection procedures were followed:

1.    J.T. Video was randomly selected from a database of known producers of adult products using a computerized random selection program.

2.    A sample of J.T. Video DVDs was ordered via the Internet and the method of purchase was documented.

3.    All products ordered were reviewed for 18 U.S.C. §2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4.    All performers depicted engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the DVDs.

## INSPECTION PROCEDURES

The following inspection procedures were followed:

1.    The inspection began at approximately 8:00 p.m.

2.    SSA Stephen G. Lawrence, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering the apartment of ███████
      ██████

3.    SSA Lawrence explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4.    SSA Lawrence provided ████████████ with a letter explaining the parameters of the inspection and advising J.T. Video could be re-inspected at any time if violations were discovered.

5.    The contract inspector reviewed the 18 U.S.C. §2257 records maintained by J.T. Video for the two DVDs reviewed, to include the performers appearing therein.

6.    Copies were made of the selected performers' identifications indicating date of birth.

7.    The inspection concluded at approximately 9:00 p.m.

SUBJECT TO PROTECTIVE ORDER                    FBI_002105

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER          FBI_002107

J.T. VIDEO, also known as VIDEO J.T.

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| 4 ROOMS (FOUR ROOMS) | 1/1997 | | | |
| 4 ROOMS (FOUR ROOMS) | 1/1997 | | | |
| 4 ROOMS (FOUR ROOMS) | 1/1997 | | | |
| 4 ROOMS (FOUR ROOMS) | 1/1997 | | (P-1) | |
| | | | | |
| EMPLOYEE OF THE MONTH | 1/1997 | | | |
| EMPLOYEE OF THE MONTH | 1/1997 | | | |
| EMPLOYEE OF THE MONTH | 1/1997 | | | |

FBI_002108

# FD-302s

SUBJECT TO PROTECTIVE ORDER          FBI_002110

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/23/2007

On 05/30/2007, Supervisory Special Agent (SSA) Stephen G.
Lawrence conducted a drive-by surveillance of J.T. VIDEO at 1626 N.
Wilcox Avenue, Hollywood, California, 90028, and determined that
the address was occupied by HOLLYWOOD MAIL & MESSAGE SERVICE,
telephone number ███████████   facsimile number ████████.   Upon
identifying himself, ████████, an employee of HOLLYWOOD MAIL &
MESSAGE SERVICE, provided SSA Lawrence with a front and back copy
of a one page document related to the rental of mailbox number 396.
The front of the document, signed 12/06/2006, was in the name of
████████████████████████,
██████████   telephone number █████████████.   The document also
listed the following under "additional names:  J.T. VIDEO / ███ █
███████████ ██████████"   The back of the document contained a
handwritten note dated 12/21/2006, indicating that $165.00 had been
received for a one year rental of box number 396 from 12/21/2006
through 12/21/2007.

The document received from HOLLYWOOD MAIL & MESSAGE
SERVICE was placed in a FD-340 (1-A) envelope and was placed in the
case file.

---

Investigation on    05/30/2007    at  Los Angeles, California

File #    (F)    -VIDEO JT    Date dictated

by    SSA Stephen G. Lawrence:sgl  *S.L.*

SUBJECT TO PROTECTIVE ORDER    FBI_002114

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription     07/23/2007

      On 05/30/2007, Supervisory Special Agent (SSA) Stephen G.
Lawrence telephonically contacted ███████████ at cellular
number ██████████. After being advised of the identity of the
interviewing agent and the nature of the interview, ███████████
provided the following information:

      ██████████ maintains the 2257 records for J.T. VIDEO at his
apartment located at ████████████████████ works for a third party in the
mainstream video production industry from 11:00 a.m. to 7:00 p.m.
Monday through Friday. ██████████ advised that he was traveling out-
of-town via airplane on 06/01/2007 and would be returning the
evening of 06/10/2007. SSA Lawrence and ██████████ agreed to meet at
██████████s apartment on Monday, 06/11/2007, at 9:00 a.m. ██████████
provided SSA Lawrence with the security code for the apartment
building's front door.

---

Investigation on   05/30/2007   at Los Angeles, California   (telephonically)

File #| ____(F)____ |-VIDEO JT     Date dictated _____

by   SSA Stephen G. Lawrence:sgl     SUBJECT TO PROTECTIVE ORDER     FBI_002115

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   07/23/2007

On 05/31/2007, Supervisory Special Agent (SSA) Stephen G.
Lawrence telephonically contacted ████████████ at cellular
number ████████████   After being advised of the identity of the
interviewing agent and the nature of the interview, ████████
provided the following information:

████████ oes not maintain regular business hours for
J.T. VIDEO and does not spend twenty hours a week on the business,
as he does not sell many videos.  J.T. VIDEO's movies are sold only
through www.amvc.com and he gets a small percentage.

SSA Lawrence advised ████████ that he was standing
outside ████████ s apartment located at ████████████
████████████████ and needed to conduct an
inspection of the 2257 records of J.T. VIDEO. ████████ advised he
was going to meet with a guy (no further information) who helped
him shoot the various J.T. VIDEO movies to review the 2257 records
and see if his friend had any 2257 records. ████████ asked if he
could pick up the friend he was meeting and bring him along.  SSA
Lawrence responded that it was ████████ s residence and he could
invite anyone he wanted. ████████ subsequently showed up alone.

At the conclusion of the 2257 inspection, SSA Lawrence
advised ████████ that there were two preliminary violations.
First, using a post office box as the address for location of
records, and second, not posting normal business hours. ████████
advised that he did not want to list his home address in the 2257
statement for privacy reasons, as he did not want strangers showing
up at his residence unannounced, and because he had moved several
times.

---

| Investigation on | 05/31/2007 | at | Los Angeles, California | (telephonically) |

File # ████████ (F)    ████-VIDEO JT    Date dictated _____

by   SSA Stephen G. Lawrence:sql *£* <del>SUBJECT TO PROTECTIVE ORDER</del> _____  FBI_002116

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

## INSPECTION COMPLIANCE DETERMINATION

J.T. Video, also known as Video J.T., was determined to be out of compliance with 18 U.S.C. §2257 and 28 C.F.R. Part 75.

(BEST COPY)

SUBJECT TO PROTECTIVE ORDER

FBI_002137