# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
(18 U.S.C. §2257)

### OF

**Cinema Play Entertainment**
**2706 Media Center Drive**
**Los Angeles, CA 90065**

**Date of Inspection: 06/27/2007**

SUBJECT TO PROTECTIVE ORDER

## TABLE OF CONTENTS

| | | |
|---|---|---|
| Producer Information<br>Inspection Summary | Tab | 1 |
| Findings | Tab | 2 |
| Pre-Inspection Procedures<br>Inspection Procedures | Tab | 3 |
| Records Verification Spreadsheet | Tab | 4 |
| FD-302s | Tab | 5 |
| Photo Log/Photos | Tab | 6 |
| 2257 Checklists | Tab | 7 |
| Inspection Compliance Determination | Tab | 8 |

# Tab 1

SUBJECT TO PROTECTIVE ORDER

## REGULATORY INSPECTIONS REPORT

Report of:  SSA Charles R. Joyner,
2257 Regulatory Inspections Program, Crimes Against Children Unit,
Violent Crimes Section, Criminal Investigative Division
Report Date: 06/29/2007
File Number:       (F)      cinema

## PRODUCER INFORMATION

An inspection was conducted of Cinema Play Entertainment, a subsidiary of Playboy Enterprises, Inc., pursuant to 18 U.S.C. §2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at Cinema Play Entertainment on 06/27/2007, at 2706 Media Center Drive, Los Angeles, CA 90065. ▮▮▮▮▮▮▮▮▮▮ , Director of 2257 Compliance, telephone number ▮▮▮▮▮▮▮▮ , cell number ▮▮▮▮ was present during the inspection. Also present was Carl Nicolaou, Vice President of Business and Legal Affairs for Playboy Enterprises, Inc., telephone number ▮▮▮▮▮ ▮▮▮▮ . Assisting with the inspection from Playboy Enterprises, Inc. was Maryann LNU.

## INSPECTION SUMMARY

DVDs produced by Cinema Play Entertainment were ordered from the internet. Contract inspectors reviewed 12 DVDs and identified all performers by stage name or by still photographs taken from the video. All videos reviewed contained the required 2257 information in the proper format. A total of 148 performers were identified as appearing in the 12 DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on 06/27/2007, it was determined Cinema Play Entertainment had one 2257 violation.

During this inspection, all provisions of 18 U.S.C. §2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER       FBI_002231

# Tab 2

SUBJECT TO PROTECTIVE ORDER

## FINDING

1. For the movie, "Teen Hitchhikers," the photo identification for [ (P-1) ] stage name [ (P-1) ] did not contain a legible date of birth.

28 CFR Part 75.2 - "…the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

## PRODUCER'S RESPONSE TO FINDING

1. Cinema Play Entertainment provided a legible copy of [ (P-1) ] identification which lists his DOB as [ (P-1) ]

SUBJECT TO PROTECTIVE ORDER



SUBJECT TO PROTECTIVE ORDER          FBI_002234

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Cinema Play Entertainment was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2. A sample of Cinema Play Entertainment DVDs was ordered and the method of purchase was documented.

3. All products ordered were reviewed for 18 U.S.C. §2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 9:55 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Cinema Play Entertainment.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Joyner provided ████████ with a letter explaining the parameters of the inspection and advising Cinema Play Entertainment could be re-inspected at any time if violations were discovered.

5. Prior to the inspection, digital photographs were taken of the business, location of 2257 records storage, and the working area assigned to the inspectors. A disc containing a total of six photographs was placed in a 1A envelope and maintained with the case file.

6. Inspectors reviewed the 18 U.S.C. §2257 records maintained by Cinema Play Entertainment for the 12 videos reviewed, to include the performers appearing therein.

7. The inspection concluded at approximately 3:45 p.m.

8. A digital photograph was taken of the room which served as the inspectors' work area prior to the inspectors departing the place of business.

