# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**Gentlemen's Video**
**21638 Lassen St.**
**Chatsworth, CA 91311**

**Date of Inspection: 07/19/2007**

SUBJECT TO PROTECTIVE ORDER       FBI_002380

# TABLE OF CONTENTS

Producer Information                         Tab 1
Inspection Summary

Finding                                      Tab 2
Producer Response to Finding

Pre-Inspection Procedures                    Tab 3
Inspection Procedures

Records Verification Spreadsheet             Tab 4

FD-302s                                      Tab 5

Photo Log/Photos                             Tab 6

2257 Checklists                              Tab 7

Inspection Compliance Determination          Tab 8

(BEST COPY)

SUBJECT TO PROTECTIVE ORDER                 FBI_002381

)                                                      )

## REGULATORY INSPECTIONS REPORT

Report of:     SSA Charles R. Joyner,
               2257 Regulatory Inspections Program, Crimes Against Children Unit,
               Violent Crimes Section, Criminal Investigative Division

Report Date:   07/23/2007

File Number:   ⬛ (F) ⬛ -gentlemens

## PRODUCER INFORMATION

An inspection was conducted of Gentlemen's Video pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at Gentlemen's Video on 07/19/2007, at 21638 Lassen St., Chatsworth, CA 91311. ⬛, owner of Gentlemen's Video, telephone number ⬛, e-mail address ⬛, was present during the inspection. ⬛ s son, and ⬛, were also present and assisted with the inspection.

## INSPECTION SUMMARY

DVDs produced by Gentlemen's Video were ordered from the internet. Contract inspectors reviewed 16 DVDs and identified all performers by stage name or by still photographs taken from the video. A total of 123 performers were identified as appearing in the 16 DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

All videos reviewed contained the required 2257 information in the proper format, with the exception of "Video Virgins #14;" however, it was later determined this video was produced by New Sensations Video. Subsequent investigation determined "Video Virgins #7," "Video Virgins #14," and Video Virgins #19" were all produced by New Sensations and all were filmed prior to July 1995 although the copyright date listed was 2005. Therefore, the records for these films were not inspected.

In subsequent interviews of ⬛, owner of Gentlemen's Video, and ⬛, owner of Temptations Video, it was determined Temptations Video was responsible for the production and labeling of "Cherry Pie," "Wet and Wild," and "College Girls Gang Bang." All of the preceding video titles were released under the Gentlemen's Video name, but documentation was provided indicating these titles were produced by Temptations Video.

After the inspection on 07/19/2007, it was determined Gentlemen's Video failed to maintain an adequate cross-referencing system.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

(BEST COPY)

     FBI_002384

**FINDING**

1. Paper and digital copies of the photo identifications were maintained by movie title, but were not retrievable by true name, stage name, or other names used.

28 CFR Part 75.3 - "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier…"

"Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

**PRODUCER RESPONSE TO FINDING**

1. , owner of Gentlemen's Video, agreed to immediately update his record-keeping system to include the cross-referencing ability required by law. In an article published on the XBiz website on 07/20/2007, it was reported Gentlemen's Video had hired an individual to update their cross-referencing system.

SUBJECT TO PROTECTIVE ORDER

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Gentlemen's Video was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2. A sample of Gentlemen's Video DVDs was ordered and the method of purchase was documented.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 10:30 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Gentlemen's Video.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Joyner provided             with a letter explaining the parameters of the inspection and advising Gentlemen's Video could be re-inspected at any time if violations were discovered.

5. Prior to the inspection, digital photographs were taken of the business, location of 2257 records storage, and the working area assigned to the inspectors. A disc containing a total of six photographs was placed in a 1A envelope and maintained with the case file.

6. Inspectors reviewed the 18 USC 2257 records maintained by Gentlemen's Video for the 11 videos reviewed (five were determined to be produced by other companies), to include the performers appearing therein.

7. The inspection concluded at approximately 1:30 p.m.

8. A digital photograph was taken of the room which served as the inspectors' work area prior to the inspectors departing the place of business.

SUBJECT TO PROTECTIVE ORDER

# RECORDS VERIFICATION SPREADSHEET

GENTLEMENS VIDEO

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| 18 & EAGER #18 | 04/14/2004 | | | |
| 18 & EAGER #18 | 04/14/2004 | | | |
| 18 & EAGER #18 | 04/14/2004 | | | |
| 18 & EAGER #18 | 04/14/2004 | | | |
| 18 & EAGER #18 | 04/14/2004 | | | |
| 18 & EAGER #18 | 04/14/2004 | | | |
| 18 & EAGER #18 | 04/14/2004 | | | |
| | | | | |
| 18 & EAGER #19 | April 2005 | | | |
| 18 & EAGER #19 | April 2005 | | | |
| 18 & EAGER #19 | April 2005 | | | |
| 18 & EAGER #19 | April 2005 | | | |
| 18 & EAGER #19 | April 2005 | | | |
| | | | | |
| AMATEUR HOOD HUMPIN' #3 | 7/2/2004 | | | |
| AMATEUR HOOD HUMPIN' #3 | 7/2/2004 | | | |
| AMATEUR HOOD HUMPIN' #3 | 7/2/2004 | | | |
| AMATEUR HOOD HUMPIN' #3 | 7/2/2004 | | | |
| AMATEUR HOOD HUMPIN' #3 | 7/2/2004 | | | |
| AMATEUR HOOD HUMPIN' #3 | 7/2/2004 | | | |
| | | | | |
| AMATEUR HOOD HUMPIN 8 | 11/17/2005 | | | |
| AMATEUR HOOD HUMPIN 8 | 11/17/2005 | | | |
| AMATEUR HOOD HUMPIN 8 | 11/17/2005 | (P-1) | | |
| AMATEUR HOOD HUMPIN 8 | 11/17/2005 | | | |
| | | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| | | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |

