# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**Temptations**
**8735 Remmet St.**
**Canoga Park, CA 91304**

**Date of Inspection: 08/02/2007**

SUBJECT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

| | |
|---|---|
| Producer Information<br>Inspection Summary | Tab 1 |
| Findings<br>Producer's Response to Findings | Tab 2 |
| Pre-Inspection Procedures<br>Inspection Procedures | Tab 3 |
| Records Verification Spreadsheet | Tab 4 |
| FD-302s | Tab 5 |
| 2257 Checklists | Tab 6 |
| Inspection Compliance Determination | Tab 7 |

SUBJECT TO PROTECTIVE ORDER                       FBI_002518

# Tab 1

SUBJECT TO PROTECTIVE ORDER

# REGULATORY INSPECTIONS REPORT

Report of:    SSA Charles R. Joyner,
              2257 Regulatory Inspections Program, Crimes Against Children Unit,
              Violent Crimes Section, Criminal Investigative Division
Report Date:  08/23/2007
File Number:         (F)          Temptations

## PRODUCER INFORMATION

An inspection was conducted of Temptations pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. Initially, Gentlemen's Video was randomly selected and inspected on 07/19/2007. During this inspection, the owner of Gentlemen's Video, ▮, advised three movies reviewed by 2257 Inspectors were actually produced by Temptations. The three titles were "Cherry Pie," "Wet and Wild," and "College Girls Gang Bang." The Custodian of Records was listed as ▮ ▮ at the Gentlemen's Video address, but ▮ stated he was unaware he was listed as the Custodian of Records for those titles and had not given his consent. ▮ further advised he was merely a distributor for those three films. In a telephone conversation with OGC attorney ▮ she provided her consent to conduct an inspection of Temptations.

On 07/19/2007, ▮ and ▮, owners of Temptations, visited Gentlemen's Video during the inspection. ▮ and ▮ advised they had erroneously listed ▮ as the Custodian of Records for "Cherry Pie," "Wet and Wild," and "College Girls Gang Bang" without ▮'s knowledge. ▮ and ▮ further advised their warehouse was located at 8735 Remmet St., Canoga Park, CA 91304. ▮ and ▮ provided 2257 records for the three titles in question. ▮ resides at 4600 Via Palu, #210, Marina Del Rey, CA, telephone number ▮ and ▮, and has California Driver's License number ▮. ▮ resides at ▮ and has California Driver's license number ▮.

## INSPECTION SUMMARY

DVDs produced by Temptations were ordered from the internet. Contract inspectors reviewed three DVDs and identified all performers by stage name or by still photographs taken from the video. A total of 38 performers were identified as appearing in the three DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

The three videos reviewed contained the required 2257 information in the proper format, with the exception the Custodian of Records was listed incorrectly as ███ ███ without his knowledge or consent.

After the inspection on 08/02/2007, it was determined Temptations incorrectly listed the Custodian of Records and failed to maintain an adequate cross-referencing system.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER

FBI_002521

# Tab 2

## FINDINGS

1. Paper and digital copies of the photo identifications were maintained by movie title, but were not retrievable by true name, stage name, or other names used.

28 CFR Part 75.3 - "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier…"
"Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

2. The Custodian of Records information was not accurate.

28 CFR Part 75.6 (d) - "The information contained in the statement must be accurate as of the date on which the … film …or other matter is produced or reproduced."

## PRODUCER RESPONSE TO FINDINGS

1. ▇ and ▇ owners of Temptations, agreed to immediately update the record-keeping system to include the cross-referencing ability required by law.
2. An agreement was reached between ▇ and ▇ the owner of Gentlemen's Video, to permit the storage of 2257 records for the three titles in question at Esposito's place of business.

# Tab 3

SUBJECT TO PROTECTIVE ORDER

FBI_002524

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Temptations (Gentlemen's Video) was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2. A sample of Temptations (Gentlemen's Video) DVDs was ordered and the method of purchase was documented.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon meeting ▮ and ▮ in the offices of Gentlemen's Video.

2. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

3. SSA Joyner explained the parameters of the inspection and advising Temptations could be re-inspected at any time if violations were discovered.

4. Inspection of the records provided by ▮ and ▮ took place at the 2257 off-site located in Van Nuys, California on 08/02/2007.

5. Inspectors reviewed the 18 USC 2257 records maintained by Temptations for the two videos reviewed, to include the performers appearing therein. "Wet and Wild" was not inspected as it was produced prior to 1995 and was beyond the scope of a 2257 inspection.

SUBJECT TO PROTECTIVE ORDER

FBI_002525

# Tab 4

SUBJECT TO PROTECTIVE ORDER

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

TEMPTATION ENTERTAINMENT

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| CHERRY PIE | 9/10/2001 | | | |
| | | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | (P-1) |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | (P-1) | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| COLLEGE GIRLS GANG BANG | 5/15/2006 | | | |
| | | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | |
| WET AND WILD | 3/2001 | | | (NOT INSPECTED - PRE 1995) |
| WET AND WILD | 3/2001 | UNKNOWN FEMALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |

## TEMPTATION ENTERTAINMENT

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | (NOT INSPECTED - PRE 1995) |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |
| WET AND WILD | 3/2001 | UNKNOWN MALE | | |

# Tab 7

SUBJECT TO PROTECTIVE ORDER   FBI_002563

**INSPECTION COMPLIANCE DETERMINATION**

Temptations was determined to be out of compliance with 18 USC 2257 and 28 CFR 75.

SUBJECT TO PROTECTIVE ORDER