# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**The Agency**
**7044 Sophia Ave.**
**Van Nuys, CA 91406**

**Date of Inspection:  08/20/2007**

SUBJECT TO PROTECTIVE ORDER          FBI_002569

# **TABLE OF CONTENTS**

Producer Information                                    Tab  1
Inspection Summary

Finding                                                Tab  2
Producer Response to Finding

Pre-Inspection Procedures                              Tab  3
Inspection Procedures

Records Verification Spreadsheet                       Tab  4

FD-302s                                                Tab  5

Photo Log/Photos                                       Tab  6

2257 Checklists                                        Tab  7

Inspection Compliance Determination                    Tab  8

# REGULATORY INSPECTIONS REPORT

Report of:   SSA Charles R. Joyner,
             2257 Regulatory Inspections Program, Crimes Against Children Unit,
             Violent Crimes Section, Criminal Investigative Division

Report Date:   08/24/2007

File Number: ▮▮▮(F)▮▮▮ agency

## PRODUCER INFORMATION

An inspection was conducted of The Agency pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at The Agency on 08/20/2007, at 7044 Sofia, Van Nuys, CA 91406. ▮▮▮▮▮, owner of The Agency, telephone number ▮▮▮▮▮, was present during the inspection. Also present was ▮▮▮▮▮, Cusodian of Records, cell phone number ▮▮▮▮▮ telephone number ▮▮▮▮▮

## INSPECTION SUMMARY

DVDs produced by The Agency were ordered from the internet. Contract inspectors reviewed six DVDs and identified all performers by stage name or by still photographs taken from the video. All videos reviewed contained the required 2257 information in the proper format. A total of 63 performers were identified as appearing in the six DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on 08/20/2007, it was determined The Agency had one 2257 violation.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER

## FINDING

1. A "Y-Tracker" program was installed as the cross-reference system, but the stage names could not be determined from the true names of the performers.

28 CFR Part 75.3 - "Records required to be maintained under this part shall be categorized and retrievable to: All name(s) of each performer, including any alias, maiden name, nickname, stage name or professional name of the performer; and including the title, number, or other similar identifier…"

"Only one copy of each picture of a performer's picture identification card and identification document must be kept as long as each copy is categorized and retrievable according to any name, real or assumed, used by each performer, and according to any title or other identifier of the matter."

## PRODUCER RESPONSE TO FINDING

1. ████████ advised he had already contracted a computer service company to inspect and correct the Y-Tracker program. ███ 's attorney, ███████, called on 08/23/2007, to advise the program was now functioning properly. This was evidenced by information and faxes Gueta provided to the 2257 inspection team on 08/24/2007.

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. The Agency was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2. A sample of The Agency DVDs was ordered and the method of purchase was documented.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

## INSPECTION PROCEDURES

The following Inspection Procedures were followed:

1. Inspection began at approximately 9:30 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering The Agency.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Joyner provided ▮▮▮▮▮▮ with a letter explaining the parameters of the inspection and advising The Agency could be re-inspected at any time if violations were discovered.

5. Prior to the inspection, digital photographs were taken of the business, location of 2257 records storage, and the working area assigned to the inspectors. A disc containing a total of six photographs was placed in a 1A envelope and maintained with the case file.

6. Inspectors reviewed the 18 USC 2257 records maintained by The Agency for the six videos reviewed, to include the performers appearing therein and the cross-reference system.

7. The inspection concluded at approximately 12:30 p.m.

8. A digital photograph was taken of the room which served as the inspectors' work area prior to the inspectors departing the place of business.

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

THE AGENCY

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| BI BANG 2 | 10/2/2005 | UNKNOWN | | |
| BI BANG 2 | 10/2/2005 | UNKNOWN | | |
| BI BANG 2 | 10/2/2005 | UNKNOWN | | |
| BI BANG 2 | 10/2/2005 | UNKNOWN | | |
| BI BANG 2 | 10/2/2005 | LUCKY (KID) | | |
| BI BANG 2 | 10/2/2005 | UNKNOWN | | |
| BI BANG 2 | 10/2/2005 | | | |
| BI BANG 2 | 10/2/2005 | | | |
| BI BANG 2 | 10/2/2005 | (P-1) | | |
| BI BANG 2 | 10/2/2005 | | | |
| BI BANG 2 | 10/2/2005 | | | |
| BI BANG 2 | 10/2/2005 | UNKNOWN | | |
| BI BANG 2 | 10/2/2005 | UNKNOWN | | |
| | | | | |
| BIG BEAUTIFUL TITS 6 | 8/23/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 8/24/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 8/24/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 8/23/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 9/7/2004 | | | |
| BIG BEAUTIFUL TITS 6 | 2/8/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 8/23/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 8/24/2005 | | | (P-1) |
| BIG BEAUTIFUL TITS 6 | 8/24/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 8/23/2005 | | | |
| BIG BEAUTIFUL TITS 6 | 9/7/2004, 2/8/2005 | | | |
| | | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | (P-1) | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| BIG TIT TRANSSEXUALS 2 | 3/22/2006 | | | |
| | | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_002575

THE AGENCY

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| GLAMOR GIRLS 4 | 3/25/2004 | | | |
| | | | | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | (P-1) | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | | |
| INDIAN GIRLS LOVE THREESOMES | 7/9-23/2006 | | | |
| | | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |
| TEEN TRANSSEXUALS 8 | 3/21/2006 | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_002576

# PHOTO LOG/PHOTOS

CAMERA _____  LENS - Normal - N
FILM : ASA _____  Wide - W                    Elec.Strobe - E
ROLL No. _____  Macro - M                     Flashbulb - F
                          Tele. - T

| Photo No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|---|---|---|---|---|---|---|
| 1 | | | | | Title page | The agency 6/20/2001 |
| 2 | | | | | front of building | |
| 3 | | | | | front door | 7044 Sophia |
| 4 | | | | | 225) workroom with cabinet | |
| 5 | | | | | Inspection work area - front reception | |
| 6 | | | | | Inspection work area - front reception | |
| 7 | | | | | | (Inspection Completed) |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | REMARKS |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |

SUBJECT TO PROTECTIVE ORDER

FBI_002589

**INSPECTION COMPLIANCE DETERMINATION**

The Agency was determined to be out of compliance with 18 USC 2257 and 28 CFR 75, but was able to resolve the one violation.

SUBJECT TO PROTECTIVE ORDER                    FBI_002648