# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 U.S.C. §2257)

### OF

Shooting Star Video,
also known as Authentic Extreme Reality
2001 Paseo Laro
San Clemente, CA 92673

Date of Inspection: 08/22/2007

SUBJECT TO PROTECTIVE ORDER    Authentic-8    FBI_002652

# TABLE OF CONTENTS

| | |
|---|---|
| Producer Information<br>Inspection Summary | Tab 1 |
| Findings<br>Producer's Response to Findings | Tab 2 |
| Pre-Inspection Procedures<br>Inspection Procedures | Tab 3 |
| Records Verification Spreadsheet | Tab 4 |
| FD-302s | Tab 5 |
| Photo Log/Photos | Tab 6 |
| 2257 Checklists | Tab 7 |
| Inspection Compliance Determination | Tab 8 |

SUBJECT TO PROTECTIVE ORDER                    FBI_002653

# REGULATORY INSPECTIONS REPORT

Report of:  SSA Stephen G. Lawrence,
            2257 Regulatory Inspections Unit, Crimes Against Children Unit,
            Violent Crimes Section, Criminal Investigative Division
Report Date: 01/14/2008
File Number:      (F)         AUTHENTIC

## PRODUCER INFORMATION

An inspection was conducted of Shooting Star Video, also known as Authentic Extreme Reality (hereinafter "Shooting Star Video"), pursuant to Title 18, United States Code Section 2257 (18 U.S.C. §2257) and Title 28, Code of Federal Regulations Part 75 (28 C.F.R. Part 75). The inspection was conducted on 08/22/2007           (P-1)
         (P-1)            of                          , also known as
"         " the former owner and Custodian of Records for Shooting Star Video, telephone number     (P-1)    and cellular number     (P-1)    Effective 01/01/2006,
       sold Shooting Star Video and its product line to Samtin Releasing, 3700 Kelley Avenue, Cleveland, Ohio, 44114, telephone number              , but retained a copy of Shooting Star Video's 2257 records, which were maintained in a storage facility in Oceanside, California.              granted access and was present throughout the inspection.

## INSPECTION SUMMARY

DVDs produced by Shooting Star Video were ordered via the Internet. Contract inspectors reviewed four DVDs and identified all performers by stage name or by still photographs taken from the DVDs. All DVDs reviewed contained the required 2257 information in the proper format. A total of 20 performers were identified as appearing in the four DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on 08/22/2007, it was determined that Shooting Star Video had one 2257 violation.

During this inspection, all provisions of 18 U.S.C. §2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER                                    FBI_002654

**FINDINGS**

1. The photo identification for one performer in "Mixed Bones," stage name (P-1) true name (P-1) was of poor quality and not identifiable.

    28 C.F.R. Part 75.2 - "...the records shall also include a legible copy of the identification document examined and, if that document does not contain a recent and recognizable picture of the performer, a legible copy of a picture identification card."

**PRODUCER'S RESPONSE TO FINDINGS**

None.

## PRE-INSPECTION PROCEDURES

The following pre-inspection procedures were followed:

1. Shooting Star Video was randomly selected from a database of known producers of adult products using a computerized random selection program.

2. A sample of Shooting Star Video DVDs was ordered via the Internet and the method of purchase was documented.

3. All products ordered were reviewed for 18 U.S.C. §2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the DVDs.

## INSPECTION PROCEDURES

The following inspection procedures were followed:

1. The inspection began at approximately 12:40 p.m. during regular business hours.

2. SSA Stephen G. Lawrence, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering the residence of ███████ ███.

3. SSA Lawrence explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Lawrence provided ███████ ███████ with a letter explaining the parameters of the inspection and advising Shooting Star Video could be re-inspected at any time if violations were discovered.

