# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

## OF

**Candid Cam Productions**
**2852 20th Avenue N.**
**St. Petersburg, FL 33713**

**Date of Inspection:  09/18/2007**

SUBJECT TO PROTECTIVE ORDER

# TABLE OF CONTENTS

Producer Information                          Tab  1
Inspection Summary

Findings                                      Tab  2

Producer Response to Findings                 Tab  3

Pre-Inspection Procedures                     Tab  4

Inspection Procedures                         Tab  5

Records Verification Spreadsheet              Tab  6

FD-302s                                       Tab  7

Photo Log/Photos                              Tab  8

2257 Checklists                               Tab  9

Inspection Compliance Determination           Tab  10

SUBJECT TO PROTECTIVE ORDER                      FBI_002880

# Tab 1

SUBJECT TO PROTECTIVE ORDER

FBI_002881

## REGULATORY INSPECTIONS REPORT

Report of:     SSA Charles R. Joyner,
               2257 Regulatory Inspections Program, Crimes Against Children Unit,
               Violent Crimes Section, Criminal Investigative Division
Report Date:   10/16/2007
File Number:   ⬛(F)⬛ -candidcam

## PRODUCER INFORMATION

An inspection was conducted of Candid Cam Productions pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75. The inspection was conducted at Candid Cam Productions on 09/18/2007, at 2852 20th Avenue North, St. Petersburg, FL 33713. David Marshlack, owner of Candid Cam Productions, telephone number (727)433-2222, was present during the inspection. Also present was ⬛⬛ attorney, ⬛⬛ cell phone number ⬛⬛, office number (727)321-7127.

## INSPECTION SUMMARY

DVDs produced by Candid Cam Productions were ordered from the internet. Contract inspectors reviewed eight DVDs and identified all performers by stage name or by still photographs taken from the video. All videos reviewed contained the required 2257 information in the proper format. A total of 64 performers were identified as appearing in the eight DVDs. Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles. During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

After the inspection on 09/18/2007, it was determined Candid Cam Productions had several 2257 violations.

During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER

# Tab 2

SUBJECT TO PROTECTIVE ORDER

**FINDINGS**

1. A P.O. Box was used rather than a physical address as the location of records for the following titles:
   a. Limo Secrets
   b. Hidden Sex Cams II
   c. Voyeur Dorm Behind the Scenes II
   d. Surveillance Sex
   e. Voyeur Dorm Mardi Gras
   f. Hungry on the Face

   28 CFR 75.6(b)(3) – Every statement shall contain …a street address at which the records required by this part may be made available. A post office box does not satisfy this requirement.

2. A production date is listed on the DVD jacket, but no production date is included in the movie for the following titles:
   a. Limo Secrets
   b. Hidden Sex Cams II
   c. Voyeur Dorm Behind the Scenes II
   d. Surveillance Sex
   e. Voyeur Dorm Mardi Gras
   f. Hungry on the Face
   g. South Florida College Girls
   h. Dude Dorm Behind the Scenes

   28 CFR 75.6 – Any producer …shall cause to be affixed to every copy of the matter a statement… Every statement shall contain the date of production, manufacture, publication, duplication, reproduction, or re-issuance of the matter.

3. A cross reference system was in use (2257 Made Easy), but was not updated.

   28 CFR 75.2(a)(3) – Records required to be created and maintained under this part shall be organized alphabetically, or numerically where appropriate, by the legal name of the performer (by last or family name, then first or given name) and shall be indexed or cross-referenced to each alias or other name used and to each title or identifying number of the book, magazine, film, digital image, picture, URL, or other matter.

4. In "Hungry on the Face," the photo identification for   (P-1)   was not identifiable.

   28 CFR 75.2(a)(1) – Any producer …shall, for each performer, …create and maintain records containing the legal name and date of birth of each performer. The records shall also include a legible copy of a picture identification card.

SUBJECT TO PROTECTIVE ORDER

5. In "Surveillance Sex," 37 photo identifications were provided for 11 performers. The producer was unable to identify which of the identifications belonged to the 11 performers engaged in sexual activity.

28 CFR 75.2(a)(1) -  Any producer …shall, for each performer, …create and maintain records containing the legal name and date of birth of each performer.  The records shall also include a legible copy of a picture identification card.

