# FEDERAL BUREAU OF INVESTIGATION

## REGULATORY INSPECTION REPORT
## (18 USC 2257)

### OF

**Pony Boy Films**

████████████

**Date of Inspection: 09/19/2007**

## TABLE OF CONTENTS

Producer Information                         Tab    1
Inspection Summary

Findings                                     Tab    2

Producer Response to Findings                Tab    3

Pre-Inspection Procedures                    Tab    4

Inspection Procedures                        Tab    5

Records Verification Spreadsheet             Tab    6

FD-302's                                     Tab    7

Photo Log/Photos                             Tab    8

2257 Checklists                              Tab    9

Inspection Compliance Determination          Tab    10

# REGULATORY INSPECTIONS REPORT

Report of:    SSA Charles R. Joyner,
                 2257 Regulatory Inspections Program, Crimes Against Children Unit,
                 Violent Crimes Section, Criminal Investigative Division

Report Date:  10/16/2007

File Number:       (F)       PONYBOY

## PRODUCER INFORMATION

      An inspection was conducted of Pony Boy Films pursuant to 18 USC 2257 and 28 Code of Federal Regulations Part 75.  The inspection was conducted at the listed of custodian of records address and residence of ▆▆▆▆▆▆▆ on 09/19/2007, at ▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆.  The mother of ▆▆▆▆▆▆▆, advised ▆▆▆▆ was currently in the Czech Republic and she was serving as custodian of records.

## INSPECTION SUMMARY

      DVDs produced by Pony Boy Films were ordered from the internet.  Contract inspectors reviewed two DVDs and identified all performers by stage name or by still photographs taken from the video.  All videos reviewed contained the required 2257 information in the proper format.  A total of 29 performers were identified as appearing in the two DVDs.  Prior to the inspection, contract inspectors printed several still photographs of each performer's face from different camera angles.  During the inspection, the still photographs were compared with the performer identification on record to ensure the identification was, in fact, of that performer.

      After the inspection on 09/19/2007, it was determined Pony Boy Films had two 2257 violations.

      During this inspection, all provisions of 18 USC 2257 guidelines were followed by the inspection team.

SUBJECT TO PROTECTIVE ORDER       FBI_003085

**FINDINGS**

1. There did not appear to be a cross reference system in use.

   28 CFR 75.2 (a)(3) – Records required to be created and maintained under this part shall be organized alphabetically, or numerically where appropriate, by the legal name of the performer (by last or family name, then first or given name) and shall be indexed or cross-referenced to each alias or other name used and to each title or identifying number of the book, magazine, film, digital image, picture, URL, or other matter.

2. The photo identification for [ (P-1) ] appearing in "Horseplay," was not legible. Therefore, [ (P-1) ] date of birth could not be determined.

   28 CFR 75.2(a)(1) – Any producer …shall, for each performer … create and maintain records containing the legal name and date of birth of each performer. The records shall also include a legible copy of a picture identification card.

3. The records for "Win, Place, and Show Off" were present in a computer at the residence, but the inspectors were unable to print or copy the records. It was requested that a copy of all photo identifications for those performers engaged in sexually explicit conduct appearing in "Win, Place, and Show Off" should be e-mailed to SSA Chuck Joyner at charles.joyner@ic.fbi.gov or mailed to FBI, 11000 Wilshire Blvd., #1700, Los Angeles, CA 90024, no later than 09/27/2007.

   28 CFR 75.2(a)(1) – Any producer …shall, for each performer … create and maintain records containing the legal name and date of birth of each performer. The records shall also include a legible copy of a picture identification card.

   28 CFR 75.2 (a)(3) – Records required to be created and maintained under this part shall be organized alphabetically, or numerically where appropriate, by the legal name of the performer (by last or family name, then first or given name) and shall be indexed or cross-referenced to each alias or other name used and to each title or identifying number of the book, magazine, film, digital image, picture, URL, or other matter.

SUBJECT TO PROTECTIVE ORDER

## PRODUCER RESPONSE TO FINDINGS

1. ██████ agreed to initiate a cross-reference system.

2. A legible photo identification of [ (P-1) ] was provided at a later date.

3. Hard copies of all performers in "Win, Place, and Show Off" were later provided.

SUBJECT TO PROTECTIVE ORDER

## PRE-INSPECTION PROCEDURES

The following Pre-Inspection Procedures were followed:

1. Pony Boy Films was randomly selected from a data base of known producers of adult products using a computerized random selection program.

2. Two Pony Boy Films DVDs were ordered and the method of purchase was documented.

3. All products ordered were reviewed for 18 USC 2257 compliance and a pre-inspection analysis was conducted for each of the DVDs ordered.

4. All performers depicted in the videos engaging in sexually explicit conduct were identified by either a stage name or by still photographs of their likeness taken from the video.

**INSPECTION PROCEDURES**

The following Inspection Procedures were followed:

1.   Inspection began at approximately 10:30 a.m. during regular business hours.

2.   SSA Charles Joyner, the Lead Inspector, immediately identified himself and the purpose of the inspection prior to entering the residence and listed custodian of records of Pony Boy Films.

3.   SSA Joyner explained the nature and purpose of the inspection, including the limited nature of the records inspection.

4.   SSA Joyner provided ███████'s mother with a letter explaining the parameters of the inspection and advising Pony Boy Films could be re-inspected at any time if violations were discovered.

5.   Prior to the inspection, digital photographs were taken of the residence/business, location of 2257 records storage, and the working area assigned to the inspectors.  A disc containing a total of 6 photographs was placed in a 1A envelope and maintained with the case file.

6.   Inspectors reviewed the 18 USC 2257 records maintained by Pony Boy Films for the two videos reviewed, to include the performers appearing therein and the cross-reference system.

7.   The inspection concluded at approximately 12:30 p.m.

8.   A digital photograph was taken of the room which served as the inspectors' work area prior to the inspectors departing the place of business.

SUBJECT TO PROTECTIVE ORDER

# RECORDS VERIFICATION SPREADSHEET

FB1_003096

## PONYBOY FILMS

| TITLE | PRODUCTION DATE | STAGE NAME | DATE OF BIRTH | TRUE NAME |
|---|---|---|---|---|
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | | |
| HORSEPLAY | JANUARY 2005 | | (P-1) | |
| HORSEPLAY | JANUARY 2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |
| WIN, PLACE & SHOW | 11/1/2005 | | | |

SUBJECT TO PROTECTIVE ORDER

# PHOTO LOG/PHOTOS

LIGHT - Available - A
Elec.Strobe - E
Flashbulb - F

LENS - Normal - N
Wide - W
Macro - M
Tele. - T

CAMERA Nikon E995
FILM : ASA Digital
ROLL No. _____

| Photo No. | Lens | Light | SS | f - stop | Description |
|---|---|---|---|---|---|
| 1 | | | | | Title page - PennyBoy Films 4/4/2007 |
| 2 | | | | | Front door - 809 Meiner Blvd. al tamote Springs |
| 3 | | | | | front of house - 809 Meiner Blvd. al tamote Springs |
| 4 | | | | | Cabinet - containing 2257 records |
| 5 | | | | | Computer - containing 2257 records |
| 6 | | | | | work area containing 2257 records |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |

Photo Log Sketch

REMARKS

SUBJECT TO PROTECTIVE ORDER

FBI_003108

## INSPECTION COMPLIANCE DETERMINATION

Pony Boy Films was determined to be out of compliance with 18 USC 2257 and 28 CFR 75.

SUBJECT TO PROTECTIVE ORDER