IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) <br> ) Judge Michael M. Baylson <br> ) <br> ) <br> ) [proposed] ORDER <br> ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiffs, | |
| v. | |
| THE HONORABLE ERIC H. HOLDER, JR., <br>  Attorney General, | |
| Defendant. | |

Upon consideration of Defendant's Motion for Summary Judgment, the opposition thereto, and the entire record herein, Defendant's Motion is hereby GRANTED. It is further ORDERED that judgment is hereby entered in favor of Defendant, and the above-captioned case is hereby DISMISSED in its entirety.

_____
The Honorable Michael M. Baylson
United States District Judge