# Berkman, Gordon, Murray & DeVan
Attorneys and Counselors at Law
55 PUBLIC SQ., STE 2200
CLEVELAND, OH 44113-1949

(216) 781-5245
www.bgmdlaw.com

J. MICHAEL MURRAY
LORRAINE R. BAUMGARDNER
MARK R. DeVAN
STEVEN D. SHAFRON
BROOKE F. KOCAB
RAYMOND VASVARI
NANCY C. MARCUS
WILLIAM C. LIVINGSTON

BERNARD A. BERKMAN
(1929-1985)

Fax (216) 781-8207
lbaumgardner@bgmdlaw.com

November 19, 2012

*via email and regular mail*

Kathryn L. Wyer
U. S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington D.C.  20530

Re: *Free Speech Coalition, et al., v. Holder,*
Case No. 2:09-4607

Dear Kathy,

In light of Judge Baylson's order of November 15, 2012, we thought it would be appropriate at this time to identify the past and present members of Plaintiff Free Speech Coalition who were subject to inspection pursuant to 18 U.S.C. § 2257 and its implementing regulations. Current members who were inspected are: Diabolic Video, Darkside Entertainment aka Darkside Productions, K-Beech, and Wicked Pictures. Those members who were inspected, but are currently inactive are: Filmco, Bacchus Releasing, Pure Play Media, Sunshine Films, Robert Hill Releasing, Legend Video, Shanes' World aka Shane Enterprises, V9 Studios, Gentlemen's Video, and Moonlight Entertainment.

Very truly yours,

BERKMAN, GORDON, MURRAY & DeVAN

Lorraine R. Baumgardner