**Report of Gail Dines, PhD**

**Expert Qualifications**

I am a tenured full professor of Sociology and Women's Studies, and chair of the American Studies Department at Wheelock College in Boston. I received my bachelor and doctorate degrees from Salford University in the United Kingdom. My research focuses on images of women in pornography, the political economy of the pornography industry, and the ways that pornography shapes sexual identities, cultural norms, sexual templates, and behaviors. I have studied the pornography industry and its effects for over 25 years, and have written widely and lectured all over the world on the subject.

I am the co-author of a book on the pre-Internet pornography industry, and the sole author of a second book on the history, economics, and cultural effects of Internet pornography. My second book -- *Pornland, How Porn has Hijacked our Sexuality,* Beacon Press, 2010 -- was selected for inclusion in the Sydney (Australia) Writers' Festival, and has been translated into Polish, Chinese, and Croatian. I am also the co-editor of one of Sage Publications' best-selling textbooks: a media studies book that is going into its fourth edition in January 2014.

I have published peer-reviewed articles in journals ranging from *The Yale Journal of Law and Feminism* to *Violence Against Women*. I have been invited to give presentations and consult with governmental bodies and NGOs in the US, Canada, Iceland, Norway, Scotland, Ireland, Israel, Australia, and England, and I have given invited lectures in more than 200 colleges and universities both here and abroad. I am a recipient of *The Myers Center Award for the Study of Human Rights in North America*, and was senior consultant for the documentary *The Price of Pleasure: Pornography, Sexuality & Relationships* (Media Education Foundation). My curriculum vitae is attached as Exhibit 1.

I am being compensated at the rate of $350.00 per hour.

**Key Points of Report**

This report will address why 18 USC 2257, which requires primary producers and secondary producers of sexually explicit material to comply with age-verification and record-keeping requirements with respect to the performers depicted in the materials, is necessary for the prevention of exploitation of minors by the producers. This report will argue that the vast majority of women employed as performers by the pornography industry are either youthful or very youthful looking, and only those genres called "Mature" and "MILF" (*Mothers I Like to Fuck*), consistently include performers who are most likely well over the age of 18. However, after reviewing scenes in these MILF and Mature genres, there are a significant number of videos

1

where a youthful or very youthful looking performer appears together with the more mature female performer (Appendix 1). Thus all genres of pornography with female performers have a preponderance of female performers that are either youthful looking or very youthful looking.

This report will also show, using a range of methodologies, that the genre that uses **<u>very</u>** youthful looking female performers, called "Teen Porn" by the industry (this term includes sub-genres and search terms such as "School Girl Porn," "Daughter Porn" and "Babysitter Porn") is one of the top two or three pornography genres, and by some measures might be **the top genre**. It is not a marginal phenomenon. The various methodologies and sources yield somewhat different results, but the overall picture is clear and consistent: Teen Porn accounts for a significant proportion of total online pornography, accounting for between one-quarter and one-third of the material on the most popular websites, depending on the scope of definition. Moreover, Teen Porn has been growing rapidly in the last five years, and a Google Trends analysis indicates that searches for Teen Porn have grown by 215%, or more than tripled, over the eight years for which data are available.

Although there is a wealth of scholarship on the effects of pornography on attitudes and behavior, there is a dearth of research on the actual content of internet pornography. What is missing from the research is a detailed map of content of pornography found on the free porn sites such as Pornhub.com.  Because of this lack of empirical data, the only way a researcher can provide an accurate detailed analysis of the content is to devote a substantial part of their career to researching the images and trends in content by actually viewing the pornography on the tube sites, and following the pop ups and links to the paid websites. I have been researching these sites since they became popular, and in addition I follow the pornography industry's business website (XBIZ) to make sure that my observations are in line with the trend discussed on XBIZ. It should be noted here that most of the pornography consumed today in the world is accessed through the Internet, and the pornography print industry is significantly shrinking and may become obsolete.

