

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

907. Standard Member ★☆☆☆☆ **Royalknight8** Fun sexy couple, looking for the same!!!!!

23 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Groups
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

908. Standard Member ★☆☆☆☆ **chris19831983** couple seeking more....

21 year old Man
25 year old Woman
Looking for Women
Living in Painesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

909. Standard Member ★☆☆☆☆ **TheBigT7** Couple looking to experiment with others

23 year old Man
20 year old Woman
Looking for Women
Living in Youngstown, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

910. Standard Member ★☆☆☆☆ **heading_west** Young couple looking to broaden their horizens.

21 year old Man
21 year old Woman
Looking for Women
Living in Mansfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

911. Standard Member ★☆☆☆☆ **LatinDiva20** Young Attractive Couple looking for female friend

26 year old Man
21 year old Woman
Locking for Women
Living in South Charleston, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

912. Standard Member ★★★☆☆ **oberlinoh** Newlyweds looking for a kinky sex

D001048



21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups,
Couples (2 women) or Couples (2 men)
Living in Amherst, Ohio, United States
[invite to your network!]

Ask me for a photo

🏮 Add to Hotlist
😊 Send them a wink

913.   Standard Member   ★☆☆☆☆   joinnow2520   We are looking for a fun, kinky girl to play with.

25 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Ask me for a photo

🏮 Add to Hotlist
😊 Send them a wink

914.   Standard Member   ★☆☆☆☆   hotcouple1929   Looking for a female to get to know and bring home

20 year old Man
20 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

Ask me for a photo

🏮 Add to Hotlist
😊 Send them a wink

915.   Standard Member   ★☆☆☆☆   jj4444j   Friendly Playful will try almost anything.

19 year old Man
19 year old Woman
Looking for Women
Living in Somerset, Ohio, United States
[invite to your network!]

Ask me for a photo

🏮 Add to Hotlist
😊 Send them a wink

916.   Standard Member   ★☆☆☆☆   threee4thefun   This is us!

21 year old Man
23 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

Ask me for a photo

🏮 Add to Hotlist
😊 Send them a wink

917.   Standard Member   ★☆☆☆☆   countandcountess   countandcountess

20 year old Man
22 year old Woman
Looking for Women
Living in Medina, Ohio, United States
[invite to your network!]

Ask me for a photo

🏮 Add to Hotlist
😊 Send them a wink

918.   Standard Member   ★☆☆☆☆   goodlay2006   young couple looking for a little extra fun in bed.

D001049



20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Geneva, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

919.  Standard Member  ★☆☆☆☆  **Tighthole17**  couple in columbus seek female

32 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

920.  Standard Member  ★☆☆☆☆  **wannatry1985**  We want to experiment with you.

30 year old Man
20 year old Woman
Looking for Women
Living in Ashtabula, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

921.  Standard Member  ★☆☆☆☆  **2ready4somefun**  Hi we are a young couple looking for a friend.

22 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Portsmouth, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

922.  Standard Member  ★☆☆☆☆  **redyJessie**  Couple seeking funloving womn to have fun times with.

24 year old Man
19 year old Woman
Looking for Women
Living in Twinsburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

923.  Standard Member  ★☆☆☆☆  **nai_and_ral**  Two Cute Kids

20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

924.  Standard Member  ★☆☆☆☆  **wnna3sum**  Hot couple. Looking for a busty babe to join us.

D001050



21 year old Man
20 year old Woman
Looking for Women
Living in Colombus/cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

925.  Standard Member   ★☆☆☆☆  **kayayr**  Couple looking for a threesome or foursome

24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in New Albany, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

926.  Standard Member   ★★★☆☆  **hotchillycpl4560**  Hot Chillicothe Couple

20 year old Man
23 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Chillicothe, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

927.  Standard Member   ★☆☆☆☆  **who3232**  Ijuswannahavesumwithyou

23 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Hilliard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

928.  Standard Member   ★☆☆☆☆  **us4ubaby4**  You want some.Come and get some.

22 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

929.  Standard Member   ★☆☆☆☆  **BIgBoR**  Me and Her just looking

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in South Webster, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

