# DECLARATION OF WILLIAM LIVINGSTON

William Livingston, pursuant to 28 U.S.C. §1746, declares under penalty of perjury, the following:

1.      My name is William C. Livingston, I am of legal age, and am competent to testify to the matters stated herein, and I make this declaration based upon personal knowledge.

2.      I am an attorney licensed to practice law in the state of Ohio, and I am an associate at Berkman, Gordon, Murray & DeVan.

## ADULT DATING AND SOCIAL NETWORKING WEBSITES

3.      That the following documents, attached as Exhibit "1", are true and accurate copies of webpages I accessed regarding Alt.com:

(A) Alt.com: Homepage; http://alt.com/ (accessed May 8, 2013);

(B) Alt.com: Terms of Use; http://alt.com/go/page-rms_of_use.html?trlid=footer_v3.0-8&who=r,hWlZj3hbO PG0XfsVhQd2S9YuQ/ry0hncRYA_H9YpvIXRlhEfkezZNPXZ59V7SckBDI2HP _dhXsljI2LBmeQcHujHxp4Cf7FIiDAW5z5TNkF3v/4j34tVFnBi1YmNBw5bzOt 99e3zEjJ5N4rrjeZIQw– (accessed May 8, 2013);

(C) Alt.com: Help Page: http://–.com/p/help.cgi?trlid=footer_v3.0-5&who=r,cI054YvPeyVfEdKikrVW4dY uQ/ry0hncRYA_H9YpvIXRlhEfkezZNPXZ59V7SckBDI2HP_dhXsljI2LBmeQc HujHxp4Cf7FIiDAW5z5TNkF3v/4j34tVFnBi1YmNBw5bzOt99e3zEjJ5N4rrjeZI Qw– (accessed May 8, 2013); and

(D) Alt.com: Membership Data: (2,007,247 members in the United States) http://alt.com/browse?trlid=navbar-1&who=r,Fr2Qq5CKbiWg8IggE_L3ttYuQ/ry 0hncRYA_H9YpvIXRlhEfkezZNPXZ59V7SckBDI2HP_dhXsljI2LBmeQcHujH xp4Cf7FIiDAW5z5TNkF3v/4j34tVFnBi1YmNBw5bzOt99e3zEjJ5N4rrjeZIQw-- (accessed May 7, 2013).

4.      That the following documents, attached as Exhibit "2", are true and accurate copies of webpages I accessed regarding AdultSpace.com:

(A) AdultSpace: Homepage: http://www.adultspace.com/ (accessed on May 3, 2013);

(B) AdultSpace: User Agreement:
http://www.adultspace.com/static/terms_and_conditions.html (accessed on May 8, 2013); and

(C) AdultSpace: About us: http://www.adultspace.com/static/about_us.html (accessed on May 3, 2013).

5.      That the following documents, attached as Exhibit "3", are true and accurate copies

of webpages I accessed regarding BeNaughty.com:

(A) BeNaughty: Homepage: http://www.benaughty.com/mypage.php (accessed May 6, 2013);

(B) BeNaughty: Terms and Conditions: http://www.benaughty.com/helptandc.asp?s=s (accessed May 4, 2013); and

( C) FindtheBest.com: BeNaughty.com receives 24 million visits per month and 7.4 million unique visitors per month)
http:dating-websites.findthebest.com/1/377/BeNaughty-com (accessed May 6, 2013).

6.      That the following documents, attached as Exhibit "4", are true and accurate copies

of webpages I accessed regarding SwingerZoneCentral.com:

(A) SwingerZoneCentral: Homepage: http://www.swingerzonecentral.com/ (accessed May 3, 2013); and

(B) SwingerZoneCentral: Terms and Conditions:
http://www.swingerzonecentral.com/privacy.aspx.
(accessed May 3, 2013).

