

EXHIBIT 1-A
TO DECLARATION OF
WILLIAM LIVINGSTON

