

Persons appearing in photographs may not be actual members. Other data for illustrative purposes only.

Copyright © 1996-2013 Various, Inc. All rights reserved.
ALT.com is a registered service mark of Various, Inc.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

ALT.com does not conduct criminal background screening of its members.
To learn about Internet Dating Safety, click here.

