**ADULTSPACE** | a place for friends with benefits

enter your login info — forgot your password?
Username  Password  Login
☐ remember me  ☐ login invisible

[f] Sign in with Facebook

**No Credit Card Required**
Free to Send & Receive Messages
Over 5,000,000 Sexy Adult Profiles!

Create a Free Profile — need help?

username ____  first name ____
password ____  email ____

gender: Male     b-day m/d/y: Jan 1 95
sexuality: Straight

☐ I am over 18 & agree with terms & conditions of the site
☑ By checking this box you will create an account on fling.com

[Create Your Account]

[View Members]

**Adult dating in:** Atlanta, Austin, Bronx, Brooklyn, Charlotte, Chicago, Cincinnati, Cleveland, Columbus, Dallas, Denver, Fort Lauderdale, Houston, Indianapolis, Jacksonville, Las Vegas, Los Angeles, Louisville, Memphis, Miami, Milwaukee, Minneapolis, New York, Oklahoma City, Orlando, Philadelphia, Phoenix, Pittsburgh, Portland, Sacramento, more

**Sex Personals:** Alabama, Arizona, California, Colorado, Florida, Georgia, Illinois, Indiana, Kentucky, Maryland, Massachusetts, Michigan, Minnesota, Missouri, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, Washington, more

We have all type of personals. Gay men, lesbians, swingers, sexy women, BDSM lovers, trannies, shemales, adult sex fans, single parents and handsome men.

Adult Dating Sex Chat Room:

100% Free online dating for everyone including seniors, White singles, Black singles, Asian, Latino, Latina, and everyone else. Forget speed dating, classified personals, or other dating sites or chat rooms, Adultspace is the best!

EXHIBIT 2-A
TO DECLARATION OF
WILLIAM LIVINGSTON

http://www.adultspace.com/    5/6/2013



# Adultspace User Agreement

This Terms and Conditions of Use Agreement ("Agreement") is a legally binding contract between More Agency, Inc, a California company (the "Company," "us," "we," and "our") and You, concerning Your use of AdultSpace.com and all related Internet services We provide in connection therewith (the "Site"). Your use of the Site affirms Your consent to the terms of this Agreement. You should therefore take the time to read and understand this entire document. We encourage You to print out a copy and refer to it as You use the site.

As used in this Agreement: "Content" means, by way of example, text, messages, communications, blogs, graphics, photos, sounds, music, videos, links, audio and video streams, downloads, software, scripts, interactive features and the like that are related to the Site, and all other information and materials You encounter, post (actively or passively) or generate through Your use of the Site; and "Legal Age" means 18 years old or such older minimum age as may be required by applicable law.

These Terms and Conditions apply to all users of the Site, including users who do not post (or cause to be posted) any material on the Site but rather simply view the Site.

## The Site

AdultSpace.com is an online adult-oriented community where users can learn about and communicate with others. As a user, You can create a public personal profile, which can include pictures, text, and other information about yourself. The purpose of profiles is to provide an easy way for our members to identify people they might be interested in meeting. Information You include in Your profile is freely displayed to the public, as discussed in our Privacy Policy (see Section 2, below). Users can also search profiles, and communicate and send messages to each other through Adultspace. In addition, some of our users create their own content, either pre-recorded or in real time, access to some of which must be purchased by other users.

## Privacy

We value Your privacy, and take very seriously our task of keeping Your personal information as private as You specify. Our privacy policy for the Site, , is set forth in Our Privacy Policy, available at http://www.adultspace.com/privacy_policy.html and hereby incorporated by reference. You acknowledge and agree that we will collect and use the information described in the Privacy Policy, and expressly authorize us to do so.

## Conditions for Use

To use or access the Site, You must be at least the Legal Age.

We grant You permission to use the Site (including creating a profile, posting content, causing content to be posted, searching and viewing content associated with other users and the public, communicating through the Site, and the like), provided that You agree to abide by the terms and conditions set forth in this contract, and provided that You state certain facts to us under penalty of perjury.

In order to access the features of the Site, You will have to create an account. As part of the account creation process, You will provide an email address, which is our way of authenticating Your identity. You will select a username and password, and You will be provided with an account. You must provide us with accurate, complete, and up-to-date registration information. Failure to do so will constitute a breach of this Agreement. You understand that You may not (i) select or use a name of another person with the intent to impersonate that person; (ii) use the rights of any person other than Yourself without authorization; or (iii) use a name that we, in our sole discretion, deem inappropriate. You also agree not to use another person's account without permission.

