

| | |
|---|---|
| | See Who Viewed Your Profile |
| | Who's Online |
| Unique Visitors (per Month) | 7,400,000 |
| Monthly Fee | $34 |
| Number of Members | >1,000,000 |

**RELATED COMPARISONS:**

HornyMatches vs Benaughty.com

Fling vs Benaughty.com

Passion.com vs Benaughty.com

Gay.com vs Benaughty.com

Recon vs Benaughty.com

More Comparisons »

**RELATED TOPICS:**

Flower Delivery Services

Social Networking

Comedy Clubs

Jazz Clubs

## Race and Age



Racial Breakdown — White, Black, Hispanic, Asian, Other Ethnic

Age Breakdown — 18-24 Years, 25-34 Years, 45-54 Years, 35-44 Years, 55-64 Years, 65 or more, Unknown

| | | | | |
|---|---|---|---|---|
| White | 75% | 18-24 Years | 30% |
| Black | 12% | 25-34 Years | 27% |
| Asian | 3% | 35-44 Years | 14% |
| Hispanic | 9% | 45-54 Years | 20% |
| Other Ethnic | 1% | 55-64 Years | 4% |
| | | 65 or more | 2% |

## Salary and Education



Salary Breakdown — $25,000 - $49,999, $50,000 - $74,999, $0 - $24,999, $75,000 - $99,999, $100,000 - $149,999, $150,000 or more

Education Breakdown — Some College, High School, Less than HS Diploma, Bachelors Degree, Graduate Degree

| | | | | |
|---|---|---|---|---|
| $0 - $24,999 | 15% | Less than HS Diploma | 10% |
| $25,000 - $49,999 | 61% | High School | 12% |
| $50,000 - $74,999 | 16% | Some College | 71% |
| $75,000 - $99,999 | 5% | Bachelors Degree | 5% |
| $100,000 - $149,999 | 2% | Graduate Degree | 3% |
| $150,000 or more | 1% | | |

## Family



| | |
|---|---|
| Has Kids 0-17 Years Old | 49% |
| No Kids | 51% |

## Reviews



### big scam site! avoid

alwaysmutual — 6 votes — 4 months ago

been on here, and never return. They thief you with many many fake profiles as well you can't cancel your prescription. No replies to any emails to support to close it, but: they even continue to take money of your bank account!

| Help & Support | (low) | Features | (mid) |
| Profile Quality | (low) | Matching System | (high) |

0 Comments   Reply

### Beware!!!!! of BeNaughty!!!!

romeo — 3 votes — 2 months ago

The site claims to be a Dating site but if you read the T&C (Terms & Conditions) somewhere in the very fine print you will read this: 2.2 We create user profiles for use by our customer support representatives for the support, marketing and improvement of the Service. Our customer support representatives are encouraged to speak with our members and also to stimulate conversation between members by making introductions or recommendations. This is a vital part of the Service we provide. 2.3 We may, from time to time, send electronic communications to ask how our members are using certain aspects of the Service and to stimulate conversation between members. 2.4 There is no guarantee that you will find a date, a companion or an activity partner, or that you will meet any

of our members in person. I also read somewhere :"the site is for entertainment porposess only" I can't seem to find it now ALWAYS READ THE T&C, TOS, and many other terms

| Help & Support | | Features | |
|---|---|---|---|
| Profile Quality | | Matching System | |

0 Comments    Reply

**5** Chopada Dhaval

**love**
★★☆☆☆

16 days ago

i don't no so please no idea . thank you

0 Comments    Reply

**5** DD_albany

**seems to be a scam**
★☆☆☆☆

30 days ago

How can sex make you money on the web? In concert with other web-sites that are not, in and of themselves, scams (Craig's List "casual encounters,") but also do not weed out scammers. Ironically, but posting fake posts there from (of course) women, horny men (me) are convinced that women need a "protection" of ID verification by a company (Benaughty.com). Do the women ever really exist? Probably not, but in order to communicate with the "women" over the web-site, you have to pay. That's how sex can make you money on the web. Brilliant!

0 Comments    Reply

Showing 1 - 4 of 4 reviews

Would you like to write a review? You'll earn **+5** Expertise Points.

1. **Choose a rating**
   ☆☆☆☆☆

2. **Add a title**

3. **Write a review**

**Detailed Ratings** (optional)

| Profile Quality | ☆☆☆☆☆ |
| Matching System | ☆☆☆☆☆ |
| Features | ☆☆☆☆☆ |
| Help & Support | ☆☆☆☆☆ |

Submit

Reviewed by FindTheBest

### FAQ for Benaughty.com

› What type of site is Benaughty.com dating service?

› What percentage of women use Benaughty.com dating service?

› What percent of Hispanics use Benaughty.com dating service?

› What percent of Asians use Benaughty.com dating service?

› What percent of Blacks use Benaughty.com dating service?

Primary site traffic statistics from Google Ad Planner. Race demographics and parenting data from Quantcast.

| Company | | | Network | | Connect | |
|---|---|---|---|---|---|---|
| About | Publishers | Jobs | FindTheData | FindTheCoupons | Follow us on Facebook | |
| Contact Us | Businesses | Content Policy | FindTheCompany | Death-Record | Follow us on Twitter | |
| Blog | Advertisers | Privacy | FindTheListing | LocateGrave | Follow us on Google+ | |

Case 2:09-cv-04607-MMB   Document 181-7   Filed 05/14/13   Page 5 of 5

Press    Data Licensing    Terms

Follow us on LinkedIn

© 2013 FindTheBest.com, Inc. All Rights Reserved

International: (DE) (ES) (FR) (IN) (IT) (JP) (KR) (NZ) (UK)