Start with adult dating and proceed to adult sexing! Page 1 of 2

Case 2:09-cv-04607-MMB Document 181-10 Filed 05/14/13 Page 1 of 2



Case 2:09-cv-04607-MMB   Document 181-10   Filed 05/14/13   Page 2 of 2

Start with adult dating and proceed to adult sexing!                                            Page 2 of 2

# iWantU.com – Adult dating club. Adult swingers' and singles personals

*"iWantU is the place where sex is unbound. Where fantasies always come true. Lots of women and men lust for shag in the dark. And await for the apparition of you. Hook'em up, have'em all, entertain as thou wish, Sex is fun, so enjoy it unleashed!"© Mysterious Lover*

You have come here to ENJOY sex, haven't you? Then do it or leave at once! You have no business here, if your ultimate goal is not to hook up with someone. Even in the middle of a nasty FLIRT, your final aim has to be sex. Otherwise, what are you doing at the **adult dating** service? This web-site is created for those people who want to materialize their EROTIC fantasies and dreams into life. Those who just hang out without purpose are not wanted.

TOP-6 Reasons to Pick up Dates at iWantU.com:
9 years online: helped people to have sex before the Facebook
100,000+ of verified both male and female profiles
Great room for non-standard sexual experience and erotic fun (swing, ebony, Asians, milfs, married, bbw, gays, etc.)
All service's features and options are FREE. You don't have to pay for anything. True sex is not valued in currency. Always remember about that.
Effective search engine. You can find a perfect DATE according to a great number of criteria without blinking an eye. It's a very useful system, try it.
Total confidentiality. Are you married? Are you in a relationship? Don't worry. People whom you ^LOVE^ and respect won't find about the other side of your inner-self – the sexual one.

Every click and every login you make has to be targeted at only one thing – GETTING NAUGHTY. Passionate, steamy, lustful and a little bit thrash shag – if you are not up for it, then this service isn't what you need. Please, make friends at social networks. The only thing you can make here is love. Do you feel the difference?

**Nothing Personal, Just Sex**
You don't have commitments, you don't have obligations, you don't face moral taboos and you don't offend moral principles at our service. Here you are free to do whatever you want and with whomever you want. All limits are off!

You can fall in love, go in for a swing or try an interracial date – all roads to satisfaction are open. The more sex contacts you make, the more variants for having a quality sexy-time you receive.

**- What Is Your Definition of a Romantic Dinner? – Sex after the Main Course!**
Your ultimate purpose of using our service is getting laid tonight. However, you can do it during the day-time too! All your thoughts, all your actions and all your deeds have to be directed towards having SEX.

We give you the possibility to deploy your weapons of sex destruction to the maximum.
However, it is always up to you how to use them. Do you see something from a role-play in all this? Indeed, online pick up is practically the same as in ^REAL LIFE^ though millions of people claim that it is even more interesting. There is nothing but one thing which can be said for sure: online dating is fun and it's very convenient. Everything else is up to you to decide.

**How Do You Prefer Your Erotic Adventures?**
One of the most remarkable features of the online dating is that it makes things easier. Are you looking for sex? Visit iWantU.com and just do it – hook up like a boss, find dates and get laid. Are you craving for some special kind of sexual intercourse? Here you are!

Enjoy:
Swinger Sites
Women
Chat
Dating
Lesbian
Hook Up
Sex
Chat Rooms
Adult Dating
Webcam

=====> Choose the category you like and don't waste time – SEX awaits. <=====

***P.S.*** Picking up horny human beings from home? Folks from the 19th century could not have even imagined such a luxurious opportunity every existing!

Chat | Adult Dating | Chat Rooms | Hook up | Dating | Webcam | Women | Sex | | Swinger sites

Privacy policy   Terms & Conditions   Contact Us   Safe Dating   About Us   PR Desk   Help   Success stories

Tweet 49     +1 6     Like 18

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
This website is strictly for adults only! This website contains sexually explicit content. You must be at least 18 years of age to enter this website.

© Copyright 2003-2013, Nelfor Services Limited.
Nelfor Services Limited is the owner of IWantU.com, and the site is operated by its subsidiary Enedina Limited. All Rights Reserved.