3.10.1 Under any Consumer Protection Regulations, you can postpone commencement of the Service until the seven working day cooling-off period has expired. However, if you choose to become a member and enter the Website, you are electing to commence the Service immediately and you thereby waive any right to cancel the Service under the above Regulations.

## 4 LIMITATION OF LIABILITY AND INDEMNITY

4.1 Your attention is drawn specifically to this paragraph.

4.2 This website or any part of it may not be compatible with your browser or computer configuration and we make no warranty that it is. We make no warranty that our services via this website will be available at any particular time or that your access to our website will be uninterrupted, timely or error free and we will not be responsible if we are unable to provide the website or its services for any reason.

4.3 If you are accessing our website and services in the course of a business, all implied warranties and conditions are excluded to the maximum extent permitted by law.

4.4 We shall not be liable for any losses you suffer as a result of unauthorised access to your account until such time as you have informed us of any unauthorised or possible unauthorised use of your login details or of a breach of security.

4.5 We shall not be liable for (a) any loss of profit, data loss, loss of production, depletion of goodwill and (b) any indirect loss, costs or expenses whatsoever in each case arising out of your use of our website, your use of our services available or advertised on our website or our failure to deliver services contained on our website.

4.6 If you are accessing our website to use the Services available through it otherwise than in the course of your business, you have certain statutory rights as a consumer regarding the performance of services. These statutory rights are not and will not be affected by any statement contained in these terms and conditions (and in particular, any provision which has the effect of limiting our liability to you in the event that any service is defective or fails to correspond with the description given to it on this website shall not apply).

4.7 You warrant to us that you will not use this website or any other services accessible through your user account with us for any unlawful purposes or in a way that is prohibited by these terms and conditions. We may immediately terminate your account and your ability to access this website if you breach any such terms and conditions or if we believe that we or our other customers may incur liability from your actions.

4.8 If you are accessing our website in the course of a business, you agree to indemnify us and to keep us indemnified (except to the extent caused by our negligence, fraud or wilful default) from all or any liability or damages we incur in contract, tort (including negligence) or otherwise towards a third party as a result of your use of this website or any of the services accessible through your user account or any content published, uploaded or displayed by you on the website.

## 5 OUR CUSTOMER COMPLAINTS POLICY

We are committed to meeting the highest quality standards in the delivery of the service we provide to our customers. We aim to provide efficient and effective service and take any problems that do arise very seriously indeed. We aim to ensure that any complaints our customers may have are identified quickly and dealt with in accordance with our complaints handling procedure. In the event that you have any cause for complaint with regard to any of our services please contact using the contact details contact details listed in paragraph 7 of these terms and conditions.

## 6 PRIVACY POLICY

Enedina LTD respects your privacy rights and recognizes the importance of protecting any information collected about you. Enedina's LTD privacy policy, available at Privacy Policy, is applicable to these terms and conditions they define how, why and to which extent Enedina LTD collects and uses personal and non-personal information in relation to Enedina's LTD Services.

## 7 Enedina MAIL

Enedina Mail is our regular members only e-mail offering exclusive discounts and deals as well as a number of reward opportunities for our members. By checking the appropriate box on the new account registration form you consent to receive compatible matches, tips, announcements and special offers from Iwantu and selected partners from address admin@iwantu.com to the e-mail address which you have provided. Should you wish to unsubscribe or reduce the number of e-mails you receive from us you can alter your preferences by visiting the 'My Account' section of this website and select the emails you dont want to receive by ticking the corresponding checkboxes. Also you can unsubscribe from a specific email by using the unsubscribe link from the email you don't want to receive any longer.

Address:

Nelfor Services Ltd(Iwantu)
Trident Chambers
P.O. Box 146
Road Town

Tortola
British Virgin Islands

email: admin@iwantu.com

## 8 GENERAL
8.1 If any provision contained in these terms and conditions is determined to be invalid or unenforceable the remainder of the terms and conditions shall not be affected.
8.2 You agree that we have the right to assign or sub-contract any or all of our obligations under these terms and conditions. You shall not, without our prior written consent, assign these terms and conditions.
8.3 The information contained in our website and any services have been prepared in compliance with the laws of British Virgin Islands and may not be applicable in other parts of the British Virgin Islands or overseas. You should seek appropriate legal advice if you are unsure as to which country's law or jurisdiction applies to your circumstances.
8.4 Our website is operated and controlled from the British Virgin Islands and these terms and conditions and your use of this website are governed by and construed in accordance with the laws of British Virgin Islands . Unless you are using our website and services as a consumer, by agreeing to these terms and conditions you consent to all disputes arising out of or relating to your use of this website being decided only by the courts of British Virgin Islands. If you are accessing this website from another jurisdiction it is your responsibility to ensure compliance with the laws that apply to that jurisdiction.
8.5 You are not permitted to assign your rights under these terms and conditions. Except as expressly provided by these terms and conditions, no third party may enforce these terms and conditions by virtue of the British Virgin Islands Contracts.
Short form privacy policy

This website is owned and operated by Enedina Limited (Company Number HE 294974 (Cyprus)) as subsidiary of Nelfor Services Limited, company number 1674103 (British Virgin Islands), trading as Iwantu.com. Our privacy policy relates only to information that we obtain from you and not to information obtained by third parties or via linked websites.

What information will be collected?

The type of information we will collect about you includes:-

1. your name, address, occupation, phone number and e-mail address
2. the information included in your membership profile and that you provide via our client surveys, your interests and details about the services you specifically request.

We will never collect sensitive information about you without your explicit written consent.

How will the information be used?

The information you provide to us when using this website will be used to administer your user account with us (including notifying you of any updates or services, should you consent to this), customise the site according to your interests, ensure that you are complying with the terms and conditions of use and to comply with our statutory and regulatory obligations. By registering a profile you consent to the wider dissemination of the information you provide in that profile to the other users of the site, some of whom may be outside the USA, to achieve your joint objectives. We will keep your personal information confidential except where you have posted it for publication or display, to the extent that we are compelled to disclose it by law or to comply with an instruction of a regulatory body of competent jurisdiction. We adhere to strict security procedures and your personal information will be held securely to ensure no unauthorised disclosure or access.

Your Rights

Should you wish to obtain a copy of the personal data that we hold on you, please send an e-mail to

admin@iwantu.com. If you believe that the information we hold about you is inaccurate or if you wish us to cease processing your data for any particular purpose or purposes, write to us at the above address or e-mail admin@iwantu.com. If you have a complaint regarding any breach of this privacy policy, contact us at admin@iwantu.com.

Tracking

When visiting our web pages, we generally use tracking technologies which record information about you automatically. This information does not identify you personally and is used to ensure that our Web pages stay compatible with a selection of browsers and systems.

Please click here to access our full privacy policy.

Close window