

http://dating-websites.findthebest.com/l/370/IWantU                                              5/6/2013

EXHIBIT 5-C
TO DECLARATION OF
WILLIAM LIVINGSTON

## Race and Age



| | |
|---|---|
| White | 80% |
| Black | 10% |
| Asian | 2% |
| Hispanic | 7% |
| Other Ethnic | 1% |

RELATED TOPICS:
- Flower Delivery Services
- Social Networking
- Comedy Clubs
- Jazz Clubs

## Family



| | |
|---|---|
| Has Kids 0-17 Years Old | 46% |
| No Kids | 54% |

## Reviews

There aren't any reviews yet. Be the first to review and you'll earn +5 Expertise Points.

1. Choose a rating
2. Add a title
3. Write a review

Detailed Ratings (optional)
- Profile Quality
- Matching System
- Features
- Help & Support

Submit

Reviewed by FindTheBest

#### FAQ for IWantU

› What type of site is IWantU dating service?

› What percentage of women use IWantU dating service?

› What percent of Hispanics use IWantU dating service?

› What percent of Asians use IWantU dating service?

› What percent of Blacks use IWantU dating service?

Primary site traffic statistics from Google Ad Planner. Race demographics and parenting data from Quantcast.

| Company | | | Network | | Connect | |
|---|---|---|---|---|---|---|
| About | Publishers | Jobs | FindTheData | FindTheCoupons | Follow us on Facebook | |
| Contact Us | Businesses | Content Policy | FindTheCompany | Death-Record | Follow us on Twitter | |
| Blog | Advertisers | Privacy | FindTheListing | LocateGrave | Follow us on Google+ | |
| Press | Data Licensing | Terms | | | Follow us on LinkedIn | |

© 2013 FindTheBest.com, Inc. All Rights Reserved.

International: (DE) (ES) (FR) (IN) (IT) (JP) (KR) (NZ) (UK)