

Uk Single Dating: London - Birmingham - Glasgow - Liverpool - Leeds - Sheffield - Edinburgh - Bristol - Manchester - Leicester

## ARTICLES

### Scott Weiland and Jamie Wachtel: Rock Stars Like It Hard
A famous lead singer of a band called Stone Temple Pilots Scott Weiland is going to get married for the third time.

More...

### Dating for sex in the Internet: leave everything to virtual adult services
Doubtless sexual relations are an integral part of everyone's full-fledged life: according to recent statistics, people who are successful in adult dating

More...

## Keeping Pace With The Latest Adult Dating Trends

The relationship trends have been changing over time and it's causing a great influence over the patterns of adult dating (to know each other at early relationship stage). Youngsters now prefer to cohabit quite often before entering into any marital agreement. "Stayover relationships" is a new term used by teenagers, which involve spending 3 nights per week together and then go back to homes.

### Why Stayovers Are Becoming Popular?

The shift from teenage to adulthood makes the situation unclear how do the youngsters behave about dating. However, more than adult only dating (not about the teenage dating), the concept of stayovers tells the behavior of emerging adults in their relationships. Stayover relationships are more popular in college going couples, who, despite being committed, don't want to be in cohabiting.

### Intimate Relationship Without Commitment – 1st Reason

One major reason or motivation behind growing popularity of stayovers is the enjoyment couples can have in intimate relationship without worrying about any kind of commitment. It's more common in households of single adults and explains well the thoughts of the young adults who are not in favor of long term marriages; instead, they prefer to enjoy adult singles dating (not in committed relationships or marriages).

### Tough Breakup After Marriage – 2nd Reason

One more reason that makes Stayovers popular is the tough breakup once a couple tied the knots. They start having shared property and other shared assets that don't let them break the agreement. Stayover adult dating (the latest dating trend) doesn't involve any such bindings and that's why young adults are inclined towards it rather than thinking about long term relationships.

### No Defined Plan For Future – 3rd Reason

While being a growing adult, no one have a clear path of life. Where to go, what to do, what to work in future. In that situation, Stayovers become the best options for the couples who are reluctant in making long-term plans. They feel more comfortable in staying for 2-3 nights together instead of feeling lost in commitments and then planning for future.

EXHIBIT 6-A
TO DECLARATION OF
WILLIAM LIVINGSTON