# FindTheBest
## unbiased, data-driven comparisons

Search | ALL CATEGORIES ▼ | RELATED ▼ | JOIN | SIGN IN

HOME » TRAVEL & LIFESTYLE » DATING WEBSITES » DETAIL

f  g+  t  p  ▭  </>EMBED

Last edited by FindTheBest

← See all Dating Websites

## UpForIt.com Dating Website

Save | Review | Edit

**Site Category:** Adult/Casual Sex
**Monthly Fee:** $29

Smart Rating: **89**
User Ratings: ☆☆☆☆☆ 0 ratings

**SIGN UP**

JOIN NOW

| OVERVIEW | SERVICES | RACE & AGE | SALARY | FAMILY | REVIEWS |

## Overview

| Visits (per Month) | Unique Visitors (per Month) | Male | Female |
|---|---|---|---|
| 6.1 MILLION | 2.3 MILLION | 70% | 30% |

**Summary**
UpForIt offers you the freedom to find matches that you want. Since we are open 24 hours a day, 7 days a week, you are free to go at your own pace and use it in your own time.

**Communities**
Compare by Communities
- Asian
- Black
- Casual Sex
- Interracial
- Latin

**Number of Members:** >1,000,000
**Visits (per Month):** 6,100,000
**Female:** 30%
**Male:** 70%

**Price**
UpForIt.com has a monthly fee of $29, which is **81.3% more expensive** than the average for all Dating Websites.

**Visitors**
UpForIt.com receives 6,100,000 visitors each month and 2,300,000 of those are unique visitors, which is **2887% more** than the average for all Dating Websites. Of those visitors, 70% are men and 30% are women.

**Finding Your Match**
UpForIt.com uses Fast Profile and Personality Profile to find your ideal match. In addition, on UpForIt.com you can connect with potential matches via Chat, Email and Photo Sharing.

**Countries Served**
United States, Canada, United Kingdom, France and Ireland

ADVERTISEMENT

Tell us what you think... people have...

Which phrase best describ[es] website?
○ Objective information
○ Visually appealing
○ Easy to use
○ Powerful tool
○ Decision engine
○ Data driven
○ Comparison platform
○ other

Vote (see results)

How would you r[ate] UpForIt.com?
Click stars to rate
☆☆☆☆☆

Be the first to revi[ew]

Write a review

**RELATED COMPARISONS:**
- CafeAdult vs UpForIt.com
- Benaughty.com vs UpForIt.com
- Fling vs UpForIt.com
- Xdating.com vs UpForIt.com

## Website Services

| Main Features | | Connection Types | |
|---|---|---|---|
| | Advanced Profile Searching | | Chat |
| | Free Limited Search | | Email |
| | Free Membership | | Photo Sharing |
| | Free Membership for Women | Search Options | Age |
| | ID Verification Required | | Gender |
| | Profile Photos | | Interests |
| | Profile Videos | | Location |

EXHIBIT 6-C
TO DECLARATION OF
WILLIAM LIVINGSTON

Case 2:09-cv-04607-MMB   Document 181-16   Filed 05/14/13   Page 2 of 3

|  |  |  |  |  |
|---|---|---|---|---|
|  | See Who Viewed Your Profile | | Online Now | Flirt.com vs UpForIt.com |
|  | Who's Online | | Religion | More Comparisons |
| Unique Visitors (per Month) | 2,300,000 | | Sexual Orientation | |
|  | | | Values | RELATED TOPICS: |
| Monthly Fee | $29 | Other Features | Advanced Search | Flower Delivery Services |
| Number of Members | >1,000,000 | | | Social Networking |
| Profiling and Matching Methods | Fast Profile | | | Comedy Clubs |
|  | Personality Profile | | | Jazz Clubs |

## Race and Age



| Age | % |
|---|---|
| 18-24 Years | 26% |
| 25-34 Years | 26% |
| 35-44 Years | 18% |
| 45-54 Years | 21% |
| 55-64 Years | 4% |
| 65 or more | 4% |

## Salary and Education



| Salary | % | Education | % |
|---|---|---|---|
| $0 - $24,999 | 10% | Less than HS Diploma | 3% |
| $25,000 - $49,999 | 68% | High School | 8% |
| $50,000 - $74,999 | 13% | Some College | 83% |
| $75,000 - $99,999 | 5% | Bachelors Degree | 4% |
| $100,000 - $149,999 | 2% | Graduate Degree | 4% |

| | |
|---|---|
| $150,000 or more | 1% |

## Family

Help us recommend the best dating websites for you

Is it important for the dating website to cater to a certain type of community?

Unimportant

Next Question

## Reviews

There aren't any reviews yet. Be the first to review and you'll earn +5 Expertise Points.

1. Choose a rating
2. Add a title
3. Write a review

Detailed Ratings (optional)
Profile Quality
Matching System
Features
Help & Support

Submit

Reviewed by FindTheBest

**FAQ for UpForIt.com**

› What type of site is UpForIt.com dating service?

› What percentage of women use UpForIt.com dating service?

› What percent of Hispanics use UpForIt.com dating service?

› What percent of Asians use UpForIt.com dating service?

› What percent of Blacks use UpForIt.com dating service?

Primary site traffic statistics from Google Ad Planner. Race demographics and parenting data from Quantcast.

| Company | | | Network | | Connect |
|---|---|---|---|---|---|
| About | Publishers | Jobs | FindTheData | FindTheCoupons | Follow us on Facebook |
| Contact Us | Businesses | Content Policy | FindTheCompany | Death-Record | Follow us on Twitter |
| Blog | Advertisers | Privacy | FindTheListing | LocateGrave | Follow us on Google+ |
| Press | Data Licensing | Terms | | | Follow us on LinkedIn |

© 2013 FindTheBest.com, Inc. All Rights Reserved.    International: (DE) (ES) (FR) (IN) (IT) (JP) (KR) (NZ) (UK)