**XXX BLACKBOOK**

FREE REGISTRATION  HOME  CONTACTS  BROWSE  SEARCH  VIDEOCHAT  MAIL  LOGIN

## Get Laid in Cleveland, Ohio!

* Instant Free Registration
* No credit card required
* Anonymous and secure
* Contact, chat, watch vids

[REGISTER FOR FREE]

### Cleveland Featured Members - Online Now!


sexisahabit


joycole


thormarvel


missi2009


sweetflagurl


tyjah1


biggary1969


sonrisa420


thebrattgirl


upnatem


stargazer0419


dirteetalker

**Find a Sex Partner**

I am / we are a:
[Man]

Seeking a:
[Woman]

Between ages:
[18]  [35]

For:
Live webcam chat
Live webcam sex
Perform on webcam
Erotic email fantasies
Phone sex
(Ctrl + click to select more than 1)
Photo and email exchange
Face-to-face hookup
Only show users with:
Group sex
Other activities

☐ Threesome ☐ Photos ☐ Videos ☐ Webcam  [Search]

Are you interested in meeting someone for a good time with no strings attached? There are plenty of local women seeking men in your area -- and vice versa. While everyone knows about dating sites, the truth is that not everyone is looking for a long-term relationship. Many people just want to enjoy themselves and the company of others.

So how do you find a partner for a casual and fun sexual experience? XXX BlackBook is the one place you need to go to get laid today. We bring together like-minded individuals who just want to enjoy a good time -- and each other. Whether you are looking for sexy single women or the hottest guys in your area, our free service will help you find that special someone for a sizzling encounter.

Our service is anonymous and secure, so your friends, family or co-workers never need to know what you are up to. Signing up for XXX BlackBook is free and fast with no credit card required. Within minutes you can set up a profile and begin searching for people in your area who are ready for hot local hookups. There's no need to pay money to find attractive and interesting people in your area for casual encounters when XXX BlackBook can set you up with someone in your area for free.

We can help you find a hookup no matter what you are looking for. You can watch videos of different hot guys and girls before deciding to contact them for an intimate encounter. Feel free to get to know each other with a private chat or webcam conversation. Then when you are ready, you can meet for some special one-on-one time -- or bring some friends. We give you the ability to find people who share the same interests and desires that you have.

EXHIBIT 8-A
TO DECLARATION OF
WILLIAM LIVINGSTON

Stop searching the "casual encounters" section of online directories only to be disappointed with the results. XXX BlackBook can help you get laid no matter what your preferences. Please browse our site to see some of the hot men and women in your area looking to meet you for a good time tonight!

### Site info

- Forgot Password
- Report Spam
- Billing Support
- Terms of Use
- Spam Policy
- Privacy Policy
- Webmasters Earn Money
- Safety Tips
- Frequently Asked Questions
- Contact Us
- Go Mobile

### Overview

- Free Registration
- Hot Local Women
- Online Dating
- Sexy Singles
- Hot Amateur Videos
- Adult Personals
- Adult Profiles
- Meet Single Women
- Women Dating

### Tour XXXBlackBook.com

- Getting Started
- About You
- Finding People
- Hook Up

### Legal

18 U.S.C. 2257 Record Keeping Requirements Compliance Notice

© Copyright 2013 XXXBlackBook.com
All rights reserved