**XXXBLACKBOOK®**

FREE REGISTRATION   HOME   CONTACTS   BROWSE   SEARCH   VIDEOCHAT   MAIL   LOGIN

# FAQ

## MEMBERSHIP QUESTIONS

*How do I upgrade my membership?*

If you would like to upgrade your membership to one of our Gold or Silver packages, click on the "Upgrade" link located on the top right side of each web page on the site. To learn more about our premium membership prices or to order, you can also click here for our order form.

*How much is this?*

Membership pricing can be obtained by clicking on the Upgrade link at the top right of every page of the site. You can select the plan which best suits your needs! Our Gold and Silver membership options will give you limitless access to the largest database of real people who want to hookup now.

*What shows up on my bill when I upgrade?*

The billing descriptor will be discreet and will not indicate membership in any specific website. The descriptor is usually the name, website, or phone number of the billing processor (depending on which biller you signed up through).

Click here for our billing support page.

*You won't send me anything in the mail, will you?*

The only correspondence you will receive from us will go to the email address you have registered on the site.

*I have a question about my bill.*

You can access our billing support page by clicking on the red link labeled Billing Support on the bottom right of any page in our website. Here you can get basic support information as well as contact info for your biller in case you wish to contact them directly. If you still have further questions you can contact us via the Contact form which you can access using the link in the upper right portion of any page in our site.

*Will my Upgraded Membership renew automatically?*

For your convenience, the billing provider will automatically renew your membership when your initial subscription term expires unless you cancel prior to that date. If you paid via mail order your membership will NOT renew and you will need to send another money order two weeks prior to your expiration date to avoid any interruptions in your service.

*How will I cancel once I become a member?*

After you have successfully obtained a membership to the site, you will receive a confirmation email from the billing provider. You can contact them at anytime to cancel your membership. If you lost your billing information, we should be able to assist you.

*If I decide I don't like my membership can I get prorated?*

Memberships cannot be pro-rated. If you cancel after your first month, your membership will remain active for the remainder of your initial term.

*My credit card is good and you're not accepting it!*

1. Is your credit / debit card number correct?
2. Is your credit / debit card expired?
3. Have you exceeded your credit limit?

It is also possible that our billing provider has received charge backs or fraudulent subscriptions from other members of your bank or the credit card number you supplied and has ceased doing business with them.

If you continue to have problems try choosing one of the alternative payment options by clicking on the "Alternate Payment Options" link on the upgrade page.

*Why have I been redirected here when I try to access XXXBlackBook.com Mobile?*

You've been redirected here because you're using an Internet Explorer mobile browser. Since this browser doesn't allow you to experience XXXBlackBook.com Mobile to its fullest potential, we recommend you download Opera. This popular and top-rated browser will make your overall mobile experience a much more rewarding one.

^ Back to top

## MAIL ORDER QUESTIONS

*Where can I send a money order?*

We accept INTERNATIONAL money orders (IN US FUNDS) at the following address:

Digifund Global Holdings Inc.

---

**FAQ Topics:**

Membership Questions

Mail Order Questions

Webcam Video Chat-Getting Started

Webcam Video Chat-How do I...?

Webcam Video Chat-Technical Problems

Messaging Questions

Contacts Questions

Profile Questions

Search Questions

Picture Questions

Home Videos Questions

Misc Questions

### Find a Sex Partner

I am / we are a:
[Man]

Seeking a:
[Woman]

Between ages:
[18]  [35]

For:
Live webcam chat
Live webcam sex
Perform on webcam
Erotic email fantasies
Phone sex
(Ctrl + Click to select more than 1)
Photo and email exchange
Face-to-face hookup
Only show users with:
☐ Present  ☐ Videos  ☐ Webcam  [Search]
Group sex
Other activities



**Get laid with XXXBlackBook.**
Connect with like-minded singles & couples from around the world, or around the corner.



**Register for free.**
It's quick, easy, and anonymous.
[LET'S DO THIS]

**EXHIBIT 8-C**
**TO DECLARATION OF**
**WILLIAM LIVINGSTON**

125-720 King St. West
Suite 409
Toronto, ON M5V 3S5
Canada



*I sent a money order -- when will I get activated?*

We will activate your account as soon as the money order is received. If you forgot to include your username on the application form, or if your information is unclear, this may delay the processing time. Once your payment has been processed you will be notified through the site by an email from our support staff.

