

- English
  - Français
  - Deutsch
  - Español
- Help
  - F.A.Q.s

Signup | Login

- Home
- Search
- Sex Mag
- Gallery
- Live Girls

- My Profile
- Messages
- Hot List
- Favorite Media
- Who viewed me

Search by Username

Millions of People Looking for Sex Partners

- Make sexy new friends
- Search profiles and videos
- Rate and rank other members
- Upload your personal videos
- Post public and private pictures

I'm looking for [Women] Living in [United States]
[Ohio]

[_____] Valley City
Between [18]
and
[75] [Search]

EXHIBIT 9-A
TO DECLARATION OF
WILLIAM LIVINGSTON

# People looking to get laid near Valley City



## Alysun

- Woman - 30
- Valley City, OH, US



## AAAsamAAA

- Man - 32
- Valley City, OH, US



## JaydaLoveDancing

- Woman - 24
- Valley City, OH, US



Kynkie

- Woman - 31
- Valley City, OH, US

## Featured Members



cutieEvelyn

- Woman - 25
- Valley City, OH, US



AngelSweet85

- Woman - 25
- Valley City, OH, US



### Beauzo

- Man - 32
- Valley City, OH, US



### Lonely74Sophia**

- Woman - 24
- Valley City, OH, US

## Now Online!



Online

### DeliciousJosie&-)

- Woman - 30
- Valley City, OH, US


Online

### dbx101

- Man - 28
- Valley City, OH, US


Online

### Single&L4Fun

- Woman - 30
- Valley City, OH, US


Online

### PlayfulThing

- Woman - 23
- Valley City, OH, US

## Member Videos



Farmandido Man - 24



xxxCoupleO Couple - 28



aButtyFly Woman - 18

# Testimonials

You've got one happy customer. Way better than sitting home by myself. Keep up the good work.
Sam from Montréal, QC, CA
I found the perfect woman for my husband's 30th birthday 3some! Can't wait for another reason to celebrate!
Stef and Goncalo from Toronto, ON, CA
How amazing are friends with benefits! I wish I found you guys earlier. It would have saved me a lot of battery money.
Julie from New York, NY, US
Terms of Use | Privacy Policy | Sex | Free Sex | Sex Videos | Personals | F.A.Q.s
© SexInYourCity All rights reserved. | sexinyourcity.com is a registered service mark.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are **18 years** of age or older.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement**Billing: Hague Ltd, Unit 9, 15-17 Caledonian Road, P.O. Box 297, London N1 9DX | Keeseville Limited 72 High Street GU27 2LA Haslemere Surrey United Kingdom**



- 🇺🇸English
    - 🇫🇷Français
    - 🇩🇪Deutsch
    - 🇪🇸Español
- Help
    - F.A.Q.s

Signup| Login

- Home
- Search
- Sex Mag
- Gallery
- Live Girls

- My Profile
- Messages
- Hot List
- Favorite Media
- Who viewed me

Search by Username

# TERMS AND CONDITIONS FOR SEXINYOURCITY.COM
# THIS AGREEMENT WAS LAST UPDATED ON NOV 04, 2009

### Please read the following User Agreement:

When you sign up for any service within the sexinyourcity.com site, all of which are hereinafter referred to collectively as the "Service", you agree to all of the terms and conditions of this Agreement. Please read the following terms and conditions carefully, as they form the agreement between sexinyourcity.com, LLC (referred to herein as "sexinyourcity.com", "we" or "us") and you (sometimes referred to herein as "you", "your" or "User") (such agreement referred to herein as the "Agreement"). IF YOU DO NOT AGREE TO THESE TERMS AND CONDITIONS, YOU MAY NOT USE THE SERVICE, AND SHOULD NOT PROCEED TO REGISTER. BY USING THE SERVICE YOU ARE AGREEING TO BE BOUND BY THIS SERVICE AGREEMENT, INCLUDING ALL AMENDMENTS MADE TO DATE.

EXHIBIT 9-B
TO DECLARATION OF
WILLIAM LIVINGSTON

# TERMS AND CONDITIONS OF THE SERVICE

## User Agreement

This Agreement constitutes the agreement between sexinyourcity.com and you with respect to your use of the Service. You must agree to abide by all of the terms and conditions contained in this Agreement in order to become or remain an authorized user of the Service. As used in this Agreement, "we" and "us" means sexinyourcity.com, or any successor or assign of sexinyourcity.com.

