

EXHIBIT 11-A
TO DECLARATION OF
WILLIAM LIVINGSTON

## Latest Profiles:

girlysfoxxxy313
27 years old
Woman
Looking for man
Living in:
Dayton,OH,UNITED STATES
Mackie2
30 years old
Woman
Looking for man
Living in:
Long Beach,CA,UNITED STATES
twohottoohandle
34 years old
Woman
Looking for man
Living in:
Gulfport,MS,UNITED STATES
HrnyGrrrl
28 years old
Woman
Looking for man
Living in:
Pine Bluff,AR,UNITED STATES

I am/We are a
Man
seeking a
a Woman
between the ages of
18 and 35
Looking for...
Anything
Erotic Chat or Email
Discreet Relationship
1-on-1 sex
Group sex(3 or more)
Country
UNITED STATES
State/Province
Any
Submit

## About HornyMatches.com

Take this opportunity to explore your sensuality. Romance... hotness... kinkiness... mystery... action... nudity... this is adult dating at HornyMatches.com. Let us let you imagine, for a minute, not leaving it all to chance, to letting it be, but actually being able to choose the perfect person to whom you would dedicate yourself to. Right now is the perfect time and right here is the perfect place. Everyone needs a little getaway... Everyone needs to find someone to share his fantasies with. HornyMatches.com is the perfect place for you to get away from your everyday life.

Your sex search begins here. If there is something all our clients would essentially share is love for nudity, kinkiness, and being naughty and erotic. Is not this supposed to be adult dating? Whoever takes the time to browse our profiles essentially will get the idea that our clients are just looking for someone that they can love and appreciate and play with. You will like our adult dating experience. Our belief is that everything in life exists for the purpose of making love to someone or someone making love to you. It all begins and ends with love.

So we will say it again. With all the perks and the ease of finding that perfect romance, that hot new friend and embarking in wonderful, just wonderful sorts of new things. Do you still believe that finding a date should be something difficult? We think it should be something good. HornyMatches.com was built around the premise of engineering the perfect dating experience. Our mission is that any person that our members meet, for any level of intimacy that is their intent, they should always meet the perfect person, e.x.a.c.t.l.y. what they would want for themselves. **This is adult dating at HornyMatches.com**

Picture a new romance in your life, picture all that you think you are not ready for but that you know you want. Love may very well just be awaiting for you here. Join now, it's free to post your profile and get a feel for our community and the system that we have designed to run it. If you really like it, or you really like someone, then you should let us let you fall in love today.

Imagine how exciting can be finding your match that has the exact same needs as you do, and is looking for you...

Everyone deserves good and beauty in their lives. We are the perfect place to provide you with that. Give us a test run and find out for yourself today what we have been able to provide to so many others since 2004 when we started. One thing is for sure, we would not still be in this if we were not sure it was a hit. Countless letters have come in to our staff, we have seen people come and go and meet someone and then come back and meet another person, fall in love, remake their lives, etc. We're sort of grateful that people share these stories with us because now we can share them with you.

In this world things come and they go and not all people get to appreciate the goodness of life and the best things in it. Today we give you something that's good and that's true and we hope, we hope that you will be able to take advantage of it. Someone once said that the best things in life were free. Well, meanwhile that may not be entirely true, we almost see it as if things were free here at

Case 2:09-cv-04607-MMB Document 181-23 Filed 05/14/13 Page 3 of 10

HornyMatches.com. All that is needed is that you take that first step and join, then all things should fall into place after that. Take that first step and don't look back, because you won't need to.

**Copyright (c) 2004-2011 DG International / HornyMatches.com**

This website is in compliance with 18 U.S.C. 2257 all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Terms of Use | Privacy Policy
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement

Site map

English - Espanol - Francais - Italiano - Deutsch - Portugues

# HornyMatches.com
sex personals and beyond

HOME | >JOIN NOW | BROWSE | HELP | AFFILIATES | ABOUT

## Browse the listings

### United States

Alabama (202002 listings)
Alaska (26984 listings)
Arizona (189186 listings)
Arkansas (88704 listings)
California (937768 listings)
Colorado (155037 listings)
Connecticut (92961 listings)
Delaware (27485 listings)
District of Columbia (19504 listings)
Florida (552650 listings)
Georgia (296356 listings)
Hawaii (38137 listings)
Idaho (47974 listings)
Illinois (327801 listings)
Indiana (196911 listings)
Iowa (88371 listings)
Kansas (88482 listings)
Kentucky (140015 listings)
Louisiana (134628 listings)
Maine (43384 listings)
Maryland (158958 listings)
Massachusetts (166087 listings)
Michigan (271640 listings)
Minnesota (137108 listings)
Mississippi (84140 listings)
Missouri (181487 listings)
Montana (28762 listings)
Nebraska (54491 listings)
Nevada (90473 listings)
New Hampshire (39547 listings)
New Jersey (215947 listings)
New Mexico (55952 listings)
New York (508852 listings)
North Carolina (282343 listings)
North Dakota (21676 listings)
Ohio (331291 listings)
Oklahoma (121529 listings)
Oregon (107583 listings)
Pennsylvania (334298 listings)
Puerto Rico (21125 listings)
Rhode Island (31548 listings)
South Carolina (135024 listings)
South Dakota (21723 listings)
Tennessee (185987 listings)
Texas (695499 listings)
Utah (79977 listings)
Vermont (18547 listings)
Virginia (229878 listings)
Washington (192335 listings)
West Virginia (56221 listings)
Wisconsin (145477 listings)
Wyoming (21575 listings)

