

EXHIBIT 17-A
TO DECLARATION OF
WILLIAM LIVINGSTON

