

## Our Mission Statement



AdultMatchdoctor's mission is to provide an interactive place where people can meet, communicate their desires, get laid and maybe even fall in love, for free. All basics on AdultMatchdoctor - mail, profiles, searching, blogs, forums, etc., will always remain totally free to our members. We do offer an optional gold membership to help support our cause, which can enhance your online experience. This upgrade costs significantly less than most adult sites charge for one month of access. The members that do upgrade are usually thrilled with their choice, blogging about it and telling other members that being able to post pictures in comments, having a private photo gallery and using the other benefits is definitely worth the few dollars a month.

We will always listen to all the feedback and constructive criticism we receive in order to provide you with the changes you wish to see. We promise to continue to be a safe haven where members can communicate and express themselves while in turn meeting all sorts of interesting and unique people from different walks of life. We hope you enjoy the site as much as we enjoyed creating it for you. We look forward to the future, and thank you for your support.

