lp/FAQ | AdultMatchdoctor.com





| home | people | blogs | forums | videos | tags | online dating | help |

Hi, ddraper22! sign out

my account | mail | winks | favorites ^ | friends ^ | search | viewed me | who's online (62) | upgrade!

MatchDoctor adult

## frequently asked questions

| | | |
|---|---|---|
| **Logging In** | | |
| **Signup Information** | Account Settings | Filtered Mail | BBCodes/Graphics |
| **Profile** | Cancel Profile | Searching | Comments |
| **Photos** | Winks | Friends | Contact Us |
| **Private Photos** | Forums | Tags | Events |
| **Email Preferences** | Blogs | Your Privacy | Kudos |
| **Upgrade Account** | Favorites | RSS | Virtual Gifts |
| **Cancel Billing** | Mail | Troubleshooting | Bulletins |

### Logging In [back to top]

A. Where can I get my password if I forgot it?

We will send you your password if you enter your email address here.

If you tried retrieving your password using the get password page, but it has not arrived or you changed your email address and don't remember your username or password, please submit a support ticket and answer as many of the following as possible to have us reset your password:

1. Screen name
2. Full name
3. Zip code
4. Date of birth
5. Email address used at signup

Click here to submit your support ticket.

B. Why am I being redirected to the login page after I try signing in?

Make sure you have an updated version of your web browser and that your internet settings are set to where you are accepting cookies. If you have a personal firewall, that can also affect if you are able to logon to our site or not - depending on your settings.

C. How do I sign in as invisible?

Click the invisible checkbox inside of the login box.

If you have Auto-Login turned on you **must turn it off** to use our invisible feature. If you do have Auto-Login enabled, you can turn it off by clicking the sign out button located on the upper right hand corner of any AdultMatchdoctor page. Then, enter in your username and password, making sure you click the checkbox for the invisible option, and click the "go" button to log in. DO NOT click the "remember me" box.

### Signup Information [back to top]

A. How do I upgrade my account to a Gold Membership?

Get yourself noticed! Click here now to upgrade to a gold membership.

B. How can I change my: Location (Zip Code or Country), Email Address or Password?

EXHIBIT 17-C
TO DECLARATION OF
WILLIAM LIVINGSTON

Hover over 'my account' in the toolbar, then click on edit profile from the drop down menu.
Change what you wish, making sure to click the Update button at the bottom to send and process the information.

### C. Can I change my username?

Only gold members can change their username.
Gold members can send a support ticket with a list of the top three names they would like to change their name to.

## Profile [back to top]

### A. How can I change My Profile?

You can update and change all your information such as your appearance and your ideal match, by hovering over 'my account' in the toolbar, then clicking on edit profile from the drop down menu.

You can view your profile as other users see it, by clicking the 'view my profile' link under your picture, in the home page.

### B. What is located in the My Profile page?

Sign Up
Info
Basics
Appearance
History
Lifestyle
Personality
Ideal Match
My Photos

### C. How do I cancel my account/profile?

Simply visit the cancel account page.
You may reactivate your membership at a later date if you would like.

### D. How do I reactivate my profile?

Reactivating your account is easy. Simply sign into AdultMatchdoctor.com with your username and password.
You will be asked if you would like to reactivate your account on the next page, click the confirm button.

## Private Photos [back to top]

### A. How do I get a private photo gallery?

Private photos are only available to Gold Members. Click here to upgrade.

### B. How do I upload private photos?

Click on the private photos tab on your add/delete photos page and then click on the Upload Photo button.

### C. How many pictures can I upload?

You can upload up to 20 photos.

### D. Are private photos approved?

Private photos have to be approved just like regular photos.

### E. I tried to upload a photo, but it still hasn't posted. Why?

Your photo might have been rejected for various reasons.
For a list of our photo rules, please click here.

### F. How do I share private photos?

Private photos can only be shared through the mail system currently. When sending a mail to another user, click the "attach private photo(s)" button. A list of your private photo thumbnails will appear above the message you're composing. By checking the corresponding checkbox below the thumbnail, that picture will be attached to the email when you click send. You can attach as many pics as you like. Only the recipient of the email will receive the picture(s).

