## AdultMatchdoctor Mail [back to top]

### A. How do I send a message?

Click on the envelope icon in the member's profile.
The mail will go to their AdultMatchdoctor.com mailbox, **not** to their personal email account.

### B. How do I read a message I've received?

From the mail link in the toolbar on top, click on inbox in the dropdown menu.
Click on the subject of a message to read that message.

### C. How do I reply to a message I'm reading?

Click on the reply button at the bottom of the email you have read.
You will then be able to reply to the member who just wrote to you.
Their original message will appear below your reply.

### D. How do I see mail that I have sent to other members?

Click on the 'sent' link from the drop down menu under 'mail' in the toolbar.

### E. How do I block someone from sending me email?

Click the Block button that is located below their message.
They won't know you blocked them, and you won't receive any future emails from that user.

### F. How do I remove someone from my block list?

Click on 'my account' in the toolbar and then click on the 'blocked users' link in the My Account page.
Click on the trash can icon next to their username.

## Filtered Mail [back to top]

### A. What is filtered mail?

The filtered mailbox contains the mail you chose not to receive from members in certain countries or with certain characteristics you did not want. These options are located in the mail settings page. By setting up a filter, you can direct mail from users that may not interest you as much to your filtered mailbox. This makes it easier to reply to messages in your inbox from members that are of higher interest to you.

## Searching [back to top]

### A. My search returns very few results, what's wrong?

The narrower and more specific your criteria, usually the smaller the number of users that will show up.
You can also try broadening your search location to include a wider area. Please note that previous search criteria is saved, not cleared, from last search.

### B. How does the distance search work?

You can select whether you want to search for someone based on how many miles they live from you or you can search by country/state.

### C. How do I search for someone by username?

Fill in the username search box on the Search page which can be found under the People tab at the top or on your Mail page.
The username search can be done with a partial name. In other words, if you were looking for **jondoe456**, you could simply type **jond*** into the Username search box. You can use the asterick sign * as a wildcard. This means you can fill in letters you do not know, or are not sure of, with this symbol.

### D. How do I see who's online?

Click on the 'People' tab on the top. Then click Singles Online. Users who signed up within the past 7 days will have a **New** tag.
To view someone's full profile from the who's online page, simply click on their username.

### E. What are the different ways to search for someone?

You can search by username, from Who's Online, or by using our quick search feature (on the My Home page) or the regular (more detailed) search.

## Friends [back to top]

### A. What are Friends?

Your friend list is a publicly viewable list of members on your profile that you consider yourself to be "friends" with.

### B. How do I add someone to my Friend list?

In order to add someone to your Friend list, you must send them a friend request by clicking the 'add to friends' button on their profile. The

other member must approve the request before they will show up on your Friend list. If they approve it, you will also appear on their Friend list.

### C. How will I know if someone sent me a friend request?

If someone asks you to be their friend, you will in turn also receive a friend request. If you receive a friend request, there will be a little "friend" icon beside the "friends" link in the toolbar. Click "pending requests" in the friends drop down menu to go to the friend request approval page.

### D. How do I manage my friends?

Click on the "friends" link in the toolbar. This will take you to your friends page. On your friends page you can delete friends and view their recent activity. You can sort your friends a few ways: by their username, last time they uploaded a photo, blogged, posted on the forums, or logged in. To sort by any of these options, click on the column's header. This makes it easier for you to keep track of your friends and their activity.

### E. How do I delete a friend?

Go to your friends page by clicking the "friends" link in the toolbar. Select the friends you want to delete by checking the box beside their thumbnail. When you're done selecting the friend(s) you want to delete, click the delete button at the top or bottom of the page.

## Tags [back to top]

### A. What are tags?

Tags are basically keywords that relate to you or bear some significance for you. They are descriptors which you can assign to yourself. You can search for other user's that have the same tag. This is an easy way to find others here with your same interests.

