XDating
Let's get started — IT'S FREE! Already a member? Sign in here!

- Dating Center
- Cams
- Search
- Help

# Meet members near Cleveland, Ohio

Contact any member, view their updates and watch videos!



XxNARNIA00
29, W, Cleveland, US



DEGaby1981
35, W, Cleveland, US



Harleyhoney9814
31, W, Cleveland, US

EXHIBIT 18-A
TO DECLARATION OF
WILLIAM LIVINGSTON



[str8d84u](#)
42, W, Cleveland, US



[pineapple2625](#)
25, W, Cleveland, US



[kinkyallison931](#)
26, W, Cleveland, US



[DISH15TRISHTHE](#)
38, W, Cleveland, US

- 

  [lover182extrm](#)
  36, W, Cleveland, US

- 

  [BBWkiaya](#)
  41, W, Cleveland, US

[View More]

Email Address:

Password:

Birthday:
01 / 01 / 1985

☑ I agree with the [Terms & Conditions](#)

## Online members

- 

  [hrdwrknbab...](#)
  48, W

- 
  orleana70
  42, W

- 
  pmcfadde
  55, W

- 
  crazygirlg...
  31, W

- 
  sdsooze59
  53, W

- 
  LovelyRita...
  35, W

- 
  caroline72...
  41, W

- 

  Bela00
  24, W
- 

  -

- 
- Prev
- 1
- Next
- 

- Dating Center
- Search
- Help
- Terms of Use
- Privacy Policy
- About Us

© 2010 **DG International** / XDating.com

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement

All members and persons appearing on this site have contractually represented to us that they are 18 years of age or older.