

Profiling and Matching Methods

Adult Friend Finder vs adam4adam

More Comparisons »

RELATED TOPICS

Flower Delivery Services

Social Networking

Comedy Clubs

Jazz Clubs

## Race and Age



EMBED

| | | | |
|---|---|---|---|
| White | 36% | 18-24 Years | 10% |
| Black | 43% | 25-34 Years | 19% |
| Asian | 3% | 35-44 Years | 37% |
| Hispanic | 16% | 45-54 Years | 28% |
| Other Ethnic | 1% | 55-64 Years | 4% |
| | | 65 or more | 1% |

## Salary and Education



EMBED

| | | | |
|---|---|---|---|
| $0 - $24,999 | 8% | Less than HS Diploma | 2% |
| $25,000 - $49,999 | 47% | High School | 9% |
| $50,000 - $74,999 | 29% | Some College | 70% |
| $75,000 - $99,999 | 8% | Bachelors Degree | 13% |
| $100,000 - $149,999 | 4% | Graduate Degree | 6% |
| $150,000 or more | 4% | | |

## Family

Parenting Breakdown　　EMBED

Help us recommend the best dating websites for you



Is it important for the dating website to cater to a certain type of community?

Unimportant

Next Question

■ Has Kids 0-17 Years Old   ■ No Kids

Has Kids 0-17 Years Old     26%
No Kids                     74%

## Reviews

There aren't any reviews yet. Be the first to review and you'll earn +5 **Expertise Points**.

1. Choose a rating
2. Add a title
3. Write a review

**Detailed Ratings** (optional)
Profile Quality
Matching System
Features
Help & Support

Submit

Reviewed by FindTheBest

### FAQ for adam4adam

› What type of site is adam4adam dating service?
› What percentage of women use adam4adam dating service?
› What percent of Hispanics use adam4adam dating service?
› What percent of Asians use adam4adam dating service?
› What percent of Blacks use adam4adam dating service?

Primary site traffic statistics from Google Ad Planner. Race demographics and parenting data from Quantcast.

| Company | | | Network | | Connect | |
|---|---|---|---|---|---|---|
| About | Publishers | Jobs | FindTheData | FindTheCoupons | Follow us on Facebook | |
| Contact Us | Businesses | Content Policy | FindTheCompany | Death-Record | Follow us on Twitter | |
| Blog | Advertisers | Privacy | FindTheListing | LocateGrave | Follow us on Google+ | |
| Press | Data Licensing | Terms | | | Follow us on LinkedIn | |

© 2013 FindTheBest.com, Inc. All Rights Reserved.    International: (DE) (ES) (FR) (IN) (IT) (JP) (KR) (NZ) (UK)