


EXHIBIT 21-A
TO DECLARATION OF
WILLIAM LIVINGSTON




**TERMS AND CONDITIONS**

**WWW.COLLARME.COM**

**Effective Date: 8/27/02**

**Last Modified: 8/06/08**

**1. PRELIMINARY PROVISIONS:**

**1.1. INTRODUCTION -** Welcome to our website's Terms and Conditions (hereinafter "T&C's" of "Agreement"). The provisions of this Agreement will govern your use of our website, and you should therefore take some time to read it carefully. Our website is different from many other sites on the Internet as it contains advertisements, communications and links posted by independent third parties, over which we exert no control. We do not get involved in any disputes that may develop between our advertisers and others, and we do not facilitate communication between third parties. Therefore, you are urged to use your own good judgment and common sense when responding to such advertisements, as we are not responsible for any interactions occurring between our Users and our advertisers. Federal law protects sites like ours from civil claims, so we encourage you to independently research any information found in our Advertisements, before making any decisions. We hope that you thoroughly enjoy our services, and anticipate that you will find our site useful and informative. Should you have any questions or comments regarding our website, or its policies, please feel free to contact us by clicking the "Support" link at the bottom of this page.

**1.2.** Additionally, through the use of these Terms and Conditions, we are placing legal conditions on your use of this website (www.collarme.com, hereinafter the "Website"), and making certain promises to you.

**1.3. Party Definitions**

**1.3.1. "We," are the service provider of www.collarme.com and various other websites (collectively referred to as our "Network"). It should be obvious, but for the sake of legal clarity, when this Agreement uses first-person pronouns such as "us," "we," "our," "ours," etc., those first-person pronouns are referring to us as the service provider for www.collarme.com.**

18 U.S.C. 2257

Copyright © 2013 Collarme.com ® and VSpin.net. All Rights Reserved.

18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement

Collarme.com is a member of the Free Speech Coalition.

Advertising | Stolen Photos / DMCA | Privacy Policy | Spam Policy | Support | Terms of Service

EXHIBIT 21-B
TO DECLARATION OF
WILLIAM LIVINGSTON

# FindTheBest

unbiased, data-driven comparisons

Search | ALL CATEGORIES | RELATED | JOIN | SIGN IN

HOME » TRAVEL & LIFESTYLE » DATING WEBSITES » DETAIL

EMBED

Last edited Jan, 19th 2012 by ssander

← See all Dating Websites

COLLARME.COM

## collarme Dating Website

Save Review Edit

**Site Category:** Adult/Casual Sex

**Monthly Fee:** $0

Smart Rating 86

User Ratings 4 ratings

SIGN UP

JOIN NOW

ADVERTISEMENT

OVERVIEW | SERVICES | RACE & AGE | FAMILY | REVIEWS

## Overview

| Visits (per Month) | Unique Visitors (per Month) | Male | Female |
|---|---|---|---|
| 8.11 MILLION | 133,186 | 59% | 41% |

| | |
|---|---|
| Summary | Old style polyamorous mistress with a focus on edge play & total power exchange. |
| Communities | Casual Sex<br>Compare Casual Sex Dating Sites<br>Fetish<br>Compare Fetish Dating Sites |
| Introductory Offer | It's free |
| Number of Members | Not Disclosed/Unknown |
| Visits (per Month) | 8,106,825 |
| Female | 41% |
| Male | 59% |

**Price**
collarme has a monthly fee of $0, which is **the least expensive** of all Dating Websites. As advertised, the introductory offer is "It's free."

**Visitors**
collarme receives 8,106,825 visitors each month and 133,186 of those are unique visitors, which is 73% more than the average for all Dating Websites. Of those visitors, 59% are men and 41% are women.

**Finding Your Match**
collarme uses Personality Profile and Questionaire to find your ideal match. In addition, on collarme you can connect with potential matches via Chat, Email and Photo Sharing.

Tell us what you think people have

Which phrase best describ website?

