

# Archive for September, 2012

◀ Previous posts

September 30th, 2012

### ▸ Aaron Nagel

Posted in Fine Art by sexinart

EXHIBIT 22
TO DECLARATION OF
WILLIAM LIVINGSTON



Lara Stone for The Last Magazine.

See also in Models, Print

September 26th, 2012

### Silvie & Tyler : Unbelievably Beautiful

Posted in Photography, Porn by sexinart



Silvie & Tyler : Unbelievably Beautiful – Be our hero. Sign up to Photographer Brigham Field's X-ART and you'll be supporting Sex in Art at the same time.

See also in Photography, Porn

September 20th, 2012

### Cindy & Tyler : Morning Memories

Posted in Photography, Porn by sexinart



Cindy & Tyler : Morning Memories – Be our hero. Sign up to Photographer Brigham Field's X-ART and you'll be supporting Sex in Art at the same time.

See also in Photography, Porn

September 19th, 2012

### Montana Cox MC Issue 35

Posted in Models by sexinart

See also in Models

September 18th, 2012



Photographer lobbiaz.

See also in Flickr, Photography

September 13th, 2012

▸ **Corrado Dalcò**

Posted in Photography by sexinart