# THE NU PROJECT

Info · Galleries · Our Web Store · Social · Contact



Pre-Order Your Nu Project Book
+
SUPPORT BODY POSITIVITY + WOMEN EVERYWHERE

(just click me)

## WOMEN OF NORTH AMERICA I

    
    
    
    

EXHIBIT 25
TO DECLARATION OF
WILLIAM LIVINGSTON

Case 2:09-cv-04607-MMB   Document 181-52   Filed 05/14/13   Page 2 of 8





Case 2:09-cv-04607-MMB   Document 181-52   Filed 05/14/13   Page 4 of 8



### SITE NAVIGATION
Info
  F.A.Q + Discussion
  Testimonials
  Participate
  In The Press
Galleries
  North America
    **Gallery I**
    Gallery II
    Gallery III
  South America
    Gallery I
    Gallery II
    Gallery III
Our Web Store
Social
  Facebook
  Twitter
  Tumblr
Contact

### CONTACT INFO
Matt Blum Photography
700 Washington Ave. N #214
Minneapolis, MN 55401
United States of America

info@thenuproject.com

### PRESS
We're happy to let you use any images you'd like but we'd appreciate if you would ask first.

For a partial list of the publications in which the project has appeared check out our In The Press page.

For publishing-related inquires please email us or call the studio.

### LEGAL
All participants are over the age of 21 and signed model releases before appearing in the project. All ages are verified.

ALL IMAGES © MATT BLUM PHOTOGRAPHY 2005-2013.

Case 2:09-cv-04607-MMB   Document 181-52   Filed 05/14/13   Page 5 of 8





Case 2:09-cv-04607-MMB   Document 181-52   Filed 05/14/13   Page 7 of 8



