

Close This Window

EXHIBIT 26-A
TO DECLARATION OF
WILLIAM LIVINGSTON

5/5/2013



© 2005, Loren Cameron

Close This Window

EXHIBIT 26-B
TO DECLARATION OF
WILLIAM LIVINGSTON

5/5/2013