

EXHIBIT 27
TO DECLARATION OF
WILLIAM LIVINGSTON

5/5/2013