# paul knight

info
interiors
cinema curtains
constructed scenes
intimate couples
chamber music
folded works
news
cv

## intimate couples

These images are a selection of works from a series documenting couples having sex in whatever way is natural to them in the space of the bed. All shot on 4x5 negative, the work seeks to simultaneously push photography to be articulate of it's subject matter both physically and emotionally, whilst also compressing the forms of the subjects into a reduced and secluded space within a flat representation of the picture plane.

Works from this series have been exhibited at the Museum of Contemporary Art (Sydney), Australian Centre for Contemporary Art (Melbourne), Tramway (Glasgow), A Foundation (London), Corner House (Manchester) and Art News Projects (Berlin)

William and Winifred Bowness Photography Prize 2009

Australian Art Collector issue 52 - profile

Butt Magazine # 24, p.62



Running on Cargo

EXHIBIT 29
TO DECLARATION OF
WILLIAM LIVINGSTON