





EXHIBIT 31
TO DECLARATION OF
WILLIAM LIVINGSTON