

Joann

EXHIBIT 32
TO DECLARATION OF
WILLIAM LIVINGSTON



MJ



Waiting