

EXHIBIT 34
TO DECLARATION OF
WILLIAM LIVINGSTON

5/6/2013



