

EXHIBIT 35
TO DECLARATION OF
WILLIAM LIVINGSTON