- Links
- Exhibits
- Contact
- Picture of the Day
- About
- Home



**K Leo:** We live in a freakishly marvelous world. I am perpetually amazed at the places, faces and precarious situations that surround us all. Mirth and beauty throughout.
Nothing is more impressive to me than people. It is my subject of choice. I believe that everyone has beauty.

Website artist: **mirthandbeauty.com**.

   

EXHIBIT 36
TO DECLARATION OF
WILLIAM LIVINGSTON



Back to the Main Exhibit Area

