# eroticrarities.com

Mailing List | Contact Us

PRINTS | PORTFOLIOS | BRONZES | JAPAN | CHINA | ARTISTS | BOOKS | OBJECTS | JEWELRY | POSTERS | LINKS

**WARNING**: This site contains erotic art and explicit sexual material and should not be entered by anyone under 21 or anyone that might be offended!



### Welcome to *eroticrarities.com*

This site is devoted to erotic fine art. It is not a museum site where you just get a peek at the history of erotic art, rather EroticRarities.com is a site where you can actually BUY erotic fine art. On over 100 pages you will find a compendium of fine erotic art from three centuries and several cultures - all of it for sale (although a few pieces have already been spoken for). We have over 800 images of fine erotic art on the site so it is a true adventure for the avid art eroticist. Throughout the years our focus has remained true to exhibiting and selling fine erotic art.



The collection of *EroticRarities.com* is from **Erotics Gallery**, a gallery of erotic fine art begun in New York City in 1975. The eye-opening collection chronicles erotic art from the 18th century to today.

*EroticRarities.com* is intended as a giant catalogue of erotic art. There are no moving parts or things that whirl around. You cannot click on any of the images and make them larger; however, if you really NEED to see larger images, e-mail a request and larger images will be sent. The site has been designed (we hope) so that it is viewable from any browser format.



Pick any section of *EroticRarities.com*, BOOKS, PRINTS, OBJECTS, etc. and peruse the pages of the erotic fine art that you will find there.

EXHIBIT 37-A
TO DECLARATION OF
WILLIAM LIVINGSTON



Of prominence in the collection is the work of a modern master, Doug Johns, a sexual surrealist sculptor whose ultimate goal is the elevation of sexuality to an art form. His work is featured under the ARTISTS and JEWELRY menus.

Each section has a drop-down menu of the pages in that field. Continue to explore and you will discover our extraordinary collection of erotic fine art. We rarely send out notices so it is a good idea to check back with us from time to time to see what is new - or what is old.

EROTIC ART WEBRING

This Erotic Art Webring Site is Owned by -- Erotic Rarities --.
[ Previous 5 Sites | Previous | Next |
Next 5 Sites | Random Site | List Sites ]

EROTIC ART TOP 100 Websites

EROTIC SIGNATURE — We publish, promote & market TALENTED ARTISTS — THE WORLD'S GREATEST EroticART OF TODAY

# eroticrarities.com

PRINTS  PORTFOLIOS  BRONZES  JAPAN  CHINA  ARTISTS  BOOKS  OBJECTS  JEWELRY  POSTERS  LINKS

Mailing List | Contact Us

**WARNING:** This site contains explicit sexual material and should not be viewed by anyone under 21 or anyone that might be offended.



**A. Rowboat**

Order Rowboat - $1200.00



**B. Wheelbarrow**

Order Wheelbarrow - $900.00

Two anonymous French erotic art watercolors, c. 1920. Both beautifully drawn and in mint condition.
**A. "Rowboat" Size:** 10" x 11.5" $1200.00
**B. "Wheelbarrow" Size:** 8.5" x 8" $900.00

Back to top

EXHIBIT 37-B
TO DECLARATION OF
WILLIAM LIVINGSTON