



If you didn't think porn could be art, take a look at artist **Tom Gallants** work. By incorporating elements of Victorian illustration such as intricate patterns, Gallant adds more of an artistic edge to his pornographic figures. His process includes digitally manipulating wallpaper designs and then printing and cutting them onto the surface of magazines.

Like 0    Tweet 0    Pin it 5    +1 0

**Keywords** Erotica tom gallant pornographic

EXHIBIT 39
TO DECLARATION OF
WILLIAM LIVINGSTON

**RELATED ARTICLES**