# Mark I. Chester

Galleries
of fine art
black and white
sexual photography

**intro
+ outcasts**



**Bad Boys
on Parade -
portraits on the
verge of the
new millennium**
1999
new radical sex
portraits

\*\*\*



*the dream of
my youth is dead
but I can't
stop dreaming*
1998
sexual portraits

EXHIBIT 41
TO DECLARATION OF
WILLIAM LIVINGSTON