



Catalog #0079

Close Window

All Photographs Copyright © 2005 Tony Ward Photography
All photographs displayed in the Tony Ward Photography website are for viewing purposes only.
None of the contents, text or photographs in the Tony Ward Photography website may be reproduced in any form or by any electronic or mechanical means, including information storage and retrieval systems, without permission in writing from Tony Ward Photography.