- Garage

search

- Watch Now
- Cinemas
- Explore



# A Scream from Silence

### Mourir à tue-tête

**Canada**

**1979**

96 Min
Color
French

- Currently 4.1/5 Stars.
- 1
- 2
- 3
- 4
- 5

Become a Fan | I want to watch this

EXHIBIT 46
TO DECLARATION OF
WILLIAM LIVINGSTON

**DIR** Anne Claire Poirier

**EXEC** Anne Claire Poirier, Jacques Gagné

**SCR** Marthe Blackburn, Anne Claire Poirier

**DP** Michel Brault

**CAST** Julie Vincent, Germain Houde, Paul Savoie, Monique Miller, Micheline Lanctôt, Luce Guilbeault, Christiane Raymond, Louise Portal, Muriel Dutil, Julie Morand

**ED** André Corriveau

**PROD DES** Denis Boucher

**MUSIC** Maurice Blackburn

**SOUND** Joseph Champagne, Hans Peter Strobl

Cannes (Un Certain Regard)



**Synopsis**

This feature film documents the rape and eventual suicide of Suzanne, a nurse whose physical and emotional health deteriorates beyond repair as a result of the violence inflicted on her. Images of ritual and mass rape reinforce the horror of this act of domination. In this docudrama drawn from case histories, the filmmaker explores social attitudes that cause women to feel guilty for being raped. It touches upon the physical, emotional, spiritual and legal aspects of this crime. —onf-nfb.gc.ca

**Director**



# Anne Claire Poirier

Anne Claire Poirier has some two dozen films to her credit as a writer, editor, director and/or producer.

After earning a law degree from the University of Montreal and studying theatre at the Conservatoire d'art dramatique, she joined the French-language network of the CBC, where she worked as an actress, interviewer, host and drama critic.

In 1960, she moved to the National Film Board, initially working in Versions and then as an assistant editor and assistant director. In 1963, producer Jacques Bobet gave her a chance to write, direct and edit her first short film, 30 Minutes, Mister Plummer, a profile of Canadian actor Christopher Plummer. The following year, she directed and edited La Fin des étés, a dramatic short co-written with novelist Hubert Aquin. This second film had a complex time structure that made it stand out from other Quebec films of the period.

In 1968, Poirier made her mark with Mother-To-Be (De mère en fille), a frank exploration of the emotions… read more

**Wall**

Displaying 1 wall posts.
see all

```
Write Something…
```

Post



## Jean-François Pissias

### 29Jul11

Une leçon de cinéma.

mllevinteuil and Julie Kohler like this

**Related Films**

