



Search

## WAR BABIES



In most of the armed conflicts around the world, women are often the victims of rape. The seeds of hatred are planted in their wombs – the ultimate weapon of terror. This film looks at what happens to children born of rape and military aggression.

**DV Cam**
**92 minutes**
**Colour, black and white**
**Dubbed in English**
**Subtitled in English**
**Original version in French**
**Genre**
Documentary

**Producers**
Raymonde Provencher
Robert Cornellier
Patricio Henriquez
**Director and Scriptwriter**
Raymonde Provencher

**Production**
Macumba International Inc.
3862, av. du Parc Lafontaine
Montreal, Quebec
H2L 3M6
Canada
☎ (514) 521-8303
🖷 (514) 521-0260
macumba@macumbainternational.com

**Distribution**
Filmoption International Ltd.
3401, rue Saint-Antoine Ouest
Westmount, Quebec
H3Z 1X1
Canada
☎ (514) 931-6180
🖷 (514) 939-2034
email@filmoption.com
www.filmoption.com

**With the support of**
Canadian Television Fund (EIP)



© 2013 Telefilm Canada   Legal Notes                    Mailing list   Like Us   Follow us   TELEFILM
Canada
Francais | Site Map | Contact Us

EXHIBIT 47
TO DECLARATION OF
WILLIAM LIVINGSTON