WOMEN MAKE MOVIES | Calling the Ghosts A Story about Rape, War and Women
Case 2:09-cv-04607-MMB   Document 181-75   Filed 05/14/13   Page 1 of 3
Page 1 of 3



# WOMEN MAKE MOVIES
### films by and about women

ADVANCED SEARCH



- Promotional Photos
- Related Titles
- Related Links
- **Related Subjects**
  - Human Rights
  - Global Feminism
  - Eastern Europe
  - Law
  - Domestic Violence and Sexual Assault
  - War

**Pricing**
click level for more info ▼

Universities, Colleges & Institutions ▶
| | |
|---|---|
| Film Rental | $195.00 ADD |
| DVD Sale | $295.00 ADD |
| DVD Rental | $90.00 ADD |

K-12, Public Libraries & Select Groups ▶
| | |
|---|---|
| DVD Sale | $89.00 ADD |

Public Exhibition ▶
Request a quote now

## Calling the Ghosts
## A Story about Rape, War and Women

Executive Producer: Julia Ormond
Directed by Mandy Jacobson and Karmen Jelincic
1996, 63 minutes, Color, 16mm/DVD, Subtitled
Order No. W99495

An extraordinarily powerful documentary, CALLING THE GHOSTS is the first-person account of two women caught in a war where rape was as much an everyday weapon as bullets or bombs. Jadranka Cigelj and Nusreta Sivac, childhood friends and lawyers, enjoyed the lives of "ordinary modern women" in Bosnia-Herzegovina until one day former neighbors became tormentors. Taken to the notorious Serb concentration camp of Omarska, the two women, like other Muslim and Croat women interned there, were systematically tortured and humiliated by their Serb captors.

Once released, the pair turned personal struggles for survival into a larger fight for justice-aiding other women similarly brutalized and successfully lobbying to have rape included in the international lexicon of war crimes by the UN Tribunal at the Hague. Chronicling the two women's experience and their remarkable transformation, CALLING THE GHOSTS is an indispensable resource for deepening understanding of human rights abuses and combating violence against women in the global arena.

\*\* Emmy award winner for best documentary and directing\*\*

### AWARDS, FESTIVALS, & SCREENINGS

- Emmy Award, Outstanding Individual Achievement in a Craft in News and Documentary Programming: Directing
- Emmy Award, Outstanding Investigative Journalism Program
- 1998 Robert F. Kennedy Journalism Award
- Berlin Int'l Film Festival
- Toronto Film Festival
- IDA Best Documentary Nomination
- Human Rights Watch Int'l Film Fest, Nestor Almendros Award
- Sarajevo Int'l Film Festival, Special Jury Prize
- Amnesty Int'l European Film Festival, Special Jury Prize
- Cable Ace Award for Best Documentary

BROWSE NEW RELEASES ▶
BROWSE THE CATALOG ▼
◀ PREVIOUS          NEXT ▶
BY RELEASE DATE:     YEAR ▶
BY INDEX:
SUBJECT ▶   TITLE ▶   MAKER ▶

**GET ENEWS:**
Sign up to get our monthly newsletter delivered by email.



You'll get the latest info on WMM films, filmmakers, new releases and worldwide events.
Read the current issue and subscribe!

**SPECIAL COLLECTIONS**

WMM offers film collections on a variety of specific subject areas, including the collections MUSLIM: Behind the Veil, BODY IMAGE: Women & Young Girls, and AFRICA IS A WOMAN'S NAME.

Deep discounts are available when you purchase multiple films. More details.



EXHIBIT 48
TO DECLARATION OF
WILLIAM LIVINGSTON

[back to top]

## QUOTES

"**** A somber, eloquently expressed, and beautifully shot video... A must for all library collections interested in international affairs, women's studies, and human rights issues."
*Video Librarian*

"The power of the documentary to provoke action is tremendous... an important advocacy tool for groups seeking to empower women and women's organizations."
Roger Rathman
*Amnesty International USA*

"Exquisite and compelling...A necessary and significant film for women around the globe to navigate the new world order."
Patricia R. Zimmermann
*Ithaca College*

[back to top]

## SPECIAL COLLECTIONS

*Calling the Ghosts* is included in the following Special Collections.

**VIOLENCE AGAINST WOMEN:Ending the Silence**

**WOMEN & GENOCIDE**

**WOMEN & WAR**

[back to top]

## RELATED TITLES

**Fighting the Silence**

**Grace, Milly, Lucy . . . Child Soldiers**

[back to top]

## RELATED LINKS

**"Calling The Ghosts" Home Page**

**A Review from The Center for Human Rights and Humanitarian Law**

[back to top]

Case 2:09-cv-04607-MMB   Document 181-75   Filed 05/14/13   Page 3 of 3

© Women Make Movies, 2005

Women Make Movies is a multicultural, multiracial, non-profit media arts organization which facilitates the production, promotion, distribution, and exhibition of independent films and videotapes by and about women.

contact us