

EXHIBIT 51
TO DECLARATION OF
WILLIAM LIVINGSTON