

Shiao-tan Chu

Jeremy W. Cleaver

Full cast and crew »

## Storyline    Edit

Black Sun: The Nanking Massacre is an uncompromising portrayal of the war crimes perpetrated by the Japanese Imperial Army upon the Chinese military and civilian population of Nanking during the occupation of the city. Hailed by critics as one of the most disturbing films ever released, Black Sun: The Nanking Massacre is unflinching in it's depiction of the barbaric cruelty with which the occupying army raped, pillaged and terrorized the defeated populace. Written by Hotaru

Plot Summary | Add Synopsis

Plot Keywords:  massacre | chinese | japanese | war crime | gore | See more »

Genres:  Drama | History | War

| See all certifications »
Parents Guide:  Add content advisory for parents »

## Details    Edit

**Country:** Hong Kong
**Language:** Cantonese
**Release Date:**  7 July 1995 (Hong Kong) See more »
**Also Known As:**  Men Behind the Sun 4 See more »

## Company Credits

**Production Co:** T.F. Film Company See more »
Show detailed company contact information on IMDbPro »

## Technical Specs

**Runtime:** 91 min
**Sound Mix:** Mono
**Color:** Color
**Aspect Ratio:**  1.85 : 1
See full technical specs »

## Did You Know?    Edit

**Trivia**
This film's final afterword states: "According to the verdict of the war crimes tribunal in 1947, the Japanese Army was judged to have raped over 20,000 women and killed 300,000 Chinese during the Nanking Massacre. One-third of the city was destroyed. Property was plundered at underestimated losses. No family was spared." See more»

**Connections**
Follows Men Behind the Sun (1988) See more »

## Frequently Asked Questions

**Q:** What are the differences between the HongKong Version and the US Version?
See more(Spoiler Alert!) »

## User Reviews

★★★☆☆☆☆☆☆☆  **Important subject worthy of a better treatment**
31 October 2006 | by Weird Al (Manchester, England) – See all my reviews

Having seen men Behind the Sun I guess I hoped for an evolution in style & technique to match the larger scale of this movie. I was also quite interested to see someone make a hard-hitting fact-based fictionalised account of what happened during this most notorious of Japanese atrocities, but this is not it. This plays like a bottom-to-mid tier European Nazi exploitation movie from the 70s - e.g. SS Experiment Camp etc (perhaps more like Deported Women of the Special Section actually). Granted it has a greater scope and more people running around, but it resorts to the same cheap and cheerless device of lots of hapless non-actors limply falling over to the sound of ridiculously fake gunshots, spiced up with the occasional poorly executed 'shock' sequence. The admittedly horrible documentary footage is roughly spliced in between

---

**Sidebar:**

IMDb  👍 Like
3,850,609 people like IMDb.

Follow @imdb  817K followers

### Share this Rating
Title: **Men Behind the Sun 4** (1995)
IMDb **6.2**/10 ⭐

Want to share IMDb's rating on your own site? Use the HTML below.
❯ Show HTML    View more styles

### Take The Quiz!
Test your knowledge of Men Behind the Sun 4.

Sponsored Links  (What's This?)

**SnorgTees Funny T-Shirts**
High Quality Tees and Hoodies. Unique Designs That Will Impress!
www.snorgtees.com

scenes so hackneyed that even these real images are robbed of much of their power. Watch channel 4's 'The Holocaust' (aired recently (still running?), as of 1 No 2006) for a genuinely disturbing documentary on the evils of war (featuring excellent in-context use of actual footage). This is the type of treatment the horror of Nanjing deserves, not this hackneyed exploitation garbage (a better executed exploitation movie minus the disrespectful use of stock footage would have been fine, but again this is not even a very good exploitation movie). Rating: 3 (5 as exploitation, 1 as a treatment of the subject).

7 of 13 people found this review helpful.  Was this review helpful to you?  Yes  No

Review this title | See all 11 user reviews »

## Message Boards

Recent Posts

| | |
|---|---|
| Tragically Overlooked | italiasuomen |
| A bit too much? | standardbearer |
| How sick is this film? | ryanwhittaker666 |
| Cast | reverie89 |
| Real body parts? | liamfilm |

Discuss Men Behind the Sun 4 (1995) on the IMDb message boards »

## Contribute to This Page         Getting Started | Contributor Zone »

[Edit page]   [Write review]

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2013 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An amazon.com company.

Amazon Affiliates

| Amazon Instant Video<br>Watch Movies &<br>TV Online | Prime Instant Video<br>Unlimited Streaming<br>of Movies & TV | Amazon Germany<br>Buy Movies on<br>DVD & Blu-ray | Amazon Italy<br>Buy Movies on<br>DVD & Blu-ray | Amazon France<br>Buy Movies on<br>DVD & Blu-ray | LOVEFiLM<br>Watch Movies<br>Online | Amazon Wireless<br>Cellphones &<br>Wireless Plans | Junglee<br>India Online<br>Shopping | DPReview<br>Digital<br>Photography | Audible<br>Download<br>Audio Books |