

# Salò, or The 120 Days of Sodom

## Pier Paolo Pasolini



**Blu-Ray**

1 Disc

SRP: $39.95

Criterion Store price: $31.96

+ Add to Cart

# Film Info

EXHIBIT 57
TO DECLARATION OF
WILLIAM LIVINGSTON

👍 Like  f  2,515 people like this. Be the first of your friends.

Italy
1976
116 minutes
Color
1.85:1
Italian

Spine #17

The notorious final film from Pier Paolo Pasolini, *Salò, or The 120 Days of Sodom* has been called nauseating, shocking, depraved, pornographic . . . It's also a masterpiece. The controversial poet, novelist, and filmmaker's transposition of the Marquis de Sade's eighteenth-century opus of torture and degradation to Fascist Italy in 1944 remains one of the most passionately debated films of all time, a thought-provoking inquiry into the political, social, and sexual dynamics that define the world we live in.

## Disc Features

> High-definition digital restoration, with uncompressed monaural soundtrack on the Blu-ray edition
> *"Salò": Yesterday and Today*, a thirty-three-minute documentary featuring interviews with director Pier Paolo Pasolini, actor-filmmaker Jean-Claude Biette, and Pasolini friend Nineto Davoli
> *Fade to Black*, a twenty-three-minute documentary featuring directors Bernardo Bertolucci, Catherine Breillat, and John Maybury, as well as scholar David Forgacs
> *The End of "Salò"*, a forty-minute documentary about the film's production
> Video interviews with set designer Dante Ferretti and director and film scholar Jean-Pierre Gorin
> Optional English-dubbed soundtrack
> Theatrical trailer
> PLUS: A booklet featuring essays by Neil Bartlett, Breillat, Naomi Greene, Sam Rohdie, Roberto Chiesi, and Gary Indiana, and excerpts from Gideon Bachmann's on-set diary

## Current Posts

**Video**



### Three and a Half Minutes in Heaven with Wim

January 10, 2012

Watch video »



---

## News

### Talking Shop with Criterion Producers

October 13, 2011

Our own Kim Hendrickson and Susan Arosteguy will be in Columbus, Ohio, tonight to discuss . . .
Read more »

---

## Film Essays

### *Salò:* Breaking the Rules

By Naomi Greene October 04, 2011

The year before he made *Salò, or The 120 Days of Sodom,* Pasolini hinted at the scandalous . . .
Read more »

---

## Film Essays

### *Salò:* A Cinema of Poetry

By Sam Rohdie October 04, 2011

In Pasolini's last interview, just before his murder, and prior to the release of *Salò, or* . . . Read more »

---

**Film Essays**

### [*Salò:* The Written Movie](#)

By Gary Indiana October 04, 2011

The title card that appears in the opening credits of *Salò, or The 120 Days of Sodom,* . . . Read more »

---

**Film Essays**

### [*Salò:* I, Monster](#)

By Catherine Breillat October 04, 2011

It's always the same when I tackle Pasolini—the first encounter escapes me. Pasolini doesn't . . . Read more »

---

**Film Essays**

### [*Salò:* The Present as Hell](#)

By Roberto Chiesi October 04, 2011

"In the trilogy, I evoked the ghosts of characters from my earlier, realist films. Not to . . . Read more »

---

**Video**



Case 2:09-cv-04607-MMB   Document 181-84   Filed 05/14/13   Page 5 of 6

**Because You Can Never Have Enough . . .**

By Kim HendricksonAugust 27, 2008

Watch video »



---

**Film Essays**

**Salò**

By John PowersJuly 21, 1998

On November 2, 1975, the Italian director Pier Paolo Pasolini was found dead—murdered, police . . .
Read more »

« Spine #16Spine #18 »

**Other Editions**



**DVD**

2 Discs

SRP: $39.95

Criterion Store price:$31.96

+ Add to Cart

## Related Films



[Mamma Roma](#)[Pier Paolo Pasolini](#)　　[Naked Lunch](#)[David Cronenberg](#)




[The Night Porter](#)[Liliana Cavani](#)

## Explore



[Ennio Morricone](#)　　[Pier Paolo Pasolini](#)　　[Cult Movies](#)



[Novels on the Big Screen](#)