

EXHIBIT  60
TO DECLARATION OF
WILLIAM LIVINGSTON

5/6/2013



| Leo Rossi | ... | Cliff 'Scorpion' Albrect |
| Ann Hearn | ... | Sally Fraser |
| Carmen Argenziano | ... | D.A. Paul Rudolph |
| Steve Antin | ... | Bob Joiner |
| Tom O'Brien | ... | Larry |
| Peter Van Norden | ... | Attorney Paulsen |
| Terry David Mulligan | ... | Lieutenant Duncan |
| Woody Brown | ... | Danny |
| Scott Paulin | ... | Attorney Wainwright |
| Kim Kondrashoff | ... | Kurt |
| Stephen E. Miller | ... | Polito |
| Tom Heaton | ... | Bartender Jesse |

Full cast and crew »

## Storyline

Edit

Sarah Tobias goes to her local bar and is gang-raped by three men. The district attorney on the case is Katheryn Murphy who wants to prove that although Sarah had taken drugs that night and was acting provocatively while in the bar, this is no reason for her to be so brutally attacked and the men responsible should be brought to justice.
*Written by* Sami Al-Taher <staher2000@yahoo.com>

Plot Summary | Plot Synopsis

**Plot Keywords:**  bar | rape | justice | district attorney | prosecutor | See more »

**Taglines:** On April 18th 1987, Sarah Tobias stops for a drink at a bar called The Mill. See more »

**Genres:**  Crime | Drama

**Certificate:** R | See all certifications »
**Parents Guide:**  View content advisory »

## Details

Edit

**Country:** USA | Canada
**Language:** English
**Release Date:**  14 October 1988 (USA) See more »
**Also Known As:**  Reckless Endangerment See more »
**Filming Locations:** Delta, British Columbia, Canada See more »

### Box Office

**Budget:**  $6,000,000 (estimated)
**Gross:**  $32,069,318 (USA)
See more »

### Company Credits

**Production Co:** Paramount Pictures, Paramount Pictures Corporation (Canada) See more »
Show detailed company contact information on IMDbPro »



a list of 252 titles created
17 Apr 2011

**Every U.S. Released Movie, 1970-2014**
a list of 10000 titles created
1 month ago

**Dubbs Movie List**
a list of 2645 titles created
11 months ago

**SceneX**
a list of 750 titles created
7 months ago

See all related lists »

### Connect with IMDb

**IMDb**
👍 Like

3,850,637 people like IMDb.

🐦 Follow @imdb  817K followers

### Share this Rating

Title: **The Accused** (1988)

IMDb 7/10 ⭐

Want to share IMDb's rating on your own site? Use the HTML below.

❯❯ Show HTML    View more styles

### Take The Quiz!

Test your knowledge of The Accused.

Sponsored Links  (What's This?)

**Watch Free Movies Now**
Watch 1000s of Movies Free! Download Now For Movies & Showtimes
FilmFanatic.MyWebSearch.com

**Public Arrest Records**
1) Enter a Name & Search for Free. 2) View Background Check Instantly.
InstantCheckmate.com

Case 2:09-cv-04607-MMB   Document 181-87   Filed 05/14/13   Page 3 of 4

## Technical Specs

**Runtime:** 111 min
**Sound Mix:** Dolby
**Color:** Color(Technicolor)
**Aspect Ratio:** 1.85 : 1
See full technical specs »

## Did You Know?                                              Edit

**Trivia**
Valerie Bertinelli, Jennifer Grey, Meg Ryan, Mia Sara, and Kelly Preston were considered for the role of Sarah Tobias. See more»

**Goofs**
When Ken visits Bob in prison, Bob is seeing wearing a ring in the first two scenes, then the ring disappears after that. See more»

**Quotes**
Cliff 'Scorpion' Albrect: [to Kurt] You think we'll pull down your pants and see little silk panties?
See more »

**Connections**
Spoofed in South Park: The China Probrem (2008)
The rape scene is re-enacted See more »

**Soundtracks**
"Love To The Limit"
By Paul Sabu & Debrah Neal
Performed by Only Child
Courtesy of Rhino Records, Inc.
See more »

## Frequently Asked Questions

This FAQ is empty. Add the first question.

## User Reviews

★★★★★★★★☆☆ **Powerful, Disturbing Stuff**
31 May 2000 | by Bondfan-4 (Mamaroneck, NY) – See all my reviews

I saw this film with my girlfriend about a year after I graduated from college, where I had lived in the alpha-male, females-as-accessories environment of a fraternity house. While I know of nothing that went on in my fraternity that compares to the horrible events of this film, I was struck that some of the beer-fueled conversations I had with my fraternity brothers could have led to the same results with more likelihood than I realized at the time (or care to admit even to this day). Suffice it to say, I cried all the way home from this movie, as much from shame as anything else.

Twelve years later, I still cannot recall being as horrifyingly struck by a scene as I was during the rape scene at the end of "The Accused" -- and I definitely do not have the stomach to see it again. The movie, in my view, is exceedingly well-acted (Foster's Oscar was well-deserved) and well-told. It has the rare gift of touching the viewer viscerally for the entire duration -- discomfort being the feeling.

This isn't virtuoso film-making like "The Godfather", but at the same time I can think of no greater compliment for a movie than it truly opened my eyes to a new perspective that I was not mature enough to grasp on my own. I left the theater a different person -- how often can that be said?

81 of 105 people found this review helpful.  Was this review helpful to you?  Yes   No

Review this title｜See all 86 user reviews »

## Message Boards

Recent Posts

| | |
|---|---|
| The Actual Rape Story.... | Pinky1313 |
| Rape + the way that you dress. Does it have an effect? | b73142 |
| What is the matter with people?? | astark_14 |
| Real Life Woman. | wingsofthemoon |
| Real life woman was Portuguese? | attitude_070 |
| Jody Foster | lfdow |



Discuss The Accused (1988) on the IMDb message boards »

**Contribute to This Page**                                    Getting Started | Contributor Zone »

[ Edit page ]    [ Write review ]    Create a character page for: [ Ken Joyce ]  [▼]  [ Create » ]  [ ? ]

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Watchlist | Top 250 | TV | News | Video | Message Boards | Press Room
Register | RSS | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox | LOVEFiLM

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2013 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An amazon.com company.

Amazon Affiliates

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | LOVEFiLM | Amazon Wireless | Junglee | DPReview | Audible |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Watch Movies Online | Cellphones & Wireless Plans | India Online Shopping | Digital Photography | Download Audio Books |

Indians. Buy Early and Save at INDIANS.COM   Play Ball.   [ Buy Tickets ]