

SCIENCE : DISCOVERIES

**Disturbing New Photos From Abu Ghraib**
By Wired.com Staff
See related story: How Good People Turn Evil, From Stanford to Abu Ghraib
02.28.08
NSFW: VIEWER DISCRETION IS ADVISED. As an expert witness in the defense of an Abu Ghraib guard who was court-martialed, psychologist Philip Zimbardo had access to many of the images of abuse that were taken by the guards themselves. For a presentation at the TED conference in Monterey, California, Zimbardo assembled some of these pictures into a short video. Wired.com obtained the video from Zimbardo's talk, and is publishing some of the stills from that video here. Many of the images are explicit and gruesome, depicting nudity, degradation, simulated sex acts and guards posing with decaying corpses. Viewer discretion is advised.
1 - 10 of 10 images



**See Also:**
TED 2008: How Good People Turn Evil, From Stanford to Abu Ghraib

EXHIBIT 62
TO DECLARATION OF
WILLIAM LIVINGSTON