Case 2:09-cv-04607-MMB   Document 181-90   Filed 05/14/13   Page 1 of 3

# THE NEW YORKER

- Subscribe
- home
- Magazine
- News
- Culture
- Politics
- Books
- Science & Tech
- Business
- Cartoons
- Video

- Archive
- Photo Booth
- Daily Shouts
- Page-Turner
- Daily Comment
- Elements
- Amy Davidson
- John Cassidy
- Borowitz

Slide Show

## The Abu Ghraib Pictures

**Early this year, the senior U.S. Army commander in Iraq authorized a major investigation into the American Army's prison system there. The fifty-three-page report that resulted, which was written by Major General Antonio M. Taguba and was not meant for public release, was devastating. Taguba found numerous instances of "sadistic, blatant, and wanton criminal abuses" of Iraqis by American soldiers at the Abu Ghraib prison, located twenty miles west of Baghdad. This systematic and illegal abuse, Taguba reported, was perpetrated by members of the 320th Military Police Battalion, and also by members of the American intelligence community. There was considerable evidence to support the allegations, Taguba added, including "detailed witness statements and the discovery of extremely graphic photographic evidence"; the photographs, which were taken by American soldiers while the abuse was going on, were not included in the report, Taguba said, because of their "extremely sensitive nature." Here are ten of those photographs; we have digitally obscured some details.**

- 7
- Tweet 0
- +1

- Print
- More

### Share

Close
- Tumblr
- Reddit
- Linked In
- Email



A female American soldier points at a hooded and naked Iraqi prisoner.

EXHIBIT  63
TO DECLARATION OF
WILLIAM LIVINGSTON

Case 2:09-cv-04607-MMB   Document 181-90   Filed 05/14/13   Page 2 of 3



- 1
- 2
- 3
- 4
- 5
- 6
- 7
- 8
- 9
- 10

THE
NEW YORKER

SHARE AND
SUBSCRIBE

- 11

Close

1.   1
2.   2
3.   3



4.    4



5.    5



- 7
-  Tweet  0
- ℞ +1
-
- Print
- More

## Share

Close
- Tumblr
- Reddit
- Linked In
- Email

### Related Links

- Seymour M. Hersh: Torture at Abu Ghraib
- More on Iraq



THE
NEW YORKER
Now with print, digital and online
archive access!

FREE TOTE BAG!

SUBSCRIBE NOW

- E-Mail