

### Highlights
**Drones for 'Regime Protection'**
P. Giraldi on what drones mean for Karzai, Maliki, & Assad
**George Bush or Kimberly Rivera?**
Who served their country better? asks Amy Goodman
**WSJ's Op-Eds Needs Fact-Checkers**
On foreign policy, they write fiction, says Stephen Walt

### Quotable
The constitution vests the power of declaring war in Congress; therefore no offensive expedition of importance can be undertaken until after they shall have deliberated upon the subject and authorized such a measure.

– George Washington

Original | Letters | Blog | US Casualties | Contact | Donate

Home
Antiwar Radio
Who We Are
LAST 7 DAYS
MON  THU
TUE  FRI
WED  SAT
SUN
PREVIOUS DAYS
Search
Regional News
Select a country

February 16, 2006

# The Abu Ghraib Prison Photos

## New Abu Ghraib Abuse Photos

*released February 15, 2006 by Australia's Special Broadcasting Service TV*

CLICK ON IMAGE FOR BIGGER PICTURE



Quotes
Free Newsletter
Shop Antiwar.com
Reprint Policy
Submission Guidelines
RSS

*Antiwar*.com
A Division of the
RANDOLPH BOURNE
INSTITUTE

EXHIBIT 64
TO DECLARATION OF
WILLIAM LIVINGSTON



The Abu Ghraib Prison Photos -- by news
Case 2:09-cv-04607-MMB   Document 181-91   Filed 05/14/13   Page 3 of 3
Page 3 of 3










**earlier Abu Ghraib photos**



**comments on this article?**

**send them to backtalk!**
**[visit backtalk!]**

**Back to the Antiwar.com Home Page**

Reproduction of material from any original Antiwar.com pages
without written permission is strictly prohibited.
Copyright 2013 Antiwar.com