

"Only 3 percent of American adults who are smartphone owners say their biggest concern about losing their phone is that their inappropriate pictures or text messages could be exposed," the company said in a release.

"This number is shockingly low when you consider that 69 percent of smartphone owners have lost their phone," and with more than 1 in 5 admitting to taking or receiving racy photos.

Among the company's suggestions (aside from using its software or that of another company's):

- Turn-off your text message pop-ups, "so people nearby don't get a peek at any photos or texts you don't want seen."
- "Set a passcode and make it strong. It's the first defense for keeping prying eyes out of your personal business."
- Lookout or similar software can help you "find your missing phone or remotely lock and wipe your photos and contacts (so your private lives stay private)."





**Related stories:**

- Teacher of year accused of sexting with teen
- You are naked on the Internet
- Your naughty pictures are loose on the Web: Now what?
- Top 5 other cheaters caught by tech

Check out Technolog, Gadgetbox, Digital Life and In-Game on *Facebook*, and on *Twitter*, follow Suzanne Choney.

Tags: TODAY Tech, sexting, phones



**More from TODAY.com**
Parents: Police removed our child after we sought second medical opinion
Kevin Spacey 'photobombs' woman's picture while out for a jog
Blake Shelton and Adam Levine feud on 'The Voice'
Kanye West tweets 'June Eighteen,' deletes all the rest
Think money can't buy happiness? Think again

**Around the Web** [?]
The Most Dangerous Toys of 2012 (First to Know)
How to Turn Old Bottles into Picture Frames (DIY Network)
Don't Buy an Electric Car (Fox Business)
Kate Middleton Buys a Baby Bassinet | Pictures (POPSUGAR Celebrity)
5 Things I Wish Single Mothers Would Shut Up About (Parent Society)

About TODAY   Contact us   Heard it on TODAY?   Mobile site        News   Entertainment   Food   Health   Money   Pets   Moms   Style   Travel   Books   KLG & Hoda   Video

Ads by Google

**Apartments For Rent**
www.ForRent.com
Find Your Perfect Apartment Here! Search By Type, City, State & More.





Advertise | AdChoices

Ads by Google

**Catholic Match**
www.CatholicMatch.com
The largest Catholic singles site. Free profile. Meet people near you.



