

EXHIBIT 70
TO DECLARATION OF
WILLIAM LIVINGSTON

**LIMITED TIME ONLY!** Take the AARP Driver Safety online course for only $5 during the month of May. Use promo code OAM2013

GET STARTED >>

AARP DRIVER SAFETY
TOYOTA
This program is supported by a generous grant from Toyota to AARP Foundation.

**DISCOUNTS & BENEFITS**
From companies that meet the high standards of service and quality set by AARP.

Members receive a 20% discount on all arrangements from Teleflora.

Members can save 10% off all Amazon Kindle e-readers and the Kindle



*Keep flirtatious text messages brief — Photo by Jim Bastardo*

has seen and heard it all when it comes to sexting, including a wife who enjoys sexting her husband while he's traveling on business, telling (and showing) him what he's missing at home. While this may surprise some, Blake's not surprised at all.

"It's a misnomer that the biological changes of aging have to lead to a decrease in sexuality and sexual experience," she says.

Whether they're single and casually dating, married, or in long-term relationships, "Boomers want sexual activity," Blake explains. "They want to flirt. It makes them feel lively and young."

**Fan the flame.** New to sexting? "Sexpert" Genie James recommends texting a quick love note to your sweetie during the day. Some of her favorites are, "Love you most," or "I still want to go to the prom with you!"

Next: **Text away your inhibitions.** »

**Topic Alerts**
You can get weekly email alerts on the topics below. Just click "Follow."

Manage Alerts

Love and sex — Follow     Dating — Follow

1  2  3  4  Next »

**Related**
- 11 tips for social networking safety. Read

○ Are you kidding? Answer

**Home & Family TOOLS**



Caregiving Resource Center

Care Provider Locator

Long-term Care Calculator

See All Tools »

**Most Popular ARTICLES**

Viewed

1. Know the Truth About Sex After 50?
2. 6 Ways Porn Can Hurt Your Sex Life
3. Sleep Apnea Can

Adult Sexting on the Rise - Safe Sexting Tips and Advice for Boomers - AARP

- Do you have what it takes to date a younger man? **Read**
- Rekindle the romance in your relationship. **Read**
- Quiz: How healthy is your sex life? **Do**

Print | Bookmark | Share | in Share

### We recommend

- Treating Erectile Dysfunction — Without the Little Blue Pill
- The Takeaway: Sexting; Sandwich Generation; Olive Oil
- I'm 63, She's 37. How Young Is Too Young?
- The #1 Reason Why Men and Women Over 50 Cheat (It's Not What You Think!)
- Photo Gallery: What 50 Looks Like
- Older Men Still Want More Sex

### From around the web

- The Kissing Game: 7 Techniques to Drive Him Wild  mydailymoment
- How Long Does LASIK Last?  lasikplus
- The One Smell Women Can't Resist  nick mom
- Maximize Your Pleasure  youbeauty
- VIDEO: Watch Burning Love, the funniest show on the web. Watch Now.  yahoo! screen
- The Washer Cleans Your Clothes, These Tips Keep Your Laundry Room Clean  scotch-brite

Ruin Your Sex Life
4. The Truth About Relationships
5. Sex After 65 Linked to Happiness
6. Are You Normal?
7. The Best Sex of Your Life
8. Talking to Your Adult Kids About Privacy
9. Rev Up Your Sex Drive
10. Interracial Marriage Then and Now

Recommended
Commented

Fire tablet.

Members can save up to $525 on vacations from AARP® Travel Center powered by Expedia®.

Members receive exclusive member benefits & affect social change. Join Today

See All »

### WEBLETTER

Best of AARP in Your Inbox

Sign up for the latest games, recipes, money tips, health trends and more!

[Enter your email]   **SUBSCRIBE**

View Sample Newsletter  |  Privacy Policy

### BEING SOCIAL

**Friends' Activities** | Twitter Activities

9 Nasty Things to Throw Away Today
43 people recommended this.

22 Things You Should Never Do Again After 50
1,146 people recommended this.

Top 5 Regrets of the Dying
2,662 people recommended this.

10 beneficios del aceite de oliva
5 people recommended this.

Superheroes Celebrate 50th Anniversary!
3 people recommended this.

Member Spotlight: Olive Partridge Still

### From The EXPERTS

See All Experts »

Are You the Jealous Type?
Take our quiz and find out. **Read**

Ask Pepper | More From Pepper

Dr. Pepper Schwartz | *Relationship Expert*

PAID DISTRIBUTION

### Tell Us What YOU THINK

You must be signed in to comment. Sign In | Register



Adult Sexting on the Rise - Safe Sexting Tips and Advice for Boomers - AARP

www.TelevisionFanatic.com
Turn Your Computer into a TV! Watch Full TV Episodes w Free App

| AARP | Experts | Tools | Community | Newsstand | Videos | AdChoices | Blog | Mobile |
|---|---|---|---|---|---|---|---|---|

| DISCOUNTS | JOB RESOURCES | SOCIAL SECURITY AND MEDICARE | AARP FOUNDATION | HAVE FUN | WHO WE ARE |
|---|---|---|---|---|---|
| AARP Discounts | Job Hunting Tips | Doughnut Hole Calculator | Donate | Entertainment | About AARP |
| Directory of Benefits | Job Search Tool | | Housing | Games | My Community Page |
| Everyday Savings Center | Start a Business | Medicare & Medicaid News | Hunger | Horoscopes | Asian Community |
| Hot Deals | Work Reimagined | Social Security Benefits Calculator | Income | Quizzes | Black Community |
| Member Benefits | LIFE REIMAGINED | | Isolation | Sweepstakes | Careers at AARP |
| | About Life Reimagined | Social Security News | Legal Advocacy | Travel | Contact Us |
| MEMBERSHIP | How It Works | Social Security Q&A | Planned Giving | Dating | En Español |
| Join | | | | | |
| Member Benefits | FOR PROFESSIONALS | You've Earned a Say | TAKE ACTION | READ, WATCH, LISTEN | FIND IT |
| Member Value Statement | AARP International | | Be an E-Advocate | AARP Bookstore | See Our A to Z Index |
| | Advertise With AARP | CAREGIVING | Create the Good | AARP Bulletin | |
| Print Your Card | Community | Caregiving Resource Center | Donate | AARP The Magazine | AARP is a nonprofit, nonpartisan organization that helps people 50 and older improve the quality of their lives. |
| Renew | Leaders/Livable Communities | Care Provider Locator | Experience Corps | Blog | |
| Update Your Info | Government Watch | Long-Term Care Calculator | Life@50+ Expo | Digital Newsstand | |
| | NRTA | | Tools | Music | |
| INFORMATION FOR YOU | Public Policy Institute | YOUR HEALTH | Volunteer | Radio | |
| AARP in Your State | Press Center | Brain Health | | TV | |
| Driver Safety | Public Policy | Health Care Law | | Videos | |
| Government Watch | Research | Health Law Guide Tool | | Webinars | |
| Tax-Aide | | Health Products | | | |
| Where AARP Stands | | | | | |

Sitemap | RSS | Your Privacy Rights – Privacy Policy | Terms of Service | Copyright Information