

« Army: No foul play in death of soldier on Skype

Snow drought that hammered ski resorts now targets farmers »

May 07, 2012

# Demand for photo-erasing iPhone app heats up sexting debate

By Natalie DiBlasio, USA TODAY

Updated 2012-05-07 10:56 AM

Did "sexting" just get safer? Maybe, but probably not.

A free and increasingly popular iPhone app called Snapchat allows users to take a picture, send it and control how the message is visible – between 1 and 10 seconds.


▶ CAPTION                    By Steven Senne, AP

After that, the picture disappears and if the recipient tries to use an iPhone feature that captures an image of whatever is on the screen, the sender is notified, *The New York Times* reports.

The *Times* asked Michael Fertik, chief executive of Reputation.com, an online reputation management service, whether people could feel secure on Snapchat. He says it adds hurdles for those who want to breach the confidentiality of an image exchange.

"We know that friction is a very powerful tool to deter people from taking things that are meant to be private and sharing them," Fertik said. "It's probably impossible to completely deter people, but adding friction in a second-to-second environment — like sexting — can be very powerful."

## About Doug Stanglin

Doug is an unrepentant news junkie who loves breaking news and has been known to watch C-SPAN even on vacation. He has covered a wide range of domestic and international news stories, from prison riots in Oklahoma to the Moscow coup against Mikhail Gorbachev. Doug previously served as foreign editor at USA TODAY. More about Doug

## About Michael Winter

Michael Winter has been a daily contributor to On Deadline since its debut in January 2006. His journalism career began in the prehistoric Ink Era, and he was an early adapter at the dawn of the Digital Age. His varied experience includes editing at the *San Jose Mercury News* and *The Philadelphia Inquirer*.

## Fan On Deadline on Facebook

Also: Follow On Deadline on Twitter



EXHIBIT 71
TO DECLARATION OF
WILLIAM LIVINGSTON

Although the app's description in the Apple App Store does not mention "sexting," Apple has designated the app as being for users 12 and older, warning of "mild sexual content or nudity."

According to a study by the Pew Research Center's Internet and American Life Project that is due out later this year, 6% of adult Americans admit to having sent a "sexually suggestive nude or nearly nude photo or video" using a cellphone. Another 15% have received such material. Three percent of teens admit to sending sexually explicit content, the *Times* reported.

Even if a Snapchat image is set to vanish after a few seconds, there's nothing to stop someone from taking a photograph of his smartphone screen with another camera, the newspaper reported.

The app is currently available only for the iPhone, but multiple posts on the Snapchat Facebook page request a development for Android phones.

Shapshot itself doesn't guarantee the security of sent photos.

The app's privacy policy states that although it attempts "to delete image data as soon as possible after the message is transmitted, we cannot guarantee that the message data will be deleted in every case. Consequently, we are not able to guarantee that your messaging data will be deleted in all instances. Messages, therefore, are sent at the risk of the user."

Snapchat isn't the first app to help people do things they probably shouldn't on a smartphone, the *Times* reported. After Tiger Woods' texting scandal, a company called Tigertext created an app that allows users to recall messages and set them to self-destruct.

When asked about sexting among teenagers, Amanda Lenhart, senior research specialist with the Pew Research Center, said to the *Times*: "What motivates teens is what motivates anyone who does this: You want to be in a relationship, you want to be desired, you want to be cool, or wild." She added: "Solving the problem is always a bit of an arms race; we have technology that allows us to do something, then we have to create the technology to help protect us."

**And:** See raw On Deadline documents on Scribd



Advertisement

**Subscribe to On Deadline**

Subscribe to **On Deadline** via RSS
[Subscribe]

Sign up for **On Deadline** e-mail alerts
[                    ] [Subscribe]

Delivered by FeedBurner

**Blogroll**

- ABC News
- BBC News in depth
- Buzzfeed
- CBS News
- CNN
- Drudge Report
- FARK.com
- Fox News' On the Scene blog
- Google News
- Government Executive's Earlybird
- Hugh Hewitt
- Los Angeles Times
- Memeorandum
- MSNBC most popular stories
- National Public Radio
- Newseum: Today's front pages
- NPR's The Two-Way
- Reuters
- Salon
- Slate
- Talking Points Memo
- Technorati
- The Daily Dish
- The Daily Kos
- The Huffington Post
- The Lede
- The New Republic
- The Plum Line
- The Times of London

**More from USATODAY**

- Backlash over ban on strapless dresses
- a little more about charles schwab
- Photo App of the Week: Snapseed for Android

**More from the web**

- Infographic: How Criminals Guess Your PIN  *(Tech Page One)*
- Law on Locking-Blade Pocket Knives  *(eHow)*
- Beanie Sigel Sentenced for Rx Drug Possession  *(The Fix)*
- Three Teen Girls Charged For

- **Leading Ottawa Child Prostitution Ring** *(TheGloss)*
- **Woman Tasered After 'Trying to Buy Too Many iPhones'** *(CIO)*

- The Weekly Standard
- Wall Street Journal
- Yahoo! News top stories

[?]

PREVIOUS
« Army: No foul play in death of soldier on Skype

NEXT
Snow drought that hammered ski resorts now targets farmers »

*To report corrections and clarifications, contact Standards Editor **Brent Jones**. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com.*

USA TODAY is now using Facebook Comments on our stories and blog posts to provide an enhanced user experience. To post a comment, log into Facebook and then "Add" your comment. To report spam or abuse, click the "X" in the upper right corner of the comment box. To find out more, read the FAQ and Conversation Guidelines.

---

7 comments ▼      Add a comment

Add a comment...

☑ Post to Facebook      Posting as Bill Livingston (Not you?)

**Erik Crudele** · ★ Top Commenter
If you are worried who might see the picture, DON'T SEND IT!!!
Reply · 👍 6 · Like · Follow Post · May 7, 2012 at 10:43am

Add a Reply...
Posting as Bill Livingston (Not you?)

**Paul Rossi** · Westport, New York
reminds me of the joke, why do people have sex lying down? So the puritans won't think that they're dancing.... how about if all this time, energy, money and brainpower were spent on some of our more important social issues?
Reply · 👍 1 · Like · Follow Post · May 7, 2012 at 11:11am

Add a Reply...
Posting as Bill Livingston (Not you?)

**Ryan McKee** · 🔊 Follow✓ Following · 24 years old
I find it hard to believe that only 6% of people have sent a nude/sexual picture. When it all boils down to it though, half the world has a penis and half the world has a vagina. Why is it such a big deal to see another persons?
Reply · 👍 1 · Like · Follow Post · May 7, 2012 at 11:05am

**Shandra Jackson-Bohley** · ★ Top Commenter
I totally agree with you Ryan. I must be getting old but I do not see the appeal of sending or receiving a "dirty or naked" pic of myself. It's like the line in Kindgergarten Cop " boys have penises, girls have a vagina". A picture just doesn't do it for me.
Reply · Like · May 7, 2012 at 11:51am

**Iam Freedom** · 🔊 Follow✓ Following · ★ Top Commenter · Anti-propganda squad at The American People
Everyone has their ways to get off.
Reply · Like · May 7, 2012 at 12:10pm

**Ryan McKee** · 🔊 Follow✓ Following · 24 years old
Shandra Jackson-Bohley I didnt meant that I dont understand why people like it, I meant I dont understand why people think it is such a big deal that people do it and like it.
Reply · Like · May 7, 2012 at 1:33pm

Demand for photo-erasing iPhone app heats up sexting debate

