

TRENDING TOPICS: RIP Chris Kelly | The Chatterati: Blacks on Twitter | Quote of the Day | Blackest White Folks | 100 Amazing Facts About the Negro | Ask Demetria | Tracing Your Roots | The Root 100 | Black History Facts | Your Race Questions Answered

# Practice 'Safe Sexting' With SnapChat

**Tech2Go:** This useful app makes sure those racy text messages don't last forever.

By: Stephanie Humphrey | Posted: May 22, 2012 at 12:51 AM

(*The Root*) -- While I'm sure the laundry list of politicians and celebrities who *wish* they had known about this app is a mile long, anyone who wants to make sure that their sexy smartphone pictures go no further than the intended recipient would be wise to download SnapChat.

If you've been looking for a way to enjoy "safe sexting," your wish may be fulfilled with this app.

The concept behind the photo-sharing service is that you can send pictures to someone and control how long that person gets to see them. The photos will last on the recipient's phone only for up to 10 seconds before they self-destruct. And if that person tries to take a screenshot of the picture, the sender gets an alert. Genius, right?

Thinkstock

SnapChat co-founder Evan Spiegel insists that the app was not primarily intended for those who require a little more discretion in their communication. The idea is that some information just wasn't meant to last forever, and the temporary nature of this type of photo sharing would encourage people to share more. Spiegel will admit, however, that the app was "partially inspired" by the Anthony Weiner scandal last spring.



Whatever its original purpose, SnapChat could definitely come in handy in a variety of different situations. It's free for iPhone, and there's an Android version on the way. And if you still feel the need to leave a more lasting impression, you can always send your texts the old fashioned way -- but of course, let the sender beware!

*Follow tech-life expert Stephanie Humphrey on Twitter.*

*Like* The Root *on Facebook.* *Follow us on Twitter.*

Tags: Anthony Weiner | SnapChat | Tech2Go | android | apps | best new apps | best new apps 2012 | iPhone | new apps | scandal | sexting | sexting apps | smartphone | text messages | texting apps | Culture



Most Popular | Most Shared

**1** Rihanna: Cyberbully?

EXHIBIT 72
TO DECLARATION OF
WILLIAM LIVINGSTON

COMMENT | Share | Tweet | reddit | EMAIL | PRINT

**2** Was Rapper Danny Brown Sexually Assaulted by a Fan?

**3** Why Is FBI Going After Assata Shakur Now?

**4** Antoine Dodson Goes Straight?

**Man Cheats Credit Score**
1 simple trick & my credit score jumped 217 pts. Banks hate this!
www.thecreditsolutionprogram.com

**black singles**
Meet Cute Women for a Date.
4singles.com

**Black Tea**
Huge selections of deliciously fresh black tea at great bargain price.
www.enjoyingtea.com

**Black Online Dating**
Meet Local Black Singles Near You. View Profiles 100% Free. Join Now!
www.BlackScene.com

Sponsored Links



Must-See Media   more

Stop Telling Women to Smile: The Confab | More >>

## Comments

Login/Register to post comments

Please log in to comment.

Post

**QuietThoughts**
I'd love to see an app like this for ALL documents. email, letters, photos, videos, etc.
11 Months Ago from theroot · Reply

## Comments on Twitter

**Anthony Bush**
Practice safe sexting @Hayla_Rene

http://www.theroot.com/views/practice-safe-sexting...
5 Months Ago from Twitter

**Parker Pratt**
http://www.theroot.com/views/practice-safe-sexting... hahhaha
5 Months Ago from Twitter

**Liz Garard**
Always use protection http://www.theroot.com/views/practice-safe-sexting... safeSEXT
7 Months Ago from Twitter

More

**Blogs**   more


Richard Prince

**JOURNAL-ISMS**
**TJ Holmes: I'm a Free Agent**
The ex-CNN anchor says he learned from his failed BET show, *Don't Sleep*.
(88) Comments


Tracy Clayton

**THE GRAPEVINE**
**Rihanna: Cyberbully?**
The pop singer drew criticism for her response to an online insult.
(32) Comments


Keli Goff

**BLOGGING THE BELTWAY**
**Has Obama Failed Black Americans on Jobs?**
The U.S. economy appears to rebound for everyone but African Americans.
(274) Comments



THE ROOT presents THE CHATTERATI   sponsored by TOYOTA Let's Go Places

Updated at 3:08pm

**TOP**

**01**
#spiritchat

**02**
#faithstrutt

**03**
#empowermenttemple



 

Sign up to get *The Root's* daily newsletter:

    

## VIEWS
SEE ALL VIEWS

 **Writing Black History With Scissors**
by ELLEN GRUBER GARVEY
**Your Take:** Scrapbook makers like William Henry Dorsey offer a unique look at African Americans' past.

 **Learn the Name Mahershala Ali**
by HILLARY CROSLEY
The acting vet's been around for more than a decade, but *House of Cards* might make him a household name.

 **Tracing Dad's Ancestry Without His DNA**
by HENRY LOUIS GATES JR. AND KYLE HURST, NEHGS RESEARCHER
**Tracing Your Roots:** A biracial reader wants to learn more

about her birth father's heritage.



### Why Is FBI Going After Assata Shakur Now?
by PENIEL E. JOSEPH

The first woman on the Most Wanted Terrorists list is exiled in Cuba. That may be a key reason.



### Richard Pryor Created Laughter From Pain
by JULIE WALKER

In a new documentary, Dave Chappelle, Whoopi Goldberg and others discuss the comedian's legacy.

TRENDING ON
**wp social reader** 

**12 countries where the government regulates what you can name...**

**Man accused of lying after bombings seeks release**

**Shake it up: A classic margarita for Cinco de Mayo -- or anyt...**

## THE ROOT DC

- Montgomery County chapter of Jack And Jill celebrates 50 years
- <p>At a time when the country was still
- Chris "Mac Daddy" Kelly Dies, taking a piece of 90's music history with him
- Jason Collins comes out: Come Out, Come Out Whoever You Are
- 'Long Distance Revolutionary': New film examines the life of Mumia Abu-Jamal

## NEWSONE FOR BLACK AMERICA

- Miss. Refuses Death Row Inmate DNA Test That Could Prove Innocence
- Police: Utah Soccer Referee Punched By Teenage Player Dies
- 7 American Service Members Killed In Afghanistan
- Hot 97 Deejay Mister Cee Busted Soliciting Male Prostitute…Again
- GOP Strategist: Obama 'Encouraging' Statutory Rape By Supporting Plan B [VIDEO]

## BET.COM

- This Day in Black History: May 5, 1905
- This Day in Black History: May 4, 1941
- African Americans Flex Voting Muscle
- Commentary: When a Black Girl's Science Project Goes Wrong
- Detroit's Public School Emergency Manager to Step Down

Case 2:09-cv-04607-MMB Document 181-99 Filed 05/14/13 Page 5 of 5
Safe Sexting App? SnapChat Is the Answer



Home | Politics | Culture | World | Features | Blogs | Video | Photos | Podcasts | Jobs | Business Pages
Help | Press Page | Contact Us | About Us | Advertising | Sitemap | Ad Choices | User Agreement | Privacy Policy

The Root is published by The Slate Group, a Division of the Washington Post Company.
All contents © 2011 The Slate Group, LLC. All rights reserved. User Agreement and Privacy

http://www.theroot.com/views/practice-safe-sexting-snapchat[5/5/2013 3:10:04 PM]