

# Facetime Sex - The Ultimate New Technology for Couples in Long Distance Relationships

By Robert Reznik

Everyone has heard of Facetime by now. That TV ad with the grandfather saying hi to his grandkids, the dad in a hotel watching his baby boy smile and waving at him. Facetime has brought video phone to prime time by making them easy to use and completely free. What Apple's TV ads fail to show are those lonely couples who have to painfully be apart from each other for long periods of time. Long distance relationships are hard, but Facetime might be a great tool to bring couples closer.

Lets admit it, we've all talked dirty or sent a naughty text message to our significant other at some point. On those late nights when you're in both in bed, miles away, what could be better than to see them next to you. People have used Skype chat for years on their laptops, but clunky laptops are in the way, screensavers popup, and you're in that uncomfortable position where your elbow is carrying all your weight. It's not efficient. This is where the Smart Phones like the iPhone and Adroid phones come in handy.

Imagine being on your phone, the conversation gets a little naughty, you're both in the mood, and that classic question pops up, "So.. what are you wearing?". What if, you could actually show them with just a click of a button? Facetime makes that possible and super simple: Here's how it works:

- While on the phone call, new icon appears on the phone with a camera shape.
- Click this icon
- The other caller is asked if he/she will accept your request for Facetime
- Voilà! Your partner is on your phone screen and you appear on theirs.

We have interviewed hundreds of couples with iPhones and other smart phones. Many have said they've tried Facetime Sex chat and love it. Others say they haven't but are very interested. The reality is that the technology is there. People just need to click on that icon and start using it. From those we interviewed, once they tried it they were hooked. Not only were they enjoying phone sex much more than before, they were having it more often!

Facetime Sex is the future of phone sex. Couples in long distance relationships should take advantage of it. We'll launch an instructional video soon over at our blog soon to show you how easy it is and we'll include some video tips from real couples who've tried it. If you don't have an iPhone, you can also use Android phones and Mobile Skype. Our next set of articles will cover Android and Skype as an alternative.

Robert Reznik is editor-in-chief at FacetimeSexCams.com, an adult community for Facetime Sex. Their blog covers the latest about the naughty side of Facetime and provides a friendly platform for adults to connect for Facetime Sex Chat. Sign-up for free at http://www.facetimesexcams.com

Article Source: http://EzineArticles.com/?expert=Robert_Reznik

EXHIBIT 74
TO DECLARATION OF
WILLIAM LIVINGSTON