SILVER STAR

09/11/2006



