# Real Wild Girls
## September 17, 2007

Case 2:09-cv-04607-MMB   Document 181-106   Filed 05/14/13   Page 1 of 7









Case 2:09-cv-04607-MMB   Document 181-106   Filed 05/14/13   Page 6 of 7



