# CandidCam

## September 18, 2007

<1>

2852