# Ponyboy Films

September 19, 2007









