PRIVATE

11/16/2006

19800

PLEASE
USE REAR
ENTRANCE