**Bryant** · 3 years ago

Cool stats, but at what time were you on chat roulette? I bet the composition of users changes significantly by time particularly by country (different time zones).

7 | Reply Share ›

**murat** · 3 years ago

thank you post

2 | Reply Share ›

**Jordan Flight 9** · 3 years ago

You bought a certainly valuable blog I have been here studying for about half an hour. I'm a beginner and your write-up is valuable for me. These methods are unfounded, but they say that most of their rules are only to apply to many people who overdra. I have a web page about Jordan 1 shoes, we can exchange our idea. Jordan Flight 9

1 | Reply Share ›

**omegle** · 3 years ago

teşekkürler güzel olmuş

1 | Reply Share ›

**Ivan Smith** · 3 years ago

www.barstoolcam.com offers users the option to create his/her own groups. Groups can be public or private.

Currently, the site has a World Cup theme, which seems fitting for the moment.

I like it, anyway. Fewer "naked man" surprises!

1 | Reply Share ›

**chatroulette** · 3 years ago

there is an interesting blog about Chatroulette called chatroulettepics.com

1 | Reply Share ›

**Sam** · 3 years ago

If you ever wondered how people use those fake images as their webcam image on chatroulette, there are instructions on the site chatroulettegifs.com. Pretty funny stuff.

1 | Reply Share ›

**My Locator ®** · 3 years ago

surprised benchmark, DST and Ron Conway haven't invested in this phenom.

1   |   Reply   Share ›

**John ouclous** · 3 years ago

Twitter data is what is important, this company needs to focus on Twitter data and they will be golden.

1   |   Reply   Share ›

**Kantin Bena** · 2 years ago

Lol chatxroulette.com no censure and coolest......;)

| 1   Reply   Share ›

**SEMEN** · 3 months ago

drink my cum y'all

|   Reply   Share ›

**rajender kumar** · a year ago

Great, try! tohla.in
for desi video chat.

|   Reply   Share ›

**knockoff handbags** · a year ago

Thank you so very much for taking the time
to share…very useful, indeed!

hjkkhj

|   Reply   Share ›

**Star11** · 2 years ago

http://chat.homehelper.in.ua - Chat like chatroulette

|   Reply   Share ›

**Fatginger92** · 2 years ago

dear ....,
I got banned on chatroulette. How do i make it go away. I´m not a pervert. I was set up !!!

xx yazzle

|   Reply   Share ›

**ADa** · 2 years ago

eltnews.blogcu.com

| Reply    Share ›

**sophie palmer** · 2 years ago

I would have say 90% perverts lol but you can try
http://www.celibataire.com/cha... it s for singles only

| Reply    Share ›

**webcam chicas** · 2 years ago

Seems like Chatroulette has a lot of audience and high PR now. You can also try to check this site though: http://www.sexole.com/es/webca...

| Reply    Share ›

**TonyS** · 2 years ago

76% of people on chat roulette are touching some part of their face

| Reply    Share ›

**Dom** · 2 years ago

Lots more women!!! A new site that looks great and works great its www.roundchat.com . Its better then chatroulette! I think its gonna be the next best thing!! Lots cleaner and they have some exciting updates coming soon

| Reply    Share ›

**Chatroulettegirls** · 2 years ago

Cool Statistics, the fact that 89% of chatroulette users are male is pretty weird. I have found a Chatroulette site with girls only, its called http://chatroulettegirls.com and this site was created just because 89% of Chatroulette users are male. Check it out, it's pretty cool and free!

| Reply    Share ›

**Betz** · 2 years ago

i think also skewing data is that users seeking "perverts" (ie: guys looking for girls showing boobs) should be counted in the pervert category, because they're also contributing to sexualization of the network. Nothing wrong with sex, but it's for people who want it. surely there are some users who have other interests. an interesting metric would be "how many users are only motivated by sex" and "how many users are open to non-sexual interaction" and "who are they"

| Reply    Share ›

**chatroulette** · 2 years ago

Its interesting to note that even 70-80% chatters are male still chatroulette

attracts people to it..this indicates that its not just people hanging around for girls but they are interested in random chat as well

| Reply   Share ›

**Trus1m345_** · 3 years ago

Chatroulette is changing constantly and has improved greatly. It will become the one and only dominating the random video chat service. Video chat is the future social networking.

Visit http://www.chatshock.com for more chatroulette fun and information.

| Reply   Share ›

**50cams** · 3 years ago

You can also check: http://www.50cams.com
That's one with a much better design.

| Reply   Share ›

**Ivan Smith** · 3 years ago

offers users the option to create his/her own groups. Groups can be public or private.

Currently, the site has a World Cup theme, which seems fitting for the moment.

