

ABCNEWS.COM > GMA > ENTERTAINMENT > GMA FALL CONCERT SERIES

# Even Celebs 'Do It' for Attention



By EMILY FRIEDMAN (@EmilyABC)
Dec. 21, 2007

While many may shudder in disgust at the thought of their most intimate moments getting caught on tape, others willingly welcome cameras into their bedrooms with almost no hesitation at all.

Even celebrities -- who spend countless hours in front of cameras -- just can't seem to get enough of the limelight.

But on more than one occasion these private tapes have been made public -- from Paris Hilton's infamous sex-tape scandal to the latest footage faux past: reputedly "raunchy" tapes made by celebrity ex's Kate Moss and Pete Doherty.

Supermodel Moss is reportedly trying to prevent ex-boyfriend Doherty from releasing personal video tapes they filmed together before they broke up this past summer, according to the New York Post.

The paper reported that Moss said she'd be "horrified" if the tapes were leaked to the press, and added that she always thought the "raunchy" footage would be kept private.

Moss follows a long line of homemade celebrity pornography, such as Colin Farrell, who sued ex-girlfriend and Playboy playmate Nicole Narain after she attempted to release a sex tape of the duo.

And it's hard to forget Paris Hilton, whose sex tape with ex-boyfriend Rick Salomon is believed to have catalyzed the heiress's present-day fame.

Despite such a likelihood that these private tapes will one day be made public -- be it by a disgruntled ex or a YouTube-happy friend -- both celebrity and noncelebrity couples still can't help themselves from pressing "record."

**Couples Make Sex Tapes More Often Than You'd Think**

"There are more people than you would imagine who live next door to you or down the block that have at least taken pictures of themselves having

EXHIBIT 77
TO DECLARATION OF
WILLIAM LIVINGSTON

sex," said Judy Kuriansky, clinical psychologist and author of "An Idiot's Guide to a Healthy Relationship."

"It's more common than you think."

Making sex tapes isn't anything new, said Kuriansky, who said it's been going on for at least 20 years, and even before then couples would commonly send each other nude photos of themselves posing.

"It's fairly common, even if it's with your own little camera at home, [for couples to make sex tapes]," said relationship expert Bethany Marshall. "With YouTube and MySpace and the Internet in general, everyone thinks they can be famous for a day – sex tapes fulfill that fantasy."

Attention is the primary reason more sex tapes are produced, several psychologists told ABC News. Everyone enjoys being in the spotlight and feeling special, even if it's only caught on their personal camcorder.

"Exhibitionism and voyeurism are components of the sexual drive," said Marshall, who added that couples are more likely to make these kinds of tapes early in their relationship. "At the beginning couples tend to experiment more -- they want to feel like rock stars and they want to feel special."

**Is the Chance of Embarrassment Worth It?**

While the sex tape of an average couple isn't likely to get plastered across the front pages of popular gossip magazines, celebrities who record their bedroom antics do run the risk of being exposed.

But stars aren't fazed by the prospect that their tapes will become public, said Geoffry White, a celebrity psychologist in Los Angeles who attributes this to a celebrity's feeling of invincibility.

1 | 2   NEXT PAGE

**MORE FROM ABC NEWS**
- Paris Hilton Sues Web Site for Exploiting Her Fame
- Porn in Hi-Definition: Too Much Detail?
- Should Sites Exploit Private Affairs of Celebs?
- Porn Factor: Why Erotic Movies Won't Decide Next Gen DVD War

**RELATED TOPICS:** Kate Moss, Colin Farrell, Paris Hilton

Follow @abc   on Twitter, become a fan on Facebook

↑ Top

Email | Print | Share

## Comment & Contribute

Do you have more information about this topic? If so, please **click here** to contact the editors of ABC News.

POST YOUR COMMENT

💬 View All Comments (13)

💬 View All Comments (13)