# **Mail** Online

# The Skype is the limit! Sex toy that connects to laptop lets couples hit the big O from a distance (... and it's a novel use for your Nintendo Wii remote)

- **Mojowijo vibrator is controlled by the other partner using games console remote**

By Deborah Arthurs

**PUBLISHED:**06:28 EST, 9 May 2012| **UPDATED:**04:03 EST, 10 May 2012

Put the Rampant Rabbit away - there's a new vibrator in town. The Mojowijo is the very latest in sex toy technology -  and it could transform the way that long-distance couples communicate forever.

Billed as the toy that has transformed cybersex, the Mojowijo vibrator can be connected wirelessly to a laptop and controlled remotely, meaning that those forced to say goodnight via Skype could now see their late night calls suddenly spiced up.

The Mojowijo is a sex toy of two parts - one, a traditionally shaped pink vibrator for the ladies, the other, a blue ring-shaped device.



The ultimate long-distance sex toy? The Mojowijo is billed as the latest in cybersex technology

Both attachments are fitted to a handle that can be attached to the accessory port on a Nintendo Wii remote control.

EXHIBIT 79
TO DECLARATION OF
WILLIAM LIVINGSTON

Case 2:09-cv-04607-MMB Document 181-114 Filed 05/14/13 Page 2 of 7

Using the firm's patented Motion2Vibration technology, the device is able to transform the movements performed by each user into vibration signals and send them to another selected device – either in the same room or over the internet.

Couples simply download the appropriate software, dial into each other's laptops using Skype, and the presence of both Mojowijos is picked up.



**Mojowijo say their 'body massagers' have been popular with couples forced to spend long periods apart**

Using the motion of their own remotes, the users can then play with the settings on their partner's vibrator, upping the frequency or taking it down as required. So the more one partner moves their wand, the more the other partner's will vibrate.

One couple forced to spend six months apart due to work commitments say the Mojowijo has transformed their relationship. Amelia, 33, said: 'My partner has been working in America for the past six months, and we've been communicating by Skype.

'But there is only so long you can keep a spark going in a relationship without physical contact.

'These gadgets have really injected new life into our calls. The brilliant thing is that it is not just purely a masturbatory experience.

'We can control each other's device by moving our own - and it's that element that makes it so good.

'We feel so connected, even though we are on the other side of the world.'

The company is not the first to dip a toe into the world of so-called 'teledildonics', but is probably the most successful to date.

Case 2:09-cv-04607-MMB Document 181-114 Filed 05/14/13 Page 3 of 7

Of their invention, the company says: 'The motions of one device are transformed into vibrations in the other, literally allowing you to share the mojo with anyone, anywhere in the world.'

'Couples in close relationships but separated by distance for long durations have been the most vocal and are looking to Mojowijo to bring intimacy back into their relationships or just keep them going even stronger when distances keep them apart.'



**Innovative: The site claims the product is a world first**

## WATCH A TUTORIAL ON MOJOWIJO HERE:

Case 2:09-cv-04607-MMB   Document 181-114   Filed 05/14/13   Page 4 of 7



## MOST READ NEWS

- Previous
- 1
- 2
- 3
- 4
- Next


- Pictured: Bride-to-be was killed along with four of her...


Meet the Japanese model who has spent over $100,000 on...


Family of mother of two who died just days after undergoing...

Case 2:09-cv-04607-MMB   Document 181-114   Filed 05/14/13   Page 5 of 7



- The great global food gap: Families around the world...



- Has blabbermouth Harry given the game away? Prince 'tells...



- What did the children who went to school WITHOUT homework or...



- A cure for grey hair? Scientists say they will soon able to...



- McDonald's burgers without buns and a small plate of...



- Pictured: Boston bombing suspect's widow appears carefree as...



- 'Waffle House lost a loyal customer': Two children's...

Case 2:09-cv-04607-MMB   Document 181-114   Filed 05/14/13   Page 6 of 7

 Shut up, one is trying to act! Queen Helen storms out of...

 Terror in the sky: Photographer captures moment plane's...

## Comments (31)

- Newest
- Oldest
- Best rated
- Worst rated

View all

Ok I am so going to buy a Nintendo :-)))

- Monique ; United Kingdom, 10/5/2012 21:17

Click to rate_Rating  7

Report abuse

Holy skypers, I'm wondering if I could buy a bunch of these and turn it into a multiplayer event.

- Dougmcp , Roseville, CA. USA, 10/5/2012 18:42

Click to rate_Rating  18

Report abuse

So what exactly is wrong with talking seductively to each other while you each do what you need to? Why do you need a weird gizmo? This is basically phone s*x for the unimaginative... boring... NEXT!

- The truth hurts , Who cares?, 10/5/2012 17:31

Click to rate_Rating  9

Report abuse

Did Charles Babbage mean it to all end up like this?

- Chris Allan , The Menagerie, 10/5/2012 16:14

Click to rate_Rating  1

Report abuse

You've got to be pretty odd to use this...

- Angel , Wilts, 10/5/2012 15:49

Click to rate_Rating  6

Report abuse

My hubby has only just got the hang of sky+ and texting this article made me laugh so much at the thought of him trying to work it out for himself when his usual go to for IT advise is one of the kids, will have to let this new tech pass us by I'm afraid

- nutt73 , manchester Uk, 10/5/2012 13:05

Click to rate_Rating  8

Report abuse

I wish this had been around about thirty years ago. Now we have been told that everything, on the internet is going to be recorded for ever, then I'm glad I have nice memories of my conversations long ago.

- JohnT , UK, 10/5/2012 12:43

Click to rate_Rating  3

Report abuse

Very definitely a BAD idea if you think about it. Can you imagine your intimacy with someone floating around the internet and being recorded for ever.

- JohnT , UK, 10/5/2012 12:36

Click to rate_Rating  8

Report abuse

My wife's birthday is next week. PRESENT SORTED - Ollie Talbot, Hale United Kingdon --------------- No. I think you mean that's YOUR PRESENT SORTED.

- Fembot , UK, 10/5/2012 10:34

Click to rate_Rating  9

Report abuse

If every word we write on facebook is stored forever, how long before we learn that Skype keeps records too?

- Beachcomber , A nice spot, 10/5/2012 09:04

Click to rate_Rating  9

Report abuse

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.