

May 6, 2013

# FBI Sexting: Leaked Disciplinary Report Details Bureau Employees Behaving Badly

Posted: 02/22/2013 4:42 pm EST | Updated: 02/22/2013 4:57 pm EST



They're flashing more than just their badges.

CNN managed to get a hold of some juicy FBI disciplinary reports, which they published Friday for the public's perusing pleasure.

The reports, marked "not for public dissemination," had been emailed to all FBI employees, with the intent "to educate employees about the Bureau's standards of conduct and to aid employees in steering clear of ethical pitfalls."

One of those pitfalls? Sexting. Lots and lots of sweet, sweet sexting.

FBI assistant director Candice Will told CNN earlier this week that the FBI is experiencing a "rash of sexting," with employees sending each other sexually explicit messages and photos with their Bureau-issued BlackBerries.

Not that sexting is the only issue going on behind the scenes at the Bureau -- the reports detail acts such as buying sexual favors from a "massage parlor," pointing a gun at a dog and even looking at child porn.

Some of the lurid highlights, and the punishments received:

"Employee e-mailed nude photograph of herself to ex-boyfriend's wife. Ex-boyfriend and wife reported the incident to local police. Employee failed to cease contact with ex-boyfriend and wife after twice being ordered to do so by supervisor and Chief Security Officer." (10-day suspension)
"Employee used personal cell phone to send nude photographs of self to several other employees." (10-day suspension)
"Employee visited a massage parlor and paid for a sexual favor from the masseuse." (14-day suspension)
"During an argument with spouse, Employee broke spouse's e-reader in half and pointed unloaded gun at dog's head while dog was sitting in spouse's lap." (45-day suspension)
"Employee was involved in a domestic dispute at mistress' apartment, requiring police intervention ... Employee refused to relinquish his weapon, making it necessary for the officers to physically subdue him." (45-day suspension)
"Employee hid a recording device in supervisor's office." (Fired)
"Employee used a stranger's lost or stolen debit card to purchase gasoline and attempted, on repeated occasions, to withdraw money from the person's bank account at two ATM machines. Employee was caught on surveillance video." (Fired)
"When caught in sting operation, Employee admitted purchasing and viewing DVDs of naked boys." (Fired)

Click here to read the full reports.

HuffPost Justice reporter Ryan Reilly told HuffPost Live that the issue of sexting is not quite as rampant as the report may lead one to believe.

"There are thousands and thousands of employees within the FBI," Reilly said, "it's not a massive, massive problem."

Nevertheless, Candace Will's comments to CNN demonstrate that the FBI is none too pleased with the developments.

"When you are given an FBI BlackBerry," she told the network, "it's for official use. It's not to text the woman in another office who you found attractive or to send a picture of yourself in a state of undress."

The FBI's motto is "Fidelity, Bravery, Integrity."

*Filed by Hilary Hanson |*

VIEW ALL USER COMMENTS ▼

EXHIBIT 83
TO DECLARATION OF
WILLIAM LIVINGSTON