## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| THE HONORABLE ERIC H. HOLDER, JR., Attorney General, | ) DEFENDANT'S MOTION TO ) EXCLUDE THE TESTIMONY ) OF DANIEL LINZ, MICHELLE ) DROUIN, AND MARC ZIMMERMAN |
| Defendant. | ) |

Pursuant to Fed. R. Evid. 702, Defendant hereby moves, *in limine*, to exclude the

testimony of Plaintiffs' proposed experts, Daniel Linz, Michelle Drouin, and Marc Zimmerman,

on the subjects identified in their respective expert reports, on the grounds that the proposed

testimony of these individuals is inadmissible under the applicable standards for expert

testimony. In further support of this Motion, Defendant offers the accompanying Memorandum

of Law, exhibits filed herewith, and the entire record in this case.

Dated this 15th day of May, 2013.          Respectfully submitted,

> STUART F. DELERY
> Acting Assistant Attorney General
> ZANE DAVID MEMEGER
> United States Attorney
> ANTHONY J. COPPOLINO
> Deputy Director, Federal Programs Branch
>
> /s/ Héctor G. Bladuell
> HÉCTOR G. BLADUELL
> JAMES J. SCHWARTZ
> NATHAN M. SWINTON
> KATHRYN L. WYER
> U.S. Department of Justice, Civil Division
> 20 Massachusetts Ave., N.W., Washington, DC
> Tel. (202) 514-4470 / Fax (202) 616-8470
> hector.bladuell@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Motion has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: May 15, 2013                     /s/
                                        Héctor G. Bladuell