# DROUIN EXHIBIT 6



# SEX AND TECH

## RESULTS FROM A SURVEY OF TEENS AND YOUNG ADULTS



The National Campaign
to Prevent Teen and Unplanned Pregnancy



COSMOgirl.COM

# SEX AND TECH →

## RESULTS FROM A SURVEY OF TEENS AND YOUNG ADULTS

In an effort to better understand the intersection between sex and cyberspace with respect to attitudes and behavior, The National Campaign to Prevent Teen and Unplanned Pregnancy and *CosmoGirl.com* commissioned a survey of teens and young adults to explore electronic activity. This is the first public study of its kind to quantify the proportion of teens and young adults that are sending or posting sexually suggestive text and images.

The survey of those ages 13-26 was conducted by TRU, a global leader in research on teens and 20-somethings. The survey was fielded online to a total of 1,280 respondents—653 teens (ages 13-19) and 627 young adults (ages 20-26)—between September 25, 2008 and October 3, 2008.

Please visit *www.TheNationalCampaign.org/sextech* for additional data from the survey, relevant tips for teens and parents, and other related materials. Visit *CosmoGirl.com* for teen perspectives on sending and receiving sexually suggestive content. (For more information on the survey, please see page 5.)

## KEY FINDINGS

**Note:** Unless otherwise stated, *teen* means ages 13-19 and *young adult* means ages 20-26.

**A significant number of teens have electronically sent, or posted online, nude or semi-nude pictures or video of themselves.**

*How many teens say they have sent/posted nude or semi-nude pictures or video of themselves?*

➜  20% of teens overall
➜  22% of teen girls
➜  18% of teen boys
➜  11% of young teen girls (ages 13-16)



**Sending and posting nude or semi-nude photos or videos starts at a young age and becomes even more frequent as teens become young adults.**

*How many young adults are sending or posting nude or semi-nude images of themselves?*

➜  33% of young adults overall
➜  36% of young adult women
➜  31% of young adult men

**Sexually suggestive messages (text, email, IM) are even more prevalent than sexually suggestive images.**

*How many teens are sending or posting sexually suggestive messages?*

➜  39% of all teens
➜  37% of teen girls
➜  40% of teen boys
➜  48% of teens say they have received such messages

*How many young adults are sending or posting sexually suggestive messages?*

➜  59% of all young adults
➜  56% of young adult women
➜  62% of young adult men
➜  64% of young adults say they have received such messages

# SEX AND TECH

Although most teens and young adults who send sexually suggestive content are sending it to boyfriends/girlfriends, others say they are sending such material to those they want to hook up with or to someone they only know online.

*Who are these sexually suggestive messages and images being sent to?*

➔ 71% of teen girls and 67% of teen guys who have sent or posted sexually suggestive content say they have sent/posted this content to a boyfriend/girlfriend.

➔ 21% of teen girls and 39% of teen boys say they have sent such content to someone they wanted to date or hook up with.

➔ 15% of teens who have sent or posted nude/semi-nude images of themselves say they have done so to someone they only knew online.

➔ 83% of young adult women and 75% of young adult men who have sent sexually suggestive content say they have sent/posted such material to a boyfriend/girlfriend.

➔ 21% of young adult women and 30% of young adult men who have sent/posted sexually suggestive content have done so to someone they wanted to date or hook up with.

➔ 15% of young adult women and 23% of young adult men who have sent sexually suggestive material say they have done so to someone they only knew online.



## FIVE THINGS TO THINK ABOUT BEFORE PRESSING "SEND"

**Don't assume anything you send or post is going to remain private.**
Your messages and images will get passed around, even if you think they won't: 40% of teens and young adults say they have had a sexually suggestive message (originally meant to be private) shown to them and 20% say they have shared such a message with someone other than the person for whom is was originally meant.

**There is no changing your mind in cyberspace—anything you send or post will never truly go away.**
Something that seems fun and flirty and is done on a whim will never really die. Potential employers, college recruiters, teachers, coaches, parents, friends, enemies, strangers and others may all be able to find your past posts, even after you delete them. And it is nearly impossible to control what other people are posting about you. Think about it: Even if you have second thoughts and delete a racy photo, there is no telling who has already copied that photo and posted it elsewhere.

**Don't give in to the pressure to do something that makes you uncomfortable, even in cyberspace.**
More than 40% of teens and young adults (42% total, 47% of teens, 38% of young adults) say "pressure from guys" is a reason girls and women send and post sexually suggestive messages and images. More than 20% of teens and young adults (22% total, 24% teens, 20% young adults) say "pressure from friends" is a reason guys send and post sexually suggestive messages and images.

**Consider the recipient's reaction.**
Just because a message is meant to be fun doesn't mean the person who gets it will see it that way. Four in ten teen girls who have sent sexually suggestive content did so "as a joke" but many teen boys (29%) agree that girls who send such content are "expected to date or hook up in real life." It's easier to be more provocative or outgoing online, but whatever you write, post or send does contribute to the real-life impression you're making.

**Nothing is truly anonymous.**
Nearly one in five young people who send sexually suggestive messages and images, do so to people they only know online (18% total, 15% teens, 19% young adults). It is important to remember that even if someone only knows you by screen name, online profile, phone number or email address, that they can probably find you if they try hard enough.



**Teens and young adults are conflicted about sending/posting sexually suggestive content—they know it's potentially dangerous, yet many do it anyway.**

*How do teens and young adults feel about sending/posting sexually suggestive content?*

➜ 75% of teens and 71% of young adults say sending sexually suggestive content "can have serious negative consequences."

➜ Yet, 39% of teens and 59% of young adults have sent or posted sexually suggestive emails or text messages—and 20% of teens and 33% of young adults have sent/posted nude or semi-nude images of themselves.

**Teens and young adults are sending sexually explicit messages and images, even though they know such content often gets shared with those other than the intended recipient.**

*How common is it to share sexy messages and images with those other than the intended recipient?*

➜ 44% of both teen girls and teen boys say it is common for sexually suggestive text messages to get shared with people other than the intended recipient.

➜ 36% of teen girls and 39% of teen boys say it is common for nude or semi-nude photos to get shared with people other than the intended recipient.

➜ 44% of young adult women and 50% of young adult men say it is common for sexually suggestive text messages to get shared with people other than the intended recipient.

➜ 48% of young adult women and 46% of young adult men say it is common for nude or semi-nude photos to get shared with people other than the intended recipient.

**Young people who receive nude/semi-nude images and sexually suggestive texts and emails are sharing them with other people for whom they were never intended.**

*How many teens and young adults say they have been shown nude/semi-nude content originally meant for someone else?*

➜ 38% of teen girls and 39% of teen boys say they have had sexually suggestive text messages or emails—originally meant for someone else—shared with them.

➜ 25% of teen girls and 33% of teen boys say they have had nude or semi-nude images—originally meant for someone else—shared with them.

➜ 37% of young adult women and 47% of young adult men have had sexually suggestive text messages or emails—intended for someone else—shared with them.

➜ 24% of young adult women and 40% of young adult men say they have had nude or semi-nude images—originally meant for someone else—shared with them.

**Teens and young adults admit that sending/posting sexually suggestive content has an impact on their behavior.**

*Does sending sexually suggestive text and images affect what happens in real life?*

➜ 22% of teens and 28% of young adults say they are personally more forward and aggressive using sexually suggestive words and images than they are in "real life."

➜ 38% of teens and 40% of young adults say exchanging sexually suggestive content makes dating or hooking up with others more likely.

➜ 29% of teens and 24% of young adults believe those exchanging sexually suggestive content are "expected" to date or hook up.

# SEX AND TECH

**Teens and young adults give many reasons for sending/ posting sexually suggestive content. Most say it is a "fun and flirtatious" activity.**

*Why do teens and young adults send or post sexually suggestive content?*

➜ 51% of teen girls say pressure from a guy is a reason girls send sexy messages or images; only 18% of teen boys cited pressure from female counterparts as a reason.

➜ 23% of teen girls and 24% of teen boys say they were pressured by friends to send or post sexual content.

*Among teens who have sent sexually suggestive content:*

➜ 66% of teen girls and 60% of teen boys say they did so to be "fun or flirtatious"— their most common reason for sending sexy content.

➜ 52% of teen girls did so as a "sexy present" for their boyfriend.

➜ 44% of both teen girls and teen boys say they sent sexually suggestive messages or images in response to such content they received.

➜ 40% of teen girls said they sent sexually suggestive messages or images as "a joke."

➜ 34% of teen girls say they sent/posted sexually suggestive content to "feel sexy."

➜ 12% of teen girls felt "pressured" to send sexually suggestive messages or images.

*Among young adults who have sent sexually suggestive content:*

➜ 72% of young adult women and 70% of young adult men say they did so to be "fun or flirtatious."

➜ 59% of young adult women sent/posted sexually suggestive content as a "sexy present" for their boyfriend.

➜ 41% of young adult women and 51% of young adult men say they sent sexy messages or images in response to such content they received.

