# ZIMMERMAN EXHIBIT 1

`

February 2013
Previous 10 Years

VITAE
MARC A. ZIMMERMAN
Department of Health Behavior and Health Education
School of Public Health, University of Michigan
Tel: (734) 647-0224: Fax: (734) 763-7379
e-mail: marcz@umich.edu

**EDUCATION**

B.S.   University of Massachusetts, Psychology (1976).

M.S.   University of Oregon, Graduate College Interdisciplinary Studies Program, Community Psychology (1980) Thesis: Evaluation of a Youth Employment and Training Program.

Ph.D.   University of Illinois, Department of Psychology, Personality and Social Ecology Program (1986) Minor: Quantitative Methods and Social Policy Thesis: Citizen Participation, Perceived Control, and Psychological Empowerment.

**ACADEMIC EMPLOYMENT EXPERIENCE**

1986-1988      Assistant Professor, School of Public Affairs, American University, Washington, DC.

1989-1995      Assistant Professor, Department of Health Behavior and Health Education, School of Public Health, University of Michigan, Ann Arbor.

1995-2001      Associate Professor, Department of Health Behavior and Health Education, School of Public Health, and the Combined Program in Education and Psychology, University of Michigan, Ann Arbor.

1999-2002      Associate Professor, Department of Psychology, College of Literature, Science and the Arts, University of Michigan, Ann Arbor.

2001-present   Professor, Department of Health Behavior and Health Education, School of Public Health.

2001-present   Research Professor, Center for Human Growth and Development, University of Michigan.

2002-present   Professor, Department of Psychology, College of Literature, Science and the Arts, University of Michigan.

2002-present   Executive Committee, Combined Program in Education and Psychology, School of Education, University of Michigan

2003-2004      Interim Co-Chair, Department of Health Behavior and Health Education, School of Public Health.

2010-present   Executive Committee, Center for Human Growth and Development, University of Michigan

2004-present   Chair, Department of Health Behavior and Health Education.

## FELLOWSHIPS AND AWARDS

2005   University of Michigan, School of Public Health Excellence in Research Award.

2009   Distinguished Contribution to Theory and Research Award, the Society for Community Research and Action (Division 27 of the American Psychological Association).

2010   Distinguished Fellow Award from the Society of Public Health Educators (SOPHE).

2011   Hometown Health Hero Award, Michigan Department of Community Health

## RESEARCH GRANTS AND CONTRACTS

1998-2004   Centers for Disease Control, Community Collaboration in Public Health Research - Demonstration Project. Director and Co-PI with Noreen M. Clark, Principal Investigator ($2,578,000 direct costs).

1999-2004   National Institute on Drug Abuse, A Longitudinal Study of School Dropout and Substance Use, Principal Investigator ($2,684,324 direct costs).

2000-2008   National Institutes of General Medical Science, Promoting Ethnic Diversity in Public Health Training. Co-Investigator with Harold W. Neighbors, Principal Investigator ($1,659,387 direct costs).

2003-2005   Centers for Disease Control, Flint Youth Violence Prevention Center, Principal Investigator ($2,990,870 direct costs).

2004-2008   Centers for Disease Control, Youth Empowerment Solutions for Peaceful Communities, (YES), Principal Investigator ($1,587,300 direct costs).

2004-2009   Centers for Disease Control, Community Collaboration in Public Health Research (PRC), Director and Principal Investigator ($3,366,584 direct costs).

2004-2009   National Institute on Alcoholism and Alcohol Abuse, Tailored Teen Alcohol and Violence Prevention in the ER. Co-Investigator with Maureen Walton, Principal Investigator ($2,323,767 direct costs).

2005   State of Michigan Department of Community Health, Michigan Model Curriculum Evaluation, Principal Investigator ($13,997).

2005-2009   National Center on Minority Health and Health Disparities (NCMHD), Minority Health and Health Disparities International Research Training (MHIRT). Co-Investigator with David Stern, Principal Investigator ($737,000 direct costs).

2

2005-2010    National Institutes of Health (NIDA), *Tailored Youth Drug Intervention in Primary Care*. Co-Investigator with Frederic C. Blow, Principal Investigator. ($1,681,484 direct costs).

2007-2010    Ruth Mott Foundation, Collaborative Evaluation of the Ruth Mott Foundation's Beautification Program.  Co-Investigator with Thomas Reischl, Principal Investigator ($590,679 total budget).

2007-2017    National Institutes of Health (NCRR), Michigan Institute for Clinical and Health Research.  Co-Director of Community Engagement Program, D. Clauw/K. Pienta/T. Shanley, Principal Investigator. ($54,000,000 total budget).

2007-2012    National Institute on Drug Abuse, A Longitudinal Study of School Dropout and Substance Use, Principal Investigator ($2,893,094 total budget).

2008-2010    National Institute on Alcoholism and Alcohol Abuse, Protective Factors for Alcohol Use among Urban Adolescents Principal Investigator ($100,000 direct costs)

2008-2010    National Institute for Child Health and Human Development, Partners in Research Engagement for Action, Principal Investigator, ($100,000 direct costs)

2009-2011    National Institute on Drug Abuse, Virtual Network Influences on Young Adults' Alcohol and Drug Use, Principal Investigator ($1,000,000)

2009-2011    National Institute of Mental Health, Locally-Tailored Prevention Programming for Children of Incarcerated Mothers, Co-Investigator with Alison Miller, Principal Investigator ($250,000)

2009-2011    National Institute on Drug Abuse, Substance Use and Violent Injury Among Youth in an Urban ED: Services and Outcomes, Co-Investigator with Rebecca Cunningham Principal Investigator ($2,000,000)

2009-2014    Centers for Disease Control, Community Collaboration in Public Health Research (PRC), Director and Principal Investigator ($4,000,000).

2010-2015    Centers for Disease Control, Michigan Youth Violence Prevention Center, Director and Principal Investigator ($6,491,703)

2010-2015    National Institute for Child Health and Human Development, Youth Empowerment Solutions for Positive Youth Development (YES), Principal Investigator ($2,000,000)

**REFEREED ARTICLES**

1. Bryant, A.L., Zimmerman, M.A. (2003). Role models and psychosocial outcomes among African-American adolescents.  *Journal of Adolescent Research, 18*(1), 36-67.

2. Steinman, K.J., Zimmerman, M.A.  (2003). Episodic and persistent gun-carrying among urban African-American adolescents. *Journal of Adolescent Health, 32*, 356-364 [PMID: 12729985]

3. Chavous, T.M., Bernat, D.H., Schmeelk-Cone, K.H., Caldwell, C.H., Kohn-Wood, L.P., Zimmerman, M.A. (2003). Racial identity and academic attainment among African American adolescents. *Child Development, 74*(4), 1076-1090 [PMID: 12938705]

4. Sellers, R.M., Caldwell, C.H., Schmeelk-Cone, K.H., Zimmerman, M.A. (2003). Racial identity, racial discrimination, perceived stress, and psychological distress among African American young adults. *Journal of Health and Social Behavior, 44*(3), 302-317 [PMID: 14582310]

5. Caldwell, C.H., Chavous, T.M., Barnett, T.E., Kohn-Wood, L.P., Zimmerman, M.A. (2003). Social determinants of experiences with violence among adolescents: Unpacking the role of race in violence. *Phylon, 50,* 87-113.

6. Zimmerman, M.A., Schmeelk-Cone, K.H. (2003). A longitudinal analysis of adolescent substance use and school motivation among African American youth. *Journal of Research on Adolescence, 13*(2), 185-210.

7. Schmeelk-Cone, K.H., Zimmerman, M.A. (2003). A longitudinal analysis of stress in African American youth: Predictors and outcomes of stress trajectories. *Journal of Youth and Adolescence, 32*(6), 419-430.

8. Caldwell, C.H., Kohn-Wood, L.P., Schmeelk-Cone, K.H., Chavous, T.M., Zimmerman, M.A. (2004). Racial discrimination and racial identity as risk or protective factors for violent behaviors in African American young adults. *American Journal of Community Psychology, 33*, 91-105 [PMID: 15055757]

9. Schmeelk-Cone, K.H., Zimmerman, M.A., Abelson, J.L. (2003). The buffering effects of active coping on the relationship between SES and cortisol among African American young adults. *Behavioral Medicine, 29*, 85-94 [PMID: 15147107]

10. Repetto, P.B., Zimmerman, M.A., Caldwell, C.H. (2004). A longitudinal study of the relationship between depressive symptoms and alcohol use in a sample of inner-city Black youth. *Journal of Studies on Alcohol, 65*, 169-178 [PMID: 15151346]

11. Caldwell, C.H., Wright, J.C., Zimmerman, M.A., Walsemann, K.M., Williams, D., Isichei, P.A.C. (2004). Enhancing adolescent health behaviors through strengthening non-resident father-son relationships: A model for intervention with African American families. *Health Education Research, 19*, 644-656 [PMID: 15199006]

12. Steinman, K.J., Zimmerman, M.A. (2004). Religious activity and risk behavior among African American adolescents: Concurrent and developmental effects. *American Journal of Community Psychology, 33*, 151-161 [PMID: 15212175]

13. Meliker, J.R., Maio, R.F., Zimmerman, M.A., Kim, H.M., Smith, S.C., Wilson, M.L. (2004) Spatial analysis of alcohol-related motor vehicle crash injuries in southeastern Michigan. *Accident Analysis and Prevention, 36*(6), 1129-1135 [PMID: 15350891]

14. Caldwell, C.H., Sellers, R.M., Bernat, D.H., Zimmerman, M.A. (2004). Racial identity, parental support, and alcohol use in a sample of academically at-risk African American high school students. *American Journal of Community Psychology, 34*(1/2), 71-82 [PMID: 15495795]

4

15. Peterson, N.A., Zimmerman, M.A. (2004). Beyond the individual: Toward a nomological network of organizational empowerment. *American Journal of Community Psychology, 34*(1/2), 129-145 [PMID: 15495799]

16. Zimmerman, M.A., Morrel-Samuels, S., Wong, N., Tarver, D., Rabiah, D., White, S. (2004). Guns, gangs and gossip: An analysis of student essays on youth violence. *Journal of Early Adolescence, 24*(4), 385-411.

17. Repetto, P.B., Caldwell, C.H., Zimmerman, M.A. (2004). Trajectories of depressive symptoms among high risk African-American adolescents. *Journal of Adolescent Health 35*(6), 468-477 [PMID: 15581526]

18. Repetto, P.B., Caldwell, C.H., Zimmerman, M.A. (2005). A longitudinal study of the relationship between depressive symptoms and cigarette use among African American adolescents. *Health Psychology, 24*(2), 209-219 [PMID: 15755235]

19. Fergus, S., Zimmerman, M.A., Caldwell, C.H. (2005). Psychosocial correlates of smoking trajectories among urban, African American adolescents. *Journal of Adolescent Research, 20*(4), 423-452 [PMID: 15760294]

20. Fergus, S., Zimmerman, M.A. (2005). Adolescent resilience: A framework for understanding healthy development in the face of risk. *Annual Review of Public Health, 26*, 399-419 [PMID: 15760295]

21. Njai, R., Zimmerman, M., Letcher, A., Bell, L. (2005). Know Y.A. R.O.O.T.S.: A youth empowerment program for violence prevention. *Community Youth Development Journal, Special Peer-Reviewed Issue*, 65-76.

22. Peterson, N.A., Lowe, J.B., Hughey, J., Reid, R.J., Zimmerman, M.A., Speer, P.W. (2006). Measuring the intrapersonal component of psychological empowerment: Confirmatory factor analysis of the sociopolitical control scale. *American Journal of Community Psychology, 38*, 287-297 [PMID: 16977501]

23. Ostaszewski, K., Zimmerman, MA. (2006). The effects of cumulative risks and promotive factors on urban adolescent alcohol and other drug use: A longitudinal study of resiliency. *American Journal of Community Psychology, 38*, 237-249 [PMID: 17004127]

24. Fergus, S., Zimmerman, M.A., Caldwell, C.H. (2007). Growth trajectories of sexual risk behavior in adolescence and young adulthood. *American Journal of Public Health, 97*(6), 1096-1101 [PMC1874221]

25. Xue, Y., Zimmerman, M.A., Caldwell, C.H. (2007). Neighborhood residence and cigarette smoking among urban youths: The protective role of prosocial activities. *American Journal of Public Health*, *97*(10), 1865-1872 [PMC1994184]

26. Bauermeister, J.A., Zimmerman, M.A., Barnett, T.E., Caldwell, C.H. (2007). Working in high school and the transition to adulthood among African American youth. *Journal of Youth and Adolescence, 36*, 877-890.

27. Kruger, D.J., Reischl, T.M., Zimmerman, M.A. (2008). Time perspective as a mechanism for functional developmental adaptation. *Journal of Social, Evolutionary, and Cultural Psychology, 2*, 1-22.

28. Repetto, P.B., Zimmerman, M.A., Caldwell, C.H. (2008). A longitudinal study of depressive symptoms and marijuana use in a sample of inner-city African Americans. *Journal of Research on Adolescence, 18*(3), 421-447.  doi: 10.1111/j.1532-7795.2008.00566.x

29. Griffith, D.M., Allen, J.O., Zimmerman, M.A., Morrel-Samuels, S., Reischl, T.M., Cohen, S.E.,

30. Campbell, K.A. (2008). Organizational empowerment in community mobilization to address youth violence. *American Journal of Preventive Medicine, 34*, S89-S99 [PMID: 18267207]

31. Bauermeister, J.A., Zimmerman, M.A., Xue, Y., Gee, G., Caldwell, C.H. (2008). Working, sex partner age differences, and sexual behavior among African American youth. *Archives of Sexual Behavior,* Epub June 24 [PMC2745502]

32. Walton, M., Cunningham, R., Xue, Y., Trowbridge, M., Zimmerman, M.A., Maio, R.F. (2008). Internet referrals for adolescent violence prevention: An innovative mechanism for inner-city emergency departments. *Journal of Adolescent Health, 43*(3), 309-312 [PMID: 18710687]

33. Bauermeister, J.A., Zimmerman, M.A., Gee, G., Caldwell, C.H., Xue, Y. (2009). Work and sexual trajectories among African American youth. *Journal of Sex Research, 46*(4), 290-300. [PMC2722943]

34. Whiteside, L.K., Walton, M.A., Stanley, R., Resko, S.M., Chermack, S.T., Zimmerman, M.A., Cunningham, R.M. (2009). Dating aggression and risk behaviors among teenage girls seeking gynecologic care. *Academic Emergency Medicine, 16*(7), 632-638. [PMC2996237]

35. Walton, M.A., Cunningham, R., Goldstein, A.L., Chermack, S.T., Zimmerman, M.A., Bingham, C.R., Shope, J.T., Stanley, R., Blow, F.C. (2009). Rates and correlates of violent behaviors among adolescents treated in an urban emergency department. *Journal of Adolescent Health, 45*(1), 77-83. [PMC3000121]

36. Hurd, N.M., Zimmerman, M.A., Xue, Y. (2009). Negative adult influences and the protective effects of role models: A study with urban adolescents. *Journal of Youth and Adolescence, 38*(6), 777-789. [PMC2752426]

37. Xue, Y., Zimmerman, M.A., Cunningham, R. (2009). Relationship between alcohol use and violent behavior among urban African American youths from adolescence to emerging adulthood: A longitudinal study. *American Journal of Public Health, 99*(11), 2041-2048. [PMC2759810]

38. Franzen, S., Morrel-Samuels, S., Reischl, T.M., Zimmerman, M.A. (2009). Using process evaluation to strengthen intergenerational partnerships in the Youth Empowerment Solutions Program. *Journal of Prevention and Intervention in the Community, 37*(4), 289-301. [PMID: 19830624]

39. Cunningham , R.M., Walton, M.A., Goldstein, A., Chermack, S.T., Shope, J.T., Bingham. C.R., Zimmerman, M.A., Blow, F.C. (2009). Three-month follow-up of brief computerized and therapist interventions for alcohol and violence among teens. *Academic Emergency Medicine, 16*(11), 1193-1207. [PMC2981597]

6

40. Bauermeister, J.A., Zimmerman, M., Caldwell, C., Xue, Y., Gee, G. (2010). What predicts sex partners' age differences among African American youth? A longitudinal study from adolescence to young adulthood. *Journal of Sex Research*, 47(4), 330-344. [PMC2888807]

41. Griffith, D.M., Allen, J.O., DeLoney, E.H., Robinson, K., Lewis E.Y., Campbell, B. Morrel-Samuels, S., Sparks, A., Zimmerman, M.A., Reischl, T. (2010). Community-based organizational capacity building as a strategy to reduce racial health disparities. *The Journal of Primary Prevention*, 31(1-2), 31-39. [PMID: 20127281]

42. Cunningham, R.M., Walton, M.A., Roahen Harrison, S., Resko, S.M., Stanley, R., Zimmerman, M.A., Bingham, C.R., Shope, J.T. (2011). Past-year intentional and unintentional injury among teens treated in an inner- city emergency department. *Journal of EmergencyMedicine,* 41:4. e-pub. [PMC2892010]

43. Loh, K., Walton, M., Harrison, S.R., Zimmerman, M.A, Stanley, R., Chermack , S., Cunningham, R.M. (2010). Prevalence and correlates of handgun access among adolescents seeking care in an urban emergency department. *Accident Analysis and Prevention, 42*(2), 347-353. [PMC2853359]

44. Hindman, A., Skibbe, L., Miller, A.L., Zimmerman, M.A. (2010). Ecological contexts and early learning: Contributions of child, family, and classroom factors during Head Start to literacy and mathematics growth through first grade. *Early Childhood Research Quarterly, 25*, 235-250.

