**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
|  | ) |
| Plaintiffs, | ) Judge Michael M. Baylson |
|  | ) |
| v. | ) |
|  | ) [proposed] ORDER |
| THE HONORABLE ERIC H. HOLDER, JR., | ) |
| Attorney General, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Upon consideration of Defendant's Motion to Exclude the Testimony of Daniel Linz,

Michelle Drouin, and Marc Zimmerman, the opposition thereto, and the entire record herein,

Defendant's Motion is hereby GRANTED.  It is further ORDERED that the testimony of Daniel

Linz, Michelle Drouin, and Marc Zimmerman is hereby deemed inadmissible and EXCLUDED

from admission at trial in the above-captioned action.


_____

The Honorable Michael M. Baylson
United States District Judge