IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) |
| Plaintiffs, | ) Judge Michael M. Baylson <br> ) |
| v. | ) <br> ) DEFENDANT'S |
| THE HONORABLE ERIC H. HOLDER, JR., | ) MEMORANDUM IN SUPPORT <br> ) OF MOTION TO |
| Attorney General, | ) EXCLUDE TESTIMONY OF <br> ) MICHELLE DROUIN, MARC |
| Defendant. | ) ZIMMERMAN, AND DANIEL <br> ) LINZ <br> ) |

## Notice of Filing of Additional Exhibits

Please take notice that Defendant hereby files the condensed deposition transcripts of Michelle Drouin and Marc Zimmerman as additional exhibits in support of its Motion to Exclude Expert Testimony (dkt. no. 182).

Dated this 15th day of May, 2013       Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Héctor G. Bladuell
HÉCTOR G. BLADUELL
JAMES J. SCHWARTZ
NATHAN M. SWINTON
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Washington, DC
Tel. (202) 514-4470 / Fax (202) 616-8470
hector.bladuell@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Additional Exhibits to Defendant's Motion to Exclude Expert Testimony has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: May 15, 2013                             /s/
                                                Héctor G. Bladuell