IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC. et al. : | | CIVIL ACTION |
| Plaintiffs, : | | |
| v. : | | |
| THE HONORABLE ERIC H. HOLDER, JR: | | 9-4607 |
| Defendant. : | | |

### ORDER

AND NOW, this 20th day of May, 2013, it is hereby **ORDERED** that Plaintiffs' Motion for Summary Judgment on their First Amendment Facial Overbreadth and Fourth Amendment Claims (ECF No. 144), and Defendant's Motion for Summary Judgment (ECF No. 177), both filed pursuant to Rule 56 of the Federal Rules of Civil Procedure, are DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 09\09-4607 Free Speech v. Holder\09cv4607.order.sjm.doc.