CURRICULUM VITAE
March, 2013

DANIEL G. LINZ

Department of Communication
University of California, Santa Barbara
Santa Barbara, California 93106
linz@comm.ucsb.edu

EDUCATION

| Degree Earned | | Institution | Year |
|---|---|---|---|
| Bachelor of Science | Sociology | Northern Kentucky University | 1978 |
| Bachelor of Science | Psychology | Northern Kentucky University | 1978 |
| Master of Science | Sociology | University of Wisconsin-Madison | 1981 |
| Doctor of Philosophy | Psychology | University of Wisconsin-Madison | 1985 |

CURRENT EMPLOYMENT AND PREVIOUS EXPERIENCE

2011-pres.    Adjunct Professor, Black Studies Department
              University of California, Santa Barbara.

1994-pres.    Professor, Department of Communication
              University of California, Santa Barbara.

1994-2010    Professor, Law and Society Program
             University of California, Santa Barbara.

2005-2008.    Graduate Director
              Department of Communication
              University of California, Santa Barbara.

2002-2003    Assistant Executive Director: Center On Police Practices And
             Community (COPPAC)

2000-2002.    Director
              University of California Santa Barbara Survey Research Center

1994-2000.    Program Chair
              Law and Society Program
              University of California, Santa Barbara.

1

1990-1994      Associate Professor
               Department of Communication and   Law and Society Program
               University of California, Santa Barbara.

1990           Visiting professor
               Department of Law and International Politics, University of Beijing,
               China.

1988-1990      Assistant Professor
               Communication Studies Program, University of California, Santa Barbara.

1987-1988      Research Psychologist
               Communication Studies Program, University of California, Santa Barbara.

1987-1988      Lecturer
               Department of Psychology and the Communication Studies Program,
               University of California, Los Angeles.

CURRENT TEACHING AND PAST TEACHING EXPERIENCE

University of California, Santa Barbara, Department of Communication

Mass Media and the Individual.
Communication Law.
Sex, Media and the Judiciary.
Comm. 194S. The Design and Analysis of Surveys: The theoretical and practical
concerns that undergird the design, implementation, and analysis of survey data.
Forensic Communication.

University of California, Santa Barbara, Law and Society Program

Interpreting Socio-legal Research.
Law and Social Science.
Media Law.
Psychology and the Legal System.
Seminar in Speech and Violence.
Juries and Justice.

University of California, Santa Barbara, Department of Communication Graduate
Seminars:

Research Methods in Communication.
Applications in Advanced Research Methods.
Law and Policy Issues in Justice and the Mass Media.

2

University of California, Los Angeles, Department of Psychology

Social Psychology Laboratory.
Social Psychology and the Law.

University of California, Los Angeles, Communication Studies Program

Mass Media and Aggression Against Women.
Freedom of Communication: Mass Media and the Law.
The Effects of Mass Media.
Communication Theory.

HONORS AND AWARDS

2012 International Communication Association: Top Papers in Intergroup Communication: Immigration Issues in Applied Contexts. Intergroup Accommodations in Traffic Stops: Ethnicity, Accent and Extensive Policing (also Featured in Virtual Conference).

2011 National Communication Association: Top Paper - Communication and Law. Paper Title: "Indecency in the 21st Century: Revisiting the Assumptions of the Regulation of Indecent Broadcasting."

2011 International Communication Association, Communication Law & Policy Division: Best Paper Award. Paper Title: "The Secondary Effects Doctrine Since Alameda: An Empirical Re-examination of the Justifications for Laws Limiting First Amendment Protection."

2009 National Communication Association: Top Scholarship in Freedom of Expression. Paper Title: "Erotic Dancing, Liquor, and Crime: An Empirical Critique of Virginia Statute Changes Restricting Liquor Service and Adult Entertainment."

2007 National Communication Association: Top Freedom of Expression Scholarship. Paper Title: "Evaluating the Potential Secondary Effects of Adult Video/Bookstores in Indianapolis, IN."

2006 National Communication Association: Top Four Refereed Papers in Freedom of Expression. Paper Title: "Testing Supreme Court Assumptions in California v. la Rue: Is There Justification for Prohibiting Sexually Explicit Messages in Establishments that Sell Liquor?"

2006 National Communication Association: Top Three Refereed Papers in Mass Communication. "Video game play and the role of frustration: How playing non-violent video games can lead to aggressive effects."

3

2006 International Communication Association:  Top Three Refereed Papers in Games and Communication. Paper Title:  "Sexual Priming, Gender Stereotyping, and Likelihood to Sexually Harass: Examining the Effects of Playing a Sexually Explicit Video Game."

2002 International Communication Association:  Top Four Refereed Papers in Communication, Law and Policy. Paper Title:  "Testing Assumptions Made by the Supreme Court Concerning the Negative Secondary Effects of Adult Businesses: A Quasi-Experimental Approach to a First Amendment Issue."

2002 Center for Successful Parenting Award. Recognition of outstanding research in the area of media violence.  Paper Title: "Violence in children's television programming: Assessing the risks."

2000 International Communication Association:  Top Three Refereed Papers in Communication, Law and Policy.  Paper Title:  "Government regulation of "adult" businesses through zoning and anti-nudity ordinances: Debunking the legal myth of negative secondary effects."

1999 National Communication Association: Top Three Refereed Papers in Mass Communication Division.  Paper Title:  "Race and the Misrepresentation of Victimization on Local Television News."

1992 International Communication Association: Top Three Refereed Papers in Communication Law and Policy. Paper Title: "Defining the limits of public tolerance for sexually explicit and sexually violent materials: A field experiment."

1990-91 UCSB Plous Memorial Award. Presented to an Assistant professor in the college of Letters and Science "who has demonstrated outstanding performance by creative action or contribution to the intellectual life of the college community."

1990 International Communication Association.  Top Ten Paper in Mass Communication. Paper Title: Applying social science to film ratings: A shift from what is considered offensive to what is harmful to children.

1986 Wisconsin Psychological Association Margaret Bernauer Psychology Research Award.  Paper Title: Individual differences in hostility and psychoticism, exposure to sexual violence in the media and reactions to a rape victim.

1985 First prize: American Psychological Association Division 41 (American Psychology-Law Society, AP-LS) Dissertation Award. Title: Sexual Violence in the Media: Effects on Male Viewers and Implications for Society

1985 First prize: American Psychological Association Division 9 (Society for the Psychological Study of Social Issues, SPSSI) Dissertation Award. Title: Sexual Violence in the Media: Effects on Male Viewers and Implications for Society.

SCHOLARLY PUBLICATIONS

Byrne, S., Lee, T., Katz, S.J., Linz, D. & McIlrath, M. (2013). Predators, porn and peers: Predicting parent underestimation of their children's risky Internet experiences. *Journal of Computer Mediated Communication.*

Giles, H., Linz, D., Bonilla, D. & Gomez, M.L. (2013). Police Stops of and Interactions with Latino and White (Non-Latino) drivers: Extensive Policing and Communication Accommodation. *Communication Monographs.*

Malamuth, N.M., Linz, D., & Weber, R. (2013). Chapter 7: The Internet and Aggression: Motivation, Disinhibitory and Opportunity Aspects. In Yair Amichai-Hamburger, Y. (Ed.), *The Social Net: The Social Psychology of the Internet.*

Hald, G. M., Seaman, C. & Linz, D. (2013). Sexuality & Pornography. *APA Educational Psychology Handbook.* The American Psychological Association (APA).

Linz, D. (2012). Effects of Sexually Oriented Messages on Individuals and Communities: A History of Challenging Assumptions in the Courtroom. In: Motley, M.T. (Ed.). *Forensic Communication: Application of Communication Research to Courtroom Litigation.* New Jersey, Hampton Press.

Riddle, K., Potter, J. W., Metzger, M., Nabi, R. L. and Linz, D. G. (2011). Beyond Cultivation: Exploring the Effects of Frequency, Recency, and Vivid Autobiographical Memories for Violent Media. *Media Psychology,* 14 (2) 168-191.

Seaman, C. & Linz, D. (2011).  Indecency in the 21st Century: Revisiting the Assumptions Underlying the Regulation of Indecent Broadcasting in Light of Empirical Evidence. *Free Speech Yearbook*, Vol. 45, 67-80.

Rudy, R. M., Popova, L. and Linz, D. G. (2011). Contributions to the Content Analysis of Gender Roles: An Introduction to a Special Issue. *Sex Roles, 64:* 151-159.

Seaman, C. & Linz, D. (2010). "The Secondary Effects Doctrine since Alameda: An Empirical Re-examination of the Justifications for Laws Limiting First Amendment Protection." *Journal of Media Law & Ethics, Volume 2, Numbers 3/4 (Summer/Fall), 192 -214.*

Rudy, R. M., Popova, L. & Linz, D. (2010). The Context of Current Content Analysis of Gender Roles: An Introduction to a Special Issue. *Sex Roles*, 62: 705–720.

Yao, M. Z., Mahood, C. & Linz, D. (2009). Sexual Priming, Gender Stereotyping, and Likelihood to Sexually Harass: Examining the Effects of Playing a Sexually-Explicit Video Game. *Sex Roles,* 62: 77–88.

5

Byrne, S., Linz, D., & Potter, W. J. (2009). A test of competing cognitive explanations for the boomerang effect in response to the deliberate disruption of media-induced aggression. *Media Psychology, 12*, 1-23.

Linz, D. (2009). Pornography is not addictive and does not lead to violence against women / Daniel Linz. In: Addiction (Opposing Viewpoints) by Christina Fisanick. Detroit, MI: Greenhaven Press.

Yao, M. Z. & Linz, D. (2008). Predicting self-protections of online privacy. *CyberPsychology and Behavior*. Volume 11, Number 5, 615-617.

Moyer-Guse, E., Giles, H. & Linz, D. (2008). Communication Studies, Overview Communal Violence. In Lester Kurtz (Ed.) Vol.1 (1) *Encyclopedia of Violence Peace & Conflict*. Volumes 1-3, Oxford: Elsevier, 368-379.

Rudy, R. M., & Linz, D. G. (2008). Desensitization. In W. Donsbach (Ed.), *The International Encyclopedia of Communication* (Vol. 3, pp. 1211-1213). Oxford, United Kingdom: Wiley-Blackwell.

Paul, B. & Linz D. G. (2008). The Effects of Exposure to Virtual Child Pornography on Viewer Cognitions and Attitudes Toward Deviant Sexual Behavior. *Communication Research*, 35(1), 3-38.

