IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| FREE SPEECH COALITION, INC. et al., ) | ) |
| Plaintiffs, ) | ) Civil Action No. 2:09-4607 |
| v. ) | ) Judge Michael M. Baylson |
| THE HONORABLE ERIC H. HOLDER, JR., ) Attorney General, ) | ) **DEFENDANT'S PRETRIAL** ) **MEMORANDUM** |
| Defendant. ) | ) |

**STATEMENT OF NATURE OF CASE AND BASIS FOR JURISDICTION**

Plaintiffs have invoked federal jurisdiction pursuant to 28 U.S.C. § 1331. Plaintiffs raise constitutional challenges to 18 U.S.C. §§ 2257 and 2257A and their implementing regulations, which set forth age verification and recordkeeping requirements for producers of images depicting real people engaged in sexually explicit conduct. This Court previously rejected all of the various challenges plaintiffs originally raised under numerous different First Amendment theories, as well as under the Fourth and Fifth Amendments. The Third Circuit upheld this Court's rulings in many respects.

In particular, the Third Circuit affirmed this Court's dismissal of the portions of plaintiffs' First Amendment claim that "alleged the statutes and their implementing regulations unconstitutionally suppressed anonymous speech, imposed a prior restraint on protected expression, unconstitutionally imposed strict liability for failing to maintain the requisite records, and were unconstitutionally [vague]." Mem. Op. at 1 (Doc. No. 185) (citing *Free Speech Coal. v. Holder*, 677 F.3d 519, 533-36, 545 (3d Cir. 2012)). The Third Circuit also affirmed this Court's dismissal of Counts II, III, and V of plaintiffs' Complaint. *Free Speech Coal.*, 677 F.3d at 545. With respect to plaintiffs' as-applied

First Amendment claims, the Third Circuit also "affirmed this Court's conclusions that Sections 2257 and 2257A are content neutral laws and so intermediate scrutiny is the appropriate standard of review, and that under the intermediate scrutiny test, the statutes further compelling government interests and leave open ample alternative channels of communication." Mem. Op. at 1-2 (citing *Free Speech Coal.*, 677 F.3d at 533-36). With respect to plaintiffs' Fourth Amendment claim, the Third Circuit remanded only an as-applied claim. Mem. Op. at 7 n.4. In sum, only three limited issues are before the Court for further factual development as outlined in this Court's opinion of May 20, 2013. Mem. Op. at 1-2.

**STATEMENT OF FACTS**

Defendant submitted a Statement of Undisputed Material Facts ("SMF") (Doc. No. 177, attachment 2) as part of his Motion for Summary Judgment (Doc. No. 177). Defendant adopts and incorporates this Statement of Undisputed Material Facts as part of this Pretrial Memorandum.[1]

**LEGAL ISSUES**

For the Court's convenience, defendant also provides the following summary in relation to the issues before the Court and the facts set forth in defendant's SMF:

First, regarding plaintiffs' remaining as-applied Fourth Amendment claim,

---

[1] Local Rule 16.1 calls for a "brief statement of the facts of the case" in plaintiffs' pretrial memorandum, with "such counter-statements of the facts as may be necessary to reflect any disagreement with plaintiff[s]' statement" in defendant's pretrial memorandum. Plaintiffs have incorporated their 24-page Statement of Facts from their summary judgment filing as their brief statement of facts. Defendant's disagreement with the factual assertions in that Statement, as well as the additional assertions in plaintiffs' pretrial memorandum, are reflected in defendant's Statement of Undisputed Material Facts, cited above, as well as defendant's Motion to Exclude the testimony of plaintiffs' expert witnesses (Doc. No. 182).

plaintiffs do not have standing to seek injunctive relief, and their claims are unripe. The only inspections that ever occurred took place over five years ago under prior versions of the 2257 regulations. *See* SMF ¶¶ 22-26. Currently, there is no active 2257 inspection program. *See* SMF ¶ 60. Even if a new program were established, past inspections (which themselves had their own unique circumstances) do not necessarily illustrate how any inspection might occur in the future. *See* SMF ¶¶ 12-20, 27-56, 61-63. In addition, the inspections that did occur either did not implicate the Fourth Amendment at all or were reasonable because they involved nothing more than inspections of records that producers of sexually explicit material are statutorily required to maintain. *See* SMF ¶¶ 33-56. Producers of such material have long been on notice that the ages of people appearing in their work are a subject of government concern and close regulation to ensure that minors are not exploited, and the very limited nature of the records inspections at issue is reasonable under the totality of circumstances. *See id.*

