IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC. et al. : | CIVIL ACTION | |
| Plaintiffs, : | | |
| v. : | | |
| THE HONORABLE ERIC H. HOLDER, JR.: | 9-4607 | **FILED** |
| Defendant. : | | MAY 28 2013 |
| | | MICHAEL E. KUNZ, Clerk |
| | | By_____ Dep. Clerk |

### ORDER
RE: Defendant's Motion in Limine to Exclude the Testimony of Plaintiffs' Experts

AND NOW, this 28th day of May, 2013, it is hereby **ORDERED** that having reviewed the Defendant's Motion in Limine (ECF 182) and Plaintiffs' Response (ECF 184), the Court will deny the Motion without prejudice. The Court finds the testimony of Plaintiffs' experts to be admissible under FRE 702. The government's Motion will be considered as a Motion to Strike and will be held under advisement until conclusion of all testimony.

**ENTERED**

MAY 28 2013

**CLERK OF COURT**

BY THE COURT:

/s/ Michael M. Baylson, U.S.D.J.

O:\CIVIL 09\09-4607 Free Speech v. Holder\09cv4607.order.motion in limine.doc.

1