**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FREE SPEECH COALITION, INC. et al. | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE HONORABLE ERIC H. HOLDER, JR | : | 09-4607 |
| | : | |
| Defendant. | : | |

## <u>JUDGMENT</u>

**AND NOW**, this 18th day of July, 2013, pursuant to Fed. R. Civ. P. 54(a) and for the reasons set forth in the accompanying Memorandum of Law, the Court enters judgment in **FAVOR** of the government and **AGAINST** Plaintiffs on Plaintiffs' as-applied and facial claims under the First Amendment. The Court enters judgment in **FAVOR** of the government and **AGAINST** Plaintiffs on Plaintiffs' as-applied and facial claims under the Fourth Amendment except in one regard – the failure of the regulations to require receipt of advance notice, for inspections at bona fide residences of producers, violates the Fourth Amendment, and the Court enters judgment in **FAVOR** of Plaintiffs and **AGAINST** the government as to this single issue.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 09\09-4607 Free Speech v. Holder\Final Judgment.docx