# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FREE SPEECH COALITION, INC. ET AL

vs.

THE HONORABLE ERIC H. HOLDER., JR.

09-4607
District Court Docket Number

Notice of Appeal Filed    9/6/13
Court Reporter(s)/ESR Operator(s) ESR

Filing Fee:
    Notice of Appeal____Paid __X__Not Paid ____Seaman
    Docket Fee           ____Paid __X__Not Paid ____USA/VI

CJA Appointment (Attach Copy of Order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

____Motion Granted
____Motion Denied
____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

____Granted
____Denied
____Pending

FILED
SEP 06 2013
MICHAEL E. KUNZ, Clerk
By____ Dep. Clerk

Defendant's Address (for criminal appeals)

Prepared by: _____
Joseph Lavin
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm