IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) |
| Plaintiffs, | ) Judge Michael M. Baylson <br> ) |
| v. | ) <br> ) DEFENDANT'S NOTICE OF APPEAL |
| THE HONORABLE ERIC H. HOLDER, JR., <br> Attorney General, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

Please take notice that defendant the Honorable Eric H. Holder, Jr., in his official capacity as Attorney General, hereby appeals to the United States Court of Appeals for the Third Circuit from the final memorandum opinion and order and final judgment (ECF Nos. 229, 230), entered in this action on July 18, 2013, and from all previous rulings in this action made final by the aforementioned judgment.

Dated this 16th day of September, 2013.    Respectfully submitted,

STUART F. DELERY
Assistant Attorney General
ZANE DAVID MEMEGER
United States Attorney
ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Kathryn L. Wyer
HÉCTOR G. BLADUELL
JAMES J. SCHWARTZ
NATHAN M. SWINTON
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., N.W., Washington, DC
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Notice of Appeal has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: September 16, 2013                            /s/
                                                                    Kathryn L. Wyer