# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Free Speech Coalition, Inc. et al

vs.

The Honorable Eric H. Holder, Jr.

09-4607
District Court Docket Number

Notice of Appeal Filed     9/16/13
Court Reporter(s)/ESR Operator(s) ESR

Filing Fee:
    Notice of Appeal____Paid ____Not Paid ____Seaman
    Docket Fee          ____Paid ____Not Paid __X__USA/VI

CJA Appointment (Attach Copy of Order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

____Motion Granted
____Motion Denied
____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

____Granted
____Denied
____Pending

**FILED**
SEP 16 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Defendant's Address (for criminal appeals)

Prepared by: _Joe Lavin_
Joe Lavin
Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm