**ITEMIZATION OF COSTS**

**Fees for printed or electronically recorded transcripts necessarily obtained for use in the case**
**Statutory Authority: 28 U.S.C. 1920(2)**

| Depositions | appearance | pages | cost/page | transcript | exhibits | rptr cert. |
|---|---|---|---|---|---|---|
| Barbara Alper (03/14/13) | | 89 | $    5.50 | $     489.50 | | |
| Carlin Ross (03/15/13) | | 242 | $    5.50 | $   1,331.00 | | |
| Betty Dodson (03/15/13) | | | | (with Ross) | | |
| Barbara Nitke (03/16/13) | $    250.00 | 172 | $    6.88 | $   1,183.36 | | |
| (deposition held Saturday at plaintiff's request) | | | | | | |
| Eugene Mopsik (03/19/13) | | 106 | $    3.75 | $     397.50 | 23.45 | |
| David Levingston (03/26/13) | $    297.00 | 219 | $    3.90 | $     854.00 | | |
| Linda Dian Wilson (04/03/13) | $    360.00 | 281 | $    6.85 | $   1,924.85 | $     18.50 | |
| Thomas Hymes (04/08/13) | | 185 | $    5.50 | $   1,017.50 | $    100.90 | |
| Jeffrey Douglas (04/09/13) | | 246 | $    5.50 | $   1,353.00 | $    123.70 | |
| Marie Levine (04/10/13) | | 240 | $    5.50 | $   1,320.00 | $    112.30 | |
| Charles Joyner (04/12/13) | | 304 | $    2.62 | $     796.50 | | |
| Joy King (04/17/13) | | 130 | $    5.50 | $     715.00 | $     30.30 | |
| Daniel Linz (04/18/13) | | 218 | $    6.00 | $   1,308.00 | $     52.20 | |
| Carol Queen (04/18/13) | | 123 | $    4.75 | $     584.25 | $     41.20 | $    35.00 |
| David Steinberg (04/19/13) | | 132 | $    4.75 | $     627.00 | $     89.50 | $    35.00 |
| Michelle Drouin (04/26/13) | $    350.00 | 262 | $    7.72 | $   2,022.64 | $     17.00 | |
| Gail Dines | | 150 | $    3.20 | $     480.00 | | |
| Marc Zimmerman (04/29/13) | 162.5 | 246 | $    4.55 | $   1,119.30 | $      0.40 | |
| Francis Biro (04/30/13) | | 118 | $    2.90 | $     342.20 | $     27.65 | |
| Janis Wolak (04/30/13) | | 130 | $    2.90 | $     377.00 | | |
| **Total** | **$ 1,419.50** | | | **$ 18,242.60** | **$    637.10** | **$    70.00** |

| | | pages | cost/page | transcript | | |
|---|---|---|---|---|---|---|
| Trial Transcript June 3 | | 239.00 | $    4.40 | $   1,051.60 | | |
| Trial Transcript June 4 | | 266.00 | $    4.40 | $   1,170.40 | | |
| Trial Transcript June 5 | | 162.00 | $    4.40 | $     712.80 | | |
| Trial Transcript June 7 | | 196.00 | $    4.40 | $     862.40 | | |
| Trial Transcript June 11 | | 201.00 | $    4.40 | $     884.40 | | |
| Trial Transcript June 12 | | 177.00 | $    4.40 | $     778.80 | | |
| Trial Transcript June 14 | | 119.00 | $    4.40 | $     523.60 | | |
| Trial Transcript June 17 | | 176.00 | $    4.40 | $     774.40 | | |
| **Total** | | | | **$   6,758.40** | | |

**Total fees for transcripts necessarily obtained for use in the case**          **$ 27,127.60**

**Fees for copying**
**Statutory Authority: 28 U.S.C. 1920(3), (4)**

Trial exhibits (1 copy)          3024 pages   .10/page
                                          **Total copying fees**          **$       302.40**

**Fees for witnesses**
**Statutory Authority: 28 U.S.C. 1920(3) & 28 U.S.C. § 1821**          **$7,301.75**
From pages 3-4

