# DOCUMENTATION OF EXPENSES

# INVOICE

## SOUTHERN DISTRICT REPORTERS P.C.

ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

*For services rendered*
*145-12-15069*
*Kathy Wyer*

| | |
|---|---|
| INVOICE NO. | 0294650-IN |
| INVOICE DATE | 03/22/2013 |

US Dept. Of Justice-Civil Divi
20 Massachusetts Ave NW
Washington,  DC   20530

Attention: Kathy Wyer

| | |
|---|---|
| CUSTOMER NO. | 1020689 |
| WORK ORDER NO. | 131094 |
| SALESPERSON | Siwik, Christine |

---

Job Date

### FREE SPEECH COALITION V HOLDER, ERIC
### CASE NO.  13SD01703

| Job Date | | | | | | |
|---|---|---|---|---|---|---|
| 3/14/2013 | Original | 89 | PGES | At | 5.500 | 489.50 |
| 3/15/2013 | Original | 242 | PGES | At | 5.500 | 1,331.00 |
| 3/16/2013 | Original | 172 | PGES | At | 5.500 | 946.00 |
| 3/16/2013 | Original - Night Rate | 172 | PGES | At | 1.380 | 237.36 |
| 3/16/2013 | Attendance | 5 | SESS | At | 50.000 | 250.00 |
| 3/14/2013 | Diskette | 89 | PGES | At | 0.500 | 44.50 |
| 3/15/2013 | Diskette | 242 | PGES | At | 0.500 | 121.00 |
| 3/16/2013 | Diskette | 172 | PGES | At | 0.500 | 86.00 |
| 3/14/2013 | Minuscript | 89 | PGES | At | 0.250 | 22.25 |
| 3/15/2013 | Minuscript | 242 | PGES | At | 0.250 | 60.50 |
| 3/16/2013 | Minuscript | 172 | PGES | At | 0.250 | 43.00 |

I certify that these goods/services
were authorized by oral purchase and
no confirming order has been issued.
Approved for payment.

_____    05/18/13
Branch/Office/Staff Director    (Date)
Civil Division

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 3,631.11 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 3,631.11 |

# INVOICE

**SUMMIT COURT REPORTING, INC.**
1500 Walnut Street
Suite 1610
Philadelphia, PA 19102
Phone:(215) 985-2400   Fax:(215) 985-2420

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 48023 | 5/1/2013 | 25842 |
| **Job Date** | **Case No.** | |
| 3/19/2013 | | |

| **Case Name** |
|---|
| Free Speech Collation v. Eric Holder, Attorney General |

| **Payment Terms** |
|---|
| Net 30 Days or 1.5% Interest charged. |

KATHRYN WYER, ESQUIRE
Department of Justice-Civil Division
20 Massachusetts Ave, N.W.
Room 7124
Washington, DC 20529

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT/INDEX OF:

| | | |
|---|---|---|
| Eugene H. Mopsik | 106.00 Pages | 397.50 |
| Exhibit Copies $.35/pg | 67.00 | 23.45 |
| Postage and Handling $20 | | 20.00 |
| | **TOTAL DUE >>>** | **$440.95** |

\* Thank you.  We appreciate your business! \*
Call on Summit for all of your Deposition, Video & Videoconference needs... 24/7 worldwide service.
Terms: Payments in full due within 30 days of receipt of invoice. After 30 days, interest and/or late fees may accrue at 1.5%.

| | |
|---|---|
| **(-) Payments/Credits:** | 440.95 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 23-2746102

Phone: 202-616-8475   Fax:202-616-8470

*Please detach bottom portion and return with payment.*

KATHRYN WYER, ESQUIRE
Department of Justice-Civil Division
20 Massachusetts Ave, N.W.
Room 7124
Washington, DC 20529

| | | |
|---|---|---|
| Job No. | : 25842 | BU ID    :1-MAIN |
| Case No. | : | |
| Case Name | : Free Speech Collation v. Eric Holder, Attorney General | |
| Invoice No. | : 48023 | Invoice Date :5/1/2013 |
| **Total Due** | **: $ 0.00** | |

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **SUMMIT COURT REPORTING, INC.**
**1500 Walnut Street**
**Suite 1610**
**Philadelphia, PA 19102**



# FINCUN-MANCINI

The Court Reporters
1801 East Ninth Street
Suite 1720
Cleveland, Ohio 44114
(216) 696-2272
(216) 696-2275 FAX



MR. HECTOR BLADUELL
U.S. DEPART. OF JUSTICE - CIVIL DIV
FEDERAL PROGRAMS BRANCH
20 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, DC 20530

April 17, 2013

**Invoice#** 61199

**Balance:** $1,218.10

---

**FOR SERVICES RENDERED**                                   **DUE UPON RECEIPT**

**Re:** FREESPEECH COALITION v. ERIC HOLDER  -  6673
   *on* 03/26/13 DAVID LIVINGSTON

| | |
|---|---:|
| Attendance of Reporter (5.5 HRS) @ $54. / HR. | $  297.00 |
| Transcript (219 pg.)  @ $3.90/PG. | 854.10 |
| ASCII or E-Transcript | 25.00 |
| Transcript - Condensed | 30.00 |
| Delivery | 12.00 |
| | ========== |

AS A COURTESY, THE LOCAL USDOJ CONTRACT
PRICES HAVE BEEN EXTENDED TO YOU.

