# OMNI HOTELS & RESORTS

independence park | philadelphia

401 Chestnut Street
Philadelphia, PA 19106
Phone: 215-925-0000 • Fax: 215-925-1263
Reservations: 800-843-6664

DINES, GAIL
FEDROOMS NON COMMISSIONABLE

US

**Room Number:** 709
**Daily Rate:** 137.00
**Room Type:** KNP
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 6/6/2013 | 6/7/2013 | | GSAFED | GOVT | |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 6/6/2013 | 709 | ROOM CHARGE | #709 DINES, GAIL | $137.00 |
| 6/6/2013 | 709 | CITY OCCUPANCY TAX 8.2% | CITY OCCUPANCY TAX 8.2% | $11.23 |
| 6/6/2013 | 709 | STATE OCCUPANCY - 7% | STATE OCCUPANCY - 7% | $9.59 |
| 6/7/2013 | 709 | ROOM SERVICE | 709/2643/07:39/ROOM SERVICE | $27.70 |
| 6/7/2013 | 709 | MASTERCARD | MASTERCARD | ($185.52) |

**CREDIT DUE:** ($0.00)

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS
BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL
AMOUNT OF THESE CHARGES.



**CASH RECEIPT**

DATE _5/6_

FROM _Brookline_

TO _Logan_

AMOUNT _60.00_

DRIVER# _166_

DRIVER SIGNATURE

---

\*Cash Receipt\*

ALL CITY TAXI
215 467-6666

DRIVER ID#        00102300
CAB #                 P0986
06/07/2013 14:56 - 15:17
AIRPORT RATE
TRIP#  6266 RATE#         2
MILES                  11.23
FARE $                 28.50

FUEL SCHRG. $        1.00
TOLLS $                 0.00
GR. TOTAL $          29.50

PPA Complaints
215 683-9440

---

Amount $ _70 00_        Lic. No. _____
                        Cab No. _915_

                        Time _____

Cab Company _City Cab_

Cab Fare From _Logan Airport_
        To _S. Brookline, Ma_

Payment Date _06/07/13_

_____    _____
   PRINT NAME         DRIVER'S NAME

---

YELLOW CAB ASSOC
267 672-7391

DRIVER: 00101632
CAB #           P0272
DATE: 06/06/2013
START TIME 11:29
END TIME   11:47
TRIP #       12338
RATE No.         2
MILES          10.87
FARE $         28.50
EXTRAS $        2.00
TOTAL $        30.50

GR.TOT.        30.50

TIP: $ _____

TOTAL $ _____

AIRPORT
FLAT RATE

PPA Complaints
215 683-9440

# Michelle Drouin

# INVOICE 

DATE: MAY 6, 2013

**TO:**
Lorraine Baumgardner
Berkman, Gordon, Murray & DeVan
55 Public Square Ste. 2200
Cleveland, Ohio  44113
(216) 781-5245

**FOR:**
Deposition

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| 4/26/2013--Deposition at US Attorney General's Office in Fort Wayne, 9:00 a.m. to 3:47 p.m. (billing at 10-minute increments = 6 hours, 50 minutes) | $400/hr | $2733.33 |
| 4/26/2013--Travel to Deposition at US Attorney General's office in Fort Wayne, (19 minutes x 2 = 38 minutes; billing at 10-minute increments = 40 minutes) | $400/hr | $266.67  8(33.33 |
| For services rendered | | |
| | | Total = $3000.00 |

$ 2866.66

Make all checks payable to Michelle Drouin.

Thank you!





Your Itinerary

---

**Trip on Jun 11, 2013**                    Locator: **CHIYTP**        Date: **Jun 06, 2013**

| Traveler | **CHARLES R JOYNER** |
|---|---|
| | FACT WITNESS |
| Customer Number | Q31294J |
| Agent | 01 |

---

NOTE-THE SERVICE FEE IS THE TRAVEL MGMT CTR
TRANSACTION FEE BILLED TO YOUR AGENCY. DO NOT
CLAIM THIS AMOUNT ON YOUR TRAVEL VOUCHER. CLAIM
ONLY THE TICKET COST TO YOUR INDIVIDUAL TRAVEL
CARD AS INDICATED BY THE LAST FOUR DIGITS OF YOUR
CARD NUMBER.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*TICKET PURCHASE WITH
\*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
\*NAME/INVOICE AND TICKET NUMBERS APPEAR
\*IN THE PRICING BOX
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FEES TOTALING 31.49PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD31.49PP-AIR/AMTRAK DOMESTIC, TRADITIONAL
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

### Tuesday, June 11, 2013                              Confirmation **HFEHSE**



### Flight UNITED AIRLINES 556

| DEPARTURE | ARRIVAL |
|---|---|
| **HOUSTON/INTERCONT,TX** | **PHILADELPHIA,PA** |
| **7:30 AM, Jun 11, 2013** | **12:04 PM, Jun 11, 2013** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - Y |
| Duration | 03:34 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | Food For Purchase |
| Notes | DEP-TERMINAL C |
| | ARR-TERMINAL D |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

---

### Thursday, June 13, 2013                             Confirmation **HFEHSE**



### Flight UNITED AIRLINES 3335

| DEPARTURE | ARRIVAL |
|---|---|
| **PHILADELPHIA,PA** | **WASHINGTON/DULLES** |
| **6:40 PM, Jun 13, 2013** | **7:54 PM, Jun 13, 2013** |

| Status | Confirmed |
|---|---|
| Class | Coach Class - W |
| Duration | 01:14 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 17A |
| Notes | DEP-TERMINAL D |
| | \*PHL-IAD OPERATED BY /TRANS STATES AIRLINES DBA UNITED |
| | EXPRESS |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

---

### Thursday, June 13, 2013                             Confirmation **HFEHSE**

 **Flight UNITED AIRLINES 1297**

| DEPARTURE | ARRIVAL |
|---|---|
| **WASHINGTON/DULLES** | **HOUSTON/INTERCONT,TX** |
| **9:57 PM, Jun 13, 2013** | **11:59 PM, Jun 13, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - W |
| Duration | 03:02 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food and Bev For Purchase |
| Reserved Seats | 31D |
| Notes | ARR-TERMINAL C |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| JOYNER CHARLES R | 1127620/0167233740031/06JUN13 | USD 585.12 | 43.88US | 11.70ZP | 19.50XT | 660.20 |
| | | | | | **Total Amount** | **660.20** |

Form of Payment:

**GENERAL INFORMATION**
```
********************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
****************CWTSATOTRAVEL.COM********************
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
********************************************************
```
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 800-718-8836 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-800-718-8836 AND PRESS OPTION 1
FACTWITNESS
CIVIL DIVISION CIV

.................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.................................................
TRANSACTION FEES ARE NONREFUNDABLE
.................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.................................................
GOVERNMENT ISSUED ID IS REQUIRED
.................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.................................................

