Case: 13-3681 Document: 003112319359 Page: 1 Date Filed: 06/08/2016
Case 2:09-cv-04607-MMB Document 237 Filed 08/11/16 Page 1 of 2



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 13-3681

FREE SPEECH COALITION, INC.; AMERICAN SOCIETY OF
MEDIA PHOTOGRAPHERS, INC.; THOMAS HYMES; TOWNSEND
ENTERPRISES, INC., d/b/a SINCLAIR INSTITUTE;
BARBARA ALPER; CAROL QUEEN; BARBARA NITKE;
DAVID STEINBERG; MARIE L. LEVINE, a/k/a NINA HARTLEY; DAVE
LEVINGSTON; BETTY DODSON; CARLIN ROSS,
                                          Appellants

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-09-cv-04607
District Judge: The Honorable Michael M. Baylson

Argued December 9, 2015

Before: SMITH, SCIRICA, and RENDELL, *Circuit Judges*

JUDGMENT

This cause came on to be considered on the record from the United States

District Court for the Eastern District of Pennsylvania and was argued on December 9, 2015. On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered July 18, 2013, be and the same is hereby VACATED and REMANDED. All of the above in accordance with the opinion of this Court.

Attest:

s/Marcia M. Waldron
Clerk

DATED: June 8, 2016