IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITON, INC. et al. | CIVIL ACTION |
|---|---|
| v. | NO. 09-4607 |
| ELECTRIC FRONTIER FOUNDATION, et al. | DATE OF NOTICE: December 5, 2016 |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re status will be held on **Wednesday, December 14, 2016 at 10:30 a.m**. with the Honorable Michael M. Baylson.

Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

/s/ Lori K. DiSanti

_____

Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

cc: All Counsel via CM/ECF email notification

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607 telecon notice.doc