

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITION, INC., et al | CIVIL ACTION |
|---|---|
| v. | |
| HON. ERIC H. HOLDER, JR. | NO. 09-4607 |

FILED
DEC 14 2016
LUCY V. CHIN, Interim Clerk
_____ Dep. Clerk

### ORDER

**AND NOW**, this 14th day of December, 2016, following remand from the 3rd Circuit, the Court held a recorded phone conference with counsel on December 14, 2016 as a result of which the following is agreed:

1. Plaintiffs' will file a proposed form of Judgement order on the Fourth Amendment issues by December 31, 2016. By January 6, 2017, counsel will submit either an agreed upon Judgment or two proposed forms of judgment.

2. On the remaining issues in the case, the parties will file cross motions, without legal memorandum on January 23, 2017. The Court will have a recorded telephone conference on Wednesday, January 25, 2017 at 10:00 am to discuss briefing schedules on the pending motions, and a date for oral argument.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607 Order.docx - .docx