# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) JUDGE MICHAEL M. BAYLSON |
| v. | ) |
| | ) ~~PROPOSED~~ FORM OF JUDGMENT |
| THE HONORABLE LORETTA E. LYNCH, Attorney General, | ) |
| Defendant. | ) |

## JUDGMENT

In accord with the June 8, 2016 opinion of the Third Circuit Court of Appeals, *Free Speech Coalition, Inc. v. Attorney General of United States of America*, 825 F.3d 149 (3rd Cir. 2016), the Court hereby declares that 18 U.S.C. § 2257(f)(5), 18 U.S.C. § 2257A(f)(5), as well as the portions of 18 U.S.C. § 2257(c) and 18 U.S.C. § 2257A(c) that require recordkeepers to "make such records available to the Attorney General for inspection at all reasonable times," and 28 C.F.R. § 75.5 are facially unconstitutional under the Fourth Amendment. The Court enters judgment in FAVOR of Plaintiffs and AGAINST the government as to this issue.

BY THE COURT:

January 6, 2017

MICHAEL M. BAYLSON, U.S.D.J