# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) [proposed] ORDER |
| THE HONORABLE SALLY YATES, Acting Attorney General, | ) |
| Defendant. | ) |

Upon consideration of Defendant's Motion for Entry of Judgment and Conclusions of Law in Support Thereof, the opposition thereto, and the entire record herein, Defendant's Motion is hereby GRANTED. It is further ORDERED that judgment is hereby entered in favor of Defendant, and against Plaintiffs, with respect to Plaintiffs' First Amendment claims.

_____
The Honorable Michael M. Baylson
United States District Judge