# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **FREE SPEECH COALITION, INC., et al**<br><br>v.<br><br>**HON. ERIC H. HOLDER, JR.** | **CIVIL ACTION**<br><br>**NO. 09-4607** |
|---|---|

## SCHEDULING ORDER

**AND NOW**, this 25th day of January, 2017, following an unrecorded telephone conference with counsel this date, the following briefing schedule will apply to the cross-motions filed by counsel (ECF 243, 244):

1. Plaintiff's opening brief will be filed by February 24, 2017.

2. Defendant's response brief will be filed by March 27, 2017.

3. Plaintiff's reply brief will be filed by April 17, 2017.

The Court will schedule oral argument.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607 Scheduling Order 01252017.docx