# The National Strategy for Child Exploitation Prevention and Interdiction



A REPORT TO CONGRESS - APRIL 2016



U.S. Department of Justice

Appendix A: Prosecution Accomplishments Summary

## All PROJECT SAFE CHILDHOOD STATUTES

| Statute* | FY 2011 | | | FY 2012 | | |
|---|---|---|---|---|---|---|
| | Cases Filed | Defendants Filed | Defendants Guilty | Cases Filed | Defendants Filed | Defendants Guilty |
| 1466A - Obscene visual representation of the sexual abuse of children | 3 | 3 | 7 | 1 | 1 | 3 |
| 1470 - Transfer of obscene material to minors | 51 | 51 | 55 | 42 | 42 | 47 |
| 1591 - Sex trafficking | 86 | 151 | 83 | 99 | 148 | 96 |
| 2241 - Aggravated Sexual Abuse | 140 | 141 | 83 | 135 | 143 | 100 |
| 2242 - Sexual Abuse | 62 | 63 | 42 | 55 | 59 | 45 |
| 2243 - Sexual Abuse of a Minor or Ward | 74 | 74 | 61 | 70 | 70 | 61 |
| 2244 - Abusive Sexual Contact | 97 | 97 | 80 | 87 | 87 | 97 |
| 2245 - 1591, 2241-44, 2251, 2251A, 2260, 2421-23, or 2425 resulting in death | - | - | 1 | 1 | 1 | - |
| 2250 - Failure to Register under the Sex Offender Registration and    Notification Act | 631 | 631 | 381 | 581 | 581 | 590 |
| 2251 - Sexual Exploitation of Children for the purpose of production/live-streaming of child pornography, and advertising) | 324 | 418 | 302 | 373 | 392 | 366 |
| 2251A - Selling or Buying of Children | 4 | 4 | 1 | 3 | 3 | 3 |
| 2252 - Child Pornography Offenses - transportation, receipt, distribution, sale, possession, accesses with intent to view | 1,559 | 1,652 | 1,408 | 1,389 | 1,416 | 1,490 |
| 2252A - Child Pornography Offenses - transportation, receipt, distribution, sale, possession, accesses with intent to view, advertisement | 541 | 546 | 527 | 494 | 497 | 538 |
| 2252B - Misleading Domain Names on the Internet | - | - | 1 | - | - | - |
| 2252C - Misleading Words or Digital Images on the Internet | - | - | - | - | - | - |
| 2257 - Record Keeping Requirements | - | - | 1 | - | - | 2 |
| 2257A - Record Keeping Requirements | - | - | - | - | - | - |
| 2258 - Failure to Report Child Abuse | - | - | - | - | - | - |
| 2260 - Production of Sexually Explicit Depictions of a Minor for Importation Into the United States | 8 | 8 | 10 | 10 | 10 | 8 |
| 2260A - Penalties for Registered Sex Offenders | 9 | 9 | 6 | 6 | 6 | 6 |
| 2421 - Transportation for Illegal Sexual Activity | 43 | 77 | 48 | 41 | 56 | 65 |
| 2422 - Coercion and Enticement | 212 | 226 | 197 | 240 | 262 | 213 |
| 2423 - Transportation of Minors/Travel with Intent to Engage in Criminal/Illicit Sexual Activity | 108 | 118 | 133 | 136 | 150 | 107 |
| 2424 - Filing Factual Statement about Alien Individual | 5 | 23 | - | 2 | 3 | 12 |
| 2425 - Use of Interstate Facilities to Transmit Information About a Minor | 7 | 8 | 8 | 1 | 1 | 4 |
| **Totals** | **3,964** | **4,300** | **3,435** | **3,766** | **3,928** | **3,853** |

 * Caseload data extracted from the United States Attorneys' Case Management System.  Data limitations for certain of these offenses did not permit subsetting statutes pertaining only to child victims.  Thus, the numbers may over represent the offenses that involve a minor victim.

## All PROJECT SAFE CHILDHOOD STATUTES

| FY 2013 | | | FY 2014 | | | FY 2015 | | |
|---|---|---|---|---|---|---|---|---|
| Cases Filed | Defendants Filed | Defendants Guilty | Cases Filed | Defendants Filed | Defendants Guilty | Cases Filed | Defendants Filed | Defendants Guilty |
| 1 | 1 | 1 | 7 | 7 | 1 | 2 | 2 | 4 |
| 44 | 44 | 49 | 37 | 37 | 42 | 67 | 67 | 51 |
| 143 | 203 | 126 | 205 | 293 | 174 | 185 | 268 | 195 |
| 155 | 158 | 106 | 130 | 131 | 101 | 147 | 147 | 94 |
| 48 | 50 | 45 | 41 | 42 | 43 | 34 | 35 | 38 |
| 75 | 77 | 57 | 63 | 63 | 70 | 50 | 50 | 57 |
| 131 | 133 | 90 | 91 | 93 | 111 | 96 | 96 | 100 |
| - | - | - | 1 | 1 | - | - | - | 1 |
| 612 | 612 | 582 | 488 | 488 | 525 | 518 | 518 | 477 |
| 467 | 500 | 382 | 483 | 528 | 412 | 490 | 532 | 488 |
| 2 | 2 | 2 | 6 | 7 | 2 | 9 | 9 | 6 |
| 1,584 | 1,620 | 1,413 | 1,491 | 1,520 | 1,471 | 1,435 | 1,460 | 1,456 |
| 593 | 597 | 506 | 468 | 475 | 528 | 624 | 634 | 493 |
| 1 | 1 | - | - | - | 1 | - | - | 1 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 1 | 2 | - | 1 | 6 | 2 | - | - | - |
| 11 | 11 | 7 | 22 | 23 | 9 | 21 | 21 | 21 |
| 10 | 10 | 9 | 11 | 11 | 10 | 7 | 7 | 9 |
| 50 | 71 | 67 | 64 | 84 | 66 | 65 | 100 | 76 |
| 268 | 280 | 241 | 275 | 291 | 282 | 293 | 313 | 254 |
| 155 | 175 | 138 | 173 | 203 | 153 | 162 | 193 | 153 |
| 1 | 1 | 5 | 2 | 3 | 2 | 2 | 2 | 6 |
| 4 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | 3 |
| **4,356** | **4,552** | **3,830** | **4,063** | **4,310** | **4,010** | **4,211** | **4,458** | **3,983** |

111