IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) |
| JEFFERSON B. SESSIONS, III, Attorney General, | ) [proposed] ORDER |
| Defendant. | ) |

Upon consideration of Defendant's Consent Motion to Amend Scheduling Order, and for good cause shown, the Court hereby GRANTS Defendant's motion and ORDERS that the schedule set forth in the Scheduling Order of January 25, 2017 be amended as follows:

1. Defendant's response brief will be filed by May 12, 2017.
2. Plaintiffs' reply brief will be filed by June 2, 2017.

IT IS SO ORDERED.

3/17/17

BY THE COURT:

/s/ Michael M. Baylson
The Honorable Michael M. Baylson
United States District Judge