# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | ) CASE NO. 2:09-4607 |
| | ) |
| Plaintiffs, | ) **JUDGE MICHAEL M. BAYLSON** |
| | ) |
| -vs- | ) |
| | ) **ORDER GRANTING PLAINTIFFS'** |
| **THE HONORABLE JEFF SESSIONS**, | ) **UNOPPOSED MOTION FOR EXTENSION** |
| Attorney General, | ) **OF TIME TO FILE A REPLY TO** |
| | ) **DEFENDANT'S BRIEF IN SUPPORT OF** |
| Defendant. | ) **ITS MOTION FOR ENTRY OF** |
| | ) **JUDGMENT, TO AND INCLUDING JUNE** |
| | **9, 2017** |

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File a Reply to Defendant's Brief in Support of its Motion for Entry of Judgment, to and Including June 9, 2017, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Unopposed Motion for Extension of Time is **GRANTED**. Plaintiffs have to and including June 9, 2017, to file a Reply to Defendant's Brief in support of its Motion for Entry of Judgment

 

**HON. MICHAEL M. BAYLSON**