IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al. | ) CASE NO. 2:09-4607 |
| Plaintiffs, | ) JUDGE MICHAEL M. BAYLSON |
| -vs- | ) |
| THE HONORABLE JEFF SESSIONS, Attorney General, | ) **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO DEFENDANT'S BRIEF IN SUPPORT OF** |
| Defendant. | ) **ITS MOTION FOR ENTRY OF JUDGMENT, TO AND INCLUDING JUNE 9, 2017** |

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File a Reply to Defendant's Brief in Support of its Motion for Entry of Judgment, to and Including June 9, 2017, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Unopposed Motion for Extension of Time is **GRANTED**. Plaintiffs have to and including June 9, 2017, to file a Reply to Defendant's Brief in support of its Motion for Entry of Judgment

/S/ Michael M. Baylson
_____
HON. MICHAEL M. BAYLSON