## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITION, INC., et al<br><br>v.<br><br>HON. ERIC H. HOLDER, JR. | CIVIL ACTION<br><br>NO. 09-4607 |
|---|---|

## ORDER

**AND NOW**, this 12th day of September, 2017, in this important case concerning First Amendment issues, on remand from the Third Circuit Court of Appeals, the Court had set a briefing schedule and argument is scheduled for September 28, 2017.   In view of the complex history of this case, and the fact that additional time will be necessary after the oral argument to prepare and file an opinion addressing the issues remanded by the Third Circuit, it is hereby **ORDERED** that this case is placed in **SUSPENSE** as follows:

1. The case shall be transferred to the Civil Suspense File;

2. The Clerk of the Court shall mark this case closed for statistical purposes;

3. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court;

4. Counsel shall provide a written status report to the Court every six (6) months; and

5. The entry of this Order shall not prejudice the rights of the parties to this litigation..

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607 Order 09122017.docx