IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITION, INC., et al | CIVIL ACTION |
|---|---|
| v. | NO. 09-4607 |
| HON. ERIC H. HOLDER, JR. | DATE OF NOTICE:  September 25, 2017 |

## AMENDED NOTICE (NEW START TIME)

Please be advised that **ORAL ARGUMENT** on Motions for Judgment (ECF 243, 244) will be held **Thursday, September 28, 2017 at 1:30 p.m.**,* before the Honorable Michael M. Baylson in Courtroom 3A (3rd Floor), U.S. Courthouse, 601 Market Street, Philadelphia.

/s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

cc:  All Counsel via CM/ECF email notification

*originally scheduled to begin at 2:30 p.m.

O:\CIVIL 09\09-4607 Free Speech v. Holder\09cv4607 Oral Argument Notice (motions for judgment).doc