## FSC Formalizes Long-Standing Age Verification Practices

LOS ANGELES — The Free Speech Coalition formalized the industry's long-standing age-verification practices, which preceded the enactment of 18 U.S.C. § 2257, as a "Best Practices" policy for adult producers. If at some future date, 18 U.S.C. § 2257 and 18 U.S.C. § 2257A should not be in force and effect, this will reflect the Best Practice for the adult industry.

These policies do not replace 18 U.S.C. § 2257 and 18 U.S.C. § 2257A. Everyone should continue to comply with Section 2257 and/or 2257A, as applicable.

In [a statement on the Free Speech Coalition website](#) in April, Executive Director explained the industry's legal challenge to the 2257 regulations:

> *18 U.S.C. section 2257 was not designed to detect or deter child pornography, and it does not do so. The industry endorses and supports the already existing legal penalties for the production of child pornography. In addition to the fact that is unethical to contract with or film people under 18 years old, there is a mandatory 15-year minimum imprisonment for doing so.*
>
> *Child pornographers operate underground. These criminal enterprises don't comply with federal and international laws, let alone record-keeping regulations. The legal adult industry, on the other hand, is meticulous about establishing, verifying and recording the legal age of performers. While child pornography is the subtext of 2257, this regulation does nothing to affect those who produce it, but instead creates huge burdens for legal adult producers. ...*
>
> *This labyrinth of absurd rules are designed to be used against adult producers when traditional prosecutions are blocked by the First Amendment.*

The formalized Best Practice policy and accompanying age-verification form is available for members on the Free Speech Coalition website.