

FREE SPEECH COALITION
POLICY GOVERNING PROCEDURES FOR
VERIFYING AGES OF PERFORMERS
APPEARING IN SEXUALLY EXPLICIT EXPRESSION

The Free Speech Coalition, as a trade association representing and serving the adult entertainment industry, condemns the production and distribution of child pornography (*i.e.* child sexual abuse images) as immoral, unethical, and despicable. The use of minors in the production of sexually explicit expression constitutes a most serious form of child abuse; and the circulation of images of that abuse will continue to harm the victims of that abuse. The Free Speech Coalition thus endorses and supports the existing serious criminal penalties punishing the production, circulation, and possession of child pornography. It and its Members have long vigorously opposed child pornography in all of its forms; and it has routinely worked with law enforcement and detection programs to prevent and prosecute it.

For these and other reasons, the Members of the Free Speech Coalition have long followed a uniform policy of verifying that the performers appearing in sexually explicit expression are adults by examining each performer's photo identification document which records the performer's date of birth.

THE FREE SPEECH COALITION, THEREFORE, HEREBY PROMULGATES THE FOLLOWING POLICY GOVERNING THE PROCEDURES TO BE USED FOR VERIFYING THE AGES OF EACH AND EVERY PERFORMER APPEARING IN SEXUALLY EXPLICIT EXPRESSION:

Members of the Free Speech Coalition shall require the following age verification procedures. **The person who is directly responsible for initially producing any sexually explicit expression shall require each performer to produce at least one valid photo identification document to verify that the performer is an adult.** For each performer, one or more identification documents shall be inspected by the initial producer to determine the performer's date of birth, and an FSC-approved inspection record form shall be completed. Copies of each form and of all inspected identification documents shall be made and maintained for each production by the Member for at least seven years. Members shall, in connection with each production, also obtain a signed model release from each performer which shall include the performer's date of birth and identifying information, and Members shall maintain copies of the signed model releases for each production for at least seven years.

**If any potential performer does not produce a valid photo identification document verifying that the person is an adult, the initial producer shall not produce, record, or transmit any image of that person in any work or production containing visual depictions of actual or simulated sexually explicit conduct.**

Document ID302-1-101817
Free Speech Coalition, PO Box 10480, Canoga Park, CA 91309 – info@freespeechcoalition.com – (818) 348 - 9373



For the purposes of this policy:

"minor" means any person who is not at least eighteen years old (regardless of any applicable lower age for marriage or sexual activity); and "adult" means any person who is at least eighteen years old;

"sexually explicit conduct" means i) sexual intercourse, including genital-genital, oral-genital, anal-genital, and oral-anal, whether between persons of the same or opposite sex; ii) bestiality; iii) masturbation; iv) sadistic or masochistic abuse; or v) lascivious exhibition of the genitals of any person;

"sexually explicit expression" means any book, magazine, periodical, film, videotape, digital image, digitally- or computer-manipulated image of an actual human being, picture, or other matter, including but not limited to, a live transmission, which contains one or more visual depictions of actual or simulated sexually explicit conduct;

"photo identification document" means a card or other document, such as a driver's license, state issued identification card, or passport, issued by a government agency and containing the performer's photograph and date of birth;

"initially producing" means recording, by fixing in any tangible form or medium (including undeveloped photographic film, videotape, and digital image files) an image from a physical scene involving one or more actual human beings; "directly responsible for" means actually recording, or immediately and personally directing those who actually record, an image or images in the presence of the persons depicted; and "initial producer" means the single natural person who is directly responsible for initially producing; and

"Member" or "Members" means any member of the Free Speech Coalition by or for whom relevant visual depictions of actual or simulated sexually explicit conduct are initially produced.

###

Document ID302-1-101817
Free Speech Coalition, PO Box 10480, Canoga Park, CA 91309 – info@freespeechcoalition.com – (818) 348 - 9373