# Performer Age Verification Inspection Record

Document ID301-2

Page 1 of 2



This form is to assist FSC Members in complying with FSC's Policy governing procedures for verifying ages of performers appearing in sexually explicit expression. (see FSC Member Area - Best Practices)
This form must be filled out for each performer for each adult production and kept for seven years in confidence.

**Section I – Performer** *(to be completed by the Performer)*

Performer Legal Name *(please print clearly)*

| First Name | Middle Name | Last Name |
|---|---|---|
| | | |

| Date of Birth *(crossreference IPD)* | Sex<br>☐ Female   ☐ Male<br>☐ Nonbinary | Performer Name *(optional)* |
|---|---|---|

| Height | Weight | Eye Color | Hair Color | Comments *(optional)* |
|---|---|---|---|---|

**Section II – Identification Document** *(to be completed by the Initial Producer)*

| Government of Issue | Issue Date | Government Issued Picture ID |
|---|---|---|
| | | ☐ Drivers License |
| | | ☐ Passport |
| Document Identification Number | Expiration Date | ☐ Permanent Resident Card |
| | | ☐ Military ID |
| | | ☐ Other _____ |

**Section III – Production** *(to be completed by the Initial Producer)*

Initial Producer Legal Name *(please print clearly)*

| First Name | Middle Name | Last Name |
|---|---|---|

| Working Title or Scene Identifier | Initial Production Date *(crossreference DOB)* |
|---|---|

*I certify that the foregoing information (Section I) concerning me is true, correct, and complete. I further certify that I have provided the identification document described above (Section II) and that it was lawfully obtained by me and that it properly identifies me and no one else.*

**Performer Signature**                                                                 Date

*I certify that I have personally examined the identification document described above (Section II) and that it reasonably appears to be genuine and that I do, in fact, believe it to be genuine. I further certify that I have examined the information contained on the identification document and that it matches the data recorded in Section I of this form. I further certify that I have examined the date of birth recorded on the document and that that date is at least eighteen years prior to the initial production date. I further certify that the initial production date specifed above (Section III) is true and correct.*

**Initial Producer Signature**                                                          Date

For Office Use Only
Final Title                                                                             Other Filing or Tracking Identifier

Document ID301-2-101817 – Free Speech Coalition – PO Box 10480, Canoga Park, CA 91309 – info@freespeechcoalition.com – (818) 348 - 9373

# Performer Age Verification Inspection Record

Document ID301-2

Page 2 of 2

**FSC — Free Speech Coalition**

**Instructions for Performer Age Verification Inspection Record—Form FSC ID301-2**

For **each performer** appearing in **each production**, the initial producer is responsible for:

Inspecting at least one of the performer's identification documents, containing the performer's photograph and date of birth, and calculating the performer's age as of the initial production date; and

Making and preserving a legible copy of the inspected identification document; and

Making sure that this form is properly prepared and signed by the performer and the initial producer; and

Making sure that the appropriate release, containing the performer's date of birth and identifying information, is properly signed; and

Making sure that the signed release, this form, and the copy of the identification document are forwarded to the person or company responsible for the production.

**This form should be completed on or before the initial date of production of any visual depiction of actual or simulated sexually explicit conduct involving the performer.**

**Section I** should be completed by the performer. Others may assist the performer in completing Section I, but it is essential that the performer personally certify this form by signing it in the space provided.

The performer's Legal Name, including any middle name or initial, should be shown exactly as it appears on the identification document.

The performer's Date of Birth and all other descriptive information should be shown exactly as it appears on the identification document. The Comments area may be used to note any physical differences, such as hair color, or any change in legal name, such as a married name, not reflected on the identification document.

The optional Performer Name may identify the performer by role played in the production or other unique description.

**Section II** should be completed by the initial producer upon inspecting the performer's identification document. Others may assist the initial producer in completing Section II, but it is essential that the initial producer 1) compare a) the photograph with the performer and b) the date of birth with the initial production date and 2) personally certify this form by signing it in the space provided.

The information concerning the Government of Issue, Document Identification Number, Issue Date and Expiration Date should be shown exactly as they appear on the identification document.

The type of Government Issued Picture ID should be checked, and any description shown for Other must be accurate and detailed.

**Section III** should be completed by the Initial Producer.

The printed Initial Producer's Name should reflect the name commonly used in business dealings and should match the name used in the certifying signature.

The Working Title or Scene Identifier shown should enable subsequent editors and record keepers to associate the scene or scenes involving the performer with others which may be produced on the same set during the same day.

The Initial Production Date must reflect the earliest date on which visual depictions of the performer were made in connection with the work or production.

The **Certifications** must be signed by the performer and the initial producer respectively, taking care that each and every one of the specified certifications is true.

The space for **Office Use Only** is provided for filing information and to correlate the Working Title or Scene Identifier with a published title or other identifier used for record keeping purposes.

Document ID301-2-101817 – Free Speech Coalition – PO Box 10480, Canoga Park, CA 91309 – info@freespeechcoalition.com – (818) 348 - 9373