IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) [proposed] ORDER |
| JEFFERSON B. SESSIONS, III, Attorney General, | ) |
| Defendant. | ) |

Upon consideration of Defendant's Motion for an Extension of Time, and for good cause shown, the Court hereby GRANTS Defendant's motion and ORDERS that Defendant's deadline to submit the filing authorized under the Court's Order of November 2, 2017, is hereby extended up to and including January 5, 2018.

IT IS SO ORDERED.

11/27/17

BY THE COURT:

_____
The Honorable Michael M. Baylson
United States District Judge