IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) </br> ) </br> ) |
| Plaintiffs, | ) </br> ) Civil Action No. 2:09-4607 |
| v. | ) </br> ) Judge Michael M. Baylson |
| JEFFERSON B. SESSIONS, III, </br>   Attorney General, | ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

## DECLARATION OF SSA JACKIE DOUGHER

I, Jackie Dougher, declare as follows:

1. I am a Supervisory Special Agent (SSA) in the Violent Crimes Against Children Section of the Federal Bureau of Investigation (FBI). I have been a Special Agent (SA) with the FBI since October 14, 1997. I began investigating child exploitation offenses in 2001. I am currently assigned as the FBI liaison to the National Center for Missing and Exploited Children (NCMEC) in Alexandria, Virginia. In that capacity, I review Cybertips submitted to the NCMEC and the leads resulting from such tips which are sent to the FBI Field Offices, and other federal, state, local and international law enforcement agencies. The statements made below are based on my personal knowledge and information obtained by me in my official capacity.

2. As the NCMEC rep I review CyberTipline reports and the resulting leads generated from these Cypertips which are sent to the FBI field offices, other federal state

and local law enforcement agencies, state and local law enforcement. The vast majority of CyberTipline reports that I review concern suspected child pornography. I review CyperTipline reports to determine if further investigation is warranted and what law enforcement entity is most appropriate to handle the investigation.

3. Based on my experience reviewing CyberTips and investigating child pornography, I know that child pornography can be found on a wide variety of platforms across the open internet, including commercial websites; video and image sharing sites; social media platforms including Facebook, Twitter, and Craigslist; mobile applications; web-cam sites; gaming platforms; and email. The images I see in CyberTips of suspected child pornography involve children of any age, from very young children to older individuals where it may be difficult to determine whether they are minors or adults. While offenders also access child pornography on hidden services on the dark net, child pornography remains extensively available on the open internet.

4. In my experience, the FBI and other federal, state, local, and international law enforcement entities have consistently made investigating child pornography cases a priority. Such efforts to enforce the criminal prohibitions on child pornography have not eliminated the sexual abuse of children through child pornography production and distribution on the Internet. Due to the volume of child pornography distributed over the Internet, the FBI must prioritize its investigations and is less likely to investigate cases involving images where it is difficult to determine if the person in the image is a child or an adult.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 4, 2018
[city] Alexandria, Virginia

_____
Jacqueline Dougher