IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITION, INC., et al<br><br>v.<br><br>HON. JEFFERSON B. SESSIONS, III | CIVIL ACTION<br><br>NO. 09-4607 |
|---|---|

## ORDER

**AND NOW** this 21st day of May, 2018, for the reasons stated in the foregoing Memorandum, the parties shall submit agreed upon language to effectuate the Court's holdings, if by agreement, within 14 days, which may be extended upon request. If the parties cannot agree, then each side should submit their proposed language within 21 days.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 09\09-4607 Free Speech v. Holder\09cv4607 Order for Memorandum May 2018.docx