SUBJECT TO PROTECTIVE ORDER

# Tab 4

SUBJECT TO PROTECTIVE ORDER

# RECORDS
# VERIFICATION
# SPREADSHEET

FBI_002237

CINEMAPLAY

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| CHEERLEADER AUDITIONS #3 | 11/2004 | | | |
| | | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | (P-1) | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| GIRLS HUNTING GIRLS 12 | 12/14/06 | | | |
| | | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| HARDCORE PARTYING 7 | 11/16/06 | | | |
| | | | | |
| | | | | |

SUBJECT TO PROTECTIVE ORDER

CINEMAPLAY

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| JUNIOR COLLEGE GIRLS 3 | 2/05 | | | |
| | | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | (P-1) | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| LATINA CALIENTE 2 | 11/13/2006 | | | |
| | | | | |
| RIGHT OFF THE BOAT 2 | 2/19/2005, | | | |
| RIGHT OFF THE BOAT 2 | 4/28/2005, | | | |
| RIGHT OFF THE BOAT 2 | 5/13/2005, | | | |
| RIGHT OFF THE BOAT 2 | 6/10/2005, | | | |
| RIGHT OFF THE BOAT 2 | 7/05, 17 & | | | |
| RIGHT OFF THE BOAT 2 | 24/2005, | | | |
| RIGHT OFF THE BOAT 2 | 8/15/2005 | | | |
| | | | | |
| TEEN HITCHHIKERS | 12/5/03 | | | |
| TEEN HITCHHIKERS | 11/14/03 | | | |
| TEEN HITCHHIKERS | 12/5/03 | | | |
| TEEN HITCHHIKERS | 12/16/03 | | | |
| TEEN HITCHHIKERS | 11/25/03 | | | |
| TEEN HITCHHIKERS | 12/16/03 | | | |
| TEEN HITCHHIKERS | 11/14/03 | | | |
| TEEN HITCHHIKERS | 11/11/03 | | | |
| TEEN HITCHHIKERS | 11/25/03 | | | |

FBI_002239

CINEMAPLAY

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| TEEN HITCHHIKERS | 11/11/03 & 12/5/03 | | | |
| TEEN HITCHHIKERS | 11/25/03 | | | |
| TEEN HITCHHIKERS | 11/25/03 | | | |
| TEEN HITCHHIKERS | 11/25/03 | | | |
| | | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| TEEN HITCHHIKERS 8 | 10/04-4/05 | | | |
| | | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | (P-1) | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| TEEN HITCHHIKERS 9 | 11/16/2004-10/29/2005 | | | |
| | | | | |
| | | | | |
| | | | | |

FBI_002240

CINEMAPLAY

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|-------|-----------------|------------|---------------|-----------|
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| THE GIRLS OF AMATEUR PAGES # 5 | 10/04 | | | |
| | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | 7/05/2005-2/07/2006 | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | (P-1) | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| THE GIRLS OF AMATEUR PAGES #12 | | | | |
| | | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/4/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/4/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/4/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| THE GIRLS OF AMATEUR PAGES 10 | 11/5/2005 | | | |
| | | | | |
| | | | | |

FBI_002241

# Tab 6

SUBJECT TO PROTECTIVE ORDER

# PHOTO LOG/PHOTOS

SUBJECT TO PROTECTIVE ORDER

CAMERA _____ ~~~~ ~~~~ **LENS - Normal - N**     **LIGHT - Available - A**
**FILM : ASA** _Digital_   995      **Wide - W**       **Elec.Strobe - E**
**ROLL No.** _____       **Macro - M**       **Flashbulb - F**
                              **Tele. - T**

| hoto No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|---|---|---|---|---|---|---|
| 1 | | | | | Title Page - Cinemaplay, 2706 Media | 6/27/2004 |
| 2 | | | | | Front Building - 2706   Center Drive | |
| 3 | | | | | Door - Playboy entertainment | |
| 4 | | | | | File Cabinets - 2257 room | |
| 5 | | | | | Computer + file Cabinets - 2257 room | |
| 6 | | | | | 2257 room - after Inspection concluded | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | **REMARKS** |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |

SUBJECT TO PROTECTIVE ORDER          FBI_002269

# Tab 8

SUBJECT TO PROTECTIVE ORDER          FBI_002374

## INSPECTION COMPLIANCE DETERMINATION

Cinema Play Entertainment was determined to be out of compliance with 18 U.S.C. §2257 and 28 CFR 75, but was able to resolve the one violation.