FBI_002391

GENTLEMENS VIDEO

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|-------|-----------------|------------|---------------|-----------|
| EIGHTEEN AND EAGER # 20 | 9/18/2005* | | | |
| EIGHTEEN AND EAGER # 20 | 9/18/2005* | | | |
| EIGHTEEN AND EAGER # 20 | 9/18/2005* | | | |
| EIGHTEEN AND EAGER # 20 | 9/18/2005* | | | |
| EIGHTEEN AND EAGER # 20 | 9/18/2005* | | | |
| | | | | |
| JUST BETWEEN US LADIES 1 | 12/11/02 | | | |
| JUST BETWEEN US LADIES 1 | 12/11/02 | | | |
| JUST BETWEEN US LADIES 1 | 12/11/02 | | | |
| JUST BETWEEN US LADIES 1 | 12/11/02 | | | |
| | | | | |
| KAMA SUTRA FUCKFEST #3 | 11/1/2006 | | | |
| KAMA SUTRA FUCKFEST #3 | 11/1/2006 | | | |
| KAMA SUTRA FUCKFEST #3 | 11/1/2006 | | | |
| KAMA SUTRA FUCKFEST #3 | 11/1/2006 | | | |
| KAMA SUTRA FUCKFEST #3 | 11/1/2006 | | | |
| KAMA SUTRA FUCKFEST #3 | 11/1/2006 | | | |
| | | | | |
| LITTLE ANAL CREAM PUFFS | 09/08/2002 | | | |
| LITTLE ANAL CREAM PUFFS | 09/08/2002 | | | |
| LITTLE ANAL CREAM PUFFS | 09/08/2002 | | | |
| LITTLE ANAL CREAM PUFFS | 09/08/2002 | (P-1) | | |
| LITTLE ANAL CREAM PUFFS | 09/08/2002 | | | |
| LITTLE ANAL CREAM PUFFS | 09/08/2002 | | | |
| LITTLE ANAL CREAM PUFFS | 09/08/2002 | | | |
| | | | | |
| LITTLE CREAM PUFFS #9 | 05/05/05 | | | |
| LITTLE CREAM PUFFS #9 | 05/05/05 | | | |
| LITTLE CREAM PUFFS #9 | 05/05/05 | | | |
| LITTLE CREAM PUFFS #9 | 05/05/05 | | | |
| LITTLE CREAM PUFFS #9 | 05/05/05 | | | |
| LITTLE CREAM PUFFS #9 | 05/05/05 | | | |
| | | | | |
| PUNJAB PUSSIES | 3/31/2006 | | | |
| PUNJAB PUSSIES | 3/31/2006 | | | |
| PUNJAB PUSSIES | 3/31/2006 | | | |
| PUNJAB PUSSIES | 3/31/2006 | | | |
| PUNJAB PUSSIES | 3/31/2006 | | | |
| PUNJAB PUSSIES | 3/31/2006 | | | |
| | | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_002392

GENTLEMENS VIDEO

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|-------|-----------------|------------|---------------|-----------|
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| VIDEO VIRGINS #14 | 2005 | | | |
| | | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/05 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/95 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/95 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/05 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/95 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/95 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/05 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/95 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/05 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/95 | | | |
| VIDEO VIRGINS #19 | 10/1/94-3/7/95 | | | |
| | | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | (P-1) | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| | | | | |
| YOUNG SHAVED & FUCKED | 1/02/2003 | | | |
| YOUNG SHAVED & FUCKED | 1/02/2003 | | | |
| YOUNG SHAVED & FUCKED | 1/02/2003 | | | |
| YOUNG SHAVED & FUCKED | 1/02/2003 | | | |
| YOUNG SHAVED & FUCKED | 1/02/2003 | | | |
| | | | | |
| | | | | |

FBI_002393

# PHOTO LOG/PHOTOS

  
CAMERA _Coolpix 995_          LENS - Normal - N          LIGHT - Available - A.
FILM : ASA _Digital_                  Wide - W                         Elec.Strobe - E
ROLL No. _____               Macro - M                        Flashbulb - F
                                              Tele. - T

| hoto No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|---|---|---|---|---|---|---|
| 1 | | | | | Title Page - Gentlemen's Video 7/19/2007 | |
| 2 | | | | | end of building - 21638 | |
| 3 | | | | | door of building | |
| 4 | | | | | 2257 room - all records in office & door locked | |
| 5 | | | | | 2257 Cabinets - records | |
| 6 | | | | | Computer + desk - electronic records | |
| 7 | | | | | workroom area (lunch room) - inspection completed | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | REMARKS |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_002413

## INSPECTION COMPLIANCE DETERMINATION

Gentlemen's Video was determined to be out of compliance with 18 USC 2257 and 28 CFR 75.