5. Prior to the inspection, digital photographs were taken of ███████'s residence and the working area assigned to the inspectors. Since Shooting Star Video had been sold and ceased operations effective 01/01/2006, photographs were not taken of the company's 18 U.S.C. §2257 records storage because the records were maintained in storage. Prior to the inspection, ███████ retrieved all of Shooting Star Video's 18 U.S.C. §2257 records from a storage facility in Oceanside, California, and made them available for inspection. A compact disc containing a total of five photographs was placed in an FD-340 (1A) envelope and maintained with the

case file.

6. Contract inspectors reviewed the 18 U.S.C. §2257 records maintained by Shooting Star Video for the four DVDs reviewed, to include the performers appearing therein. SSA Lawrence also reviewed Shooting Star Video's cross-reference system.

7. Copies were made of the selected performers' identifications indicating date of birth.

8. The inspection concluded at approximately 2:30 p.m.

9. Digital photographs were taken of the working area used by the inspection team prior to departing ▮▮▮▮ ▮▮▮▮ residence.

SUBJECT TO PROTECTIVE ORDER

# TAB 4

# RECORDS VERIFICATION SPREADSHEETS

SUBJECT TO PROTECTIVE ORDER

SHOOTING STAR VIDEO, also known as AUTHENTIC EXTREME REALITY

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| BALLED TO BALD | 2/10/2004 | | 8/28/1967 | |
| BALLED TO BALD | 2/10/2004 | | 9/14/1972 | |
| BALLED TO BALD | 2/10/2004 | | 8/21/1953 | |
| BALLED TO BALD | 2/10/2004 | | 11/27/1973 | |
| BALLED TO BALD | 2/10/2004 | | 9/18/1952 | |
| JON THE SUB | 12/15/2005 | | 3/7/1948 | |
| JON THE SUB | 12/15/2005 | | 2/18/1957 | |
| JON THE SUB | 12/15/2005 | (P-1) | 12/31/1958 | (P-1) |
| JON THE SUB | 12/15/2005 | | 7/31/1957 | |
| JON THE SUB | 12/15/2005 | | 6/3/1962 | |
| JON THE SUB | 12/15/2005 | | 11/3/1952 | |
| MIXED BONES | 10/3-11/3/2005 | | 8/20/1977 | |
| MIXED BONES | 10/3-11/3/2005 | | 9/8/1978 | |
| MIXED BONES | 10/3-11/32005 | | 1/12/1968 | |
| MIXED BONES | 10/3-11/3/2005 | | 12/15/1969 | |
| MIXED BONES | 10/3-11/3/2005 | | 11/3/1961 | |
| QUEEN CLITORA'S COLOSSAL CLIT | 5/25/2005 | | 3/16/1984 | |
| QUEEN CLITORA'S COLOSSAL CLIT | 5/25/2005 | | 1/12/1968 | |
| QUEEN CLITORA'S COLOSSAL CLIT | 5/25/2005 | | 9/18/1952 | |
| QUEEN CLITORA'S COLOSSAL CLIT | 5/25/2005 | | 4/16/1965 | |

(F)

SUBJECT TO PROTECTIVE ORDER

# TAB 6

## PHOTO LOG

SUBJECT TO PROTECTIVE ORDER

CAMERA *Nikon Coolpix 995*  LENS - Normal - N   LIGHT - Available - A
FILM : ASA *Digital*  Wide - W   Elec.Strobe - E
ROLL No. _____  Macro - M   Flashbulb - F
                                Tele. - T

| Photo No. | Lens | Light | SS | f-stop | Description |
|---|---|---|---|---|---|
| 1 | | | | | Title Page - Authentic Extreme Realty 8/22/2007 |
| 2 | | | | | Front of house - 2001 Paseo Lano |
| 3 | | | | | Front door - 2001 |
| 4 | | | | | Work area - Kitchen area (files on table) |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| ... | | | | | |
| 36 | | | | | |

Photo Log Sketch

REMARKS

SUBJECT TO PROTECTIVE ORDER

**INSPECTION COMPLIANCE DETERMINATION**

      Shooting Star Video, also known as Authentic Extreme Reality, was determined to be out of compliance with 18 U.S.C. §2257 and 28 C.F.R. Part 75.