SUBJECT TO PROTECTIVE ORDER

# Tab 3

SUBJECT TO PROTECTIVE ORDER

## PRODUCER RESPONSE TO FINDINGS

1. Candid Cam Productions has correctly listed their current, physical address on recent productions.
2. Candid Cam Productions has maintained records indicating the production dates for the titles listed.  They advised all future DVD productions will contain the date of production.
3. Candid Cam Productions agreed to immediately update its data base and is currently using "2257 Made Easy" for this task.
4. An identifiable photo identification of (P-1) was later provided.
5. Copies of identifications were later provided for "Surveillance Sex" and the performers were properly identified, with the exception of one male performer being unidentified.  However, this performer was obviously of legal age.

SUBJECT TO PROTECTIVE ORDER

# Tab 4

SUBJECT TO PROTECTIVE ORDER

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Candid Cam Productions was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2. A sample of Candid Cam Productions DVDs was ordered and the method of purchase was documented.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

SUBJECT TO PROTECTIVE ORDER

# Tab 5

SUBJECT TO PROTECTIVE ORDER

FBI_002890

**INSPECTION PROCEDURES**

The following Inspection Procedures were followed:

1. Inspection began at approximately 10:30 a.m. during regular business hours.

2. SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection upon entering Candid Cam Productions.

3. SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4. SSA Joyner provided ███████████ with a letter explaining the parameters of the inspection and advising Candid Cam Productions could be re-inspected at any time if violations were discovered.

5. Prior to the inspection, digital photographs were taken of the business, location of 2257 records storage, and the working area assigned to the inspectors. A disc containing a total of six photographs was placed in a 1A envelope and maintained with the case file.

6. Inspectors reviewed the 18 USC 2257 records maintained by Candid Cam Productions for the six videos reviewed, to include the performers appearing therein and the cross-reference system.

7. The inspection concluded at approximately 4:30 p.m.

8. A digital photograph was taken of the room which served as the inspectors' work area prior to the inspectors departing the place of business.

SUBJECT TO PROTECTIVE ORDER

# Tab 6

SUBJECT TO PROTECTIVE ORDER

# RECORDS VERIFICATION SPREADSHEET

SUBJECT TO PROTECTIVE ORDER

## CANDIDCAM VIDEO PRODUCTIONS

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| DUDE DORM BEHIND THE SCENES | 0/00/2006 | | (P-1) | (P-1) |
| DUDE DORM BEHIND THE SCENES | 0/00/2006 | | | |
| DUDE DORM BEHIND THE SCENES | 0/00/2006 | | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN FEMALE-SCENE 1 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN MALE-SCENE 1 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN FEMALE-SCENE 2 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN MALE-SCENE 2 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN FEMALE-SCENE 3 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN MALE-SCENE 3 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN FEMALE-SCENE 4 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN MALE-SCENE 4 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN FEMALE-SCENE 5 | | |
| HIDDEN SEX CAMS II | NONE | UNKNOWN FEMALE-SCENE 5 | | |
| HUNGRY ON THE FACE | 10/18/2002 | (P-1) | | |
| HUNGRY ON THE FACE | 8/30/2002 | | | |
| HUNGRY ON THE FACE | 5/18/2001 | | | |
| HUNGRY ON THE FACE | 10/28/2002 | UNKNOWN FEMALE | | |
| HUNGRY ON THE FACE | 11/6/2002 | UNKNOWN FEMALE BLACK | | |
| HUNGRY ON THE FACE | 9/26/2002 | UNKNOWN FEMALE | | |
| HUNGRY ON THE FACE | 9/9/2002 | UNKNOWN FEMALE | | |
| HUNGRY ON THE FACE | 0/00/2002 | UNKNOWN FEMALE | | |
| HUNGRY ON THE FACE | 9/18/2002 | UNKNOWN MALE | | |
| HUNGRY ON THE FACE | 9/9/2002 | UNKNOWN MALE | | |
| HUNGRY ON THE FACE | 11/12/2001 | UNKNOWN MALE | | |
| HUNGRY ON THE FACE | 11/12/2001 | UNKNOWN MALE | | |
| HUNGRY ON THE FACE | 12/5/2002 | UNKNOWN MALE | | |
| HUNGRY ON THE FACE | 8/30/2002 | UNKNOWN MALE | | |
| HUNGRY ON THE FACE | 10/10/2002 | UNKNOWN MALE (P-1) | | |
| HUNGRY ON THE FACE | 9/30/2002 | UNKNOWN MALE | | |
| HUNGRY ON THE FACE | 10/28/2002 | UNKNOWN MALE | | |
| LIMO SECRETS | 0/00/2006 | UNKNOWN FEMALE #1 | | |