**The Size and Scope of Pornography on the Internet**

- 37% of pages online contain pornographic content (http://www.optenet.com/en-us/new.asp?id=270)

- PornHub (one of the most visited pornography sites) has 2.5 billion page views per month  (http://digitaljournal.com/article/322668#ixzz2OxyrCkuf)

- Most Internet sites average three to six minutes per visit. Porn sites average five times that—15-20 minutes per visit. (http://gizmodo.com/5899327/how-much-porn-does-the-internet-hold)

- A new porn video is produced every 39 minutes (http://www.huffingtonpost.com/2012/10/29/ten-porn-industry-facts-all-time-10s-video_n_2039449.html)

- Teen porn is the second most popular porn search term in the USA (http://www.pornmd.com/sex-search)

- Between December 2009 and December 2010, the pretax earnings of Manwin (one of the largest porn companies in the world) increased more than 40 percent (http://nymag.com/news/features/70985/index4.html)

- 35% of all Internet downloads are pornography (http://www.mob76outlook.com/the-us-porn-industry-continues-to-get-bigger-and-bigger/)

- Every second, 28,258 Internet users are viewing porn (http://www.mob76outlook.com/the-us-porn-industry-continues-to-get-bigger-and-bigger/)

- Porn search engine requests (68 million) are 25% of the total search engine requests being made on the Internet worldwide every single day (http://www.mob76outlook.com/the-us-porn-industry-continues-to-get-bigger-and-bigger/)

**Production/Distribution Map of the Contemporary Porn Industry**

The Internet pornography industry is vast and made up of multiple genres and sub-genres, and distributed through both paid sites and free porn "tube" sites. Most journalists who report on the pornography industry would agree that the increasing popularity of the free porn "tube" sites over the last few years had changed the way consumers interface with pornography (see, for example, http://usatoday30.usatoday.com/money/media/2010-03-02-porn02_ST_N.htm). When I was conducting research on the industry for my book (*Pornland: How Porn has Hijacked our Sexuality*) in 2007-2008, putting the search term "porn" into Google, directed me mainly to porn sites that required a membership fee in order to watch online pornography videos.

Today, the consumer is directed to free porn tubes, which are branded pornographic website portals that provide a gateway to a vast quantity of videos and images that are uploaded by both individuals and professional pornography producers. The tubes categorize the porn by genre. They initially offer a wide array of free material but operate on a business model based on the monetization of traffic, using advertising and links to paid sites. For example, the most traveled tube porn site uses the domain name pornhub.com and is owned by Manwin.

Content is loaded onto tube sites from a variety of sources, some of which the owner of the tube site controls, some of which are not under direct control. Content can be uploaded onto these

sites by any registered member of the tube site through what is called the 'content partner program.' Membership is free; members can include non-professional individuals who upload their personal material, or affiliated webmasters who upload material to direct traffic to their paid sites. This method of opening up the points of production while controlling the point of distribution has transformed the online industry and made it more difficult to verify the age of the performer for four reasons.

1. Much of production today is in the hands of small-time producers who, due to the increasing conglomeration and monopolization of the industry, as well as the downloading of pirated scenes, are struggling to survive. The porn industry has been described by some as an industry in crisis (http://www.guardian.co.uk/culture/2012/jun/05/how-internet-killed-porn), and the group most at risk for bankruptcy is the small-time producer. The production side of the pornography industry (the activities of those who actually film pornographic material, which the 2257 requirements consider primary producers) operates in terms of a fragmented supply chain where production is dispersed across a large number of small producers. This dispersion can be seen on the list of content producers listed on You Porn.com, the second largest porn site on the Internet. As evidenced by the list of custodians of 2257 records for the 180 official content producers (http://www.youporn.com/information/), pornography production takes place in numerous smaller studios located in the United States, Canada or Europe, including Cyprus, the Czech Republic, UK, Budapest and the Netherlands. See http://www.slickcash.com/usc.php, http://adultmovienetwork.com/exit/record/index.html and http://docs.eurorevenue.com/custodian.html for a few examples of dispersed production.  Even where a secondary producer keeps records in a single location, such as Kink.com, http://www.kink.com/k/2257.jsp?c=1, there may be multiple dispersed primary producers.  The large number of primary producers makes it difficult to maintain current and accurate records.  Small, independent producers are unreliable, thus opening up the possibility for loss of records. For example, on YouPorn.com many of the listed custodian sites are no longer operational. For example, www.teen18.com, www.shaftuncovered.com, and http://pickupyourgame.com/usc2257.html no longer lead to a producer site with 2257 compliance or in the case of http://www.loverboysusa.com/2257.html, the 2257 listing is obscured. Given that many small-time production companies come and go, it is especially important that records are kept and that the requirements also apply to secondary producers, so that it can be verified that the performer is over 18.

2. After **studying the porn industry for over 25 years and my ongoing research on Internet pornography**, it is clear that American-made pornography dominates, but, as shown above, there is a great deal of pornography produced in other countries, especially in Eastern and Central Europe. Eastern and Central European made porn is distinguishable from American made porn because t**he performers don't speak English,**

**or if they do it is heavily accented, and this** pornography is often made in what looks like a private residence. H**ence it would be impossible** to track the age of the performer without compliance with 2257.