930.  Standard Member   ★☆☆☆☆  **august20002**  we are looking for a bisexual female thats open minded.



Ask me for a photo

31 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist

Send them a wink

View More Listings

**Home**   **My Account**   **Browse**   **Search**   **Chat**   **Groups**   **Friends**   **Hotlist**   **Shop**   **Get Local**   **Magazine**   **Blogs**   **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | Log off

D001052

# AdultFriendFinder.com
The World's Largest Sex & Swinger Personals site

[ Extend your Membership- for a discount! ]

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search** | **Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

931. | Standard Member | ★☆☆☆☆ **Ayrkay2**   Couple looking for group sex

**Get Noticed!**

Ask me for a photo

24 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in New Albany, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**Your Profile Highlighted**

932. | Standard Member | ★☆☆☆☆ **LESBIANMAN8**   I'M LOOKING FOR WOMEN ONLY. I'M A TRANSVESTITE.

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]

**Highlight My**

933. | Standard Member | ★☆☆☆☆ **wolfandpussy**   Ohio couple seeks a third

**FLT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

Ask me for a photo

22 year old Man
19 year old Woman
Looking for Women
Living in Eastlake, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

**Icon Key**

934. | Standard Member | ★☆☆☆☆ **couple43some84**   curious couple

✅ **Verified Member**
📄 **Personality Type**
💬 **Voice introduction**
🎥 **Video Introduction**

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Women
Living in Mansfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

★★★★☆
**Your Compatibility Score**

935. | Standard Member | ★☆☆☆☆ **me_n_my_gurl69**   come and have some fun!!!

Ask me for a photo

25 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Washington Court House, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

936. | Standard Member | ★☆☆☆☆ **cpl4bifemaleohio**   hi we are a couple from ohio looking for a bi female



31 year old Man
19 year old Woman
Looking for Women
Living in Girard, Ohio, United States
[invite to your network!]

⚅ Add to Hotlist
☺ Send them a wink

937.    Standard Member    ★☆☆☆☆    iloveozzy84    Hi My name is Kevin. My handle is Kronik.

19 year old Man
19 year old Woman
Looking for Women or Couples (2 women)
Living in Cincinnati, Ohio, United States
[invite to your network!]

⚅ Add to Hotlist
☺ Send them a wink

938.    Standard Member    ★☆☆☆☆    HotCouupleNOhio    We are looking for a good time. Are you?

32 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Mount Vernon, Ohio, United States
[invite to your network!]

⚅ Add to Hotlist
☺ Send them a wink

939.    Standard Member    ★☆☆☆☆    2forfun914    Young outgoing couple looking for fun with others.

22 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

⚅ Add to Hotlist
☺ Send them a wink

940.    Standard Member    ★☆☆☆☆    insertkey    i am cute and need some friends

20 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

⚅ Add to Hotlist
☺ Send them a wink

941.    Standard Member    ★☆☆☆☆    Beej20042    just looking for some fun. Trying to get other people

21 year old Man
24 year old Woman
Looking for Women
Living in Massillon, Ohio, United States
[invite to your network!]

⚅ Add to Hotlist
☺ Send them a wink

942.    Standard Member    ★★★☆☆    BassmannR93    Lokking for hot threesomes



21 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Mantua, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

943.   Standard Member   ★☆☆☆☆   **flirtyohiocouple**   Ohio couple seeks single bi-f for fun

23 year old Man
20 year old Woman
Looking for Women
Living in Barberton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

944.   Standard Member   ★★★☆☆   **WeJuStWannaBang**   hey People

21 year old Man
21 year old Woman
Looking for Men, Women, Couples (man and woman), Groups,
Couples (2 women) or Couples (2 men)
Living in Lakewood, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

945.   Standard Member   ★☆☆☆☆   **cutepussy5**   lookin for some fun

20 year old Man
20 year old Woman
Looking for Women
Living in Toronto, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

946.   Standard Member   ★☆☆☆☆   **n2fun2to1**   We are a couple looking for fun. In Columbus Area.

26 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

947.   Standard Member   ★☆☆☆☆   **Bud0506**   Hey Ya'll! Lets have some fun

19 year old Man
19 year old Woman
Looking for Women
Living in Morrow, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