7.      That the following documents, attached as Exhibit "5", are true and accurate copies

of webpages I accessed regarding Iwantu.com:

(A) IwantU: Homepage; http://www.iwantu.com/ (accessed May 4, 2013);

(B) IwantU: Help Page and Terms and Conditions;  (accessed May 4, 2013)
http://www.iwantu.com/helptandc.asp?s=s; and

( C) FindtheBest.com: Iwantu.com receives 21, 165 unique visitors per month.
http:dating-websites.findthebest.com/1/370/IWantU (accessed May 6, 2013).

8.      That the following documents, attached as Exhibit "6", are true and accurate copies of webpages I accessed regarding Upforit.com:

(A) Upforit: Homepage: http://www.upforit.com/  (accessed May 4, 2013).;

(B) Upforit: Terms and Conditions: http://www.upforit.com/helptandc.asp?s=s / (accessed May 4, 2013).;

(C) FindtheBest.com: Upforit.com receives 6.1 million visitors per month, 2.3 million unique visitors per month. http:dating-websites.findthebest.com/1/408/UpForIt-com (accessed May 6,2013).

9.      That the following documents, attached as Exhibit "7", are true and accurate copies of webpages I accessed regarding Hookup.com:

(A) Hookup: Homepage: http://www.hookup.com/ (accessed May 3, 2013); and

(B) Hookup: Terms and Conditions: http://members2.hookup.com/pop.php?page=terms (accessed May 3, 2013).

10.      That the following documents, attached as Exhibit "8", are true and accurate copies of webpages I accessed regarding xxxBlackBook.com:

(A) xxxBlackBook: Homepage: http://www.xxxblackbook.com/ (accessed May 3, 2013);

(B) xxxBlackBook: Terms and Conditions: http://www.xxxblackbook.com/main/terms?link_id=30 (accessed May 3, 2013); and

(C) xxxBlackBook: Frequently Asked Questions; http://www.xxxblackbook.com/main/faq?link_id=30 (accessed May 3, 2013).

11.      That the following documents, attached as Exhibit "9", are true and accurate copies of webpages I accessed regarding Sexinyourcity.com:

(A)  Sexinyourcity:  Homepage:   http://www.sexinyourcity.com/?action=home (accessed May 3, 2013); and

(B) Sexinyourcity: Terms and Conditions: http://www.sexinyourcity.com/?action=tos (accessed May 6, 2013).

12.     That the following documents, attached as Exhibit "10", are true and accurate copies of webpages I accessed regarding AmateurMatch.com:

(A) AmateurMatch: Homepage: http://www.amateurmatch.com/
(accessed May 4, 2013); and

(B) AmateurMatch: Terms and Conditions:
http://www.amateurmatch.com/pop.php?page=terms
(accessed May 4, 2013).

13.     That the following documents, attached as Exhibit "11", are true and accurate copies of webpages I accessed regarding HornyMatches.com:

(A) HornyMatches: Homepage:  http://www.hornymatches.com/ (accessed May 6, 2013);

(B) HornyMatches: Membership data by state:
http://www.hornymatches.com/freebrowse.php
(accessed May 4, 2013); and

(C) Findthebest: HornyMatches.com receives 11 million visits per month and 4.6 million unique visitors per month
http:dating-websites.findthebest.com/1/356/HornyMatches (accessed May 6, 2013).

14.     That the following documents, attached as Exhibit "12", are true and accurate copies of webpages I accessed regarding Getiton.com:

(A) Getiton: Homepage: http://www.getiton.com/
(accessed May 5, 2013);

(B) Getiton: Terms of Uses;
http://www.getiton.com/go/page/terms_of_use.html?who=r,/djq3v2MkNSzdNbm
OAiTy5lLvMaVknjJRaj2gH1cSvPfsgPWY7rmbHhB6EVHJJ2ibi_AtAD09N/aZZ
n4mEStrAirBQM7_zDXIdRvOZsnihK4zrmlGFyWayiNHhJ46nmJ
(accessed May 5, 2013); and

(C) Getiton: Help:
http://getiton.com/p/upload_video.cgi?site=getiton&session_send=bf8e9f82e0d1b
dbaf722f9ef9ce1fe84839c6
(accessed May 5, 2013).