## Rules

You agree to the following:

a) You will obey the basic obligations of criminal, regulatory and civil law, and will not engage in any illegal or tortuous conduct (including without limitation abstaining from: planning illegal activity; advertising a lottery; offering to sell or otherwise distribute ammunition, firearms, tobacco, alcohol, illegal drugs or drug-related paraphernalia; providing instructional information about illegal activities; pretending to be anyone you are not; making false statements; and infringing copyright(s) or other intellectual property right(s));

b) You will not submit content or in any other way use our Site in a manner that could subject us to any legal liability or penalty, whether civil, criminal, regulatory or otherwise, or that violates of any law or regulation, or is otherwise contrary to commonly accepted community standards, or is prohibited, and acknowledge and agree that pursuant to Section 12, below, You shall be required to reimburse us for Your violation of this provision; You will not engage in, promote, or facilitate unsolicited commercial solicitation (i.e., spamming);

c) You are strictly forbidden from engaging in prostitution, either as a provider (including acting as an escort) or as a customer, and You will not engage in any communication seeking to arrange a meeting for the purpose of prostitution;

d) You will not depict any person under the Legal Age in Your profile or in any content supplied, linked, or in any way referred to by You on the Site, nor provide information that you know is designed to exploit anyone under the Legal Age;

e) You may link to other locations on the Internet in content You supply to our Site, without express permission, but You agree that in so doing You will not solicit any of our members;

f) You may not authorize others to use Your account, and agree not to reveal Your password to other users, and You must notify us immediately of any breach of security or unauthorized use of Your account;

g) Obscenity is forbidden, and nothing You do and no content You provide can violate obscenity laws or the community standards of your community or that of those with whom you interact and/or to which you transmit content to (this includes, without limitation: actual or simulated depictions of sexuality or sex involving any underage person; incest; rape; torture; any other coerced or otherwise forced, sexual conduct whether actual, depicted or acted and/or implication of coercion or force through the use of props, real or otherwise; sex with animals; sex with dead bodies; penetration with inappropriate objects; bondage with penetration; extreme sado-masochism; excretory functions and bodily fluids including urination, defecation, golden and/or brown showers and/or enemas or douches; and age-inappropriate appearance, that is, depictions of nudity, sexuality or sex by any person who is made up to LOOK younger than 18 years of age, either naturally or because of scripting, make-up, costume, setting, demeanor, etc.);

h) You will not submit a totally nude or sexually explicit photo for Your profile;

i) You will not do anything that harms the smooth operation of our site, or exploits our resources for Your or third parties commercial gain;

j) You will not promote, nor redirect to, other websites to our members or potential members, or otherwise engage in member/customer theft, and You acknowledge and agree that any violation of this provision shall constitute grounds for immediate cancellation of Your account and possible legal prosecution;

k) You will not publish falsehoods or misrepresentations that could damage us or any third party;

l) You will not submit material that is unlawful, defamatory, libelous, threatening, harassing, hateful, racially or ethnically offensive, or encourages conduct that would be considered a criminal offense, give rise to civil liability, violates any law, or is otherwise inappropriate;

m) You will not post advertisements or solicitations of business;

EXHIBIT 2-B
TO DECLARATION OF
WILLIAM LIVINGSTON



Adultspace Ads | Hide

Search members...    Sea

home   pimpin   search   contest   blogs   forum   poll   groups   classifieds   chat   video   eve

# About us



Welcome to Adultspace! Adultspace is a completely free sexual network where members are encouraged to celebrate their sexuality! Adultspace offers all the features of a social networking site: blogs, forums, chat, messaging, video and more-on a sexier scale. While other networking sites kick you out for showing a little skin, we promote your sexuality! Our staff of 8 works around the clock to ensure the site provides everything members need.

Adultspace encourages members to upload their sexiest videos and pictures, and share with the sexual network! You also have the option to mark them private. We also promote members selling their sexy pictures and videos for a fee to other members. All the adult homemade content is provided by our members, use caution when making a transaction. Adultspace is unlike any other social networking site because it offers members the chance to express their sexuality.

Have fun in the web's sexiest virtual playground!

## Here to keep the internet free for all..



**Napo**
Founder and CEO



**AdultSpacePat**
Director of Operations



**Arman**
Marketing





EXHIBIT 2-C
TO DECLARATION OF
WILLIAM LIVINGSTON