^ Back to top

**WEBCAM / VIDEO CHAT - GETTING STARTED**

*Can I use the Video Chat if I don't have a webcam?*

You do not need a webcam in order to view other members' videos or utilize the Video Chat.

You will need a webcam in order for others to see YOU.

The best part of using the Video Chat is that you can see others and they see you, so consider buying a webcam if you don't already have one.

More live webcams in one room equal more fun for everyone.

*How do I install my WebCam?*

Consult the instruction manual that came with your webcam for specific instructions on how to correctly install your cam to your computer.

All you need in order to access the Video Chat is the most current version of Macromedia Flash (this is a free software download).

After you have downloaded flash you should have no problem joining the Video Chat.

Click on Video Chat and then select the room you want to join. If your cam is plugged in correctly you will be asked if you would like to broadcast your video stream at this time, select "yes".

When you enter a room you should see a local webcam stream in a smaller window. If you do not see this, then your webcam is either inactive, in use by another program, not functioning properly, or not currently selected as your video input source for the flash player. There is also a possibility that you are behind a firewall device that might be preventing a proper video and/or chat signal with the servers.

When you enter a video chatroom click on "Actions" and then "Open Local Webcam Settings", check and make sure that the correct camera is selected.

*How do I right click if I'm using a Mac?*

Right clicking on a Mac can be achieved by:

1. by hitting shift+click or option+click

or

2. by clicking and holding for about a second

*Do I need a membership in order to use the Video Chat?*

You will be required to purchase an Upgraded Membership in order to use our Video Chat feature. To upgrade your membership, log into the site and click the Upgrade link found in the top right of every web page of the site. If you are logged in now and would like to upgrade, click here. Our Video Chat service is one of the most popular features on our website!

*Do I need a special code or activation to use videochat?*

NO! XXXBlackBook.com admin will NEVER ask for your personal information at any time. Your membership at XXXBlackBook.com does not require a 'code', 'key', 'key-code', 'membership ID' or 'membership ID number' to participate in Videochat with other members. Furthermore, your Videochat access and webcam does not require activation. XXXBlackBook.com employees will never ask for your personal information at any time. If anyone asks for any personal or financial information or if anyone contacts you pretending to work for XXXBlackBook.com, please cease communication with the member and report them immediately. XXXBlackBook.com employees will never ask for your personal information at any time. The contact form is the only official way to contact XXXBlackBook.com admin.

Any mention of a 'code', 'key', 'key-code', 'membership ID' or 'membership ID number' is part of a FRAUDULENT SCAM used by CRIMINALS to obtain your credit card or other financial information, or to obtain your XXXBlackBook.com account to perpetuate this type of FRAUD.

NEVER give your username or password to anyone, even to someone who claims to be an Admin or employee of this site. If your account becomes compromised through your actions, you your profile will be deleted and you will forfeit your paid membership. No refund will be provided.

*How do I download flash?*

You need Macromedia Flash (a free download) in order to access the Video Chat.

Once you have successfully downloaded flash try accessing the Video Chat again.

^ Back to top



## WEBCAM / VIDEO CHAT - HOW DO I...?

*How do I see who is watching my video stream?*

To see who is watching you click on "Actions" then "My Webcam" and then "See Who is Watching Me Now". Those who are watching you will be listed in blue at the bottom of the text under: ** Listing those watching your webcam (if any).

*How do I use Video Chat commands?*

Our Video Chat commands are as follows:

> /msg [username] [message] - Sends a private message to a user.
>
> /ignore [username] - Ignores the user for the rest of your Video Chat session
>
> /clear - Clears the chat screen.
>
> /unignore [username] - Removes username from your ignore list
>
> /stalker - Shows who is currently viewing your webcam.
>
> /me [action] - Shows your name as performing 'action' to the channel!
>
> /notify [none/join/leave/all/friends] - Changes notifications for users entering/leaving Video Chat
>
> /whitelist [on/off] - Allows only users on your Contacts list to Private Message you
>
> /r - Reply to the last person who private messaged you
>
> /help - Displays the above list of commands in the Video Chat room for you

*How do I use a microphone in the Video Chat Room?*

You do not need a cam in order to use your mic. Select the soundcard as the source of audio in the flash properties (right click on any empty space where the cams are and click settings, then the little microphone icon).