## Service Agreement

## Right to Use

Your right to use the Service is subject to any limitations, conditions and restrictions established by us from time to time, in our sole discretion. We may alter, suspend or discontinue any aspect of the Service at any time, including the availability of any Service feature, database or content. We may also impose limits on certain features and aspects of the Service or restrict your access to parts or all of the Service without notice or liability.

## Adults Only

THIS SERVICE IS FOR ADULTS ONLY! You represent, warrant and covenant that you are at least 18 years old or the age of majority in your jurisdiction, whichever is older (the "Age of Majority"). The Service is intended for adults only. By using the Service you agree that you have reached the Age of Majority. If you continue with registration to sexinyourcity.com or use of the Service in violation of this section, it may result in legal action.

## Code of Conduct

You agree to use the Service in accordance with the following Code of Conduct: 1) You are solely responsible for any information that you post or display to other members or when using the Service. You will keep all information provided to you through the Service as private and confidential and will not give such information to anyone without the permission of the person who provided it to you; 2) You are aware that the Service may contain explicit adult oriented materials provided only by consenting users; 3) You will not use the Service to engage in any form of harassment or offensive behavior, including, but not limited to, the posting of any message, picture or recording, which contains sexual conduct (whether actual or simulated), libellous, slanderous, abusive or defamatory statements, or racist, pornographic, obscene, or offensive language; 4) You will not post messages, pictures or recordings or use the Service in any way which violates, plagiarizes or infringes upon the rights of any third party, including but not limited to any copyright or trademark law, privacy or other personal or proprietary rights, or is fraudulent or otherwise unlawful conduct in connection with your use of the Service or violates any law; 5) You will not use the Service to distribute, promote or otherwise publish any material containing any solicitation for funds, advertising or solicitation for goods or services; 6) Your use of the Service is for your own personal use. You may not allow others to use the Service and you may not transfer accounts with other users; 7) You will not use the Service

## Privacy and Use of Information

As more fully set forth in our Privacy Statement, your personal information will not be resold to any third party. You acknowledge and agree that: (1) We cannot ensure the security or privacy of information you provide through the Internet, or otherwise, and through your email or other messages; you release us from any and all liability in connection with the breach of the security of such information and/or messages and with respect to the use of such information by other parties; (2) We are not responsible for, and cannot control, the use of any information, by anyone, which you provide to any other parties or the Service and you should use caution in selecting the personal information you provide to others through the Service; (3) We cannot assume any responsibility for the content of any message sent by any user on the Service, and you release us from any and all liability in connection with the content(s) of any communication(s) you may receive from other users; (4) You acknowledge that you cannot bring legal action against sexinyourcity.com or any of its employees, officers or agents for any damages of any kind, under any theory, as a consequence of using the Service; and (5) Any and all images uploaded to sexinyourcity.com become property of sexinyourcity.com and may be used by sexinyourcity.com, without any restriction(s), as marketing materials. By accepting this Agreement and its Terms and Conditions you specifically authorize us to use any images you upload to sexinyourcity.com for marketing this site in our sole discretion. (6) You may not use the Service for any unlawful purpose. We may refuse to grant you or discontinue your use of a user name, for whatever reason, including, but not limited to, that the user name you have chosen impersonates someone else, is protected by trademark or proprietary law, or is vulgar or otherwise offensive, as determined by us in our sole discretion. We cannot guarantee, and assume no responsibility for verifying, the accuracy of the information provided by any other user of the Service, including but not limited to, information regarding a member's, age and marital status. You hereby acknowledge and agree that we have no responsibilities or liabilities for any inaccuracies, intentional or unintentional, made by users.

## Monitoring of Information

We reserve the right, but have no obligation, to monitor any and all advertisements, public postings and messages to ensure that they conform to the content guidelines and this Agreement, which are both subject to change from time to time. We also reserve the right, but have no obligation, to monitor any and all messages and chats that take place through the site. We are not responsible for any offensive or obscene material(s) that may be transmitted or posted by any and all users (including unauthorized users, as well as the possibility of "hackers"). As noted above, we are also not responsible, under any circumstances, for the use of any personal information, by anyone, that you post or transmit through the Service.

## Removal of Information

While we do not and cannot review every message or other material posted or sent by users of the Service, and are not responsible for any content of these messages or materials, we reserve the right, but are not obligated, to delete, move, or edit messages or materials, including without limitation advertisements, public postings and messages, that we, in our sole discretion, may deem to violate the Code of Conduct set out above or to be otherwise unacceptable to us in our sole discretion.