### Canada

Alberta (137278 listings)
British Columbia (105095 listings)
Manitoba (30004 listings)
New Brunswick (19944 listings)
Newfoundland and Labrador (8727 listings)
Northwest Territories (1020 listings)
Nova Scotia (24760 listings)
Nunavut (846 listings)
Ontario (332092 listings)
Prince Edward Island (3092 listings)
Quebec (96249 listings)
Saskatchewan (25699 listings)
Yukon (870 listings)

### Europe

ALBANIA (5492 listings)
ANDORRA (223 listings)
ARMENIA (1280 listings)
AUSTRIA (12626 listings)
AZERBAIJAN (2287 listings)
BELARUS (982 listings)
BELGIUM (24169 listings)
BOSNIA AND HERZEGOVINA (4732 listings)
BULGARIA (12620 listings)
CROATIA (7875 listings)
CYPRUS (6780 listings)
CZECH REPUBLIC (5500 listings)
DENMARK (11907 listings)
ESTONIA (2260 listings)
FAROE ISLANDS (119 listings)
FINLAND (8330 listings)
FRANCE (47485 listings)
GEORGIA (1992 listings)
GERMANY (53516 listings)
GIBRALTAR (333 listings)
GREECE (34847 listings)
HUNGARY (5934 listings)
ICELAND (1225 listings)
IRELAND (110507 listings)
ITALY (70877 listings)
LATVIA (2312 listings)
LIECHTENSTEIN (33 listings)
LITHUANIA (3643 listings)
LUXEMBOURG (1412 listings)
MACEDONIA (7089 listings)
MALTA (4018 listings)
MOLDOVA (1728 listings)
MONACO (163 listings)
NETHERLANDS (31702 listings)
NORWAY (20145 listings)
POLAND (16980 listings)
PORTUGAL (33966 listings)
ROMANIA (54256 listings)
RUSSIA (8980 listings)
SAN MARINO (38 listings)
SLOVAKIA (3667 listings)
SLOVENIA (4726 listings)
SPAIN (35420 listings)
SWEDEN (22620 listings)
SWITZERLAND (11077 listings)
UKRAINE (6196 listings)
UNITED KINGDOM (1011442 listings)
YUGOSLAVIA (14507 listings)

EXHIBIT 11-B
TO DECLARATION OF
WILLIAM LIVINGSTON

## Asia

AFGHANISTAN (4075 listings)
BANGLADESH (39746 listings)
BHUTAN (1015 listings)
BRUNEI DARUSSALAM (2664 listings)
BURMA (2388 listings)
CAMBODIA (2651 listings)
CHINA (27021 listings)
HONG KONG (7440 listings)
INDIA (761369 listings)
IRAN (29791 listings)
JAPAN (11571 listings)
KAZAKHSTAN (728 listings)
KYRGYZSTAN (165 listings)
LAOS (207 listings)
MALAYSIA (107813 listings)
MALDIVES (282 listings)
MONGOLIA (1326 listings)
NEPAL (16314 listings)
NORTH KOREA (92 listings)
PAKISTAN (126313 listings)
PHILIPPINES (135351 listings)
SINGAPORE (41103 listings)
SOUTH KOREA (5779 listings)
SRI LANKA (30650 listings)
TAIWAN (5811 listings)
TAJIKISTAN (126 listings)
THAILAND (28827 listings)
TURKMENISTAN (60 listings)
UZBEKISTAN (708 listings)
VIETNAM (53590 listings)

## Middle East

BAHRAIN (4077 listings)
EGYPT (5981 listings)
GAZA STRIP (280 listings)
IRAQ (19920 listings)
ISRAEL (11539 listings)
JORDAN (26471 listings)
KUWAIT (9134 listings)
LEBANON (23077 listings)
OMAN (1590 listings)
QATAR (4614 listings)
SAUDI ARABIA (20638 listings)
SYRIA (21251 listings)
TURKEY (51524 listings)
UNITED ARAB EMIRATES (29001 listings)
WEST BANK (330 listings)
YEMEN (2507 listings)