## Photos [back to top]

### A. How do I get my picture on the site?

To upload a photo to your profile, click on the add/delete photos link in the drop down menu under 'my account' in the toolbar.

### B. How many pictures can I upload?

You can upload up to 15 photos.

### C. When will my photo be approved?

Photos are usually approved within 36 hours (Monday - Friday, not including holidays). If more time has passed, and your photo still hasn't posted, it might have been rejected. We send you an email whenever we approve or decline any of your photos. To receive this email, make sure you have account alerts enabled in your email settings.

### D. I tried to upload a photo, but it still hasn't posted. Why?

Your photo might have been rejected for various reasons.
For a list of our photo rules, please click here.

### E. How do I make a picture my primary photo?

Click on the photo you would like to make primary in your photo gallery. Then click on the 'Set as Primary' in the options below the photo.

### F. How do I delete a tag on a picture?

Click on the photo you would like to delete the tag from in your photo gallery. Then click 'delete' on the tag next to the picture.

## Email Preferences [back to top]

### A. What are Email Preferences?

Notifications you can opt to receive by email. These various mailings and alerts keep you up to date on what is going on with your AdultMatchdoctor account and with the AdultMatchdoctor.com site.

### B. Why am I not receiving email notifications?

Email notifications are sent out once an hour. If you read the message or view the wink before this email is sent out, it will cancel its' sending.
Also, check to make sure you have email subscriptions turned on. Please verify that AdultMatchdoctor email is not going to your Junk/Spam box in your personal email.

### C. How do I unsubscribe from a subscription?

Click on 'mail' in the toolbar.
Then click on 'mail settings' in the drop down menu.
Select Off beside the subscription you would like to unsubscribe from.
Click update at the bottom of the page.

### D. What is the Monthly Checkup?

Our monthly newsletter packed with dating tips, articles and information about the site.

### E. What is the New Mail Alert?

We will email you whenever someone sends you a message on the site.

### F. What is the New User Alert?

We will email you whenever new users meet your ideal match profile.

### G. The matches that are sent to my email do not match what I am looking for. How can I fix this?

Click Edit Profile from the drop down menu for 'my account' in the toolbar. Please make sure the information in "Sign Up Info" and "Basics" is correct.
If you want a match from a nearby or specific location, make sure you input this in the "Basics" section.

### H. What is the New Wink Alert?

We will email you whenever someone sends you a wink.

### I. What are Account Alerts?

Reminders to login if you haven't done so lately.
Reminders when your Gold Membership is about to expire.

### J. What is the Local Party Alert?

Notices about parties sponsored by AdultMatchdoctor.com that are being held in your area.

## Upgrade Account [back to top]

### A. What does a Gold Membership cost?

Even though AdultMatchdoctor.com is a free to use site, we offer upgraded gold memberships. Click here to see current prices.
By upgrading, you will be contributing resources needed to further the development and features of this site.

### B. What is included in a Gold Membership?

1. No banner ads
2. Highest ranking in search
3. Mail demographic filtering
4. Mail copy of messages to yourself
5. See who has viewed you
6. Private Photo Album
7. Post pictures and graphics in comments, forums and blogs

### C. What are my payment options?

Credit card or mail a check.

### D. My credit card was declined. Who do I contact?

We are sorry that your credit card was declined on our site.
Please contact your credit card company.

### E. For other billing questions please contact our Billing Department.

## Cancel Billing [back to top]

### A. How do I cancel the recurring billing on my credit card?

To cancel your recurring billing, simply visit your billing history page. There will be a link to turn off your recurring billing if you currently have an active subscription.

## Account Settings [back to top]

### A. How can I personalize my account?

Make changes by clicking mail settings in the drop down box under 'mail' in the toolbar.
You can receive mail and messages you want and block those that you do not wish to currently receive.
If you change your mind later, just come back to this page and change your preferences.