### B. How can I add a tag to my profile?

To add a tag to your profile click the 'tags' tab on the top and follow the directions in the 'Get Tagged!' box on the right. This is where you can input the tags that will appear on your profile.

## Privacy [back to top]

### A. What scams might occur in any online dating site?

Foreign profiles are more likely to be scams trying to part you from your money, especially Eastern European profiles. There are legitimate matches there, but you need to be extra careful and investigate the person you are looking to date. We recommend that you never send money or any other support to any user for any reason. For more information on scams, view our Anti-Scam Campaign.

### B. What kind of caution should be used when dating online?

AdultMatchdoctor warns its members that Internet dating can be risky. We do not do any background checks of any kind on our users. AdultMatchdoctor members should get to know their potential date well before agreeing to meet. Use common sense when setting up your initial meeting. Meet in a public place or with a friend.
If a relationship leads to sexual contact, you are potentially at risk for a variety of health hazards. We do not screen our member's health background. Make sure to consult your physician or public health authorities for safety advice.

### C. Is it possible for a minor to be on the site?

AdultMatchdoctor does not make its services available to minors. However, we do not verify ages. Thus, it is your responsibility to ensure that any relationship you have with one of our members is legal.

### D. How do I report someone who is harassing/offensive?

If you know of any questionable behavior by any of our members, submit an abuse report immediately! Please click here to read our privacy statement.

### E. What happens if I choose to tell-a-friend about the site?

If you choose to use our referral service to tell a friend about our site, we will ask you for your friend's name and email address. We will automatically send your friend a one-time email inviting him or her to visit the site. AdultMatchdoctor.com stores this information for the sole purpose of sending this one-time email and tracking the success of our referral program.

Your friend may contact us at support@adultmatchdoctor.com to request that we remove this information from our database.

## RSS [back to top]

### A. What is RSS?

RSS stands for Really Simple Syndication, also know as feeds. RSS is a universal way for websites to share information. It is used for blogs, news updates, and just about anything else. Most portal sites such as Yahoo, AOL, and MSN allow you to subscribe to RSS feeds. By subscribing to a feed, it will be added to your home page (My Yahoo, My MSN, etc). You can also use a RSS aggregator program to view the feeds you have subscribed to. Some browsers such as Firefox have a built-in RSS aggregator that allows you to drag and drop feeds on your toolbar.

Example: By adding a user's blog feed to your RSS aggregator or home page, you will be able to preview that user's latest blog posts in the reader or on your home page without having to visit our website. By clicking on the entry in the RSS feed, you will be taken to the entire blog entry on our site.

When viewing pages on our website, you will see a set of icons like those below.

Clicking the appropriate icon will add that feed to your aggregator or page. Example of feeds you can subscribe to on our site are new users, new blogs, individual user blogs, and more.

For more information, check out RSS on Wikipedia.

**Troubleshooting** [back to top]

### A. Why aren't images loading on AdultMatchdoctor?

If you have ad blocking software or privacy software, please check to make sure that it's not blocking images.adultmatchdoctor.com.

## 22) BBCodes/Graphics [back to top]

### A. What are BBCodes?

BBCode stands for Bulletin Board Code. This is the markup language used in formatting posts.

BBCode tags are indicated by rectangular brackets around certain words. They are parsed by the message board system before being translated into markup language (HTML) the web browsers understands.

The purpose of this code is so that members can format messages safely and easily.

### B. Who can use BBCode?

All members can use the basic set of BBCodes: Bold, Italics, Underline, Quote, and URL (to make a link). There are also advanced BBCodes are are only available to Gold Members. Those codes are Color, Size, and Images.

### C. Where can you use BBCodes?

BBCodes can be used in forum posts, emails, comments, and shout-outs.