- Comparison platform
- Data driven
- Powerful tool
- Objective information
- Easy to use
- Decision engine
- Visually appealing
- other

Vote (see results

How would you rate c

Click stars to rate

User Reviews

Most Helpful

*"Very few available women on one or two in every state...."*

Steven Hudig Read

We want to know what y

Write a review

## Website Services

| | |
|---|---|
| Main Features | Advanced Profile Searching<br>Free Limited Search<br>Profile Photos<br>See Who Viewed Your Profile<br>Who's Online |
| Unique Visitors (per Month) | 133,186 |
| Monthly Fee | $0 |

| | |
|---|---|
| Connection Types | Chat<br>Email<br>Photo Sharing |
| Search Options | Appearance<br>Ethnic Background<br>Gender<br>Interests<br>Location<br>Online Now |

RELATED COMPARISONS:

Big Beautiful Women vs collarme

**EXHIBIT 21-C TO DECLARATION OF WILLIAM LIVINGSTON**



| | | | |
|---|---|---|---|
| Number of Members | Not Disclosed/Unknown | | Pictures Posted |
| Profiling and Matching Methods | Personality Profile<br>Questionaire | Other Features | Advanced Search<br>Anonymous Email Box Offered |
| | | Other Languages | Unknown |

Asian Dating vs collarme

BigChurch vs collarme

SugarDaddie vs collarme

Buddy Net - Indian social network

More Comparisons

RELATED TOPICS:

Flower Delivery Services

Social Networking

Comedy Clubs

Jazz Clubs

## Race and Age

Racial Breakdown EMBED

White Black Hispanic Other Ethnic Asian Unknown

| | |
|---|---|
| White | 83% |
| Black | 12% |
| Asian | 1% |
| Hispanic | 2% |
| Other Ethnic | 1% |

## Family



Parenting Breakdown EMBED

Has Kids 0-17 Years Old No Kids

| | |
|---|---|
| Has Kids 0-17 Years Old | 33% |
| No Kids | 67% |

**Help us recommend the best dating websites for you**

Is it important for the dating website to cater to a certain type of community?

Unimportant

Next Question

## Reviews



**Average Rating** Out of 4 ratings

Write a review

**Your Rating** Help out the community by rating!

**Rating Distribution**

| | |
|---|---|
| 5 stars | (2) |
| 4 stars | (0) |
| 3 stars | (1) |
| 2 stars | (0) |

(1)

**Review Highlights**

Most Helpful

*"Very few available women on this site. Like one or two in every state...."*

Steven Hudig

Read the full review

**Showing 1 - 2 of 2 reviews**

Sorted by HELPFULNESS

5
Steven Hudig

0

### Populated by female scam artists - Beware!

2 days ago

Very few available women on this site. Like one or two in every state. An exercise in frustration. There must be something better. Used to be a good site - 10 years ago.

0 Comments Reply

6
aamir

-4

### seeking ....special

4 months ago

will tell u once contacted..lets catch up...

Help & Support
Features
Profile Quality
Matching System

0 Comments Reply

**Showing 1 - 2 of 2 reviews**

Would you like to write a review? You'll earn +5 Expertise Points.

**1. Choose a rating**

**2. Add a title**

**3. Write a review**

**Detailed Ratings** (optional)

Profile Quality
Matching System
Features
Help & Support

Submit

Reviewed by FindTheBest

**FAQ for collarme**

› What type of site is collarme dating service?

› What percentage of women use collarme dating service?

› What percent of Hispanics use collarme dating service?

› What percent of Asians use collarme dating service?

› What percent of Blacks use collarme dating service?

Primary site traffic statistics from Google Ad Planner. Race demographics and parenting data from Quantcast.

Company

About
Publishers
Jobs
Contact Us
Businesses
Content Policy
Blog
Advertisers
Privacy

Network

FindTheData
FindTheCoupons
FindTheCompany
Death-Record
FindTheListing
LocateGrave

Connect

Follow us on Facebook
Follow us on Twitter
Follow us on Google+

Press Data Licensing Terms

Follow us on LinkedIn

© 2013 FindTheBest.com, Inc. All Rights Reserved

International: (DE) (ES) (FR) (IN) (IT) (JP) (KR) (NZ) (UK)