I like it, anyway. Fewer "naked man" surprises!

| Reply   Share ›

**cutecupid** · 3 years ago

tok 2 m sm1,any1

| Reply   Share ›

**Chatroulette** · 3 years ago

the best one is here : http://www.t-chatroulette.fr
Bye

| Reply   Share ›

**denise** · 3 years ago

Hello
My name is Denise. i saw your profile today and became intrested in you,i will also like to know you more,and if you can send an email to my email address,i will give you my pictures here is my email address (deniseduncan78@gmail.com) I believe we can move from here! Am waiting for your mail to my email address above because i have alot to tell you,
Lot's of love,Miss Denise.

| Reply   Share ›

**JaySter** · 3 years ago

I think these statistics are highly dependent upon the time of use (time of: day/week/year). Probably higher rate of pervs during the day, higher rate of college students during nights and weekends, and more children on during summer.

| Reply   Share ›

---

**demiron** · 3 years ago

I tried chatroulette for a few days. Here's my additional observation:

What % of people are racists? As an asian-american it's very obvious that I'm, well, asian. Yet a surprisingly high % of people, when they first see me, will either "ching chong chang choo!!" or "NI HAO MAH!!!!!" in a very non-flattering way. Typically I will say, "Dude I'm American" at which point they will continue the ridiculous mocking of asian languages and I next them.
also check tr:chatroulette
I use the term "racist" a little loosely. I actually have stayed on to talk to a few of them and they just turn out to be somewhat "normal" people (college kids) typically from the US. What's interesting is how the interface of chatroulette seems to allow people to act out in ways they probably wouldn't do normally in society in open public (sort of like how people are more likely to act out road rage while in a car).

My anecdotal observation too (which may not be too surprising) is that the people in metro areas or those that were going to good schools typically did NOT act this way.

Read more: http://techcrunch.com/2010/03/16/chatroulette-sta...

| Reply   Share ›

---

**sonia** > demiron · 3 years ago

Nice To Meet You,
My name is Miss sonia As I whisper my prayer tonight and went into search for a nice friend at google that is(internet) I came across your contact,My mind and my heart told me to contact you for friendship, A friend who truly understand his or her friend and share their feelings together. please kindly accept my request, I believe that distance or age can never be a barrier but let's love connect us because love is a bridge that connected far distance to be close to each other, I will send my pictures to you immediately i receive your reply at my email address
sonia.koneh@live.com
yours In Love,
sonia
sonia.koneh@live.com

| Reply   Share ›

---

**sonia** > demiron · 3 years ago

Nice To Meet You,
My name is Miss sonia As I whisper my prayer tonight and went into search for a nice friend at google that is(internet) I came across your contact,My mind and my heart told me to contact you for friendship, A friend who truly understand his or her friend and share their feelings together. please kindly accept my request, I believe that distance or age can never be a barrier but let's love

connect us because love is a bridge that connected far distance to be close to each other, I will send my pictures to you immediately i receive your reply at my email address
sonia.koneh@live.com
yours In Love,
sonia
sonia.koneh@live.com

| Reply   Share ›

**yuregininsesi** · 3 years ago

I think you failed to take into account different timezones for location. Because chatroulette picks a match from around the world, the time in which you collect your data is extremely important. Thus, if you had run your experiment for longer than 2 hours across multiple days, then I'm sure you would get very different responses. Interesting statistical breakdown, regardless of how unscientific your methodology was.

| Reply   Share ›

**Sonia4koneh** > yuregininsesi · 3 years ago

Nice To Meet You,
My name is Miss sonia As I whisper my prayer tonight and went into search for a nice friend at google that is(internet) I came across your contact,My mind and my heart told me to contact you for friendship, A friend who truly understand his or her friend and share their feelings together. please kindly accept my request, I believe that distance or age can never be a barrier but let's love connect us because love is a bridge that connected far distance to be close to each other, I will send my pictures to you immediately i receive your reply at my email address
sonia.koneh@live.com
yours In Love,
sonia
sonia.koneh@live.com

1  |   Reply   Share ›

**AAA** > Sonia4koneh · 2 years ago

wtf...for real

| Reply   Share ›

ADVERTISE HERE




### LATEST ON TECHCRUNCH TV
- About.com's New CEO On How To Stay Relevant
- Keen On... Jaron Lanier: Why Entrepreneurs Need To Make Their Customers Wealthy

### LATEST IN GADGETS
- Adobe Debuts "Project Mighty" Smart Stylus For Tablets And "Napoleon," A Digital Ruler And Guide
- Sign Up Now For The Austin TC Meetup + Pitch-Off

### ALSO ON AOL TECH
- Monaco for XBLA goes full monte this Friday
- Air Microphone turns your iPhone into a wireless PA system

- Fly Or Die: Samsung Galaxy S4
- Everlane CEO Michael Preysman On Keeping An Edge Amidst The Copycats [TCTV]
- Chris Dixon On How Tech Can Turn NYC Into A Town That Makes, Not Takes [TCTV]

More on TechCrunch TV

- Nintendo Offers Smartphone App Porting Tool, But Should Be Porting Its Content To Phones Instead
- What You Need To Know About The Liberator 3D-Printed Pistol
- Tactus And Synaptics Create A Reference Tablet For OEMs With An Amazing, Disappearing Keyboard

More in Gadgets

- NetEase launches Mists of Pandaria Mahjong set
- EA obtains exclusive rights to Star Wars
- New Denon AV receivers support Apple AirPlay

More on Engadget, TUAW, Joystiq, HuffPost Tech

ABOUT | ABOUT & STAFF | ADVERTISE | JOBS | EVENTS | EUROPE | FRANCE | JAPAN | CONTACT | SUBSCRIBE RSS | Email | Twitter | Facebook

Aol Tech.

Privacy Policy | Terms Of Service | © 2013 AOL Inc. All rights reserved. | Powered by WordPress.com VIP