## 5 TIPS TO HELP PARENTS TALK TO THEIR KIDS ABOUT SEX AND TECHNOLOGY

**Talk to your kids about what they are doing in cyberspace.**
Just as you need to talk openly and honestly with your kids about real life sex and relationships, you also want to discuss online and cell phone activity. Make sure your kids fully understand that messages or pictures they send over the Internet or their cell phones are not truly private or anonymous. Also make sure they know that others might forward their pictures or messages to people they do not know or want to see them, and that school administrators and employers often look at online profiles to make judgments about potential students/employees. It's essential that your kids grasp the potential short-term and long-term consequences of their actions.

**Know who your kids are communicating with.**
Of course it's a given that you want to know who your children are spending time with when they leave the house. Also do your best to learn who your kids are spending time with online and on the phone. Supervising and monitoring your kids' whereabouts in real life and in cyberspace doesn't make you a nag; it's just part of your job as a parent. Many young people consider someone a "friend" even if they've only met online. What about your kids?

**Consider limitations on electronic communication.**
The days of having to talk on the phone in the kitchen in front of the whole family are long gone, but you can still limit the time your kids spend online and on the phone. Consider, for example, telling your teen to leave the phone on the kitchen counter when they're at home and to take the laptop out of their bedroom before they go to bed, so they won't be tempted to log on or talk to friends at 2a.m.

**Be aware of what your teens are posting publicly.**
Check out your teen's MySpace, Facebook and other public online profiles from time to time. This isn't snooping—this is information your kids are making public. If everyone else can look at it, why can't you? Talk with them specifically about their own notions of what is public and what is private. Your views may differ but you won't know until you ask, listen, and discuss.

**Set expectations.**
Make sure you are clear with your teen about what you consider appropriate "electronic" behavior. Just as certain clothing is probably off-limits or certain language unacceptable in your house, make sure you let your kids know what is and is not allowed online either. And give reminders of those expectations from time to time. It doesn't mean you don't trust your kids, it just reinforces that you care about them enough to be paying attention.

4

# DEFINITION OF TERMS

To ensure accurate interpretation, respondents were shown (and reminded of) the following definitions/explanations during the survey:

➜ **Sexually suggestive pictures/video:** semi-nude or nude personal pictures/video taken of oneself and not found on the Internet, or received from a stranger (like spam), etc.

➜ **Sexually suggestive messages:** sexually suggestive written personal texts, emails IMs, etc.—and not those you might receive from a stranger (like spam), etc.

➜ **Messages** only refers to those written electronically (in emails, texts, IMs, etc.)—and **pictures/video** only refers to those captured electronically (on a cell-phone or digital camera/camcorder), etc.

# ABOUT THE SURVEY

This survey was fielded online to a total of 1,280 respondents—653 teens (ages 13-19) and 627 young adults (ages 20-26) between September 25, 2008 and October 3, 2008.  It was conducted by TRU, a global leader in research on teens and 20-somethings.

At present, it is estimated that about 90% of teens and young adults are online.  Respondents for this survey were selected from among those who have volunteered to participate in TRU's online surveys.  Respondents were stratified according to the U.S. Census and the data have been weighted to reflect the demographic composition of teens and young adults.  Respondents do not constitute a probability sample.

This document contains the precise language used in the survey and separate results for teens and young adults, as well as the total combined.  For additional data, please visit www.TheNationalCampaign.org/sextech or contact The National Campaign at 202.478.8500.

# SEX AND TECH

# SEX AND TECH SURVEY QUESTIONNAIRE

1. Are you male or female?

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Male | 49 | 51 | 50 |
| Female | 51 | 49 | 50 |

2.   How old are you? _____

| RANGE: | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| 13-16 | 49 | 0 | 25 |
| 17-19 | 51 | 0 | 26 |
| 20-22 | 0 | 51 | 25 |
| 23-26 | 0 | 49 | 24 |

3.   Which of the following, if any, do you have and use? *Please mark all that apply*.

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Computer (non-laptop) | 79 | 71 | 75 |
| Laptop computer | 68 | 77 | 73 |
| Cellphone | 87 | 86 | 87 |
| Smartphone (PDA, Blackberry, etc.) | 13 | 23 | 18 |
| Digital camera | 80 | 82 | 81 |
| Digital camcorder (video recorder) | 29 | 26 | 27 |
| MP3 Player (like iPod) without video | 55 | 59 | 57 |
| Video MP3 Player | 50 | 33 | 42 |
| Webcam | 33 | 33 | 33 |
| None of these | 0 | 0 | 0 |

4.  Do you:

| | | YES | NO | "Yes" | | |
|---|---|---|---|---|---|---|
| | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | Have a profile on a social-networking site (like MySpace, Facebook, etc.) | ❑ | ❑ | 89 | 90 | 89 |
| B | Have a profile on a dating or singles site (like match, cupid, or eHarmony) | ❑ | ❑ | 3 | 16 | 9 |
| C | View others' profiles/pictures on a social-networking site | ❑ | ❑ | 85 | 85 | 85 |
| D | View others' profiles/pictures on a dating/singles site | ❑ | ❑ | 6 | 20 | 12 |
| E | Write/update a personal blog | ❑ | ❑ | 25 | 34 | 29 |
| F | Regularly read others' personal blogs | ❑ | ❑ | 33 | 50 | 41 |
| G | Send/receive pictures or video  on your cellphone | ❑ | ❑ | 61 | 64 | 62 |
| H | Send/receive pictures or video on a computer | ❑ | ❑ | 80 | 83 | 81 |
| I | Post photos online | ❑ | ❑ | 78 | 79 | 79 |
| J | Post videos online (like on YouTube) | ❑ | ❑ | 38 | 31 | 35 |
| K | Send/receive text messages | ❑ | ❑ | 84 | 88 | 86 |
| L | Watch TV shows online or on your MP3 Player | ❑ | ❑ | 63 | 56 | 60 |

5.  *This survey will include questions about "sexy messages and pictures" (like suggestive pictures sent to a boyfriend/girlfriend, for example) – and will require you to answer them in order to finish.  <u>If you are not comfortable sharing your opinions about that, then we encourage you to stop</u> the survey now.*  **Would you like to continue?**

| | | |
|---|---|---|
| Yes | ❑ | |
| No | ❑ | {TERM} |

6.  Thank you.  Throughout this survey, it is **IMPORTANT** that you understand what we mean so that we interpret your answers correctly.  Please keep the following in mind as you read and answer each question:

➔ Any time that we ask about "**sexy pictures/video**," we are talking about sexually suggestive, semi-nude, or nude <u>personal pictures/video</u> taken of oneself (alone or by a friend) – and <u>not</u> those found on the internet, received from a stranger (like spam), etc.

➔ And any time we say "**sexy messages**," we are talking about sexually suggestive <u>written personal</u> texts, emails, IMs, etc. – and not those you might receive from a stranger (like spam)

➔ Throughout this survey, **messages** only refers to those written electronically (in emails, texts, IMs, etc.) – and **pictures/video** only refers only to those captured electronically (on a cellphone or digital camera/camcorder).

{DESCRIPTIONS APPEARED ON MOUSEOVER THROUGHOUT QUESTIONNAIRE DURING SURVEY}

# SEX AND TECH

7. How common would you say each of the following is among people your age?

| | | Not Common At All | Not Very Common | Fairly Common | Very Common | NET "Very" and "Fairly Common" | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | Sending **sexy messages** to someone else | ❏1 | ❏2 | ❏3 | ❏4 | 66 | 78 | 72 |
| B | Sharing **sexy messages** with people other than the one(s) they were meant for | ❏1 | ❏2 | ❏3 | ❏4 | 44 | 47 | 45 |
| C | Sending of **sexy pictures/video** of oneself to someone else | ❏1 | ❏2 | ❏3 | ❏4 | 49 | 65 | 57 |
| D | Posting **sexy pictures/video** of oneself online | ❏1 | ❏2 | ❏3 | ❏4 | 44 | 51 | 47 |
| E | Sharing **sexy pictures/video** with people other than the one(s) they were meant for | ❏1 | ❏2 | ❏3 | ❏4 | 37 | 47 | 42 |

8. Do you think each of these activities is more common among guys, girls, or both the same?

| | | More Common Among GUYS | Both the Same | More Common Among GIRLS | "More Common Among GUYS" | | | "Both the Same" | | | "More Common Among GIRLS" | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % | Teens (13-19) % | Young Adults (20-26) % | TOTAL % | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | Sending **sexy messages** to someone else | ❏1 | ❏2 | ❏3 | 16 | 15 | 15 | 48 | 53 | 50 | 36 | 33 | 35 |
| B | Sharing **sexy messages** with people other than the one(s) they were meant for | ❏1 | ❏2 | ❏3 | 33 | 37 | 35 | 42 | 42 | 42 | 25 | 21 | 23 |
| C | Sending of **sexy pictures/video** of oneself to someone else | ❏1 | ❏2 | ❏3 | 6 | 9 | 8 | 28 | 32 | 30 | 66 | 58 | 62 |
| D | Posting **sexy pictures/video** of oneself online | ❏1 | ❏2 | ❏3 | 5 | 8 | 7 | 30 | 34 | 32 | 65 | 58 | 61 |
| E | Sharing **sexy pictures/video** with people other than the one(s) they were meant for | ❏1 | ❏2 | ❏3 | 29 | 35 | 32 | 42 | 42 | 42 | 29 | 24 | 27 |