45. Elkington, K.S., Bauermeister, J.A., Zimmerman, M.A. (2010). Psychological distress, substance use, and HIV/STI risk behaviors among youth. *Journal of Youth and Adolescence*, 39(5), 514-517. [PMC2855969]

46. Cunningham, R.M., Resko, S.M., Harrison, S.R., Zimmerman, M.A., Stanley, R., Chermack, S.T., Walton, M.A. (2010). Screening adolescents in the emergency department for weapon carriage. *Academic Emergency Medicine*, 17(2), 168-176. [PMC2981595]

47. Hurd, N.M., Zimmerman, M.A. (2010). Natural mentors, mental health, and risk behaviors: A longitudinal analysis of African American adolescents transitioning into adulthood. *American Journal of Community Psychology, 46*(1-2), 36-48. [PMC2922467]

48. Kruger, D.J., Hamacher, L., Strugar-Fritsch, D., Shirey, L., Renda, E., Zimmerman, M.A. (2010). Facilitating the development of a county health coverage plan with data from a community-based health survey. *Journal of Public Health Policy*, 31(2), 199-211. [PMID: 20535102]

49. Wong, N., Zimmerman, M.A., Parker, E.A. (2010). A typology of youth participation and empowerment for child and adolescent health promotion. *American Journal of Community Psychology*, 46(1-2), 100-114. [PMID: 20549334]

50. Walton, M.A., Chermack, S.T., Shope, J.T., Bingham, C.R., Zimmerman, M.A., Blow, F.C., Cunningham, R.M. (2010). Effects of a brief intervention for reducing violence and alcohol misuse among adolescents: A randomized controlled trial. *Journal of the American Medical Association*. *304*(5), 527-535. [PMID: 20682932]

51. Resko, S.M., Walton, M.A., Bingham, C.R., Shope, J.T., Zimmerman, M.A., Chermack, S.T., Blow, F.C., Cunningham, R.M. (2010). Alcohol availability and violence among inner-city adolescents: A multi-level analysis of the role of alcohol outlet density. *American Journal of Community Psychology*, 46(3-4), 253-262. [PMID: 20857328]

52. Hurd, N.M., Zimmerman, M.A. (2010). Natural mentoring relationships among adolescent mothers: A study of resilience. *Journal of Research on Adolescence, 20*(3), 789-809. [PMC2951606]

53. Stoddard, S.A., Zimmerman, M.A., Bauermeister, J.A. (2011). Thinking about the future as a way to succeed in the present: A longitudinal study of future orientation and violent behaviors among African American youth. *American Journal of Community Psychology.* 48(3-4), 238-246.  doi: 10.1007/s10464-010-9383-0. [PMC3107351]

54. Elkington, K.S., Bauermeister, J.A., Zimmerman, M.A. (2010). Do parents and peers matter? A prospective socio-ecological examination of substance use and sexual risk among African American youth. *Journal of Adolescence*. Dec 13. [PMC3123662]

55. Morrel-Samuels, P., Zimmerman, M.A. (2010). Research methodology: An innovative approach to a venerable course. *Clinical and Translational Science, 3*(6), 309-311. doi: 10.1111/j.1752-8062.2010.00239.x. [PMID: 21167007]

56. Johns, M.M., Bauermeister, J.A., Zimmerman, M.A. (2010). Individual and neighborhood correlates of HIV testing among African American youth transitioning from adolescence into young adulthood. *AIDS Education and Prevention*, 22(6), 509-522. [PMC3051374]

57. Zimmerman, M.A., Stewart, S., Morrel-Samuels, S., Franzen, S., Reischl, T. (2011). Youth empowerment solutions for peaceful communities: Combining theory and practice in a community-level violence prevention curriculum. *Health Promotion Practice, 12*(3), 425-439. [PMID: 21059871]

58. Bauermeister, J.A., Zimmerman, M.A., Caldwell, C.H. (2011). Neighborhood disadvantage and changes in condom use among African American adolescents. *Journal of Urban Health, 88*(1), 66-83. [PMC3042087]

59. Walton, M.A., Resko, S., Whiteside, L., Chermack, S.T., Zimmerman, M., Cunningham, R.M. (2011). Sexual risk behaviors among teens at an urban emergency department: Relationships with violent behaviors and substance use. *Journal of Adolescent Health, 48*(3), 303-305. [PMC3052935]

60. Hurd, N.M., Zimmerman, M.A., Reischl, T.M. (2011). Role model behavior and youth violence: A study of positive and negative effects. *Journal of Early Adolescence*, 31(Apr), 323-354. (doi: 10.1177/0272431610363160).

61. Barnett, T.E., Vansadia, P., Caldwell, C.H., Rowley, S., Zimmerman, M.A. (2011). A longitudinal study of household change on African American adolescents. *Journal of Community Psychology*, 39(3), 303-315 (doi: 10.1002/jcop.20434).

62. Skolarus, L.E., Zimmerman, M.A., Murphy, J., Brown, D.L., Kerber, K.A., Bailey, S., Fowlkes, S., Morgenstern, L.B. (2011). Community-based participatory research: A new approach to engaging community members to rapidly call 911 for Stroke. *Stroke, 42*(7), 1862-1866. [PMID: 21617148]

63. Stoddard, S.A., Zimmerman, M.A. (2011). Association of interpersonal violence with self-reported history of head injury. *Pediatrics, 127*(6), 1074-1079. [PMC3103270]

64. Butler-Barnes, S.T., Chavous, T.M., Zimmerman, M.A. (2011). Exposure to violence and achievement motivation beliefs: Moderating roles of cultural-ecological factors. *Race and Social Problems*, 3(2), 75-91. [DOI 10.1007/s12552-011-9044-4]

65. Brenner, A.B., Bauermeister, J.A., Zimmerman, M.A. (2011). Neighborhood variation in adolescent alcohol use: Examination of socio-ecological and social disorganization theories. *Journal of Studies on Alcohol and Drugs. 72*(4), 651-659. [PMC3125888]

66. Bauermeister, J.A., Johns, M.M., Pingel, E., Eisenberg, A., Santana, M.L., Zimmerman, M. (2011). Measuring love: Sexual minority male youths' ideal romantic characteristics. *Journal of LGBT Issues in Counseling, 5*(2), 102-121. [PMC3121169]

67. Ranney, M.L., Whiteside, L., Walton, M.A., Chermack, S.T., Zimmerman, M.A., Cunningham, R.M. (In Press). Gender differences in characteristics of adolescents presenting to the ED with acute assault-related injury. *Academic Emergency Medicine, 18*(10), 1027-35.. [PMC3201754]

68. Bauermeister, J.A., Pingel, E., Zimmerman, M.A., Couper, M., Carballo-Diéguez, A., Strecher, V. (In Press). Data quality in web-based HIV/AIDS research: Handling invalid and suspicious data. *Field Methods.*

69. Livingood, W.C., Allegrante, J.P., Airhihenbuwa, C.O., Clark, N.M., Windsor, R.C., Zimmerman, M.A., Green, L.W. (In Press). Applied social and behavioral science to address complex health problems. *American Journal of Preventive Medicine.41*(5), 525-31. [PMID: 22011425]

70. Reischl, TM, Zimmerman, MA, Morrel-Samuels, S, Franzen, SP, Faulk, M., Eisman, AB, Roberts, E. (2011). Youth empowerment solutions for violence prevention. *Adolescent Medicine: State of the Art Reviews.22*(3), 581-600. [PMID: 22423465]

71. Choe, D. E., Zimmerman, M. A., & Devnarain, B. (2012). Youth violence in South Africa: Exposure, attitudes, and resilience in Zulu adolescents. *Violence and Victims*, 27(2), 166-181.

72. Miller, A.L., Krusky, A., Franzen, S., Cochran, S., & Zimmerman, M. (In press). Partnering to translate evidence-based practices to community settings: Bridging the discovery-delivery gap. *Health Promotion Practice.*

73. Stoddard, S.A., Zimmerman, M.A., & Bauermeister, J.A. (In Press). A Longitudinal Analysis of Cumulative Risks, Cumulative Promotive Factors, and Adolescent Violent Behavior. *Journal of Research on Adolescence.*

74. Hurd, N. M., Stoddard, S. A., & Zimmerman, M. A. (In Press). Neighborhoods, Social Support, and African American Adolescents Mental Health Outcomes: A Multilevel Path Analysis. *Child Development*

75. Hurd, N. M., Sanchez, B., & Zimmerman, M. A., & Caldwell, C. H. (In Press). Natural mentors, racial identity, and educational attainment among African American adolescents: Exploring pathways to success. *Child Development.*

76. Hurd, N. M., Sellers, R.M., Cogburn, C.D., Butler-Barnes, S.T., & Zimmerman, M. A. (In Press). Racial identity and depressive symptoms among Black emerging adults: The moderating effects of neighborhood racial composition. *Developmental Psychology.*

77. Bauermeister, J.A., Zimmerman, M.A., Johns, M.M., Glowacki, P., Stoddard, S. & Volz, E. (In Press). Innovative recruitment using online networks: Lessons from the development and implementation of a web-based Respondent Driven Sampling (WebRDS) strategy. *Journal of Studies on Alcohol and Drugs*

78. Gordon-Messer, D., Bauermeister, J.A., Grodzinski, A., & Zimmerman, M.A. (In Press). Sexting among young adults. *Journal of Adolescent Health*.

79. Estrada-Martinez, L.M., Caldwell, C.H., Bauermeister, J.A., & Zimmerman, M.A. (In Press). Stressors in Multiple Life-Domains and the Risk for Externalizing and Internalizing Behaviors Among African Americans During Emerging Adulthood. *Journal of Youth and Adolescence*. [DOI 10.1007/s10964-012-9778-3]

80. Stoddard, S.A., Whiteside, L., Zimmerman, M.A., Cunningham, R.M., Chermak, S.T., Walton, M.A. (In Press). The Relationship between Cumulative Risk and Promotive Factors and Violent Behavior among Urban Adolescents. *American Journal of Community Psychology*.

81. Stoddard, S.A., Bauermeister, J.A., Gordon-Messer, D., Johns, M., & Zimmerman, M.A. (2012). Permissive norms and young adults' alcohol and marijuana use: The role of online communities. *Journal of Studies on Alcohol and Drugs*, 73(6), 968-975.

82. Brenner, A.B., Zimmerman, M.A., Bauermeister, J.A., & Caldwell, C.H. (2012). The physiological expression of living in disadvantaged neighborhoods for youth. *Journal of Youth and Adolescence*. DOI 10.1007/s10964-012-9838-8.

83. Johns, M.M., Zimmerman, M.A., & Bauermeister, J.A. (In Press). Sexual attraction, sexual identity, and psychosocial well-being in a national sample of young women during emerging adulthood. *Journal of Youth & Adolescence*.

84. Goldstein, A.L., Faulkner, B. Cunningham, R.M., Zimmerman, M.A., Chermack, S., & Walton, M. A. (In Press). A latent class analysis of adolescent gambling: Application of resilience theory. *International Journal of Mental Health and Addiction*.

85. Whiteside, L.K., Walton, M., Ranney, M., Zimmerman, M.A., Chermack, S., Cunningham, R.M. (In Press). The Overlap of Youth Violence Among Aggressive Adolescents with Past Year Alcohol Use, A Latent Class Analysis: Aggression and Victimization in Peer and Dating Violence in an Inner City Emergency Department Sample. *Journal of Studies on Alcohol and Drugs*.

86. Epstein-Ngo, Q.M., Cunningham, R.M., Whiteside, L.K., Chermack, S.T., Booth, B.M., Zimmerman, M.A., & Walton, M.A. (In Press). A Daily Calendar Analysis of Substance Use and Dating Violence among High Risk Urban Youth. *Drug and Alcohol Dependence*.

87. Cook, S., Bauermeister, J.A., Gordon-Messer, D., & Zimmerman, M.A. (In Press). Online network influences on emerging adults' alcohol and drug use. *Journal of Youth and Adolescence*.

## EDITED BOOKS AND BOOK CHAPTERS

1. Bingenheimer, J.B., Repetto, P.B., Zimmerman, M.A., Kelly, J.G. (2003). A brief history and analysis of health promotion. In Gullotta, T.P., Bloom, M. (Eds.) *Encyclopedia of Primary Prevention and Health Promotion* (pp. 15-26). New York: Kluwer Academic/Plenum Publishers.

2. Tarver, D.B., Wong, N.T., Neighbors, H.W., Zimmerman, M.A. (2004). The role of father support in the prediction of suicidal ideation among Black adolescent males. In Way, N., Chu, J.Y. (Eds.), *Adolescent boys: Exploring diverse cultures of boyhood* (pp. 144-163). NY: New York University Press.

3. Zimmerman, M.A., Bingenheimer, J.B., Behrendt, D.E. (2005). Natural mentoring relationships. In DuBois, D.L., Karcher, M.J. (Eds.), *Handbook of Youth Mentoring* (pp. 143-157). Thousand Oaks, CA: Sage.

4. Wright, J.C., Zimmerman, M.A. (2006). Culturally sensitive interventions to prevent youth violence. In Guerra , Nancy G., Phillips Smith, Emilie (Eds.), *Preventing Youth Violence in a Multicultural Society* (pp. 221-247). Washington, DC: American Psychological Association.

5. Zimmerman, M.A. (In Press). Community psychology and public health. In *Encyclopedia of Public Health*. New York: Macmillan Reference.

6. Hudson, D., Zimmerman, M.A., Morrel-Samuels, S. (2006). Youth violence prevention: Theory and practice. In Gielen, A.C., Sleet, D.A., DiClemente, R.J. (Eds.), *Injury and Violence Prevention: Behavioral Science Theories, Methods, and Applications* (pp. 368-392). San Francisco: Jossey-Bass.

7. Holden, D.J., Zimmerman, M.A. (Eds.) (2009). *A practical guide to program evaluation planning*. Thousand Oaks, CA: Sage.

8. Zimmerman, M.A., Brenner, A.B. (2010). Resilience in adolescence: Overcoming neighborhood disadvantage. In Reich, J., Zautra, A.J., Hall, J.S. (Eds.), *Handbook of Adult Resilience* (Chapter 14, pp. 283-308). New York: Guilford Press.

9. Butler-Barnes, S.T., Hurd, N. Zimmerman, M.A. (In press). Flint Adolescent Study: A Longitudinal Examination of Social Support and Academic Motivational Beliefs of African American Adolescents. In Yeakey, C.C., Sanders-Thompson,V., Wells, A. (Eds.), *Urban Ills: Post Recession Complexities of Urban Living in Global Contexts*, N.Y.: Lexington Books.

**INVITED ARTICLES**

1. Hurd, N.M. & Zimmerman, M.A. (2011). Role Models. In R.J. Levesque (Ed.). Encyclopedia of Adolescence (pp. 2399-2404). New York, New York: Springer.DOI: 10.1007/978-1-4419-1695-2_230

**EDITORIAL ACTIVITIES**

Member, Editorial Board for *Health Promotion Practice*, 2004-2012.

Member, Editorial Board for *Health Education Research*, 1998-present.

Member, Editorial Board for *Psyche* (Chilean psychology journal), 2009-present.

Editor, *Health Education & Behavior*, 1997-2010.

Editor, *Youth & Society*, 2011-present.

**GRANT REVIEW ACTIVITIES**

NIH Scientific Review Committee, Ad hoc, Community Influences on Health Behavior Study Section, 2011

NIH Scientific Review Committee, Member, Community Influences on Health Behavior Study Section, 2013-present

**PROFESSIONAL AFFILIATIONS**

- American Public Health Association
- Society for Public Health Education
- Society for Community Research and Action
- Society for Research on Adolescence

# ZIMMERMAN EXHIBIT 2

**Expert Report**
**Submitted by Marc A. Zimmerman, Ph.D.**

The basis of this report of the prevalence of sexting involving visual depictions among young adults (18-24 years old) comes from a national study reported by Gordon-Messer, D., Bauermeister, J. A., Grodzinski, A., & Zimmerman, M. A. (2012).  The sampling strategy for this study involved a Respondent Driven Sampling (RDS). This procedure requires an initial sample of participants who then recommend others to complete a web-based questionnaire. The subsequent *referral chains* all extend from an initial individual who begins the chain (seeds). In our study the initial seed recommended 5 additional participants. Each person in the chain received a VISA e-gift card for $20 for completing the questionnaire and a $10 e-gift card for each referral they made who also completed the questionnaire. This continued until we stopped the chain process where the final group of participants only received e-gift cards for completing the questionnaire. The seeds were recruited through a Facebook advertising process that also took into consideration where they lived (region of the U.S.) and their self-defined ethnicity. We identified, a priori based on U.S. demographic data, how many seeds to recruit from each area based on region total population and race defined subgroup populations to help insure a representative sample.

Using procedures defined by Volz & Heckathorn (2008), we developed statistical weighting procedures to adjust for the clustering that resulted from the network referral process (to avoid oversampling from one seed versus another). This is necessary because participants recruited through the RDS are linked by their referral chains (those within an individual seed) and therefore have a commonality that needs to be accounted for in subsequent estimates (i.e., their responses may be correlated because they all come from the same seed). We weighted the data based on the following criteria that we collected from them: a) the number of young adults they estimate to know; b) the proportion of young adults they interact with online; and the racial homogeneity of their social networks.

<u>Sample population</u>

- 18-24 years old, live in the United States, have access to the Internet.
- N = 827 weighted individuals (from an original sample of 2,447)
- 52% Male
- Race/Ethinicity: 70% White, 12% Asian/Pacific, 9% Hispanic/Latino, 5% Black/African American

<u>Defining Sexting</u>

We defined sexting as sexually suggestive photos or messages through cell phones or other media. We measured it by asking participants if they used their cell phone to send a sexually suggestive nude or nearly nude photo of themselves to someone else or of they ever received such a text from someone they know on their cell phone. This is the same measured used by Lenhart (2010) and others.