Linz, D. (2007). Media violence and behavior. In Brian L. Cutler (Ed.), *Encyclopedia of Psychology and Law*. Newbury Park, Sage Publications, Inc.

Linz, D. (2007). Pornography, Effects of exposure to. In Brian L. Cutler (Ed.), *Encyclopedia of Psychology and Law*. Newbury Park, Sage Publications, Inc.

Linz, D., Yao, M., & Byrne, S. (2007). Testing Supreme Court assumptions in *California v. la Rue*: Is there justification for prohibiting sexually explicit messages in establishments that sell liquor? *Communication Law Review*. 7(1), 23-53.

Zwarun, L., Linz, D., Metzger, M., & Kunkel, D. (2006). Effects of showing risk in beer commercials to young drinkers. *Journal of Broadcasting & Electronic Media*, 50(1), 2006, pp. 52–77.

Linz, D., Paul, B. & Yao, M. Z. (2006). Peep Show Establishments, Police Activity, Public Place and Time: A Study of Secondary Effects in San Diego, California. *Journal of Sex Research*, Volume 43, Number 2. 182-193.

Linz, D., Paul, B. & Yao, M. Z. (2006). Peep Show Establishments, Police Activity, Public Place, and Time: A Response to McCleary and Meeker. *Journal of Sex Research*, Volume 43, Number 2. 197-201.

Malamuth, N. Linz, D. and Yao., M. (2005).  Aggression and the Internet.  In Yair Amichai-Hamburger, Y. (Ed.), *The social net: The social psychology of the Internet*. 163-190.

Linz, D., Land, K., Williams, J. Ezell, M. & Paul, B. (2004).  An examination of the assumption that adult businesses are associated with crime in surrounding areas: A secondary effects study in Charlotte, North Carolina.  *Law and Society Review*, Volume 38, Number 1, 69-101.

Anderson, C., Berkowitz, Donnerstein, E., Huesmann, L.R., Johnson, J., Linz, D., Malamuth, N.M. and Wartella, E. (2003).  The influence of media violence on youth. *Psychological Science in the Public Interest*, 4 (3), 81-110.

Mulac, A., Jansma, L.G., & Linz, D. (2002).  Men's behavior toward women after viewing sexually explicit films: Degradation makes a difference.  *Communication Monographs*, 69(4), 311-328.

Dixon, T. & Linz, D.  (2002). Television news, prejudicial pretrial publicity and the depiction of race.  *Journal of Broadcasting and Electronic Media*, 46(1), pp. 112-136.

Wilson, B., Smith, S., Potter, W.J., Kunkel, D., Linz, D., Colvin, C., & Donnerstein, E. (2002).  Violence in children's television programming: Assessing the risks.  *Journal of Communication*, 52 (1), 5-34.

Linz, D. (2001).  Desensitization.  In the *Encyclopedia of Communication and Information*.  Macmillan Reference, New York, NY.

Paul, B., Linz, D. & Shafer, B.J. (2001).  Government regulation of adult businesses through zoning and anti-nudity ordinances: Debunking the legal myth of negative secondary effects.  *Communication Law and Policy*, 6. 2, 355-391.

Linz, D. & Imrich, D. (2001).  Child Pornography.  In: S.O. White, (Ed)  *Handbook of Law and Social Science:  Youth and Justice*. Kluwer Academic/Plenum Press, 79-111.

Dixon, T. & Linz, D. (2000).  Race and the misrepresentation of victimization on local television news.  *Communication Research*, 27, 5, 547-573.

Linz, D., Blumenthal, E., Donnerstein, E., Kunkel, D. Shafer, B.J.  & Lichtenstein, A. (2000).  Testing Legal Assumptions Regarding the Effects of Dancer Nudity and Proximity to Patron on Erotic Expression.  *Law and Human Behavior*, 24, 5, 507-533.

Dixon, T.L. & Linz, D.L. (2000).  Overrepresentation and underrepresentation of African Americans and Latinos as lawbreakers on television news.  *Journal of Communication*, 50, 2, 131-154.

Wilson, B., Linz, D., Federman, J., Smith, S., Paul, B., Nathanson, A., Donnerstein, E. & Lingsweiler, R. (1999). *The Choices and Consequences Evaluation: A Study of Court TV's Anti-Violence Curriculum*. Center for Communication and Social Policy, Institute for Social, Behavioral and Economic Research (ISBER), University of California, Santa Barbara.

Smith, S.L., Wilson, B.J., Kunkel, D., Linz, D., Potter, J., Donnerstein, E. and Colvin, C. (1998). Violence in Television Programming Overall; University of California, Santa Barbara Study. In: *National Television Violence Study: Volume 3*. Sage Publications, Thousand Oaks, CA.

Wilson, B., Kunkel, D. Linz, D., Potter, J., Donnerstein, E., Smith, S., Blumenthal, E., & Berry, M. (1998). The nature and context of violence on American television. In Carlsson & von Feilitzen (Eds.), *Children and media violence*. Goteborg, Sweden: UNESCO. (pp. 63-79).

Donnerstein, E., & Linz, D. (1998). Mass media: A general view. In L. Kurtz (Ed). *Encyclopedia of Violence, Peace, and Conflict*. New York: Academic Press.

Wilson, B., Donnerstein, E., Linz, D.,, Kunkel, D., Potter, J., Smith, S., Blumenthal, E., & Grey, T. (1998). Content analysis of entertainment television: The importance of context. In J. Hamilton (Ed). *Television Violence and Public Policy*. Ann Arbor, MI: University of Michigan Press.

Potter, J., Linz, D., Wilson, B., Donnerstein, E., Kunkel, D., Smith, S., Blumenthal, E., & Grey, T. (1998). Content analysis of entertainment television: New methodological developments. In J. Hamilton (Ed). *Television Violence and Public Policy*. Ann Arbor, MI: University of Michigan Press.

Wilson, B., Potter, J., Linz, D., Donnerstein, E., Kunkel, D., Smith, S., Blumenthal, E., & Grey, T. (1998). Content analysis of entertainment television: Results for 1994-95. In J. Hamilton (Ed). *Television Violence and Public Policy*. Ann Arbor, MI: University of Michigan Press.

Kunkel, D., Wilson, B., Potter, J., Linz, D.,, Donnerstein, E., Smith, S., Blumenthal, E., & Grey, T. (1998). Content analysis of entertainment television: Implications for public policy. In J. Hamilton (Ed*. Television Violence and Public Policy*. Ann Arbor, MI: University of Michigan Press.

Wilson, B.J., Kunkel, D., Linz, D., Potter, J., Donnerstein, E. Smith, S.L., Blumenthal, E. & Gray, T. (1998). Violence in Television Programming Overall; University of California, Santa Barbara Study. In: *National Television Violence Study: Volume 2*. Sage Publications, Thousand Oaks, CA, 3-267.

Dexter, H.R., Penrod, S., Linz, D. and Saunders, D. (1997). Attributing responsibility to female victims after exposure to sexually violent films. *Journal of Applied Social Psychology*, 27 (24), 2149-2171.

Dixon, T. L. & Linz, D. (1997). Obscenity law and rap music: Understanding the effects of sex, attitudes and beliefs. *Journal of Applied Communication Research*, 25, 217-241.

Krafka, C., Linz, D., Donnerstein, E.& Penrod, S. (1997). Women's reactions to sexually aggressive mass media depictions. *Violence Against Women*, 3,2, 149-181.

Wilson, B.J., Kunkel, D., Linz, D., Potter, J., Donnerstein, E. Smith, S.L., Blumenthal, E. & Gray, T. (1997). Violence in Television Programming Overall; University of California, Santa Barbara Study. In: *National Television Violence Study: Volume 1*. Sage Publications, Thousand Oaks, CA, 3-267.

Jansma, L., Linz, D., Mulac, A. & Imrich, D. (1997). Men's interactions with women after viewing sexually explicit films: Does degradation make a difference? *Communication Monographs*, 64, 1, March, 1-24.

Malamuth, N., Heavy, C & Linz, D. (1996). The confluence model of sexual aggression: Combining hostile masculinity and impersonal sex. In *Sex offender treatment: Biological dysfunction, intrasychic conflict, interpersonal violence*, 13-37.

Mullin, C., Imrich, D. & Linz, D. (1996). The impact of acquaintance rape stories and case-specific pretrial publicity on juror decision making. *Communication Research*, 23, 1, 100-135.

Mullin, C & Linz, D. (1995). Desensitization and resensitization to sexualized violence: The effects of exposure to sexually violent films on judgments of domestic violence victims. *Journal of Personality and Social Psychology*, 69, 3. 449-459.

Kunkel, D., Wilson, B., Donnerstein, E., Linz, D., Smith, S., Gray, T., Blumenthal, E. & Potter, J. (1995). Measuring television violence: The importance of context. *Journal of Broadcasting and Electronic Media,* 39, 2, 284-291.

Malamuth, N., Linz, D., & Heavy, C., Barnes, G. & Acker, M. (1995). Using the confluence model of sexual aggression to predict men's conflict with women: A ten year follow-up study. *Journal of Personality and Social Psychology*, 69, 2, 353-369.

Donnerstein, E. & Linz, D. (1995). The Mass Media: A Role in Injury Causation and Prevention. *Adolescent Medicine*, 6, 2, 271-284.

Imrich, D. Mullin, C. & Linz, D. (1995). Measuring the Extent of Pretrial Publicity in Major American Newspapers: A Content Analysis. *Journal of Communication*, 45, 3, 94-117.

Linz, D., E. Donnerstein, K. Land, P. McCall,  B.J. Shafer, & A. Graesner.  (1995).
Measuring community standards for sex and violence: An empirical challenge to
assumptions in obscenity law. *Law and Society Review*, 29, 1, 127-168.

Donnerstein, E. & Linz, D. (1995)  Media.  In J.Q. Wilson & J. Petersilia (Eds). *Crime:
Twenty-eight leading experts look at the most pressing problem of our time*. Institute for
Contemporary Studies, 237-266.

Donnerstein, E., Wilson B.J. & Linz, D. (1995).  Mass media violence and film ratings:
Redressing shortcomings in the current system.  In: *Proceedings of the House of
Delegates*, 143rd Annual Meeting.  Chicago, Ill: American Medical Association, 78-89.

Donnerstein, E. & Linz, D. (1994).  Sexual violence in the mass media.  In S. Oskamp
and M. Costanzo (Eds). *Violence and the law*.  Sage Publications, Newbury Park, CA, 9-
36.