Second, with respect to plaintiffs' as-applied First Amendment claims, several plaintiffs are not engaged in the production of depictions of sexually explicit conduct nor do they have any concrete plans to produce such depictions in the future, and, thus, they have no injury-in-fact to give them standing to bring a First Amendment claim. *See* SMF ¶¶ 75-77, 99-103, 117, 119-20, 129, 131-32. Further, the universal application of the 2257 requirements is necessary in order to avoid subjective judgments and taking advantage of loopholes by the very producers subject to regulation regarding whether ages should be checked or records should be maintained for particular works, or particular performers. *See* SMF ¶¶ 67-68, 74, 78-79, 83-87, 92-96, 104-06, 110-14, 121-22, 124-27, 130, 133-34, 135-41, 143-148. None of the plaintiffs confines their

production of sexually explicit material to works that are the equivalent of illustrated sex manuals for the elderly – the only example that other courts have identified as potentially beyond the reach of the requirements. *See* SMF ¶¶ 70-73, 75-78, 84-86, 93-94, 104, 110, 118, 125, 130, 139, 146. To the contrary, all plaintiffs that have produced sexually explicit material have included young and youthful-looking individuals in their depictions. *See id.*

Finally, with respect to plaintiffs' facial overbreadth challenge, plaintiffs cannot establish that the requirements at issue are facially invalid given their plainly legitimate sweep covering a vast array of published and otherwise widely-disseminated materials depicting people engaged in sexually explicit conduct. *See* SMF ¶¶ 149-52. Moreover, to the extent the requirements apply to truly private, noncommercial communications between intimate associates, plaintiffs cannot establish that such communications have been chilled by the existence of the 2257 requirements so as to warrant holding federal laws facially invalid on behalf of third parties not before the Court. *See* SMF ¶ 153. Accordingly, the requirements should be left intact to continue to operate as Congress intended—as a prophylactic measure designed to ensure that children are not used in the production of sexually explicit material, and that others along the chain of distribution, from secondary producers to distributors to consumers, as well as law enforcement, have some assurance and a means of verifying that the original creators of such material have checked individuals' ages before depicting them engaged in sexual acts.

**NAMES OF WITNESSES**

Gail Dines, Ph.D.
Janis Wolak
Francis Biro, M.D.
Philip B. Stark, Ph.D
Charles Joyner
Stephen Lawrence, Supervisory Special Agent, Federal Bureau of Investigations

The addresses of these witnesses were provided to plaintiffs in discovery.

**SCHEDULE OF EXHIBITS**

This is a preliminary list of exhibits. The numbers and letters with which they are labeled for use at trial may vary somewhat from the list that follows.

| **Exhibit Number** | **Exhibit** |
|---|---|
| Exhibit 1 | 18 U.S.C. § 2257 |
| Exhibit 2 | 18 U.S.C. § 2257A |
| Exhibit 3 | 28 C.F.R. Part 75 (2006) |
| Exhibit 4 | 28 C.F.R. Part 75 (2012) |
| Exhibit 5 | 57 Fed. Reg. 15017 - 1991 Final Rule |
| Exhibit 6 | 70 Fed. Reg. 29607 - 2005 Final Rule |
| Exhibit 7 | 73 Fed. Reg. 77432 - 2008 Final Rule |
| Exhibit 8 | Alper Deposition Exhibit 1 |
| Exhibit 9 | Alper Deposition Exhibit 2 |
| Exhibit 10 | Alper Deposition Exhibit 3 |
| Exhibit 11 | Alper's Answers to Defendant's Second Set of Interrogatories |
| Exhibit 12 | Alper's Responses to Defendant's Second Set of Requests for Production |
| Exhibit 13 | Barbara Alper's Responses to Defendant's First Set of Requests for Admission |
| Exhibit 14 | Email from Baumgardner 3.7.13 re Alper Sales Revenue (1) |
| Exhibit 15 | Email from Baumgardner 3.8.13 re Alper Sales Revenue (2) |
| Exhibit 16 | Signed Barbara Alper's Answers and Responses |
| Exhibit 17 | Photos by Barbara Alper Produced in discovery |
| Exhibit 18 | ASMP Bulletin Excerpt |
| Exhibit 19 | ASMP First Set Interrogatory & RFP Answers & Responses |
| Exhibit 20 | ASMP RFA Responses |
| Exhibit 21 | ASMP Second Set Interrogatory Answers |
| Exhibit 22 | ASMP Second Set RFP Responses |
| Exhibit 23 | Mopsik Depo Exhibit 1 |
| Exhibit 24 | Mopsik Depo Exhibit 2 |