                                              **TOTAL BILL OF COSTS**          **$34,731.75**

**Witness Costs**

| Witness | Fee | Travel | Lodging | Meals | Total |
|---|---|---|---|---|---|
| | | Costs | | | |
| Dr. Francis Biro (trial) | $80.00 | $857.20 | $157.82 | $12.50 | $1,107.52 |
| Dr. Gail Dines (trial) | $80.00 | $387.80 | $157.82 | $99.00 | $724.62 |
| Dr. Michelle Drouin (depo) | $40.00 | $133.33 | | | $173.33 |
| Charles Joyner (depo & trial) | $160.00 | $849.22 | $411.00 | $132.00 | $1,552.22 |
| Stephen Lawrence (trial) | | $639.25 | $283.59 | $165.00 | $1,087.84 |
| Dr. Daniel Linz (depo) | $40.00 | $113.68 | | | $153.68 |
| Dr. Philip Stark (trial) | $80.00 | $1,435.30 | $157.82 | $99.00 | $1,772.12 |
| Janis Wolak (trial) | $80.00 | $439.70 | $157.82 | $12.90 | $690.42 |
| Dr. Marc Zimmerman (depo) | $40.00 | | | | $40.00 |
| | | | | **TOTAL** | **$7,301.75** |

Dr. Francis Biro, , Cincinnati, OH

| | | |
|---|---|---|
| appearance fee - trial | | $80.00 |
| Airfare | $776.70 | |
| taxi | $68.00 | |
| airport parking | $12.50 | |
| Total travel | | $857.20 |
| Lodging | | $157.82 |
| Meals | | $12.50 |

Dr. Gail Dines, Boston, MA

| | | |
|---|---|---|
| appearance fee - trial | | $80.00 |
| Airfare | $197.80 | |
| taxi | $190.00 | |
| Total travel | | $387.80 |
| Lodging | | $157.82 |
| Meals | | $121.07 ($242.13 / 2) ($99 maximum per diem) |

Dr. Michelle Drouin, Fort Wayne, IN

| | | |
|---|---|---|
| appearance fee - depo | | $40.00 |
| travel | | $133.33 |

Charles Joyner, Houston, TX

| | | |
|---|---|---|
| appearance fee - depo | | $40.00 |
| appearance fee - trial | | $120.00 |
| parking (depo) | $45.00 | |
| mileage (depo) | $11.64 | |
| Airfare | $660.20 | |
| Taxi & tolls | $68.75 | |
| Parking | $38.41 | |
| mileage (trial) | $25.22 | |
| Total travel | | $849.22 |

| Lodging | | $411.00 |
|---|---|---|
| Meals | | $132.00 |

Stephen Lawrence, Los Angeles, CA

| Airfare | $519.00 | |
|---|---|---|
| Taxi | $71.00 | |
| Parking | $36.00 | |
| Train | $13.25 | |
| Total travel | | $639.25 |
| Lodging | | $283.59 |
| Meals | | $99.00 |

Dr. Daniel Linz, Santa Barbara, CA

| appearance fee - depo | | $40.00 |
|---|---|---|
| travel | | $113.68 |

Dr. Philip Stark, Berkeley, CA

| appearance fee - trial | | $ 80.00 | |
|---|---|---|---|
| Airfare | $1,200.80 | | |
| Taxi | $ 234.50 | | |
| Total travel | | $1,435.30 | |
| Lodging | | $ 157.82 | |
| Meals | | $ 173.70 | ($99 maximum per diem) |

Janis Wolak, Durham, NH

| appearance fee - trial | | $ 80.00 |
|---|---|---|
| Airfare | $ 327.80 | |
| Bus | $ 24.00 | |
| Taxi | $ 87.90 | |
| Total travel | | $ 439.70 |
| Lodging | | $ 157.82 |
| Meals | | $ 12.90 |

Dr. Marc Zimmerman, Ann Arbor, MI

| appearance fee - depo | | $ 40.00 |
|---|---|---|