**P l e a s e   R e m i t   - - - >   Total Due:  $1,218.10**

## Make Checks Payable To:
*Fincun-Mancini, Inc.*
*Federal Tax ID# 34-0901980*

**PLEASE SUBMIT COPY OF INVOICE WITH REMITTANCE**

1½% PER MONTH
FINANCE CHARGE MAY BE
ASSESSED ON UNPAID BALANCES
AFTER 60 DAYS

**We accept VISA, MasterCard, American Express and Discover Card**
**Please call to arrange payment by credit card**

**Margaret M. Powell**
*Certified Verbatim Reporter*
6212 Split Rock Trail
Apex, North Carolina   27539
(919) 779-0322
margpowell@aol.com
Tax ID # 246867847

April 16, 2013

Hector G. Bladuell
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC   20530

## I N V O I C E

For appearance at and transcript of deposition of
**LINDA DIAN WILSON**
Taken in Raleigh, NC, on 4/3/13
In the matter of:
***Free Speech Coalition, Inc.... v. Eric H. Holder, Jr.***
Eastern District of Pennsylvania
Case No. 2:09-4607

| | |
|---|---|
| Appearance (8 hours @ $45/hour) | 360.00 |
| Expedited delivery of transcript (281 pages @ $7.85/page) | 2205.85 |
| (This includes full-size, sealed original, full-size copy, compressed copy with index, disk with transcript and exhibits in .pdf format.) | |
| Scanned and electronically delivered exhibits | 18.50 |
| FederalExpress delivery | 35.00 |
| (Airbill 872658597180) | |

**TOTAL AMOUNT DUE.....................................................$ 2619.35**

Thank you for your prompt payment,

*/s/ Margaret M. Powell, CVR-M*

Margaret M. Powell, CVR-M
(919) 779-0322

Enclosures: Full-size, original transcript with original exhibits; full-size copy of transcript, condensed transcript with word index and disk of transcript and exhibits.

I certify that these goods/services
were authorized by oral purchase and
no confirming order has been issued.
Approved for payment.

_____   04/30/13
Branch/Office/Staff Director   (Date)
Civil Division

for services rendered
4/17/13

# INVOICE

**BEN HYATT**
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1077052 | 4/24/2013 | 1008991 |

| Job Date | Case No. |
|---|---|
| 4/8/2013 | 2:09-4607 |

| Case Name |
|---|
| Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. |

| Payment Terms |
|---|
| Due upon receipt |

Kathryn L. Wyer, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

Original and One Certified Transcript of:

| | | | | | |
|---|---|---|---|---|---|
| Thomas Hymes | 185.00 | Pages | @ | 5.50 | 1,017.50 |
| Exhibits / Black & White | 64.00 | Pages | @ | 0.60 | 38.40 |
| Exhibits / Color | 25.00 | Pages | @ | 2.50 | 62.50 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| Condensed | | | | 0.00 | 0.00 |
| Parking | | | | 8.00 | 8.00 |
| Rough ASCII | 162.00 | Pages | @ | 1.50 | 243.00 |
| Transcript Handling | | | | 45.00 | 45.00 |
| Shipping | | | | 35.00 | 35.00 |
| | | **TOTAL DUE  >>>** | | | **$1,484.40** |

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 1,484.40 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Kathryn L. Wyer, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

| | | | | |
|---|---|---|---|---|
| Job No. | : 1008991 | BU ID | : 1-HYATT |
| Case No. | : 2:09-4607 | | |
| Case Name | : Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | |
| Invoice No. | : 1077052 | Invoice Date | : 4/24/2013 |
| **Total Due** | : **$0.00** | | |

**Remit To:**  **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA  91316**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**BEN HYATT**
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1077055 | 4/24/2013 | 1008990 |
| **Job Date** | **Case No.** | |
| 4/9/2013 | 2:09-4607 | |
| **Case Name** | | |
| Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kathryn L. Wyer, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

Original and One Certified Transcript of:

| | | | | | |
|---|---|---|---|---|---|
| Jeffrey J. Douglas | 246.00 | Pages | @ | 5.50 | 1,353.00 |
| Exhibits / Black & White | 202.00 | Pages | @ | 0.60 | 121.20 |
| Exhibits / Color | | | | 2.50 | 2.50 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| Condensed | | | | 0.00 | 0.00 |
| Parking | | | | 8.00 | 8.00 |
| Rough ASCII | 209.00 | Pages | @ | 1.50 | 313.50 |
| Transcript Handling | | | | 45.00 | 45.00 |
| Shipping | | | | 90.00 | 90.00 |
| | | | **TOTAL DUE >>>** | | **$1,968.20** |

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 1,968.20 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Kathryn L. Wyer, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

| | | | | |
|---|---|---|---|---|
| Job No. | : 1008990 | BU ID | : 1-HYATT |
| Case No. | : 2:09-4607 | | |
| Case Name | : Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | |
| Invoice No. | : 1077055 | Invoice Date | : 4/24/2013 |
| **Total Due** | : **$0.00** | | |

Remit To: **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA  91316**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E

**BEN HYATT**
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1077061 | 4/24/2013 | 1008986 |
| **Job Date** | **Case No.** | |
| 4/10/2013 | 2:09-4607 | |
| **Case Name** | | |
| Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kathryn L. Wyer, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

Original and One Certified Transcript of:

| | | | | | |
|---|---|---|---|---|---|
| Marie Louise Levine | 240.00 | Pages | @ | 5.50 | 1,320.00 |
| Exhibits / Black & White | 158.00 | Pages | @ | 0.60 | 94.80 |
| Exhibits / Color | 7.00 | Pages | @ | 2.50 | 17.50 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| Condensed | | | | 0.00 | 0.00 |
| Rough ASCII | 213.00 | Pages | @ | 1.50 | 319.50 |
| Transcript Handling | | | | 45.00 | 45.00 |
| Shipping | | | | 75.00 | 75.00 |
| | | | **TOTAL DUE  >>>** | | **$1,906.80** |

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 1,906.80 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Kathryn L. Wyer, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

| | | | | |
|---|---|---|---|---|
| Job No. | : 1008986 | BU ID | : 1-HYATT |
| Case No. | : 2:09-4607 | | |
| Case Name | : Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | |
| Invoice No. | : 1077061 | Invoice Date | : 4/24/2013 |
| **Total Due** | : **$0.00** | | |

Remit To:   **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA  91316**

**PAYMENT WITH CREDIT CARD**

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E

**BEN HYATT**
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1077170 | 5/1/2013 | 1009158 |
| **Job Date** | **Case No.** | |
| 4/17/2013 | 2:09-4607 | |
| **Case Name** | | |
| Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