.................................................
TO VIEW ITINERARIES ONLINE PLEASE GO TO
............*** WWW.VIRTUALLYTHERE.COM ***............
ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
THE APPROPRIATE BOXES AND ENTER.
.................................................

.................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.................................................
ATTORNEY NAME-WYER
---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
---------------------------------------------

CWTSATOTRAVEL CAN BOOK YOUR HOTEL ACCOMODATIONS. WE CAN ASSIST IN KEEPING COSTS
WITHIN PER DIEM AT A FEMA APPROVED PROPERTY, GUARANTEE YOUR RESERVATION FOR
LATE ARRIVAL, AND EVEN CHECK FOR A ROOM AT YOUR FAVORITE HOTEL AT LOW FEDROOM
OR CWTSATOTRAVEL GOVERNMENT RATES. ALL YOUR RESERVATIONS INCLUDED ON ONE
ITINERARY--AIR, CAR, AND HOTEL.

THANKS FROM YOUR CWTSATOTRAVEL TEAM!!!

**Dixon, Taleeta (CIV)**

| | |
|---|---|
| **From:** | MemberServices@clubquarters.com |
| **Sent:** | Tuesday, May 28, 2013 12:46 PM |
| **To:** | Wyer, Kathryn (CIV) |
| **Subject:** | Club Quarters in Philadelphia Reservation Confirmation: 58313SB022071 |

## Club Quarters in Philadelphia

1628 Chestnut Street
At 17th Street
Philadelphia, Pennsylvania 19103
Phone: 1-215-2825000

| | | | |
|---|---|---|---|
| Confirmation #: | 58313SB022071 | Arrival Date: | Tuesday, June 11, 2013 |
| Guest Name: | CHARLES JOYNER | Nights: | 3 |

Directions to Club Quarters in Philadelphia  |  Detailed Parking Information  |  View Website
Modify or Cancel Reservation

Welcome to Club Quarters.

Please review your reservation details and helpful links to directions to our hotel and nearby parking.

If there is anything we can do to make your travel experience more comfortable, please do not hesitate to contact us.

| | | | |
|---|---|---|---|
| Confirmation #: | 58313SB022071 | Guest Name: | CHARLES JOYNER |
| Check In: | Tuesday, June 11, 2013 | Check Out: | Friday, June 14, 2013 |
| # of Rooms: | 1 | # of Guests: | 1 |

Room Type & Description: Standard Room
Standard-Queen Bed Desk Free WiFi Bottled Water

1

Nightly Rate: 3133QA
USD 137.00, exclusive of taxes and VAT

Policies:   Credit card required to guarantee room. 1st night after 12pm day prior to arrival

U.S. Department of Justice
Washington, D.C. 20530

FACT WITNESS VOUCHER

Circle one   •   I (was) (was not) a United States citizen at the time of attendance
             •   I (was) (was not) a Government employee at the time of attendance
             •   I (did) (did not) receive a cash or check advance. Total advance issued $         0                    from

| Witness Name: Charles R. Joyner | Case Number: 2:09-4607 |
| Social Security Num | Case Name: Free Speech Coalition v. Holder |
| Address | District: E.D. Pa. |
| City: Houston          State: TX          Zip: 77257 | Court Location: Philadelphia |
| Telephone No. (including area code): 310-962-9122 | GTA   ☐ Transportation   ☐ Lodging |

PART I - Attendance Certification (by Government Official)
Retention of these fees is considered taxable income and reportable to IRS

A.   Attendance Fees

| | | | | Object Class | Amounts (Dollars) |
|---|---|---|---|---|---|
| Deposition Dates | | $40.00 _____ days | | 1126 | |
| Grand Jury/Trial Attendance Date (Including Travel) | 06/11/13-06/13/13 | $40.00 ___3__ days | | 1156 | 120 |
| Pretrial Attendance Dates (Including Travel) | | $40.00 _____ days | | 1194 | |
| Detained Dates - Citizen/Visitor in Custody | | $40.00 _____ days | | 1193 | |
| Detained Dates - Deportable Alien in custody | | $40.00 _____ days | | 1195 | |
| | | | | Total Fees | |

B.   Attendance Attestation:  I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel.  In proceedings before U.S. Magistrates where more than four witnesses were called, the Magistrate also attests that the approval and certificate of the U.S. Attorney were first obtained.

Trial Attorney
_____          _____          _____
        Signature                              Title of Authorized Government official                  Date

PART II - Allowances

C.   Travel by Carrier (Receipts required if paid by witness)          (DO NOT claim if paid by Government)

     Check one          ☐ Train          ☐ Bus          ☒ Air
                                                                                        2191

D.   Travel by Privately Owed Vehicles          ☒ Auto/Truck/Van     ☐ Motorcycle     ☐ Airplane
                                    Round trip mileage   52   @   $ .485   per mile
                                    Total number of trips   1(IAH)

                                    Less advance received     $ _____
                                                                                        2192          25.22

E.   Local Transportation & Other Expenses: (e.g., taxi, tolls, parking, etc.) (Receipts required for parking and expense over $25.00) (Tips and gratuities not reimbursed)

List (item, date and amount)

| Taxi - 08/11/13 | | | 34 | |
| Taxi - 08/13/13 | | | 33 | |
| Hardy Toll Road | | | 1.75 | |
| Parking at IAH | | | 38.41 | |
| | | | 2193 | 107.16 |

F.   Meals and Lodging:

     1.  Travel days (½ day's M&IE per day)        @ $  33  x   2  day(s)  = $  66
     2.  Days away from home (full day's M&IE per day)   @ $  66  x   1  day(s)  = $  66
     3.  Actual cost of lodging, not to exceed   $_____   @ $ _____ x _____ night(s) = $ _____

     (DO NOT claim if paid by Government) (Receipts are required if paid by witness)

                                    Less advance received     $ _____
                                                                                        2194          132

G.   Witness Certification:
I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.  (If not a citizen, present your Alien Registration Record with this form)

_____          6/18/2013          _____
   Witness Signature                    Date                Alien Registration Record No.