SUBJECT TO PROTECTIVE ORDER

FBI_002894

## CANDIDCAM VIDEO PRODUCTIONS

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| LIMO SECRETS | 0/00/2006 | UNKNOWN MALE #1 | | |
| LIMO SECRETS | 0/00/2006 | UNKNOWN FEMALE #2 | | |
| LIMO SECRETS | 0/00/2006 | UNKNOWN MALE #2 | | |
| LIMO SECRETS | 0/00/2006 | UNKNOWN FEMALE #3 | | (P-1) |
| LIMO SECRETS | 0/00/2006 | UNKNOWN MALE #3 | | |
| SOUTH FLORIDA COLLEGE GIRLS | 7/30/2001 | | | |
| SOUTH FLORIDA COLLEGE GIRLS | 10/23/2000 | (P-1) | | |
| SOUTH FLORIDA COLLEGE GIRLS | 10/10/2002 | | | |
| SOUTH FLORIDA COLLEGE GIRLS | 1/8/2003 | | | |
| SURVEILLANCE SEX | NONE | UNKNOWN MALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN MALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN MALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | (P-1) | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| SURVEILLANCE SEX | NONE | UNKNOWN FEMALE | | NOT PROVIDED |
| VOYEUR DORM BEHIND THE SCENES PART 2 | NONE | | | |
| VOYEUR DORM BEHIND THE SCENES PART 2 | NONE | | | |
| VOYEUR DORM BEHIND THE SCENES PART 2 | NONE | UNKNOWN FEMALE | | (P-1) |
| VOYEUR DORM BEHIND THE SCENES PART 2 | NONE | | | |
| VOYEUR DORM BEHIND THE SCENES PART 2 | NONE | | | |
| VOYEUR DORM MARDI GRAS | 10/1/2003 | | | |
| VOYEUR DORM MARDI GRAS | 10/23/2002 | | | |
| VOYEUR DORM MARDI GRAS | 4/30/2000 | | (P-1) | |
| VOYEUR DORM MARDI GRAS | 3/10/2002 | | | |
| VOYEUR DORM MARDI GRAS | 3/26/1998 | | | |

FBI_002895

SUBJECT TO PROTECTIVE ORDER

## CANDIDCAM VIDEO PRODUCTIONS

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| VOYEUR DORM MARDI GRAS | 1/8/2003 | | (P-1) | |
| VOYEUR DORM MARDI GRAS | 6/7/2002 | | | |

SUBJECT TO PROTECTIVE ORDER

Page 3 of 3

FBI_002896

# Tab 8

SUBJECT TO PROTECTIVE ORDER

# PHOTO LOG/PHOTOS

SUBJECT TO PROTECTIVE ORDER

CAMERA _____
FILM : ASA _____
ROLL No. _____

LENS - Normal - N
Wide - W
Macro - M
Tele. - T

LIGHT - Available - A
Elec.Strobe - E
Flashbulb - F

| Photo No. | Lens | Light | SS | f - stop | Description | Photo Log Sketch |
|-----------|------|-------|----|----------|-------------|------------------|
| 1 | | | | | Cooler Dowit | |
| 2 | | | | | outside of building | |
| 3 | | | | | adress of building | |
| 4 | | | | | Confiscated room Display inspection | |
| 5 | | | | | file cabinets containing 2257 material | |
| 6 | | | | | contama va room exit photo | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |

REMARKS

SUBJECT TO PROTECTIVE ORDER

FBI_002913

# Tab 10

SUBJECT TO PROTECTIVE ORDER

FBI_002989



## INSPECTION COMPLIANCE DETERMINATION

Candid Cam Productions was determined to be out of compliance with 18 USC 2257 and 28 CFR 75.