3. Eastern and Central Europe is a major supplier for the "teen" porn genre, and for the sub-genre that is known as "defloration," which purports to show a female having sex for the first time. In both of these, the women look more youthful than regular pornography performers. Again, this pornography is often made in what looks like a private residence and hence it would be impossible to track the age of the performer without compliance with 2257.

4. Most of the free porn tube sites are owned by Manwin, a Luxembourg-based conglomerate with more than 700 employees that owns and operates well-traveled paid pornography sites (http://nymag.com/news/features/70985/index4.html). In its PR material, Manwin describes itself as "the leading international provider of high-quality adult entertainment, delivered through online, mobile and television media platforms. It is the owner of the largest network of adult websites in the world, with more than 60 million daily visitors" (http://www.manwin.com/). A dispersed production model, together with increased concentration at the point of distribution means that a company can now upload, manage, and distribute pornographic content on websites but be completely disassociated from the original producers of the pornographic material.  For example, the founders of Brazzers, a site now owned by Manwin, never visited a pornography set (http://nymag.com/news/features/70985/index4.html). Thus, absent record-keeping,  both secondary producers and distributors removed from actual creation of the material will be unable to verify the age of the performer, which in turn would prevent others, such as law enforcement, from being able to verify these ages.

Given that youthful and very youthful performers are in the vast majority of images produced by the porn industry, and the complexities inherent in a dispersed production model, and a concentrated distribution system, it is my opinion that protection afforded by 2257 to children is necessary.

**Prevalence of Youthful and Very Youthful Looking Performers in Sexually Explicit Images**

My ongoing research on the image of women in Internet pornography reveals an overwhelming preponderance of youthful looking female performers. These performers are typically curvaceous, have large breasts, often surgically augmented, and have no pubic hair. They tend to wear heavy makeup (thus making them look older than they actually are), and have highly coiffed hair. In fact, it could be said that the makeup together with fake breasts (and probably hair) and shaved pubic areas, on the whole, create a standardized portrayal of an artificial female whose age it would be difficult to pinpoint because the normal things we rely on to judge age are disguised or modified.

The women are depicted as sexually aggressive in their behavior and words and will often initiate the sex, asked to be "fucked harder" and use words like "cock," "pussy" and "cunt" to describe genitals. However sexually experienced these performers may appear, because most girls look sexually mature by the age of 14, there is no assurance, absent age verification, that a female performer is not a minor.  In addition breast size and behavior, by themselves, provide no certainty that these performers are 18 or over.  For example, research by Professor Marcia Herman-Giddens at the University of North Carolina on 17,000 girls found that the average age of breast-budding among white girls was 9.9 years while for black girls it was 8.8.

Appendix 3 is a screen shot of the 61 categories (genres) on Pornhub.com (2.5 billion page views per month). Nearly all the categories depict youthful looking women and the "Teen," "Small Tits," and "College" have female performers that look even more youthful than the majority of youthful looking performers in the other categories. It needs to be stressed that while these categories are used by the distributor and the consumer to sort through a vast amount of pornography, they are not discrete in that the content crosses multiple categories. For example, within the category "Anal" there are videos with titles such as "Anal Teen Fuck Fest," "Teens Gets First Anal" and so on. Within the MILF category there are videos with titles such as "Fuck My Mom and Me" and "Threesome with Step Daughter" that are in the MILF category because at least one of the female performers looks more mature than the majority of performers in pornography, but there are both youthful and very youthful looking performers also in these videos.

In addition to the youthful looking performers who are found in all genres, there is a growing trend to depict *very* youthful females in pornography. Very youthful looking female can be found in a number of genres (referred to as categories on the free porn sites). Most common is that genre/category called "Teen Porn," and a Google Trends analysis indicates that searches for Teen Porn have grown by 215%, or more than tripled, over the last eight years (timefor which data are available) (see Table 5). Teen Porn was by far the fastest growing genre over this period. On the porn tube sites, 'teen porn' is multiply tagged with terms such as "Lolita," "Daughter," "School Girls," and "Young Pussy" (see Table 2). These tags are used to capture traffic searching for a variety of terms related to very youthful looking performers. A high proportion of those videos found within the "teen porn" and to a lesser extent, in related tags, tend to be generic and formulaic in their use of very youthful looking performers, props and language that "childify" the performer.