948.   Standard Member   ★☆☆☆☆   **roadrage4**   man and woman looking for woman

D001055



26 year old Man
20 year old Woman
Looking for Women
Living in Dresden, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

949. Standard Member ★☆☆☆☆ **ua123456**   Couple looking to add another girl

20 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

950. Standard Member ★☆☆☆☆ **AndYouAndI2**   Us and You Too

22 year old Man
20 year old Woman
Looking for Women
Living in North Royalton, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

951. Standard Member ★☆☆☆☆ **ksusportsstudent**   Looking for new friends to join my girlfriend and I for fun

22 year old Man
21 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Kent, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

952. Standard Member ★☆☆☆☆ **BigJ721983**   Chris and Lexie

21 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

953. Standard Member ★☆☆☆☆ **Fix_My_Computer**   We are engaged and are looking to experiment alittle

20 year old Man
21 year old Woman
Looking for Women or Couples (2 women)
Living in Bellville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

954. ★☆☆☆☆ **drinkit2**   couple looking for fun

D001056



20 year old Man
21 year old Woman
Looking for Women
Living in Wauseon, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

955.  **Standard Member**  ★☆☆☆☆  **eXotictoXic24**   seXyAsian pussy looking to suprise her man with a 3some

Ask me for a photo

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman), Groups or Couples (2 women)
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

956.  **Standard Member**  ★☆☆☆☆  **dhavideo**   Fairfield area looking to play

Ask me for a photo

21 year old Man
32 year old Woman
Looking for Women or Couples (2 women)
Living in Fairfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

957.  **Standard Member**  ★☆☆☆☆  **kinky040404**   looking for fun hot kinky young girl to fuck me and my

Ask me for a photo

19 year old Man
20 year old Woman
Looking for Women
Living in Westlake, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

958.  **Standard Member**  ★☆☆☆☆  **Sexmagus3**   I am looking for a girl for no string sex.

Ask me for a photo

32 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

959.  **Standard Member**  ★☆☆☆☆  **4Ninny**   young couple looking for 18+ to have sexual fun

Ask me for a photo

20 year old Man
20 year old Woman
Looking for Women
Living in Saint Marys, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

960.  **Standard Member**  ★☆☆☆☆  **ruffcouple**   young couple looking for a playmate

D001057



20 year old Man
20 year old Woman
Looking for Women
Living in Perrysburg, Ohio, United States
[invite to your network!]

 Add to Hotlist

 Send them a wink

View More Listings

**Home**  **My Account**  **Browse**  **Search**  **Chat**  **Groups**  **Friends**  **Hotlist**  **Shop**  **Get Local**  **Magazine**  **Blogs**  **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.
Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001058

Couples (man and woman) Seeking Women in Ohio

# AdultFriendFinder.com

The World's Largest Sex & Swinger Personals site

( Get an Intensive Profile Edit )

me | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

| **Start New Search** | **Search Results** |

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

Highlight My



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

961. | Standard Member | ★☆☆☆☆ **tylermoe** were a fun couple looking for a women to be fun with

20 year old Man
25 year old Woman
Looking for Women
Living in Vermilion, Ohio, United States
[invite to your network!]

Ask me for a photo

🎀 Add to Hotlist
😊 Send them a wink

962. | Standard Member | ★☆☆☆☆ **ecfmjc** Searching for cute young fantasy partner

21 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Ask me for a photo

🎀 Add to Hotlist
😊 Send them a wink

963. | Standard Member | ★☆☆☆☆ **whtprincess84** 20 f and 23 m from mansfield ohio seeking a female

24 year old Man
21 year old Woman
Looking for Women
Living in Mansfield, Ohio, United States
[invite to your network!]

Ask me for a photo

🎀 Add to Hotlist
😊 Send them a wink

964. | Standard Member | ★☆☆☆☆ **acouple4fun1830** acoulpe4fun

31 year old Man
19 year old Woman
Looking for Women
Living in Girard, Ohio, United States
[invite to your network!]