15.     That the following documents, attached as Exhibit "13", are true and accurate copies of webpages I accessed regarding AshleyMadison.com:

(A) Ashley Madison: Homepage/Membership data: 18,845,000
https://www.ashleymadison.com/
(accessed May 4, 2013);

(B) Ashley Madison: Terms: https://www.ashleymadison.com/app/public/tandc.p?c=1
(accessed May 3, 2013);

(C) Ashley Madison:  Frequently Asked Questions:
https://www.ashleymadison.com/app/public/faq.p
(accessed May 4, 2013); and

(D) Ashley Madison: Articles: https://www.ashleymadison.com/articles/
(accessed May 4, 2013).

16.     That the following documents, attached as Exhibit "14" are true and accurate copies of webpages I accessed regarding AdultFriendFinder.com:

(A) AdultFriendFinder: Homepage: http://adultfriendfinder.com/
(accessed May 4, 2013);

(B) AdultFriendFinder: Terms of Use:
http://adultfriendfinder.com/go/page/terms_of_use.html?who=r,RmAXRnaYvi22
p/EPSlNgFRynLcD/qbVg4rDzOkO6ziTlyC7/oqPWYArftxVYnTEcaWR1RSgOr
UjEZmp7WcvXhKNdWvfg0kLhS6pqHgbDZ_8PVqXAoGT/dC_fPTMTqh_xP7
VwwlRZGOpy6mp1VjJyfOhM00tVpDcEZbgWJuYz_f5mBsxCMVR13LMTI7ec
Yec0
(accessed May 4, 2013);

(C) AdultFriendFinder: Membership Data: 25,890,084
http://adultfriendfinder.com/browse?who=r,CQCrwc1nDJIQP_f2Ga3jDhynLcD/q
bVg4rDzOkO6ziTlyC7/oqPWYArftxVYnTEcaWR1RSgOrUjEZmp7WcvXhKN
dWvfg0kLhS6pqHgbDZ_8PVqXAoGT/dC_fPTMTqh_xP7VwwlRZGOpy6mp1
VjJyfOhM00tVpDcEZbgWJuYz_f5mBsxCMVR13LMTI7ecYec0
(accessed May 4, 2013); and

(D) FindtheBest.com: Adult Friend Finder receives 110 million visits per month; 41
million unique visitors per month)
http:dating-websites.findthebest.com/1/353/Adult-Friend-Finder
(accessed May 6, 2013).

17.    That the following documents, attached as Exhibit "15," are true and accurate copies of webpages I accessed regarding Letsbang.com:

(A) LetsBang: Homepage: http://www.letsbang.com/
(accessed May 4, 2013);

(B) LetsBang: Terms and Conditions:
http://www.letsbang.com/main.php?a=content.info&page=terms&id=letsbang&pr
g=1&tour=1&ad_id=sn60i6JgF%7Cpcrid%7C13458714203%7Cpkw%7Cletsban
g%7Cpmt%7Ce&pg=1
(accessed May 4, 2013); and

(C) Lets Bang: Membership Data by state:
http://www.letsbang.com/main.php?a=search.browse
(accessed May 4, 2013).

18    That the following documents, attached as Exhibit "16", are true and accurate copies of webpages I accessed regarding NaughtyConnect.com:

(A) NaughtyConnect: Homepage: http://www.naughtyconnect.com/ (accessed May 6, 2013);

(B) NaughtyConnect: Terms and Conditions:
http://www.naughtyconnect.com/help/articles/terms.html
(accessed May 4, 2013); and

(C) NaughtyConnect: Membership Data: 3,013,960
http://www.naughtyconnect.com/members.html
(accessed May 4, 2013).

19.    That the following documents, attached as Exhibit "17", are true and accurate copies of webpages I accessed regarding AdultMatchDoctor.com.:

(A) AdultMatchDoctor: Homepage: http://www.adultmatchdoctor.com/
(accessed May 4, 2013);

(B) AdultMatchDoctor: Mission Statement:
http://www.adultmatchdoctor.com/mission_statement.aspx
(accessed May 4, 2013); and

(C) AdultMatchDoctor: Help and Frequently Asked Questions:
http://www.adultmatchdoctor.com/help.aspx
(accessed May 4, 2013).