*How do I use my Personal Video Chat Channel?*

To open up your own private chat channel click on Your Personal Chat channel, a chatroom that is listed in the Video Chat Directory. Once you are in this room users that are on your Contacts list will see it show up in the Video Chat directory as a new room to enter.

Note:

Your personal Video Chat channel may only accessed by people you have added to your Contacts list.

If you wish to give someone permission to enter your personal channel, simply add them to your Contacts list using the 'add me' link on their profile.

*How do I invite someone to a private chatroom?*

To invite someone to a private room while you are in a public chatroom:

1. Click the username of the person you want to private chat with

2. Click Actions (located on the lower left corner of the bar below the video chat screen)

3. Click Invite this user to a Private Room (it is the 4th option in the actions menu).

If this user accepts your invitation you will automatically be moved into a private with them if they do not accept it nothing will happen and you will remain in the public Video Chat.

*How do I send a PM (private message)?*

Click on the username that you want to send a private message to. Below the largest Video stream box you will see

Say: to (username)

Enter your private message in the space available and hit enter to send it. You will see the message appear in the chat text however it will be in green which means that only you and the user you sent the message to can read it.

*How do I view more than 1 video stream at a time?*

To view webcams in all three windows click on the lock symbol to unlock the window then click on the username that you would like to appear in that window. If a window is locked, the current cam feed will remain in place until unlocked.

You will only be able to view that person's webcam if they have a camera.

NOTE: Some users may have chosen not to broadcast their cam during a session and that is why you may be unable to view their video stream.

*How do I scroll through usernames in the Video Chat?*

To scroll through the list of usernames in a chatroom left click on the little white box to the right of the username list with your mouse. Hold down the left mouse button and move your mouse up and down to scroll through the usernames.



*How do I view a users profile while in the chat?*

To view a users profile while in the chat click the username you would like to view then click on Actions (lower left of video boxes bold and in orange font). Finally click on view this user's profile. This will prompt a popup with the users profile information.

*How does Instant Messaging (IM) work?*

When you see a user is online the IM feature will be available under the users main profile picture. To send an instant message click 'Send IM'. A separate window will appear which will allow you to instant message the selected user. Just type your message in the text box and click the send button. This window also contains some added features: Report as Spam, Block this Loser, View User Profile, Add to Contacts.

Please note that a user may have their IM settings set to only allow their Contacts to contact them, they may also have the IM feature turned off.

To change your IM Settings click on My Profile, then Settings, and use the Instant Messages pull down menu to select your changes. Make sure you save the changes when you are finished.

NOTE: IM features are exclusively available to UPGRADED MEMBERS. To upgrade your membership, log into the site and click the Upgrade link found in the top right of every web page of the site. If you are logged in now and would like to upgrade, click here.

^ Back to top

### WEBCAM / VIDEO CHAT - TECHNICAL PROBLEMS

*Why isn't my DV cam working?*

A DV cam is at a resolution that is greater then what the Video Chat allows.

You will need a Webcam in order to use the Video Chat.

*I'm not sure I downloaded flash successfully.*

Click this link to make sure flash was correctly downloaded onto your computer.

*My browser keeps crashing each time I enter the Video Chat.*

Make sure you have the latest version of your Internet browser. Installing a new browser can often repair issues with browser crashes.

*My webcam isn't working.*

When you enter a room you should see a local webcam stream in a smaller window. If you do not see this, then your webcam is either inactive, in use by another program, not functioning properly, or not currently selected as your video input source for the flash player. There is also a possibility that you are behind a firewall device that might be preventing a proper video and/or chat signal with our central computers. When you enter a chat click on Actions and then Open Local Webcam Settings, check and make sure that the correct camera is selected.