Notwithstanding our right to delete, move or edit messages or materials, you shall remain solely responsible for the content of advertisements, public postings, messages and other materials you may upload to the Service or otherwise provide to users of the Service.

## Submissions

sexinyourcity.com permits the submission of pictures and other communications and the hosting, sharing and publishing of such submissions. You understand that whether or not such Submissions are published and/or uploaded, sexinyourcity.com does not guarantee any confidentiality with respect to any submissions.

sexinyourcity.com allows/permits you to link to materials on the Website for personal, non-commercial purposes only.

You shall be solely responsible for any and all of your own Submissions and the consequences of posting, uploading and publishing them. Furthermore, with Submissions, you affirm, represent and/or warrant that:

1. You own or retain the necessary licenses, rights, consents, and permissions to use and authorize sexinyourcity.com to use all trademarks, copyrights, trade secrets, patents, or other proprietary rights in and to any and all Submissions to enable inclusion and use of the Submissions in the manner contemplated by the Website and these Terms of Service;

2. You retain all of your ownership rights in your Submissions. By submitting the Submissions to sexinyourcity.com, you hereby grant sexinyourcity.com a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Submissions in connection with the sexinyourcity.com Website and sexinyourcity.com's (and its successor's) business, including without limitation for promoting and redistributing part or all of the sexinyourcity.com Website (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the sexinyourcity.com Website a non-exclusive license to access your Submissions through the Website, and to use, reproduce, distribute, prepare derivative works of, display and perform such Submissions as permitted through the functionality of the Website and under these Terms of Service. The foregoing license granted by you terminates once you remove or delete a Submission from the sexinyourcity.com Website.

3. You will not post, or allow anyone else to post, any material that depicts any person under the age of 18 years and you have inspected and are maintaining written documentation sufficient to confirm that all subjects of your submissions are, in fact, over the age of 18 years.

In submitting material (pictures or other communication), you further agree that you shall not:

1. Submit material that is copyrighted, protected by trade secret or otherwise subject to third party proprietary rights, including privacy and publicity rights, unless you are the owner of such rights or have permission from their rightful owner to post the material and to grant sexinyourcity.com all of the license rights granted herein;

2. Publish falsehoods or misrepresentations that could damage sexinyourcity.com or any third party;

3. Submit material that is obscene, illegal, unlawful, defamatory, libelous, harassing, hateful, racially or ethnically offensive, or encourages conduct that would be considered a criminal offense, give rise to civil liability, violate any law, or is otherwise inappropriate;

4. Post advertisements or solicitations of business;

5. Impersonate another person. sexinyourcity.com does not endorse any Submission or any opinion, recommendation, or advice expressed therein, and sexinyourcity.com expressly disclaims any and all liability in connection with Submissions. sexinyourcity.com does not permit copyright infringing activities and infringement of intellectual property rights on its Website, and sexinyourcity.com will remove all Content and Submissions if properly notified that such Content or Submission infringes on another's intellectual property rights. sexinyourcity.com reserves the right to remove Content and Submissions without prior notice or delay. sexinyourcity.com will also terminate a User's access to its Website, if they are determined to be an infringer. sexinyourcity.com also reserves the right to decide in its sole and unfettered discretion, whether Content or a Submission is appropriate and complies with these Terms of Service for violations other than copyright infringement and violations of intellectual property law, such as, but not limited to, obscene or defamatory material, or excessive length. sexinyourcity.com may remove such Submissions and/or terminate a User's access for uploading such material in violation of these Terms of Service at any time, without prior notice and at its sole discretion.

You understand and acknowledge that when using sexinyourcity.com, you will be exposed to Submissions from a variety of sources, and that sexinyourcity.com is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Submissions. You further understand and acknowledge that you may be exposed to Submissions that are inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against sexinyourcity.com with respect thereto, and agree to indemnify and hold sexinyourcity.com, its Owners, affiliates, operators, and/or licensors, harmless to the fullest extent allowed by law regarding all matters related to your use of the website.