## South America

ARGENTINA (38620 listings)
BOLIVIA (3938 listings)
BRAZIL (52011 listings)
CHILE (20960 listings)
COLOMBIA (31517 listings)
ECUADOR (10820 listings)
FALKLAND ISLANDS (42 listings)
FRENCH GUIANA (128 listings)
GUYANA (1611 listings)
PARAGUAY (1370 listings)
PERU (19868 listings)
SURINAME (881 listings)
URUGUAY (3496 listings)
VENEZUELA (26364 listings)

## North America

ANGUILLA (82 listings)
ANTIGUA AND BARBUDA (458 listings)
ARUBA (896 listings)
BAHAMAS (4277 listings)
BARBADOS (2833 listings)
BELIZE (1357 listings)
BERMUDA (840 listings)
BRITISH VIRGIN ISLANDS (160 listings)
CAYMAN ISLANDS (691 listings)
COSTA RICA (7435 listings)
CUBA (1068 listings)
DOMINICA (451 listings)
DOMINICAN REPUBLIC (6660 listings)
EL SALVADOR (3465 listings)
GREENLAND (105 listings)
GRENADA (407 listings)
GUADELOUPE (371 listings)
GUATEMALA (5930 listings)
HAITI (2311 listings)
HONDURAS (3551 listings)
JAMAICA (15922 listings)
MARTINIQUE (342 listings)
MEXICO (89943 listings)
MONTSERRAT (28 listings)
NETHERLANDS ANTILLES (1466 listings)
NICARAGUA (1859 listings)
PANAMA (3531 listings)
SAINT KITTS AND NEVIS (405 listings)
SAINT LUCIA (1127 listings)
SAINT VINCENT (638 listings)
TRINIDAD AND TOBAGO (11104 listings)
TURKS AND CAICOS ISLANDS (138 listings)
VIRGIN ISLANDS (571 listings)

## Africa

ALGERIA (1162 listings)
ANGOLA (606 listings)
BENIN (326 listings)
BOTSWANA (226 listings)
BURKINA FASO (58 listings)
BURUNDI (58 listings)
CAMEROON (569 listings)
CAPE VERDE (61 listings)
CENTRAL AFRICAN REPUBLIC (23 listings)
CHAD (116 listings)
COMOROS (264 listings)
CONGO (115 listings)
CONGO (DRC) (524 listings)
CÔTE D'IVOIRE (207 listings)
DJIBOUTI (33 listings)
EQUATORIAL GUINEA (56 listings)
ERITREA (108 listings)
ETHIOPIA (269 listings)
GABON (1227 listings)
GAMBIA (150 listings)
GHANA (5678 listings)
GUINEA (151 listings)
GUINEA-BISSAU (18 listings)
KENYA (4390 listings)
LESOTHO (85 listings)
LIBERIA (567 listings)
LIBYA (858 listings)
MADAGASCAR (60 listings)
MALAWI (274 listings)
MALI (96 listings)
MAURITANIA (24 listings)
MAURITIUS (397 listings)
MOROCCO (633 listings)
MOZAMBIQUE (122 listings)
NAMIBIA (277 listings)
NIGER (90 listings)
NIGERIA (28301 listings)
RWANDA (113 listings)
SENEGAL (501 listings)
SEYCHELLES (79 listings)
SIERRA LEONE (511 listings)
SOMALIA (173 listings)
SOUTH AFRICA (84068 listings)
SUDAN (875 listings)
SWAZILAND (135 listings)

TANZANIA (574 listings)
TOGO (239 listings)
TUNISIA (4074 listings)
UGANDA (1345 listings)
WESTERN SAHARA (8 listings)
ZAMBIA (752 listings)
ZIMBABWE (739 listings)

## Australia and Oceania

AUSTRALIA (318310 listings)
EAST TIMOR (196 listings)
FIJI (5062 listings)
GUAM (1442 listings)
INDONESIA (144844 listings)
KIRIBATI (206 listings)
MARSHALL ISLANDS (104 listings)
MICRONESIA (162 listings)
NAURU (2 listings)
NEW ZEALAND (81773 listings)
PALAU (113 listings)
PAPUA NEW GUINEA (1793 listings)
SAMOA (209 listings)
SOLOMON ISLANDS (218 listings)
TONGA (201 listings)
TUVALU (26 listings)
VANUATU (158 listings)