### B. Is my email address anonymous?

Yes. We do not give other members your email address, only your username is displayed to them.
Only you can give another member your email address.

### C. What are Email subscriptions?

Notifications you can opt to receive by email. These various mailings and alerts keep you up to date on what is going on with your AdultMatchdoctor account and with the AdultMatchdoctor.com site.
These include: monthly newsletters, new mail alerts, new wink alerts, new match alerts, account alerts and local party alerts.

### D. What are Blocked users?

These are users that you do not wish to have contact with. Their messages will be sent to your "Filtered" mailbox on the site rather than your inbox.
To block a user and not receive any new mail alerts from them, click the block button at the bottom of their mail.
You can block messages from certain demographics, such as married men, from emailing you. Click on mail settings in the drop down box under 'mail' in the toolbar.
The messages aren't actually blocked, but delivered to your Filtered mailbox.

### E. What are Filter Settings?

You can filter out foreign users to help prevent receiving scams/spams.
You can also block according to gender, relationship status or age (demographics).
Their messages will be delivered to your Filtered mailbox.

## Cancel Profile [back to top]

### A. How do I cancel my account/profile?

Simply visit the cancel account page. You may reactivate your membership at a later date if you would like.

## Winks [back to top]

If you would like to send something to get someone's attention or to flirt with them, you can send a Virtual Gift!

### A. What are winks?

Winks show someone that you are interested, quickly, without having to send them an email.

### B. Where can I view winks that people have sent me?

Click on winks in the toolbar.

### C. How are the winks listed?

The newest winks are listed first.
You may view winks from the last 30 days.

### D. How do I delete a wink?

Check the box in the profile of each wink you want to delete, and then click the delete button on the top or bottom of the listed profiles.

## Forums [back to top]

### A. What are Forums/Message Boards?

The Forums are a place on the site where you can post messages on whatever topics you'd like.
Please make sure to follow the Message Forum Rules.

### B. What features are in the forums?

1. **Edit Post** - you will be able to edit your posts for 2 hours after making a post. Click on the blue pencil icon in the upper right of your post to edit it.
2. **Search** - on the main forum page there is a search box in upper left. Enter a keyword and it will search the titles of the threads. Use this to search for previous threads about a topic, so we don't create redundant threads.
3. **Page Numbers** - added page numbers to the thread list. You can now jump to any page in the thread from the thread list page.
4. **My Forums** - Updated the my forums page so it lists the last 50 threads you participated in. It also orders by last time **you posted**, rather than last time a user posted in the thread.

### C. How do I start a new thread?

Click on the forum topic you are interested in posting in, then click the "new thread" button located on the upper right hand portion of your screen.

### D. How do I post to the forum?

If you would like to post to a current thread, click any of the "post reply" buttons located in each post to that thread.

## Blogs [back to top]

### A. What are blogs?

Blog is short for "web log". It's an on-line diary or a frequently updated personal web page. Postings on a blog are almost always arranged in chronological order. The act of posting to a blog is reffered to as "blogging".

### B. How can I post to my blog?

You can post to your blog by clicking the post to blog link in the drop down menu under 'my account' in the toolbar.

### C. How can I edit my blog?

You can edit your blog by viewing your blog and noticing that at the upper right hand corner of each post, there is a small pencil and a trash can icon. Click on the pencil to edit the post and the trash can to delete it.

### D. Is blogging free?

Yes! You may post to your blog free of charge.

## Favorites [back to top]

### A. What are Favorites?

Favorites is your personal list made up of users you want to keep track of and reach easily. When the list is accessed, all the usernames of people you have added are displayed. Favorites is a quick and efficient tool to view who is on or offline.

### B. How do I know which of my Favorites are online?

A user that is online will have the talk balloon next to their name in the Favorites window and their name will appear in bold lettering.

### C. How do I add someone to my Favorites list?

You can add someone by clicking the star in their profile or the tab that says add to favorites.

### D. How do I mail someone on my Favorites list?

Click on the envelope icon beside their username.

### E. How do I delete someone from my Favorites List?

Click on the trash icon beside their username.