### D. BBCode Examples

These are examples of how to use BBCodes.

bold: [B]this is bolded text[/B]
output: **this is bolded text**

italics: [I]this is italicized text[/I]
output: *this is italicized text*

underline: [U]this is underlined text[/U]
output: this is underlined text

link: [URL]http://www.adultmatchdoctor.com[/URL]
output: http://www.adultmatchdoctor.com

link something to url: [URL=http://www.adultmatchdoctor.com]best dating site[/URL]
output: best dating site

quote: [QUOTE]this is quoted text[/QUOTE]
output:

this is quoted text

quote someone: [QUOTE=AdultMatchdoctor]this is quoted text[/QUOTE]
output:

**AdultMatchdoctor said:**

this is quoted text

Below are BBCodes that only Gold Members can use.

text size: [SIZE=5]this is big text[/SIZE]
output: this is big text

text color: [COLOR=red]Red Text[/COLOR] or [COLOR=FF0000]Red Text[/COLOR]
(Can use many different color names or hex codes.)

output: Red Text

embed image: [IMG]http://images.adultmatchdoctor.com/image/footergraphic.gif[/IMG]

output: Matchdoctor

## Comments and Shout-Outs [back to top]

### A. What are comments and shout-outs?

Comments are remarks that can be made on another member's blogs and pictures. Shout-outs are comments that can be posted on a person's profile. By default your friends are allowed to comment on your blogs, pictures and profile and everyone else will need approval. You can change your comment settings by hovering over "settings" in the menu at the top and selecting "comment settings" from the drop down menu.

Comment alerts will be sent to your AdultMatchdoctor Inbox where you will be notified of new comments and will be able to approve/deny them.

### B. What are comments and shout-outs used for?

Comments can act as a mini-forum where you and your friends can discuss your blog post.

Friends can comment on your pictures and post shout-outs on your profile to send a hello or a message that would be seen by the public.

### C. How can I post a comment?

If you're reading a blog, you can click on the link that says "post a comment" under the body of the blog. Clicking this link will bring up the box where you can enter your comment.

Picture comments can be added by clicking the photo you wish to comment on, then clicking the "post a comment" link just below and to the right of the picture (under the 'forward this picture' box). You can view your own picture comments by clicking the photo which has been commented on.

A shout-out can be added to a profile by clicking the "post a shout-out" button in the profile header. If a member has shout-outs, there will be a "shout-out" tab with the number of shout-outs they have. By clicking the tab you can view their shout-outs.

Shout-outs on your own profile can be viewed by clicking on the shout-outs tab when you view your profile.

### D. How can I delete a comment or a shout-out?

Comments (on both photos and blogs) can be deleted by clicking on the trash can icon in the upper right hand corner of the comment box. Shout-outs can also be deleted by clicking on the trash can icon in the upper right hand corner of the comment box.

## Contact Us [back to top]

### A. How can I contact the AdultMatchdoctor staff?

The best way to contact the staff is to submit a support ticket to the appropriate department.
After submitting your ticket, you should receive an email with your ticket number.
 This system allows us to track issues much more accurately.

### B. What is the mailing address for AdultMatchdoctor.com?

Our address is:

Online Singles, LLC
Attn: AdultMatchdoctor.com
P.O.Box 550787
Ft. Lauderdale, FL 33355
United States

Please do not mail in photos! They will be thrown away by our sorting company.
Also, please do not send signature required mail.

### C. What is the phone number for AdultMatchdoctor.com?

Our toll-free message service number is (888) 366-2824. (Note: the BEST way to contact us is via the support ticket system.)
You can leave a voice mail at this number.
Most messages are responded to via email.

### D. What is the fax number for AdultMatchdoctor.com?

You may fax a report if there is an emergency.
Please fax your username, email address and detailed description.
Our fax number is (954) 935-6942.

## Kudos [back to top]

### A. Definition of *kudos*

Ku-do [koo-doh] -noun, plural -dos for 2. 1. honor; glory; acclaim: No greater kudo could have been bestowed. 2. a statement of praise or approval; accolade; compliment: one kudo after another.