9. What do you think are the reasons that **girls** send/post sexy messages or pictures/video of themselves? *Please mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Get or keep a guy's attention | 85 | 80 | 83 |
| Guy pressured them to send it | 47 | 38 | 42 |
| As a "sexy" present for a boyfriend | 74 | 73 | 73 |
| To feel sexy | 72 | 77 | 74 |
| Get a guy to like them | 76 | 66 | 71 |
| Pressure from friends | 23 | 16 | 20 |
| To get positive feedback | 57 | 56 | 57 |
| To be fun/ flirtatious | 78 | 76 | 77 |
| To get noticed | 80 | 79 | 79 |
| In response to one she received | 31 | 30 | 31 |
| Other: _____ | 3 | 3 | 3 |
| None of these / don't know | 2 | 1 | 2 |

10. What do you think are the reasons that **guys** send/post sexy written messages or pictures/video of themselves? *Please mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Get or keep a girl's attention | 61 | 58 | 60 |
| Girl pressured them to send it | 18 | 18 | 18 |
| As a "sexy" present for a girlfriend | 48 | 49 | 48 |
| To feel sexy | 36 | 28 | 32 |
| Get a girl to like them | 57 | 48 | 53 |
| Pressure from friends | 24 | 20 | 22 |
| To get positive feedback | 48 | 45 | 46 |
| To be fun/ flirtatious | 56 | 57 | 56 |
| To get noticed | 49 | 50 | 49 |
| In response to one he received | 49 | 56 | 52 |
| Other: _____ | 2 | 3 | 3 |
| None of these / don't know | 8 | 3 | 5 |

# SEX AND TECH

11. How much do you agree or disagree that each of the following <u>describes the **activity**</u> of sending suggestive messages or nude/semi-nude pictures/video of oneself?

| | {LIST RANDOMIZED} | Strongly Disagree | Somewhat Disagree | Neither Agree Nor Disagree | Somewhat Agree | Strongly Agree | Don't Know | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **NET "Strongly" and "Somewhat Agree"** | | |
| A | Flirty | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 61 | 75 | 68 |
| B | Gross | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 39 | 26 | 33 |
| C | Hot | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 46 | 55 | 51 |
| D | Lame | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 42 | 36 | 39 |
| E | Stupid | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 57 | 50 | 54 |
| F | Dangerous | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 67 | 65 | 66 |
| G | Exciting | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 49 | 59 | 54 |
| H | Fun | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 43 | 56 | 49 |
| I | Harmless | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 23 | 27 | 25 |
| J | Immoral | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 40 | 28 | 34 |

12. How much do you agree or disagree that each of the following <u>describes the **people**</u> who send suggestive messages or nude/semi-nude pictures/video of themselves?

| | {LIST RANDOMIZED} | Strongly Disagree | Somewhat Disagree | Neither Agree Nor Disagree | Somewhat Agree | Strongly Agree | Don't Know | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **NET "Strongly" and "Somewhat Agree"** | | |
| A | Flirty | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 65 | 69 | 67 |
| B | Gross | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 38 | 30 | 34 |
| C | Hot | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 35 | 42 | 38 |
| D | Lame | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 39 | 34 | 37 |
| E | Stupid | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 54 | 44 | 49 |
| F | Bold | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 55 | 66 | 60 |
| G | Confident | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 46 | 52 | 49 |
| H | Cool | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 19 | 19 | 19 |
| I | Desperate | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 65 | 53 | 59 |
| J | Funny | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 24 | 29 | 27 |
| K | Immature | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 53 | 45 | 49 |
| L | Insecure | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 55 | 47 | 51 |
| M | Slutty | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 72 | 58 | 65 |

13.  Which of the following, if any, have **you personally** ever done? *Please mark <u>all that apply</u>.*

| | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| **Sent** a sexually suggestive message to someone (email, IM, text, etc.) | 38 | 58 | 48 |
| **Posted** a sexually suggestive message to someone's online profile (like on MySpace, Facebook, etc.) | 11 | 17 | 14 |
| **NET sent/posted** sexually suggestive messages. | 39 | 59 | 49 |
| **Received** a sexually suggestive message from someone (email, IM, text, etc.) | 48 | 64 | 56 |
| **Shared** a sexually suggestive message with someone other than the one(s) it was originally meant for | 18 | 23 | 20 |
| Had a sexually suggestive message (originally meant to be private) **shared with me** | 39 | 42 | 40 |
| None of these | 39 | 25 | 32 |

14.  Which of the following, if any, have **you personally** ever done? *Please mark <u>all that apply</u>.*

| | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| **Sent** a nude or semi-nude picture/video (of yourself) to someone (via email, cellphone, etc.) | 19 | 32 | 26 |
| **Posted** a nude or semi-nude picture/video (of yourself) online (like on MySpace, Facebook, in a blog, etc.) | 4 | 7 | 5 |
| **NET sent/posted** a nude or semi-nude picture/video of yourself | 20 | 33 | 27 |
| **Received** a nude or semi-nude picture/video from someone (of himself/herself) | 31 | 46 | 39 |
| **Shared** a nude or semi-nude picture/video with someone other than the one(s) it was originally meant for | 14 | 17 | 15 |
| Had a nude or semi-nude picture/video (originally meant to be private) **shared with me** | 29 | 32 | 30 |
| None of these | 55 | 38 | 46 |

# SEX AND TECH

15. **{ASKED IF SENT OR POSTED SEXY MESSAGES OR PIX/VIDEO TO SOMEONE}**
To whom have you **sent/posted** suggestive messages or nude/semi-nude pictures/videos (of yourself)?
*Please think about any/all of those you've ever sent/posted and mark all that apply.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Boyfriend / Girlfriend | 69 | 79 | 75 |
| Someone I had a crush on | 29 | 20 | 23 |
| Someone I dated or hooked up with | 39 | 37 | 38 |
| Someone I just met | 7 | 6 | 6 |
| Someone I wanted to date or hook up with | 30 | 26 | 27 |
| One or more good friends | 27 | 20 | 23 |
| Someone I only knew online | 15 | 19 | 18 |
| Other: _____ | 2 | 4 | 3 |

16. **{ASKED IF SENT OR POSTED SEXY MESSAGES OR PIX/VIDEO TO SOMEONE}**
What are the reasons that you've **sent/posted** suggestive messages or nude/semi-nude pictures/videos (of yourself)?
*Please think about any/all of those you've ever sent/posted and mark all that apply.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Get a guy/girl's attention | 25 | 26 | 26 |
| Pressured to send it | 10 | 6 | 7 |
| As a "sexy" present for a boyfriend/girlfriend | 43 | 53 | 49 |
| To feel sexy | 24 | 23 | 23 |
| Get a guy/girl to like me | 17 | 13 | 15 |
| As a joke | 38 | 26 | 31 |
| To get positive feedback | 25 | 21 | 23 |
| To be fun/ flirtatious | 63 | 71 | 68 |
| To get noticed | 13 | 12 | 12 |
| In response to one that was sent to me | 44 | 47 | 46 |
| Other: _____ | 2 | 2 | 2 |
| Don't know | 2 | 1 | 2 |

17. **{ASKED IF RECEIVED SEXY MESSAGES OR PIX/VIDEO FROM SOMEONE}**
From whom have you **received** suggestive messages or nude/semi-nude pictures/videos?  *Please think about any/all of those you've ever received and mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Boyfriend / Girlfriend | 55 | 67 | 62 |
| Someone I had a crush on | 22 | 16 | 19 |
| Someone I dated or hooked up with | 34 | 36 | 35 |
| Someone I just met | 15 | 14 | 14 |
| Someone who wanted to date or hook up with me | 43 | 37 | 40 |
| One or more good friends | 33 | 28 | 30 |
| Someone I only knew online | 23 | 25 | 24 |
| Other: _____ | 2 | 3 | 3 |

18. **{ASKED IF RECEIVED SEXY MESSAGES OR PIX/VIDEO FROM SOMEONE}**
Thinking about suggestive messages or nude/semi-nude pictures/videos that you ever **received**, how did getting them make you feel?  *Please think about any/all of those you've ever received and mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Amused | 54 | 52 | 53 |
| Angry | 6 | 3 | 4 |
| Creeped out | 22 | 17 | 19 |
| Disappointed | 7 | 4 | 5 |
| Embarrassed | 14 | 12 | 13 |
| Excited | 44 | 55 | 50 |
| Grossed out | 18 | 12 | 15 |
| Happy | 40 | 37 | 38 |
| Included | 12 | 9 | 10 |
| Scared | 4 | 5 | 5 |
| Surprised | 55 | 49 | 52 |
| Turned on | 53 | 57 | 56 |
| Turned off | 15 | 13 | 14 |
| More interested in dating sender | 22 | 22 | 22 |
| More interested in hooking up with sender | 27 | 32 | 29 |
| Less interested in dating sender | 13 | 10 | 11 |
| Less interested in hooking up with sender | 14 | 10 | 12 |
| Other: _____ | 4 | 1 | 3 |