Findings

*Sexting Prevalence:*
- Ever sent a sext: 30%
- Ever received a sext: 41%

*Among those who reported sexting:*

- Receivers Only: 13%
- Senders Only: 2%
- 2-way sexters: 28%

We believe our results are nationally representative of young adults who use the internet for several reasons. **First**, colleagues and I (Bauermeister, et al., 2012) examined how our data on last 30-day substance us (e.g., tobacco, alcohol, marijuana, cocaine, Ecstasy/MDMA, hallucinogens) matched up with use reported in other national studies that used different sampling strategies.  We found comparable prevalence estimates for everything except cigarette use (our study participants reported more cigarette use). **Second**, our weighting system removed recruitment bias by adjusting for the RDS strategy we used. **Third**, our results are similar to other studies (Benotsch et al., 2012; National Campaign to Prevent Teen and Unplanned Pregnancy, 2008). Benotsch et al. (2012) conducted an online study with 763 young adults. Their sample was recruited from a large public university and included 66% female and 53% white participants with an average age of 19 years old. Forty-Four percent (44.4%) reported sexting. The National Campaign to Prevent Teen and Unplanned Pregnancy was also an online survey. This study included a sample of 627 young adults (20-26 years old). Overall, 33% reported sending or posting a sext. Unfortunately, few studies of sexting among young adults or older populations have been reported to date. Most studies on sexting prevalence and consequences, although also not many, have focused on adolescent (under 18 years old) populations (Dake et al., 2012; Mitchell et al., 2012; Rice et al., 2012; Temple et al., 2012).

According to the U.S. Census, the 18-24 year old population comprises 30,672,088. Extrapolating our prevalence rate of 30% would suggest 9,201,626 young adults have ever sent a sext. Similarly, extrapolation of our prevalence of 41% who ever received a sext would result in 12,575,560 18-24 year olds. Although such extrapolation is sometimes tenuous because a specific estimate based on one sample can capitalize on the error present in any study, the number of young adults involved in this behavior in some ways is quite significant. If , for example, our estimates were off by as much as 50%, a very unlikely scenario, the prevalence for sending would involve 4.6 million young adults and receiving a text would involve 6.3 million young adults.

## Citations

Bauermeister, J. A., Zimmerman, M. A., Johns, M. M., Glowacki, P., Stoddard, S., & Volz, E. (2012). Innovative recruitment using online networks: Lessons learned from an online study of alcohol and other drug use utilizing a web-based, Respondent-Driven Sampling (webRDS) strategy. *Journal of Studies on Alcohol and Drugs, 73*(5), 834-838. PMCID: PMC3410951

Benotsch EG, Snipes DJ, Martin AM, Bull SS.  (2012). Sexting, Substance Use, and Sexual Risk Behavior in Young Adults. *J Adolesc Health.* 2012 Aug 14. [Epub ahead of print].

Dake, J.A. Price, J.H., Maziarz, L., Ward, B. (2012). Prevalence and Correlates of Sexting Behavior in Adolescents. *American Journal of Sexuality Education*, 7:1, 1-15.

Lanhart A. (2010). Teens, Adults and Sexting: Data on sending and receipt of sexually suggestive nude or nearly nude images by Americans.  Pew Internet and American Life Project; 2010.  Available at: http://www.pewinternet.org/Presentations/2010/Oct/Teens-Adults-and-Sexting.aspx.

Mitchell KJ, Finkelhor D, Jones LM, Wolak J.  Prevalence and characteristics of youth sexting: a national study. Pediatrics. 2012 Jan;129(1):13-20. doi: 10.1542/peds.2011-1730. Epub 2011 Dec 5.

National Campaign to Prevent Teen and Unplanned Pregnancy. Sex andTech: Results from a survey of teens and young adults. (2008). http://www.thenationalcampaign.org/sextech/pdf/sextech_summary.pdf

Rice, E., Rhoades, H.  Winetrobe, H., Sanchez, M., Montoya, J. Plant, A., Kordic, T. (2012) Sexually Explicit Cell Phone Messaging associated with sexual risk among adolescents. *Pediatrics.* 2012; 13(4), 667-673. Published online September 17, 2012. doi: 10.1542/peds.2012-0021

Temple, JR, Paul, JA, Van Den Berg, P, Le, VD, McElhany, A., Temple, BW. (2012). Teen Sexting and Its Association with Sexual Behaviors. *Arch Pediatr Adolesc Med.* 166(9):828-833. Published online July 2, 2012. doi:10.1001/archpediatrics.2012.835

Volz E, Heckathorn DD.  (2008). Probability based estimation theory for respondent driven sampling. *J Off Stat*; 24:79.

# ZIMMERMAN EXHIBIT 3

Journal of Adolescent Health xx (2012) xxx



ELSEVIER

JOURNAL OF
**ADOLESCENT**
**HEALTH**

www.jahonline.org

Original article

# Sexting Among Young Adults

Deborah Gordon-Messer, M.P.H.[a], Jose Arturo Bauermeister, M.P.H., Ph.D.[b,*],
Alison Grodzinski, M.L.I.S.[a], and Marc Zimmerman, Ph.D.[c]

[a] *Prevention Research Center of Michigan, University of Michigan School of Public Health, Ann Arbor, Michigan*
[b] *Sexuality & Health Lab, Department of Health Behavior and Health Education, University of Michigan School of Public Health, Ann Arbor, Michigan*
[c] *Department of Health Behavior and Health Education, University of Michigan School of Public Health, Ann Arbor, Michigan*

*Article history:* Received January 6, 2012; Accepted May 15, 2012
*Keywords:* Young adults; Text messaging; Sexual behavior; Mental health

A B S T R A C T

**Purpose:** Sexting has stirred debate over its legality and safety, but few researchers have documented the relationship between sexting and health. We describe the sexting behavior of young adults in the United States, and examine its association with sexual behavior and psychological well-being.
**Methods:** Using an adapted Web version of respondent-driven sampling, we recruited a sample of U.S. young adults (aged 18–24 years, N = 3,447). We examined participant sexting behavior using four categories of sexting: (1) nonsexters, (2) receivers, (3) senders, and (4) two-way sexters. We then assessed the relationships between sexting categories and sociodemographic characteristics, sexual behavior, and psychological well-being.
**Results:** More than half (57%) of the respondents were nonsexters, 28.2% were two-way sexters, 12.6% were receivers, and 2% were senders. Male respondents were more likely to be receivers than their female counterparts. Sexually active respondents were more likely to be two-way sexters than non–sexually active ones. Among participants who were sexually active in the past 30 days, we found no differences across sexting groups in the number of sexual partners or the number of unprotected sex partners in the past 30 days. We also found no relationship between sexting and psychological well-being.
**Conclusions:** Our results suggest that sexting is not related to sexual risk behavior or psychological well-being. We discuss the findings of this study and propose directions for further research on sexting.

IMPLICATIONS AND
CONTRIBUTION

We investigated sexting behavior among young adults in the United States using four categories: nonsexters, receivers, senders, and two-way sexters. Our findings provide evidence that sexting is prevalent among young adults, but does not appear to be related to sexual risk or psychological well-being.

© 2012 Society for Adolescent Health and Medicine. All rights reserved.

Sexting, which describes sharing sexually suggestive photos or messages through cell phones and other mobile media [1], is rapidly becoming part of the dating process [2]. Recently, this behavior has stirred substantial concern over its legality and safety [3,4]. Although existing surveys document the prevalence among young adults (YAs) and demographic characteristics associated with sexting, there is little systematic research on the relationship between sexting and health behaviors commonly assumed to be linked to sexting (e.g., mental health, sexual behaviors). It is critical to understand this relationship to determine whether and how public health resources should be devoted to sexting.

Since 2009, cross-sectional studies have examined the prevalence of sexting behavior among teens and YAs [2,5–7]. Most recently, Lenhart [7] found that 13% of those aged 18 to 29 years had sent sexually suggestive nude or seminude images via cell phones and 31% had received these messages. Researchers also found that men were more likely to have received sexts (21%) than women (11%), and African American and Hispanic adults had higher odds of receiving sexts (27% and 22%, respectively)

* Address correspondence to: Jose Arturo Bauermeister, M.P.H., Sexuality & Health Lab, Department of Health Behavior and Health Education, University of Michigan School of Public Health, 1415 Washington Heights, 3822 SPH I, Ann Arbor, MI 48109.
E-mail address: jbauerme@umich.edu (J.A. Bauermeister).

1054-139X/$ - see front matter © 2012 Society for Adolescent Health and Medicine. All rights reserved.
http://dx.doi.org/10.1016/j.jadohealth.2012.05.013

ARTICLE IN PRESS

than whites (12%). Frequent users of cell phones and social networking technology and single adults reported sexting more than low-technology users or married adults [7].

In an MTV-sponsored study, researchers found that 45% of youth (aged 14–24 years) who reported having sex in the past week also reported sending at least one sext [5]. They also found that sexually active youth were twice as likely to share naked photos compared with their non–sexually active peers [5]. Although informative, these findings do not elucidate whether sexting is related to self-reported sexual risk behaviors. Researchers have proposed three perspectives regarding the relationship between sexting and sexual behavior: (1) sexting may lead to risky sexual behaviors such as early sexual initiation and less contraceptive use [8], (2) sexting may be a safer sex behavior if it is used in lieu of physical contact [2], or (3) sexting may reflect a new medium for the long-standing practice of photo sharing in romantic and sexual relationships and have no association with safer or riskier sex behaviors [1]. It is vital to understand how sexting is related to sexual behaviors, as it could be promoted as a safer sex behavior or become a focus of intervention to prevent risky sexual behavior.

Media reports and scholars have also proposed a relationship between sexting and psychological well-being [9–11]. Some researchers suggest that mental health is connected to youth's motivation to sext. People with social anxiety may prefer texting to voice calls as a medium for intimate contact, and may also prefer sexting as a medium for sexual contact [4,12]. Other researchers and the media raise concern over the psychological consequences of sexting. The spread of sext messages beyond the original recipient and pressure to sext are both common occurrences [5,6] and may be related to subsequent psychological distress [3,13]. In addition, a number of dating violence education programs have included unwanted text and sext messages in their definitions of dating violence [12,13]. To date, researchers have not tested the relationship between sexting and symptoms of psychological well-being directly. The absence of such data is a concerning gap in our understanding, given that if sexting is related to adverse mental health, intervention is critical to prevent or mitigate negative outcomes.

**Study Goals and Objectives**

Our study has three goals. First, we describe the prevalence of sexting in a large national sample of 18–24-year-old YAs in the United States. We break sexting into four categories: (1) nonsexters (neither sent nor received a sext), (2) senders (sent but never received a sext), (3) receivers (received but never sent a sext), and (4) two-way sexters (both sent and received a sext). Second, we examine whether participants who engage in different sexting behaviors differ in their sociodemographic characteristics. Finally, we test the association between YAs' sexting behaviors, sexual behavior, and psychological well-being. We discuss the implications of sexting for YAs and suggest directions for both research and practice.

**Methods**

*Sampling*

Participants were recruited using a Web-based respondent-driven sampling (RDS) strategy [14]. To be eligible for the study, respondents had to be aged between 18 and 24 years, live in the United States, and have access to the Internet. The first wave of participants (seeds) was recruited through an online Facebook advertisement. We selected 22 seeds based on race/ethnicity and region of the United States to ensure that initial networks were diverse and not concentrated in a single region. The remainder of the sample was recruited through referral chains. The full sample (N = 3,447) included 52% male respondents, with a racial breakdown of 70% white, 12% Asian/Pacific Islander, 9% Hispanic/Latino, and 5% black/African American. The majority of participants identified as heterosexual (93.9%). The average age of participants was 20 (standard deviation = 1.77) years, and more than half of the participants had completed some college education or more (66%). On average, the respondents spent between 3 and 4 hours per day on the Internet, outside of school and work, and communicated with 47% of their contacts via phone or text message.

*Procedures*

Each prospective participant logged into the survey portal using a unique identifying number and completed a short eligibility screener. Eligible participants consented to the study and completed the survey. On average, the questionnaire took 37 minutes to complete. YAs received a VISA e-gift card for their participation ($20) and an additional $10 each for up to five additional YAs who they referred to the study and who completed the questionnaire. Data were protected with a 128-bit SSL encryption and kept on a secure server protected by firewall at the University of Michigan. Data quality checks were performed to circumvent duplicate and fraudulent entries [14,15]. The study was approved by the institutional review board of the University of Michigan.

*Measures*

*Sexting.*  Respondents answered two questions regarding their lifetime sexting behavior. Using definitions provided by the Pew Internet and American Life Project [7], we asked participants whether they had ever sexted (i.e., sent a sexually suggestive nude or nearly nude photo or video of themselves to someone else) using their cell phones. Then, we asked whether they had ever received a sext (i.e., a sexually suggestive nude or nearly nude photo or video of someone else they know) on their cell phones. We created a lifetime sexting behavior status variable using four categories: (1) nonsexters, (2) senders, (3) receivers, and (4) two-way sexters.

*Sexual behavior.*  Sexual (genital) experience was defined as oral sex: "any mouth to genital contact," vaginal sex: "male putting his penis in a female's vagina or a female putting a finger, dildo, or other object into another female's vagina," and anal sex: "male putting his penis in someone else's anus or female putting a finger, dildo, or other object into another female's anus." Two questions asked participants whether they "ever had sexual (genital) experiences with a male" and whether they "ever had sexual (genital) experiences with a female." Participants who answered yes to any of the questions were coded as "sexually active," whereas those who answered no to both questions were coded as "not sexually active." Sexually active youth reported the number of male and female partners they had in the past 30 days. We calculated the total number of sexual partners in past 30 days by adding the reported number for male and female partners. To distinguish lifetime sexual behavior from recent sexual behavior, we created a dichotomous variable (0 = no, 1 = yes) that identi-

D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx   3

fied whether respondents had one or more partners in the past 30 days. Participants also reported the number of unprotected sex partners in the past 30 days for vaginal sex and for anal sex. We calculated the proportion of unprotected sex partners by dividing participants' number of unprotected partners for vaginal sex and anal sex, respectively, by their total reported partners in the past 30 days. We used these proportions as indicators of sexual risk behavior.

*Depression.* Depressive symptoms in the past week were assessed using an 11-item short form of the Center for Epidemiologic Studies Depression scale [16,17]. We selected this short form to limit the number of survey items and reduce participant burden. Items (e.g., "I felt that everything I did was an effort") were scored on a four-point scale: $1$ = rarely or none of the time ($<1$ day), $4$ = most or all the time (5–7 days). Mean depression score was calculated by reverse scoring positively worded items (e.g., "I felt hopeful about the future") and creating a mean composite score. High scores indicated high depression symptoms in the past week ($\alpha = .82$).

*Anxiety.* Anxiety symptoms were measured using the anxiety subscale of the Brief Symptom Inventory [18]. Participants reported how often in the past week they had experienced signs of anxiety, such as "nervousness or shakiness inside," using a 5-point scale ($1$ = never, $5$ = very often). We computed a mean total anxiety score, where higher scores indicated higher anxiety symptoms ($\alpha = .90$).

*Self-esteem.* We assessed self-esteem using the 10-item Rosenberg Self-Esteem Scale [19]. Participants responded to items (e.g., "I feel I have a number of good qualities") on a four-point scale ($1$ = strongly disagree, $4$ = strongly agree). We created a mean composite self-esteem score. Higher scores indicated higher self-esteem ($\alpha = .87$).

*Sociodemographic characteristics.* Participants reported their biological sex, highest education level, and whether they were Hispanic/Latino, followed by their race/ethnicity. Participants also reported their sexual orientation (straight/heterosexual, gay/lesbian/homosexual, bisexual or other). We recoded sexual orientation into two categories: heterosexual and homo-/bisexual (other responses were excluded from the analysis, n = 5). We calculated participant age by subtracting their month and year of birth from the date of study participation.

*Internet use.* Participants reported, on average, how many hours per day they spent on the Internet for personal use ($1$ = no hours to $8$ = $\geq$16 hours).

*Phone/texting communication.* We asked participants how many YAs they had contact with in the past 3 months, and of those who they were in contact with, how many they usually communicated with via phone or text. We divided the number of phone/text contacts by the total number of contacts in the past 3 months to compute a proportion of contacts phoned/texted.

*Data analytical approach*

Participants recruited through RDS are linked by their recruitment chains and are therefore correlated. We computed a statistical weight (RDS2) to correct for clustering that resulted from

the network-referral procedures [20]. Using RDS2, the data are weighted by participants' network characteristics, such as the number of YAs whom the participants know, the proportion of youth with whom they interact with online, and racial homogeneity of their networks. After adjusting for these network-level intercorrelations with the RDS2 weights, our final analytical sample comprised 827 individuals.

We performed descriptive statistics for study variables on both the full (n = 3,447) and the weighted (n = 827) samples and performed an attrition analysis for those with missing sexting data. All variables were normally distributed, except for the number of partners in the past 30 days (skewness = 15.6); this variable was log transformed to correct for positive skew. In subsequent analyses, we weighted the RDS2 weight [20]. Data were analyzed in three steps. First, we used cross tabs to examine the intersection between sending and receiving a sext message, and to create sexting status categories. Second, we analyzed bivariate relationships between sexting status and variables of interest. For continuous variables, we used analysis of variance, with post hoc Scheffe tests to compare mean scores across sexting groups. We tested the association between sexting and categorical variables using $\chi^2$ tests and odds ratios (ORs). Third, we performed multinomial regression analysis that tested the relationship between sexting status and each sexual health outcome, depression, anxiety, and self-esteem, after accounting for all demographic variables, Internet use, and proportion of contacts phoned/texted. Multivariate and bivariate analysis results were the same for all predictors. For brevity, we report only bivariate and statistically significant results ($p < .05$).

**Results**

*Attrition analyses*

Of the 827 respondents in the weighted sample, 760 (91.7%) answered both questions on sexting, whereas 67 (8.3%) had missing data for one or both of the sexting items. A greater percentage of male respondents (10.8%) had missing data when compared with their female counterparts (5.7%, $\chi^2_{(1)} = 6.9$), and more non-sexually active participants (15%) had missing data than their sexually active counterparts (5.3%, $\chi^2_{(1)} = 21.6$). Additionally, those with missing data had fewer sexual partners in the past 30 days (mean difference in log number of partners = .15, $t = 3.15$), a lower proportion of unprotected vaginal sex partners (mean difference = .076, $t = 3.26$), and lower self-esteem (mean difference = .17, $t = 2.32$) when compared with those who responded to both sexting questions. We found no differences by race, sexual orientation, age, education level, daily hours spent on the Internet, proportion of contacts phoned/texted, anxiety, or depression. Only participants with full sexting data available were included in analyses; demographic characteristics are displayed in Table 1.