Linz, D. & Donnerstein, E. (1994).  Sex and Violence in slasher films: A reinterpretation.
*Journal of Broadcasting and Electronic Media*, 38, 2, 243-246.

Linz, D. & Malamuth, N.M. (1993).  Communication Concepts 5:  Pornography.  In S.
Chaffee (Ed.) *Communication Concepts Series*, Sage Publications, Newbury Park, CA.

Malamuth, N. M., Heavey, C.L. & Linz, D. (1993). Predicting men's antisocial behavior
against women:  The interaction model of sexual aggression.  In Hall, G. C. N., R.
Hirschman, J. Graham & M. Zaragoza (Eds.) *Sexual Aggression: Issues in etiology*,
assessment and treatment.  Washington, D.C.: Hemisphere, 63-97.

Linz, D. & Donnerstein, E. (Sept. 1992).  Research can help us explain violence and
pornography.  *The Chronicle of Higher Education*, 39, (6) A33-34.

Wilson, B.J., Linz, D., E. Donnerstein & H. Stipp (1992).  The impact of social issue
television programming on attitudes toward rape.  *Human Communication Research*, 19,
(2) 179-208.

Donnerstein, E., Wilson, B. J., & Linz, D. (1992).  On the regulation of broadcast
indecency to protect children.  *Journal of Broadcasting and Electronic Media*. 36 (2)
111-117.

Linz, D., Wilson, B.J. & Donnerstein, E. (1992).  Sexual violence in the mass media:
Legal solutions, warnings, and mitigation through education.  *The Journal of Social
Issues,* 48, 1, 145-172.

Linz, D. & Malamuth, N. &  Beckett, C. (1992).  Civil Liberties and Research on the Effects of Pornography.  In  P. Suedfeld and P. Tetlock (Eds.), *Psychology and Social Policy*. New York: Hemisphere, 149-162.

Linz, D. & Penrod, S.  (1991).  Exploring the First and Sixth Amendments:  Pretrial Publicity and Jury Decision-making.  In Kagehiro, D. K., & Laufer, W.S. (Eds.). *Handbook of Psychology and Law*.  New York:  Springer-Verlag.

Linz, D., Donnerstein, E., Land, K., McCall, P., Scott, J., Klein, L. J., Shafer, B.J. & Lance, L. (1991).  Estimating community tolerance for obscenity: The use of social science evidence. *Public Opinion Quarterly*, Spring, 80-112.

Linz, D. & Donnerstein, E. (1990).  The role of social scientists in policy decision making about pornography: A reply to Page.  *Canadian Psychology*, 31 (4), 368-371.

Linz, D. & Donnerstein, E. (1990).  The relationship between exposure to pornography and anti-social behavior.  *The Expert Witness, the Trial Attorney and the Trial Judge*. 5, (Summer), 26-30.

Imrich, D., Mullin, C. & Linz, D.  (1990).  Sexually violent media and criminal justice policy.  In  R. Surette (Ed.), *The Media and criminal justice policy: Recent research and social effects.*  Springfield, IL: C. C. Thomas, 103-128.

Wilson, B.J., Linz, D. & Randall, B. (1990) Applying social science research to film ratings: A shift from what is considered offensive to what is considered harmful to children.  *Journal of Broadcasting and Electronic Media*, 34:(4) 443-468.

Linz, D., Arluk, I. & Donnerstein, E. (1990).  Mitigating the negative effects of sexually violent mass media through pre-exposure briefings. *Communication Research*. 17 (5) 641-674.

Yang, N. & Linz, D.  (1990).  Movie Ratings and the Content of Adult Videos: The Sex Violence Ratio.  *Journal of Communication*, 40 (2),Spring, 28-42.

Linz, D. & Donnerstein, E. (1990).  Sexual violence in the media.  *World Health*, April-May, 26-27.

Hurley, J., Linz, D.  (1990).  Assessing the effects of the Medicare prospective payment system on the demand for VA inpatient services: An examination of transfers and discharges of problem patients.  *Health Services Research*, Vol. 25,(1), 239-255.

Linz, D.,  Donnerstein, E. & Adams, S.  (1989).  Physiological desensitization and judgments about female victims of violence.  *Human Communication Research*, 15, 4, pp. 509-522.

Linz, D. & Donnerstein, E.  (1989).  The effects of violent messages in the mass media:
Contemporary theory and research.  In J. E. Bradac (Ed.), *Messages in communication
science: Contemporary approaches to the study of effects, Vol. 17* in Sage Annual
Review of Communication Research.  Newbury Park, CA: Sage.

Linz, D., & Donnerstein, E.  (1989).  Effects of counter-information on the acceptance of
rape myths.  In D. Zillmann & J. Bryant (Eds.), *Pornography: Recent research,
interpretations, and policy considerations.*  Hillsdale, NJ: Erlbaum, 259-288.

Linz, D.  (1989).  Exposure to sexually explicit materials and attitudes towards rape:  A
comparison of study results.  *The Journal of Sex Research*, 26, 1, 50-84.

Linz, D., & Donnerstein, E.  (1988).  Methodological issues in the content analysis of
pornography. *University of Michigan Journal of Law Reform*. 21, 1-2, 47-54.

Linz, D., Donnerstein, E. & Penrod, S. (1988).  Long-term exposure to violent and
sexually degrading depictions of women. *Journal of Personality and Social Psychology*,
55(5), 758-768.

Donnerstein, E. & Linz, D. (1988).  A critical analysis of "a critical analysis of recent
research on violent erotica." *The Journal of Sex Research*, 24, 348-352.

Linz, D., & Donnerstein, E.  (1988).  The methods and merits of pornography research.
*Journal of Communication*, 38(2), 180-184.

Linz, D., Penrod, S., & Donnerstein, E.  (1987).  The Attorney General's Commission on
Pornography: The gap between "findings" and facts.  *The American Bar Foundation
Research Journal*, 1987(4), 301-324.

Linz, D., Donnerstein, E., & Penrod, S.  (1987).  Sexual violence in the mass
media: Social psychological implications.  In P. Shaver & C. Hendrick (Eds.), *Review of
personality and social psychology (Vol. 7)* (pp. 135-175).  Newbury Park, CA: Sage.

Saunders, D. G., Lynch, A. B., Grayson, M., & Linz, D.  (1987).  The inventory of beliefs
about wife beating: The construction and initial validation of a measure of beliefs and
attitudes.  *Violence and Victims*, 2 (1), 39-57.

Linz, D., Donnerstein, E., & Penrod, S.  (1987).  The findings and recommendations of
the Attorney General's Commission on Pornography: Do the psychological facts fit the
political fury?  *American Psychologist*, 42(10), 946-953.

Donnerstein, E., Linz, D., & Penrod, S.  (1987).  *The question of pornography: Research
findings and policy implications.*  New York: Free Press.

Linz, D., Penrod, S., & Donnerstein, E.  (1986).  Issues bearing on the legal regulation of violent and sexually violent media.  *Journal of Social Issues*, 42(3), 171-193.

Linz, D., Penrod, S., & McDonald, E.  (1986).  Attorney communication in the courtroom: Views from off the bench.  *Law and Human Behavior*, 10(4), 281-302.

Linz, D., Donnerstein, E., Bross, M., & Chapin, M.  (1986).  Mitigating the influence of violence on television and sexual violence in the media.  In R. Blanchard (Ed.), *Advances in the study of aggression (Vol. 2)* (pp. 165-194).  New York: Academic Press.

Donnerstein, E., & Linz, D.  (1986).  Mass media sexual violence and male viewers: Current theory and research.  *American Behavioral Scientist*, 29(5), 601-18.

Donnerstein, E. I., & Linz, D. G.  (1986, December).  The question of pornography: It is not sex, but violence that is an obscenity in our society.  *Psychology Today*, 20(12), 56-59.

Penrod, S., & Linz, D.  (1985).  Voir dire: Uses and abuses.  In M. F. Kaplan (Ed.), *Impact of social psychology on procedural justice*.  Springfield, IL: C. C. Thomas.

Linz, D., & Penrod, S.  (1984).  Increasing attorney persuasiveness in the courtroom. *Law and Psychology Review*, 8, 1-47.

Linz, D., Donnerstein, E., & Penrod, S.  (1984).  The effects of multiple exposures to filmed violence against women.  *Journal of Communication*, 34 (3), 130-147

Donnerstein, E., & Linz, D.  (1984, January).  Sexual violence in the media: A warning. *Psychology Today*, pp. 14-15.

Linz, D., Turner, C., Hesse, B., & Penrod, S.  (1984).  Bases of liability for injuries produced by media portrayals of violent pornography.  In N. Malamuth & E. Donnerstein (Eds.), *Pornography and sexual aggression* (pp. 277-302).  New York: Academic Press.

Penrod, S., & Linz, D.  (1984).  Using psychological research on violent pornography to inform legal change.  In N. Malamuth & E. Donnerstein (Eds.), *Pornography and sexual aggression* (pp. 247-273).  New York: Academic Press.

Linz, D., & Heberlein, T. A.  (1984).  Development of a personal obligation to shift electricity use: Initial determinants and maintenance over time.  *Energy: The International Journal,* 9, 255-263.

Penrod, S., Linz, D., Heuer, L. Coates, D., Atkinson, M. & Herzberg, S.  (1983).  The implications of social science research for trial practice attorneys.  In D. J. Muller, D. G. Blackman, & A. J. Chapman (Eds.), *Perspectives in psychology and law* (pp. 435-455). London: Wiley.

Penrod, S. E. Donnerstein & Linz D. (1982). Scientific research on pornography and violence: The implications for American law. *Bulletin of the British Psychological Society*, 35, A100 (Abstract).

Penrod, S, Linz, D. Coates. D. & Herzberg, S. (1982). The implications of social science research for trial practice attorneys. *Bulletin of the British Psychological Society*, 35, A100 (Abstract).

Heberlein, T. A., Linz, D., & Ortiz, B.  (1982).  Satisfaction, commitment, and knowledge of customers on a mandatory participation time-of-day electricity pricing experiment.  *Journal of Consumer Research*, 9, 106-114.

Heberlein, T. A., Linz, D., & Ortiz, B.  (1981).  Time-of-day electricity pricing.  In J. D. Claxton, C. D. Anderson, J. R. B. Ritchie, & H. G. McDougall (Eds.), *Consumers and energy conservation: International perspective on research and policy options*.  New York: Praeger.

Scholarly Publications (reprinted)

Paul, B., Linz, D. & Shafer, B.J. (2002).  Government regulation of adult businesses through zoning and anti-nudity ordiances: Debunking the legal myth of negative secondary effects.  Communication Law and Policy, 6. 2, 355-391.  In "2002 Zoning and Planning Law Handbook" (West Group).