| | |
|---|---|
| Exhibit 25 | Mopsik Depo Exhibit 4 |
| Exhibit 26 | Mopsik Depo Exhibit 5 |
| Exhibit 27 | Mopsik Depo Exhibit 6 |
| Exhibit 28 | Printout from bravoerotica.com |
| Exhibit 29 | Printouts from ASMP Colorado website |
| Exhibit 30 | Printouts & screenshots from ASMP website |
| Exhibit 31 | Screenshots from Craig Morey website, Part I |
| Exhibit 32 | Screenshots from Craig Morey website, Part II |
| Exhibit 33 | Screenshots from Ned Rosen website |
| Exhibit 34 | Betty Dodson's and Carlin Ross's Responses to Defendant's First Set of Requests for Admission |
| Exhibit 35 | Dodson Depo Exhibit 6 |
| Exhibit 36 | Dodson Depo Exhibit 7 |
| Exhibit 37 | Dodson Depo Exhibit 8 |
| Exhibit 38 | Dodson Depo Exhibit 9 |
| Exhibit 39 | Dodson Depo Exhibit 10 |
| Exhibit 40 | Dodson Depo Exhibit 11 |
| Exhibit 41 | Dodson's and Ross's Answers to Second Set of Interrogatories |
| Exhibit 42 | Signed Betty Dodson's and Carlin Ross's First Set of Interrogatories Answers and RFP Responses |
| Exhibit 43 | Dodson's and Ross's Responses to Second Requests for Production |
| Exhibit 44 | Screenshots from Dodsonandross.com |
| Exhibit 45 | Screenshots of Questions from Dodsonandross.com |
| Exhibit 46 | Conners document used in responding to interrogatories |
| Exhibit 47 | Conners DVD covers |
| Exhibit 48 | Conners First Set Interrogatory & RFP Answers & Responses |
| Exhibit 49 | Douglas Depo Exhibit 2 |
| Exhibit 50 | Douglas Depo Exhibit 3 |
| Exhibit 51 | Douglas Depo Exhibit 4 |
| Exhibit 52 | Douglas Depo Exhibit 6 |
| Exhibit 53 | Douglas Depo Exhibit 7 |
| Exhibit 54 | Excerpt from FSC Comments on 2007 and 2008 Proposed Rules |
| Exhibit 55 | FSC Articles of Incorporation |
| Exhibit 56 | FSC bylaws |
| Exhibit 57 | FSC First Set Interrogatory & RFP Responses |
| Exhibit 58 | FSC RFA Responses |
| Exhibit 59 | FSC Second Set Interrogatory Answers |
| Exhibit 60 | FSC Second Set RFP Responses |
| Exhibit 61 | FSC Dues Payments & Member Status |
| Exhibit 62 | FSC Member Dues Statements |
| Exhibit 63 | Screenshots from Cherry Pimps website |