James J. Schwartz, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

| | | | | | |
|---|---|---|---|---|---|
| Original and One Certified Transcript of: | | | | | |
| Joy Anne King | 130.00 | Pages | @ | 5.50 | 715.00 |
| Exhibits / Black & White | 38.00 | Pages | @ | 0.60 | 22.80 |
| Exhibits / Color | 3.00 | Pages | @ | 2.50 | 7.50 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| Condensed | | | | 0.00 | 0.00 |
| Rough ASCII | 115.00 | Pages | @ | 1.50 | 172.50 |
| Transcript Handling | | | | 45.00 | 45.00 |
| Shipping | | | | 40.00 | 40.00 |
| | | | **TOTAL DUE  >>>** | | **$1,037.80** |

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | 1,037.80 |

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

James J. Schwartz, AUSA
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

| | | | | |
|---|---|---|---|---|
| Job No. | : | 1009158 | BU ID | : 1-HYATT |
| Case No. | : | 2:09-4607 | | |
| Case Name | : | Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | |
| Invoice No. | : | 1077170 | Invoice Date | : 5/1/2013 |
| **Total Due** | : | **$1,037.80** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA  91316**

# INVOICE

Continental Court Reporters, Inc.
2777 Allen Parkway, Suite 600
Houston TX 77019-2166
Phone:713-522-5080  Fax:713-522-0440

*For services rendered*
*$ 796. 50*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 147592 | 5/10/2013 | 65147 |
| Job Date | Case No. | |
| 4/12/2013 | 2094607 | |
| Case Name | | |
| Free Speech Coalition, Inc., et al vs. The Honorable Eric H. Holder, Jr. | | |
| Payment Terms | | |
| Due upon receipt | | |

Ms. Kathryn L. Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue Northwest
Washington DC  20001

---

ONE CERTIFIED COPY OF THE DEPOSITION OF: *145-12-15064*
    SSA Charles Joyner

2,404.01

**TOTAL DUE >>>**          **$2,404.01**
AFTER 6/9/2013  PAY          $2,548.25

** Includes Numerous Transcript Pages & Exhibits less than 10 pages **

** ORIGINAL INVOICE:          $ 2,404.41
   Exhibits Not Ordered - CREDIT:     - 1,607.51
   REMAINING BALANCE DUE:      $  796.50

*************** T H A N K  Y O U ! ***************
*********** www.TexasDepos.com **************

I certify that these goods/services
were authorized by oral/purchase and
no confirming order has been issued.
Approved for payment.

            08/12/13
Branch/Office/Staff Director     (Date)
Civil Division

(-) Payments/Credits:          1,607.51
(+) Finance Charges/Debits:      144.24
(=) New Balance:              940.74

*Late Fee Waived/*
*Diane Buike*

**Tax ID:** 76-0326397

Phone: 202-616-8475    Fax:

---

*Please detach bottom portion and return with payment.*

Ms. Kathryn L. Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue Northwest
Washington DC  20001

Job No.      : 65147        BU ID        :01-
Case No.     : 2094607
Case Name : Free Speech Coalition, Inc., et al vs. The
               Honorable Eric H. Holder, Jr.

Invoice No. : 147592        Invoice Date  :5/10/2013
**Total Due : $ 940.74**

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
          **P.O. BOX 1145**
          **HOUSTON TX 77251-1145**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# I N V O I C E

**BEN HYATT**
Certified Deposition Reporters

17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022 F 818.343.7119
www.benhyatt.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1077214 | 5/3/2013 | 1009411 |

| Job Date | Case No. | |
|---|---|---|
| 4/18/2013 | 2:09-4607 | |

| Case Name | |
|---|---|
| Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Hector Bladuell, Esq.
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

Original and One Certified Transcript of:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Daniel G. Linz | 218.00 | Pages | @ | 6.00 | 1,308.00 |
| Exhibits / Black & White | 87.00 | Pages | @ | 0.60 | 52.20 |
| Litigation Support Package | | | | 35.00 | 35.00 |
| Condensed | | | | 0.00 | 0.00 |
| Rough ASCII | 192.00 | Pages | @ | 1.50 | 288.00 |
| Transcript Handling | | | | 45.00 | 45.00 |
| Shipping | | | | 50.00 | 50.00 |
| | | | **TOTAL DUE  >>>** | | **$1,778.20** |

Thank you for using Ben Hyatt Certified Deposition Reporters.
We appreciate your business.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **1,778.20** |

**Tax ID:** 95-4691888

*Please detach bottom portion and return with payment.*

Hector Bladuell, Esq.
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20044

| | | | | |
|---|---|---|---|---|
| Job No. | : 1009411 | BU ID | : 1-HYATT | |
| Case No. | : 2:09-4607 | | | |
| Case Name | : Free Speech Coalition, Inc. et.al vs The Honorable Eric H. Holder, Jr. | | | |
| Invoice No. | : 1077214 | Invoice Date | : 5/3/2013 | |
| **Total Due** | **: $1,778.20** | | | |

Remit To:  **Ben Hyatt Certified Deposition Reporters**
**17835 Ventura Blvd.**
**Suite 310**
**Encino, CA  91316**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# Behmke Reporting and Video Services, Inc.                    Invoice

"Flawless execution.  Down-to-earth professionalism."

160 Spear Street
Suite 300
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Wednesday, May 01, 2013 | 40704AC |

*For services rendered*
*145-12-15069*

Kathryn  Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Room 7124
Washington, DC 20330

Phone:     (202) 616-8475     Fax:     (202) 616-8470

| | |
|---|---|
| **Witness:** | Carol A. Queen, Ph.D. |
| **Case:** | Free Speech Coalition Inc., et al. v. The Honorable Eric H. Holder, Jr. |
| **Venue:** | Arbitration Matter |
| **Case #:** | Civil Action No. 2:09- |
| **Date:** | 4/18/2013 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 12:21 PM |
| **Reporter:** | Dawn Howard |
| **Claim #:** | |
| **File #:** | 21607 |

*20394SC*

| Description | Quan | Total |
|---|---|---|
| Original Transcript | 123 | $584.25 |
| Reporter's Certificate | 1 | $35.00 |
| Rough Draft | 123 | $184.50 |
| Exhibits - Electronic & Hard | 46 | $32.20 |
| Color Exhibits | 3 | $9.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Original Compliance & Delivery | 1 | $46.50 |
| | Sub Total | $966.45 |
| | Payments | $0.00 |
| | Balance Due | $966.45 |

*We appreciate your business!*

Fed. I.D. # 45-2048307

*We appreciate your business!*

I certify that these goods/services
were authorized by oral purchase and
no confirming order has been issued.
Approved for payment.