H.   Claim Verification:  Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.

Litigation Support Technician
_____          _____          _____          Net Amount Paid          384.38
        Signature                              Title of Authorized Government Official                  Date

PART III - Certification

THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

_____          _____          _____
        Signature                              Title of Authorized Certifying official                  Date

PART IV - Disbursement          (for Finance Office use only)

Accounting Classification

Check/Draft No. _____          Voucher No. _____

_____          _____          _____
        Signature                              Title of Disbursing Officer                  Date

The Privacy Act Statement and instructions for completion of this form are continued on the reverse of the form.

Witness                    Previous Editions Obsolete                    DOJ/Exception to SF 1157

Form OBD-3
Mar 96

U.S. Department of Justice
Washington, D.C. 20530

**FACT WITNESS VOUCHER**

Circle one
- I (was) (was not) a United States citizen at the time of attendance
- I (was) (was not) a Government employee at the time of attendance
- I (did) (did not) receive a cash or check advance. Total advance issued $    0    Item

| | |
|---|---|
| Witness Name: Charles R. Joyner | Case Number: 2:09-4607 |
| Social Security Number | Case Name: Free Speech Coalition v. Holder |
| Address | District E.D. Pa. |
| City: Houston    State: TX    Zip: 77257 | Court Location: Philadelphia |
| Telephone No. (including area code): 310-902-9122 | GTA ☐ Transportation ☐ Lodging |

PART I - Attendance Certification (by Government Official)
Retention of these fees is considered taxable income and reportable to IRS

**A. Attendance Fees**

| | | | Object Class | Amounts (Dollars) |
|---|---|---|---|---|
| Deposition Dates | $40⁰ ¹ days | | 1126 | 40 |
| Grand Jury/Trial Attendance Date (Including Travel) | $40⁰ days | | 1156 | |
| Pretrial Attendance Dates (Including Travel) | $40⁰ days | | 1191 | |
| Detained Dates - Citizen/Visitor In Custody | $40⁰ days | | 1193 | |
| Detained Dates - Deportable Alien in custody | $40⁰ days | | 1195 | |
| | | | Total Fees | |

**B.** Attendance Attestation: I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel. In proceedings before U.S. Magistrates where more than four witnesses were called, the Magistrate also attests that the approval and certificate of the U.S. Attorney were first obtained.

Trial Attorney

_____    _____    _____
Signature      Title of Authorized Government official      Date

PART II - Allowances

**C.** Travel by Carrier (Receipts required if paid by witness)    (DO NOT claim if paid by Government)

Check one    ☐ Train    ☐ Bus    ☐ Air

| | | |
|---|---|---|
| | 2191 | 0 |

**D.** Travel by Privately Owned Vehicles:    ☑ Auto/Truck/Van    ☐ Motorcycle    ☐ Airplane

Round trip mileage   12   @   $ .485   per mile

Total number of trips   2

Less advance received   $ _____

| | | |
|---|---|---|
| | 2192 | 11.64 |

**E.** Local Transportation & Other Expenses: (e.g., taxi, tolls, parking, etc.) (Receipts required for parking and expense over $25.00) (Tips and gratuities not reimbursed)

List (item, date and amount)

| | | | | |
|---|---|---|---|---|
| Parking Wells Fargo Bldg. Pre-deposition mtg. | 04/11/13 | | 20 | |
| Parking Wells Fargo Bldg. Deposition | 04/12/13 | | 25 | |
| | | | | |
| | | | | |
| | | 2193 | | 45 |

**F.** Meals and Lodging:

1. Travel days (½ day's M&IE per day)   @ $ 32 ¹ _____ day(s) = $ _____
2. Days away from home (full day's M&IE per day)   @ $ 64 ¹ _____ day(s) = $ _____
3. Actual cost of lodging, not to exceed   $_____   @ $ _____ ¹ _____ night(s) = $ _____

(DO NOT claim if paid by Government) (Receipts are required if paid by witness)

Less advance received   $ 00.00

| | | |
|---|---|---|
| | 2194 | 0 |

**G.** Witness Certification:
I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. (If not a citizen, present your Alien Registration Record with this form)

_____    6/18/2013    _____
Witness Signature      Date      Alien Registration Record No.

**H.** Claim Verification: Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.

Litigation Support Technician

| | | | Net Amount Paid | |
|---|---|---|---|---|
| Signature | Title of Authorized Government Official | Date | | 96.64 |

PART III - Certification

THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

_____    _____    _____
Signature      Title of Authorized Certifying official      Date

PART IV - Disbursement    (for Finance Office use only)

Accounting Classification

Check/Draft No. _____    Voucher No. _____

_____    _____    _____
Signature      Title of Disbursing Officer      Date

The Privacy Act Statement and instructions for completion of this form are continued on the reverse of the form.

Witness      Previous Editions Obsolete      DOJ/Exception to SF 1157

Form OBD-3
Mar 96

APRIL 11, 2013 3:13 PM

WELLS FARGO 7590
1000 LOUISIANA ST
HOUSTON, TX 77002
713 759 1240

COMP ID:AMUL TERM ID:AMUL 75900I

CARD TYPE: MASTERCARD
[redacted]
ACCOUNT#: ********[redacted]

TOTAL AMOUNT $ 20.00

APPROVAL CODE: 06402P STAN: 020315

CUSTOMER COPY

APRIL 12, 2013 3:15 PM

WELLS FARGO 7590
1000 LOUISIANA ST
HOUSTON, TX 77002
713-759-1240

COMP ID:AMUL TERM ID:AMUL 55001

CARD TYPE: MASTERCARD
[redacted]
ACCOUNT#: ********[redacted]

TOTAL AMOUNT $ 25.00

APPROVAL CODE: 42507P STAN 020457

CUSTOMER COPY

The Parking Spot IAH JFK
15800 John F Kennedy Blvd
USA-77032 Houston

BOOTH #1 C 06/13/13 17:47
Receipt 064199

Standard Ticket
CVD - No. 051724
06/11/13 05:17 -
06/13/13 17:47 -
Period 2d12h31'
(Tax) $32.85

Sub Total $32.85
Tax $5.56
$38.41

Pa... Received $38.41
XX...XX...XX[redacted]

Su...a... $32.85
8% 2.63
8.25% 2.93

...ive us feedback
...feedback.com

**SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED**

PAGE 1 OF 1 PAGE(S)

TRAVEL AUTHORIZATION NO. LA0348785

TRAVELER'S LAST NAME: Lawrence

Complete this information if this is a continuation sheet.