It should be noted that in pornography targeted to a gay male market, the use of youthful looking boys is found across genres, but is more prevalent in that genre called "Twink" pornography. Twink is a term used in the gay community to refer to a youthful looking male who lacks body and facial hair, and has a slender build (Appendix 2)

**The Growth of Very Youthful Looking Female Performers in the Mainstream Pornography Industry**

**Background**

The first popular mainstream pornography publication to feature women who look even more youthful than regular pornography performers was *Barely Legal* magazine, first produced in 1974 by Larry Flynt Publications. A pornographer known for pushing the envelope, Flynt was ahead of his time in understanding the potential profit of this niche market. While this was a small market for many years, it was the domestication of the Internet after 2000 that made *Barely Legal* a more well-known site because Flynt was a pioneer in moving pornography from magazines and videotapes to the Internet. As well as a well-traveled website, *Barely Legal* just released DVD 132 onto the market in December 2012.

While there were some competitors to *Barely Legal*, the market in very youthful looking female performers became a major niche market after the 2002 case of Ashcroft v. Free Speech Coalition. Here the Supreme Court ruled in favor of the coalition when it declared the 1996 Child Porn Prevention Act unconstitutional because its definition of child pornography (any visual depiction that appears to be a minor engaging in sexually explicit conduct) was ruled to be overly broad. The law was narrowed to cover only those images where an actual person (rather than one who appears to be) under the age of 18 depicted in the porn, thus opening the way for the porn industry to use either computer-generated images of children or real porn performers who, although 18 and over, are childified to look like minors.

**Accessing Teen Porn Sites**

While there are a number of ways to access those sites that childify performers, the main one is typing Teen Porn into Google. This yields between 57 million to 60 million hits depending on the time and day the consumer is searching for these sites. The first site that appears is Pornhub.com, which is a top visited porn site (see table 4). When you arrive at Pornhub.com, you are met with hundreds of free videos with titles such as *Horny Teen Gets Facial*, *Hot Teen Gets Fucked by Friend's Dad*, *Rocco Almost Breaks a Teen in Two* and so on (Appendix 3)

As you click on any of the hundreds of images, you can watch a free hardcore pornography video that can be as short as five minutes or as long as an hour. Some of these videos show a single childified performer masturbating while other feature acts that include rough anal and vaginal sex, choking a female performer with a penis, ejaculation onto the body, into the mouth and on the face, multiple penetrations (one female performer, three men orally, vaginally and anally penetrating her at the same time), double anal (two penises in the anus at the same time, and double vagina (two penises in the vagina at the same time). It is not unusual to see a childifed performer with four or five penises in her orifices at any one time.

7

Clicking on a few images immediately reveals the business model behind these "free" porn sites. The goal of a free porn site is to "monetize traffic," which means encouraging consumers to click onto sites where they have to pay a membership fee. To explain how this works I will describe the process from putting *teen porn* into Google, through to the end process of being directed to a paid site.

1. Type "teen porn" into Google

2. Enter pornhub.com and click on free video called "Freckled Amateur Teen Fucked"

3. As this is playing, pop-ups for paid sites featuring young looking performers appear by the side, underneath and actually on the video itself.

4. I clicked on one of these, called *IFuckedherFinally.com*

5. Hundreds of images of very young looking performers fill the page

6. After one more click I was taken to payment page with a form for joining

7. Membership is $34.95 for 30 days, or $59.95 for 90 days

8. Membership offers free access to 27 other sites with very young performers such as *Lovely Teen Land*, *Wild Young Honeys*, *Daddies and Darlings*.

Most of the female performers depicted in these videos were childifed through a range of techniques.

**Visual, Verbal, and Textual Techniques for Childifying the Performer**

The performers in the teen genre are typically small breasted, sometimes having little more than breast buds.  Indeed, they may have smaller breasts than actual sixteen or seventeen year old girls.  These individual tend to be slightly built, with adolescent looking faces that are relatively free of makeup. Their hair is often in braids or pony tails, and they frequently are clothed in child-looking outfits that include knee-high socks, school uniforms, sweat shirts/T-shirts with animal motifs, Mary Jane shoes, and/or school gym wear (Appendix 4, 5, 6, & 7). Other props of childhood include:

- bed sheets with flowers, animals or hearts

- Stuffed animals on the bed and in the room

- Lollipops and candy on or near the female performer

- Pastel-colored ribbons in the hair

- Braces on their teeth,

It is not unusual to see a female porn performer wearing a school uniform, sucking a lollipop, and hugging a teddy bear, as she masturbates with a dildo. Virtually all of these performers are lacking pubic hair, which in itself is a sign of pre-pubescence. It should be noted however that over the years this has become a common practice for all pornography performers.