Ask me for a photo

🎀 Add to Hotlist
😊 Send them a wink

**Icon Key**

 **Verified Member**

 **Personality Type**

 **Voice introduction**

 **Video Introduction**

★★★★☆
**Your Compatibility Score**

965. | Standard Member | ★☆☆☆☆ **heather_dave04** a couple looking for a woman

25 year old Man
20 year old Woman
Looking for Women
Living in Middletown, Ohio, United States
[invite to your network!]

Ask me for a photo

🎀 Add to Hotlist
😊 Send them a wink

966. | Standard Member | ★☆☆☆☆ **jekneepooh** Engaged Couple seeking a woman for some threesome fun.



20 year old Man
27 year old Woman
Looking for Women
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

967. Standard Member    ★☆☆☆☆  **amanda_josh1**    hey we want to have some fun what about you

22 year old Man
21 year old Woman
Looking for Women, Groups or Couples (2 women)
Living in Thornville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

968. Standard Member    ★☆☆☆☆  **RedDevil98**    Loving couple looking for a little extra loving

20 year old Man
20 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

969. Standard Member    ★☆☆☆☆  **kevindevin**    Looking for play partners

22 year old Man
20 year old Woman
Looking for Women
Living in Newton Falls, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

970. Standard Member    ★★★★☆  **FrEaKyNYng**    Young Black Couple Looking to explore....we have pics!!!!!

21 year old Man
22 year old Woman
Looking for Men, Women, Couples (man and woman) or Couples (2 women)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

971. Standard Member    ★☆☆☆☆  **couple4fun832**    couple looking for female for fun

22 year old Man
21 year old Woman
Looking for Women
Living in Oxford, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

972. Standard Member    ★☆☆☆☆  **Pyro6603**    Ohio Couple Looking To Try 3-Way



Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

973.   Standard Member   ★☆☆☆☆  **lovetoswing04**   we love to swing and we both love sex

Ask me for a photo

19 year old Man
19 year old Woman
Looking for Women or Couples (man and woman)
Living in Warren, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

974.   Standard Member   ★☆☆☆☆  **iwantsex339**   i want a man and a woman

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Pickerington, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

975.   Standard Member   ★☆☆☆☆  **Baralai2444**   Couple looking for fun. Looking for a female to join.

Ask me for a photo

21 year old Man
22 year old Woman
Looking for Women
Living in Miamisburg, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

976.   Standard Member   ★☆☆☆☆  **cpl4funnwoh**   looking for friends

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

977.   Standard Member   ★☆☆☆☆  **no_friggin**   im 20 shes 20...we're thinkin about another girl to join....

Ask me for a photo

21 year old Man
20 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

978.   Standard   ★★☆☆☆  **redfhish2**   Professional, discrete couple



32 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

979.  **Standard Member**  ★☆☆☆☆  **VagueStatik**   Read This PWEEEASE!

19 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

980.  **Standard Member**  ★☆☆☆☆  **tazzkirk**   we are a long-term couple just looking for a little fun

21 year old Man
23 year old Woman
Looking for Women
Living in Toledo, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

981.  **Standard Member**  ★☆☆☆☆  **Peanut252**   Looking For Fun

21 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

982.  **Standard Member**  ★☆☆☆☆  **phamilyphriend**   Looking for Single Females to Have a good time

24 year old Man
21 year old Woman
Looking for Women
Living in Dublin, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

983.  **Standard Member**  ★☆☆☆☆  **POOHBEAR1027**   FUN & OUTGOING

20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

984.  **Standard Member**  ★☆☆☆☆  **youngnsexy2019**   Two Peole Looking For Some FUN!



21 year old Man
21 year old Woman
Looking for Women
Living in Delaware, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

985. **Standard Member** ★☆☆☆☆ **Bratforever_2001** couple looking for a girl

23 year old Man
21 year old Woman
Looking for Women
Living in Shelby, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

986. **Standard Member** ★☆☆☆☆ **sloppyfun1000** lookin for ppl who r wanting a good time

20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Lorain, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

987. **Standard Member** ★☆☆☆☆ **angel102102** we are a couple looking to have another female join us

21 year old Man
19 year old Woman
Looking for Women
Living in Rogers, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

988. **Standard Member** ★☆☆☆☆ **YngOhCpl4biF** looking for a sexy bi F to play with us

21 year old Man
21 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Lima, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

989. **Standard Member** ★★★☆☆ **tagteamanalduo** We are a hot and horny couple looking for group sex.