20.     That the following documents, attached as Exhibit "18", are true and accurate copies of webpages I accessed regarding Xdating.com:

> (A) Xdating: Homepage: www.xdating.com/
> (accessed May 6, 2013); and
>
> (B) Xdating:Terms of Service: www.xdating.com/site/terms
> (accessed May 6, 2013).

21.     That the following documents, attached as Exhibit "19", are true and accurate copies of webpages I accessed regarding Flirt.com:

> (A) Flirt: Homepage: http://www.flirt.com/funnel.php?step=1
> (accessed May 7, 2013);
>
> (B) Flirt: Terms of Service: http://www.flirt.com/helptandc.asp?s=s
> (accessed May 7, 2013); and
>
> (C) FindtheBest.com: Flirt receives 3.5 million visits per month and 1.5 million
> unique visitors per month
> http:dating-websites.findthebest.com/1/410/Flirt-com (accessed May 6, 2013).

22.     That the following documents, attached as Exhibit "20", are true and accurate copies of webpages I accessed regarding Adam4Adam.com:

> (A) Adam4Adam: Homepage:  http://www.adam4adam.com/
> (accessed May 7, 2013);
>
> (B) Adam4Adam: Terms of Service:
> http://www.adam4adam.com/?section=20&view[20]=6 (accessed May 7, 2013); and
>
> ( C) FindtheBest.com: Adam4Adam.com receives 3.2 million visits per month, 1.4
> million unique visitors per month.
> http:dating-websites.findthebest.com/1/414/Adam4Adam (accessed May 6, 2013).

23.     That the following documents, attached as Exhibit "21", are true and accurate copies of webpages I accessed regarding Collarme.com:

> (A) Collarme: Homepage: http://www.collarme.com/Default.asp?bhcp=1
> (accessed May 7, 2013);

(B) Collarme: Terms of Service:  http://www.collarme.com/personals/tos.htm (accessed May 7, 2013); and

(C) FindtheBest.com Collarme.com receives 8.11 million visits per month and 122,184 unique visitors per month http:dating-websites.findthebest.com/1/360/collarme (accessed May 6, 2013).

## ARTISTIC AND EDUCATIONAL MATERIALS

24.     That the documents entitled "Sex in Art: September 2012 Archive" attached as Exhibit "22" are true and accurate copies of webpages I accessed on May 5, 2013 from the following websites:

    http://www.sexinart.net/2012/09/.

25.     That the documents entitled "The Panhandler Project," attached as Exhibit "23" are true and accurate copies of webpages I accessed on May 5, 2013 at the following websites:

    (A) The Panhandler Project: http://www.degenevieve.com/panhandler%20media.html;

    (B) Project Statement: http://www.degenevieve.com/panhandler%20statement.html; and

    (C) The Panhandler Project: Gordon: http://www.degenevieve.com/Gordon.html.

26.     That the documents, entitled "Alex Maxim: Art Nude Erotic and Bondage Photo Prints," attached as Exhibit "24" are true and accurate copies of webpages I accessed on May 5, 2013 at the following websites:

    http://maxim.photoshelter.com/gallery/Art-Nude-Erotic-and-Bondage-photographic-prints/G0000tilSrbzMd3I/.

27.     That the documents, entitled "The Nu Project," attached as Exhibit "25" are true and accurate copies of webpages I accessed on May 5, 2013 at the following websites:

    http://thenuproject.com/galleries/women-of-north-america-i/;
    http://thenuproject.com/galleries/women-of-south-america-i/; and
    http://thenuproject.com/galleries/women-of-south-america-iii/.

8

28.     That the documents, entitled "Online Alchemy-The Art of Loren Cameron," attached as Exhibit "26" are true and accurate copies of webpages I accessed on May 5, 2013 at the following websites:

(A) Photo Sword: http://www.lorencameron.com/photos/sword.html; and

(B) Photo Mister: http://www.lorencameron.com/photos/mister_2005.html.