*My webcam is working but I can't see anyone else.*

If you are seeing your own video stream in the lower left corner then your cam is installed correctly and you should have no difficulties seeing other user's cams. It is possible that the members you are trying to view chose to not allow their web stream to be broadcasted during this particular session. Try clicking on someone you might not normally want to view in order to make sure that's the problem. To open a user's cam in one of your windows, click the lock symbol to unlock it and then click on the user's name that you want to appear in your window.

*I'm having problems entering text into the Video Chat.*

To enter text while in the chat hit ENTER on your keyboard. If you are doing this and are continuing to have problems try clearing your cache. To do this click Tools, internet options, delete files, delete all offline content. You can also try using the Enter key on your number pad.

*I'm trying to open profiles through the Chat Actions menu and it won't work!*

Make sure that you don't have any popup disablers turned on.

The view profile link in the chat prompts a popup window in the chatroom with the users profile information on it.

This information will not show up if you have a Popup Blocker turned on.

^ Back to top

### MESSAGING QUESTIONS

*What is a flirt?*

Flirts are a way for members to "break the ice" and let you know that they liked your profile. The flirts range from: "Suggestion to Chat Sometime" to "Sexy Kiss".

To send a flirt click on Flirt then choose from the pull down menu the flirt you would like to send. Finally click Send Flirt.

*Why can't I send anymore flirts?*

Basic members are given a limited amount of free flirts to send. To continue sending flirts click the Upgrade link found in the top right of every web page of the site. If you are logged in now and would like to upgrade, click here.

*Why can't I open my messages?*

Reading and sending email is an UPGRADED MEMBER feature. To upgrade your membership click the Upgrade link found in the top right of every web page of the site. If you are logged in now and would like to upgrade, click here.



*Can I send my personal contact information to other members via email?*

We do not recommend exchanging personal information unless you are 100% confident that you can trust the recipient. We suggest that users confirm the identity of other members via the Video Chat before exchanging personal information. DO NOT POST ANY PERSONAL CONTACT INFORMATION IN YOUR PROFILE. Anyone can view your profile so it is not wise to post this information openly on the internet. We reserve the right to delete your personal contact information from the site.

*My email appears to have been deleted.*

There are a few possibilities:

1. You received an email notification for a message in your inbox that you have already read and deleted. You may have received the email notification late due to Spam Filters that your email provider has in place.
2. The user that sent you a message has since deleted their profile from the site. Try searching for the username that contacted you to see if they still have a profile on the site.
3. The message has been in your box for more then 30 days. All messages are deleted after 30 days to conserve space.

*How do I change the email address where I get notifications?*

You can change your email address on record by clicking on Home and then Settings (under My Profile) - type in your new email address and then click on the button marked "Update My Profile".

*How do I send an email?*

Clicking on 'Send Mail' or 'Send IM' from a users profile will send a message to the person.

If someone sent you an email it would be located in your MAIL on the site. To check on new messages click on MAIL located on the top bar visible from your home page.

Click on the subject line to open the message. Clicking on the users name will bring up their profile.

NOTE: Reading and Sending Email are features accessible by Upgraded Members only. To upgrade your membership click the Upgrade link found in the top right of every web page of the site. If you are logged in now and would like to upgrade, click here.

^ Back to top

## CONTACTS QUESTIONS

*Why aren't any of my Contacts showing up?*

A member can choose to "ignore this user" when they receive notification that you have added them to your Contacts list. If they do choose this option they will not show up under your Contacts Online list even when they are on the site.

*How do I ADD someone to my Contacts list?*

Add users to your Contacts list so that you can see when they are on the site. Users on your Contacts list that are logged onto the site will show up under Contacts Online.

To add a user to your Contacts list click on the persons picture to pull up their profile. Beside their user name you will see a link that says "+Add me as a Contact". Simply click on this link.

*How do I contact my Contacts that are online?*

When you see a user is online the IM feature will be available beside the users main profile picture. To send an instant message click 'Send IM'.

Please note that users have the ability to ignore unwanted IM's. Most users are either checking messages or in the chatroom.

*How do I REMOVE someone from my Contacts list?*

To remove a user from your Contacts list click on Contacts find the profile you would like to remove then click on "Remove me from Contacts".

*How do I put someone on an IGNORE list*

Adding a user to your ignore list will prevent them from seeing that you are online. They will also no longer be able to send you messages.