You agree that sexinyourcity.com may at its sole discretion have the right to refuse to publish, remove, or block access to any Submission that is available via the Website or other sexinyourcity.com network or services at any time, for any reason, or for no reason at all, with or without notice.

sexinyourcity.com provides its website as a service to its users. However, sexinyourcity.com assumes no responsibility whatsoever for monitoring the sexinyourcity.com Services for inappropriate content or conduct. If at any time sexinyourcity.com chooses, in its sole discretion, to monitor the sexinyourcity.com Services, however, sexinyourcity.com assumes no responsibility for the content, no obligation to modify or remove any inappropriate content, and no responsibility for the conduct of the User submitting any such content. sexinyourcity.com may review and delete any Submissions that, in its sole judgment, violates this Agreement or may be otherwise offensive or illegal, or violate the rights, harm, or threaten the safety of any User or person not associated with the Website (collectively "Inappropriate Submissions").

## Termination of Access to Service

We may, in our sole discretion, terminate or suspend your access to all or part of the Service at any time, with or without notice, for any reason, including, without limitation, breach of this Agreement.

Without limiting the generality of the foregoing, any fraudulent, abusive, or otherwise illegal activity may be grounds for termination of your access to all or part of the Service at our sole discretion, and we reserve the right to refer such activity to any and all appropriate law enforcement agencies.

## Proprietary Information

The Service contains information, which is proprietary to us and/or users of the Service. We assert full copyright protection in the Service. Any information posted by us or users of the Service may be protected whether or not it is identified as proprietary to us or to the user. You agree not to modify, copy or distribute any such information in any manner whatsoever without having first received the express permission of the owner of such information.

## No responsibility

We are not responsible for any incidental, consequential, special, punitive, exemplary, direct or indirect damages of any kind whatsoever, which may arise out of or relate to your use of the Service, including but not limited to lost revenues, profits, business or data, or damages resulting from any viruses, worms, "Trojan horses" or other destructive software or materials, or communications by you or other users of the Service, or any interruption or suspension of the Service, regardless of the cause of the interruption or suspension. Any claim against us shall be limited to the amount you paid, if any, for use of the Service during the previous 12 months. We may discontinue or change the Service or its availability to you at anytime, and you may stop using the Service at any time, please see details on cancellation below.

## Security

Your account is private and should not be used by anyone else. You are responsible for all usage or activity on the Service by users using your password, including but not limited to use of your password by any third party.

## Other Links

The Service may from time to time contain links to other sites and resources ("External Links"). We are not responsible for, and have no liability as a result of, the availability of External Links or their contents.

## Indemnity

You agree to indemnify us, our officers, directors, employees and agents, from any loss or damages, including without limitation reasonable legal fees, which we may suffer from your activities on or use of the Service, including without limitation any breach by you of this Agreement or any charges or complaints made by other parties against you. You shall cooperate as fully as reasonably required in the defense of any claim. We reserve the right to assume the exclusive defense and control of any matter otherwise subject to indemnification by you; provided, however, that you shall remain liable for any such claim.

## No Warranties

The Service is distributed on an "as is" basis. We do not warrant that this Service will be uninterrupted or error-free. There may be delays, omissions, and interruptions in the availability of the Service. Where permitted by law, you acknowledge that the Service is provided without any warranties of any kind whatsoever either express or implied, including but not limited to the implied warranties of merchantability and fitness for a particular purpose. You acknowledge that use of the Service is at your own risk. We do not represent or endorse the accuracy or reliability of any advice, opinion, statement or other information displayed, uploaded or distributed through the Service by sexinyourcity.com or any user of the Service or any other person or entity. You acknowledge that any reliance upon any such opinion, advice, statement or information shall be at your sole risk.

### Advice from sexinyourcity.com staff Users

The Service may from time to time include messages from sexinyourcity.com staff who respond to "relationship" questions. Any statements made by sexinyourcity.com staff are provided for entertainment purposes only, and are not intended, and should not be taken, as specific advice in any particular circumstance. Such statements do not constitute counselling of any kind. Users with personal problems or who may be seeking personal advice applicable to their personal situation are urged to consult with a qualified counsellor with respect to such issues. Additionally, from time to time the Service will employ sexinyourcity.com staff to encourage member involvement, participation, and for entertainment purposes. All sexinyourcity.com staff users are indicated as such in their profiles. sexinyourcity.com staff are not compensated to have any contact with members other than through email, private message or instant message dialogue.

### Modifications

We may modify this Agreement from time to time. Notification of changes in this Agreement will be posted on the Service or sent via electronic mail, as we may determine in our sole discretion. If you do not agree to any modifications, you should terminate your use of the Service. Your continued use of the Service now, or following the posting of notice of any changes in this Agreement, will constitute a binding acceptance by you of this Agreement, or any subsequent modifications.