## Other countries

BASSAS DA INDIA (0 listings)
BOUVET ISLAND (0 listings)
CHRISTMAS ISLAND (2 listings)
CLIPPERTON ISLAND (0 listings)
COCOS (KEELING) ISLANDS (0 listings)
COOK ISLANDS (36 listings)
CORAL SEA ISLANDS (0 listings)
EUROPA ISLAND (0 listings)
FRENCH POLYNESIA (239 listings)
GLORIOSO ISLANDS (0 listings)
GUERNSEY (70 listings)
ISLE OF MAN (751 listings)
JAN MAYEN (0 listings)
JERSEY (279 listings)
JUAN DE NOVA ISLAND (0 listings)
MACAU (479 listings)
MAYOTTE (6 listings)
NEW CALEDONIA (267 listings)
NIUE (7 listings)
NORFOLK ISLAND (2 listings)
OCEANS (0 listings)
PARACEL ISLANDS (0 listings)
PITCAIRN ISLANDS (1 listings)
REUNION (51 listings)
SAINT HELENA (12 listings)
SAINT PIERRE AND MIQUELON (7 listings)
SAO TOME AND PRINCIPE (21 listings)
SOUTH GEORGIA (1 listings)
SPRATLY ISLANDS (0 listings)
SVALBARD (-2 listings)
TOKELAU (0 listings)
TROMELIN ISLAND (0 listings)
WALLIS AND FUTUNA (6 listings)

**Copyright (c) 2004-2011 DG International / HornyMatches.com**

This website is in compliance with 18 U.S.C. 2257 all members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.

Terms of Use | Privacy Policy
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement

HornyMatches.com : Adult Personals, Sex Dating and Swingers Personals
This page was created in 0.03 seconds



EXHIBIT 11-C
TO DECLARATION OF
WILLIAM LIVINGSTON

| Number of Members | >1,000,000 | Other Languages | French |
|---|---|---|---|
| Profiling and Matching Methods | Fast Profile<br>Personality Profile | | |



- We Met Here vs HornyMatches
- More Comparisons »
- RELATED TOPICS:
- Flower Delivery Services
- Social Networking
- Comedy Clubs
- Jazz Clubs

## Race and Age



Racial Breakdown — White, Hispanic, Black, Asian, Other Ethnic

Age Breakdown — 18-24 Years, 25-34 Years, 45-54 Years, 35-44 Years, 55-64 Years, 65 or more, Unknown

| | | | | |
|---|---|---|---|---|
| White | 75% | 18-24 Years | 24% |
| Black | 10% | 25-34 Years | 24% |
| Asian | 3% | 35-44 Years | 16% |
| Hispanic | 11% | 45-54 Years | 24% |
| Other Ethnic | 1% | 55-64 Years | 6% |
| | | 65 or more | 3% |

## Salary and Education



Salary Breakdown — $25,000 - $49,999, $50,000 - $74,999, $0 - $24,999, $75,000 - $99,999, $100,000 - $149,999, $150,000 or more, Unknown

Education Breakdown — Some College, High School, Bachelors Degree, Less than HS Diploma, Graduate Degree, Unknown

| | | | | |
|---|---|---|---|---|
| $0 - $24,999 | 10% | Less than HS Diploma | 7% |
| $25,000 - $49,999 | 60% | High School | 11% |
| $50,000 - $74,999 | 19% | Some College | 72% |
| $75,000 - $99,999 | 6% | Bachelors Degree | 7% |
| $100,000 - $149,999 | 3% | Graduate Degree | 2% |
| $150,000 or more | 1% | | |

## Family

EMBED

Parenting Breakdown

Has Kids 0-17 Years Old   No Kids

| | |
|---|---|
| Has Kids 0-17 Years Old | 46% |
| No Kids | 54% |

Help us recommend the best dating websites for you

Is it important for the dating website to cater to a certain type of community?

Unimportant

Next Question

## Reviews

Average Rating — Out of 2 ratings — Write a review

Your Rating — Help out the community by rating!

Rating Distribution

| | |
|---|---|
| 5 stars | (0) |
| 4 stars | (0) |
| 3 stars | (2) |
| 2 stars | (0) |
| 1 stars | (0) |

Would you like to write a review? You'll earn +5 Expertise Points.

1. Choose a rating

2. Add a title

3. Write a review

Submit

Detailed Ratings (optional)

Profile Quality

Matching System

Features

Help & Support

Reviewed by FindTheBest

AdChoices

**FAQ for HornyMatches**

- What type of site is HornyMatches dating service?
- What percentage of women use HornyMatches dating service?
- What percent of Hispanics use HornyMatches dating service?
- What percent of Asians use HornyMatches dating service?
- What percent of Blacks use HornyMatches dating service?

Primary site traffic statistics from Google Ad Planner. Race demographics and parenting data from Quantcast.

Contact Us Businesses Content Policy FindTheCompany Death-Record Follow us on Twitter
Blog Advertisers Privacy FindTheListing LocateGrave Follow us on Google+
Press Data Licensing Terms Follow us on LinkedIn

© 2013 FindTheBest.com, Inc. All Rights Reserved. International: (DE) (ES) (FR) (IN) (IT) (JP) (KR) (NZ) (UK)