### B. What are kudos on AdultMatchdoctor?

Kudos are a way to show praise or approval on a member's blog. The concept of the system is to give "kudos" to blogs that you connect with or thought were really well done. 'Giving someone kudos' means acknowledging that you approve and really like their post. Kudos are totally anonymous. Your kudos cannot be tracked back to you and you will not know who has given kudos to your blog.

### C. How do I give kudos?

You can give a kudo on a blog by clicking on the green smile face icon. Each time you give a kudo, it will reduce the amount of kudos you have to give by one. Once you use up all your kudos, you will no longer be able to give kudos until you receive more.

### D. How many kudos do I get?

The total amount of kudos you receive daily will be based off of different variables. If you're a new user, you may have a very low number of kudos to give. As you use and interact with the site, the number of daily kudos you receive will increase. If your limit is 5 kudos/day, you will not exceed that limit, so it is best to use them each day. If you don't use your 5 kudos, you will not get 5 more and have 10. You will remain at 5 kudos.

### E. How do I know how many kudos I have left to give?

The number of kudos you have remaining are displayed under your screenname located in the header of the site.

### F. Why do we have limited kudos to give?

By putting a limit on kudos, their value is increased and this should entice you to "spend" them wisely. You should want to give kudos to blogs that you felt were worth spending one of your "kudos" on.

## Events [back to top]

### A. What are Events?
Events are threads where members plan any type of gathering or party. On these threads, users have the ability to view a list of attendees and add themselves to the list. The first post remains editable by whoever originated the event to keep everyone updated on important details as they change.

### B. Where are Events located in the site?
Events can be viewed by clicking on the 'event' tab at the top. Event threads will have a party hat icon next to them and will be located in the state/province forums.

### C. How is an Event created?
To create an event, go to your state or province's forum. At the top of the page next to the "new thread" button is a "new event" button. Click new event and enter in the details of the event such as zip/postal code and date for the event along with subject and description. Your event's post should contain the place/location, time, directions, and any relevant details for the event.

### D. How can an Event be cancelled or changed?
The first post remains editable by whoever originated the event to keep everyone updated on important details as they change. If an event needs to be cancelled, the event originator must contact us and we will cancel the event.

## Virtual Gifts [back to top]

### A. What are Virtual Gifts?
Virtual gifts are presents one member buys another member to show their interest in them.

### B. Why send a Virtual Gift?
They are a great and easy way to get yourself noticed by that special someone that grabbed your attention. When you buy another member a virtual gift, that gift will be displayed from you in their gift basket at the top of the home page when they sign into AdultMatchdoctor.

### C. What kind of Virtual Gifts are offered?
When a member clicks the button or banner to send a virtual gift to another member, they are taken to the Virtual Gifts page which lists all the gifts that are currently available.

### D. How much do Virtual Gifts cost?
Virtual Gifts vary in price according to the type of gift. Each gift is bought with a certain number of credits which members must buy beforehand.

## Bulletins [back to top]

### A. What are Bulletins?

Bulletins are private messages that members on your friends list can post for you to view on your home page and vice versa. The latest 8 Bulletins will be on the home page and the older ones will be able to be viewed in your Bulletins page. Your friends will see your posted Bulletin on their home page Bulletin Board as soon as they sign in. The Bulletin is only readable by the users on your friends list.

### B. How do I post a Bulletin?

Bulletins can be posted by clicking the link that says 'post bulletin' on the top of the Bulletin Board. This will take you to the page where you can post.

### C. Can I delete Bulletins?

You can delete Bulletins that YOU have posted. You can delete your Bulletin by clicking on it to read it, then clicking the delete button beside reply. Bulletins will expire after 14 days.



free dating | mission statement | testimonials | safety warning | report abuse | safe list | privacy | legal | 2257 | advertise | link to us

© Copyright 2000-2013 Online Singles, LLC.