# SEX AND TECH

19. {ASKED IF SHARED SEXY MESSAGES OR PIX/VIDEO WITH SOMEONE}
With whom have you **shared** suggestive messages or nude/semi-nude pictures/videos (that were sent to you or shared with you)?  *Please think about any/all of those you've ever shared and mark <u>all that apply</u>.*

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Close friend(s) | 91 | 87 | 89 |
| Other friend(s) | 23 | 21 | 22 |
| Family (brother/sister, cousin, etc.) | 13 | 18 | 16 |
| Connected friends (like on MySpace, Facebook, etc.) | 17 | 13 | 15 |
| Everyone (in a public blog, public networking profile, etc.) | 2 | 2 | 2 |
| Other: _____ | 2 | 2 | 2 |

20. What are the reasons you would be concerned about sending or posting **sexy messages or pictures/video** of yourself? *Please mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Already had a bad experience | 6 | 3 | 4 |
| Could disappoint family | 68 | 46 | 57 |
| Could disappoint friends | 46 | 24 | 35 |
| Could disappoint teacher/coach | 38 | 10 | 24 |
| Could hurt my relationship or chances with someone I like | 63 | 44 | 53 |
| Could hurt my reputation | 74 | 63 | 69 |
| Could hurt my family's reputation | 53 | 35 | 44 |
| Could get in trouble with the law | 46 | 26 | 36 |
| Could get in trouble at school | 48 | 13 | 31 |
| College recruiter might see | 43 | 10 | 27 |
| Potential (or current) employer might see | 51 | 49 | 50 |
| Potential embarrassment | 77 | 70 | 73 |
| Might regret it later | 83 | 76 | 79 |
| Might make people think I'm slutty in real life | 63 | 42 | 53 |
| Other: _____ | 7 | 6 | 6 |
| Don't know | 7 | 5 | 6 |

21.  How much do you agree or disagree with each of the following statements?

| | {LIST RANDOMIZED} | Strongly Disagree | Somewhat Disagree | Neither Agree Nor Disagree | Somewhat Agree | Strongly Agree | Don't Know | NET "Strongly" and "Somewhat Agree" Teens (13-19) % | NET "Strongly" and "Somewhat Agree" Young Adults (20-26) % | NET "Strongly" and "Somewhat Agree" TOTAL % |
|---|---|---|---|---|---|---|---|---|---|---|
| A | There is pressure among people my age to post **sexy pictures/video** in their networking site profiles | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 43 | 38 | 40 |
| B | Personal **sexy messages and pictures/video** usually end up being seen by more than just those to whom they were sent | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 72 | 68 | 70 |
| C | One has to be aware that **sexy messages and pictures/video** may end up being seen by more that just the intended recipient(s) | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 79 | 79 | 79 |
| D | Girls have to worry about privacy (of **sexy messages and pictures/video**) more than guys do | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 63 | 65 | 64 |
| E | People my age are more forward/ aggressive using **sexy messages and pictures/video** than they are in real life | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 61 | 66 | 64 |
| F | Sending personal **sexy messages and pictures/video** is no big deal | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 19 | 26 | 22 |
| G | Sending personal **sexy messages and pictures/video** can have serious negative consequences | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 75 | 71 | 73 |
| H | My friends have sent **sexy pictures/video** to someone | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 43 | 49 | 46 |
| I | My friends have posted **sexy pictures/ video** on the internet | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 38 | 38 | 38 |
| J | People who exchange **sexy messages or pictures/video** are **more likely** to date or hook up with each other in real life | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 38 | 40 | 39 |
| K | People who exchange **sexy messages or pictures/video** are **expected** to date or hook up with each other in real life | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 29 | 24 | 27 |
| L | I am more forward/aggressive using **sexy messages and pictures/video** than I am in real life | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 22 | 28 | 25 |
| M | I am more forward/aggressive using **sexy messages and pictures/video** than I would be if the technology were not available | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 24 | 34 | 29 |

15

# SEX AND TECH

22.  Which of the following best describes your <u>current</u> relationship status?

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Not in a relationship | 68 | 36 | 52 |
| In a **casual/dating** relationship | 15 | 13 | 14 |
| In a **serious** relationship | 17 | 34 | 25 |
| Married | 0 | 17 | 9 |

23.  What state do you live in?

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alabama | ❑1 | Illinois | ❑14 | Montana | ❑27 | Rhode Island | ❑40 |
| Alaska | ❑2 | Indiana | ❑15 | Nebraska | ❑28 | South Carolina | ❑41 |
| Arizona | ❑3 | Iowa | ❑16 | Nevada | ❑29 | South Dakota | ❑42 |
| Arkansas | ❑4 | Kansas | ❑17 | New Hampshire | ❑30 | Tennessee | ❑43 |
| California | ❑5 | Kentucky | ❑18 | New Jersey | ❑31 | Texas | ❑44 |
| Colorado | ❑6 | Louisiana | ❑19 | New Mexico | ❑32 | Utah | ❑45 |
| Connecticut | ❑7 | Maine | ❑20 | New York | ❑33 | Vermont | ❑46 |
| Delaware | ❑8 | Maryland | ❑21 | North Carolina | ❑34 | Virginia | ❑47 |
| District of Columbia | ❑9 | Massachusetts | ❑22 | North Dakota | ❑35 | Washington | ❑48 |
| Florida | ❑10 | Michigan | ❑23 | Ohio | ❑36 | West Virginia | ❑49 |
| Georgia | ❑11 | Minnesota | ❑24 | Oklahoma | ❑37 | Wisconsin | ❑50 |
| Hawaii | ❑12 | Mississippi | ❑25 | Oregon | ❑38 | Wyoming | ❑51 |
| Idaho | ❑13 | Missouri | ❑26 | Pennsylvania | ❑39 | | |

| U.S. REGION: | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| East | 28 | 27 | 28 |
| South | 24 | 29 | 26 |
| Midwest | 17 | 18 | 17 |
| West | 31 | 27 | 29 |

24.  Which of the following best describes where you live?

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Urban, city environment | 32 | 43 | 37 |
| Suburban or town/village environment near a city | 53 | 41 | 47 |
| Rural or small town environment | 15 | 16 | 15 |

25.  Are you… {MULTIPLE RESPONSES ALLOWED}

| | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Alaskan Native or American Islander | 0 | 0 | 0 |
| Asian or Pacific Islander | 13 | 11 | 12 |
| Black / African-American | 7 | 7 | 7 |
| Hispanic / Latino | 11 | 10 | 11 |
| White or Caucasian | 72 | 74 | 73 |
| Other | 4 | 2 | 3 |

# THE NATIONAL CAMPAIGN TO PREVENT TEEN AND UNPLANNED PREGNANCY BOARD OF DIRECTORS

## CHAIRMAN

**The Honorable Thomas H. Kean**
Chairman, The Robert Wood Johnson Foundation
CEO, THK Consulting
Chairman, The Carnegie Corporation of New York
former Governor of New Jersey

## PRESIDENT

**Isabel V. Sawhill, Ph.D.**
Senior Fellow, Economic Studies
The Brookings Institution

## CEO AND TREASURER

**Sarah S. Brown**

## MEMBERS

**Robert Wm. Blum, M.D., Ph.D.**
William H. Gates Sr. Professor and Chair
Department of Population and Family
Health Sciences
Johns Hopkins University

**Thomas S. Chappell**
Manager
UHY Advisors FLVS, Inc.

**Linda Chavez**
Chairman
Center for Equal Opportunity

**Vanessa Cullins, M.D., M.P.H., M.B.A.**
Vice President for Medical Affairs
Planned Parenthood Federation of America, Inc.