*Sexting behavior and demographics*

More than half (57%) of the respondents were nonsexters, 28.2% were two-way sexters, 12.6% were receivers, and 2% were senders (Table 2). Owing to small cell size (n = 15), we excluded senders from subsequent analyses.

Results from bivariate analyses are presented in Table 3. Sexting behavior differed by sex ($\chi^2_{(2)} = 11.3$, $p < .05$) and race/ethnicity ($\chi^2_{(8)} = 31.4$, $p < .001$). Male respondents were

4                                    D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx

**Table 1**
Descriptives for participants included in analysis (n = 760)

| Variable | Mean (standard deviation)/n (%) | Range |
|---|---|---|
| **Sex** | | |
| Male | 373 (49.6%) | |
| Female | 379 (50.4%) | |
| **Race** | | |
| Black/African American | 38 (5.0%) | |
| White | 527 (70.4%) | |
| Asian/Pacific Islander | 84 (11.2%) | |
| Hispanic/Latino | 66 (8.9%) | |
| Other | 34 (4.5%) | |
| **Sexual orientation** | | |
| Heterosexual | 708 (93.8%) | |
| Homo-/bisexual | 47 (6.2%) | |
| Age | 20.8 (1.77) | |
| Education | 3.57 (1.28) | 0–6 |
| Daily Internet use | 3.88 (1.27) | 1–8 |
| Proportion of contacts phoned/texted | .50 (.32) | 0–1 |
| **Sexually active** | | |
| Yes | 520 (70.2%) | |
| No | 221 (29.8%) | |
| **Sexually active (past 30 days)** | | |
| Yes | 349 (52.9%) | |
| No | 392 (47.1%) | |
| Natural Log of partners (past 30 days)[a] | .68 (2.11) | |
| Proportion of unprotected vaginal sex partners (past 30 days)[a] | .12 (.24) | 0–1 |
| Proportion of unprotected anal sex partners (past 30 days)[a] | .30 (.14) | 0–1 |
| Depression | 1.93 (.53) | 1–4 |
| Anxiety | 1.90 (.83) | 1–5 |
| Self-esteem | 3.05 (.55) | 1–5 |
| **Sent a sext** | | |
| Yes | 229 (30.1%) | |
| No | 531 (69.9%) | |
| **Received a sext** | | |
| Yes | 310 (40.8%) | |
| No | 450 (59.2%) | |

[a] Among those sexually active in the past 30 days.

more likely to be receivers than their female counterparts (OR = 2.2, $p = .001$), but we found no differences by sex for nonsexters or for two-way sexters. A greater number of Asian/Pacific Islanders reported never sexting compared with other race/ethnicities. Compared with whites, Asian/Pacific Islanders showed five times greater odds of being a nonsexter than a two-way sexter (OR = 5.4, $p < .001$). We found no differences in sexting behavior by age, sexual orientation, education, daily hours spent on the Internet, or proportion of contacts phoned/texted.

*Sexting and sexual behavior*

We found an association between lifetime sexual activity and sexting behavior ($\chi^2_{(2)} = 105$, $p < .001$). Receivers were three times more likely to be sexually active (OR = 3.2, $p < .001$) compared with nonsexters. Two-way sexters were 14 times more likely to report lifetime sexual activity (OR = 14.3, $p < .001$) compared with non-sexters. Similarly, recent sexual activity, in the past 30 days, was also associated with sexting behavior ($\chi^2_{(2)} = 76$, $p < .001$). When we assessed only those respondents who reported being sexually active in the past 30 days, we found no association between sexting behavior and number of part-

ners, proportion of unprotected vaginal sex, or proportion of unprotected anal sex partners.

*Sexting behavior and psychological well-being*

We found no differences across sexting groups in depression ($F_{2,714} = 1.08$, $p = .34$), anxiety ($F_{2,714} = .141$, $p = .87$), or self-esteem ($F_{2,713} = .988$, $p = .37$).

**Discussion**

We examined YAs' sexting behavior and its association with health. Our results indicate that sexting is a prevalent behavior among YAs, and show slightly higher rates of sending and receiving sexts than other recent findings [7]. We found that 30% of the YAs in our sample had sent a sext and 41% had received a sext, compared with 13% sending and 31% receiving sexts in the Lenhart study [7]. These differences may be attributable to age differences in the samples. Lenhart's findings focused on individuals aged 18–29 years, whereas our sample focused on those aged 18–24 years. It is also possible that sexting is increasing owing to technological advances. Sending photos and videos via cell phones increased from 2010 to 2011 (36%–54%) [21], and it is plausible that sexting is following that trend. Longitudinal data are needed for us to know whether sexting is increasing among YAs. Our results also suggest that sexting is most often a reciprocal behavior. Among those participants who had ever sent or received a sext, 66% reported both sending and receiving sexts. Given findings that most young men and women report sharing sexts within a dating relationship [6,22], it is likely that our findings reflect sexting between romantic partners.

Similar to Lenhart [7], we found that young men are more likely than young women to receive a sext without sending one. These results could be attributed in part to young men receiving photos that were originally intended for someone else. Researchers have found that 40% of men (vs. 24% of women) reported receiving second-hand sext content, and that 14% of men had received a mass sext, whereas only 9% of women reported this [5,6]. When men receive forwarded sexts, they may not be a part of a reciprocal sexting relationship and therefore do not send contents in return. This finding may also reflect sexual objectification [23] being enacted through technology. Qualitative research may be warranted to obtain more in-depth information about this pattern of sexting behavior.

Our findings on the relationship between sexting and sexual behavior support the perspective that sexting is a part of YAs' sexual relationships, but is not necessarily correlated with riskier or safer behavior. Although some teens report sexting as a substitute for physical contact [2], this use for sexting may not be common among YAs. Consistent with other studies [5], we found that YAs who are sexually active are more likely to sext than those who are not sexually active. Two explanations for this

**Table 2**
Count and percentage of "ever sent a sext" crossed with "ever received a sext"

| Sent a sext | Received a sext | | |
|---|---|---|---|
| | No (%) | Yes (%) | Total (%) |
| No | 435 (57.2) | 96 (12.6) | 531 (69.9) |
| Yes | 15 (2.0) | 214 (28.2) | 229 (30.1) |
| Total | 450 (59.2) | 310 (40.8) | 760 (100.0) |

D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx

5

**Table 3**
Sexing status by demographics, sexual behavior, and psychological well-being

| Variable | Sexing status M (standard deviation)/n (%) | | | Tests of association |
|---|---|---|---|---|
| | Never | Receive only | Both | F/$\chi^2$ (df) |
| Sex | | | | 11.33 (2)[a] |
| Male | 205 (55.4%) | 63 (17.0%) | 102 (27.6%) | |
| Female | 224 (61.0%) | 32 (8.7%) | 111 (30.2%) | |
| Race | | | | 31.41 (8)[a] |
| Black/African American | 18 (50.0%) | 4 (11.1%) | 14 (38.9%) | |
| White | 290 (56.2%) | 70 (13.6%) | 156 (30.2%) | |
| Asian/Pacific Islander | 71 (85.5%) | 5 (6.0%) | 7 (8.4%) | |
| Hispanic/Latino | 31 (47.7%) | 10 (15.4%) | 24 (36.9%) | |
| Other | 18 (56.3%) | 4 (12.5%) | 10 (31.3%) | |
| Sexual orientation | | | | 2.64 (2) |
| Heterosexual | 409 (58.9%) | 91 (13.1%) | 194 (28.0%) | |
| Homo-/bisexual | 23 (50.0%) | 5 (10.9%) | 18 (39.1%) | |
| Age | 20.8 (1.77) | 20.4 (1.71) | 20.8 (1.80) | 1.97 (2, 739) |
| Education | 3.6 (1.32) | 3.40 (1.28) | 3.63 (1.17) | 1.06 (2, 741) |
| Daily Internet use | 3.9 (1.25) | 3.95 (1.30) | 3.91 (1.27) | .34 (2, 741) |
| Proportion of contacts phoned/texted | .48 (.33) | .52 (.32) | .52 (.32) | 1.92 (2, 742) |
| Sexually active | | | | 104.78 (2)[a] |
| Yes | 46.5% | 14.8% | 38.8% | |
| No | 85.9% | 8.6% | 5.5% | |
| Sexually active (past 30 days) | | | | 76.28 (2)[a] |
| Yes | 42.4% | 14.4% | 43.2% | |
| No | 72.6% | 11.4% | 16.0% | |
| Natural Log partners (past 30 days)[b] | .76 (.33) | .81 (.28) | .81 (.34) | .74 (2, 338) |
| Proportion of unprotected vaginal sex partners (past 30 days)[b] | .24 (.29) | .25 (.30) | .3 (.31) | 2.48 (2, 305) |
| Proportion of unprotected anal sex partners (past 30 days)[b] | .04 (.17) | .06 (.17) | .1 (.23) | 2.47 (2, 336) |
| Depression | 1.9 (.53) | 1.9 (.54) | 2.0 (.55) | 1.08 (2, 714) |
| Anxiety | 1.9 (.81) | 1.9 (.86) | 1.9 (.83) | .14 (2, 714) |
| Self-esteem | 3.1 (.55) | 3.1 (.55) | 3.1 (.55) | .99 (2, 713) |

[a] Significant at $\alpha$ = .05.
[b] Among those sexually active in the past 30 days.

finding are possible: (1) when sexting is used to flirt with potential partners, it may precede or initiate sexual relationships [6], or (2) sexually active YAs may engage in a range of sexual behavior, including sexting. Additional research is needed on sexting and sexual relationships, as our cross-sectional data do not address this debate. Although sexting is correlated with lifetime and 30-day sexual activity, our results suggest that this does not necessarily translate into risky behavior. Although some researchers argue that exposure to sexual images in traditional media (e.g., television, movies, and magazines) and new media may lead to sexual risk [8], we found that sexting was not associated with more sexual partners or a higher proportion of unprotected sex partners for either vaginal sex or anal sex in the past 30 days.

Researchers have proposed that mental health issues may be related to sexting [4,9,12,13]. Our findings suggest that sexting is not associated with depression, anxiety, or self-esteem. In our sample, YAs who sexted and those who did not sext reported similar outcomes for these mental health indicators. However, it is possible that sexting could be problematic under some conditions. Scholars argue that the lack of control after a sext is sent or pressure by sexual partners to sext may contribute to psychological distress and mental health concerns [2,3,5]. Media reports have noted that when a sext spreads to an unintended audience, it may create psychological distress and suicide intentions [10,11]. Given that our data do not address these specific situations, future research exploring pressure to sext or viral sexts will help identify when sexting may result in deleterious mental health outcomes.

Although our study is one of the first to examine the effects of sexting on YAs' well-being, several limitations of our study

should be noted. First, this study was cross sectional and does not establish causal relationships between sexting and either sexual health or mental health. Nevertheless, our findings suggest that longitudinal research is warranted. Second, owing to our sampling methods, some racial and educational groups were underrepresented, and our results may not be generalizable to the YA population as a whole. Yet very few national studies of sexting and health correlates have been conducted, and our findings offer a more in-depth examination of this behavior than other studies on a national scale. Third, we were not able to include senders in our analysis. Although we were unable to examine whether senders were different from their counterparts, our results add to our understanding of this behavior by revealing that sending a sext without receiving in return may not be a common practice for YAs.

Our study introduces sexting behavior categories (nonsexters, receivers, senders and two-way sexters) as a way to conceptualize sexting. We provide an initial effort to examine sexting and its relationship with sexual risk behavior and psychological well-being, but further research is needed to provide a more in-depth understanding of this behavior. Qualitative research that examines relationship contexts and motivation for sexting has been published for the teen population [2] and is also needed for YAs. A richer understanding of whom sexts are sent to, or received from, and why YAs sext may help explain gender differences in sexting and add insight into the relationship between sexting and sexual behavior. We did not find a relationship between sexting and depression, anxiety, or self-esteem, but further research is needed to examine the association between sexting and mental health. As mentioned earlier in the text, pressure to sext and viral sexts may present mental health risks,

6                                     *D. Gordon-Messer et al. / Journal of Adolescent Health xx (2012) xxx*

but, to date, there are no studies that address these specific situations. Finally, our study included YAs only as young as 18 years of age, and we did not find age effects in any analysis. Nevertheless, individuals in their early and middle adolescence may have different health correlates with sexting because they are in a period of establishing a sexual identity [24]. Research on sexting including younger adolescents would be useful to see whether it influences sexual behaviors during this developmental period. Our results confirm that sexting is a prevalent behavior among YAs; however, we do not have enough information yet to inform health education programs or to determine whether sexting among YAs is a behavior that demands a share of public health's limited intervention resources. Future research in this area is warranted.

## Acknowledgments

This research was funded by a research challenge grant from the National Institute of Drug Abuse (grant Number 5RC1DA028061-02; PI: Marc Zimmerman). J.A.B is supported by an NIH Career Development Award (K01-MH087242). The Prevention Research Center of Michigan is one of 37 institutions nationwide designated as a Prevention Research Center by the Centers for Disease Control. The authors have no conflicts of interest to declare.

## References

[1] Chalfen R. It's only a picture: Sexting, "smutty" snapshots and felony charges. Vis Stud 2009;24:258–68.
[2] Lenhart A. Teens and Sexting. Pew Internet and American Life Project; 2009. Available at: http://pewinternet.org/Reports/2009/Teens-and-Sexting/Overview/Findings.aspx. Accessed August 15, 2011.
[3] Diliberto GM, Mattey E. Sexting. NASN Sch Nurs 2009;24:263–7.
[4] Katzman DK. Sexting: Keeping teens safe and responsible in a technologically savvy world. Paediatr Child Health 2010;15:41–2.
[5] MTV, Associated Press: MTV-AP Digital Abuse Study. Available at: http://www.athinline.org/MTV-AP_Digital_Abuse_Study_Executive_Summary.pdf. Accessed August 15, 2011.
[6] National Campaign to Prevent Teen and Unwanted Pregnancy, Cosmogirl.com: Sex and Tech: Results of a Survey of Teens and Young Adults. Available

at: http://www.thenationalcampaign.org/SEXTECH/PDF/SexTech_Summary.pdf. Accessed August 15, 2011.
✗[7] Lenhart A. Teens, Adults and Sexting: Data on sending and receipt of sexually suggestive nude or nearly nude images by Americans. Pew Internet and American Life Project; 2010. Available at: http://www.pewinternet.org/Presentations/2010/Oct/Teens-Adults-and-Sexting.aspx. Accessed August 15, 2011.
[8] Brown JD, Keller S, Stern S. Sex, sexuality, sexting, and sexed: Adolescents and the media. Prev Res 2009;16:12.
[9] Chalfen R. Commentary sexting as adolescent social communication. J Child Media 2010;4:350–4.
[10] Inbar M. "Sexting" bullying cited in teen's suicide. MSNBC.com. Available at: http://today.msnbc.msn.com/id/34236377/ns/today-today_people/t/sexting-bullying-cited-teens-suicide/#.TuIuHdVQCdA. Accessed December 8, 2011.
[11] Kranz C. Nude photo led to suicide. Cincinnati.com; 2009. Available at: http://news.cincinnati.com/article/20090322/NEWS01/903220312/Nude-photo-led-suicide. Accessed December 8, 2011.
[12] Reid DJ. Text or talk? Social anxiety, loneliness, and divergent preferences for cell phone use. Cyberpsychol Behav 2007;10:424–35.
[13] O'Keeffe GS, Clarke-Pearson K. Clinical report—The impact of social media on children, adolescents, and families. Pediatrics 2011;127:800–4.
[14] Bauermeister JA, Zimmerman MA, Johns MM, et al. Innovative recruitment using online networks: Lessons learned from an online study of alcohol and other drug use (AOD) using a web-based respondent drive sampling (webRDS) strategy. J Stud Alcohol Drugs (in press).
[15] Bauermeister JA, Pingel E, Zimmerman MA, et al. Data quality in web-based HIV/AIDS research: Handling invalid and suspicious data. Field Methods (in press).
[16] Radloff LS. The CES-D scale. Appl Psychol Meas 1977;1:385–401.
[17] Kohout FJ, Evans DA, Berkman LF, Cornoni-Huntley J. Two shorter forms of the CES-D depression symptoms index. J Aging Health 1993;5:179–93.
[18] Derogatis LR. The Brief Symptom Inventory. Baltimore, MD: Clinical Psychometric Research, 1975.
[19] Rosenberg M. Society and the Adolescent Self-Image. Princeton, NJ: Princeton University Press, 1965.
✗[20] Volz E, Heckathorn DD. Probability based estimation theory for respondent driven sampling. J Off Stat 2008;24:79.
[21] Smith A. Americans and their cell phones. Pew Internet and American Life Project, 2011. Available at: http://pewinternet.org/Reports/2011/Cell-Phones/Section-1/How-Americans-Use-Their-Cell-Phones.aspx.
[22] Weisskirch RS, Delevi R. "Sexting" and adult romantic attachment. Comput Hum Behav 2011;27:1697–701.
[23] Fredrickson BL, Roberts TA. Objectification theory—Toward understanding women's lived experiences and mental health risks. Psychol Women Q 1997;21:173–206.
[24] DeLamater J, Friedrich WN. Human sexual development. J Sex Res 2002;39:10–4.