Donnerstein E, Linz D. Mass media, violence and the male viewer. In: Oden ME, ClayWarner J, editors. Wilmington (DE)7 SR Books/Scholarly Resources; 1998. p. 181–98.

Linz, D., Donnerstein, E., Land, K., McCall, P., Scott, J., Klein, L. J., Shafer, B.J. & Lance, L. (1991).  Estimating community tolerance for obscenity: The use of social science evidence. Public Opinion Quarterly, Spring, 80-112. In: Monahan, J. & Walker, L. Social Science in Law, (Fourth Edition), The University of Chicago Press (1998).

Linz, D., Penrod, S., & Donnerstein E.  (1987).  The Attorney General's Commission on Pornography: The gap between "findings" and facts.  The American Bar Foundation Research Journal, 1987(4), 301-324. In: Monahan, J. & Walker, L. Social Science in Law, (Fourth Edition), The University of Chicago Press (1998).

Donnerstein, E., & Linz, D.  (1986).  Mass-media sexual violence and male viewers: Current theory and research.  American Behavioral Scientist, 29(5), 601-618.  In: Disch, E.  Reconstructing Gender, Mayfield Publishing Company (1997).

14

Donnerstein, E., & Linz, D.  (1986).  Mass-media sexual violence and male viewers: Current theory and research.  American Behavioral Scientist, 29(5), 601-618. In: Men confronting pornography

Donnerstein, E., & Linz, D.  (1986).  Mass-media sexual violence and male viewers: Current theory and research.  American Behavioral Scientist, 29(5), 601-618. In M.S. Kimmel & M.I. Messner (Eds.), Men's Lives. (1989), New York, NY, Macmillan.

Donnerstein, E. I., & Linz, D. G.  (1986, December).  The question of pornography: It is not sex, but violence that is an obscenity in our society.  Psychology Today, 20(12), 56-59.  In O. Pocs (Ed.) Human Sexuality 89/90.  Guilford, CT:  Dushkin Publishing Group.

Donnerstein, E., & Linz, D.  (1986).  Mass-media sexual violence and male viewers: Current theory and research.  American Behavioral Scientist, 29(5), 601-618.  In M. Kimmel (Ed.), Changing men: New directions in research on men and masculinity. (1987), Newbury Park, CA: Sage.

Linz, D., Donnerstein, E., & Penrod, S.  (1984).  The effects of long term exposure to violence against women.  Journal of Communication, 34, 130-147.  In K. Deming & S. Becker (Eds.), Media in society: Readings in mass communication.  Evansville, IL: Scott-Foresman (1988).

Donnerstein, E., & Linz, D.  (1984, January).  Sexual violence in the media: A warning. Psychology Today, pp. 14-15. In A. Wells (Ed.)  Mass Media and Society.  D.C. Heath and Company: Lexington MA (1987).


PROFESSIONAL ACTIVITIES

Research Grants (submitted)

Linz, D.  Identifying barriers to victim reports of sexual assault to the police and developing a  mass media campaign to increase reporting.  Submitted to the National Institute of Justice.  $196,541 (10/1/98-3/31/00).

Research Grants (funded)

Linz, D. & O'Connor, J. Evaluation of a multi-mode intervention (SHARe--The Word) designed to modify adolescent attitudes about dating violence.  California Public Health Department. $18,600 (10/00-10/03).

Wilson, B., Linz D., & E. Donnerstein. Evaluation of the "Choices and Consequences" Initiative.  Court TV. $120,635 (6/98-6/99).

Donnerstein, E., Wilson. B., Kunkel, D. & D. Linz. National television violence study. National Cable Television Association. $3,326,449 (6/94-1/98).

Malamuth, N., & Linz, D.  Predicting Sexual Coercion and Antisocial Behavior Against Women.  ($414,284, National Institute of Mental Health, 06/01/89-5/31/91).

Linz, D.  Pretrial exposure to mass media and legal decision-making.  ($41,804, National Science Foundation, 7/1/88-10/1/89).

Malamuth, N. & Linz, D.  Predicting sexual coercion and antisocial behaviors against women: An eight year follow-up. ($2000, Small Research Grant Program, UCLA Center for the Study of Women, 1/1/88-10/1/88).

Linz, D.  Home Box Office presentations of sexual violence and female homicide. ($1880, Small Research Grant Program, UCLA Center for the Study of Women, 3/1/87-10/1/87).

Spear, M., Linz, D., & Wolfe, B.  Effect of Medicare's Prospective Payment on Use of VA Inpatient Services.  ($147,524, Veteran's Administration Health Systems Research and Development, 10/1/87 to 9/30/89).

Donnerstein, E., Penrod, S., & Linz, D.  Sexually violent media and social behavior. ($347,104, National Institute of Mental Health, 7/15/86-6/30/89).

Linz, D., Eichelman, B., & Saunders, D.  The frequency of violent acts among inpatients and the incidence of domestic violence among outpatients in VA Medical District 16. ($10,000, Veteran's Administration Health systems Research and Development, 1/1/86-12/31/86).

Professional Conference Presentations

Giles, H. Bonilla, D, Linz, D. Gomez, M. (2012). "Intergroup Accommodations in Traffic Stops: Ethnicity, Accent and Extensive Policing." Paper presented at the International Communication Association: Top Papers in Intergroup Communication: Immigration Issues in Applied Contexts (Phoenix, AZ).

Seaman, C. and Linz, D. (2011). "Indecency in the 21st Century: Revisiting the Assumptions of the Regulation of Indecent Broadcasting." Top Papers - Communication and Law Division. Paper presented at the annual conference of the National Communication Association, Division: Family Communication (New Orleans, LA).

Byrne, S., Lee, T., Katz, S. J., Linz, D. & McIrath, M. (2011). "Predators, peers, and porn: Predicting parent underestimation of children's risky Internet experiences." Paper presented at the National Communication Association, Division: Family Communication (New Orleans, LA).

Seaman, C. and Linz, D. (2011). "The Secondary Effects Doctrine Since Alameda: An Empirical Re-examination of the Justifications for Laws Limiting First Amendment Protection," Paper presented at the Annual Meeting of the International Communication Association "Communication @ the Center," (Boston, MA).

Popova, L., Rudy, R. and Linz, D. (2010). Content Analysis Research on Sex Roles: Past, Present, and Future. Paper presented at the 96th Annual Convention of the National Communication Association, November, San Francisco.

Linz, D., Paul, B., Seaman, C. (2010). Empirical Jurisprudence Applied to Speech Regulations: A Longitudinal Investigation of the Secondary Effects of Adult Businesses in Indianapolis. Paper presented at the 96th Annual Convention of the National Communication Association, November, San Francisco.

Linz, D.  (2009, November). Effects of Sexually Oriented Messages on Individuals and Communities. Communication and the Law Division. Presentation at the 95th Annual Convention of the National Communication Association, November 12-15, Chicago.

Seaman, C. & Linz, D. (2009, November). "Erotic Dancing, Liquor, and Crime: An Empirical Critique of Virginia Statute Changes Restricting Liquor Service and Adult Entertainment." Top Scholarship in Freedom of Expression: The Driving Force for Stability and Change. Presentation at the 95th Annual Convention of the National Communication Association, November 12-15, Chicago.

Rudy, R. & Linz, D. (2008, November). Sex Differences in Media Desensitization: Evidence and Theory. Panel Title: New directions in research on gender differences and the media. Paper presented at the meeting of the National Communication Association, San Diego.

Byrne, S. & Linz, D. (2008, May). "Investigating the Boomerang Effect in Anti-Aggression Media Literacy Interventions." Panel presentation at the Annual Meeting of the International Communication Association in Montreal, Canada.

Rudy, R., & Linz, D. (2007, November). "Domains of Media Desensitization: A Model of the Relationships Among Cognitive, Emotional, Physiological, and Behavioral Response Systems." Paper presented at the meeting of the National Communication Association, Chicago, IL.

Byrne, S. & Linz, D. (2007, November). "I Might Not Hit, but I Can Still Be Mean: Media Interventions and Gender Differences in Overt and Relational Aggression." Paper presentation at the meeting of the National Communication Association, Chicago, IL.

Paul, B., Linz, D., & Yao, M. (November, 2007). Top Freedom of Expression Scholarship. Paper Title: Evaluating the Potential Secondary Effects of Adult

17

Video/Bookstores in Indianapolis, IN." Paper presented in Freedom of Expression Division of the National Communication Association, (Chicago, IL).

Tajima, S., Suzuki, K., Sado, M., Hasegawa, M., Horiuchi, Y., Sakamoto, A., Linz, D., Smith, S. L., & Donnerstein, E. (2007) Content analysis of violent images in Japanese TV commercials. Paper presented at the 7th Biennial Conference of Asian Association of Social Psychology, Kota Kinabalu, Malaysia.

Horiuchi, Y., Sado, M., Suzuki, K., Hasegawa, M., Sakamoto, A., Isshiki, N., Hattori, H., Linz, D., Smith, S. L., & Donnerstein, E. (2006). Content analysis of violence appearing in Japanese news programs: Its characteristic features compared to the real world and to other TV genres, 26th International Congress of Applied Psychology, Athens, Greece.

Sado, M., Suzuki, K., Horiuchi, Y., Hasegawa, M., Sakamoto, A., Isshiki, N., Hattori, H., Linz, D., Smith, S. L., & Donnerstein, E. (2006). What types of violence are Japanese children exposed to through daily TV viewing?: Content analysis of TV programs broadcasted in 2004, 26th International Congress of Applied Psychology, Athens, Greece.

Linz, D., (November, 2006) Creating Connections in Graduate Education: What is the Relationship between MA-only and Doctoral Programs? National Communication Association, (San Antonio, TX).

Linz, D., Yao, M., Byrne, S. & Lichtenstein, A. (November, 2006). Testing  Supreme Court Assumptions in California v. la Rue: Is There  Justification for Prohibiting Sexually Explicit Messages in  Establishments that Sell Liquor? Freedom of Expression Division of the National Communication Association, (San Antonio, TX). Top Four Refereed Papers in Freedom of Expression.

Mahood, C. & Linz, D. G. (November, 2006). "Video game play and the role of frustration: How playing non-violent video games can lead to aggressive effects." Mass Communication Division of the National Communication Association, San Antonio, TX. Top Three Refereed Papers in Mass Communication.