| | |
|---|---|
| Exhibit 64 | Screenshots from davecummings.com |
| Exhibit 65 | Hymes Depo Exhibit 1 |
| Exhibit 66 | Hymes Depo Exhibit 2 |
| Exhibit 67 | Hymes Depo Exhibit 3 |
| Exhibit 68 | Hymes Depo Exhibit 4 |
| Exhibit 69 | Hymes Depo Exhibit 8 |
| Exhibit 70 | Hymes Depo Exhibit 9 |
| Exhibit 71 | Hymes Depo Exhibit 12 |
| Exhibit 72 | Hymes Depo Exhibit 14 |
| Exhibit 73 | Hymes First Set Interrogatory & RFP Answers & Responses |
| Exhibit 74 | Hymes RFA Responses |
| Exhibit 75 | Hymes Second Set Interrogatory Answers |
| Exhibit 76 | Hymes Second Set RFP Responses |
| Exhibit 77 | Printouts from Daily Babylon website |
| Exhibit 78 | Daily Babylon - tabs - full set |
| Exhibit 81 | Levine First Set Interrogatory Answers & RFP Responses |
| Exhibit 82 | Levine Second Set Interrogatory Answers & Declaration |
| Exhibit 83 | Levine RFA Responses |
| Exhibit 81 | Printout & Screenshots from Bravotube.com |
| Exhibit 82 | Printout & Screenshots from Porn.com |
| Exhibit 83 | Printout & Screenshots from Pornhub.com |
| Exhibit 84 | Printouts & Screenshots adultfilmdatabase.com |
| Exhibit 85 | Printouts & screenshots from Cougarscravekittens.com |
| Exhibit 86 | Printouts & Screenshots from nina.com and linked sites |
| Exhibit 87 | Printouts & Screenshots from Redtube.com |
| Exhibit 88 | Webshows in www.nina.com |
| Exhibit 89 | Levingston IDs and Model Releases |
| Exhibit 90 | Levingston photos produced in discovery |
| Exhibit 91 | Levingston printouts from blog |
| Exhibit 92 | Levingston First Set Interrogatory Answers & RFP Responses |
| Exhibit 93 | Levingston RFA Responses |
| Exhibit 94 | Levingston Second Set Interrogatory Answers |
| Exhibit 95 | Levingston Second Set RFP Responses |
| Exhibit 96 | The Figure in Nature |
| Exhibit 97 | Nitke Deposition Exhibit 3 |
| Exhibit 98 | Nitke Deposition Exhibit 4 |
| Exhibit 99 | Nitke Deposition Exhibit 5 |
| Exhibit 100 | Nitke Deposition Exhibit 6 |
| Exhibit 101 | Nitke Deposition Exhibit 7 |
| Exhibit 102 | Nitke Deposition Exhibit 8 |
| Exhibit 103 | Nitke Deposition Exhibit 9 |

| | |
|---|---|
| Exhibit 104 | Nitke Deposition Exhibit 10 |
| Exhibit 105 | Nitke Deposition Exhibit 11 |
| Exhibit 106 | Nitke Deposition Exhibit 12 |
| Exhibit 107 | Nitke Deposition Exhibit 13 |
| Exhibit 108 | Nitke First Set Interrogatory & RFP Answers & Responses |
| Exhibit 109 | Nitke RFA Responses |
| Exhibit 110 | Nitke Second Set Interrogatory Answers |
| Exhibit 111 | Nitke Second Set RFP Responses |
| Exhibit 112 | Screenshots from barbaranitke.com |
| Exhibit 113 | San Francisco Weekly Picture 1 |
| Exhibit 114 | San Francisco Weekly Picture 2 |
| Exhibit 115 | San Francisco Weekly Picture 3 |
| Exhibit 116 | Orgasmic Women |
| Exhibit 117 | Printouts and screenshots from dodsonandross.com |
| Exhibit 118 | Printouts and screenshots from GAG |
| Exhibit 119 | Steinberg Ids and Model Releases |
| Exhibit 120 | Steinberg photos produced in discovery |
| Exhibit 121 | Steinberg spreadsheets produced in discovery |
| Exhibit 122 | Printouts & Screenshots from www.sinclairinstitute.com |
| Exhibit 123 | Printouts & screenshots from www.bettersex.com, Set 1 |
| Exhibit 124 | Spreadsheet Summary - Sinclair Institute Videos & Images |
| Exhibit 125 | Spreadsheet Summary Attachments, Set 1 |
| Exhibit 125 | Spreadsheet Summary Attachments, Set 2 |
| Exhibit 126 | Spreadsheet Summary Attachments, Set 3 |
| Exhibit 127 | Sinclair Institute Video Covers |
| Exhibit 128 | Printouts from Adam & Eve |
| Exhibit 129 | Sinclair Institute Catalogs |
| Exhibit 130 | Sinclair Institute Videos |
| Exhibit 131 | Sinclair - response to Interrog. No.11 |
| Exhibit 132 | Sinclair First Set Interrogatory Answers & RFP Responses |
| Exhibit 133 | Sinclair response to Int. 21 (Wilson 17) |
| Exhibit 134 | Sinclair RFA Responses |
| Exhibit 135 | Sinclair Second Set Interrogatory Answers |
| Exhibit 136 | Sinclair Response to Int. 21 (Wilson 17) |
| Exhibit 137 | Townsend Enterprises Annual Reports |
| Exhibit 138 | Erotic by Nature Description |
| Exhibit 139 | Erotic by Nature Home Page screen capture |
| Exhibit 140 | Nearby Café Home Page |
| Exhibit 141 | Steinberg Redacted Model Information submitted to government |
| Exhibit 142 | Steinberg 2013.1.14 Declaration - Second Set |
| Exhibit 143 | Steinberg Photo Sex Book Intro |