Branch/Office/Staff Director        (Date)
Civil Division

05/14/13

# Behmke Reporting and Video Services, Inc.

**Invoice**

"Flawless execution.  Down-to-earth professionalism."

160 Spear Street
Suite 300
San Francisco, CA  94105
Phone: (415) 597-5600          Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Thursday, May 02, 2013 | 40710AC |

*For service reduced*
*145-12-15069*

Kathryn  Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, NW
Room 7124
Washington, DC 20330

Phone:      (202) 616-8475      Fax:      (202) 616-8470

| | |
|---|---|
| **Witness:** | Steven David Steinberg |
| **Case:** | Free Speech Coalition Inc., et al. v. The Honorable Eric H. Holder, Jr. |
| **Venue:** | Arbitration Matter |
| **Case #:** | Civil Action No. 2:09- |
| **Date:** | 4/19/2013 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 1:23 PM |
| **Reporter:** | Dawn Howard |
| **Claim #:** | |
| **File #:** | 21612 |

20395SC

| Description | Quan | Total |
|---|---|---|
| Original Transcript | 132 | $627.00 |
| Reporter's Certificate | 1 | $35.00 |
| Rough Draft | 132 | $198.00 |
| Exhibits - Electronic & Hard | 85 | $59.50 |
| Color Exhibits | 10 | $30.00 |
| DepoLaunch (Digitized bundle) | 1 | $75.00 |
| Original Compliance & Delivery | 1 | $83.39 |

| | |
|---|---|
| **Sub Total** | $1,107.89 |
| **Payments** | $0.00 |
| **Balance Due** | $1,107.89 |

*Thank you for choosing Behmke Reporting!*

Fed. I.D. # 45-2048307

*We appreciate your business!*

I certify that these goods/services
were authorized by oral purchase and
no confirming order has been issued.
Approved for payment.

05/14/13

Branch/Office/Staff Director      (Date)
Civil Division

**From:** Ashley Allen
**To:** Wyer, Kathryn (CIV)
**Subject:** RE: Invoice 3183
**Date:** Monday, August 12, 2013 2:15:35 PM

No problem. Invoice 3183 reflected:

Original & One Transcript (3-day expedite requested): 262 pages @ $7.72
Attendance: 7 hours @ $50.00
Exhibits: 68 pages @ $.25
Shipping & Handling: $18.05
Total: $2,407.69

Thank you!!

**Ashley Allen**
**Production Coordinator**



T: 260.486.3954 ext. 200 | 800.977.3376
203 W. Wayne Street, Suite 406
Fort Wayne, Indiana  46802
www.summitcityreporting.com

FIND US ON FACEBOOK

**VIDEO CONFERENCING NOW AVAILABLE!**

*Please use our new website to schedule your next deposition!*
www.summitcityreporting.com

The above is a privileged communication. The message, including its attachments, if any, is intended solely for the person(s) listed above. It may contain confidential or proprietary information. If you are not the intended recipient, please do not read, copy or distribute it or any of the information it contains. Please notify the sender immediately, by replying to this e-mail or calling (260) 486-3954, that you have received this message. Then please delete this message and all attachments and any copies on your system. Thank you.

**From:** Wyer, Kathryn (CIV) [mailto:Kathryn.Wyer@usdoj.gov]
**Sent:** Monday, August 12, 2013 2:10 PM
**To:** Ashley Allen
**Subject:** RE: Invoice 3183

Thanks, an e-mail would be fine.

Kathy

_____

Kathryn L. Wyer
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Delivery: 20 Massachusetts Ave., NW, Room 7124

# Mehler & Hagestrom

**Midland Building**
**101 W. Prospect Ave., Suite 1750**
**Cleveland, OH 44115**
Phone: **(216) 621-4984**    Fax: **(216) 621-0050**

Job #: 130423LDT
Job Date: 04/23/2013
Order Date: 04/23/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Defendant

## Rebill

| | |
|---|---|
| **Rebill Date:** | 09/10/2013 |
| **Invoice #:** | 146779 |
| **Inv.Date:** | 05/29/2013 |
| **Balance:** | $523.24 |

**Bill To:**
James J. Schwartz, Esq.
U.S. Department of Justice Federal Programs Branch
Senior Counsel
20 Massachusetts Avenue, NW
P.O. Box 833
Washington, DC 20044

Action: **Free Speech Coalition, Inc., et al.**
vs
**Holder, Eric, Attorney General, etc.**
Action #: **USDC2094607**
Rep: **LDT**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Gail Dines, Ph.D. | Transcript, copy | $494.50 |
| 2 | Gail Dines, Ph.D. | Delivery | $13.50 |

**Comments:**
COPY: 150 PAGES @ $3.20 PER PAGE = $480.00
MINUSCRIPT:(HARD COPY) = $14.50
UPS DELIVERY: $13.50

| | |
|---|---|
| Sub Total | $508.00 |
| Tax | $0.00 |
| Total Invoice | $508.00 |
| Finance Charge | $15.24 |
| Payment | $0.00 |
| **Balance Due** | **$523.24** |

Federal Tax I.D.: 34-1045769    Terms: Net 30 days @ 1.5%

Please KEEP THIS PART For YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
James J. Schwartz, Esq.
U.S. Department of Justice Federal Programs
Branch
Senior Counsel
20 Massachusetts Avenue, NW
P.O. Box 833