**INSTRUCTIONS TO TRAVELER** (Unlisted items are self-explanatory)

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show members' names, ages, and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

Com-plete only for actual expense travel

Col. (c thru (s)
- Show amount incurred for each meal, including tax and tips, and daily total
- (c) meal cost
- (h) Show expenses, such as laundry, cleaning and pressing of clothes, tips to bellboys, porters, etc. (other than for meals)
- (i) Complete for per diem and actual expense travel.
- (j) Show total subsistence expense incurred for actual expense travel.
- (m) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (j) or maximum rate.
- (n) Show expenses, such as taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

PURPOSE: To prep and testify at civil trial in Philadelphia re 2257 Program. Had to travel one day early per Federal Judge (see attached).

| DATE 20 10 | TIME (Hour and am/pm) | DESCRIPTION | BREAK-FAST | LUNCH | DINNER | TOTAL | MISCEL LANEOUS SUBSIS TENCE | LODGING | TOTAL SUBSISTENCE EXPENSE | NO. OF MILES | RATE | MILEAGE | SUBSISTENCE | OTHER Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/09 | 7:00pm | Depart residence via Bucar to LAX (parked in long term parking) | | | | | | | | | | | | | |
| 06/09 | 10:15pm | Depart Los Angeles to Philadelphia (overnight flight) | | | | | | | | | | | | Airfare | 260.00 |
| 06/09 | | M&IE (75% x $66/day) | | | | 49.50 | | | 49.50 | | | | 49.50 | | |
| 06/10 | 6:15am | Arrive in Philadelphia | | | | | | | | | | | | | |
| 06/10 | | Train from Philadelphia airport to USAO for trial prep | | | | | | | | | | | | Train | 7.00 |
| 06/10 | | Lodging (walking distance from USAO) | | | | | | 137.00 | 137.00 | | | | 137.00 | Taxi | 9.59 |
| 06/11 | | Taxi to new hotel (had to move re no rooms available) | | | | | | | | | | | | Room tax | 34.00 |
| 06/11 | | | | | | | | | | | | | | Taxi | 34.00 |
| 06/11 | | Lodging | | | | | | 137.00 | 137.00 | | | | 137.00 | | |
| 06/11-10 | | M&IE (2 days x $66/day) | | | | 132.00 | | | 132.00 | | | | 132.00 | Taxi | 37.00 |
| 06/12 | | Taxi from hotel to courthouse | | | | | | | | | | | | Train | 6.25 |
| 06/12 | | Train from courthouse to Philadelphia airport | | | | | | | | | | | | Airfare | 259.90 |
| 06/12 | | Depart Philadelphia to Los Angeles | | | | | | | | | | | | | |
| 06/12 | | M&IE (75% x $66/day) | | | | 49.50 | | | 49.50 | | | | 49.50 | | |
| 06/12 | | Arrive Los Angeles | | | | | | | | | | | | Parking | 36.00 |

| SUBTOTALS | | | | | | | | | | | | 505.00 | | 649.74 |
| TOTALS | | | | | | | | | | | | 505.00 | | 649.74 |

Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.

TOTAL AMOUNT CLAIMED ▶ 1,154.74

If additional space is required, continue on another SF 1012-A BACK. Leaving the front blank.

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101-7), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962 (unless informs), E.O. 11012 of March 27, 1962 (unless informs), U.S.C. 6011(b) and 6106. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil,

criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C. 6011(b) and 6109) and E.O. 9397, November 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be taxable income. Disclosure of your SSN, and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

STANDARD FORM 1012 BACK (10-77)

Carlson Wagonlit Travel   SatoTravel

**Your Itinerary**

Locator: **GHJINM**          Date: **Jun 12, 2013**

Traveler          **STEPHEN LAWRENCE**

ATTN-STEPHEN LAWRENCE 
11000 WILSHIRE BOULEVARD SUITE 1700
LOS ANGELES, CA 90024
FBI

Customer Number

Agent

*TICKET PURCHASE WITH CA.......2682*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
***********************************

FEES TOTALING 6.49PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD6.49PP-AIR/AMTRAK DOMESTIC, ONLINE
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO AN INDIVIDUALLY BILLED ACCOUNT.

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| LAWRENCE STEPHEN | 1128726/0377234408750/07JUN13 | USD 351.63 | 26.37US | 7.80ZP | 14.00XT | 399.80 |
| | | | | | **Total Amount** | **399.80** |

Form of Payment:

**GENERAL INFORMATION**
...........SEE BELOW FOR REFUND INFO..........

TICKET NUMBER 7234408750 HAS BEEN PROCESSED FOR A REFUND
ON 12JUN IN THE AMOUNT OF 139.90
REFUNDS MAY TAKE UP TO 1-2 BILLING CYCLES TO APPEAR ON
YOUR CHARGE CARD STATEMENT DEPENDING UPON YOUR BILLING
CYCLE.  THIS STATEMENT CAN BE USED AS PROOF OF REFUND
***************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
****************CWTSATOTRAVEL.COM*******************
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
***************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 800-696-7286 MON-FRI 700A-700P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-800-696-7286 AND PRESS OPTION 1
.....................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3362 **************
.....................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.....................................................
TRANSACTION FEES ARE NONREFUNDABLE
.....................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO SATOTRAVEL
CONTACT SATOTRAVEL TO REFUND ELECTRONIC TICKETS
.....................................................
GOVERNMENT ISSUED ID IS REQUIRED
.....................................................
.....................................................

AIRFARE        $399.80

REFUND        <139.80>

NET           $260.00

TO VIEW ITINERARIES ONLINE PLEASE GO TO
.............*** WWW.VIRTUALLYTHERE.COM ***.............
ADD YOUR SABRE RESERVATION CODE, NAME AND EMAIL IN
THE APPROPRIATE BOXES AND ENTER.
.....................................................
-----------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGÉ ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-----------------------------------------------



← $7.00 (CASH)

## BW PLUS INDEPENDENCE PARK HOTEL

235 Chestnut Street
Philadelphia, PA   19106

**(215) 922-4443**
Stay@IndependenceParkInn.com
www.IndependenceParkHotel.com

C/O 06/11/2013 08:39 AM CG

| | |
|---|---|
| Room # | 104-A |

| | |
|---|---|
| Conf # | 982536191-01 |
| Arrival | 06/10/13 |
| Departure | 06/11/13 |

**Registered To:**
Lawerence, Stephen
FEDROOMS

| | |
|---|---|
| Room Type | HQ-QUEEN |
| Guests | 1 / 0 |

| | |
|---|---|
| Payment | |
| Acct | |

(210) 283-6241

| Posting | Oper | AcctCo | Description | From | Reference | Amount |
|---------|------|--------|-------------|------|-----------|--------|
| 06/10/13 | kennet | RM | ROOM CHARGE | | | $137.00 |
| 06/10/13 | kennet | OT | OCCUPANCY TAX | | | $11.23 |
| 06/10/13 | kennet | ST | SALES TAX | | | $9.59 |
| 06/11/13 | CG | VS | PAYMENT VISA/MC | | | $146.59- |
| 06/11/13 | CG | OTR | Occupancy Tax Refund | | | $11.23- |

| | |
|---|---|
| **Balance Due** | **$0.00** |

If you would like to cancel or shorten your stay without a charge, you must do so by 4PM (EST), 24 hours prior to the day of the arrival or new departure date.