In addition to the image clues of childhood surrounding the female performer in teen sites, the written text accompanying the images helps set the context for representing the performers as a child. The words used to describe their bodies (including their vaginas) – tiny, small, petite, tight, cute, teeny – not only stress their youthfulness but also work to separate them from performers on other sites. Most striking is how many of these teen sites refer to the female as sweeties, sweethearts, little darlings, cutie pies, honeys; terms of endearment that starkly contrast with the abusive names the women on other sites are commonly called like slut, whore, cumdumpster, and cunt. The use of kinder terms on teen sites is a method of constructing the notion for the consumer that these girls are somehow different from the rest of the performers who populate the world of porn. This would explain why so many of these web sites have the word Innocent in their name – *Innocent Cute*, *Innocent Dream*, *Innocent Love,* and *Petite Innocent*.

Many pornography sites have text accompanying the video or image that purports to be the performer speaking to the viewer. On those sites that fall into the teen genre, the text is written to make the performer seem very youthful. Some examples below:

"Evdokiya"

 *"I had a lot of fun when we made this video of me masturbating. I had many orgasms and the photographer is extremely nice to me. I was very shy and I blushed as I took off schoolgirl uniform. I like doing this for you."* (http://soloteengirls.net/) Accessed 3/26.2013

"Tanya"

*"I am so happy to be on Solo Teen Girls. My friends have told me about it and I have had fun being in front of the camera. I blush when I think of people watching me play with myself but I like it too.*" (http://soloteengirls.net/) Accessed 3/26.2013

Using words like blush, shy, nice, and fun, signal to the consumer that these performers appear to be less mature and less experienced than the female performers who normally populate the pornography world. In other sub-genres, youthful and mature looking women performers do not use words such as blush or shy and instead describe themselves in more pornographic terms such as "dirty sluts," "nasty whores" and "filthy bitches." As a scholar  who has spent over 25 years studying the image of women in pornography, it is my opinion that the female performers in those sites accessed through typing the word "teen porn" into Google, are carefully and purposely made to look like children to create for the consumer an experience that replicates masturbating to actual child pornography. Given this, children must be protected from being

used as performers by the pornography industry because an actual child would provide an even more authentic experience for those men who put "teen porn" into Google.

**Other Genres/Categories that use Very Youthful (non-childified) Looking Performers**

The other popular genres that use very youthful looking performers are "College Porn," "School Girl Porn" "Baby Sitter Porn," "Daughter Porn" (appendix 8) and "Virgin Porn." Typically their bodies look more developed than performers in Teen Porn, but they are still depicted as sexually inexperienced, naive, easily manipulated into sex, and eager to please their male sex partner, who is often presented as more mature and in a position of power over the female performer (for example, teacher, father, coach, employer).

In the category of Virgin Porn (for example sites called *Virgin Haven*, *First Time Sex*, *Real Virgins*, and *Defloration)*, the sex depicted tends to differ from much of the sex on other porn sites because the female performer in these sites look inexperienced. In place of the writhing, oiled, voluptuous women who act sexually experienced, these performers look like more youthful females who are unsure of how to perform sex for the camera. Their bodies are not arched in the same way and their movements are awkward, sometimes to the point of being clumsy. This is one way of signaling to the consumer that these performers are more youthful by virtue of their lack of sexual experience.

One site that is advertised on a number of free porn sites and that pops up one paid teen porn sites is *Defloration.com*. Claiming to be "The first website about virginity since 1998," with "real acts of defloration," the homepage is dominated by a picture of two hands stretching open a vagina so the user can get a clear view of the internal genitalia, which depicts, the site claims, an "intact hymen." In the videos on the site there is often a long and drawn out scene of her being penetrated as she is grimacing and often asking her penetrator to be careful because the act is painful. This continues, sometimes for 10-15 minutes, until he withdraws his blood-stained penis. The camera lingers on the penis, showing the user clear evidence of the "defloration" before the male performer takes his penis and smears the blood over the buttocks and thighs of the female (Appendix 9).

This documentation that the performer has bled (and thus proving that she was a virgin), together with her very youthful body and sexual inexperience, produce an image of a very youthful female. Many of these scenes appear to be produced in Eastern and Central Europe because the women don't speak English and are given names such as Kati Majorova and Anna Celkova.

## Prevalence and Growth of Pornography Featuring Very Youthful Looking Female Performers

There are two main ways to estimate the prevalence of online pornography that portrays what the pornography industry defines as teen porn.

1. Search terms  - We estimate the number of times particular phrases are entered into search engines such as Google.
2. Web sites – We estimate the number of web sites devoted to teen pornography

Definition for Purposes of this Research
Teen porn here is defined as those sites that depict in videos, images and words young women with childlike and/or teenage characteristics. Major sites call this segment 'teen', but a range of other terms are used on websites and appear frequently as search terms, such as Lolita, schoolgirl, incest and daughter (see tables 2 and 3). For each methodology, we have included search terms with the highest rankings, which vary somewhat across the methodologies used.