20 year old Man
23 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Columbus, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

990. ★☆☆☆☆ **max22555** we're lookin for some fun

D001063



20 year old Man
20 year old Woman
Looking for Women
Living in New Philadelphia, Ohio, United States
[invite to your network!]

 Add to Hotlist

 Send them a wink

View More Listings

D001064

# AdultFriendFinder.com

**The World's Largest Sex & Swinger Personals site**

**Get a Highlight!**

me | **My Account** | **Browse** | **Search** | **Chat** | **Groups** | **Friends** | **Hotlist** | **Shop** | **Get Local** | **Magazine** | **Blogs** | **Help**

## Start New Search

### Search Results

## Couples (man and woman) Seeking Women in Ohio

### Featured Members
Click here to get featured

**Get Noticed!**

**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.

**Highlight My**



**ALT.com**
Fetish & BDSM
Lifestyles PERSONALS
**JOIN NOW for FREE**

### Icon Key

☑ **Verified Member**

▤ **Personality Type**

◉ **Voice introduction**

◙ **Video Introduction**

★★★★☆
**Your Compatibility Score**

---

**991.** | Standard Member | ★☆☆☆☆ **m23f20Columbus** ISO Young Bi-female

24 year old Man
21 year old Woman
Looking for Women
Living in Columbus, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😉 Send them a wink

---

**992.** | Standard Member | ★☆☆☆☆ **jrsoprano330** Looking for good fun times. Wanting lots of great sex

21 year old Man
22 year old Woman
Looking for Women
Living in Lakemore, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😉 Send them a wink

---

**993.** | Standard Member | ★☆☆☆☆ **ohiocouple49** all about us

33 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Fairborn, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😉 Send them a wink

---

**994.** | Standard Member | ★☆☆☆☆ **S3xyOhioCouple** Couple Looking For Another Woman For Casual Erotic Play

21 year old Man
21 year old Woman
Looking for Women
Living in Chillicothe, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😉 Send them a wink

---

**995.** | Standard Member | ★★★☆☆ **deathfad** Young couple seeking others for fun times.

21 year old Man
21 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Dayton, Ohio, United States
[invite to your network!]

Ask me for a photo

🏠 Add to Hotlist
😉 Send them a wink

---

**996.** | Standard Member | ★★★☆☆ **domafreak** looking for an good sex video for me

D001065



19 year old Man
19 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

997.   Standard Member   ★☆☆☆☆   **pregnant_couple**   Pregnant couple seeking sexy female

23 year old Man
20 year old Woman
Looking for Women
Living in Willard, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

998.   Standard Member   ★☆☆☆☆   **curiouspair218**   Hello Ladies

21 year old Man
21 year old Woman
Looking for Women
Living in Akron, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

999.   Standard Member   ★☆☆☆☆   **thomas4573**   looking for a female no games

23 year old Man
19 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1000.   Standard Member   ★☆☆☆☆   **DanAndJudy718**   Wife looking to surprise hubby............

21 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1001.   Standard Member   ★☆☆☆☆   **hornyhotcouple04**   we are ready to play.....

20 year old Man
20 year old Woman
Looking for Women
Living in Zanesville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1002.   Standard Member   ★☆☆☆☆   **morefun4ever**   looking for adventures

D001066



21 year old Man
22 year old Woman
Looking for Women
Living in Ashland, Ohio, United States
[invite to your network!]



🏠 Add to Hotlist
😊 Send them a wink

---

1003. **Standard Member**  ★☆☆☆☆ **jekel84**  couple looking for female for three some



21 year old Man
21 year old Woman
Looking for Women
Living in Mansfield, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

1004. **Standard Member**  ★☆☆☆☆ **bull_riderB**  Couple seeking 3somes!!!