29.     That the documents, entitled "ErosArts," attached as Exhibit "27" are true and accurate copies of webpages I accessed on May 5, 2013 at the following websites:

Erotic Nude Gallery: http://.erosartist.com/thumbs.php?tagged_category=28.

30.     That the documents, entitled "Helmut Newton: White Women, Sleepless Nights, Big Nudes," attached as Exhibit "28" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://houston.culturemap.com/news/fashion/07-03-11-big-nudes-controversial-helmut-newton-photo-exhibition-at-mfah-is-a-must-for-fashion-followers/.

31.     That the documents, entitled "Paul Knight: Intimate Couples," attached as Exhibit "29" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://paulknight.com.au/#intimate-couples.

32.     That the documents, entitled "NYPH09: Controversial Photographers" attached as Exhibit "30" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.heathermorton.ca/blog/?p=2091.

33.     That the documents, entitled "FeelmeL.A." attached as Exhibit "31" are true and accurate copies of webpages  I accessed on May 5, 2013 at the following website:

http://feelmela.wordpress.com/.

9

34.     That the documents, entitled "Erotic Fine Arts." attached as Exhibit "32" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.erotic-fine-arts.com/efamain.htm.

35.     That the documents, entitled "David Rolin Pan-Erotic Photography," attached as Exhibit "33" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.davidrolin.com/site/#/couples/.

36.     That the documents, entitled "Kevin Loreaux: Erotic Photographer," attached as Exhibit "34" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://kevinloreaux.blogspot.com/?zx=d5cacec45ea6bef.

37.     That the documents, entitled "China Hamilton: After Dark," attached as Exhibit "35" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.chinahamilton.com/gallery2.html.

38.     That the documents, entitled "AMEA. World Museum of Erotic Art: K LEO Photographs" attached as Exhibit "36" are true and accurate copies of webpages accessed on May 5, 2013 at the following website:

http://www.ameanet.org/k-leo.

39.     That the documents, entitled "Erotic Rarities," attached as Exhibit "37" are true and accurate copies of webpages I accessed on May 5, 2013 at the following websites:

(A) Erotic Rarities: Homepage: http://www.eroticrarities.com/; and

(B) Erotic Rarities: Watercolors: http://www.eroticrarities.com/prints/watercolors.htm.

40.     That the documents, entitled "Nude & Erotic Igor Amelkovich Photography," attached as Exhibit "38" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://photo.net/photodb/folder?folder_id=213527 which.

41.     That the documents, entitled "Tom Gallant Gallery," attached as Exhibit "39" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.juxtapoz.com/erotica/pornographic-paintings-by-tom-gallant.

42.     That the documents, entitled "Betty Tompkins," attached as Exhibit "40" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website.

http://bettytompkins.com/.

43.     That the documents, entitled "Mark Chester SF Gay Radical Sexual Photographer: Table of Contents," attached as Exhibit "41" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://markichester.com/finetoc.html.

44.     That the documents, entitled "Tony Ward," attached as Exhibit "42" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.tonyward.com/xfileframesource.html.


DOCUMENTARIES ON RAPE

45     That the document attached as Exhibit "43" is a true and accurate copy of an image from the documentary, "Ghosts of Abu Ghraib," (Kennedy, 2007).I accessed the image on May 5, 2013, at the following webpage: http://www.youtube.com/watch?v=P31RzaYp-Kg.

11

46.     That the document as Exhibit "44" is a true and accurate copy of an image from the documentary, "Standard Operating Procedure," (Morris, 2008). I accessed the image on May 5, 2013, at the following webpage: http://www.youtube.com/watch?v=hwvjsaycvgw=0.

47.     That the document attached as Exhibit "45" is a true and accurate copy of an image from the documentary "A Few Bad Apples: Inside Abu Ghraib" (CBC). I accessed the image on May 5, 2013, at the following webpage:

http://www.youtube.com/watch?v=LZ_Vxoyu8zY.

48.     That the documents attached as Exhibit "46" are true and accurate copies of webpages, describing the documentary, "Mourir a tue-tete" ("A Scream From Silence") (Anne-Claire Poirer 1978), that I accessed on May 5, 2013 at the following website: http://mubi.com/films/a-scream-from-silence.