To add someone to your ignore list while in chat click on their username, click ACTIONS select IGNORE THIS USER - ADDED TO IGNORE LIST will appear at the bottom of the chat text.

To add someone to your ignore list that has contacted you via EMAIL open an email that they have sent you then click on Ignore.

All future messages from this person will not reach your inbox, they will not be able to send you private messages and you will not show up on their Contacts list.

*How do I REMOVE someone from my IGNORE list?*

To take someone off of your ignore list click on Home then on Ignore List under My Profile.

Find the users name and then click remove from ignore list.



*How do I view my contacts list?*

To view your contacts list click on Contacts, visible above your profile on your home page. From the contacts page you can email, flirt or remove users that are on this list.

*I received a notification that someone added me to their Contacts list but they aren't listed under Admirers?*

If the person that added you is not listed under Admirers then they have since chosen to remove you from their contacts list.

^ Back to top

### PROFILE QUESTIONS

*How do I make my profile private?*

To make your profile private so that only site members can see it, check the "Private Profile" checkbox in the Public Profile Options section of the Settings page.

*What is the URL of my public profile?*

Want to send someone a link to your profile? Your public profile URL can be found in the Public Profile Options section of the Settings page.

*How does the profile rating system work?*

When you open up an individuals profile you will see a bar underneath their profile with numbers on it from 1-10. You can rate the person's profile using this rating feature. Each profile can only be voted for once.

A profile's rating is the average of all votes cast for it.

Note 1 is bad and 10 is smokin hot - please don't abuse the rating system :)

*How do I edit my profile?*

From the Home page click Edit Profile in the My Account section. There are six headings in the Edit Profile screen: Basic, Personal, Physical, Extended, Location, and Settings. Here is a breakdown of what you can do in each section:

> Basic: select your tagline, age, gender, and preference options.
>
> Personal: select your relationship status, fetishes, participation, lifestyle, nightlife, toys, role playing, and languages.
>
> Physical: adjust your profile to convey your appearance, style, and activities.
>
> Extended: tell other users who view your profile what you are all about in your own words.
>
> Location: change your home location.
>
> Settings: change your notification settings, your external email and IM address, your password, and delete your profile.

NOTE: Make sure to click "Update my profile" button.

*My home location is wrong - how do I change it?*

You can change your home location at any time by going to the Home page and clicking on "Location" which is located in the My Profile section and then clicking on Location. Select your country in the pull down menu and type in the name of your city. If you live in the USA you can also search by State and Zip Code. When you are done press the button marked 'Search for My Location". If your location is in our database it will appear as a red link below. Simply click on this link to set it as your new home location.

If your location does not appear in the database try searching for larger towns or cities nearby.

*How do I delete my profile?*

You can delete your profile from the site at any time by clicking on Settings under My Profile on the Home page. Scroll down to the Profile Removal section and then click on the button marked 'Permanently Delete your Profile'. Your entire profile including all pictures, correspondence and contact information will be PERMANATELY deleted.

NOTE: If you are a paying member, you will need to cancel your billing first before you can delete your profile. For billing inquiries, please contact your biller directly.

^ Back to top

### SEARCH QUESTIONS

*Why is my Advanced Search restricted?*

Advanced Search is an UPGRADED MEMBER feature. To upgrade your membership click the Upgrade link found in the top right of every web page of the site. If you are logged in now and would like to upgrade, click here.

*How do I search in a different location?*

To search for people in a different location.

1. 1. Click on Search which is located on the top of every page in the site.
2. 2. Click on the Advanced tab
3. 3. Scroll down to the Location section and enter the country and city you wish to search for and click the button marked 'Find this city'.



4. 4. If the location is in our database it will appear below. Select the new location by clicking the button to the left of it and then continue your search as normal.

*How do I search for a particular user name?*

If you know the user name of the member you are looking for type it in the text box available on the Search page under the basic tab.

You can conduct partial screenname searches.

For instance if you know the user had "betty" somewhere in their screenname type in betty and the search engine will retrieve all matches such as: *betty32, bettysmith,* etc.

*How do I search profiles that don't have pictures?*

To search for profiles that do not have pics:

Click on Search at the top of the screen and then click on the Advanced tab. Under 'Profile must have' uncheck the box labeled 'photos'.