### Disclosure and Other Communication

We reserve the right to send electronic mail to you, for the purpose of informing you of changes or additions to the Service, or of any sexinyourcity.com related products and services. We reserve the right to disclose information about your usage of the Service and Demographics in forms that do not reveal your personal identity.

### Complaints

To resolve or report a complaint regarding the Service or members who use the Service users should send an email detailing such complaint to support@sexinyourcity.com. Immediate actions will take place in order to help solve the problem.

### Registration

You may become a member of sexinyourcity.com by completing an online registration form, which must be accepted by sexinyourcity.com, and by payment of the applicable subscription fee. Upon

submission of the online registration form, sexinyourcity.com or its authorized agent will process the application. In connection with completing the online registration form, you agree to: (a) provide true, accurate, current and complete information about yourself as prompted by the registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete at all times while you are a member. You must promptly inform sexinyourcity.com of all changes to the registration data, including, but not limited to, changes in your address and changes in the credit card information you used in connection with billing for the Service. If you provide any information that is untrue, inaccurate, not current or incomplete, or sexinyourcity.com or any of its authorized agents have reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, sexinyourcity.com has the right to suspend or terminate your account and refuse your current or future use of sexinyourcity.com and the Service, as well as possibly subjecting you to criminal and civil liability. You are responsible for dishonoured checks, inappropriate "charge backs" or credits to your credit card and any related fees that we incur with respect to your account.

### Member Account, Password and Security

As part of the registration process, you will be issued a unique user name and password which you must provide in order to gain access to the non-public portion of the sexinyourcity.com. You certify that when asked to choose a username you will not choose a name which falsely represents you as somebody else or a name which may otherwise be in violation of the rights of a third party. We reserve the right to disallow the use of usernames that we, in our sole discretion, deem inappropriate. We reserve the right to modify any materials on the site and sexinyourcity.com design at anytime, with or without prior notice. We reserve the right to cancel at any time the membership of any member who uses their selected username in violation of these Terms and Conditions or in any other way we, in our sole discretion, deem inappropriate. Your membership, the ID and password are non-transferable and non-assignable. You represent and warrant that you will not disclose to any other person your unique user name and password and that you will not provide access to the Service to anyone who is below the Age of Majority, or otherwise does not wish to view the content on sexinyourcity.com. You are solely responsible for maintaining the confidentiality of your user name and password and are fully responsible for all activities that occur under your user name and password. sexinyourcity.com will not release your password for security reasons. You agree to (a) immediately notify sexinyourcity.com of any unauthorized use of your user name and password or any other breach of security, and (b) ensure that you exit from your account at the end of each session. You are liable and responsible for any unauthorized use of the Service until you notify sexinyourcity.com by email regarding that unauthorized use. Unauthorized access to the Service is illegal and a breach of this Agreement. You agree to indemnify sexinyourcity.com against all activities conducted through your account. You may obtain access to your billing records upon your reasonable request.

### Membership Fees

Your subscription to the Service will be automatically renewed as stated below upon expiration of the initial term, unless you notify sexinyourcity.com via our online Customer Service Area. Membership fees to sexinyourcity.com are prominently displayed prior to your subscription thereto. You agree to pay all membership fees when due according to these billing terms. At the time of registration, you must select a payment method. sexinyourcity.com reserves the right to contract with a third party to process all payments. Such third party may impose additional terms and conditions governing payment processing. Your card issuer agreement may contain additional terms with respect to your

rights and liabilities as a card holder. You agree to pay all amounts due to us immediately upon cancellation or termination of your account. We reserve the right to make changes to our fees and billing methods, including the addition of supplemental charges for any content or services that we may provide, with or without prior notice to you, at any time. WE USE AN AUTOMATIC REBILL CYCLE ACCORDING TO YOUR SELECTED PAYMENT OPTION.

## Policy

sexinyourcity.com abides by a ZERO TOLERANCE policy relating to any illegal content. Child Pornography, bestiality, rape, torture, snuff, death and/or any other type of obscene and/or illegal material shall not be tolerated by sexinyourcity.com. sexinyourcity.com shall not condone child pornography and will cooperate with all governmental agencies that seek those who produce child pornography.