**Susanne Daniels**
President
Lifetime Entertainment Services

**Maria Echaveste**
Senior Fellow
Center for American Progress

**Daisy Expósito-Ulla**
Chairman and CEO
d'expósito & partners

**William Galston, Ph.D.**
Senior Fellow, Governance Studies
The Brookings Institution

**David R. Gergen**
Editor-at-Large
U.S. News & World Report

**Ron Haskins, Ph.D.**
Senior Fellow, Economic Studies
Co-Director, Center for Children and Families
The Brookings Institution
Senior Consultant, The Annie E. Casey Foundation

**Nancy L. Johnson**
Senior Public Policy Advisor
Federal Public Policy and Healthcare Group
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

**Judith E. Jones**
Clinical Professor
Mailman School of Public Health
Columbia University

**Jody Greenstone Miller**
President and CEO
The Business Talent Group

**Reverend Father Michael D. Place, STD**
Senior Vice President
Social Mission & Ministerial Development
Resurrection Health Care

**Bruce Rosenblum**
President
Warner Bros. Television Group

**Diane Rowland**
Executive Director
Kaiser Commission on Medicaid and the Uninsured

**Victoria P. Sant**
President
The Summit Foundation

**Sara Seims, Ph.D.**
Director, Population Program
The William and Flora Hewlett Foundation

**Matthew Stagner, Ph.D.**
Executive Director
Chapin Hall Center for Children
University of Chicago

**Mary C. Tydings**
Managing Director
Russell Reynolds Associates

**Roland C. Warren**
President
National Fatherhood Initiative

**Stephen A. Weisswasser**
Partner
Covington & Burling

**Gail R. Wilensky, Ph.D.**
Senior Fellow
Project HOPE

**Kimberlydawn Wisdom, M.D.**
Surgeon General, State of Michigan
Vice President, Community Health,
Education & Wellness
Henry Ford Health System

## TRUSTEES EMERITI

**Charlotte Beers**
former Under Secretary for Public
Diplomacy and Public Affairs
U.S. Department of State
former Chairman and CEO, Ogilvey & Mather

**Carol Mendez Cassell, Ph.D.**
Senior Scientist
Allied Health Center, School of Medicine, Prevention
Research Center
University of New Mexico

**Annette P. Cumming**
Executive Director and Vice President
The Cumming Foundation

**Frankie Sue Del Papa**
former Attorney General
State of Nevada

**Whoopi Goldberg**
Actress

**Stephen Goldsmith**
Daniel Paul Professor of Government
John F. Kennedy School of Government
former Mayor of Indianapolis

**Katharine Graham (1917-2001)**
Chairman
Washington Post Company

**David A. Hamburg, M.D.**
President Emeritus
Carnegie Corporation of New York
Visiting Scholar, Weill Medical College
Cornell University

**Irving B. Harris (1910-2004)**
Chairman
The Harris Foundation

**Barbara Huberman**
Director of Training
Advocates for Youth

**Alexine Clement Jackson**
Community Volunteer

**Leslie Kantor**
Kantor Consulting

**Nancy Kassebaum-Baker**
former U.S. Senator

**Douglas Kirby, Ph.D.**
Senior Research Scientist
ETR Associates

**C. Everett Koop, M.D.**
former U.S. Surgeon General

**John D. Macomber**
Principal
JDM Investment Group

**Sister Mary Rose McGeady**
former President and CEO
Covenant House

**Judy McGrath**
Chairman and CEO
MTV Networks

**Brent C. Miller, Ph.D.**
Vice President for Research
Utah State University

**Kristin Moore, Ph.D.**
Area Director, Emerging Issues
Child Trends, Inc.

**John E. Pepper**
CEO
National Underground Railroad Freedom
Center

**Hugh Price**
Senior Fellow, Economic Studies
The Brookings Institution

**Warren B. Rudman**
Senior Counsel
Paul, Weiss, Rifkind, Wharton & Garrison
former U.S. Senator

**Stephen W. Sanger**
Chairman of the Board
General Mills, Inc.

**Kurt L. Schmoke**
Dean
Howard University School of Law
former Mayor of Baltimore

**Isabel Stewart**
former Executive Director
Girls Inc.

**Vincent Weber**
Partner
Clark & Weinstock
former U.S. Congressman

**Judy Woodruff**
Senior Correspondent
The News Hour with Jim Lehrer

**Andrew Young**
Chairman
GoodWorks International
former Ambassador to the U.N.

# ABOUT THE NATIONAL CAMPAIGN TO PREVENT TEEN AND UNPLANNED PREGNANCY



The National Campaign to Prevent Teen and Unplanned Pregnancy seeks to improve the lives and future prospects of children and families and, in particular, to help ensure that children are born into stable, two-parent families who are committed to and ready for the demanding task of raising the next generation. Our specific strategy is to prevent teen pregnancy and unplanned pregnancy among single, young adults. We support a combination of responsible values and behavior by both men and women and responsible policies in both the public and private sectors.

If we are successful, child and family well-being will improve. There will be less poverty, more opportunities for young men and women to complete their education or achieve other life goals, fewer abortions, and a stronger nation.

**The National Campaign**
to Prevent Teen and Unplanned Pregnancy

1776 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036
Phone 202-478-8500
Fax 202-478-8588
www.TheNationalCampaign.org
www.TeenPregnancy.org
www.StayTeen.org
http://blog.TheNationalCampaign.org

**DROUIN EXHIBIT 7**

Journal of Adolescent Health xx (2012) xxx



ELSEVIER

JOURNAL OF
ADOLESCENT
HEALTH

www.jahonline.org

Original article

# Sexting Among Young Adults

Deborah Gordon-Messer, M.P.H.[a], Jose Arturo Bauermeister, M.P.H., Ph.D.[b,*],
Alison Grodzinski, M.L.I.S.[a], and Marc Zimmerman, Ph.D.[c]

[a] *Prevention Research Center of Michigan, University of Michigan School of Public Health, Ann Arbor, Michigan*
[b] *Sexuality & Health Lab, Department of Health Behavior and Health Education, University of Michigan School of Public Health, Ann Arbor, Michigan*
[c] *Department of Health Behavior and Health Education, University of Michigan School of Public Health, Ann Arbor, Michigan*

*Article history:* Received January 6, 2012; Accepted May 15, 2012
*Keywords:* Young adults; Text messaging; Sexual behavior; Mental health

A B S T R A C T

**Purpose:** Sexting has stirred debate over its legality and safety, but few researchers have documented the relationship between sexting and health. We describe the sexting behavior of young adults in the United States, and examine its association with sexual behavior and psychological well-being.
**Methods:** Using an adapted Web version of respondent-driven sampling, we recruited a sample of U.S. young adults (aged 18–24 years, N = 3,447). We examined participant sexting behavior using four categories of sexting: (1) nonsexters, (2) receivers, (3) senders, and (4) two-way sexters. We then assessed the relationships between sexting categories and sociodemographic characteristics, sexual behavior, and psychological well-being.
**Results:** More than half (57%) of the respondents were nonsexters, 28.2% were two-way sexters, 12.6% were receivers, and 2% were senders. Male respondents were more likely to be receivers than their female counterparts. Sexually active respondents were more likely to be two-way sexters than non–sexually active ones. Among participants who were sexually active in the past 30 days, we found no differences across sexting groups in the number of sexual partners or the number of unprotected sex partners in the past 30 days. We also found no relationship between sexting and psychological well-being.
**Conclusions:** Our results suggest that sexting is not related to sexual risk behavior or psychological well-being. We discuss the findings of this study and propose directions for further research on sexting.

© 2012 Society for Adolescent Health and Medicine. All rights reserved.

IMPLICATIONS AND
CONTRIBUTION

We investigated sexting behavior among young adults in the United States using four categories: nonsexters, receivers, senders, and two-way sexters. Our findings provide evidence that sexting is prevalent among young adults, but does not appear to be related to sexual risk or psychological well-being.

Sexting, which describes sharing sexually suggestive photos or messages through cell phones and other mobile media [1], is rapidly becoming part of the dating process [2]. Recently, this behavior has stirred substantial concern over its legality and safety [3,4]. Although existing surveys document the prevalence among young adults (YAs) and demographic characteristics associated with sexting, there is little systematic research on the relationship between sexting and health behaviors commonly assumed to be linked to sexting (e.g., mental health, sexual behaviors). It is critical to understand this relationship to determine whether and how public health resources should be devoted to sexting.

Since 2009, cross-sectional studies have examined the prevalence of sexting behavior among teens and YAs [2,5–7]. Most recently, Lenhart [7] found that 13% of those aged 18 to 29 years had sent sexually suggestive nude or seminude images via cell phones and 31% had received these messages. Researchers also found that men were more likely to have received sexts (21%) than women (11%), and African American and Hispanic adults had higher odds of receiving sexts (27% and 22%, respectively)

 * Address correspondence to: Jose Arturo Bauermeister, M.P.H., Sexuality &
Health Lab, Department of Health Behavior and Health Education, University of
Michigan School of Public Health, 1415 Washington Heights, 3822 SPH I, Ann
Arbor, MI 48109.
 *E-mail address:* jbauerme@umich.edu (J.A. Bauermeister).

1054-139X/$ - see front matter © 2012 Society for Adolescent Health and Medicine. All rights reserved.
http://dx.doi.org/10.1016/j.jadohealth.2012.05.013

*D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx*

than whites (12%). Frequent users of cell phones and social networking technology and single adults reported sexting more than low-technology users or married adults [7].

In an MTV-sponsored study, researchers found that 45% of youth (aged 14–24 years) who reported having sex in the past week also reported sending at least one sext [5]. They also found that sexually active youth were twice as likely to share naked photos compared with their non–sexually active peers [5]. Although informative, these findings do not elucidate whether sexting is related to self-reported sexual risk behaviors. Researchers have proposed three perspectives regarding the relationship between sexting and sexual behavior: (1) sexting may lead to risky sexual behaviors such as early sexual initiation and less contraceptive use [8], (2) sexting may be a safer sex behavior if it is used in lieu of physical contact [2], or (3) sexting may reflect a new medium for the long-standing practice of photo sharing in romantic and sexual relationships and have no association with safer or riskier sex behaviors [1]. It is vital to understand how sexting is related to sexual behaviors, as it could be promoted as a safer sex behavior or become a focus of intervention to prevent risky sexual behavior.