# ZIMMERMAN EXHIBIT 4

Journal of Adolescent Health 52 (2013) 307–313



JOURNAL OF
ADOLESCENT
HEALTH

www.jahonline.org

Original article

# Sexting, Substance Use, and Sexual Risk Behavior in Young Adults

Eric G. Benotsch, Ph.D.[a],[*], Daniel J. Snipes[a], Aaron M. Martin, M.S.[a], and Sheana S. Bull, Ph.D.[b]

[a] Department of Psychology, Virginia Commonwealth University, Richmond, Virginia
[b] Department of Community and Behavioral Health, University of Colorado Denver, Colorado School of Public Health, Denver, Colorado

Article history: Received January 25, 2012; Accepted June 13, 2012
Keywords: Sexting; Texting; Sexual behavior; Substance use; Young adults; Technology

---

See Related Editorial p. 257

---

A B S T R A C T

**Purpose:** Cell phone use has become more widespread over the past decade. Young adults are frequently early adopters of new technologies, including cell phones. Most previous research examining sexting, the act of sending sexually explicit or suggestive images via text message, has focused on the legal or social consequences of this behavior. The current study focused on the public health implications of sexting by examining associations between sexting, substance use, and sexual risk behavior in youth.
**Methods:** Young adults (N = 763) completed online questionnaires assessing demographics, cell phone use (e.g., texting, sexting), substance use, and sexual risk behaviors.
**Results:** Sexting was reported by a substantial minority of participants (44%). Compared with their nonsexting counterparts, participants who engaged in sexting were more likely to report recent substance use and high-risk sexual behaviors, including unprotected sex and sex with multiple partners. Of those who engaged in sexting, a considerable percentage (31.8%) reported having sex with a new partner for the first time after sexting with that person. In multivariate analyses, sexting was associated with high-risk sexual behavior, after accounting for demographic factors, total texting behaviors, and substance use.
**Conclusions:** Results suggest that sexting is robustly associated with high-risk sexual behavior. Many individuals exchange explicit or provocative photos with long-term sexual partners, but at least some participants in this study were incurring new sexual risks after sexting. Additional research is needed to understand the contexts in which sexting occurs, motivations for sexting, and relationship of sexting to risk behavior.

© 2013 Society for Adolescent Health and Medicine. All rights reserved.

**IMPLICATIONS AND CONTRIBUTION**

The present study found relatively high rates of "sexting" (sending explicit photographs via text message) in young adults. Sexting was robustly associated with substance use and high-risk sexual behavior, including having multiple sexual partners, unprotected sex, and higher rates of sexually transmitted infections.

---

Cell phone usage has increased dramatically in the United States, with more than 320 million individual subscriber connections as of 2011 [1]. Americans send >2 trillion text messages annually, and almost 30% of U.S. households use cellular telephone connections exclusively [1]. Young adults and older adolescents are especially likely to be cell phone users. Eighty-three percent of 17

year olds own cell phones, and this percentage increases in young adulthood [2,3]. In particular, text-based communication is increasingly popular among youth. More than one-half of cell-owning teenagers text a friend at least daily, and approximately one-third report sending more than 100 text messages per day [4]. Although cell phone usage is popular and has advantages of convenience and enhanced security, there are disadvantages as well, including accidental injuries and deaths associated with distracted driving and interference with classroom-based learning among students [5,6].

Cell phone use has the potential for other negative outcomes. In recent years, a new trend of sexualized text commu-

---

* Address correspondence to: Eric G. Benotsch, Ph.D., Department of Psychology, Virginia Commonwealth University, PO Box 842018, Richmond, VA 23284-2018.

E-mail address: ebenotsch@VCU.edu (E.G. Benotsch).

1054-139X/$ - see front matter © 2013 Society for Adolescent Health and Medicine. All rights reserved.
http://dx.doi.org/10.1016/j.jadohealth.2012.06.011

308                                E.G. Benotsch et al. / Journal of Adolescent Health 52 (2013) 307–313

nication has emerged—"sexting" is typically defined as the act of sending sexually explicit or suggestive photographs via text message [7–9]. Sexting may result in adverse outcomes for those involved, including embarrassment, mental health problems, public dissemination of sexual photos, and legal consequences if the images are of underage individuals [2,10–12]. Prevalence estimates of sexting vary considerably, depending on the population assessed, the manner in which sexting is defined, and the timing of the survey [10]. In a recent national telephone survey of Internet-using youth (ages 10–17 years), Mitchell et al found that 2.5% of participants reported appearing in or creating sexually provocative images to be sent to others and 7.1% reported that they had received provocative images from others [10]. Older youth were more likely to engage in each behavior. In a sample of Internet-recruited adolescents and young adults, 19% of teenagers (ages 13–19 years) and 32% of young adults (ages 20–26 years) reported sending a nude or seminude picture or video of themselves to someone via text or e-mail [13]. In this same study, 31% of teenagers and 46% of young adults reported receiving a nude or seminude picture or video from someone else. In a second sample of youth (ages 14–24 years), 13% of female participants and 9% of male participants reported sending a nude photo or video of themselves to someone else [14]. The majority of such images appear to be exchanged between individuals who are already in a relationship, but some individuals report sending or receiving a sexual image when one of the parties was interested in initiating a relationship [2,10,15,16].

Most of the limited research on sexting to date examines the social and legal consequences of this behavior [17]. Less research has examined the potential health implications of sexting. Over the past dozen years, there has been increasing documentation of the role technology plays in sexual behavior. In multiple studies with diverse populations, researchers have documented that persons who seek sexual partners via the Internet show a pattern of substantially higher sexual risk behaviors. Persons seeking partners online report a higher number of sexual partners, more unprotected sex acts, higher rates of substance use in conjunction with sexual activity, and more sexually transmitted infections (STIs) [18–24]. Given the rapidly increasing popularity of cell phones, including the use of smart phones as web platforms, there would appear to exist a potential for cell phone technology to also play a role in sexuality, particularly in youth, the group that reports the greatest use of these devices.

There has been limited research examining the relationships between sexting and sexual risk behavior. In one preliminary study of primarily Hispanic young women, Ferguson found that 20% of participants reported engaging in sexting [25]. In this study, sexting was associated with sex without contraception, perceived pleasure of sexual activity, and histrionic personality traits, but it was not associated with the number of sexual partners or unprotected sex with new partners. The author concluded that sexting was unrelated to most sexual risk behaviors. Although a valuable contribution, this study was limited by a relatively small (N = 207) and homogenous (all female participants, 96% Hispanic) sample and a limited assessment of sexual risk behavior. The purpose of the present study was to examine relationships between sexting and a broad array of sexual risk behaviors in a larger more diverse sample of young adults. We hypothesized that sexting would be reported by a substantial minority of participants and that sexting would be associated with sexual risk behavior. We further hypothesized that sexting would be associated with other risk behaviors, such as substance use.

## Methods

A brief survey was administered to students enrolled in undergraduate psychology classes at a large public university in the mid-Atlantic region of the United States. All surveys were completed anonymously online via a password-protected secure survey system. Participants received course credit for participation. The system was set up to award credit automatically while masking participant identities from the researchers. A total of 800 participants completed the survey. Data were collected from September to December 2011. This was one of several studies available for course credit during the fall 2011 semester. In total, 1,545 individuals participated in one or more of these studies. Thus, 800 of the 1,545 (51.8%) individuals who participated in research during the semester participated in this study. Four participants (.5%) were eliminated for random or problematic responding. Because we were specifically interested in the sexting behaviors of young adults, data analyses were restricted to individuals who were 18–25 years of age (N = 763), a common age range used for defining "young adults" [26,27]. Participants were told that the survey contained personal questions about the use of cell phones and other technology, substance use, and sexual behavior. All consent procedures were conducted online. All study methods and materials were approved by the Institutional Review Board of Virginia Commonwealth University.

### Measures

Participants completed a self-administered anonymous survey that included questions assessing demographic information, cell phone ownership, sexting and other texting behaviors, substance use, and sexual behavior.

### Demographics

Participants were asked their gender, age, year in school, race/ethnicity, grade point average, employment status, student status (full or part-time), and whether they were a member of a fraternity or sorority.

### Texting and sexting

Participants reported whether they owned a cell phone. Participants were also asked to estimate the number of texts they send or receive in a typical day on a 10-point ordinal scale: 0, 1–15, 16–30, 31–45, 46–60, 61–75, 76–90, 91–105, 106–120, or >120. In addition, participants were asked whether they had ever engaged in sexting, which was defined as "sending or receiving sexually explicit or suggestive photos via text message." Participants were then asked to report the total number of sexual images they had sent and the total number they had received. Finally, participants were asked to indicate the total number of times they had sex with someone for the first time after they had engaged in sexting with that person.

E.G. Benotsch et al. / Journal of Adolescent Health 52 (2013) 307–313                309

**Table 1**
Sample demographic characteristics

| Characteristic | Means (SD)/Percentages (n) |
| --- | --- |
| Age (years) | Mean = 18.9 (SD = 1.35) |
| Grade point average | Mean = 3.22 (SD = .49) |
| Gender | |
|   Male | 34% (n = 258) |
|   Female | 66% (n = 505) |
| Race/ethnicity | |
|   Caucasian/white | 52.9% (n = 404) |
|   African American/black | 19.3% (n = 147) |
|   Asian American/Asian | 12.3% (n = 94) |
|   Latino/a | 5.6% (n = 43) |
|   Native American | .1% (n = 1) |
|   Other/mixed racial or ethnic heritage | 9.7% (n = 74) |
| Year in school | |
|   Freshmen | 65% (n = 495) |
|   Sophomore | 20% (n = 151) |
|   Junior | 10% (n = 80) |
|   Senior | 4% (n = 30) |
|   Other | 1% (n = 7) |
| Greek membership | |
|   Member of fraternity/sorority | 20% (n = 150) |

N = 763.
SD = standard deviation.

*Substance use*

Participants were asked questions concerning the frequency of use of alcohol, marijuana, ecstasy, cocaine, and "other" recreational drugs in the previous 3 months. This measure is similar to measures used in our previous research [27].

*Sexual behavior*

Participants reported their total number of male and female sexual partners over the past 3 months, as well as their total number of unprotected vaginal or anal sex acts in the past 3 months. Participants also indicated how many times they had sex after having "too much" to drink and while under the influence of drugs in the past 3 months. Finally, participants reported their total number of lifetime sexual partners and indicated whether they had ever been diagnosed with an STI. Measures similar to these have been shown to be reliable indicators of self-reported sexual behavior and to yield cumulative indices of HIV risk that are similar to those obtained by partner-by-partner sexual behavior assessments [28,29].

*Data quality assurances and statistical analyses*

All records were examined for inconsistencies and invalid responses. Missing data were excluded from analyses, resulting in slightly different sample sizes (not significant) for different statistical tests. Because distributions of sexual behavior and texting were highly skewed, nonparametric analyses were used [30]. Two-tailed significance levels were used for all tests.

**Results**

Sample demographic information is listed in Table 1. The sample largely consisted of female and white participants. Although each college class was represented, most participants were in their freshmen or sophomore year. The overrepresentation of students in their first 2 years of college is likely because the majority of participants were recruited from Introductory Psychology, a course typically taken early in the college career.

*Cell phone ownership, texting, and sexting*

Most participants (99%) reported owning a cell phone, and 96% reported texting in a typical day. The median number of texts sent and received per day was 46–60; 16% of participants indicated they send or receive more than 120 texts per day. Overall, 44% of participants reported engaging in sexting. There was a strong association between sending and receiving sexts—$\chi^2(1, N = 733) = 411.04$, $p < .001$, but the groups were not completely overlapping: among participants who had engaged in sexting, 62% had both received and sent at least one sexual image, 32% had received a sexual image only, and 6% had sent a sexual image only. Among those who reported sexting, the mean number of sexual images sent (lifetime) was 9.84 (standard deviation = 55.49; median = 3), and the mean number of sexual images received (lifetime) was 16.99 (standard deviation = 69.63; median = 5). Individuals with a history of sexting reported significantly more texting in a typical day (median = 61–75) than individuals who reported no history of sexting (median = 31–45 per day), Mann-Whitney $Z = 6.58$, $p < .001$.

*Sexting and demographic variables*

Men (43.8%) reported sexting at rates comparable with women (44.7%), $\chi^2$ (1, N = 763) = .063, ns. White participants reported significantly higher rates of sexting (50.5%) than non-white participants (37.6%), $\chi^2$ (1, N = 763) = 12.85, $p < .001$.

**Table 2**
Sexting and recreational drug use in the past 3 months

| Substance | Individuals reporting engaging in sexting (n = 339) % reporting use of (n) | Individuals not reporting engaging in sexting (n = 424) % reporting use of (n) | $\chi^2$ |
| --- | --- | --- | --- |
| Alcohol | 58.1 (n = 197) | 42.2 (n = 179) | 19.12*** |
| Marijuana | 39.5 (n = 134) | 24.8 (n = 105) | 19.04*** |
| Ecstasy | 6.8 (n = 23) | 3.3 (n = 14) | 4.93* |
| Cocaine | 4.7 (n = 16) | 2.1 (n = 9) | 4.00* |
| Other recreational drugs | 7.7 (n = 26) | 3.1 (n = 13) | 8.23** |
| Use of any illicit drug | 41.0 (n = 139) | 25.0 (n = 106) | 22.09*** |

N = 763.
  * $p < .05$.
 ** $p < .01$.
*** $p < .001$.

*E.G. Benotsch et al. / Journal of Adolescent Health 52 (2013) 307–313*

**Table 3**
Sexting and sexual behavior

| Behavior | Individuals reporting engaging in sexting (n = 339) % reporting (n) | Individuals not reporting engaging in sexting (n = 424) % reporting (n) | $x^2$ |
|---|---|---|---|
| Multiple sexual partners, past 3 months | 23.6 (n = 80) | 9.0 (n = 38) | 30.96*** |
| Any unprotected (no condom used) vaginal or anal sex, past 3 months | 56.6 (n = 192) | 24.9 (n = 105) | 80.55*** |
| Sex after having "too much" to drink, past 3 months | 33.9 (n = 115) | 16.7 (n = 71) | 30.11*** |
| Sex after using drugs, past 3 months | 18.6 (n = 63) | 7.5 (n = 32) | 21.06*** |
| Diagnosed with sexually transmitted infection, lifetime | 4.7 (n = 16) | 1.4 (n = 6) | 7.44** |
| Summary data | Mean (SD) | Mean (SD) | $Z^a$ |
| Total number of sexual partners, past 3 months | 1.22 (SD = 1.29) | .79 (SD = 2.55) | 10.31*** |
| Total male partners, past 3 months | .75 (SD = 1.03) | .45 (SD = 1.41) | 6.59** |
| Total female partners, past 3 months | .47 (SD = .96) | .34 (SD = 2.14) | 5.55** |
| Total unprotected vaginal and anal sex acts, past 3 months | 7.97 (SD = 16.87) | 2.92 (SD = 10.99) | 8.99*** |
| Lifetime sexual partners | 4.73 (SD = 7.18) | 2.41 (SD = 14.81) | 11.38*** |

N = 763.
[a] Mann-Whitney test.
** $p < .01$.
*** $p < .001$.

Sexting was unrelated to age, year in school, grade point average, employment status, full-time versus part-time student status, or fraternity/sorority membership.

*Sexting and substance use*

As seen in Table 2, individuals who reported sexting were significantly more likely to report recent use of several recreational drugs, including alcohol, marijuana, ecstasy, and cocaine.

*Sexting and sexual risk behavior*

Among the subset of participants who reported engaging in sexting (n = 339), most (68.2%) reported never having sex with a new partner after sexting with them first. Among the 31.8% who reported having sex with someone for the first time after sexting with them, 48.6% reported one partner with whom this occurred, 26.2% reported two partners, 14.0% reported three partners, and 11.2% reported four or more partners. As seen in Table 3, individuals with a history of sexting also reported higher total rates of sexual risk behavior. Individuals who reported sexting were significantly more likely to report multiple sexual partners over the

past 3 months, were significantly more likely to report unprotected sex in the past 3 months, and were significantly more likely to report sex after drinking and after using drugs in the past 3 months. Participants who reported sexting also reported a higher number of total sexual partners in the past 3 months and a higher number of total partners in their lifetimes than individuals who reported not engaging in sexting. In addition, participants who reported sexting reported more unprotected vaginal and anal sex acts over the past 3 months than individuals with no history of sexting. Finally, individuals who reported engaging in sexting were more likely to report a history of an STI relative to individuals who did not report sexting.

Given that previous research suggests multiple factors influence high-risk sexual behavior, we performed two sequential (hierarchical) logistic regression analyses to determine the independent relationship between sexting and risk, after controlling for demographic factors, total texting behavior, and substance use, a factor previously associated with high-risk sexual practices [31–33]. The first logistic regression analysis predicted membership in one of two groups: those who reported unprotected sex in the previous 3 months (n = 286) and those who had

**Table 4**
Sequential logistic regression analysis predicting unprotected sex, past 3 months

| Step | Variable | OR | CI | B | SE | p |
|---|---|---|---|---|---|---|
| 1. | Gender (reference category = male) | 1.60 | (1.15, 2.23) | .471 | .168 | <.01 |
| | Age (years) | 1.15 | (1.03, 1.29) | .143 | .057 | <.05 |
| | Race (reference category = white) | .68 | (.50, .92) | −.386 | .156 | <.05 |
| | GPA | .86 | (.63, 1.17) | −.156 | .159 | ns |
| | Fraternity/sorority membership (reference category = nonmember) | 1.33 | (.91, 1.95) | .284 | .195 | ns |
| 2. | Typical texts per day | 1.20 | (1.13, 1.27) | .179 | .028 | <.001 |
| 3. | Alcohol use | 1.24 | (1.06, 1.46) | .215 | .082 | <.01 |
| | Marijuana use | 1.32 | (1.09, 1.59) | .276 | .097 | <.01 |
| | Cocaine use | 2.29 | (.93, 5.64) | .826 | .461 | ns |
| | Ecstasy use | .87 | (.41, 1.81) | −.144 | .377 | ns |
| | "Other" drug use | 1.41 | (.61, 3.24) | .342 | .426 | ns |
| 4. | Sexting (reference category = had not engaged in sexting) | 2.97 | (2.12, 4.16) | 1.09 | .171 | <.001 |

N = 733.
CI = confidence interval; GPA = grade point average; *ns* = not significant; OR = odds ratio; SE = standard error.