Mahood, C., Yao, M. and Linz, D. (2006, May).  Sexual Priming, Gender Stereotyping, and Likelihood to Sexually Harass: Examining the Effects of Playing a Sexually-Explicit Video Game. Panel presentation at the Annual Meeting of the International Communication Association in Dresden, Germany.

Yao, M,  Daniel G. Linz, Bryant Paul (2004, November).  A Multi-city Investigation of Adverse Secondary Effects of Adult Oriented Business on Sex Crimes.  Sexual Science and Politics: Mutual Interactions. Conference of the Society for the Scientific Study of Sexuality, Orlando, FL.

Linz, D. (2004, November).  Symposium Chair: Empirical research on sex, media, and society. Annual meeting of the National Communication Association, Chicago, IL.

Yao, M. Daniel Linz (2004, November),  "A Multi-city Investigation of Adverse Secondary Effects of Adult Oriented Business on Sex Crimes." Annual meeting of the National Communication Association, Chicago, IL.

Fisher, R.D., Linz, D. & Paul, B. (2004, May). "Examining the Link Between Sexual Entertainment and Sexual Aggression:  The Presence of Adult Businesses and the Prediction of Rape Rates in Florida." Presentation to the Law and Policy Division at the 2004 annual meeting of the International Communication Association: New Orleans, LA.

Linz, D. & Paul, B.  (2004, April).  "A Secondary Effects Study of Peep Show Establishments in San Diego, California." "Sexuality Across Cultures: From the Brain Lab to the Bedroom." The Western Region Conference of the Society for the Scientific Study of Sexuality, San Diego.

Yao, M., Mahood, C., Paul, B., Bryne, S. and Linz, D. (2003, November).  "The role of individual differences in the effects of video game violence on aggressive thoughts and self-reported arousal." Annual meeting of the National Communication Association, Miami, FL.

Paul, B., & Linz, D.  (2003, November).  "Sexual communication and the First Amendment:  Using communication science to inform law and policy debates."  Seminar 9,  The Far Reaching Interdisciplinary Scholarship of HIV/AIDS, STD's & Sexual Behavior Research.  Annual meeting of the National Communication Association, Miami, FL.

Zwarun, L. & Linz, D. (May 2003). "College Students' Expectancies about Drinking: Effects of Gender, Risk Taking, Identification with Television Characters, and Exposure to Beer Commercials," International Communication Association, San Diego, California.

Linz, D. (February, 2003).  We write, judges cite:  Communication scholars impact on the judiciary.  Western States Speech Association Annual Meeting. Salt lake City, Utah.

Paul, B., & Linz, D. (May, 2002). Testing Assumptions Made by the Supreme Court Concerning the Negative Secondary Effects of Adult Businesses: A Quasi-Experimental Approach. International Communication Association: Communication Law and Policy. Seoul, Korea.

Paul, B., A. Fraser, D. Linz, B. J. Wilson, S. L. Smith (May, 2001).  Reducing Harmful Risk Taking Among Adolescents Using a School-based Media Curriculum. Instructionl and developmental Communication Division of the International Communication Association meeting.  Washington, D.C.

Dixon, T., & Linz, D. (May, 2001). The Portrayal of Race and Crime on Network News. Mass  Communication Divison of the International Communication Association, Washington, D.C.

Dixon, T., & Linz, D. (May, 2000).  Misrepresentation of African American and Latinio Juvenile Lawbreakers on Local Televison News.  Mass  Communication Divison of the International Communication Association, Acapulco, Mexico.

Paul, B., Linz, D., Wilson, B., Smith, S.Federman, J., Nathanson, A., Lingsweiler R., & Donnerstein, E. (May, 2000).  Reducing interpersonal violence and risk taking among adolescents by increasing awareness of consequences and empathy: An evaluation of a school-based media curriculum.  Instructionl and developmental Communication Division of the International Communication Association meeting.  Acapulco, Mexico.

Linz, D, Paul, B & Shfer, B.J. (May, 2000).  Government regulation of adult businesses through zoning and anti-nudity ordiances: Debunking the legal myth of negative secondary effects.   International Communication Association: Top Three Refereed Papers in Communication Law and Policy.  Acapulco, Mexico.

Linz, D. (August, 1999).  Methodological Analysis of Secondary Effects of Adult Businesses Studies Cited by Communities Across the Country.  First Amendment Lawyers Association Annual meeting, San Fransico, CA.

Linz, D. (August, 1999).  Testing Legal Assumptions Regarding the Effects of Dancer Nudity and Proximity on Erotic Expression..  First Amendment Lawyers Association Annual meeting, San Fransico, CA.

Dixon, T. & Linz, D. (August, 1999).  The Portrayal of Race and Crime on Network News: An Exploratory Study.  Association for Education in Journalism and Mass Communication. New Orleans, LA.

Dixon, T. & Linz, D. (May, 1999).  Race and the Misrepresentation of Victimization on Local Television News.1999  National Communication Association: Top Three Refereed Papers in Mass Communication Division.  Chicago, IL.

Dixon, T. & Linz, D. (1999).  Televsion news, prejudicial publicity and the depiction of race. International Communication Association Annual meeting.  San Fransisco, CA.

Mulac, A., Jansma, L. & Linz, D. (July, 1998).  Interpersonal consequences of exposure to pornography:  Does men's viewing of degrading, sexually explicit film affect their behavior toward women?  International Communication Association annual meeting, Jerusalem, Israel.

Linz, D.  (June, 1998).  Predicting Sexual Aggression.  A Symposium at the 1998 SPSSI Convention.  Ann Arbor, MI.

20

Linz, D. & Blumenthal, E. (June, 1998).  Testing legal assumptions regarding the effects of dancer nudity and proximity on erotic expression.  Law and Society annual meeting, Aspen CO.

Linz, D. Donnerstein, E., Shafer, B.J., Blumenthal, E., Gray, T. & Kunkel, D. (February, 1996).  Measuring the Communicative Aspects of Nude Dancing: An Experimental Field Test of Social Psychological Assumptions in Barnes v. Glen Theatre.  American Psychology Law Society Biannual meeting, Hilton Head SC.

Heuer, L. Scelfo, J., Gross, E., Penrod, S., Stroessner, S. & Linz, D. (June, 1995).  A test of a contextual priming model of procedural fairness.  Eighth Annual Conference of the International Association for Conflict Management, Lo-Skolen, Elsinore, Denmark.

Linz, D.  (May, 1995).  Violence on Television: A Panel Discussion.  International Communication Association Annual Meeting, Albuquerque, NM.

Linz, D. (July, 1994).  Examining parallels between the regulation of TV violence and broadcast indecency.  International Communication Association Annual Meeting, Sydney, Australia.

Linz, D. (July, 1994).  Children's exposure to and comprehension of sexually-oriented remarks in radio broadcasts: A case analysis of the Howard Stern Show.  International Communication Association Annual Meeting, Sydney, Australia.

Linz, D. (October, 1993).  Measuring standards for sex and violence: Misperceptions between self and community.  Society of Experimental Social Psychology (SESP) Annual Meeting, Santa Barbara, CA.

Linz, D (August, 1993). Presidential Mini Convention on Sex Love and Psychology.  The Future of Sex and Love: A Town Hall Meeting.  American Psychological Association Annual Meeting, Toronto, Ontario, Canada.

Linz, D (August, 1993).  Discussion:  Patently Offensive: Porn under siege.  Ad hoc Committee on Films and Other Media.  American Psychological Association Annual Meeting, Toronto, Ontario, Canada.

Malamuth, N., Heavey, C.L., Linz, D. & Barnes, G. (May, 1993).  The longitudinal prediction of men's antisocial behavior against women.  International Communication Association, Washington D.C.

Linz, D., Imrich, D. Mullin, C., Eskenazi, J., & Weiss, A. (Sept., 1992).  Assessing the incidence of pretrial publicity and strategies to offset its effects.  The Third European Conference of Law and Psychology, Oxford, United Kingdom.

21

Linz, D. & Wilson, B.J. (August, 1992).  Adolescents and sexual violence: Mitigating the effects of mass media.  American Psychological Association Annual Meeting, Washington D.C.

Linz, D., E. Donnerstein, K. Land, P. McCall, J. Scott, L. J. Klein, B.J. Shafer, &  A. Graesner (May, 1992). Defining the limits of public tolerance for sexually explicit and sexually violent materials: A field experiment.  Top Three Refereed Papers in Communication Law and Policy. Communication Law and Policy Interest Group, International Communication Association.

Donnerstein, E., Wilson, B. & Linz, D.  (1992, May).  Can we deal with sexual violence in the media:? Legal, self-regulatory, and educational solutions.  Communication Law and Policy Interest Group, International Communication Association.

Wilson, B., D.Linz, E. Donnerstein & H. Stipp (1992, May).  The Impact of social issue television programming on Attitudes Toward Rape.  Mass Communication Division of the International Communication Association.

Linz, D. (1991, Aug.).  The utilization of mass media research in obscenity trials.  Symposium on the role of mass media research in public policy.  American Psychological Association Annual Meeting, San Francisco.

Weiss, A. & Linz, D. (1991, Aug.)  Impression formation and memory in the attribution of legal responsibility.  American Psychological Association Annual Meeting, San Francisco.

Imrich, D., Mullin, C. & Linz, D. (1991, Aug.) Measuring the extent of prejudicial publicity in the United States newspapers: A content analysis. American Psychological Association Annual Meeting, San Francisco.

Eskenazi, J. & Linz, D. (1991, August).  The ameliorating effect of jury deliberation on prejudicial pretrial publicity.  American Psychological Association Annual Meeting, San Francisco.

Wilson, B.J., Linz, D. & Randall, B. (June, 1990) Applying Social Science Research to Film Ratings: A Shift From What is Considered Offensive to What is Considered Harmful to Children.  International Communication Association, Dublin.

Linz, D.  (November, 1989).  Obscenity and the law:  Psychological assessments of community standards concerning explicit sexual material.  The American Society of Criminology Annual Meeting, Reno, NV.

Mullin, C., Imrich, D., & Linz, D. (August, 1989). The effects of date rape information and prejudicial and nonprejudicial pretrial publicity on jury decision making in a sexual assault case.  American Psychological Association Annual Meeting, New Orleans.

Linz, D., Dexter, H., Penrod, S. & Donnerstein, E. (August, 1989).  Exposure to mass media sexual violence and judgments about domestic abuse victims.  American Psychological Association Annual Meeting, New Orleans.

Arluk, I., Linz, D. & Donnerstein, E. (August, 1989).  Mitigating the negative effects of sexually violent media through pre-movie interventions.  American Psychological Association Annual Meeting, New Orleans.