| | |
|---|---|
| Exhibit 144 | Steinberg LinkedIn Profile |
| Exhibit 145 | Steinberg Codes Spreadsheet |
| Exhibit 146 | Steinberg documents used in responding to interrogatories |
| Exhibit 147 | Steinberg First Set Interrogatory & RFP Answers & Responses |
| Exhibit 148 | Steinberg Photo AS7 |
| Exhibit 149 | Steinberg Photo AS10 |
| Exhibit 150 | Steinberg Photo DV1 |
| Exhibit 151 | Steinberg Photo DV14 |
| Exhibit 152 | Steinberg Photo DV15 |
| Exhibit 153 | Steinberg Photo K7 |
| Exhibit 154 | Steinberg Photo KC 14 |
| Exhibit 155 | Steinberg Photo MC 9 |
| Exhibit 156 | Steingerg RFA Responses |
| Exhibit 157 | Steinberg Second Set Interrogatory Answers |
| Exhibit 158 | Steinberg's list of models and photo shoots |
| Exhibit 159 | Wicked.com screenshot |
| | Biro Report Images |
| Exhibit 160 | Alper - Bangkkgirls_copy[1].jpg |
| Exhibit 161 | Barone |
| Exhibit 162 | Dodson & Ross |
| Exhibit 163 | Levine |
| Exhibit 164 | Levingston |
| Exhibit 165 | Morey |
| Exhibit 166 | Nitke |
| Exhibit 167 | Sinclair |
| Exhibit 168 | Steinberg |
| Exhibit 169 | Sex Fun, Vol. 8 |
| Exhibit 170 | Sex Fun, Vol. 9 |
| Exhibit 171 | Sugar Daddy #23 |
| Exhibit 172 | Knee Pad Nymphos #9 |
| Exhibit 173 | Report of Francis Biro, MD |
| Exhibit 174 | Dines CV 2013 |
| Exhibit 175 | Dines report 4.12 |
| Exhibit 176 | Figure 2 - Frequency of five top porn genres for the 5 year period January 2008 to January 2013 in the US |
| Exhibit 177 | Figure 3 - Frequency Worldwide of top porn genres Jan 2006 to Jan 2013 |
| Exhibit 178 | Figure 4 - Frequency of five top terms used to search for teen porn |
| Exhibit 179 | Table 1 - The top 10 search terms used to search for teen porn |
| Exhibit 180 | Table 2 - Analysis of WordTracker search terms from SEOBook website |
| Exhibit 181 | Table 3 - Total Google hits |
| Exhibit 182 | Table 4 - Google Hits within Popular Pornography Domains |