## Rebill

**Mehler & Hagestrom**
**Midland Building**
**101 W. Prospect Ave., Suite 1750**
**Cleveland, OH 44115**

**Deliver To:**
James J. Schwartz, Esq.
U.S. Department of Justice Federal Programs
Branch
Senior Counsel
20 Massachusetts Avenue, NW
P.O. Box 833

Phone: (216) 621-4984
Fax: (216) 621-0050

**Invoice #:** 146779
**Inv.Date:** 05/29/2013
**Balance:** $523.24
Job #: 130423LDT
Job Date: 04/23/2013
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Defendant

**Huron Reporting Service**
623 West Huron Avenue
Ann Arbor, MI 48103

Phone: 734-761-5328
Fax:    734-761-7054

**Reminder**

| | |
|---|---|
| *Job #:* | 130429CMH |
| *Job Date:* | 04/29/2013 |
| *Order Date:* | 04/29/2013 |
| *DB Ref.#:* | |
| *Date of Loss:* | / / |
| *Your File #:* | |
| *Your Client:* | |

| | |
|---|---|
| *Reminder Date:* | 09/10/2013 |
| *Invoice #:* | 408713 |
| *Inv.Date:* | 05/07/2013 |
| *Balance:* | $1,346.42 |

**Bill To:**
Nathan M. Swinton
U.S. Department of Justice-Washington D.C.
20 Massachussetts Avenue, NW
Washington DC, DC 20530

| | |
|---|---|
| *Action:* | **Free Speech Coalition, et.al.** |
| | *vs* |
| | **Holder** |
| *Action #:* | **2:09-cv-4607** |
| *Rep:* | **CMH** |
| *Cert:* | **3357** |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt. | Amount |
|---|---|---|---|---|---|---|---|
| 1 | Marc Zimmerman, PhD | Original Emailed via PDF - Expert | Pages | 246 | $4.55 | $0.00 | $1,119.30 |
| 2 | | Attendance- | Hour | 6.50 | $25.00 | $0.00 | $162.50 |
| 3 | | Exhibits via Email | Copies | 1.00 | $0.40 | $0.00 | $0.40 |
| 4 | | Shipping-RETURN ORIG. EXHIBITS | 1 | 1.00 | $25.00 | $0.00 | $25.00 |

**Comments:**
PAGE RATE INCLUDES 5TH DAY EXPEDITED DELIVERY
ORIGINAL EXHIBITS RETURNED TO ATTORNEY

PAST DUE- YOUR PROMPT PAYMENT WILL BE APPRECIATED!

| | |
|---|---|
| Sub Total | $1,307.20 |
| Tax | **N/A** |
| **Total Invoice** | **$1,307.20** |
| Finance Charge | $39.22 |
| Payment | $0.00 |
| **Balance Due** | **$1,346.42** |

| *Federal Tax I.D.:* 38-2436945 | *Terms:* After 45 Days 1.5% Penalty per month |
|---|---|

*Please KEEP THIS PART for YOUR RECORDS.*

*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

**Bill To:**
Nathan M. Swinton
U.S. Department of Justice-Washington D.C.
20 Massachussetts Avenue, NW
Washington DC, DC 20530

**Deliver To:**
Nathan M. Swinton
U.S. Department of Justice-Washington D.C.
20 Massachussetts Avenue, NW
Washington DC, DC 20530

**Reminder**

| | |
|---|---|
| *Invoice #:* | 408713 |
| *Inv.Date:* | 05/07/2013 |
| *Balance:* | $1,346.42 |
| *Job #:* | 130429CMH |
| *Job Date:* | 04/29/2013 |
| *DB Ref.#:* | |
| *Date of Loss:* | / / |
| *Your File #:* | |
| *Your Client:* | |

**Please Remit Payment to:**
**400 Renaissance Center**
**Suite 2160**
**Detroit, MI 48243**

# LSS INCORPORATED

## LITIGATION SUPPORT SERVICES
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990

Web:  www.litsup.com    Email:  info@litsup.com

# STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 82416 | 5/9/2013 | 30939 |

| JOB DATE | CASE NUMBER |
|---|---|
| 4/30/2013 | 2094607 |

| CASE CAPTION |
|---|
| Free Speech Coalition vs. Holder |

| TERMS |
|---|
| Due upon receipt |

Hector Bladuell, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7322
Washington DC  20530

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Francis Biro, M.D. | 118.00 | Pages | 342.20 |
| Exhibit | 79.00 | Pages | 27.65 |
| Delivery/Courier (Non-Local) | | | 16.92 |
| | | **TOTAL DUE  >>>** | **$386.77** |

REGULAR DELIVERY: 14 DAYS
TRANSCRIPT ELECTRONICALLY LINKED TO EXHIBITS - NO CHARGE.
THANKS FOR THE BUSINESS!

*for Services rendered*

*Myto G Mull*
*6/19/13*

I certify that these goods/services
were authorized by oral purchase and
no confirming order has been issued.
Approved for payment.

_____  07/08/13

Branch Office/Staff Director    (Date)
Civil Division

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$386.77** |

A service charge of 1.5% per month (18% APR) will be charged
to all overdue accounts. You are also liable for all legal and
collection fees.

Credit Card charges, if applicable, will appear under the
company name ACCUSPEED, INC.

**Tax ID:** 31-1044663

---

*Please detach bottom portion and return with payment.*

Hector Bladuell, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7322
Washington DC  20530

| | | |
|---|---|---|
| Invoice No. | : | 82416 |
| Invoice Date | : | 5/9/2013 |
| **Total Due** | : | **$ 386.77** |

Remit To:  **LITIGATION SUPPORT SERVICES**
**817 Main Street**
**Suite 400**
**Cincinnati OH  45202**

| | | |
|---|---|---|
| Job No. | : | 30939 |
| BU ID | : | 1-MAIN |
| Case No. | : | 2094607 |
| Case Name | : | Free Speech Coalition vs. Holder |



**LITIGATION SUPPORT SERVICES**
817 Main Street, Suite 400
Cincinnati, Ohio 45202-2153

CINCINNATI: (513) 241-5605    DAYTON: (937) 224-1990

*Web: www.litsup.com    Email: info@litsup.com*

# STENO INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 82423 | 5/15/2013 | 30940 |

| JOB DATE | CASE NUMBER |
|---|---|
| 4/30/2013 | 2094607 |

| CASE CAPTION |
|---|
| Free Speech Coalition vs. Holder |

| TERMS |
|---|
| Due upon receipt |

James J. Schwartz, Esq.
United States Department of Justice
20 Massachusetts Avenue NW
Washington DC 20530

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Janis K. Wolak, I.D.          130.00 Pages          377.00
   Delivery/Courier (Non-Local)                          16.92

**TOTAL DUE >>>          $393.92**

REGULAR DELIVERY: 14 DAYS
THANKS FOR THE BUSINESS!