We thank you so much for choosing to stay with us!

Each Best Western hotel is independently owned and operated.

_____
Signature

Sheraton Suites Philadelphia Airport
4101 Island Avenue
Philadelphia, PA 19153
2153656600
http://www.starwood.com/



**Sheraton**
HOTELS & RESORTS

| Lawrence, Stephen | Page Number | 1 | Invoice Nbr | 1000135255 |
| Fed Rooms/managed Government | Guest Number | 1124980 | Arrive Date | 06-11-2013 |
| 11000 WILSHIRE BLVD STE 1700 | Folio ID | A | Depart Date | 06-12-2013 |
| LOS ANGELES, CA 90024-3602 | No. Of Guest | 1 | | |
| | Room Number | 226 | | |
| | Club Account | ▮▮▮▮▮▮ | | |
| | Time | 06-12-2013 08:05 | | |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 06-11-2013 | RT226 | Room Charge | $137.00 | |
| 06-11-2013 | 1632 | Relish | $23.44 | |
| 06-12-2013 | 1696 | Relish | $3.00 | |
| 06-12-2013 | MC | Master Card | | $-163.44 |
| | | ** Total | $163.44 | $-163.44 |
| | | ** Balance | $0.00 | |

***For Authorization Purpose Only***
LAWRENCE

| Date | Credit Card | Code | Authorized |
|------|-------------|------|-----------|
| 06-10-2013 | ▮▮▮▮▮ | ▮▮▮▮ | 513.75 |

0.00
0.00
0.00
0.00
0.00

Continued on the next page

```
        ALL CITY
     215 467-6666


     CREDIT RECEIPT

DRIVER: 00109810
CAB  #:    P0496
06/11/13 18:11-18:29
RATE #: 2
AIRPORT RATE
Miles R2: 9.35
TRIP #:       3871
FARE  : $28.50
FUEL SUR: $1.00
TIPS  :  $4.50
Total :  $34.00
CARDNUMBER: [REDACTED]
AUTHOR.: ST-FWD


    PPA Complaints
    215 683-9440
```

```
  --COPY--
   FREEDOM TAXI
   215-222-9999
 CAB # 0708
   HACK:     102560
   MERCHANT COPY
   06/12/13 TR  61
   START  END MILES
   08:39 08:39  0.0
   AIRPORT FARE
   RATE 2:$  28.50
   EXTRA: $   0.00
   TOLL:  $   0.00
   SRCH:  $   0.00
   FUEL:  $   1.00
   TIP:   $   7.50
   TOTAL: $  37.00


   CARD:   [REDACTED]
   AUTH:   003360


   X_____

    PPA COMPLAINTS
    215-683-9440
```

```
   MARKET EAST TICKET OFFICE
10TH AND MARKET STREET, GALLERY
     PHILADELPHIA, PA 19107
       (215) 580-7897

        Sale
Merchant ID: 542929801871104

Term ID: LK109210

06/12/13               12:10:33
Batch#: 000728    Inv #: 000009
Clerk ID: 4
Ticket: 390854

[REDACTED]         Entry Method: S


Seq.#: 0009    Appr Code: 013716
Total:$           6.25

    APPROVED


     Customer Copy

     THANK YOU!
```

```
       LAX AIRPORT LOT C
         1 WORLD WAY
   LOS ANGELES, CA. 90045-5803
        310-646-2911

Merchant ID: 0014672516
Term ID: 00319400008014672516005
        Sale

[REDACTED]         Entry Method: Swiped

Total:            $      36.00

06/12/13               17:29:14
Inv #: 005688     Appr Code: 07457D
Apprvd: Online

       Customer Copy

        THANK YOU!
    ALL SALES ARE FINAL
```

Carlson
Wagonlit   SatoTravel.
Travel

Your Itinerary

| **Trip on Jun 12, 2013** | | Locator: **ZCDMCT** | Date: **Jun 11, 2013** |

Traveler          **STEPHEN LAWRENCE**

ATTN-STEPHEN LAWRENCE
11000 WILSHIRE BOULEVARD SUITE 1700
LOS ANGELES, CA 90024
FBI

Customer Number   Q31294J

Agent             60

---

*TICKET PURCHASE WITH
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
****************************************

FEES TOTALING 31.49PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD31.49PP-AIR/AMTRAK DOMESTIC, TRADITIONAL
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO AN INDIVIDUALLY BILLED ACCOUNT.

---

## Wednesday, June 12, 2013

Confirmation **BGJP3M**

 **Flight US AIRWAYS 1405**

DEPARTURE                                     ARRIVAL
**PHILADELPHIA,PA**                           **LOS ANGELES,CA**
**2:00 PM, Jun 12, 2013**                     **4:35 PM, Jun 12, 2013**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - W |
| Duration | 05:35 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | Food For Purchase |
| Reserved Seats | 34A |
| Notes | DEP-TERMINAL B |
| | ARR-TERMINAL 1 |

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| LAWRENCE STEPHEN | 1129646/037284351806/11JUN13 | USD 231.63 | 17.37US | 3.90ZP | 7.00XT | 259.90 |
| | | | | **Total Amount** | | **259.90** |

Form of Payment:

## GENERAL INFORMATION
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
****************CWTSATOTRAVEL.COM*********************
........................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
........................................................
TRANSACTION FEES ARE NONREFUNDABLE
........................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
........................................................
GOVERNMENT ISSUED ID IS REQUIRED
........................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM

PLEASE GO TO WWW.TSA.GOV
...................................................... .
......................................................
     TO VIEW ITINERARIES ONLINE PLEASE GO TO
.............*** WWW.VIRTUALLYTHERE.COM ***.............
  ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
    THE APPROPRIATE BOXES AND ENTER.
......................................................
......................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
......................................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 800-696-7286 MON-FRI 700A-700P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-800-696-7286 AND PRESS OPTION 1
......................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3362 **************
-----------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-----------------------------------------------
.
***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

## INVOICE
## DANIEL LINZ, PH.D.

April 23, 2013

To: Hector Bladuell c/o Michael Murray
From: Daniel Linz

RE: Deposition, FREE SPEECH COALITION, INC. et al., Plaintiffs, v.
THE HONORABLE ERIC H. HOLDER, JR., Attorney General,
Defendant.