While, for the purpose of this research, genres are broken down into categories that are tagged as Teen, as well as other categories such as Asian, Lesbian, and MILF, it should be noted that all categories in the following Tables and Figures contain images of both youthful and very youthful performers.

In order to provide statistical evidence on the prevalence and growth of pornography featuring very youthful looking female performers, I collaborated with Dr David L. Levy who is Professor and Chair of the Department of Management and Marketing at UMass-Boston.  Dr. Levy is my husband and holds a Doctorate of Business Administration from the Harvard Business School. Together we researched the free porn sites to develop a list of categories that were most common across a range of sites, investigated the way that videos are multiply tagged, collaborated on developing a range of methodologies that would yield data on the prevalence of online pornography that portrays what the pornography industry defines as teen porn.

### 1.  Search Terms

**Existing Studies and Sources**

The book by Ogi Ogas and Sai Gaddam *A Billion Wicked Thoughts* (Dutton Adult, 2011) "examined erotic content online from around the world, including a billion anonymous Web searches, a million pornographic websites, a million erotic videos and more".[1] The book was reviewed by the New York Times.[2] The authors used the search facility Dogpile to analyze data from the leading search engines Google, Bing and Yahoo and ranked the most frequently used search terms relating to sex. **"Youth" was the top term, at 13.5%,** nearly three times the second term, Gay, at 4.7%. The top ten list is Table 1.

The website www.pornmd.com claims to be the world's biggest porn search engine. It offers a site on Global Internet Porn Habits, an "interactive infographic [that] shows the top 10 most

commonly searched terms on porn sites over a 6 month period. You can check out every state in the U.S. and then see what other countries around the world are searching for" (http://www.pornmd.com/sex-search). Figure 1 shows the list for the US as a whole, and **'Teen' is ranked in second place**, after MILF. **Teen was the top search term for 13 states:** Oregon, Nevada, Arizona, Wyoming, Utah, Colorado, New Mexico, S. Dakota, Texas, Missouri, Indiana, Florida, and Maine (accessed 3.23.2013).

**Analysis of Google Trends**

Google offers a facility to chart search term frequency:[3]   http://www.Google.com/trends/
The charts are scaled so that 100 represents the peak search volume. The charts provide insight into the relative frequency of different search terms and their trends over time. Figure 2 represents the frequency of five top porn genres for the 5 year period January 2008 to January 2013 in the US. We used popular porn genres identified on pornmd and pornhub, and then used Google trends to identify and chart the five most popular search terms used in the US.[4] This chart demonstrates that **teen porn is the third most popular genre.** Figure 3 represents the same five search terms worldwide: teen is in second place. Figure 4 is a chart with most the popular search terms that are also frequently used to search for teen porn in the US. The chart indicates that **the total volume of searches for teen porn and related terms is more than double the volume for 'teen porn' alone.** This is notable because other categories such as MILF and gay porn do not have popular alternative terms. It is likely, therefore, that Fig. 2 substantially understates the relative ranking of teen porn searches relative to other genres.

Google trends analysis indicates that **searches for Teen Porn have grown by 215%**, or more than tripled, over the eight years for which data are available (see Table 5). **Teen Porn was by far the fastest growing genre over this period.** Over the last five years, searches for Teen Porn have grown by 87%, second to Gay Porn, which grew 89%.

**Analysis of WordTracker Search Terms**

The website SEObook (SEO is Search Engine Optimization) offers a website that provides estimates of total daily searches on particular key words and related terms, using the top 3 search engines, Google, Yahoo and Bing.[5] Entering "teen porn", for example, gives estimates for nearly 100 search phrases that include the two words "teen" and "porn", such as "young teen porn" and "free teen porn videos". These results were summed to give the total daily searches on each term. The results (see Table 2) indicate that **teen porn is a large category in relation to other genres, and potentially the largest single genre** when related terms such as Teen Sex and Teen Pussy are included.[6] Total searches for teen-related porn are approximately 486,000 daily by this methodology.[7] This compares with a daily total of approximately 1.1 million searches that include the word "porn".