21 year old Man
21 year old Woman
Looking for Women
Living in Vinton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

1005. **Standard Member**  ★☆☆☆☆ **sexycoupleforfn4**  Interested?



20 year old Man
19 year old Woman
Looking for Women, Couples (man and woman) or Couples (2 women)
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

1006. **Standard Member**  ★☆☆☆☆ **xplodincherries**  Looking for special friends



21 year old Man
21 year old Woman
Looking for Women
Living in Elyria, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

1007. **Standard Member**  ★☆☆☆☆ **satinythrasher**  Hey, I'm just checking this out



20 year old Man
20 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😊 Send them a wink

---

1008. **Standard Member**  ★☆☆☆☆ **avelous11**  hi we like to play. and have alot of fun to getther



D001067



20 year old Man
20 year old Woman
Looking for Women or Couples (2 women)
Living in Milford, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

1009. **Standard Member** ★★★☆☆ **Twinkletoes2310**   Newly-wed couple looking for excitement.

21 year old Man
20 year old Woman
Looking for Men, Women or Couples (man and woman)
Living in Springfield, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

1010. **Standard Member** ★☆☆☆☆ **bmdk112102**   were hot , young and looking for the same

20 year old Man
20 year old Woman
Looking for Women
Living in Columbiana, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

1011. **Standard Member** ★☆☆☆☆ **loverboygirl2**   couple looking for man&woman /woman

20 year old Man
21 year old Woman
Looking for Women or Couples (man and woman)
Living in Ravenna, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

1012. **Standard Member** ★☆☆☆☆ **slownhardcpl**   adventurious couple looking for fun

24 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Wilmington, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

1013. **Standard Member** ★☆☆☆☆ **IHCATgurl**   Wanna have fun?

21 year old Man
21 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

---

1014. **Standard Member** ★☆☆☆☆ **abitfreakyohio**   Alittle bit about us

D001068



**Ask me for a photo**

33 year old Man
20 year old Woman
Looking for Women
Living in Fairborn, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

1015. **Standard Member**   ★☆☆☆☆ **idontknowthis**   Hello, we just thought that we should try this out.

**Ask me for a photo**

22 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

1016. **Standard Member**   ★☆☆☆☆ **kiandjul1010**   We are a couple.. looking for threesome

**Ask me for a photo**

21 year old Man
21 year old Woman
Looking for Women
Living in Ashtabula, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

1017. **Standard Member**   ★☆☆☆☆ **hornyandhard102**   horny couple looking for someone to join

**Ask me for a photo**

21 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

1018. **Standard Member**   ★☆☆☆☆ **muffpleasereater**   We're lokking for a female to have some fun with.

**Ask me for a photo**

28 year old Man
21 year old Woman
Looking for Women
Living in Cincinnati, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

1019. **Standard Member**   ★☆☆☆☆ **dbldragons1999**   bicurious female seeks bicurious female

**Ask me for a photo**

21 year old Man
21 year old Woman
Looking for Women
Living in Painesville, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😊 Send them a wink

1020. **Standard Member**   ★☆☆☆☆ **hornygurl77**   looking to have a lil fun

D001069



20 year old Man
21 year old Woman
Looking for Women
Living in Seville, Ohio, United States
[invite to your network!]

Add to Hotlist

Send them a
wink

View More Listings

**Home**  **My Account**  **Browse**  **Search**  **Chat**  **Groups**  **Friends**  **Hotlist**  **Shop**  **Get Local**  **Magazine**  **Blogs**  **Help**



Copyright © 1996-2005 Various, Inc. All rights reserved.
Adult FriendFinder is a registered trademark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually
represented to us that they are 18 years of age or older.

Corporate | Privacy Policy | Terms of Use | 2257 Notice | Protect Kids | Help / Contact | Report Abuse | **Log off**

D001070

# AdultFriendFinder.com™

The World's Largest Sex & Swinger Personals site

Let Standard Members Contact You!

ne | My Account | Browse | Search | Chat | Groups | Friends | Hotlist | Shop | Get Local | Magazine | Blogs | Help

**Start New Search**

**Search Results**

## Couples (man and woman) Seeking Women in Ohio

**Featured Members**
Click here to get featured

**Get Noticed!**



**Your Profile Highlighted**

Receive more emails from interested members with an optional search listing highlight! GET NOTICED by adding a highlight to your listing in every search and browse results. Members notice you first with your attention-grabbing color.