49.     That the documents attached as Exhibit "47" are true and accurate copies of a webpages, describing the documentary, "Nes de la Haine" ("War Babies") (Raymond Provencher 2002), that I accessed on May 5, 2013 at the following website:

http://www.telefilm.ca/en/catalogues/production/nes-de-la-haine.

50.     That the document attached as Exhibit "48" is a true and accurate copy of a webpage, describing the documentary, "Calling the Ghosts: A Story about Rape, War, and Women," (Jacobson and Jelincic 1996), that I accessed on May 5, 2013 at the following website:

http://www.wmm.com/filmcatalog/pages/c171.shtml.

51.     That the document attached as Exhibit "49" is a true and accurate copy of a webpage describing the documentary, "Bought and Sold: An Investigative Documentary About the International Trade in Women," (Gagster and Caldwell-Witness 1997), that I accessed on May 5, 2013 at the following website:

http://rmedia.lib.utexas.edu/index.php/Category:Global_Survival_Network's_Footage_for
_Bought_%26_Sold_Documentary.

52.    That the document attached as Exhibit "50" is a true and accurate copy of an image

from the documentary, "Sri Lanka's Killing Fields," (60-Minute Channel 4 U.K. 2011)" that I

accessed on May 5, 2013, at the following website:

http://www.youtube.com/watch?v=Rz_eCLcp1Mc.

53.    That the document attached as Exhibit "51" is a true and accurate copy of an image,

from the documentary "Sri Lanka's Killing Fields, War Crimes Unpunished,"(60-Minute Channel

4 U.K. 2012),  that I accessed on May 5, 2013, at the following website:

http://www.youtube.com/watch?v=de2E74MP1ek.

54.     That the document attached as Exhibit "52" is a true and accurate copy of an image,

from the documentary  "Raw Deal: A Question of Consent " (Corben 2011).  I accessed the image

on May 6, 2013, at the following website:

http://www.youtube.com/watch?v=v-PbLiD13EI.

55.    That the document attached as Exhibit "53" is a true and accurate copy of a webpage

describing the documentary, "Whores' Glory," (Glawogger 2011) that I accessed on May 6, 2013

at the following website:

http://www.whoresglory.com/about.htm.

56.    That the document attached as Exhibit "54" is a true and accurate copy of an image

from the documentary  "Passolini Prossimo Nostro," (Bertolucci 2006).  I accessed the image on

May 5, 2013, at the following website:

http://www.youtube.com/watch?v=_Z_-qWzEN6Y.

57.     That the document attached as Exhibit "55" is a true and accurate copy of a webpage describing the documentary, "The Greatest Silence Rape in the Congo" (Jackson, 2007), that I accessed on May 5, 2013 at the following website:

http://thegreatestsilence.org/about.


## FILMS BASED ON TRUE EVENTS

58.     That the document attached as Exhibit "56" is a true and accurate copy of an website describing the film,"Hei tai yang: Nan Jing da tu sha" ("Black Sun: the Nanking Massacre") (T.F. Mou 1995),that I accessed on May 5, 2013, at the following website:

http://www.imdb.com/title/tt0113281/.

59.     That the document  attached as Exhibit "57" is a true and accurate copy of a website describing the film, "Salo: The 120 Days of Sodom,"(Pasolini 1975) that I accessed on May 6, 2013, at the following website:

http://www.criterion.com/films/532-salo-or-the-120-days-of-sodom.

60.     That the documents  attached as Exhibit "58" are true and accurate copy of webpages describing the film, "Causalities of War," (DePalma 1989), that I accessed on May 6, 2013 at the following website:

http://www.rollingstone.com/movies/reviews/casualties-of-war-19890818.

61.     That the documents attached as Exhibit "59" are true and accurate copies of webpages describing the film, "In the Land of Blood and Honey," (Jolie 2011) that I accessed on May 5, 2013 at the following website:

http://movies.yahoo.com/blogs/the-reel-breakdown/angelina-jolie-takes-no-prisoners-war
-drama-land-183144425.html.