^ Back to top

### PICTURE QUESTIONS

*How do I upload images?*

To upload pictures click Home > Photos (under the My Profile section) > Browse. Once you've chosen the picture on your hard drive to post, select a position for it in the drop down menu, and then click UPLOAD THIS IMAGE. All pics must be in .jpg format in order for them to upload successfully.

NOTE: Your picture might not appear for up to 5 minutes. Check to see if your pic was uploaded after 5 minutes have passed.

*How do I convert a pic to JPEG?*

Here are step by step instructions on how to easily convert a pic to JPG.

1. Open Microsoft Paint: Start - Programs - Accessories - Paint
2. Open the picture by clicking on File - Open
3. Click File - Save As - Where is says "Save as Type" select in the pull down list: JPEG File Interchange Format
4. Click Save

*How do I delete a pic?*

To delete a pic from your profile click on Photos under My Profile then click on Delete located directly beside the image. You can replace an image by simply uploading a new image into the space of the image you no longer want on your profile.

You can also replace an image by simply uploading a new image into the space of the image you no longer want on your profile.

*Why was my pic removed?*

The main profile photo must be of YOU. Any other image will be deleted. It doesn't have to be a face pic, a cool body shot works great too.

You may upload pics of things other than yourself to your Album Pics however pictures of celebrities or any copy written material that is not your property will be deleted.

Pictures that have URL links, email addresses, websites etc will be promptly removed.

Due to the adult nature of the community, pictures with minors are not allowed ANYWHERE on the site, regardless of context, and any picture of a child will be deleted.

^ Back to top

### HOME VIDEOS QUESTIONS

*Is there a maximum size limit for uploading home videos?*

The maximum size limit for uploading home videos is 50MB. Videos that exceed this limit will not upload and will not be displayed on the site. Try reducing the length of your video to a size 50MB or less.

*I uploaded my home video but it hasn't appeared on the site yet. What happened?*

All Home Videos are screened prior to being displayed on your profile. Screening may take up to 24 hrs and if you're Video contains inappropriate content it may not be displayed at all.

*I click on the home video's but nothing happens. What should I do next*

If you are having difficulties viewing videos check and make sure that Macromedia Flash is correctly installed on your computer.

If you are having problems installing Macromedia Flash click here

NOTE: Watching videos is an UPGRADED MEMBER feature. To upgrade your membership click the Upgrade link found in the top right of every web page of the site. If you are logged in now and would like to upgrade, click here.

^ Back to top

## MISC

*How do I know a person's profile is real?*

Unfortunately we cannot guarantee that the picture posted on a profile actually belongs to the person that registered the profile. We do recommend you use the video chat to verify a user's identity. We do not perform background checks on our users.

This site is for entertainment purposes only and does not pre-screen its members or registrants in any way. We do not and cannot make any warranties as to the claims made by our members. Please review our terms and conditions for full details. Please use your common sense and be careful about giving out personal information to people you meet on this site.

If you feel that a member is using this site for abusive or fraudulent purposes that are not in adherence with our terms, please contact us with their username so that we may investigate. You can do this easily by clicking on their profile and then clicking on the link that says "Report this profile".

*How do I change my password?*

To change your password click on Settings found in the My Profile section of your Home page. Then scroll down to the Change Your Password section and complete the changes.

NOTE: Your password may only contain letters and numbers and must be at least 6 characters in length. You must enter your new password twice to confirm it.

^ Back to top



**Site info**
Forgot Password
Report Spam
Billing Support
Terms of Use
Spam Policy
Privacy Policy
Webmasters Earn Money
Safety Tips
Frequently Asked Questions
Contact Us
Go Mobile

**Overview**
Free Registration
Hot Local Women
Online Dating
Sexy Singles
Hot Amateur Videos
Adult Personals
Adult Profiles
Meet Single Women
Women Dating

**Tour XXXBlackBook.com**
Getting Started
About You
Finding People
Hook Up

**Legal**
18 U.S.C. 2257 Record-Keeping Requirements Compliance Notice

© Copyright 2013 XXXBlackBook.com
All rights reserved.