## Billing Errors

If you believe that you have been erroneously billed, please notify us immediately of such error. If we do not hear from you within thirty (30) days after such billing error first appears on any account statement, such fee will be deemed acceptable by you for all purposes, including resolution of inquiries made by your credit card issuer. You release us from all liabilities and claims of loss resulting from any error or discrepancy that is not reported to us within thirty (30) days of its publication.

## Binding Agreement

By supplying us with all the required information and signing up as a member you acknowledge and affirmatively state that you have read, and understand the terms set forth herein and that you agree to be bound by the terms and conditions hereof.

## NO WARRANTIES, LIMITATION OF LIABILITY

YOU EXPRESSLY AGREE THAT YOUR USE OF THE SERVICE IS AT YOUR SOLE AND EXCLUSIVE RISK. THE SERVICES ARE PROVIDED ON AN "AS IS, WITH ALL FAULTS" AND "AS AVAILABLE" BASIS. SEXINYOURCITY.COM EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NONINFRINGEMENT. SEXINYOURCITY.COM MAKES NO WARRANTY THAT THE SERVICES WILL MEET YOUR REQUIREMENTS, OR THAT THE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE, OR ERROR FREE; NOR DOES SEXINYOURCITY.COM MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SERVICES OR AS TO THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH THE SERVICES OR THAT DEFECTS IN ANY SOFTWARE, HARDWARE OR THE SERVICES WILL BE CORRECTED. YOU UNDERSTAND AND AGREE THAT ANY USE YOU MAKE OF ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICE IS AT YOUR OWN DISCRETION AND RISK, AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA. UNDER

NO CIRCUMSTANCES WILL WE BE RESPONSIBLE FOR CONSEQUENTIAL DAMAGES OR PUNITIVE DAMAGES. YOU AGREE THAT SEXINYOURCITY.COM'S MAXIMUM LIABILITY TO YOU FOR BREACH OF THIS AGREEMENT, OR FOR ANY OTHER REASON, SHALL BE LIMITED TO THE AGGREGATE AMOUNT OF MEMBERSHIP FEES YOU HAVE PAID US.

## Severability

If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from this Agreement.

## Jurisdiction/Disputes

This Agreement and all matters arising out of or otherwise relating to these terms and conditions shall be governed by the laws in effect in the Province of Quebec, without regard to its conflict of law provisions. You and sexinyourcity.com hereby submit to the personal jurisdiction of the state and federal courts of the Province of Quebec for resolution of all disputes. You and sexinyourcity.com hereby agree that exclusive venue for any litigation under this Agreement shall be with the Province and provincial courts located in Montreal, Quebec.

## Termination by sexinyourcity.com

Without limiting other remedies, the Service may immediately issue a warning, temporarily suspend, indefinitely suspend, or terminate your access and use of the Service and refuse to provide our services to you at any time, with or without advance notice, if: (a) sexinyourcity.com believes that you have breached any material term of these Terms and Conditions or the documents it incorporates by reference, (b) you fail to pay any amount due by the payment due date; (c) we are unable to verify or authenticate any information you provide to us; (d) we believe that your actions may cause legal liability for you, our users or us; or (e) sexinyourcity.com decides to cease operations or to otherwise discontinue any of the sexinyourcity.com or parts thereof. Further, you agree that neither sexinyourcity.com nor any third party acting on our behalf shall be liable to you for any termination of your membership or access to the Service. You agree that if your account is terminated by sexinyourcity.com, you will not attempt to re-register as a member without prior written consent from sexinyourcity.com.

## After Termination or Cancellation

You accept that when you cancel your membership with the Service you will be automatically deleted from and locked out of the Service. You will be unable to access your account on the Service. You also agree and accept that upon cancellation your profile, mail and other membership materials will be immediately deleted from sexinyourcity.com and that such information will be irretrievable. The terms of this Agreement shall survive after termination or cancellation, unless stated otherwise.

## Billing

Hague Ltd, Unit 9, 15-17 Caledonian Road, P.O. Box 297, London N1 9DX | Keeseville Limited 72 High Street GU27 2LA Haslemere Surrey United Kingdom

Terms of Use | Privacy Policy | Sex | Free Sex | Sex Videos | Personals | F.A.Q.s
© SexInYourCity All rights reserved. | sexinyourcity.com is a registered service mark.
Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are **18 years** of age or older.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement**Billing: Hague Ltd, Unit 9, 15-17 Caledonian Road, P.O. Box 297, London N1 9DX | Keeseville Limited 72 High Street GU27 2LA Haslemere Surrey United Kingdom**