Media reports and scholars have also proposed a relationship between sexting and psychological well-being [9–11]. Some researchers suggest that mental health is connected to youth's motivation to sext. People with social anxiety may prefer texting to voice calls as a medium for intimate contact, and may also prefer sexting as a medium for sexual contact [4,12]. Other researchers and the media raise concern over the psychological consequences of sexting. The spread of sext messages beyond the original recipient and pressure to sext are both common occurrences [5,6] and may be related to subsequent psychological distress [3,13]. In addition, a number of dating violence education programs have included unwanted text and sext messages in their definitions of dating violence [12,13]. To date, researchers have not tested the relationship between sexting and symptoms of psychological well-being directly. The absence of such data is a concerning gap in our understanding, given that if sexting is related to adverse mental health, intervention is critical to prevent or mitigate negative outcomes.

**Study Goals and Objectives**

Our study has three goals. First, we describe the prevalence of sexting in a large national sample of 18–24-year-old YAs in the United States. We break sexting into four categories: (1) nonsexters (neither sent nor received a sext), (2) senders (sent but never received a sext), (3) receivers (received but never sent a sext), and (4) two-way sexters (both sent and received a sext). Second, we examine whether participants who engage in different sexting behaviors differ in their sociodemographic characteristics. Finally, we test the association between YAs' sexting behaviors, sexual behavior, and psychological well-being. We discuss the implications of sexting for YAs and suggest directions for both research and practice.

**Methods**

*Sampling*

Participants were recruited using a Web-based respondent-driven sampling (RDS) strategy [14]. To be eligible for the study, respondents had to be aged between 18 and 24 years, live in the United States, and have access to the Internet. The first wave of participants (seeds) was recruited through an online Facebook advertisement. We selected 22 seeds based on race/ethnicity and region of the United States to ensure that initial networks were diverse and not concentrated in a single region. The remainder of the sample was recruited through referral chains. The full sample (N = 3,447) included 52% male respondents, with a racial breakdown of 70% white, 12% Asian/Pacific Islander, 9% Hispanic/Latino, and 5% black/African American. The majority of participants identified as heterosexual (93.9%). The average age of participants was 20 (standard deviation = 1.77) years, and more than half of the participants had completed some college education or more (66%). On average, the respondents spent between 3 and 4 hours per day on the Internet, outside of school and work, and communicated with 47% of their contacts via phone or text message.

*Procedures*

Each prospective participant logged into the survey portal using a unique identifying number and completed a short eligibility screener. Eligible participants consented to the study and completed the survey. On average, the questionnaire took 37 minutes to complete. YAs received a VISA e-gift card for their participation ($20) and an additional $10 each for up to five additional YAs who they referred to the study and who completed the questionnaire. Data were protected with a 128-bit SSL encryption and kept on a secure server protected by firewall at the University of Michigan. Data quality checks were performed to circumvent duplicate and fraudulent entries [14,15]. The study was approved by the institutional review board of the University of Michigan.

*Measures*

*Sexting.* Respondents answered two questions regarding their lifetime sexting behavior. Using definitions provided by the Pew Internet and American Life Project [7], we asked participants whether they had ever sexted (i.e., sent a sexually suggestive nude or nearly nude photo or video of themselves to someone else) using their cell phones. Then, we asked whether they had ever received a sext (i.e., a sexually suggestive nude or nearly nude photo or video of someone else they know) on their cell phones. We created a lifetime sexting behavior status variable using four categories: (1) nonsexters, (2) senders, (3) receivers, and (4) two-way sexters.

*Sexual behavior.* Sexual (genital) experience was defined as oral sex: "any mouth to genital contact," vaginal sex: "male putting his penis in a female's vagina or a female putting a finger, dildo, or other object into another female's vagina," and anal sex: "male putting his penis in someone else's anus or female putting a finger, dildo, or other object into another female's anus." Two questions asked participants whether they "ever had sexual (genital) experiences with a male" and whether they "ever had sexual (genital) experiences with a female." Participants who answered yes to any of the questions were coded as "sexually active," whereas those who answered no to both questions were coded as "not sexually active." Sexually active youth reported the number of male and female partners they had in the past 30 days. We calculated the total number of sexual partners in past 30 days by adding the reported number for male and female partners. To distinguish lifetime sexual behavior from recent sexual behavior, we created a dichotomous variable (0 = no, 1 = yes) that identi-

fied whether respondents had one or more partners in the past 30 days. Participants also reported the number of unprotected sex partners in the past 30 days for vaginal sex and for anal sex. We calculated the proportion of unprotected sex partners by dividing participants' number of unprotected partners for vaginal sex and anal sex, respectively, by their total reported partners in the past 30 days. We used these proportions as indicators of sexual risk behavior.

*Depression.* Depressive symptoms in the past week were assessed using an 11-item short form of the Center for Epidemiologic Studies Depression scale [16,17]. We selected this short form to limit the number of survey items and reduce participant burden. Items (e.g., "I felt that everything I did was an effort") were scored on a four-point scale: 1 = rarely or none of the time (<1 day), 4 = most or all the time (5–7 days). Mean depression score was calculated by reverse scoring positively worded items (e.g., "I felt hopeful about the future") and creating a mean composite score. High scores indicated high depression symptoms in the past week ($\alpha$ = .82).

*Anxiety.* Anxiety symptoms were measured using the anxiety subscale of the Brief Symptom Inventory [18]. Participants reported how often in the past week they had experienced signs of anxiety, such as "nervousness or shakiness inside," using a 5-point scale (1 = never, 5 = very often). We computed a mean total anxiety score, where higher scores indicated higher anxiety symptoms ($\alpha$ = .90).

*Self-esteem.* We assessed self-esteem using the 10-item Rosenberg Self-Esteem Scale [19]. Participants responded to items (e.g., "I feel I have a number of good qualities") on a four-point scale (1 = strongly disagree, 4 = strongly agree). We created a mean composite self-esteem score. Higher scores indicated higher self-esteem ($\alpha$ = .87).

*Sociodemographic characteristics.* Participants reported their biological sex, highest education level, and whether they were Hispanic/Latino, followed by their race/ethnicity. Participants also reported their sexual orientation (straight/heterosexual, gay/lesbian/homosexual, bisexual or other). We recoded sexual orientation into two categories: heterosexual and homo-/bisexual (other responses were excluded from the analysis, n = 5). We calculated participant age by subtracting their month and year of birth from the date of study participation.

*Internet use.* Participants reported, on average, how many hours per day they spent on the Internet for personal use (1 = no hours to 8 = ≥16 hours).

*Phone/texting communication.* We asked participants how many YAs they had contact with in the past 3 months, and of those who they were in contact with, how many they usually communicated with via phone or text. We divided the number of phone/text contacts by the total number of contacts in the past 3 months to compute a proportion of contacts phoned/texted.

### Data analytical approach

Participants recruited through RDS are linked by their recruitment chains and are therefore correlated. We computed a statistical weight (RDS2) to correct for clustering that resulted from

the network-referral procedures [20]. Using RDS2, the data are weighted by participants' network characteristics, such as the number of YAs whom the participants know, the proportion of youth with whom they interact with online, and racial homogeneity of their networks. After adjusting for these network-level intercorrelations with the RDS2 weights, our final analytical sample comprised 827 individuals.

We performed descriptive statistics for study variables on both the full (n = 3,447) and the weighted (n = 827) samples and performed an attrition analysis for those with missing sexting data. All variables were normally distributed, except for the number of partners in the past 30 days (skewness = 15.6); this variable was log transformed to correct for positive skew. In subsequent analyses, we weighted the RDS2 weight [20]. Data were analyzed in three steps. First, we used cross tabs to examine the intersection between sending and receiving a sext message, and to create sexting status categories. Second, we analyzed bivariate relationships between sexting status and variables of interest. For continuous variables, we used analysis of variance, with post hoc Scheffe tests to compare mean scores across sexting groups. We tested the association between sexting and categorical variables using $\chi^2$ tests and odds ratios (ORs). Third, we performed multinomial regression analysis that tested the relationship between sexting status and each sexual health outcome, depression, anxiety, and self-esteem, after accounting for all demographic variables, Internet use, and proportion of contacts phoned/texted. Multivariate and bivariate analysis results were the same for all predictors. For brevity, we report only bivariate and statistically significant results ($p < .05$).