E.G. Benotsch et al. / Journal of Adolescent Health 52 (2013) 307–313 311

**Table 5**
Sequential logistic regression analysis predicting multiple partners, past 3 months

| Step | Variable | OR | CI | B | SE | p |
|---|---|---|---|---|---|---|
| 1. | Gender (reference category = male) | .92 | (.61, 1.41) | −.079 | .215 | ns |
| | Age (years) | .98 | (.45, 1.14) | −.017 | .077 | ns |
| | Race (reference category = white) | .96 | (.64, 1.44) | −.038 | .206 | ns |
| | GPA | .82 | (.55, 1.24) | −.194 | .208 | ns |
| | Fraternity/sorority membership (reference category = nonmember) | 1.85 | (1.17, 2.94) | .617 | .235 | <.01 |
| 2. | Typical texts per day | 1.13 | (1.05, 1.21) | .119 | .036 | <.01 |
| 3. | Alcohol use | 1.27 | (1.04, 1.55) | .236 | .102 | <.05 |
| | Marijuana use | 1.30 | (1.03, 1.63) | .262 | .114 | <.05 |
| | Cocaine use | .94 | (.42, 2.10) | −.064 | .410 | ns |
| | Ecstasy use | 1.96 | (.94, 4.08) | .674 | .374 | ns |
| | "Other" drug use | 1.03 | (.41, 2.57) | .031 | .466 | ns |
| 4. | Sexting (reference category = had not engaged in sexting) | 2.67 | (1.69, 4.20) | .981 | .232 | <.001 |

N = 735.
ns = not significant.

not (n = 447). Results are shown in Table 4. Demographic variables were entered on the first step and significantly predicted unprotected sex relative to a constant-only model, $\chi^2$ (5, N = 733) = 22.42, $p < .001$. Female, white, and older participants were more likely to report unprotected sex. The ordinal variable that indicated the number of texts in a typical day was entered on the second step and significantly added to the predictive utility of the model, $\chi^2$ (1, N = 733) = 41.55, $p < .001$. Substance use was entered on the third step and significantly added to the prediction of unprotected sex, $\chi^2$ (5, N = 733) = 39.93, $p < .001$. As seen in Table 4, alcohol and marijuana use were associated with unprotected sex. Sexting was entered on the final step and significantly increased the predictive utility of the model, $\chi^2$ (1, N = 733) = 41.22, $p < .001$, indicating that sexting was associated with unprotected sexual activity in the previous 3 months, after accounting for the influence of demographic factors, texting behavior, and substance use.

The second logistic regression analysis predicted membership in one of two groups: those who reported multiple sex partners in the previous 3 months (n = 116) and those who reported zero or one partner in the previous 3 months (n = 619). Results are shown in Table 5. Demographic variables were entered on the first step and did not, as a block of variables, significantly predict multiple partners relative to a constant-only model, $\chi^2$ (5, N = 735) = 7.51, $p < .20$. However, this step was retained as a control and to ensure consistency with the first analysis. As seen in Table 5, sorority/fraternity membership was associated with a greater likelihood of having multiple partners. Texting frequency was entered on the second step, and significantly increased prediction of multiple partners, $\chi^2$ (1, N = 735) = 10.97, $p < .01$. Substance use was entered on the third step, and improved the prediction of multiple partners, $\chi^2$ (5, N = 735) = 30.80, $p < .001$. As seen in Table 5, alcohol and marijuana use were associated with having multiple sexual partners. Sexting was entered on the final step, and significantly increased the predictive utility of the model, $\chi^2$ (1, N = 735) = 18.82, $p < .001$, indicating that sexting was associated with having multiple sexual partners in the previous 3 months, after accounting for the influence of demographic factors, texting behavior, and substance use.

*Receiving versus sending a sexual image via text message*

To examine potential differences in receiving versus sending a sext, the analyses presented in Tables 2–5 were repeated, first to compare individuals who had sent a sext versus those who had not and then to compare individuals who had received a sext versus those who had not. For sending a sext, all the analyses showing significant differences in Tables 2–5 were also significant—individuals who had sent a sext were significantly more likely to report the use of all the substances listed in Table 2 and to report higher rates of the sexual risk behaviors reported in Tables 3–5. For receiving a sext, most differences in substance use and sexual behavior remained significant. The only exceptions were that participants who had received a sext were not more likely to report ecstasy use than those who had not received a sext and participants who had received a sext were not more likely to report a lifetime STI than those who had not received a sext.

### Discussion

Much of the literature on sexting has focused on the legal and social ramifications of this behavior [9,11,12]. In contrast to sexting among minors, sexting in young adults does not carry the same legal risks of possessing explicit or provocative photographs of underage individuals (i.e., potentially child pornography), but our results suggest it is associated with health-jeopardizing behaviors, including substance use, sex with multiple partners, unprotected sex, and STIs. In this study, a substantial minority of participants (44%) reported sexting, and these same individuals were more than twice as likely to report multiple partners and unprotected sex. The relationship between sexting and high-risk sexual behavior remained after accounting for demographic factors, texting behavior, and substance use. Close to one-third of our participants who had sexted (14% of the entire sample) reported having sex with a new partner for the first time after sexting with them. This finding suggests that sexting may be a sort of technology-mediated flirtation strategy. Previous work suggests that most explicit photo exchange occurs between long-term partners [10,16]. Our findings suggest that some individuals who engage in sexting incur new sexual risks.

In the present study, white participants were more likely than minority participants to report sexting, despite no differences in cell phone ownership or overall texting behavior. Previous work has suggested that white individuals in the United States are less likely to perceive risk in a variety of activities relative to minority individuals [34]; it may be that white participants in the present study were less concerned about the potential adverse conse-

quences of sexting. Although it would be premature to attribute too much weight to this finding in this initial study of predominantly white young adults, future research should examine racial differences in sexting and, if differences exist, attempt to determine whether differences in risk perceptions account for racial/ethnic differences in sexting. Regardless of the relationship between race and sexting, in the present study, sexting was related to high-risk sexual behavior after accounting for race/ethnicity and other demographic factors.

*Limitations and implications for future research*

The data for this study were collected from a convenience sample of college students in the mid-Atlantic region; generalization to other populations and geographic areas may not be justified. The majority of our participants were white; future research on sexting should collect data from a variety of youth populations. Our methods relied on self-reported behavior, and participants may have over- or underreported sexting, substance use, or sexual risk behaviors. In addition, the use of a cross-sectional study design prevents drawing causal conclusions concerning the association between sexting and risk behaviors.

Our findings suggest a robust association between sexting and global sexual risk behavior; however, we did not assess the specific behaviors our participants engaged in with individuals with whom they had exchanged sexual images. In this preliminary study of the public health implications of sexting, we focused on whether participants had engaged in sexting. We did not assess who participants exchanged sexual images with or the context in which they were exchanged. Future research should use finer-grained assessment strategies to determine the specific contexts in which sexting occurs and the precise risk associated with sexual behavior with sexting partners. Event-level analyses in which participants provide information about the specific sexual risk behaviors they engaged in with sexting partners (especially partners they had sex with the first time after sexting) would clarify the relationship between sexting and sexual risk. Future work should also attempt to assess the nature of the relationship between individuals who exchanged sexual images (e.g., long-term partner, new acquaintance). In addition, the present initial study focused primarily on behaviors. Future research should examine motivations for engaging in sexting and attempt to identify mechanisms that may explain the relationships between sexting and risk. For example, it may be that sexting behavior establishes sexual norms that are related to risk or that underlying personality factors, such as sexual sensation seeking, account for both sexting and sexual risk behavior. Finally, future work should examine whether engaging in sexting is associated with any positive outcomes, such as greater sexual satisfaction or increased closeness in personal relationships.

Despite these limitations, this study corroborates other work documenting sexting in young adults [13,25] and is among the first to document associations between sexting, substance use, and high-risk sexual behavior. Researchers and clinicians who focus on the sexual health of young adults may benefit from adding questions about sexting to sexual risk assessments. Our findings also point to the critical need to regularly follow new technology trends in youth, as they continue to offer the potential to amplify risk.

## Acknowledgments

This project was supported, in part, by National Institute of Mental Health (NIMH) grant R34 MH073409 (Eric G. Benotsch, principal investigator). NIMH provided funding for research that led to the current project but did not influence the information in this manuscript. All four authors contributed to the writing of the manuscript. No one was paid specifically to write it.

## References

[1] Cellular Telecommunications and Internet Association. CTIA's semi-annual wireless industry survey results [Online]. 2011; Available at: http://files.ctia.org/pdf/CTIA_Survey_MY_2011_Graphics.pdf. Accessed January 5, 2012.
[2] Lenhart A. Teens and sexting: How and why minor teens are sending suggestive nude or nearly nude images via text messaging. Pew Research Center, 2009; Available at: http://www.pewinternet.org/Reports/2009/Teens-and-Sexting.aspx.
[3] Lenhart A, Purcell K, Smith A, Zickuhr K. Social media and mobile internet use among teens and young adults. Pew Research Center, 2010; Available at: http://www.pewinternet.org/~/media//Files/Reports/2010/PIP_Social_Media_and_Young_Adults_Report_Final_with_toplines.pdf.
[4] Lenhart A, Ling R, Campbell S, Purcell K. Teens and mobile phones. Pew Research Center, 2010; Available at: http://www.pewinternet.org/Reports/2010/Teens-and-Mobile-Phones.aspx.
[5] Wilson FA, Stimpson JP. Trends in fatalities from distracted driving in the United States, 1999 to 2008. Am J Public Health 2010;100:2213–9.
[6] Campbell SW. Perceptions of mobile phones in college classrooms: Ringing, cheating, and classroom policies. Commun Educ 2006;55:280–94.
[7] Diliberto GM, Mattey E. Sexting: Just how much of a danger is it and what can school nurses do about it? NASN Sch Nurse 2009;24:262–7.
[8] Jolicoeur M, Zedlewski E. Much ado about sexting. National Institute of Justice Document no 230795. 2010; Available at: https://www.ncjrs.gov/pdffiles1/nij/230795.pdf.
[9] Ostrager B. SMS. OMG! LOL! TTYL: Translating the law to accommodate today's teens and the evolution from texting to sexting. Fam Court Rev 2010;48: 712–26.
[10] Mitchell KJ, Finkelhor D, Jones LM, Wolak J. Prevalence and characteristics of youth sexting: A national study. Pediatrics 2012;129:13–20.
[11] Ryan EM. Sexting: How the state can prevent a moment of indiscretion from leading to a lifetime of unintended consequences for minors and young adults. Iowa Law Rev 2010;96:357–83.
[12] Theodore S. An integrated response to sexting: Utilization of parents and schools in deterrence. J Contemp Health Law Policy 2011;27:365–97.
[13] National Campaign to Prevent Teen and Unplanned Pregnancy. Sex and Tech: Results from a survey of teens and young adults. 2008; Available at: http://www.thenationalcampaign.org/sextech/PDF/SexTech_Summary.pdf.
[14] Associated Press and MTV. A thin line: 2009 AP-MTV digital study: Executive summary. 2009; Available at: http://www.athinline.org/MTV-AP_Digital_Abuse_Study_Executive_Summary.pdf.
[15] Lenhart A, Maddem M, Smith A, et al. Teens, kindness and cruelty on social network sites. Pew Research Center, 2011; Available at: http://www.pewinternet.org/~/media//Files/Reports/2011/PIP_Teens_Kindness_Cruelty_SNS_Report_Nov_2011_FINAL_110711.pdf.
[16] Weisskirch RS, Delevi R. "Sexting" and adult romantic attachment. Comput Hum Behav 2011;27:1697–701.
[17] O'Keeffe GS, Clarke-Pearson K; Council on Communications and Media. The impact of social media on children, adolescents, and families. Pediatrics 2011;127:800–4.
[18] Benotsch EG, Martin AM, Espil FM, et al. Internet use, recreational travel, and HIV risk behaviors in men who have sex with men. J Community Health 2011;36: 398–405.
[19] Bolding G, Davis M, Hart G, et al. Heterosexual men and women who seek sex through the internet. Int J STD AIDS 2006;17:530–4.
[20] Bull SS, McFarlane M. Soliciting sex on the internet: What are the risks for sexually transmitted diseases and HIV? Sex Transm Dis 2000;27:545–50.
[21] Grov C, DeBusk JA, Bimbi DS, et al. Barebacking, the internet, and harm reduction: An intercept survey with gay and bisexual men in Los Angeles and New York City. AIDS Behav 2007;11:527–36.
[22] Horvath KJ, Bowen AM, Williams ML. Virtual and physical venues as contexts for HIV risk among rural men who have sex with men. Health Psychol 2006;25:237–42.
[23] McFarlane M, Bull SS, Rietmeijer CA. The Internet as a newly emerging risk environment for sexually transmitted diseases. JAMA 2000;284:443–6.
[24] McFarlane M, Bull SS, Rietmeijer CA. Young adults on the internet: Risk behaviors for sexually transmitted diseases and HIV(1). J Adolesc Health 2002;31:11–6.

*E.G. Benotsch et al. / Journal of Adolescent Health 52 (2013) 307–313*

313

[25] Ferguson CJ. Sexting behaviors among young Hispanic women: Incidence and association with other high-risk sexual behaviors. Psychiatr Q 2011;82:239–43.

[26] Substance Abuse and Mental Health Services Administration. The NSDUH report: Misuse of over-the-counter cough and cold medications among persons aged 12 to 25. 2008; Available at: http://www.oas.samhsa.gov/2k8/cough/cough.pdf.

[27] Benotsch EG, Koester S, Luckman D, et al. Non-medical use of prescription drugs and sexual risk behavior in young adults. Addict Behav 2011;36:152–5.

[28] Napper LE, Fisher DG, Reynolds GL, Johnson ME. HIV risk behavior self-report reliability at different recall periods. AIDS Behav 2010;14:152–61.

[29] Pinkerton SD, Benotsch EG, Mikytuck J. When do simpler sexual behavior data collection techniques suffice? An analysis of consequent uncertainty in HIV acquisition risk estimates. Eval Rev 2007;31:401–12.

[30] Hollander M, Wolfe DA. Nonparametric Statistical Methods, 2nd edition. New York, NY: Wiley, 1999.

[31] Bailey JA, Fleming CB, Henson JN, Catalano RF, Haggerty KP. Sexual behavior 6 months post-high school: Associations with college attendance, living with a parent, and prior risk behavior. J Adolesc Health 2008;42:573–9.

[32] Benotsch EG, Martin AM, Koester S, Cejka A, Luckman D. Nonmedical use of prescription drugs and HIV risk behavior in gay and bisexual men. Sex Transm Dis 2011;38:105–10.

[33] National Institute on Drug Abuse. HIV/AIDS and Substance Use. NIH Publication No. 06-5760, Research Report Series. Washington, DC: National Institutes of Health, 2006.

[34] Finucane ML, Slovic P, Mertz CK, Flynn J, Satterfield TA. Gender, race, and perceived risk: The "white male" effect. Health Risk Soc 2000;2:159–72.

# ZIMMERMAN EXHIBIT 5



# SEX AND TECH

## RESULTS FROM A SURVEY OF TEENS AND YOUNG ADULTS





# SEX AND TECH

## RESULTS FROM A SURVEY OF TEENS AND YOUNG ADULTS

**I**n an effort to better understand the intersection between sex and cyberspace with respect to attitudes and behavior, The National Campaign to Prevent Teen and Unplanned Pregnancy and *CosmoGirl.com* commissioned a survey of teens and young adults to explore electronic activity. This is the first public study of its kind to quantify the proportion of teens and young adults that are sending or posting sexually suggestive text and images.

The survey of those ages 13-26 was conducted by TRU, a global leader in research on teens and 20-somethings. The survey was fielded online to a total of 1,280 respondents—653 teens (ages 13-19) and 627 young adults (ages 20-26)—between September 25, 2008 and October 3, 2008.

Please visit *www.TheNationalCampaign.org/sextech* for additional data from the survey, relevant tips for teens and parents, and other related materials. Visit *CosmoGirl.com* for teen perspectives on sending and receiving sexually suggestive content. (For more information on the survey, please see page 5.)

## KEY FINDINGS

**Note:** Unless otherwise stated, *teen* means ages 13-19 and *young adult* means ages 20-26.

**A significant number of teens have electronically sent, or posted online, nude or semi-nude pictures or video of themselves.**

*How many teens say they have sent/posted nude or semi-nude pictures or video of themselves?*

- ➔  20% of teens overall
- ➔  22% of teen girls
- ➔  18% of teen boys
- ➔  11% of young teen girls (ages 13-16)



**Sending and posting nude or semi-nude photos or videos starts at a young age and becomes even more frequent as teens become young adults.**

*How many young adults are sending or posting nude or semi-nude images of themselves?*

- ➔  33% of young adults overall
- ➔  36% of young adult women
- ➔  31% of young adult men

**Sexually suggestive messages (text, email, IM) are even more prevalent than sexually suggestive images.**

*How many teens are sending or posting sexually suggestive messages?*

- ➔  39% of all teens
- ➔  37% of teen girls
- ➔  40% of teen boys
- ➔  48% of teens say they have received such messages

*How many young adults are sending or posting sexually suggestive messages?*

- ➔  59% of all young adults
- ➔  56% of young adult women
- ➔  62% of young adult men
- ➔  64% of young adults say they have received such messages

1

# SEX AND TECH

Although most teens and young adults who send sexually suggestive content are sending it to boyfriends/girlfriends, others say they are sending such material to those they want to hook up with or to someone they only know online.

*Who are these sexually suggestive messages and images being sent to?*

➔ 71% of teen girls and 67% of teen guys who have sent or posted sexually suggestive content say they have sent/posted this content to a boyfriend/girlfriend.

➔ 21% of teen girls and 39% of teen boys say they have sent such content to someone they wanted to date or hook up with.

➔ 15% of teens who have sent or posted nude/semi-nude images of themselves say they have done so to someone they only knew online.

➔ 83% of young adult women and 75% of young adult men who have sent sexually suggestive content say they have sent/posted such material to a boyfriend/girlfriend.

➔ 21% of young adult women and 30% of young adult men who have sent/posted sexually suggestive content have done so to someone they wanted to date or hook up with.

➔ 15% of young adult women and 23% of young adult men who have sent sexually suggestive material say they have done so to someone they only knew online.



## FIVE THINGS TO THINK ABOUT BEFORE PRESSING "SEND"

**Don't assume anything you send or post is going to remain private.**
Your messages and images will get passed around, even if you think they won't: 40% of teens and young adults say they have had a sexually suggestive message (originally meant to be private) shown to them and 20% say they have shared such a message with someone other than the person for whom is was originally meant.