Linz, D. & Randall, B.  (1989, June) R-rated movies and violence:  Recent legal challenges to the MPAA rating system.  Law and Society Annual Meeting, Madison, WI.

Linz, D. (August, 1988).  Social Psychology and Social Advocacy:  Research on pornography and violence. American Psychological Association Annual Meeting, Atlanta.

Donnerstein E. & Linz, D.  (June 1988).  Social science research and the Attorney General's and the Surgeon General's Commissions on Pornography. XIVth Annual Congress on Law and Mental Health, Montreal.

Malamuth, N. & Linz, D.  (June, 1988).  Legal debates in pornography: What social science can and cannot contribute.  Law and Society Association Annual Meeting, Vale.

Dexter, H., Linz, D., Penrod, S. & Saunders, D.  (March, 1988).   Exposure to media violence and the blaming of assault victims.  American Psychology and Law Society Biannual Meeting, Miami.

Donnerstein, E. & Linz, D.  (1987, November).  Uses and abuses of social science research in the final report of the Attorney General's Commission on Pornography. Dimension Series Presentation, Speech Communication Association Meeting, Boston.

Linz, D.  (1987, August).  The findings and recommendations of the U.S. Attorney General's Commission on pornography.  American Psychological Association Annual Meeting, New York.

Linz, D.  (1987, July).  Desensitization to filmed violence and reactions to victims of battering.  The Third National Family Violence Research Conference, Durham, NH.

Linz, D.  (1986, July).  Desensitization to media violence against women: Theory and findings.  Biennial World Meeting of the International Society for Research on Aggression, Chicago.

Adams, S., Linz, D., Donnerstein, E., & Penrod, S.  (1986, May).  Physiological desensitization and changes in perception of violence after exposure to filmed violence against women.  Annual meeting, Midwestern Psychological Association, Chicago.

Krafka, C., Linz, D., & Penrod, S.  (1985, May).  Male and female desensitization to graphic filmed violence against women.  Annual Meeting of the Midwestern Psychological Association, Chicago.

Linz, D., Penrod, S., & Donnerstein, E.  (1984, October).  Sexual violence: Desensitization to filmed portrayals and callousness toward victims in other contexts.  Annual Meeting of the Society for Experimental Social Psychology, Snowbird, UT.

Linz, D., Donnerstein, E., & Penrod, S.  (1984, August).  Desensitization to violence against women.  Annual Meeting of the American Psychological Association, Toronto.

Linz, D., & Penrod, S.  (1983, October).  The effects of prior attitudes, victim photographs, and victim coping on jury decision making in a rape case.  American Psychology and Law Society Convention, Chicago.

Donnerstein, E., Linz, D., & Penrod, S.  (1983, October).  Mitigating the influence of mass media influenced rape related attitudes and behavior.  American Psychology and Law Society Convention, Chicago.

Krafka, C., Linz, D., & Penrod, S.  (1983, October).  Factor analysis and further validation of the Rape Myth Acceptance and Rape Empathy Scales.  American Psychology and Law Society Convention, Chicago.

Penrod, S., Linz, D., & Rios, P.  (1983, June).  Juror questions during trial: A courtroom experiment.  Law and Society Annual Meeting, Denver, Colorado.

Linz, D., Penrod, S., Bream, J., & Baltaxe, D.  (1983, May).  Impact of photographs in the courtroom: Memory availability or emotional arousal?  Midwestern Psychological Association annual meeting, Chicago.

Zimmerman, R. S., Linz, D., Leventhal, H., & Penrod, S.  (1983, May).  Symptoms, coping, and lay models of hypertension.  Annual Meeting of the Midwestern Psychological Association, Chicago.

Penrod, S., & Linz, D.  (1982, October).  Voir dire: Uses and abuses.  Annual Meeting of the Society for Experimental Social Psychology, Nashville, Indiana.

Penrod, S., & Linz, D.  (1982, August).  Pornography and harmful behavior: A comparative legal perspective.  Annual Meeting of the American Psychological Association, Washington D.C.

Linz, D., Siverhus, S., & Penrod, S.  (1982, August).  Chronicity, causation, severity, responsibility and emotion: The structure of illness cognition. Annual Meeting of the American Psychological Association, Washington D.C.

Linz, D., & Penrod, S. (1982, August). Using psychological research on violent pornography to inform legal change. Annual Meeting of the American Psychological Association, Washington D.C.

Penrod, S., Donnerstein, E., & Linz, D. (1982, July). Scientific research on pornography and violence: The implications for American law. International Conference on Psychology and Law, Swansea, Wales.

Penrod, S., Linz, D., Coates, D., & Herzberg, S. (1982, July). The implications of social science research for trial practice attorneys. International Conference on Psychology and Law, Swansea, Wales.

Penrod, S., Coates, D., Linz, D., Heuer, L., Atkinson, M., & Herzberg, S. (1982, July). Using social science to improve criminal trial advocacy. 20th International Congress of Applied Psychology, Edinburgh, Scotland.

Penrod, S., Linz, D., & Leventhal, H. (1982, July). Assessing patient- physician communication difficulties: Pinpointing differences in conceptions of disease. 20th International Congress of Applied Psychology, Edinburgh, Scotland.

Linz, D., Penrod, S., & Leventhal, H. (1982, July). The cognitive organization of disease among lay persons. 20th International Congress of Applied Psychology, Edinburgh, Scotland.

Coates, D., Atkinson, M., Heuer, L., Linz, D., Herzberg, S., & Penrod, S. (1982, July). Attorney inferences about jurors' trial perceptions: Fact or fantasy? 20th International Congress of Applied Psychology, Edinburgh, Scotland.

Linz, D. (1982, June). Assessing courtroom performance from the perspective of the social science observer, the trial practice attorney, and the "jury box." Annual Meeting of the Law and Society Association, Toronto.

Linz, D., & Penrod, S. (1982, May). Emotional versus rational appeals in closing statements. Panel at Annual Meeting of the Midwestern Psychological Association, Minneapolis, MN.

Linz, D., Penrod, S., Coates, D., Atkinson, M., Heuer, L., & Herzberg, S. (1982, March). The use of experts in the courtroom: Attorney judgments of expert witness credibility. Annual Meeting of the Academy of Criminal Justice Sciences.

Penrod, S., Linz, D., & Donnerstein, E. (1982, March). Scientific research on pornography and violence: The legal context. Annual Meeting of the Academy of Criminal Justice Sciences.

Donnerstein, E., Linz, D., & Penrod, S.  (1982, March).  Scientific research on pornography and violence: The empirical findings.  Annual Meeting of the Academy of Criminal Justice Sciences.

Linz, D., & Penrod, S.  (1982, March).  A meta-analysis of the influence of research methodology on the outcomes of jury simulation studies.  Annual Meeting, Academy of Criminal Justice Sciences.

Linz, D., Slack, A., Kaiser, K., & Penrod, S.  (1981, October).  Meta-analysis of defendant characteristics studies.  Biennial convention of the American Psychology and Law Society, Cambridge, MA.

Heberlein, T., Linz, D., & Ortiz, B.  (1980, September).  Satisfaction, knowledge and contentment of customers on a mandatory participation time-of-day electricity pricing experiment.  International Conference on Consumer Behavior and Energy Use, Banff, Canada.

Linz, D.  (1977, December).  Transportation problems of the elderly.  Meeting of the National Science Foundation, Washington, D.C.

<u>Invited Addresses</u>

Linz, D. (2010). Effects of Sexually Oriented Messages on Individuals and Communities: A History of Challenging Assumptions in the Courtroom. Barnard College, John Jay, CUNY, Annual Joint Psychology and Law seminar.

Linz, D (2007). Increasing graduate student diversity: Views from the admission committee level.  The 2nd Social, Behavioral and Economic Sciences Alliances for Graduate Education and the Professoriate (SBES/AGEP) Meeting. University of California, Santa Barbara.

Linz D. (2004).  Can Justice be Served? An Analysis of Issues Surrounding the Kobe Bryant Sexual Assault Trial and Pretrial Publicity. UCSB Women's Center.

Linz, D. (June, 1998).  Undergraduate and graduate education in  law and society at UCSB . Workshop on Undergraduate and Graduate Education in Law and Society.  Law and Society annual meeting, Aspen CO.

Linz, D. (October, 1997).  Violence in the media. Summit '97: Celebrating Community, Pro-Youth Coalition of Santa Barbara County.

Linz, D. (September, 1996).  Plenary Speaker: The National Television Violence Study, USA.  Fourth Annual International Film Regulators Conference, London, England.

Linz, D. (September, 1996).  Plenary Speaker: Violence and the internet.  Fourth Annual International Film Regulators Conference, London, England.

Potter, J., Linz, D., Wilson, B.J., Kunkel, D., Donnerstein, E., Smith, S.L., Blumenthal, E. & Gray, T. (June, 1996).  Content analysis of entertainment television:  New methodological developments.  Duke Conference on Media Violence and Public Policy.

Wilson, B.J., Potter, J., Linz, D., Donnerstein, E., Kunkel, D., Smith, S.L., Blumenthal, E. & Gray, T. (June, 1996). Content analysis of entertainment television:  Results for 1994-5.  Duke Conference on Media Violence and Public Policy.

Wilson, B.J., Donnerstein, E., Linz, D.,, Kunkel, D.,  Potter, J., Smith, S.L., Blumenthal, E. & Gray, T. (June, 1996).  Content analysis of entertainment television:  The importance of context.  Duke Conference on Media Violence and Public Policy.

Kunkel, D., Wilson, B.J., Potter, J., Linz, D., Donnerstein, E., Smith, S.L., Blumenthal, E. & Gray, T. (June, 1996).  Content analysis of entertainment television:  Implications for public policy.  Duke Conference on Media Violence and Public Policy.

Linz, D. (August, 1993).  Presidential Mini Convention on Sex Love and Psychology. Invited Dialogue on Obscenity and Pornography.  American Psychological Association Annual Meeting, Toronto, Canada.

Linz, D. (March, 1992).  Plenary Speaker: Research report on the effects of exposure to sexually explicit and sexually violent materials on human behavior.  Third Annual International Film Regulators Conference, London, England.

Linz, D. (April, 1990).  Sexual Violence in the Mass Media and Social Policy.  Invited Address, Western Psychological Association Annual Meeting, Los Angeles CA.

Linz, D. (January, 1990). Expert Testimony in Obscenity Cases.  Invited Address, First Amendment Lawyers Association, Winter Meeting, San Diego, CA.