| | |
|---|---|
| Exhibit 183 | Table 5 - Comparative Growth Rates of Top Pornography Genres |
| Exhibit 184 | Drouin curriculum vitae |
| Exhibit 185 | Drouin expert report |
| Exhibit 186 | Let's talk about sexting, baby (Drouin, et al 2013) |
| Exhibit 187 | MTV AP Digital Abuse Study (2009) |
| Exhibit 188 | Sex and tech (National Campaign 2008) |
| Exhibit 189 | Sexting Among Young Adults (Gordon-Messer, et al) |
| Exhibit 190 | Sexting behaviors among young hispanic women (Ferguson, 2010) |
| Exhibit 191 | Texting, sexting, attachment, and intimacy (Drouin, et al 2012) |
| Exhibit 192 | Declaration of Hector Bladuell (May 15 2013) |
| Exhibit 193 | Empirical Overbreadth |
| Exhibit 194 | Lanning 2010 Report excerpts |
| Exhibit 195 | Linz Report |
| Exhibit 196 | Sexting & Sexual Relationships Among Teens & Young Adults (Henderson) |
| Exhibit 197 | Declaration of Philip Stark |
| Exhibit 198 | Drouin Expert Report |
| Exhibit 199 | Harris Interactive Sexting Poll |
| Exhibit 200 | Internet Study of Cypersex Participants |
| Exhibit 201 | Let's talk about sexting, baby (Drouin, et al 2013) |
| Exhibit 202 | MTV AP Digital Abuse Study (2009) |
| Exhibit 203 | Sex and tech (National Campaign 2008) |
| Exhibit 204 | Sexting Among Young Adults (Gordon-Messer, et al.) |
| Exhibit 205 | Sexting behaviors among young hispanic women (Ferguson, 2010) |
| Exhibit 206 | Sexting, substance use, and sexual risk behavior (Benotsch, et al 2012) |
| Exhibit 207 | Texting, sexting, attachment, and intimacy (Drouis, et. al. 2012) |
| Exhibit 208 | Zimmerman Expert Report |
| Exhibit 209 | Crimes Against Children Research Center Study - Prevalence and Characteristics of Youth Sexting (CV237) |
| Exhibit 210 | JWolak CV Apr 2013 |
| Exhibit 211 | Report of Janis Wolak |
| Exhibit 212 | Sex and tech (National Campaign 2008) |
| Exhibit 213 | Sexting among young adults (Gordon-Messer, et al) |
| Exhibit 214 | Sexting, substance use, and sexual risk behavior (Benotsch, et al 2012) |
| Exhibit 215 | Zimmerman curriculum vitae |
| Exhibit 216 | Zimmerman expert report |
| Exhibit 217 | Declaration of Charles R Joyner & Exhibits A-E |
| Exhibit 218 | Declaration of Stephen Lawrence & Exhibit A |
| Exhibit 219 | Plaintiffs' Supplemental Answers to Defendant's Second Set of Interrogatories- Nos. 22, 23 |