I certify that these goods/services
were authorized by oral purchase and
no confirming order has been issued.
Approved for payment.

_____ 05/28/13
Branch/Office/Staff Director     (Date)
Civil Division

A service charge of 1.5% per month (18% APR) will be charged to all overdue accounts. You are also liable for all legal and collection fees.

Credit Card charges if applicable, will appear under the company name ACCUSPEED, INC.

**Tax ID:** 31-1044663

---

*Please detach bottom portion and return with payment.*

James J. Schwartz, Esq.
United States Department of Justice
20 Massachusetts Avenue NW
Washington DC 20530

145-12-15069

Services rendered

*James Schwartz*

| | |
|---|---|
| Invoice No. | : 82423 |
| Invoice Date | : 5/15/2013 |
| **Total Due** | : **$ 393.92** |

Remit To: **LITIGATION SUPPORT SERVICES**
    **817 Main Street**
    **Suite 400**
    **Cincinnati OH 45202**

| | |
|---|---|
| Job No. | : 30940 |
| BU ID | : 1-MAIN |
| Case No. | : 2094607 |
| Case Name | : Free Speech Coalition vs. Holder |

Page 1 of 1

# Diana Doman Transcribing
### 10 Foster Avenue, Suite A3
### P.O. Box 129
### Gibbsboro, NJ 08026
### (856) 435-7172   FAX # (856)435-7124
DianaDoman@Comcast.net

Invoice # : 2013-00771

TO:  Adriana Vecchio
US Department of Justice
20 Massachusetts Ave., NW
Room 6101B
Washington, DC 20530

RE:  Free Speech
-v-
Holder

*for services rendered 7/19/13 n/4/6 6 3/4/11*

### DUE UPON RECEIPT          7/3/2013

| Orig | Copies | Pages | Description | Unit | Amount |
|------|--------|-------|-------------|------|--------|
| 1 | [Cop1] | 239 | Federal Court Expedited on 6/3/2013 | 4.40 | 1051.60 |
| 1 | [Cop2] | 266 | Federal Court Expedited on 6/4/2013 | 4.40 | 1170.40 |
| 1 | [Cop3] | 162 | Federal Court Expedited on 6/5/2013 | 4.40 | 712.80 |
|  | [Cop4] |  |  |  |  |
|  | [Cop5] |  | I certify that these goods/services were authorized by oral purchase and no confirming order has been issued. Approved for payment. |  |  |
|  | [Cop6] |  |  |  |  |
|  | [Cop7] |  | 07/23/13 |  |  |
|  | [Cop8] |  | Branch Office/Staff Director      (Date) Civil Division |  |  |
|  | [Cop9] |  |  |  |  |
|  | [Cop10] |  |  |  |  |
|  |  |  | BALANCE DUE: |  | 2934.80 |

Thank You.

When sending your remittance, please put the invoice number on the check.

Tax id # : 147441054

A service charge of 1½% per month will be applied to all past due balances. ($5.00 minimum charge)

Court:
United States District Court, Philadelphia PA

Page 1 of 1

# Diana Doman Transcribing

10 Foster Avenue, Suite A3
P.O. Box 129
Gibbsboro, NJ 08026
(856) 435-7172   FAX # (856)435-7124
DianaDoman@Comcast.net

**Invoice # : 2013-00983**

**TO:** Adriana Vecchio
US Department of Justice
20 Massachusetts Ave., NW
Room 6101B
Washington, DC 20530

**RE:** Free Speech
-v-
Holder

|  | **DUE UPON RECEIPT** | | **7/3/2013** | | |
|---|---|---|---|---|---|
| **Orig** | **Copies** | **Pages** | **Description** | **Unit** | **Amount** |
| 1 | [Cop1] | 196 | Federal Court Expedited on 6/7/2013 | 4.40 | 862.40 |
| 1 | [Cop2] | 201 | Federal Court Expedited on 6/11/2013 | 4.40 | 884.40 |
| 1 | [Cop3] | 177 | Federal Court Expedited on 6/12/2013 | 4.40 | 778.80 |
|  | [Cop4] | | | | |
|  | [Cop5] | | | | |
|  | [Cop6] | | I certify that these goods/services | | |
|  | [Cop7] | | were authorized by oral purchase and no confirming order has been issued. | | |
|  | [Cop8] | | Approved for payment. | | |
|  | [Cop9] | | Branch/Office/Staff Director    (Date) | | |
|  | [Cop10] | | Civil Division | | |
|  |  |  | **BALANCE DUE:** | | 2525.60 |

*for services rendered 7/19/13*

Thank You.

When sending your remittance, please put the invoice number on the check.