This memo will serve as my bill for the deposition taken on April 18, 2013. I was
deposed for 5 hours. My travel time included a total of 4 hours. My fee is $350.00
per hour. Please remit $3,150.00.

$ 1,750

Thank You

Daniel Linz

Tax Payer ID

Telephone

Pay $1,750.00

## INVOICE
## DANIEL LINZ, PH.D.

April 23, 2013

To: Hector Bladuell c/o Michael Murray
From: Daniel Linz

RE: Deposition, FREE SPEECH COALITION, INC. et al., Plaintiffs, v.
THE HONORABLE ERIC H. HOLDER, JR., Attorney General,
Defendant.

This memo will serve as my bill for the deposition taken on April 18, 2013.  I was
deposed for 5 hours.  My travel time included a total of 4 hours. My fee is $350.00
per hour. Please remit $3,150.00.

$ 113.68

Thank You

Daniel Linz

Pay   $113.68   for
mileage   per   contract # 3W - CIV02-
0635

Tax Payer ID

Telephone

9/1/13  G.B/M

 **Philip Stark** ███████████████████

# Your US Airways flight
1 message

**reservations@email-usairways.com** <reservations@email-usairways.com>     Sat, May 25, 2013 at 4:23 PM
To: ███████████████



## Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Philip Bradford Stark | ████████ | 03723150484152 | |

Trip details      Download to Outlook

**Depart:**  **San Francisco, CA  (SFO)**  **Philadelphia, PA  (PHL)**

**Date:** Thursday, June 13, 2013

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 658  | 10:55 AM SFO | 07:12 PM PHL | 5h 17m | Lunch | A320 | First | 2C |

- Flight # 658 : Business class not available. You will be seated in First Class.

**Return:**  **Philadelphia, PA  (PHL)**  **San Francisco, CA  (SFO)**

**Date:** Friday, June 14, 2013

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 667  | 08:35 PM PHL | 11:31 PM SFO | 5h 56m | Dinner | A320 | First | 2C |

- Flight # 667 : Business class not available. You will be seated in First Class.

   US Airways





**Total travel cost (1 passengers)**

| | |
|---|---|
| 1 Adult | $1,096.74 USD |
| Taxes and fees | $104.06 USD |

**Fare total**        **$1,200.80 USD**

**Total**             **$1,200.80 USD**

**Helpful links**

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Inflight internet

Seated in an exit row? Read about checking in.

↳ Charged to Philip B Stark


---

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | Carry-on bag | Personal item |
|---|---|---|
| All flights | $0 | $0 |

| Checked bags (each way/per person)* | 1st bag | 2nd bag |
|---|---|---|
| U.S. / Canada / Latin America / Caribbean / Bermuda / South America (except Brazil) | $25 | $35 |
| Transatlantic | $0 | $100 |
| Transpacific / Brazil (except Hawaii) | $0 | $0 |

*Carry-ons can be up to 40 lbs and up to 45 inches and a personal item is a handbag, briefcase or laptop bag.
**1st & 2nd checked bags can be up to 50 lbs and 62 inches except Brazil where you're allowed up to 70 lbs. Europe fees apply for travel to/from Asia through Europe. Baggage fees are non-refundable.

**1st, 2nd and 3rd checked bag fees waived**
- Gold, Platinum and Chairman's Preferred members
- Star Alliance Gold status members

**1st and 2nd checked bag fees waived**
- (Overweight / oversize fees still apply)
- Confirmed First Class and Envoy passengers
- Active U.S. military with ID on personal travel
- Active U.S. military with ID and dependents traveling with them on orders
- Unaccompanied minors (with US Airways unaccompanied minor paid assistance)

**1st checked bag fees waived**
- (Overweight / oversize fees still apply)
- Silver Preferred members
- Star Alliance Silver status members

**Other guidelines:**
- Overweight/oversize fees and fees for 3 or more bags apply. Read all baggage policies.
- If you're traveling with an infant, the child is allowed 1 fully collapsible stroller or 1 child restraint device or car seat (no charge). If you're traveling internationally with an infant in lap, your child is also allowed 1 checked bag (checked bag fees apply - max 62 in/157 cm and 50 lbs/23 kg).
- If one or more of your flights is on a partner airline, please check with the other airline for information on optional fees.

---



## Terms & conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- You must contact US Airways on or before your scheduled departure to cancel any or all of your flights. If you don't, your entire itinerary will be cancelled and there may be no remaining value to use toward another ticket.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Read more about all US Airways taxes and fees.
- You have 24 hours to cancel your reservation for a full refund. Please call 800-428-4322 or 800-245-2966 (TTY).
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format. Air transportation on a partner airline is subject to that carrier's Contract of Carriage.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.



US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281

We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.

ɔe 1 of 1

Monaco Philadelphia
433 Chestnut Street
Philadelphia, PA 19106
D: 215.925.2111
F: 215.625.3667
R: 800.KIMPTON
www.monaco-philadelphia.com



A KIMPTON® HOTEL

Swinton, Nathan
Department of Justice
20 Massachusetts Avenue NW
Washington, DC 20001 US

**Room Number:** 1018
**Daily Rate:** 137.00
**Room Type:** KSPA
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 06/16/13 | 06/17/13 | ████████ | GFD | IDSN | ████████ |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 06/16/13 | 1018 | ROOM CHARGE | #1018 Swinton, Nathan | $137.00 |
| 06/16/13 | 1018 | TAX ROOM CITY | TAX ROOM CITY | $11.23 |
| 06/16/13 | 1018 | TAX ROOM STATE | TAX ROOM STATE | $9.59 |
| 06/17/13 | 1018 | VISA | VISA | ($157.82) |

**TOTAL DUE:**          $0.00

KIMPTON® hotels & restaurants          800.KIMPTON • KIMPTONHOTELS.COM

KWMs

JUN 24 2013



Janis Wolak * Senior Researcher * Crimes against Children
Research Center * University of New Hampshire * 10 West Edge Drive* Durham, NH 03824 * phone 603-862-4691* <mailto:janis.wolak@unh.edu> * http://www.unh.edu/ccrc