### 2.  Web sites

**Total Google Search Results by Search Term**

One method of estimating the prevalence of websites related to particular themes is simply to put the term into Google and record the total number of hits (search results, each of which links to an accessible webpage). This is not a very accurate method, and does not indicate volume of traffic or searches.[8]

 Putting the term "porn" in Google gives 1.38 billion hits, but this includes all mentions of the word in news sites, discussion forums indexed by Google, and other documents. Table 3 indicates the total Google hits for a series of search terms related to teen porn. Searches were performed with the terms in quotation marks to yield only sites with the precise phrase. The phrase "teen porn" gives 57.8 million hits, 4.2% of that for "porn", and it is the second largest category, after gay porn. The total including related terms is 152 million, or 11% of the total for porn. **A comparison of the Google hits for teen porn and related terms indicates that it is by far the largest genre.[9]**

**Google Search Results within Popular Free Porn Tubes**

The three most popular porn "tubes" (offer a large quantity of videos and images across a range of genres.[10] Google provides an advanced search facility that enables searches within <u>domains</u>. We searched within the **three** highest-ranked porn sites for teen and other genres. Table 4 displays the results. "Site Rank US" refers to the ranking of the website within the US, compared to all websites (Google itself is ranked 1, Facebook is 2, and so on). "Total hits" refers to the total number of search results within the domain.[11] "Teen" refers to the number of hits within the domain that include that term. The results indicate that **teen is the largest single category, and appears on 14.4 million (27%) of the 52.6 million webpages within these three sites. Including related terms such as "young" and "schoolgirl", the number of hits rises to 17.97 million (34.2%).[12]**

## <u>Conclusion</u>

After many years of researching the foregoing:

- The Image of women in Internet pornography and noting the over representation of youthful and very youthful looking female performers in all genres
- The techniques used to make female performers look even more youthful in the "Teen" porn genre
- The economic structure of the pornography industry with a dispersed production model and a concentrated distribution system
- The high prevalence of teen searches and sites

it is my considered opinion that the requirements of 2257 serve a vital and valuable purpose of ensuring that those depicted are not children given the risk to children posed by the ubiquity of youthful and very youthful images found in Internet pornography.

/s/ Gail Dines, Ph.D

**Table 1.**

The top 10 search terms about sex from Ogi Ogas and Sai Gaddam *A Billion Wicked Thoughts* (Dutton Adult, 2011).[13]

1. Youth (13.5%)
2. Gay (4.7%)
3. MILFs (4.3%)
4. Breasts (4%)
5. Cheating wives (3.4%)
6. Vaginas (2.8%)
7. Penises (2.4%)
8. Amateurs
9. Mature
10. Animation


**Table 2.**

**Analysis of WordTracker search terms from SEOBook website.**

The daily estimated daily search totals (performed 3.23.2013) for porn, teen porn and related terms, and some other popular genres:

Porn            1,090,068 (includes longer search phrases that include "porn")

| | |
|---|---|
| Teen Sex | 115,658 |
| Teen Porn | 112,222 |
| Teen Pussy | 94,179 |
| Preteen Porn | 73,756 |
| Incest Porn | 47,139 |
| Tiny Tits | 39,082 |
| Pedo Porn | 16,207 |
| Daughter Porn | 15,260 |
| College Porn | 10,519 |
| | --------- |
| Total | 524,022 |
| | 38,000  Estimated overlap among categories |
| **Net Total** | **486,022** |
| MILF | 298,649 |
| Gay Porn | 103,866 |
| Lesbian Porn | 67,274 |
| Asian Porn | 34,108 |

**Table 3.**

| Searched 3.27.2013 | Total Google hits (million) for various keywords |
|---|---|
| Porn | 1380.00 |
| | |
| "teen sex" | 61.10 |
| "teen porn" | 57.80 |
| "teen pussy" | 36.00 |
| "tiny tits" | 18.90 |
| "barely legal" porn | 14.10 |
| "young porn" | 10.50 |
| "young pussy" | 10.40 |
| "incest porn" | 3.50 |
| "college porn" | 2.68 |
| "lolita porn" | 1.80 |
| "schoolgirl porn" | 1.60 |
| "daughter porn" | 1.03 |
| "pedo porn" | 0.75 |
| "babysitter porn" | 0.44 |
| | |
| **Total** | **220.60** |
| Net total | 152.00 |
| | |
| "gay porn" | 69.30 |
| "asian porn" | 27.90 |
| "anal porn" | 22.70 |
| "lesbian porn" | 18.10 |
| "milf porn" | 15.00 |