Highlight My


ALT.com
Fetish & BDSM
Lifestyles PERSONALS
JOIN NOW for FREE

**Icon Key**

 **Verified Member**

 **Personality Type**

 **Voice introduction**

 **Video Introduction**

★★★★☆
**Your Compatibility Score**

1021. Standard Member | ★☆☆☆☆ **sweetcouple230** we are a couple that are looking for someone to bring i


Ask me for a photo

24 year old Man
20 year old Woman
Looking for Women
Living in Brunswick, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

1022. Standard Member | ★☆☆☆☆ **cleverjohn** Master of sex

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Columbia Station, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

1023. Standard Member | ★☆☆☆☆ **shphuck** couple looking for open woman

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

1024. Standard Member | ★☆☆☆☆ **mike_tish** hi im this is mike and tish we hoppe to here from u ok

Ask me for a photo

21 year old Man
21 year old Woman
Looking for Women
Living in Canton, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

1025. Standard Member | ★☆☆☆☆ **hotcouple1400** we are a man and female couple seeking woman.

Ask me for a photo

22 year old Man
21 year old Woman
Looking for Women
Living in Elyria, Ohio, United States
[invite to your network!]

🏠 Add to Hotlist
😉 Send them a wink

1026. Standard Member | ★☆☆☆☆ **ComePlayWithUs80** Fun couple looking for spice!!!

D001071



21 year old Man
21 year old Woman
Looking for Women
Living in Dayton, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

1027. | Standard Member    ★☆☆☆☆  **patty_brian1931**    cuolple seeking couple.need adult fun

20 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Columbus, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

1028. | Standard Member    ★☆☆☆☆  **Sust2500**    Sexual Enthusiasts

21 year old Man
21 year old Woman
Looking for Women
Living in Maumee, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

1029. | Standard Member    ★☆☆☆☆  **cutecouple1984**    cute couple looking for fun

20 year old Man
20 year old Woman
Looking for Women
Living in Pataskala, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

1030. | Standard Member    ★☆☆☆☆  **shuastixdillon**    two wild sexy people lookin for some fun!

21 year old Man
19 year old Woman
Looking for Women
Living in Mount Victory, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

1031. | Standard Member    ★☆☆☆☆  **velvetarrow**    Will update later

20 year old Man
20 year old Woman
Looking for Women or Couples (man and woman)
Living in Kent, Ohio, United States
[invite to your network!]

🔥 Add to Hotlist
😉 Send them a wink

---

1032. | Standard Member    ★☆☆☆☆  **krystie0115**    We are looking for an out going girl. Are you?

D001072



21 year old Man
21 year old Woman
Looking for Women
Living in Medina, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1033. **Standard Member** ★★★☆☆ **manwith2balls** we like sex

19 year old Man
19 year old Woman
Looking for Men, Women, Couples (man and woman), Groups, Couples (2 women) or Couples (2 men)
Living in Dublin, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1034. **Standard Member** ★☆☆☆☆ **tohardwoody** looking foe bi girl

20 year old Man
20 year old Woman
Looking for Women
Living in Grove City, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1035. **Standard Member** ★☆☆☆☆ **adamjanna** guy and girl looking for a three

20 year old Man
20 year old Woman
Looking for Women
Living in Hillsboro, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1036. **Standard Member** ★☆☆☆☆ **cum4usenow2004** look for hot fun. are you the one?

20 year old Man
19 year old Woman
Looking for Women
Living in Cleveland, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1037. **Standard Member** ★☆☆☆☆ **cincinnaticouple** Cum Play with Us

25 year old Man
19 year old Woman
Looking for Women
Living in Maineville, Ohio, United States
[invite to your network!]

Add to Hotlist
Send them a wink

1038. ★☆☆☆☆ **baby112104** baby112104