62.     That the document attached as Exhibit "60" are true and accurate copies of webpages describing the film, "The Accused," (Kaplan 1998) that I accessed on May6, 2013, at the following website:

http://www.imdb.com/title/tt0094608/.

63.     That the document attached as Exhibit "61" is a true and accurate copy of an image from the film "Boys Don't Cry" (Peirce 1999). I accessed the image on May 6, 2012, at the following website:

http://www.dailymotion.com/video/xnfh6_boys-don-t-cry_sexy.

## NEWS REPORTS AND PICTORIALS

64.     That the documents entitled ""Disturbing New Photos from Abu Ghraib" attached as Exhibit "62" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.wired.com/science/discoveries/multimedia/2008/02/gallery_abu_ghraib/.

65.     That the documents entitled "Primary Sources: Abu Ghraib" attached as Exhibit "63" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.newyorker.com/online/2008/03/24/abughraib.

66.     That the documents entitled " The Abu Ghraib Prison Photos" attached as Exhibit "64" are true and accurate copies of webpages I accessed on May 5, 2013, at the following website:

http://www.antiwar.com/news/?articleid=2444.

67.     That the documents entitled "Female Genital Mutilation" attached as Exhibit "65" are true and accurate copies of webpages I accessed on May 5, 2013, at the following website:

http://www.middle-east-info.org/league/somalia/fgmpictures.htm.

68.     That the documents entitled "Libyan rebels say captured cell phone videos show rape, torture" attached as Exhibit "66" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.cnn.com/2011/WORLD/africa/06/14/libya.rape.hfr/index.html.

69.     That the documents entitled "Nigerian Rape Video" attached as Exhibit "67" are true and accurate copies of webpages I accessed on May 6, 2013 at the following website:

http://www.huffingtonpost.com/2011/09/21/nigeria-rape-video-footag_n_974408.html.

70.     That the documents entitled, "Inside the Anonymous Hacking File on the Steubenville 'Rape Crew'" attached as Exhibit "68," are true and accurate copies of webpages I accessed on May 6, 2013 at the following website:

http://www.theatlanticwire.com/national/2013/01/inside-anonymous-hacking-file-steuben ville-rape-crew/60502/.


OTHER INFORMATION

71.     That the document entitled "Nearly 1 in 5 Smartphone users are Sexting" attached as Exhibit "69" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.today.com/tech/nearly-1-5-smartphone-users-are-sexting-816897.

72.     That the document entitled "Sexting Not Just for Kids" attached as Exhibit "70" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.aarp.org/relationships/love-sex/info-11-2009/sexting_not_just_for_kids.html.

73. That the document entitled "Demand for Photo Erasing iPhone App Heats Up Sexting Debate" attached as Exhibit "71" are true and accurate copies of webpages I accessed on May 5, 2013, at the following website:

http://content.usatoday.com/communities/ondeadline/post/2012/05/demand-for-photo-erasing-iphone-app-heats-up-sexting-debate/.

74. That the document entitled "Practice 'Safe Sexting' with SnapChat" attached as Exhibit "72" are true and accurate copies of webpages I accessed on May 5, 2013, at the following website:

http://www.theroot.com/views/practice-safe-sexting-snapchat.

75. That the documents entitled "Top 5 Sexting Blackberry Apps" attached as Exhibit "73" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://n4bb.com/top-5-sexting-blackberry-apps-nsfw/.

76. That the documents entitled "Facetime Sex the Ultimate New Technology for Couples in Long Distance Relationships" attached as Exhibit "74" are true and accurate copies of webpages I accessed on May 6, 2013, at the following website:

http://ezinearticles.com/?Facetime-Sex---The-Ultimate-New-Technology-for-Couples-in-Long-Distance-Relationships&id=5866446.

77. That the documents entitled "Instaporn: Porn, 'KikSex' Lurk Just Inside Instagram's Photo Eden" attached as Exhibit "75" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

http://www.huffingtonpost.com/2012/08/30/instagram-porn_n_1842761.html.