### Results

#### Attrition analyses

Of the 827 respondents in the weighted sample, 760 (91.7%) answered both questions on sexting, whereas 67 (8.3%) had missing data for one or both of the sexting items. A greater percentage of male respondents (10.8%) had missing data when compared with their female counterparts (5.7%, $\chi^2_{(1)}$ = 6.9), and more non-sexually active participants (15%) had missing data than their sexually active counterparts (5.3%, $\chi^2_{(1)}$ = 21.6). Additionally, those with missing data had fewer sexual partners in the past 30 days (mean difference in log number of partners = .15, $t$ = 3.15), a lower proportion of unprotected vaginal sex partners (mean difference = .076, $t$ = 3.26), and lower self-esteem (mean difference = .17, $t$ = 2.32) when compared with those who responded to both sexting questions. We found no differences by race, sexual orientation, age, education level, daily hours spent on the Internet, proportion of contacts phoned/texted, anxiety, or depression. Only participants with full sexting data available were included in analyses; demographic characteristics are displayed in Table 1.

#### Sexting behavior and demographics

More than half (57%) of the respondents were nonsexters, 28.2% were two-way sexters, 12.6% were receivers, and 2% were senders (Table 2). Owing to small cell size (n = 15), we excluded senders from subsequent analyses.

Results from bivariate analyses are presented in Table 3. Sexting behavior differed by sex ($\chi^2_{(2)}$ = 11.3, $p < .05$) and race/ethnicity ($\chi^2_{(8)}$ = 31.4, $p < .001$). Male respondents were

ARTICLE IN PRESS

4     *D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx*

**Table 1**
Descriptives for participants included in analysis (n = 760)

| Variable | Mean (standard deviation)/n (%) | Range |
|---|---|---|
| **Sex** | | |
|   Male | 373 (49.6%) | |
|   Female | 379 (50.4%) | |
| **Race** | | |
|   Black/African American | 38 (5.0%) | |
|   White | 527 (70.4%) | |
|   Asian/Pacific Islander | 84 (11.2%) | |
|   Hispanic/Latino | 66 (8.9%) | |
|   Other | 34 (4.5%) | |
| **Sexual orientation** | | |
|   Heterosexual | 708 (93.8%) | |
|   Homo-/bisexual | 47 (6.2%) | |
| Age | 20.8 (1.77) | |
| Education | 3.57 (1.28) | 0–6 |
| Daily Internet use | 3.88 (1.27) | 1–8 |
| Proportion of contacts phoned/texted | .50 (.32) | 0–1 |
| **Sexually active** | | |
|   Yes | 520 (70.2%) | |
|   No | 221 (29.8%) | |
| **Sexually active (past 30 days)** | | |
|   Yes | 349 (52.9%) | |
|   No | 392 (47.1%) | |
| Natural Log of partners (past 30 days)[a] | .68 (2.11) | |
| Proportion of unprotected vaginal sex partners (past 30 days)[a] | .12 (.24) | 0–1 |
| Proportion of unprotected anal sex partners (past 30 days)[a] | .30 (.14) | 0–1 |
| Depression | 1.93 (.53) | 1–4 |
| Anxiety | 1.90 (.83) | 1–5 |
| Self-esteem | 3.05 (.55) | 1–5 |
| **Sent a sext** | | |
|   Yes | 229 (30.1%) | |
|   No | 531 (69.9%) | |
| **Received a sext** | | |
|   Yes | 310 (40.8%) | |
|   No | 450 (59.2%) | |

[a] Among those sexually active in the past 30 days.

more likely to be receivers than their female counterparts (OR = 2.2, $p$ = .001), but we found no differences by sex for nonsexters or for two-way sexters. A greater number of Asian/Pacific Islanders reported never sexting compared with other race/ethnicities. Compared with whites, Asian/Pacific Islanders showed five times greater odds of being a nonsexter than a two-way sexter (OR = 5.4, $p$ < .001). We found no differences in sexting behavior by age, sexual orientation, education, daily hours spent on the Internet, or proportion of contacts phoned/texted.

*Sexting and sexual behavior*

We found an association between lifetime sexual activity and sexting behavior ($\chi^2_{(2)}$ = 105, $p$ < .001). Receivers were three times more likely to be sexually active (OR = 3.2, $p$ < .001) compared with nonsexters. Two-way sexters were 14 times more likely to report lifetime sexual activity (OR = 14.3, $p$ < .001) compared with non-sexters. Similarly, recent sexual activity, in the past 30 days, was also associated with sexting behavior ($\chi^2_{(2)}$ = 76, $p$ < .001). When we assessed only those respondents who reported being sexually active in the past 30 days, we found no association between sexting behavior and number of part-

ners, proportion of unprotected vaginal sex, or proportion of unprotected anal sex partners.

*Sexting behavior and psychological well-being*

We found no differences across sexting groups in depression ($F_{2,714}$ = 1.08, $p$ = .34), anxiety ($F_{2,714}$ = .141, $p$ = .87), or self-esteem ($F_{2,713}$ = .988, $p$ = .37).

**Discussion**

We examined YAs' sexting behavior and its association with health. Our results indicate that sexting is a prevalent behavior among YAs, and show slightly higher rates of sending and receiving sexts than other recent findings [7]. We found that 30% of the YAs in our sample had sent a sext and 41% had received a sext, compared with 13% sending and 31% receiving sexts in the Lenhart study [7]. These differences may be attributable to age differences in the samples. Lenhart's findings focused on individuals aged 18–29 years, whereas our sample focused on those aged 18–24 years. It is also possible that sexting is increasing owing to technological advances. Sending photos and videos via cell phones increased from 2010 to 2011 (36%–54%) [21], and it is plausible that sexting is following that trend. Longitudinal data are needed for us to know whether sexting is increasing among YAs. Our results also suggest that sexting is most often a reciprocal behavior. Among those participants who had ever sent or received a sext, 66% reported both sending and receiving sexts. Given findings that most young men and women report sharing sexts within a dating relationship [6,22], it is likely that our findings reflect sexting between romantic partners.

Similar to Lenhart [7], we found that young men are more likely than young women to receive a sext without sending one. These results could be attributed in part to young men receiving photos that were originally intended for someone else. Researchers have found that 40% of men (vs. 24% of women) reported receiving second-hand sext content, and that 14% of men had received a mass sext, whereas only 9% of women reported this [5,6]. When men receive forwarded sexts, they may not be a part of a reciprocal sexting relationship and therefore do not send contents in return. This finding may also reflect sexual objectification [23] being enacted through technology. Qualitative research may be warranted to obtain more in-depth information about this pattern of sexting behavior.

Our findings on the relationship between sexting and sexual behavior support the perspective that sexting is a part of YAs' sexual relationships, but is not necessarily correlated with riskier or safer behavior. Although some teens report sexting as a substitute for physical contact [2], this use for sexting may not be common among YAs. Consistent with other studies [5], we found that YAs who are sexually active are more likely to sext than those who are not sexually active. Two explanations for this

**Table 2**
Count and percentage of "ever sent a sext" crossed with "ever received a sext"

| Sent a sext | Received a sext | | |
|---|---|---|---|
| | No (%) | Yes (%) | Total (%) |
| No | 435 (57.2) | 96 (12.6) | 531 (69.9) |
| Yes | 15 (2.0) | 214 (28.2) | 229 (30.1) |
| Total | 450 (59.2) | 310 (40.8) | 760 (100.0) |

D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx

5

**Table 3**
Sexing status by demographics, sexual behavior, and psychological well-being

| Variable | Sexing status M (standard deviation)/n (%) | | | Tests of association |
|---|---|---|---|---|
| | Never | Receive only | Both | $F/\chi^2$ (df) |
| Sex | | | | 11.33 (2)[a] |
| Male | 205 (55.4%) | 63 (17.0%) | 102 (27.6%) | |
| Female | 224 (61.0%) | 32 (8.7%) | 111 (30.2%) | |
| Race | | | | 31.41 (8)[a] |
| Black/African American | 18 (50.0%) | 4 (11.1%) | 14 (38.9%) | |
| White | 290 (56.2%) | 70 (13.6%) | 156 (30.2%) | |
| Asian/Pacific Islander | 71 (85.5%) | 5 (6.0%) | 7 (8.4%) | |
| Hispanic/Latino | 31 (47.7%) | 10 (15.4%) | 24 (36.9%) | |
| Other | 18 (56.3%) | 4 (12.5%) | 10 (31.3%) | |
| Sexual orientation | | | | 2.64 (2) |
| Heterosexual | 409 (58.9%) | 91 (13.1%) | 194 (28.0%) | |
| Homo-/bisexual | 23 (50.0%) | 5 (10.9%) | 18 (39.1%) | |
| Age | 20.8 (1.77) | 20.4 (1.71) | 20.8 (1.80) | 1.97 (2, 739) |
| Education | 3.6 (1.32) | 3.40 (1.28) | 3.63 (1.17) | 1.06 (2, 741) |
| Daily Internet use | 3.9 (1.25) | 3.95 (1.30) | 3.91 (1.27) | .34 (2, 741) |
| Proportion of contacts phoned/texted | .48 (.33) | .52 (.32) | .52 (.32) | 1.92 (2, 742) |
| Sexually active | | | | 104.78 (2)[a] |
| Yes | 46.5% | 14.8% | 38.8% | |
| No | 85.9% | 8.6% | 5.5% | |
| Sexually active (past 30 days) | | | | 76.28 (2)[a] |
| Yes | 42.4% | 14.4% | 43.2% | |
| No | 72.6% | 11.4% | 16.0% | |
| Natural Log partners (past 30 days)[b] | .76 (.33) | .81 (.28) | .81 (.34) | .74 (2, 338) |
| Proportion of unprotected vaginal sex partners (past 30 days)[b] | .24 (.29) | .25 (.30) | .3 (.31) | 2.48 (2, 305) |
| Proportion of unprotected anal sex partners (past 30 days)[b] | .04 (.17) | .06 (.17) | .1 (.23) | 2.47 (2, 336) |
| Depression | 1.9 (.53) | 1.9 (.54) | 2.0 (.55) | 1.08 (2, 714) |
| Anxiety | 1.9 (.81) | 1.9 (.86) | 1.9 (.83) | .14 (2, 714) |
| Self-esteem | 3.1 (.55) | 3.1 (.55) | 3.1 (.55) | .99 (2, 713) |