**There is no changing your mind in cyberspace—anything you send or post will never truly go away.**
Something that seems fun and flirty and is done on a whim will never really die. Potential employers, college recruiters, teachers, coaches, parents, friends, enemies, strangers and others may all be able to find your past posts, even after you delete them. And it is nearly impossible to control what other people are posting about you. Think about it: Even if you have second thoughts and delete a racy photo, there is no telling who has already copied that photo and posted it elsewhere.

**Don't give in to the pressure to do something that makes you uncomfortable, even in cyberspace.**
More than 40% of teens and young adults (42% total, 47% of teens, 38% of young adults) say "pressure from guys" is a reason girls and women send and post sexually suggestive messages and images. More than 20% of teens and young adults (22% total, 24% teens, 20% young adults) say "pressure from friends" is a reason guys send and post sexually suggestive messages and images.

**Consider the recipient's reaction.**
Just because a message is meant to be fun doesn't mean the person who gets it will see it that way. Four in ten teen girls who have sent sexually suggestive content did so "as a joke" but many teen boys (29%) agree that girls who send such content are "expected to date or hook up in real life." It's easier to be more provocative or outgoing online, but whatever you write, post or send does contribute to the real-life impression you're making.

**Nothing is truly anonymous.**
Nearly one in five young people who send sexually suggestive messages and images, do so to people they only know online (18% total, 15% teens, 19% young adults). It is important to remember that even if someone only knows you by screen name, online profile, phone number or email address, that they can probably find you if they try hard enough.



**Teens and young adults are conflicted about sending/posting sexually suggestive content—they know it's potentially dangerous, yet many do it anyway.**

*How do teens and young adults feel about sending/posting sexually suggestive content?*

➜ 75% of teens and 71% of young adults say sending sexually suggestive content "can have serious negative consequences."

➜ Yet, 39% of teens and 59% of young adults have sent or posted sexually suggestive emails or text messages—and 20% of teens and 33% of young adults have sent/posted nude or semi-nude images of themselves.

**Teens and young adults are sending sexually explicit messages and images, even though they know such content often gets shared with those other than the intended recipient.**

*How common is it to share sexy messages and images with those other than the intended recipient?*

➜ 44% of both teen girls and teen boys say it is common for sexually suggestive text messages to get shared with people other than the intended recipient.

➜ 36% of teen girls and 39% of teen boys say it is common for nude or semi-nude photos to get shared with people other than the intended recipient.

➜ 44% of young adult women and 50% of young adult men say it is common for sexually suggestive text messages to get shared with people other than the intended recipient.

➜ 48% of young adult women and 46% of young adult men say it is common for nude or semi-nude photos to get shared with people other than the intended recipient.

**Young people who receive nude/semi-nude images and sexually suggestive texts and emails are sharing them with other people for whom they were never intended.**

*How many teens and young adults say they have been shown nude/semi-nude content originally meant for someone else?*

➜ 38% of teen girls and 39% of teen boys say they have had sexually suggestive text messages or emails—originally meant for someone else—shared with them.

➜ 25% of teen girls and 33% of teen boys say they have had nude or semi-nude images—originally meant for someone else—shared with them.

➜ 37% of young adult women and 47% of young adult men have had sexually suggestive text messages or emails—intended for someone else—shared with them.

➜ 24% of young adult women and 40% of young adult men say they have had nude or semi-nude images—originally meant for someone else—shared with them.

**Teens and young adults admit that sending/posting sexually suggestive content has an impact on their behavior.**

*Does sending sexually suggestive text and images affect what happens in real life?*

➜ 22% of teens and 28% of young adults say they are personally more forward and aggressive using sexually suggestive words and images than they are in "real life."

➜ 38% of teens and 40% of young adults say exchanging sexually suggestive content makes dating or hooking up with others more likely.

➜ 29% of teens and 24% of young adults believe those exchanging sexually suggestive content are "expected" to date or hook up.

# SEX AND TECH

**Teens and young adults give many reasons for sending/ posting sexually suggestive content.  Most say it is a "fun and flirtatious" activity.**

*Why do teens and young adults send or post sexually sugges-tive content?*

➔ 51% of teen girls say pressure from a guy is a reason girls send sexy messages or images; only 18% of teen boys cited pressure from female counterparts as a reason.

➔ 23% of teen girls and 24% of teen boys say they were pressured by friends to send or post sexual content.

*Among teens who have sent sexually suggestive content:*

➔ 66% of teen girls and 60% of teen boys say they did so to be "fun or flirtatious"— their most common reason for sending sexy content.

➔ 52% of teen girls did so as a "sexy present" for their boyfriend.

➔ 44% of both teen girls and teen boys say they sent sexually suggestive messages or images in response to such content they received.

➔ 40% of teen girls said they sent sexually suggestive messages or images as "a joke."

➔ 34% of teen girls say they sent/posted sexually sug-gestive content to "feel sexy."

➔ 12% of teen girls felt "pressured" to send sexually suggestive messages or images.

*Among young adults who have sent sexually suggestive content:*

➔ 72% of young adult women and 70% of young adult men say they did so to be "fun or flirtatious."

➔ 59% of young adult women sent/posted sexually suggestive content as a "sexy present" for their boy-friend.

➔ 41% of young adult women and 51% of young adult men say they sent sexy messages or images in re-sponse to such content they received.

## 5 TIPS TO HELP PARENTS TALK TO THEIR KIDS ABOUT SEX AND TECHNOLOGY

**Talk to your kids about what they are doing in cyber-space.**
Just as you need to talk openly and honestly with your kids about real life sex and relationships, you also want to discuss online and cell phone activity.  Make sure your kids fully un-derstand that messages or pictures they send over the Inter-net or their cell phones are not truly private or anonymous.  Also make sure they know that others might forward their pictures or messages to people they do not know or want to see them, and that school administrators and employers often look at online profiles to make judgments about po-tential students/employees. It's essential that your kids grasp the potential short-term and long-term consequences of their actions.

**Know who your kids are communicating with.**
Of course it's a given that you want to know who your chil-dren are spending time with when they leave the house. Also do your best to learn who your kids are spending time with online and on the phone. Supervising and monitoring your kids' whereabouts in real life and in cyberspace doesn't make you a nag; it's just part of your job as a parent. Many young people consider someone a "friend" even if they've only met online.  What about your kids?

**Consider limitations on electronic communication.**
The days of having to talk on the phone in the kitchen in front of the whole family are long gone, but you can still limit the time your kids spend online and on the phone. Consider, for example, telling your teen to leave the phone on the kitchen counter when they're at home and to take the laptop out of their bedroom before they go to bed, so they won't be tempted to log on or talk to friends at 2a.m.

**Be aware of what your teens are posting publicly.**
Check out your teen's MySpace, Facebook and other public online profiles from time to time.  This isn't snooping—this is information your kids are making public. If everyone else can look at it, why can't you?  Talk with them specifically about their own notions of what is public and what is private.  Your views may differ but you won't know until you ask, listen, and discuss.

**Set expectations.**
Make sure you are clear with your teen about what you con-sider appropriate "electronic" behavior.  Just as certain cloth-ing is probably off-limits or certain language unacceptable in your house, make sure you let your kids know what is and is not allowed online either.  And give reminders of those ex-pectations from time to time. It doesn't mean you don't trust your kids, it just reinforces that you care about them enough to be paying attention.

# DEFINITION OF TERMS

To ensure accurate interpretation, respondents were shown (and reminded of) the following definitions/explanations during the survey:

➔ **Sexually suggestive pictures/video:** semi-nude or nude personal pictures/video taken of oneself and not found on the Internet, or received from a stranger (like spam), etc.

➔ **Sexually suggestive messages:** sexually suggestive written personal texts, emails IMs, etc.—and not those you might receive from a stranger (like spam), etc.

➔ **Messages** only refers to those written electronically (in emails, texts, IMs, etc.)—and **pictures/video** only refers to those captured electronically (on a cellphone or digital camera/camcorder), etc.

# ABOUT THE SURVEY

This survey was fielded online to a total of 1,280 respondents—653 teens (ages 13-19) and 627 young adults (ages 20-26) between September 25, 2008 and October 3, 2008.  It was conducted by TRU, a global leader in research on teens and 20-somethings.

At present, it is estimated that about 90% of teens and young adults are online.  Respondents for this survey were selected from among those who have volunteered to participate in TRU's online surveys.  Respondents were stratified according to the U.S. Census and the data have been weighted to reflect the demographic composition of teens and young adults.  Respondents do not constitute a probability sample.

This document contains the precise language used in the survey and separate results for teens and young adults, as well as the total combined.  For additional data, please visit www.TheNationalCampaign.org/sextech or contact The National Campaign at 202.478.8500.

# SEX AND TECH

## SEX AND TECH SURVEY QUESTIONNAIRE

1. Are you male or female?

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Male | 49 | 51 | 50 |
| Female | 51 | 49 | 50 |

2.   How old are you? _____

| RANGE: | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| 13-16 | 49 | 0 | 25 |
| 17-19 | 51 | 0 | 26 |
| 20-22 | 0 | 51 | 25 |
| 23-26 | 0 | 49 | 24 |

3.   Which of the following, if any, do you have and use? *Please mark all that apply*.

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Computer (non-laptop) | 79 | 71 | 75 |
| Laptop computer | 68 | 77 | 73 |
| Cellphone | 87 | 86 | 87 |
| Smartphone (PDA, Blackberry, etc.) | 13 | 23 | 18 |
| Digital camera | 80 | 82 | 81 |
| Digital camcorder (video recorder) | 29 | 26 | 27 |
| MP3 Player (like iPod) without video | 55 | 59 | 57 |
| Video MP3 Player | 50 | 33 | 42 |
| Webcam | 33 | 33 | 33 |
| None of these | 0 | 0 | 0 |

4.  Do you:

| | | YES | NO | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|---|---|---|
| | | | | "Yes" | | |
| A | Have a profile on a social-networking site (like MySpace, Facebook, etc.) | ☐ | ☐ | 89 | 90 | 89 |
| B | Have a profile on a dating or singles site (like match, cupid, or eHarmony) | ☐ | ☐ | 3 | 16 | 9 |
| C | View others' profiles/pictures on a social-networking site | ☐ | ☐ | 85 | 85 | 85 |
| D | View others' profiles/pictures on a dating/singles site | ☐ | ☐ | 6 | 20 | 12 |
| E | Write/update a personal blog | ☐ | ☐ | 25 | 34 | 29 |
| F | Regularly read others' personal blogs | ☐ | ☐ | 33 | 50 | 41 |
| G | Send/receive pictures or video  on your cellphone | ☐ | ☐ | 61 | 64 | 62 |
| H | Send/receive pictures or video on a computer | ☐ | ☐ | 80 | 83 | 81 |
| I | Post photos online | ☐ | ☐ | 78 | 79 | 79 |
| J | Post videos online (like on YouTube) | ☐ | ☐ | 38 | 31 | 35 |
| K | Send/receive text messages | ☐ | ☐ | 84 | 88 | 86 |
| L | Watch TV shows online or on your MP3 Player | ☐ | ☐ | 63 | 56 | 60 |

5.  *This survey will include questions about "sexy messages and pictures" (like suggestive pictures sent to a boyfriend/girlfriend, for example) – and will require you to answer them in order to finish.  <u>If you are not comfortable sharing your opinions about that, then we encourage you to stop</u> the survey now.*  **Would you like to continue?**

| | | |
|---|---|---|
| Yes | ☐ | |
| No | ☐ | {TERM} |

6.  Thank you.  Throughout this survey, it is **IMPORTANT** that you understand what we mean so that we interpret your answers correctly.  Please keep the following in mind as you read and answer each question:

➜ Any time that we ask about "**sexy pictures/video**," we are talking about sexually suggestive, semi-nude, or nude <u>personal pictures/video</u> taken of oneself (alone or by a friend) – and <u>not</u> those found on the internet, received from a stranger (like spam), etc.

➜ And any time we say "**sexy messages**," we are talking about sexually suggestive <u>written personal</u> texts, emails, IMs, etc. – and not those you might receive from a stranger (like spam)

➜ Throughout this survey, **messages** only refers to those written electronically (in emails, texts, IMs, etc.) – and **pictures/video** only refers only to those captured electronically (on a cellphone or digital camera/camcorder).

{DESCRIPTIONS APPEARED ON MOUSEOVER THROUGHOUT QUESTIONNAIRE DURING SURVEY}

# SEX AND TECH

7.  How common would you say each of the following is among people your age?

| | | Not Common At All | Not Very Common | Fairly Common | Very Common | NET "Very" and "Fairly Common" | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | Sending **sexy messages** to someone else | ❑1 | ❑2 | ❑3 | ❑4 | 66 | 78 | 72 |
| B | Sharing **sexy messages** with people other than the one(s) they were meant for | ❑1 | ❑2 | ❑3 | ❑4 | 44 | 47 | 45 |
| C | Sending of **sexy pictures/video** of oneself to someone else | ❑1 | ❑2 | ❑3 | ❑4 | 49 | 65 | 57 |
| D | Posting **sexy pictures/video** of oneself online | ❑1 | ❑2 | ❑3 | ❑4 | 44 | 51 | 47 |
| E | Sharing **sexy pictures/video** with people other than the one(s) they were meant for | ❑1 | ❑2 | ❑3 | ❑4 | 37 | 47 | 42 |

8.  Do you think each of these activities is more common among guys, girls, or both the same?

| | | More Common Among GUYS | Both the Same | More Common Among GIRLS | "More Common Among GUYS" | | | "Both the Same" | | | "More Common Among GIRLS" | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % | Teens (13-19) % | Young Adults (20-26) % | TOTAL % | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | Sending **sexy messages** to someone else | ❑1 | ❑2 | ❑3 | 16 | 15 | 15 | 48 | 53 | 50 | 36 | 33 | 35 |
| B | Sharing **sexy messages** with people other than the one(s) they were meant for | ❑1 | ❑2 | ❑3 | 33 | 37 | 35 | 42 | 42 | 42 | 25 | 21 | 23 |
| C | Sending of **sexy pictures/video** of oneself to someone else | ❑1 | ❑2 | ❑3 | 6 | 9 | 8 | 28 | 32 | 30 | 66 | 58 | 62 |
| D | Posting **sexy pictures/video** of oneself online | ❑1 | ❑2 | ❑3 | 5 | 8 | 7 | 30 | 34 | 32 | 65 | 58 | 61 |
| E | Sharing **sexy pictures/video** with people other than the one(s) they were meant for | ❑1 | ❑2 | ❑3 | 29 | 35 | 32 | 42 | 42 | 42 | 29 | 24 | 27 |

9.  What do you think are the reasons that **girls** send/post sexy messages or pictures/video of themselves?
    *Please mark* <u>*all that apply*</u>.

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Get or keep a guy's attention | 85 | 80 | 83 |
| Guy pressured them to send it | 47 | 38 | 42 |
| As a "sexy" present for a boyfriend | 74 | 73 | 73 |
| To feel sexy | 72 | 77 | 74 |
| Get a guy to like them | 76 | 66 | 71 |
| Pressure from friends | 23 | 16 | 20 |
| To get positive feedback | 57 | 56 | 57 |
| To be fun/ flirtatious | 78 | 76 | 77 |
| To get noticed | 80 | 79 | 79 |
| In response to one she received | 31 | 30 | 31 |
| Other: _____ | 3 | 3 | 3 |
| None of these / don't know | 2 | 1 | 2 |

10. What do you think are the reasons that **guys** send/post sexy written messages or pictures/video of themselves? *Please mark* <u>*all that apply*</u>.

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Get or keep a girl's attention | 61 | 58 | 60 |
| Girl pressured them to send it | 18 | 18 | 18 |
| As a "sexy" present for a girlfriend | 48 | 49 | 48 |
| To feel sexy | 36 | 28 | 32 |
| Get a girl to like them | 57 | 48 | 53 |
| Pressure from friends | 24 | 20 | 22 |
| To get positive feedback | 48 | 45 | 46 |
| To be fun/ flirtatious | 56 | 57 | 56 |
| To get noticed | 49 | 50 | 49 |
| In response to one he received | 49 | 56 | 52 |
| Other: _____ | 2 | 3 | 3 |
| None of these / don't know | 8 | 3 | 5 |

# SEX AND TECH

11. How much do you agree or disagree that each of the following <u>describes the</u> **activity** of sending suggestive messages or nude/semi-nude pictures/video of oneself?

| | {LIST RANDOMIZED} | Strongly Disagree | Somewhat Disagree | Neither Agree Nor Disagree | Somewhat Agree | Strongly Agree | Don't Know | NET "Strongly" and "Somewhat Agree" | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | Flirty | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 61 | 75 | 68 |
| B | Gross | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 39 | 26 | 33 |
| C | Hot | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 46 | 55 | 51 |
| D | Lame | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 42 | 36 | 39 |
| E | Stupid | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 57 | 50 | 54 |
| F | Dangerous | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 67 | 65 | 66 |
| G | Exciting | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 49 | 59 | 54 |
| H | Fun | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 43 | 56 | 49 |
| I | Harmless | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 23 | 27 | 25 |
| J | Immoral | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 40 | 28 | 34 |

12. How much do you agree or disagree that each of the following <u>describes the</u> **people** who send suggestive messages or nude/semi-nude pictures/video of themselves?

| | {LIST RANDOMIZED} | Strongly Disagree | Somewhat Disagree | Neither Agree Nor Disagree | Somewhat Agree | Strongly Agree | Don't Know | NET "Strongly" and "Somewhat Agree" | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | Flirty | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 65 | 69 | 67 |
| B | Gross | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 38 | 30 | 34 |
| C | Hot | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 35 | 42 | 38 |
| D | Lame | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 39 | 34 | 37 |
| E | Stupid | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 54 | 44 | 49 |
| F | Bold | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 55 | 66 | 60 |
| G | Confident | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 46 | 52 | 49 |
| H | Cool | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 19 | 19 | 19 |
| I | Desperate | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 65 | 53 | 59 |
| J | Funny | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 24 | 29 | 27 |
| K | Immature | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 53 | 45 | 49 |
| L | Insecure | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 55 | 47 | 51 |
| M | Slutty | ❏1 | ❏2 | ❏3 | ❏4 | ❏5 | ❏6 | 72 | 58 | 65 |