Linz, D.  (February, 1989). Panel Discussion:  Pornography and the Law. 16th Annual Conference of the Western Society of Criminology, Orange, CA.

Linz, D.  (1988, June).  The use and misuse of social science research in reports on pornography by the U.S. Attorney General and U.S. Surgeon General. Invited presentation.  Symposium on Pornography Social Science and the Common Law, International Congress of Law and Mental Health. Montreal, Canada.

Donnerstein, E., & Linz, D.  (1985, November).  Mass media effects on desensitization of sexual violence.  Invited symposium presentation.  American Society of Criminology, San Diego.

Donnerstein, E., & Linz, D.  (1985, September).  Desensitization to sexual mass media violence.  Invited symposium presentation, International Academy of Sex Research, Seattle, WA.

Linz, D.  (1985, May).  Pornography: New approaches and justifications for regulating.  Presentation at the American Association for the Advancement of Science Annual Meeting, Los Angeles, CA.

Linz, D., & Donnerstein, E.  (1985, April 17).  Effects of sexual violence in the media: Recent research.  Seminar at the Department of Criminal Justice, Indiana University, Bloomington, IN.

Linz, D.  (1984, August).  Sexual violence and the constitution.  Paper presented at the Project '87 seminar "Individual Rights and the First Amendment."  University of Illinois-Chicago Circle.

Linz, D.  (1984, September).  Research report to the international conference of film regulators.  Presented at the International Conference of Film Regulators, Toronto, Canada.

Linz, D., & Donnerstein, E.  (1984, November).  Pornography and sexual violence in the media: Effects on attitudes and behavior.  Presented at the Annual Meetings of the American Society of Criminology, Cincinnati, OH.

PROFESSIONAL SERVICE

Editorial Board: *Media Psychology.*

Special Issues Editor: Content analysis. Sex Roles: A Journal of Research (2009-2010)

Consulting Editor: 1991-93 Journal of Research in Personality, Academic Press.

Journal Refereeing

2001-pres. Media Psychology
1989-pres. Human Communication Research
1988-pres. Journal of Personality and Social  Psychology
1987-pres. Journal of Communication
1989-pres.  Communication Research
1986-pres.  Journal of Research in Personality
1988-pres.  Journal of Sex Research
1987-pres.  Journal of Experimental  Psychology
1988-pres.  Law and Human Behavior
1990-pres.  Journal of Broadcasting and Electronic Media
1990-pres.  Law and Society Review

Professional Memberships

International Communication Association (ICA)
National Communication Association (NCA)
American Psychology-Law Society (APA Division 41)
Society for the Psychological Study of Social Issues (APA Division 9)

UNIVERSITY AND PUBLIC SERVICE

Communication Department

1991-2       Graduate Advisor/ Chair-Graduate Committee
1990-4.      Member Graduate Committee
2004         Chair-Search Committee Media Communication Position
2005-2008.   Graduate Advisor/Chair-Graduate Committee
2001-pres.   QMSS Department representative
2010-pres.   Undergraduate Committee: Honors Advisor.
2010-pres.   Awards Committee
2005-pres.   Rules and Policy Committee

Graduate Students Supervised
(Directed*/Committee Member)

| | | | | | |
|---|---|---|---|---|---|
| 1. Ilene Arluk | M.A.* | 1988 | | | |
| 2. Cynthia Felando | M.A. | 1989 | | | |
| 3. Barbara Randall | M.A. | 1989 | | | |
| 4. Diana Stroyls | M.A.* | 1990 | | | |
| 5. Audrey Weiss | M.A. | 1990 | Ph.D. | 1994 | |
| 6. Britt Andreata | M.A.* | 1991 | | | |
| 7. Susan Fox | M.A. | 1991 | Ph.D. | 1994 | |
| 8. Wangner Diaz | M.A. | 1991 | | | |
| 9. James Harwood | M.A. | 1992 | Ph.D. | 1994 | |
| 10. Jay Eskenazi | M.A.* | 1992 | | | |
| 11. Dorothy Imrich | M.A.* | 1992 | Ph.D.* | 1998 | |
| 12. Laura Jansma | M.A.* | 1992 | Ph.D. | 1996 | |
| 13. Charles Mullin | M.A.* | 1992 | Ph.D.* | 1996 | |
| 14. Laura Leets | M.A. | 1992 | Ph.D. | 1995 | |
| 15. Denise Filotas | M.A. | 1993 | | | |
| 16. Amy Tendrich | M.A. | 1993 | | | |
| 17. Xixia Han | M.A. | 1993 | | | |
| 18. Travis Dixon | M.A.* | 1994 | Ph.D.* | 1998 | |
| 19. Timothy Gray | M.A. | 1996 | | | |
| 20. Sunwolf | M.A. | 1997 | | | |
| 21. Carrie Colvin | M.A. | 1999 | | | |

| | | | | |
|---|---|---|---|---|
| 22. Stacey Smith | | | Ph.D. | 1999 |
| 23. Laura Zwarun | | | Ph.D.* | 2002 |
| 24. Bryant Paul | | | Ph.D.* | 2003 |
| 25. Carolyn Shepard | | | Ph.D. | 2004 |
| 26. Joan O'Connor | | | Ph.D.* | 2005 |
| 27. Mike Yao | M.A. | 2003 | Ph.D.* | 2006 |
| 28. Chad Mahood | | | Ph.D.* | 2006 |
| 29. Sahara Byrne | M.A. | 2005 | Ph.D.* | 2007 |

(K. Kyoon Hur Dissertation Award – International Communication Association, Mass Communication Division. 2009, Chicago Illinois.) (Outstanding Dissertation of the Year – International Communication Association.  Instructional & Developmental Communication Division. Montreal, Quebec, 2008. )

| | | | | |
|---|---|---|---|---|
| 30. Karyn Riddle | M.A. | 2005 | Ph.D. | 2007 |
| 31. Emily Moyer | | | Ph.D. | 2007 |
| 32. Rena Rudy | M.A.* | 2006 | Ph.D.* | In prog. |
| 33. Ryan Lingsweiler | | | Ph.D. | In prog. |
| 34. Lyudmila Popova | M.A.* | 2008 | Ph.D. | 2010. |
| 35. Paul Kang | M.A.* | 2008 | | |
| 36. Abby Prestin | M.A. | 2009 | Ph.D. | 2012. |
| 37. Grace Anderson | M.A. | 2009 | Ph.D. | 2011. |
| 38. Elisia Sim | M.A. | 2009 | | |
| 39. Christopher Seaman | M.A.* | 2010 | Ph.D. | In prog. |
| 40. Theresa De Los Santos | M.A. | In prog. | | |
| 41. Jiyeon So | | | Ph.D | 2012. |
| 42. Ryan Medders | | | Ph.D | In prog. |
| 43. Mary Danis | | | Ph.D | 2010. |
| 44. Heidi Kane (Psychology) | | | Ph.D | 2009. |
| 45. Douglas Bonilla | M.A. | 2011. | | |
| 46. Amber Westcott Baker | | | Ph.D | In prog. |
| 47. Cynthia Bates | | | Ph.D | 2012. |
| 48. Rebecca Speer | M.A. | 2010. | | |
| 49. Debra Bunyan (Psychology) | | | Ph.D. | 2011. |
| 50. K.K. Holland | M.A. | 2011. | | |
| 51. Rebekah Pure | | | Ph.D. | In prog. |
| 52. Andrew Zhang | | | Ph.D. | In prog. |

Academic Senate Service

Plous Award Committee, Chair, 2010
Member: UCSB Lancaster Dissertation Prize Committee, 2010.
Member: UCSB Graduate Council, 2009-10.
Member: DIGSSS Fellowship Committee, 2006-pres.
Plous Award Committee, 2005.
Member: Human Subjects Review Board, 1990-pres.

Creation and Coordinating Committee Member: Quantitative Methods in Social Science, 1999-2001.
Advisory Board Member:  Social Sciences Survey Center, 1999-2002.

<u>Campus-wide Addresses</u>

Linz, D (2007). Increasing graduate student diversity: Views from the admission committee level.  The 2nd Social, Behavioral and Economic Sciences Alliances for Graduate Education and the Professoriate (SBES/AGEP) Meeting. University of California, Santa Barbara.

(March 2002). National Security vs. Personal Liberty,  Invited Address and Debate Moderator, panelists Nadine Strossen and William H. Webster, University of California, Santa Barbara.

(Oct. 1991).  Obscenity and pornography: Can the Social Scientist Evaluate Contemporary Community Standards.  Chancellor's Council Mini-Symposium Series 1991-92.

Faculty Address (Sept, 1991): Chancellor's Convocation for New Students.

Linz, D (June, 1991).  Free speech and sensitivity to ethnic diversity.  Commencement address, University of California, Santa Barbara.

COMMUNITY SERVICE

Public Testimony/Governmental and
Technical Reports

2010. Testimony before the Missouri General Assembly. SB 586, Regulation of Sexually Oriented Businesses Legislation Proposed by the State of Missouri Senate.

2009. Testimony before the Missouri General Assembly. HB 321, SB 226, Regulation of Sexually Oriented Businesses Legislation Proposed by the State of Missouri General Assembly.

2008. State of New Jersey 213th Legislature, Senate, no. 945 an act concerning the regulation of sexually oriented businesses.

2008. Testimony before the California State Assembly, AB 2014: Impose a tax on gross receipts, as defined, of an adult entertainment venue, as defined, in this state at a rate of *25%.*

2007. Testimony before the Sarasota county commission, Florida ordinance no. 2007-100-a an ordinance of Sarasota county, Florida, relating to sexually oriented businesses,

with the provisions of this ordinance establishing licensing requirements and regulations
for sexually oriented businesses.

Linz, D. (October 5, 2005).  Testimony before the Judiciary Committee on Criminal
Justice, The Ohio State Senate, Columbus, OH.  Am. H.B. no. 23  "Would regulate adult
entertainment establishments and permit townships to regulate such establishments."

Linz D., Yao, M. and Paul, B. (May 16, 2004).  Testing The Assumption That Adult
Businesses Produce Adverse Secondary Effects in Ohio.  Testimony before the General
Assembly of the State of Ohio, Sub. H.B. No. 426

Linz, D. and Paul, B. (2002).  Paper on the Applicability of the 1977 Los Angeles
Secondary Effects Study as a Basis to Justify the Preclusion of "Multiple Use' Adult
Businesses, and an Analysis of More recently Conducted "Secondary Effects" Sudies.
Presented in support of the amicus curiae brief of the First Amendment Lawyers
Association, in The City of Los Angeles v. Alameda Books, Inc. Supreme Court of the
United States.