| | |
|---|---|
| Exhibit 220 | Plaintiffs' Supplemental Answers to First Set of Defendant's Interrogatories |
| Exhibit 221 | Latin, Ideal v Real Regulatory Efficiency, 37 Stan. L. Rev. 1267 |
| Exhibit 222 | Richards & Calvert, 15 UCLA Ent. L. Rev. 55 |
| Exhibit 223 | Inspection Product Lists |
| Exhibit 224 | FBI 2257 checklist (from Dead Men Hanging rpt)_REDACTED2 |
| Exhibit 225 | FBI 2257 Inspection Review Form example (from Robert Hill)_REDACTED2 |
| Exhibit 226 | FBI 2257 Regulatory Inspection Summary |
| Exhibit 227 | FBI FD-302 example (from Robert Hill)_REDACTED2 |
| Exhibit 228 | FBI Inspection Program - Final Progress Report 2-22-2008 |
| Exhibit 229 | Screenshots from 18xgirls |
| Exhibit 230 | Screenshot from Bitchcrawler |
| Exhibit 231 | Screenshots from FTV Girls |
| Exhibit 232 | Google Search Screenshots |
| Exhibit 233 | Screenshots from Lethal18.com |
| Exhibit 234 | Screenshot from Moms Bang Teens |
| Exhibit 235 | Screenshots from Pornhub |
| Exhibit 236 | Printouts from Facebook |
| Exhibit 237 | Screenshots from xxxBlackbook |
| Exhibit 238 | Screenshots from Adult Friend Finder |
| Exhibit 239 | Screenshots from Adult Match Doctor |
| Exhibit 240 | Screenshots from Adult Space |
| Exhibit 241 | Screenshots from Affairs Club |
| Exhibit 242 | Screenshots from Alt |
| Exhibit 243 | Screenshots from Amateur Match |
| Exhibit 244 | Screenshots from Dating Gold Screenshots |
| Exhibit 245 | Screenshots from OMGFS |
| Exhibit 246 | Screenshots from BDSM |
| Exhibit 247 | Screenshots from Be Naughty |
| Exhibit 248 | Screenshots from Date a Cougar |
| Exhibit 249 | Screenshots from Fling.com |
| Exhibit 250 | Screenshots from Get It On |
| Exhibit 251 | Screenshots from Hook Up |
| Exhibit 252 | Screenshots from Horny Matches |
| Exhibit 253 | Screenshots from IwantU |
| Exhibit 254 | Screenshots from Letsbang |
| Exhibit 255 | Screenshots from Naughty Connect |
| Exhibit 256 | Screenshots from Sex in Your City |
| Exhibit 257 | Screenshots from Swinger Zone Central |
| Exhibit 258 | Screenshots from Up for it |

| | |
|---|---|
| Exhibit 259 | Screenshots from Xhookups |
| Exhibit 260 | Screenshots from Xhamster-Mature Porn Videos |
| Exhibit 261 | Screenshots from YoJizz-Mature Porn Tube Videos |
| Exhibit 262 | Screenshots from XVIDEOS-grannies videos |
| Exhibit 263 | Screenshots from MadThumbs-Newest Mature Videos |
| Exhibit 264 | Screenshots from YouPorn - Mature Sex Porn Tubes |
| Exhibit 265 | Screenshots from Tnaflix - Mature Sex Videos |
| Exhibit 266 | Screenshots from Spankwire - Milf Porn Tube |
| Exhibit 267 | Screenshots from Redtube - Granny sex videos |
| Exhibit 268 | Screenshots from Porncor-Mature |
| Exhibit 269 | Screenshots from Boysfood-Mature Porn |
| Exhibit 270 | Screenshots from Yuvutu.com |
| Exhibit 271 | Screenshots from Tube8.com-Mature |
| Exhibit 272 | Screenshots from FreeViewMovies-Mature |
| Exhibit 273 | Screenshots from PornoTube-Grannies |
| Exhibit 274 | Screenshots from Empflix - Granny |
| Exhibit 275 | Screenshots from 3Xupload - Mature |
| Exhibit 276 | Screenshots from Eskimo Tube - Granny |
| Exhibit 277 | Screenshots from KeezMovies - Mature |
| Exhibit 278 | Screenshots from XNXX - Granny |
| Exhibit 279 | Screenshots from ClearClips - Granny |
| Exhibit 280 | Screenshots from EFUKT - Granny |
| Exhibit 281 | Screenshots from KoosTube - Mature |
| Exhibit 282 | Screenshots from Alotporn - Grannies |
| Exhibit 283 | Screenshots from Xtube - Grannies |
| Exhibit 284 | Screenshots from Xpeeps - mature |
| Exhibit 285 | Screenshots from Sell Your Sex Tape |
| Exhibit 286 | Screenshots from Pawn Your Sex tape |
| Exhibit 287 | Screenshots from See My Sex Tapes |
| Exhibit 288 | 2257 Compliance Statements |
| Exhibit 289 | Screenshots from All Good Video |
| Exhibit 290 | Screenshots from Angry Young Man |
| Exhibit 291 | Screenshots from Bacchus - Filmco |
| Exhibit 292 | Screenshots from Cinema Play - Adult.com |
| Exhibit 293 | Screenshots from Darkside Entertainment |
| Exhibit 294 | Screenshots from Diabolic |
| Exhibit 295 | Screenshots from Don Goo |
| Exhibit 296 | Screenshots from Erotic Angel dba K-Beech |
| Exhibit 297 | Screenshots from Evasive Angels |
| Exhibit 298 | Screenshots from Ghost Pro - Fifth Element |
| Exhibit 299 | Screenshots from JT Video |