Tax id # : 147441054

A service charge of 1½% per month will be applied to all past due balances. ($5.00 minimum charge)

Court:
United States District Court, Philadelphia PA

# Diana Doman Transcribing
### 10 Foster Avenue, Suite A3
### P.O. Box 129
### Gibbsboro, NJ 08026
### (856) 435-7172   FAX # (856)435-7124
DianaDoman@Comcast.net

**Invoice # : 2013-00984**

**TO:** Adriana Vecchio
US Department of Justice
20 Massachusetts Ave., NW
Room 6101B
Washington, DC 20530

**RE:** Free Speech
-v-
Holder

## DUE UPON RECEIPT          7/3/2013

*for services rendered*
*7/19/13*
*7/4/13 (M)(M)*

| Orig | Copies | Pages | Description | Unit | Amount |
|------|--------|-------|-------------|------|--------|
| 1 | [Cop1] | 119 | Federal Court Expedited on 6/14/2013 | 4.40 | 523.60 |
| 1 | [Cop2] | 176 | Federal Court Expedited on 6/17/2013 | 4.40 | 774.40 |
|  | [Cop3] | | | | |
|  | [Cop4] | | | | |
|  | [Cop5] | | | | |
|  | [Cop6] | | I certify that these goods/services were authorized by oral purchase and no confirming order has been issued. Approved for payment. | | |
|  | [Cop7] | | | | |
|  | [Cop8] | | Branch/Office/Staff Director    07/23/17 | | |
|  | [Cop9] | | Civil Division                  (Date) | | |
|  | [Cop10] | | | | |
|  |  |  |  | BALANCE DUE: | 1298.00 |

| | |
|---|---|
| | **Thank You.** |
| | **When sending your remittance, please put the invoice number on the check.** |
| | **Tax id # : 147441054** |
| A service charge of 1½% per month will be applied to all past due balances. ($5.00 minimum charge) | **Court:** United States District Court, Philadelphia PA |

Frank M. Biro, MD



## INVOICE

Date:  August 19, 2013



**DEPOSITION**

| Deposition (2 hours @ $150/hr) | 300.00 | $ 5,550.00 |

**COURT APPEARANCE**

Visit to Philadelphia June 16-17, 2013

| | | |
|---|---|---|
| Court (3 hrs @ $150/hr) | 450.00 | |
| Airfare | 776.70 | |
| Ticket Change Fee | 60.00 | |
| Lodging: Omni Hotel & Resort | 157.82 | |
| Cab/Taxi | | |
| 6-16-13 | 34.00 | |
| 6-17-13 | 34.00 | |
| Dining | | |
| Breakfast (6/17/13 | 3.55 | |
| Lunch (6/17/13) | 9.00 | |
| Airport Parking | 12.50 | 1,537.57 |

**TOTAL:**                                                      **$ 7,087.57**



**Hanrahan, Lynn**

| | |
|---|---|
| **From:** | Delta Air Lines <DeltaAirLines@e.delta.com> |
| **Sent:** | Tuesday, May 28, 2013 2:45 PM |
| **To:** | Biro, Frank Michael |
| **Subject:** | FRANCIS B CINCINNATI 16JUN13 |

Comment/Complaint ?  |  Add to Address Book ?

 **DELTA**  delta.com   My Trips   Earn Miles

## YOUR ITINERARY AND RECEIPT



**Please review this information before your trip.** If you need to contact Delta or check your flight information, go to delta.com or call 1-800-221-1212. For a complete list of world wide phone numbers, please visit www.delta.com/contact _us.

**To access your boarding pass at the airport,** print email now and scan at a Delta self-service kiosk.

You can exchange, reissue and refund eligible electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

You can check in for your flight up to 24 hours prior to departure time. Check in online by clicking the link below or download the Fly Delta app here. You can also use the app to change seats, track your bag, view your flight status and so much more.

**Thanks for choosing Delta.**
Flight Confirmation #: **GB6INR** | Ticket #: **00623325760805**

CHECK IN ONLINE  >

## Your Flight Information

| Sun 16JUN | | | | | |
|---|---|---|---|---|---|
| LV **7:10am** | CINCINNATI | AR **8:58am** | PHILADELPHIA | **DELTA 6341*** ECONOMY (Q) | |

| Mon 17JUN | | | | | |
|---|---|---|---|---|---|
| LV **6:43pm** | PHILADELPHIA | AR **8:52pm** | DETROIT | **DELTA 3958*** ECONOMY (Q) | |
| LV **10:00pm** | DETROIT | AR **11:18pm** | CINCINNATI | **DELTA 3389*** ECONOMY (Q) | |

*Flight 6341 Operated by CHAUTAUQUA AIRLINES
*Flight 3958 Operated by PINNACLE AIRLINES

1

*Flight 3389 Operated by PINNACLE AIRLINES

## Your Flight Details   Manage Trip ›

| Passenger Details | Flights | Seats |
|---|---|---|
| **FRANCIS BIRO** | DELTA 6341 | 02A |
| | DELTA 3958 | 08B |
| | DELTA 3389 | 07B |

***Visit delta.com or use the Fly Delta app to view, select or change your seat

## Receipt Information

### Billing Details

| Passenger:<br>**FRANCIS BIRO** | **Payment Method:** | **Ticket Number:**<br>00623325760805 |
|---|---|---|
| **FARE:** | **692.09 USD** | |
| **Taxes/Carrier-imposed Fees:** | **84.61** | |
| **Total:** | **776.70 USD** | |

NONREF/PENALTY/APPLIES

This ticket is non-refundable unless issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

## Details - Taxes/Carrier-imposed Fees

**Total:**   84.61
**Itemized:**   7.50 AY 13.50 XF 11.70 ZP 51.91 US

## Fare Details

**CVG DL PHL Q27.91 327.44QB14A0NQ DL X/DTT Q9.30 DL CVG327.44QB14A0NQ USD692.09END ZP CVGPHLDTW XF CVG4.5PHL4.5DTW4.5**

## Ticketing Details

| Passenger: | Ticket #: | Place of Issue: | Issue Date: | Expiration Date: |
|---|---|---|---|---|
| FRANCIS BIRO | 00623325760805 | LAXWEB | 28MAY13 | 28MAY14 |

# OMNI HOTELS & RESORTS
## independence park | philadelphia
401 Chestnut Street
Philadelphia, PA 19106
Phone: 215-925-0000 • Fax: 215-925-1263
Reservations: 800-843-6664