June 24, 2013
INVOICE, Janis Wolak, Expert testimony, FSC vs. Holder

| Date | # hours | Task |
|------|---------|------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| 6/10/2013 | 10.25 | Travel, |
| 6/11/2013 | 8.5 | Testimony, travel |
| TOTAL HOURS |  |  |

| Date | Expense | |
|------|---------|---|
| 6/11/2013 | 157.82 | Club Quarters, hotel |
| 5/28/2013 | 252.80 | US Airways, travel June 12 & June 14 |
| 6/6/2013 | 275.00 | US Airways, change travel to June 10 & 11 |
| 6/11/2013 | 75.00 | US Airways, change to earlier flight |
| 6/10/2013 | 29.50 | Taxi from PHL to hotel |
| 6/11/2013 | 35.40 | Taxi from hotel to PHL |
| 6/11/2013 | 24.00 | Bus from Logan Airport to Portsmouth NH |
| 6/11/2013 | 23.00 | Taxi from bus station to home |
| 6/10/2013 | 6.40 | Lunch |
| 6/10/2013 | 6.50 | Dinner |
| TOTAL EXPENSES | $885.42 | |
|  |  |  |
|  |  |  |

Please let me know if you need bank information. Receipts are attached.

Services Rendered

James Schwartz

Tholek

1

# CLUB QUARTERS

28 Chestnut Street At 17th Street, Philadelphia, PA 19103 ? (215) 282-5000 ? Fax:(215) 282-500

## Other Club Quarters

| New York, Midtown Off 5th Avenue | New York, opposite Rockefeller Center | New York, Downtown Off Wall Street | Boston Near Faneuil Hall | Washington DC Near The White House | Chicago, Wacker at Michigan Off Michigan Ave | Chicago, Central Loop Near La Salle Street | Houston Off Rusk and Main Sts |
|---|---|---|---|---|---|---|---|
| San Francisco Across from Embarcadero Ctr | | London, Gracechurch Near The Bank of England | | London, St. Paul's Adjacent to St. Paul's Cathedral | | London, Trafalgar Square Off Trafalgar Square | |

FOR RESERVATIONS: us (203) 905-2100 ? UK 44 (0) 20-7451-5800 ? memberservices@clubquarters.com ? www.clubquarters com

| ROOM | NAME | | FOLIO NO | ARRIVAL | TIME |
|---|---|---|---|---|---|
| 805 | Wolak, Janis | | 31538R | 06/10/13 | 14:48 |

| MEMBER | | | CREDIT CARD | DEPARTURE | TIME |
|---|---|---|---|---|---|
| | | | | 06/11/13 | 08:11 |

| DATE | | DESCRIPTION | | CHARGES | PAYMENTS |
|---|---|---|---|---|---|
| 06/10/13 | -- | ROOM CHARGE | | 137.00 | 0.00 |
| 06/10/13 | -- | CITY OCCUPANCY TAX | | 11.23 | 0.00 |
| 06/10/13 | -- | STATE OCCUPANCY TAX | | 8.22 | 0.00 |
| 06/10/13 | -- | HOTEL OCCUPANCY TAX | | 1.37 | 0.00 |
| 06/11/13 | SY | | | 0.00 | 157.82 |

|  | Subtotals | $157.82 | $157.82 |
|---|---|---|---|
|  | BALANCE DUE | $0.00 | |

PAID IN FULL, THANK YOU

*We invite you to stay with us again and experience our warm hospitality*

**Wolak, Janis**

| | |
|---|---|
| **From:** | reservations@email-usairways.com |
| **Sent:** | Tuesday, May 28, 2013 11:27 AM |
| **To:** | Wolak, Janis |
| **Subject:** | Your US Airways flight |

### Need a car?

Get your wheels in Philadelphia, PA
Reserve your car now and earn Dividend Miles with Alamo and National.

## Confirmation code:   GGPWNQ

Date issued:  Tuesday, May 28, 2013

Scan at any US Airways kiosk to check in

### Hotels in Philadelphia, PA

Get a room in Philadelphia, PA
You're sure to get the best rates here.

### Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Janis Wolak | | 03723152905684 | |

1

Trip details   ⬜Download to Outlook

Depart:  Boston, MA (BOS) ⬜x⬜ Philadelphia, PA (PHL)
Date: Wednesday, June 12, 2013

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| ⬜x⬜ 1727 | 12:30 PM BOS | 01:55 PM PHL | 1h 25m | | E190 | Coach | 18F |

Return:  Philadelphia, PA (PHL) ⬜x⬜ Boston, MA (BOS)
Date: Friday, June 14, 2013

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| ⬜x⬜ 1888 | 07:15 PM PHL | 08:45 PM BOS | 1h 30m | | E190 | Coach | 19F |

⬜x⬜ US Airways

⬜x⬜ Wi-Fi on board ($)
Provided by Gogo™ Inflight Internet

⬜x⬜

⬜x⬜

Total travel cost (1 passengers)

| | |
|---|---|
| 1 Adult | $214.88 USD |
| Taxes and fees | $37.92 USD |
| Fare total | $252.80 USD |
| Total | $252.80 USD |

Helpful links

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Inflight internet

Seated in an exit row? Read about checking in.

⬜ Charged to Janis K Wolak
(MasterCard)
Estimated Dividend Miles earned per

2

# ☰ US AIRWAYS

🖨 Print                                                                                          Close

**You're confirmed**
Original date issued: Tuesday, May 28, 2013

✉ US Airways confirmation code: **GGPWNQ**



Scan at any US Airways kiosk to check in.