**Table 4.**

**Google Hits within Popular Pornography Domains**
(millions)

| | Pornhub | XNXX | Redtube | Total | % |
|---|---|---|---|---|---|
| Site Rank US | 40 | 76 | 80 | | |
| Total hits | 25.70 | 23.20 | 3.68 | 52.58 | |
| | | | | | |
| **Teen** | **5.80** | **6.28** | **2.36** | **14.44** | **27.5** |
| Young | 2.43 | 3.51 | 0.35 | 6.29 | 12.0 |
| College | 1.84 | 1.22 | 0.07 | 3.13 | 6.0 |
| Schoolgirl | 0.46 | 0.98 | 0.04 | 1.48 | 2.8 |
| Daughter | 0.29 | 0.54 | 0.02 | 0.85 | 1.6 |
| **Total teen+ related** | **7.75** | **7.73** | **2.49** | **17.97** | **34.2** |
| | | | | | |
| Anal | 5.72 | 5.58 | 2.33 | 13.63 | 25.9 |
| MILF | 5.42 | 4.90 | 1.61 | 11.93 | 22.7 |
| Amateur | 4.29 | 5.50 | 2.13 | 11.92 | 22.7 |
| Lesbian | 2.53 | 3.60 | 2.09 | 8.22 | 15.6 |
| Gay | 2.06 | 1.19 | 1.96 | 5.21 | 9.9 |

notes:

1. percentages add to more than 100 because sites have multiple tags

2. ranking of websites from Alexa.com

3. search was performed 3.27.2013

4. Total teen+ related includes the 4 search terms Teen, Young, College, and Daughter

using OR connector in search to avoid double counting i.e. the net total.

17

**Table 5:**

**Comparative Growth Rates of Top Pornography Genres**
Based on Google Trends search interest index

| | % Change Over Time | |
| --- | --- | --- |
| | Jan '04 - Feb '13 | Jan '08-Jan '13 |
| Teen porn | 215.4% | 87.1% |
| MILF | -17.4% | -3.2% |
| Gay | 119.0% | 89.5% |
| Asian | 0.0% | -13.3% |
| Lesbian | 163.6% | 68.0% |

Figure 1. Global Porn Habits, PornMD. 10 Most Common Searches on Porn Sites in USA
http://www.pornmd.com/sex-search  3.23.2013



**Figure 2.**

Frequency of five top porn genres for the 5 year period January 2008 to January 2013 in the US



**Figure 3.**

Frequency of five top porn genres for the 5 year period January 2008 to January 2013, Worldwide



**Figure 4.**

Frequency of five top terms used to search for teen porn, 5 year period January 2008 to January 2013 in the US.



**Footnotes**

---

[1] http://www.huffingtonpost.com/2011/04/26/sex-study-internet-search-terms_n_854034.html

[2] http://www.nytimes.com/2011/07/31/books/review/a-billion-wicked-thoughts-by-ogi-ogas-and-sai-gaddam-book-review.html

[3] Google holds about 66% of search market share in the US. http://techcrunch.com/2012/10/11/comscore-Googles-search-engine-market-share-increased-in-september-yahoo-down-another-0-6-percentage-points/

[4] Google trends charts are limited to five search terms.

[5] http://tools.seobook.com/keyword-tools/seobook/

[6] The overlap across these searches was estimated by looking for common search terms in each list generated by a search. E.g. ; the search term count for "teen porn" and "teen pussy" included 353 overlaps, via the search phrase "teen pussy porn". Note that WordTracker provides only the top 100 search term combinations, so the actual total of daily searches is even larger.

[7] This is a very conservative estimate because other search terms are also used. For example, Wordtracker indicates that over 400,000 searches a day include the term "Lolita", such as "Lolita sex" (8,000 searches) and "Lolita porn" (13,000 searches). We did not include Lolita because the primary term does not necessarily refer to pornography.

[8] The number of hits can vary significantly from day to day. There is also overlap across Google searches, as many sites contain multiple key words to attract traffic. The total hit for, say, "teen porn" and "teen pussy" cannot be simply added together. This is different from the analysis of search terms, which counts the number of times particular phrases are used, so the results can be summed.

[9] Note that the other genres, such as gay and MILF, do not have significant alternative terms.

[10] Alexa.com provides rankings for websites based on traffic. US rankings were used.

[11] Each result is an accessible webpage. Most of these are individual videos.

[12] This total combines the 4 search terms: Teen, Young, College, and Daughter. The search employed the OR connector between terms to avoid double counting sites with more than one tag.

[13] The Huffington Post article includes the following note: " *A previous version of this top ten list included "butts" (.9%) and "cheerleaders" (.1%) as the 9th and 10th most popular queries, respectively. Ogas clarified that "butts" and "cheerleaders" are the 21st and 79th most popular searches, respectively, and that "amateurs," "mature" and "animation" are the 8th, 9th, and 10th most popular searches"*