78.     That the documents entitled "Chatroulette is 89 Percent Male, 47 Percent American, and 13 Percent Pervert" attached as Exhibit "76" are true and accurate copies of webpages I accessed on May 5, 2013, at the following website:

    http://techcrunch.com/2010/03/16/chatroulette-stats-male-perverts/.

79.     That the documents entitled "Even Celebs Do it for Attention" attached as Exhibit "77" are true and accurate copies of webpages I accessed on May 5, 2013 at the following website:

    http://abcnews.go.com/Entertainment/FallConcert/story?id=4034951&page=1.

80.     That the documents entitled "The Rise of Virtual Sex" attached as Exhibit "78" are true and accurate copies of webpages I accessed on May 5, 2013, at the following website:

    http://au.lifestyle.yahoo.com/marie-claire/all-about-you/sex/article/-/14749001/the-rise-of-virtual-sex/.

81.     That the documents entitled "The Skype is the Limit!" attached as Exhibit "79" are true and accurate copies of webpages I accessed on May 6, 2013, at the following website:

    http://www.dailymail.co.uk/femail/article-2141776/The-Skype-limit-Sex-toy-connects-laptop-lets-couples-hit-big-O-distance---novel-use-Nintendo-Wii-remote.html, which I accessed on May 6, 2013.

82.     That the documents entitled "The New Pornographers attached as Exhibit "80" are  true and accurate copies of webpages I accessed on May 5, 2013, at the following website:

    http://www.sandiegomagazine.com/San-Diego-Magazine/February-2011/The-New-Pornographers

83.     That the documents entitled "Sexting Commercials" attached as Exhibit "81" are true and accurate copies of images that I accessed on May 5, 2012, at the following websites:

    (A) Samsung Galaxy S III- Work Trip:
        http://www.youtube.com/watch?v=bvB3msfJYdk;

(B) Samsung Glaxy S Beam- Santa's Work Trip:
        http://www.youtube.com/watch?v=xnJG9gV5bZw;

(C) Microsoft Kin Advertisement:
        http://www.youtube.com/watch?v=rfpAkNyHAtQ

(D) Motorola Megan Fox Superbowl Ad:
        http://www.youtube.com/watch?v=9D2VLmCPTbQ&feature=player_embedded

84.     That the documents entitled "FBI reports" attached as Exhibit "82" are true and accurate copies of webpages that contained leaked FBI reports regarding FBI employees exchanging sexually explicit communications. I accessed these documents on March 21, 2013 from the following website:

        http://i2.cdn.turner.com/cnn/2013/images/02/21/office.of.professional.review.-.cnn01302
        013_0000.pdf.

85.     That the document entitled "FBI Sexting: Leaked Disciplinary Report Details Bureau Employees Behaving Badly" attached as Exhibit "83" is a true and accurate copy of a webpage that I accessed on May 6, 2013 at the following website:

        http://www.huffingtonpost.com/2013/02/22/fbi-sexting-leaked-report_n_2744290.html.

86.     That the document entitled, "An Internet Study of Cybersex Participants" by Kristian Daneback et al. attached as Exhibit "84" is a true and accurate copy of  the study as it appeared when I accessed it on May 5, 2013, at the following website:

        http://www.hawaii.edu/hivandaids/An_Internet_Study_of_Cybersex_Participants.pdf.

87.     That the document entitled, "Boise State Study: 'Sexting and Sexual Relationships Among Teens and Young Adults'"attached as Exhibit "85" is a true and accurate copy of the study as it appeared when I accessed it on May 5, 2013, at the following website:

        http://scholarworks.boisestate.edu/cgi/viewcontent.cgi?article=1091&context=mcnair_
        journal.

88.     That the document entitled, "Oops! Most Homemade Pornography Ends Up

Online" attached as exhibit "86" is a true and accurate copy of the study as it appeared when I

accessed it on May 6, 2013, at the following website:

> http://www.usnews.com/news/articles/2012/10/23/almost-all-homemade-pornography-en
> ds-up-on-online-study-finds.


**WILLIAM C. LIVINGSTON**