[a] Significant at $\alpha$ = .05.
[b] Among those sexually active in the past 30 days.

finding are possible: (1) when sexting is used to flirt with potential partners, it may precede or initiate sexual relationships [6], or (2) sexually active YAs may engage in a range of sexual behavior, including sexting. Additional research is needed on sexting and sexual relationships, as our cross-sectional data do not address this debate. Although sexting is correlated with lifetime and 30-day sexual activity, our results suggest that this does not necessarily translate into risky behavior. Although some researchers argue that exposure to sexual images in traditional media (e.g., television, movies, and magazines) and new media may lead to sexual risk [8], we found that sexting was not associated with more sexual partners or a higher proportion of unprotected sex partners for either vaginal sex or anal sex in the past 30 days.

Researchers have proposed that mental health issues may be related to sexting [4,9,12,13]. Our findings suggest that sexting is not associated with depression, anxiety, or self-esteem. In our sample, YAs who sexted and those who did not sext reported similar outcomes for these mental health indicators. However, it is possible that sexting could be problematic under some conditions. Scholars argue that the lack of control after a sext is sent or pressure by sexual partners to sext may contribute to psychological distress and mental health concerns [2,3,5]. Media reports have noted that when a sext spreads to an unintended audience, it may create psychological distress and suicide intentions [10,11]. Given that our data do not address these specific situations, future research exploring pressure to sext or viral sexts will help identify when sexting may result in deleterious mental health outcomes.

Although our study is one of the first to examine the effects of sexting on YAs' well-being, several limitations of our study

should be noted. First, this study was cross sectional and does not establish causal relationships between sexting and either sexual health or mental health. Nonetheless, our findings suggest that longitudinal research is warranted. Second, owing to our sampling methods, some racial and educational groups were underrepresented, and our results may not be generalizable to the YA population as a whole. Yet very few national studies of sexting and health correlates have been conducted, and our findings offer a more in-depth examination of this behavior than other studies on a national scale. Third, we were not able to include senders in our analysis. Although we were unable to examine whether senders were different from their counterparts, our results add to our understanding of this behavior by revealing that sending a sext without receiving in return may not be a common practice for YAs.

Our study introduces sexting behavior categories (nonsexters, receivers, senders and two-way sexters) as a way to conceptualize sexting. We provide an initial effort to examine sexting and its relationship with sexual risk behavior and psychological well-being, but further research is needed to provide a more in-depth understanding of this behavior. Qualitative research that examines relationship contexts and motivation for sexting has been published for the teen population [2] and is also needed for YAs. A richer understanding of whom sexts are sent to, or received from, and why YAs sext may help explain gender differences in sexting and add insight into the relationship between sexting and sexual behavior. We did not find a relationship between sexting and depression, anxiety, or self-esteem, but further research is needed to examine the association between sexting and mental health. As mentioned earlier in the text, pressure to sext and viral sexts may present mental health risks,

ARTICLE IN PRESS

6                                                      *D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx*

but, to date, there are no studies that address these specific situations. Finally, our study included YAs only as young as 18 years of age, and we did not find age effects in any analysis. Nevertheless, individuals in their early and middle adolescence may have different health correlates with sexting because they are in a period of establishing a sexual identity [24]. Research on sexting including younger adolescents would be useful to see whether it influences sexual behaviors during this developmental period. Our results confirm that sexting is a prevalent behavior among YAs; however, we do not have enough information yet to inform health education programs or to determine whether sexting among YAs is a behavior that demands a share of public health's limited intervention resources. Future research in this area is warranted.

## Acknowledgments

This research was funded by a research challenge grant from the National Institute of Drug Abuse (grant Number 5RC1DA028061-02; PI: Marc Zimmerman). J.A.B is supported by an NIH Career Development Award (K01-MH087242). The Prevention Research Center of Michigan is one of 37 institutions nationwide designated as a Prevention Research Center by the Centers for Disease Control. The authors have no conflicts of interest to declare.

## References

[1] Chalfen R. It's only a picture: Sexting, "smutty" snapshots and felony charges. Vis Stud 2009;24:258–68.

[2] Lenhart A. Teens and Sexting. Pew Internet and American Life Project; 2009. Available at: http://pewinternet.org/Reports/2009/Teens-and-Sexting/Overview/Findings.aspx. Accessed August 15, 2011.

[3] Diliberto GM, Mattey E. Sexting. NASN Sch Nurs 2009;24:263–7.

[4] Katzman DK. Sexting: Keeping teens safe and responsible in a technologically savvy world. Paediatr Child Health 2010;15:41–2.

[5] MTV, Associated Press: MTV-AP Digital Abuse Study. Available at: http://www.athinline.org/MTV-AP_Digital_Abuse_Study_Executive_Summary.pdf. Accessed August 15, 2011.

[6] National Campaign to Prevent Teen and Unwanted Pregnancy, Cosmogirl.com: Sex and Tech: Results of a Survey of Teens and Young Adults. Available at: http://www.thenationalcampaign.org/SEXTECH/PDF/SexTech_Summary.pdf. Accessed August 15, 2011.

✗[7] Lenhart A. Teens, Adults and Sexting: Data on sending and receipt of sexually suggestive nude or nearly nude images by Americans. Pew Internet and American Life Project; 2010. Available at: http://www.pewinternet.org/Presentations/2010/Oct/Teens-Adults-and-Sexting.aspx. Accessed August 15, 2011.

[8] Brown JD, Keller S, Stern S. Sex, sexuality, sexting, and sexed: Adolescents and the media. Prev Res 2009;16:12.

[9] Chalfen R. Commentary sexting as adolescent social communication. J Child Media 2010;4:350–4.

[10] Inbar M. "Sexting" bullying cited in teen's suicide. MSNBC.com. Available at: http://today.msnbc.msn.com/id/34236377/ns/today-today_people/t/sexting-bullying-cited-teens-suicide/#.TuIuHdVQCdA. Accessed December 8, 2011.

[11] Kranz C. Nude photo led to suicide. Cincinnati.com; 2009. Available at: http://news.cincinnati.com/article/20090322/NEWS01/903220312/Nude-photo-led-suicide. Accessed December 8, 2011.

[12] Reid DJ. Text or talk? Social anxiety, loneliness, and divergent preferences for cell phone use. Cyberpsychol Behav 2007;10:424–35.

[13] O'Keeffe GS, Clarke-Pearson K. Clinical report—The impact of social media on children, adolescents, and families. Pediatrics 2011;127:800–4.

[14] Bauermeister JA, Zimmerman MA, Johns MM, et al. Innovative recruitment using online networks: Lessons learned from an online study of alcohol and other drug use (AOD) using a web-based respondent drive sampling (webRDS) strategy. J Stud Alcohol Drugs (in press).

[15] Bauermeister JA, Pingel E, Zimmerman MA, et al. Data quality in web-based HIV/AIDS research: Handling invalid and suspicious data. Field Methods (in press).

[16] Radloff LS. The CES-D scale. Appl Psychol Meas 1977;1:385–401.

[17] Kohout FJ, Evans DA, Berkman LF, Cornoni-Huntley J. Two shorter forms of the CES-D depression symptoms index. J Aging Health 1993;5:179–93.

[18] Derogatis LR. The Brief Symptom Inventory. Baltimore, MD: Clinical Psychometric Research, 1975.

[19] Rosenberg M. Society and the Adolescent Self-Image. Princeton, NJ: Princeton University Press, 1965.

✗[20] Volz E, Heckathorn DD. Probability based estimation theory for respondent driven sampling. J Off Stat 2008;24:79.

[21] Smith A. Americans and their cell phones. Pew Internet and American Life Project, 2011. Available at: http://pewinternet.org/Reports/2011/Cell-Phones/Section-1/How-Americans-Use-Their-Cell-Phones.aspx.

[22] Weisskirch RS, Delevi R. "Sexting" and adult romantic attachment. Comput Hum Behav 2011;27:1697–701.

[23] Fredrickson BL, Roberts TA. Objectification theory—Toward understanding women's lived experiences and mental health risks. Psychol Women Q 1997;21:173–206.

[24] DeLamater J, Friedrich WN. Human sexual development. J Sex Res 2002;39:10–4.