13.  Which of the following, if any, have **you personally** ever done? *Please mark <u>all that apply</u>.*

| | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| **Sent** a sexually suggestive message to someone (email, IM, text, etc.) | 38 | 58 | 48 |
| **Posted** a sexually suggestive message to someone's online profile (like on MySpace, Facebook, etc.) | 11 | 17 | 14 |
| **NET sent/posted** sexually suggestive messages. | 39 | 59 | 49 |
| **Received** a sexually suggestive message from someone (email, IM, text, etc.) | 48 | 64 | 56 |
| **Shared** a sexually suggestive message with someone other than the one(s) it was originally meant for | 18 | 23 | 20 |
| Had a sexually suggestive message (originally meant to be private) **shared with me** | 39 | 42 | 40 |
| None of these | 39 | 25 | 32 |

14.  Which of the following, if any, have **you personally** ever done? *Please mark <u>all that apply</u>.*

| | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| **Sent** a nude or semi-nude picture/video (of yourself) to someone (via email, cellphone, etc.) | 19 | 32 | 26 |
| **Posted** a nude or semi-nude picture/video (of yourself) online (like on MySpace, Facebook, in a blog, etc.) | 4 | 7 | 5 |
| **NET sent/posted** a nude or semi-nude picture/video of yourself | 20 | 33 | 27 |
| **Received** a nude or semi-nude picture/video from someone (of himself/herself) | 31 | 46 | 39 |
| **Shared** a nude or semi-nude picture/video with someone other than the one(s) it was originally meant for | 14 | 17 | 15 |
| Had a nude or semi-nude picture/video (originally meant to be private) **shared with me** | 29 | 32 | 30 |
| None of these | 55 | 38 | 46 |

# SEX AND TECH

15.  {ASKED IF SENT OR POSTED SEXY MESSAGES OR PIX/VIDEO TO SOMEONE}
To whom have you **sent/posted** suggestive messages or nude/semi-nude pictures/videos (of yourself)?
*Please think about any/all of those you've ever sent/posted and mark all that apply.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Boyfriend / Girlfriend | 69 | 79 | 75 |
| Someone I had a crush on | 29 | 20 | 23 |
| Someone I dated or hooked up with | 39 | 37 | 38 |
| Someone I just met | 7 | 6 | 6 |
| Someone I wanted to date or hook up with | 30 | 26 | 27 |
| One or more good friends | 27 | 20 | 23 |
| Someone I only knew online | 15 | 19 | 18 |
| Other: _____ | 2 | 4 | 3 |

16.  {ASKED IF SENT OR POSTED SEXY MESSAGES OR PIX/VIDEO TO SOMEONE}
What are the reasons that you've **sent/posted** suggestive messages or nude/semi-nude pictures/videos (of yourself)?
*Please think about any/all of those you've ever sent/posted and mark all that apply.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Get a guy/girl's attention | 25 | 26 | 26 |
| Pressured to send it | 10 | 6 | 7 |
| As a "sexy" present for a boyfriend/girlfriend | 43 | 53 | 49 |
| To feel sexy | 24 | 23 | 23 |
| Get a guy/girl to like me | 17 | 13 | 15 |
| As a joke | 38 | 26 | 31 |
| To get positive feedback | 25 | 21 | 23 |
| To be fun/ flirtatious | 63 | 71 | 68 |
| To get noticed | 13 | 12 | 12 |
| In response to one that was sent to me | 44 | 47 | 46 |
| Other: _____ | 2 | 2 | 2 |
| Don't know | 2 | 1 | 2 |

17.  {ASKED IF RECEIVED SEXY MESSAGES OR PIX/VIDEO FROM SOMEONE}
From whom have you **received** suggestive messages or nude/semi-nude pictures/videos? *Please think about any/all of those you've ever received and mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Boyfriend / Girlfriend | 55 | 67 | 62 |
| Someone I had a crush on | 22 | 16 | 19 |
| Someone I dated or hooked up with | 34 | 36 | 35 |
| Someone I just met | 15 | 14 | 14 |
| Someone who wanted to date or hook up with me | 43 | 37 | 40 |
| One or more good friends | 33 | 28 | 30 |
| Someone I only knew online | 23 | 25 | 24 |
| Other: _____ | 2 | 3 | 3 |

18.  {ASKED IF RECEIVED SEXY MESSAGES OR PIX/VIDEO FROM SOMEONE}
Thinking about suggestive messages or nude/semi-nude pictures/videos that you ever **received**, how did getting them make you feel? *Please think about any/all of those you've ever received and mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Amused | 54 | 52 | 53 |
| Angry | 6 | 3 | 4 |
| Creeped out | 22 | 17 | 19 |
| Disappointed | 7 | 4 | 5 |
| Embarrassed | 14 | 12 | 13 |
| Excited | 44 | 55 | 50 |
| Grossed out | 18 | 12 | 15 |
| Happy | 40 | 37 | 38 |
| Included | 12 | 9 | 10 |
| Scared | 4 | 5 | 5 |
| Surprised | 55 | 49 | 52 |
| Turned on | 53 | 57 | 56 |
| Turned off | 15 | 13 | 14 |
| More interested in dating sender | 22 | 22 | 22 |
| More interested in hooking up with sender | 27 | 32 | 29 |
| Less interested in dating sender | 13 | 10 | 11 |
| Less interested in hooking up with sender | 14 | 10 | 12 |
| Other: _____ | 4 | 1 | 3 |

13

# SEX AND TECH

19. **{ASKED IF SHARED SEXY MESSAGES OR PIX/VIDEO WITH SOMEONE}**
    With whom have you **shared** suggestive messages or nude/semi-nude pictures/videos (that were sent to you or shared with you)?  *Please think about any/all of those you've ever shared and mark <u>all that apply</u>.*

| | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Close friend(s) | 91 | 87 | 89 |
| Other friend(s) | 23 | 21 | 22 |
| Family (brother/sister, cousin, etc.) | 13 | 18 | 16 |
| Connected friends (like on MySpace, Facebook, etc.) | 17 | 13 | 15 |
| Everyone (in a public blog, public networking profile, etc.) | 2 | 2 | 2 |
| Other: _____ | 2 | 2 | 2 |

20. What are the reasons you would be concerned about sending or posting **sexy messages or pictures/video** of yourself?  *Please mark <u>all that apply</u>.*

| {LIST RANDOMIZED} | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Already had a bad experience | 6 | 3 | 4 |
| Could disappoint family | 68 | 46 | 57 |
| Could disappoint friends | 46 | 24 | 35 |
| Could disappoint teacher/coach | 38 | 10 | 24 |
| Could hurt my relationship or chances with someone I like | 63 | 44 | 53 |
| Could hurt my reputation | 74 | 63 | 69 |
| Could hurt my family's reputation | 53 | 35 | 44 |
| Could get in trouble with the law | 46 | 26 | 36 |
| Could get in trouble at school | 48 | 13 | 31 |
| College recruiter might see | 43 | 10 | 27 |
| Potential (or current) employer might see | 51 | 49 | 50 |
| Potential embarrassment | 77 | 70 | 73 |
| Might regret it later | 83 | 76 | 79 |
| Might make people think I'm slutty in real life | 63 | 42 | 53 |
| Other: _____ | 7 | 6 | 6 |
| Don't know | 7 | 5 | 6 |

21. How much do you agree or disagree with each of the following statements?

| | {LIST RANDOMIZED} | Strongly Disagree | Somewhat Disagree | Neither Agree Nor Disagree | Somewhat Agree | Strongly Agree | Don't Know | NET "Strongly" and "Somewhat Agree" | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
| A | There is pressure among people my age to post **sexy pictures/video** in their networking site profiles | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 43 | 38 | 40 |
| B | Personal **sexy messages and pictures/video** usually end up being seen by more than just those to whom they were sent | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 72 | 68 | 70 |
| C | One has to be aware that **sexy messages and pictures/video** may end up being seen by more that just the intended recipient(s) | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 79 | 79 | 79 |
| D | Girls have to worry about privacy (of **sexy messages and pictures/video**) more than guys do | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 63 | 65 | 64 |
| E | People my age are more forward/ aggressive using **sexy messages and pictures/video** than they are in real life | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 61 | 66 | 64 |
| F | Sending personal **sexy messages and pictures/video** is no big deal | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 19 | 26 | 22 |
| G | Sending personal **sexy messages and pictures/video** can have serious negative consequences | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 75 | 71 | 73 |
| H | My friends have sent **sexy pictures/video** to someone | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 43 | 49 | 46 |
| I | My friends have posted **sexy pictures/ video** on the internet | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 38 | 38 | 38 |
| J | People who exchange **sexy messages or pictures/video** are **more likely** to date or hook up with each other in real life | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 38 | 40 | 39 |
| K | People who exchange **sexy messages or pictures/video** are **expected** to date or hook up with each other in real life | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 29 | 24 | 27 |
| L | I am more forward/aggressive using **sexy messages and pictures/video** than I am in real life | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 22 | 28 | 25 |
| M | I am more forward/aggressive using **sexy messages and pictures/video** than I would be if the technology were not available | ❑1 | ❑2 | ❑3 | ❑4 | ❑5 | ❑6 | 24 | 34 | 29 |

15

# SEX AND TECH

22.  Which of the following best describes your <u>current</u> relationship status?

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Not in a relationship | 68 | 36 | 52 |
| In a **casual/dating** relationship | 15 | 13 | 14 |
| In a **serious** relationship | 17 | 34 | 25 |
| Married | 0 | 17 | 9 |

23.  What state do you live in?

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alabama | ❏1 | Illinois | ❏14 | Montana | ❏27 | Rhode Island | ❏40 |
| Alaska | ❏2 | Indiana | ❏15 | Nebraska | ❏28 | South Carolina | ❏41 |
| Arizona | ❏3 | Iowa | ❏16 | Nevada | ❏29 | South Dakota | ❏42 |
| Arkansas | ❏4 | Kansas | ❏17 | New Hampshire | ❏30 | Tennessee | ❏43 |
| California | ❏5 | Kentucky | ❏18 | New Jersey | ❏31 | Texas | ❏44 |
| Colorado | ❏6 | Louisiana | ❏19 | New Mexico | ❏32 | Utah | ❏45 |
| Connecticut | ❏7 | Maine | ❏20 | New York | ❏33 | Vermont | ❏46 |
| Delaware | ❏8 | Maryland | ❏21 | North Carolina | ❏34 | Virginia | ❏47 |
| District of Columbia | ❏9 | Massachusetts | ❏22 | North Dakota | ❏35 | Washington | ❏48 |
| Florida | ❏10 | Michigan | ❏23 | Ohio | ❏36 | West Virginia | ❏49 |
| Georgia | ❏11 | Minnesota | ❏24 | Oklahoma | ❏37 | Wisconsin | ❏50 |
| Hawaii | ❏12 | Mississippi | ❏25 | Oregon | ❏38 | Wyoming | ❏51 |
| Idaho | ❏13 | Missouri | ❏26 | Pennsylvania | ❏39 | | |

| U.S. REGION: | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| East | 28 | 27 | 28 |
| South | 24 | 29 | 26 |
| Midwest | 17 | 18 | 17 |
| West | 31 | 27 | 29 |

24.  Which of the following best describes where you live?

|  | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Urban, city environment | 32 | 43 | 37 |
| Suburban or town/village environment near a city | 53 | 41 | 47 |
| Rural or small town environment | 15 | 16 | 15 |

25.  Are you… {MULTIPLE RESPONSES ALLOWED}

| | Teens (13-19) % | Young Adults (20-26) % | TOTAL % |
|---|---|---|---|
| Alaskan Native or American Islander | 0 | 0 | 0 |
| Asian or Pacific Islander | 13 | 11 | 12 |
| Black / African-American | 7 | 7 | 7 |
| Hispanic / Latino | 11 | 10 | 11 |
| White or Caucasian | 72 | 74 | 73 |
| Other | 4 | 2 | 3 |

# THE NATIONAL CAMPAIGN TO PREVENT TEEN AND UNPLANNED PREGNANCY BOARD OF DIRECTORS

### CHAIRMAN

**The Hononorable Thomas H. Kean**
Chairman, The Robert Wood Johnson Foundation
CEO, THK Consulting
Chairman, The Carnegie Corporation of New York
former Governor of New Jersey

### PRESIDENT

**Isabel V. Sawhill, Ph.D.**
Senior Fellow, Economic Studies
The Brookings Institution

### CEO AND TREASURER

**Sarah S. Brown**

### MEMBERS

**Robert Wm. Blum, M.D., Ph.D.**
William H. Gates Sr. Professor and Chair
Department of Population and Family
Health Sciences
Johns Hopkins University

**Thomas S. Chappell**
Manager
UHY Advisors FLVS, Inc.

**Linda Chavez**
Chairman
Center for Equal Opportunity

**Vanessa Cullins, M.D., M.P.H., M.B.A.**
Vice President for Medical Affairs
Planned Parenthood Federation of America, Inc.

**Susanne Daniels**
President
Lifetime Entertainment Services

**Maria Echaveste**
Senior Fellow
Center for American Progress

**Daisy Expósito-Ulla**
Chairman and CEO
d'exposíto & partners

**William Galston, Ph.D.**
Senior Fellow, Governance Studies
The Brookings Institution

**David R. Gergen**
Editor-at-Large
U.S. News & World Report

**Ron Haskins, Ph.D.**
Senior Fellow, Economic Studies
Co-Director, Center for Children and Families
The Brookings Institution
Senior Consultant, The Annie E. Casey Foundation

**Nancy L. Johnson**
Senior Public Policy Advisor
Federal Public Policy and Healthcare Group
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

**Judith E. Jones**
Clinical Professor
Mailman School of Public Health
Columbia University

**Jody Greenstone Miller**
President and CEO
The Business Talent Group

**Reverend Father Michael D. Place, STD**
Senior Vice President
Social Mission & Ministerial Development
Resurrection Health Care

**Bruce Rosenblum**
President
Warner Bros. Television Group

**Diane Rowland**
Executive Director
Kaiser Commission on Medicaid and the Uninsured

**Victoria P. Sant**
President
The Summit Foundation

**Sara Seims, Ph.D.**
Director, Population Program
The William and Flora Hewlett Foundation

**Matthew Stagner, Ph.D.**
Executive Director
Chapin Hall Center for Children
University of Chicago

**Mary C. Tydings**
Managing Director
Russell Reynolds Associates

**Roland C. Warren**
President
National Fatherhood Initiative

**Stephen A. Weiswasser**
Partner
Covington & Burling

**Gail R. Wilensky, Ph.D.**
Senior Fellow
Project HOPE

**Kimberlydawn Wisdom, M.D.**
Surgeon General, State of Michigan
Vice President, Community Health,
Education & Wellness
Henry Ford Health System

### TRUSTEES EMERITI

**Charlotte Beers**
former Under Secretary for Public
Diplomacy and Public Affairs
U.S. Department of State
former Chairman and CEO, Ogilvey & Mather

**Carol Mendez Cassell, Ph.D.**
Senior Scientist
Allied Health Center, School of Medicine, Prevention
Research Center
University of New Mexico

**Annette P. Cumming**
Executive Director and Vice President
The Cumming Foundation

**Frankie Sue Del Papa**
former Attorney General
State of Nevada

**Whoopi Goldberg**
Actress

**Stephen Goldsmith**
Daniel Paul Professor of Government
John F. Kennedy School of Government
former Mayor of Indianapolis

**Katharine Graham (1917-2001)**
Chairman
Washington Post Company

**David A. Hamburg, M.D.**
President Emeritus
Carnegie Corporation of New York
Visiting Scholar, Weill Medical College
Cornell University

**Irving B. Harris (1910-2004)**
Chairman
The Harris Foundation

**Barbara Huberman**
Director of Training
Advocates for Youth

**Alexine Clement Jackson**
Community Volunteer

**Leslie Kantor**
Kantor Consulting

**Nancy Kassebaum-Baker**
former U.S. Senator

**Douglas Kirby, Ph.D.**
Senior Research Scientist
ETR Associates

**C. Everett Koop, M.D.**
former U.S. Surgeon General

**John D. Macomber**
Principal
JDM Investment Group

**Sister Mary Rose McGeady**
former President and CEO
Covenant House

**Judy McGrath**
Chairman and CEO
MTV Networks

**Brent C. Miller, Ph.D.**
Vice President for Research
Utah State University

**Kristin Moore, Ph.D.**
Area Director, Emerging Issues
Child Trends, Inc.

**John E. Pepper**
CEO
National Underground Railroad Freedom
Center

**Hugh Price**
Senior Fellow, Economic Studies
The Brookings Institution

**Warren B. Rudman**
Senior Counsel
Paul, Weiss, Rifkind, Wharton & Garrison
former U.S. Senator

**Stephen W. Sanger**
Chairman of the Board
General Mills, Inc.

**Kurt L. Schmoke**
Dean
Howard University School of Law
former Mayor of Baltimore

**Isabel Stewart**
former Executive Director
Girls Inc.

**Vincent Weber**
Partner
Clark & Weinstock
former U.S. Congressman

**Judy Woodruff**
Senior Correspondent
The News Hour with Jim Lehrer

**Andrew Young**
Chairman
GoodWorks International
former Ambassador to the U.N.



# ABOUT THE NATIONAL CAMPAIGN TO PREVENT TEEN AND UNPLANNED PREGNANCY

The National Campaign to Prevent Teen and Unplanned Pregnancy seeks to improve the lives and future prospects of children and families and, in particular, to help ensure that children are born into stable, two-parent families who are committed to and ready for the demanding task of raising the next generation. Our specific strategy is to prevent teen pregnancy and unplanned pregnancy among single, young adults. We support a combination of responsible values and behavior by both men and women and responsible policies in both the public and private sectors.

If we are successful, child and family well-being will improve. There will be less poverty, more opportunities for young men and women to complete their education or achieve other life goals, fewer abortions, and a stronger nation.

**The National Campaign**
to Prevent Teen and Unplanned Pregnancy

1776 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036
Phone 202-478-8500
Fax 202-478-8588
www.TheNationalCampaign.org
www.TeenPregnancy.org
www.StayTeen.org
http://blog.TheNationalCampaign.org