Participant in the Development of the Report (2001) "Violence in the Media and Its
Effect on Youth Violence," in: Youth Violence: A report of the Surgeon General.  U.S.
Department of Health and Human Services.

Linz, D. (1999).  Paper on the "Secondary effects studies" relied upon by government
bodies when enacting legislation to regulate "adult " businesses.  Presented in support of
the amicus curiae brief of the First Amendment Lawyers Association, in Erie PA v. Paps
A.M. Supreme Court of the United States.

Wilson, B.J., Kunkel, D., Linz, D., Potter, W.J., Donnerstein, E., Smith, S.L.,
Blumenthal, E.Y., & Colvin (1997).  Implications of the National Television Violence
Study's content-based findings for evaluating the industry's V-chip ratings.  Report to the
Federal Communications Commission (CS Docket 97-55).

Wilson, B.J., Kunkel, D., Linz, D., Potter, W.J., Donnerstein, E., Smith, S.L.,
Blumenthal, E.Y., & Grey, T.E. (1996).  National Television Violence Study (1996).
Violence in television programming overall: University of California, Santa Barbara.
Scientific Papers: National Television Violence Study.  Studio City, CA: Mediascope.

Wilson, B.J., Kunkel, D., Linz, D., Potter, W.J., Donnerstein, E., Smith, S.L.,
Blumenthal, E.Y., & Grey, T.E. (1996). Television violence and its context: A content
analysis 1994-1995.  Executive Summary: National television violence study. Studio
City, CA: Mediascope.

Linz, D. (1993).  The effects of exposure to sex and violence and the likely impact of a
statewide law to allow victims of pornography to be compensated for injuries.  Testimony
before the California Senate Judiciary Committee, Sacramento CA.

32

Linz, D. (1993).  The effects of exposure to sex and violence and the likely impact of a zoning ordinance for businesses selling sexually explicit material.  Testimony before the City Council, Santa Maria, CA.

Linz, D. (1991).  Recent research on sex and violence in the media.  Presentation, The Santa Barbara Rotary Club.

Linz, D. (1991).  Obscenity law and social science measurement of community standards.  Presentation, Santa Barbara Women Lawyers, Santa Barbara, CA.

Donnerstein E. & Linz, D. (1990).  Evidence on the Causal Connection Between Exposure to Penthouse Magazine and Anti-social Conduct.  Testimony before the Indecent Publications Tribunal, Wellington, New Zealand.

Linz, D. (1990).  The effects of sexual violence in the mass media.  Testimony before the Senate Judiciary Committee on California Senate Joint Resolution No. 65--"Relative to television violence".

Donnerstein, E., Wilson, B., & Linz, D. (1990). Review of social science research on the effects of sexually indecent materials.  Enforcement of Prohibitions Against Broadcast Indecency in 18 U.S.C. § 1464, MM Docket No.89-494.

Linz, D.  (November, 1989). The effects of exposure to pornography on attitudes about rape and rape victims.  Testimony on proposed obscenity legislation before the Michigan House of Representatives and Senate.

Linz, D. (1988, November).  The effects of media violence on children. Testimony before the California Legislature Senate Select Committee on Children and Youth. Riverside California.

Donnerstein, E., & Linz, D.  (1986, June).  Techniques designed to mitigate the impact of mass media sexual violence on adolescents and adults.  Invited symposium presentation.  Surgeon General's Workshop on Pornography and Public Health, Washington.  In The Report of the Surgeon General's Workshop on Pornography and Public Health.  Washington, DC: US Public Health Service, 1986.

Donnerstein, E., & Linz, D.  (1985, Sept.).  Presentation to the US Attorney General's Commission on Pornography, Houston, TX.

Linz, D., Donnerstein, E., & Penrod, S.  (1985, January).  Pornography, sexual aggression and the law.  Presentation at Statewide Prosecutor Education and Training program, and meeting of the Wisconsin District Attorneys Association, Madison, WI.

Linz, D.  (1984, October 16).  Violent media imagery and violence against women.
Sensitive Crimes Seminar, City of Madison Police Department, Madison, WI.

Linz, D.  (1984, July).  The relationship between pornography and violence.  Testimony
before the Illinois Commission on the Status of women on.  Chicago.

Linz, D.  (1984, February).  Civil litigation and victims of violent pornography.
Symposium on Media Violence and Pornography, Toronto, Canada.

Donnerstein, E., & Linz, D.  (1984, January).  New directions in research on violence in
the media.  Paper presented at the Symposium on TV Violence, National Coalition on
Televised Violence, American Medical Association, Washington D.C.

Linz, D.  (1982, April).  Applying psychological research to the courtroom.  State Bar of
Wisconsin Annual Meeting, Madison, WI.

<u>List of Federal and State Court Cases in which Daniel Linz has Testified</u>

*Johnson v. County of Los Angeles Fire Dep't*, 865 F. Supp. 1430 (C.D. Cal. 1994).

*Deja Vu of Nashville, Inc. et al. v. Metropolitan Government of Nashville and Davidson
County, et al.*, United States District Court for the Middle District of Tennessee,
Nashville Division.

*Nite Moves Entertainment Inc. v. City of Boise*, United States District Court for the
District of Idaho.

*State of Florida v. Calderon et al.,* County Court of the Thirteenth Judicial Circuit in and
for Hillsborough County, Florida.

*Nightlife Partners, LTD; et al. v. City of Beverly Hills*, United States District Court,
Central District of California.

*Kentucky Restaurant Concepts, Inc. v. The City of Louisville,* Jefferson County Kentucky
in the United States District Court, Western District of Kentucky at Louisville.

*Route 62 video and Books, Inc., v. City of Alliance*, in the United States District Court for
the Northern District of Ohio Eastern Division.

*J.R's Kitty Kat Lounge, Inc. v. City of South Bend*, in the St Joseph Superior Court, St
Joseph County Indiana.

*R.V.S., LLC v. City of Rockford*, United States District Court, Northern District of Illinois,
Western Division.

*Kentucky Restaurant Concepts, Inc. v. Louisville Jefferson County Metro Government*, Jefferson County Circuit Court, Division Six.

*Atlantic Enterprises v. The Mayor and Borough of Carlstadt,* Superior Court of New Jersey, Bergen County Vicinage.

*Washington Retailment, Inc. v. City of Centralia*, U.S. District Court Case NO. C03-5137.

*J.L. Spoons Inc. et al., v. Kenneth Morckel et al.,* U.S. District Court, Northern District of Ohio.

*Annex Books, et al. v. City of Indianapolis*, Case No. 03 CV 00918, United States District Court. Southern District of Indiana.

 *Pennsylvania Pride Inc. v. Township of Southampton*, Case No. 2000-3181, United States District Court.

*Giovani Carandola, Ltd., et al. v. Ann Scott Fulton, et al.,* Case No. 1:01CV115, United States District Court.

*New Albany DVD, LLC, Plaintiff, vs. City of New Albany, Indiana, Defendant.* United States District Court Southern District of Indiana New Albany Division. 4:04-cv-00052-SEB-WGH.

*Daytona Grand, inc. d/b/a Lollipop's Gentlemen's Club, a Florida corporation, Miles Weiss and John Doe, plaintiffs, -vs- City of Daytona Beach, Florida, a municipal corporation, defendant.* United States District Court Middle District of Florida Orlando Division.  Case no. 6:02-cv-1469-orl-28krs

22ND AVENUE STATION, INC., a Minnesota corporation, Plaintiff, v. City of MINNEAPOLIS, a municipal corporation, Defendant. United States District Court, District of Minnesota: 06-cv-00495-MJD-AJB.

VIP OF BERLIN, LLC v. THE TOWN OF BERLIN, CONNECTICUT,    a Municipal Corporation; and HERMAN MIDDLEBROOKS, JR. in his official capacity as Town Manager for the Town of Berlin, Connecticut NO.: 3:06CV01811 (SRU) APRIL 17, 2007.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO EASTERN DIVISION. 84 VIDEO/NEWSSTAND, INC., *et al.*, Plaintiffs v. THOMAS SARTINI, *et al.*, Case No.: 1:07 CV 3190

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA ALAMEDA BOOKS, INC.; et al., Plaintiff v. CITY OF LOS ANGELES, Case No. CV

95-07771 DDP (CTx)

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK. FOR THE PEOPLE THEATRES OF N.Y., INC. d/b/a FAIR THEATRE and JGJ MERCHANDISE CORP., d/b/a VISHANS VIDEO a/k/a MIXED EMOTIONS, Plaintiffs, -against- THE CITY OF NEW YORK; HON. MICHAEL R. BLOOMBERG, as Mayor of the City of New York; AMANDA M. BURDEN, as Director of City Planning, Department of City Planning of the City of New York, and PATRICIA J. LANCASTER, as Commissioner of Buildings, Department of Buildings of the City of New York, Defendants. Index No: 121080/02.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. Abilene Retail # 30, Inc., Plaintiff, vs. Board of Commissioners of Dickinson County, Kansas, et al., Defendants. Case No. 2:04-CV-2330.

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA Richmond Division , IMAGINARY IMAGES, INC. dba PAPER MOON, *et al.*, Plaintiffs, v. Civil No.: 2:08cv398 PAMELA O'BERRY EVANS, *et al.*, Defendants.

SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF NEW YORK. TEN'S CABARET, INC. f/k/a Stringfellow's of New York, Ltd. PUSSYCAT LOUNGE, INC., d/b/a/ "Pussycat Lounge; CHURCH STREET CAFÉ INC., d/b/a "Baby Doll"; 69-20 QUEENS BLVD. INC., d/b/a "Nickels." Plaintiffs, Index No. 121197/02 vs. THE CITY OF NEW YORK; MAYOR MICHAEL BLOOMBERG, as Mayor, etc., et al.

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION, ENTERTAINMENT PRODUCTIONS, INC., a Tennessee Corporation, d/b/a Christie's Cabaret, et al., Plaintiffs, v. SHELBY COUNTY, TENNESSEE et al.  Defendants.

PERSONAL REFERENCES

Dr. Edward Donnerstein, Dean, Division of Social Sciences
University of Arizona.

Dr. Neil Malamuth, Chair
Department of Speech and Communication Studies Program, University of California, Los Angeles, CA 90026

Dr. Steven Penrod, Distinguished Professor of Psychology,
John Jay School of Criminal Justice.  New York, New York.