| | |
|---|---|
| Exhibit 300 | Screenshots from Moonlight Entertainment |
| Exhibit 301 | Screenshots from Private dba Pure Play Media |
| Exhibit 302 | Screenshots from Robert Hill |
| Exhibit 303 | Screenshots from RWG |
| Exhibit 304 | Screenshots from Shane's World |
| Exhibit 305 | Screenshots from Wicked |
| Exhibit 306 | First Declaration of Adriana Vecchio |
| Exhibit 307 | Second Declaration of Adriana Vecchio |
| Exhibit 308 | Declaration of Kathryn Wyer |
| Exhibit 309 | Declaration of James Schwartz |
| Exhibit 310 | Second Declaration of Hector Bladuell |

**FBI Exhibits**[2]

2006-7-24 Diabolic
2006-8-1 Robert Hill
2006-8-16 All Good Video
2006-9-11 Silver Star
2006-9-12 Darkside
2006-9-27 Evasive Angels
2006-10-1 Tennervision
2006-12-14 1 Private
2006-12-14 Erotic Angel
2007-1-24 Wicked
2007-3-13 Dead Men Hanging
2007-3-21 Robert Hill
2007-3-27 Angry Young Men
2007-4-9 Darkside
2007-5-3 Moonlight
2007-5-7 Shanes World
2007-5-22 Don Goo
2007-5-31 JT Video
2007-6-19 Bacchus - Filmco
2007-6-27 Cinema Play
2007-7-19 Gentlemens Video
2007-8-2 Temptations
2007-8-20 Agency
2007-8-22 Authentic Xtreme
2007-9-17 1 Real Wild Girls
2007-9-17 Alexis Lords

---

[2] As indicated below, the parties have agreed to treat plaintiffs' listed versions of the exhibits below (Plaintiffs' Exhibits 1-32) as joint exhibits. Defendant therefore does not provide a separate exhibit number for these exhibits.

        2007-9-18 Candid Cam
        2007-9-18 Fifth Element
        2007-9-19 Pony Boy
        Authentic supplement
        Inspection Letters

**ESTIMATE OF LENGTH OF TRIAL**

The Court has scheduled trial to begin on June 3, 2013. Defendant will begin presenting testimony on June 7, 2013, with additional testimony presented June 12 – 14, 2013 and June 17, 2013. Rebuttal and surrebuttal, if necessary, have been scheduled for June 17, 2013 and June 27, 2013.

**STIPULATIONS AND OBJECTIONS TO EXHIBITS/EXPERT TESTIMONY**

The parties have agreed to stipulate admissibility and use jointly the reports prepared by the Federal Bureau of Investigation regarding past 2257 inspections, Plaintiffs' Exhibits 1-32. Although marked as plaintiffs' exhibits, the Court should treat them as joint exhibits.

Defendant has filed a Motion to Exclude the testimony of Daniel Linz, Michelle Drouin and Marc Zimmerman, under Rule 702, Federal Rules of Evidence and *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), which is currently pending before the Court and sets forth defendant's specific objections to the testimony of those individuals. Defendant continues to maintain those objections and reserves the right to assert them at trial as appropriate.

Defendant also reserves the right to object to the admissibility of plaintiffs' evidence once exhibits have been exchanged by the parties and defendant has an opportunity to review plaintiffs' proposed exhibits.

Dated this 23th day of May, 2013.        Respectfully submitted,

14

STUART F. DELERY
Acting Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Kathryn L. Wyer*
KATHRYN L. WYER
HÉCTOR G. BLADUELL
JAMES J. SCHWARTZ
NATHAN M. SWINTON
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W.,
Washington, DC  20530
Tel. (202) 616-8475 / Fax (202) 616-8470
Kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Pretrial Memorandum has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.


Dated: May 23, 2013                                     /s/   *Kathryn L. Wyer*