WYER, KATHRYN
FEDROOMS NON COMMISSIONABLE

US

**Room Number:** 401
**Daily Rate:** 137.00
**Room Type:** KN
**No. of Guests:** 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|---|-----------|----------|---------|
| 6/16/2013 | 6/17/2013 | | | GSAFED | GOVT | |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 6/16/2013 | 401 | ROOM CHARGE | #401 WYER, KATHRYN | $137.00 |
| 6/16/2013 | 401 | CITY OCCUPANCY TAX 8.2% | CITY OCCUPANCY TAX 8.2% | $11.23 |
| 6/16/2013 | 401 | STATE OCCUPANCY - 7% | STATE OCCUPANCY - 7% | $9.59 |

**TOTAL DUE:** $157.82

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

# OMNI ⚓ HOTELS & RESORTS
## independence park | philadelphia
401 Chestnut Street
Philadelphia, PA 19106
Phone: 215-925-0000 • Fax: 215-925-1263
Reservations: 800-843-6664

WYER, KATHRYN
FEDROOMS NON COMMISSIONABLE

US

**Room Number:** 401
**Daily Rate:** 137.00
**Room Type:** KN
**No. of Guests:** 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 6/16/2013 | 6/17/2013 | | GSAFED | GOVT | |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 6/16/2013 | 401 | ROOM CHARGE | #401 WYER, KATHRYN | $137.00 |
| 6/16/2013 | 401 | CITY OCCUPANCY TAX 8.2% | CITY OCCUPANCY TAX 8.2% | $11.23 |
| 6/16/2013 | 401 | STATE OCCUPANCY - 7% | STATE OCCUPANCY - 7% | $9.59 |
| 6/17/2013 | 401 | MASTERCARD | MASTERCARD | ($157.82) |

**TOTAL DUE:** $0.00

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.

Taxi
6-16-13

CAPITAL DISPATCH
215 235-2200

CREDIT RECEIPT

DRIVER: 00102322
CAB  #:
06/16/13 08:54-09:03
RATE #: 2
AIRPORT RATE
Miles R2: 10.39
TRIP #:      5070
FARE  :   $28.50
FUEL SUR: $1.00
TIPS  :    $4.50
Total :   $34.00
CARDNUMBER: ████
AUTHOR.: 00536B

PPA Complaints
215 683-9440

PHL TAXI
215 232-2000

CREDIT RECEIPT

DRIVER: 00106212
CAB  #:     P1568
06/17/13 11:18-11:37
RATE #: 2
AIRPORT RATE
Miles R2: 11.46
TRIP #:      6382
FARE  :   $28.50
FUEL SUR: $1.00
TIPS  :    $4.50
Total :   $34.00
CARDNUMBER: ████
AUTHOR.: 03598B

PPA Complaints
215 683-9440

Taxi
6-17-13

Cincinnati CVG AFP
Airport Fast Park

618 Petersburg Rd.
Hebron, KY  41048
859.689.7569
www.thefastpark.com

EXPRESS 2  06/17/13 16:21
Receipt 051191

Excess Time
R4 Childrens Hospital
Cincinnati-CVG-AFP
06/16/13 05:49 -
06/17/13 16:21 -
Period 1d10h33'
(V.A.T.)                 $12.50

Sub Total                $12.50
V.A.T.                    $0.00
                      ----------
Total                    $12.50

Payment Received
MC                       $12.50

Merch:181211706000
Auth:02527B
Type: Swiped

Airport
parking
6-17-13





# Receipt for Philadelphia

June 6, 2013 – June 7, 2013 | Itinerary # 1576-6529-7990

| Booked Items | Cost Summary | |
|---|---|---|
| **Flight:** Boston (BOS) to Philadelphia (PHL) | **Booked Date:** May 20, 2013 | |
| Depart: 6/6/13 | Return: 6/7/13, 2 round trip tickets | **Traveler 1: Adult** | **$197.80** |
| | Flight | $163.72 |
| **Traveler Information** | Taxes & Fees | $34.08 |
| **Gail Levy** - Adult | | |
| Ticket # 0377245722351 | | |
| | Total: **$395.60** | |
| | Paid: **$395.60** | |
| | [MasterCard ▓] | |
| | All prices quoted in US dollars. | |

BUDDAKAN
325 Chestnut Street
Philadelphia, PA 19106
(215) 574-9440

DOB: 06/06/2013
06/06/2013
7/70014
7340040

Server: Eugene
01:44 PM
Table 71/1

MC
Card
Magnetic card present: LEVY DAVID L
Approval: 274122

Amount:        44.28
+ Tip:          7.20
= Total:       51.48

X _____

It's graduation time!
(267) 238-3650
Contact Diane Farina
for information on
special events

Customer Copy

---

PHL Airport Terminal C
Sky Asian Bistro
OTG Management
CHECK:       2337
TABLE:       42/1
SERVER:      3008 MUSTACHE
DATE:        JUN07'13 4:20PM
CARD TYPE:   Master Card
ACCT #:      XX/XX
EXP DATE:    82581Z
AUTH CODE:   DAVID L LEVY

SUBTOTAL:        43.44

Tip _____      7.50

Total _____   50.94

X _____
        SIGNATURE
        THANK YOU
SIGNED COPY - MERCHANT
SECOND COPY - CUSTOMER

---

FEDERAL
    BUILDING

10/02/2000    000222
#8070    8:16PM SERV.0010001

        2 pc @ $4.35
DELI SAND              $8.70
        2 pc @ $2.60
12oz SOUP              $5.20
CHIPS                  $0.99
HOT TEA               $1.00
MDSE ST              $15.89
TAX1                  $1.27

CREDIT CARD       $17.16

---

FARMICIA
FOOD & TONICS
15 S.3rd Street
Philadelphia, PA
215-627-6274

DOB: 06/06/2013
06/06/2013
4/40016

SALE

Server: Scott
08:13 PM
Table 46/1

MC
Card
Magnetic card present: Yes
Card Entry Method: S

Approval: 318332        4194322

Amount:      $ 76.85

+ Credit Card Tip::     13.-

= Total:       89.85

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

THANK YOU
www.farmiciarestaurant.com

FARMICIA
FOOD & TONICS
THANK YOU
www.farmiciarestaurant.com

>> Customer Copy <<