## Trip details

**Depart:  Boston, MA  –  Philadelphia, PA**                              Status: Active

**Date: Monday, June 10, 2013**

| Flight # / Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 1483 | 11:30 AM BOS | 12:59 PM PHL | 1h29m | | A319 | Coach (T) | 18F |

**Return:  Philadelphia, PA  –  Boston, MA**                              Status: Active

**Date: Tuesday, June 11, 2013**

| Flight # / Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 1888 | 7:15 PM PHL | 8:45 PM BOS | 1h30m | | E190 | Coach (S) | 22F |

✉ US Airways                        📶 **Wi-Fi on board ($)**
Provided by Gogo™ Inflight Internet

## Passengers

| Passenger name | Frequent flyer # (Airline) | Ticket # | Special needs |
|---|---|---|---|
| Janis Wolak | None listed | 0372316442055 | |

Day of departure phone:  603-285-5841                    Email for receipt:  janis.wolak@unh.edu

## Bags

Pay for your checked bags when you check in online or at the airport! Read more about bags.

| Carry ons* | | Carry-on bag | Personal item |
|---|---|---|---|
| All flights | | $0 | $0 |
| **Checked bags (each way/per person)**** | | 1st bag | 2nd bag |
| U.S. / Canada / Latin America / Caribbean / Bermuda / South America (except Brazil) | | $25 | $35 |
| Transatlantic | | $0 | $100 |
| Transpacific / Brazil (except Hawaii) | | $0 | $0 |

*Carry-ons can be up to 40 lbs and up to 45 inches and a personal item is a handbag, briefcase or laptop bag.
**1st & 2nd checked bags can be up to 50 lbs and 62 inches except Brazil where you're allowed up to 70 lbs. Europe fees apply for travel to/from Asia through Europe. Baggage fees are non-refundable.

**1st, 2nd and 3rd checked bag fees waived**

• Gold, Platinum and Chairman's Preferred members
• Star Alliance Gold status members

**1st and 2nd checked bag fees waived**

• (Overweight / oversize fees still apply)
• Confirmed First Class and Envoy passengers

- Active U.S. military with ID on personal travel
- Active U.S. military with ID and dependents traveling with them on orders
- Unaccompanied minors (with US Airways unaccompanied minor paid assistance)

**1st checked bag fees waived**

- (Overweight / oversize fees still apply)
- Silver Preferred members
- Star Alliance Silver status members

**Other guidelines:**

- Overweight/oversize fees and fees for 3 or more bags apply. Read all baggage policies.
- If you're traveling with an infant, the child is allowed 1 fully collapsible stroller or 1 child restraint device or car seat (no charge). If you're traveling internationally with an infant in lap, your child is also allowed 1 checked bag (checked bag fees apply - max 62 in/157 cm and 50 lbs/23 kg).
- If one or more of your flights is on a partner airline, please check with the other airline for information on optional fees.

## Cost summary

Total travel cost (1 passenger)

| New ticket (Non-refundable) | Adult |
|---|---|
| BOS to PHL (TXA3NA2) | $133.02 |
| PHL to BOS (SXA3NA2) | $151.63 |
| Taxes and fees | $43.15 |
| Subtotal | $327.80 |
| Number of passengers | x 1 |
| Total by passenger type | $327.80 |
| Total fare (All passengers) | $327.80 |
| Credit for old ticket (Non-refundable) | ($252.80) |
| Change fee ($200.00 x 1 passenger) | $200.00 |
| ↳ $275.00 Charged to Jack K Wolak | You paid  $275.00 |

## Terms and conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- You must contact US Airways on or before your scheduled departure to cancel any or all of your flights. If you don't, your entire itinerary will be canceled and there may be no remaining value to use toward another ticket.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Read more about all US Airways taxes and fees.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format. Air transportation on a partner airline is subject to that carrier's Contract of Carriage.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.

**RECEIPT**

No. 214399

DATE 6-11-13

FROM

$83.00

Twenty Three DOLLARS

FOR RENT

FOR

| | |
|---|---|
| ACCT. | |
| PAID | |
| DUE | |

CASH (checked)
CHECK
MONEY ORDER
CREDIT CARD

ANCHOR TAXI
(603) 436-1888
CASH RECEIPT

FROM

TO

BY

A-2501
T-46620

C & J
[illegible], NH
(800)258-7111

[illegible]

ONE WAY ADULT — AMOUNT 24.00

SUBTOTAL 24.00
LESS PAYMENT 0.00
TOTAL 24.00

06/11/2013 10:24
CUSTOMER COPY

THANK YOU FOR
TRAVELING
WITH C & J !

QUAKER CITY CAB
215-726-6000
CAB # 1041
HACK: 104265
06/10/13 TR 799
START END MILES
02:26 02:43 0.0
REGULAR FARE
RATE 1:$ 28.50
EXTRA: $ 1.00
TOLL: $ 0.00
SRCH: $ 0.00
FUEL: $ 0.00
TOTAL: $ 29.50

THANKS

PPA COMPLAINTS
215-683-9440

ALL CITY TAXI
215 467-6666

CREDIT RECEIPT

DRIVER: 00111493
CAB #: P0785
06/11/13 13:42-13:59
RATE #: 2
AIRPORT RATE
Miles R2: 11.20
TRIP #: 4508
FARE : $28.50
FUEL SUR: $1.00
TIPS : $5.90
Total : $35.40
CARDNUMBER: [redacted]
AUTHOR.: 011182

PPA Complaints
215 683-9440

Au Bon Pain
STORE #000226
Logan International Airport
Boston MA 02128
ffice Catering Specialists 800-765-4227

QUESTIONS - CONCERNS?
Call us at 1 800 TALK ABP
Visit us at our website:
http://WWW.AUBONPAIN.COM

Ticket #114800
013-06-10          10:43 AM

000226 1 98 114800

- Tuna Sal                    5.99
  White Sliced

0 Gu                          5.99
ax                             .41
mount Due                    $6.40

REDIT                        $6.40
hange                         $.00

ABP GUEST CONNECTION
SWEEPSTAKES

Complete the guest survey:
YOU COULD WIN $2,000

Visit:
www.abpsurvey.com

.ll completed entries must be received
y last day of month to be included in
onthly drawing.
weepstakes open to legal US residents
8 years and older.
BP employees and immediate family
ot eligible.
o purchase necessary.
oid where prohibited.
or complete rules visit abpsurvey.com

---

Zaffron Mediterranean Grill
and Hummus Bar
Food Court at the Shops at Lib
1625 Chestnut Street
Philadelphia, PA 19103
1.855.ZAFFRON
www.zaffronusa.com
Thank You for Visiting

TABLE: Susan Lee #4B - 1 Gue:
Your Server was Susan Lee
6/10/2013 6:19:04 PM
Sequence #: 0000133
ID #: 0158189

ITEM                          QT\

#5 Falafel Wrap                  1

        Subtotal
        Total Taxes

        Grand Total
        This Payment
        Tendered:
        Change Due:
        Paid by

        Please Come Back!

# INVOICE

Marc Zimmerman, Ph.D.

**JULY 2, 2013**

**To:** Berkman, Gordon, Murray & DeVan
55 Public Square Ste. 2200
Cleveland, Ohio 44113

**For:** Expertise Witness Services

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition (April 29, 2013) | $1,000.00 |
| TOTAL | $1000.00 |