IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| Plaintiffs, | ) Judge Michael M. Baylson |
| v. | ) [proposed] ORDER |
| JEFFERSON B. SESSIONS, III, Attorney General, | ) |
| Defendant. | ) |

Upon consideration of Defendant's Motion for an Extension of Time, and for good cause shown, the Court hereby GRANTS Defendant's motion and ORDERS that the deadlines set forth in the Court's Order of May 21, 2018, for the parties to submit agreed upon language to effectuate the Court's holdings be extended as follows: The parties shall submit agreed upon language to effectuate the Court's holdings, if by agreement, on or before July 2, 2018. If the parties cannot agree, then each side should submit their proposed language on or before July 9, 2018.

IT IS SO ORDERED.

BY THE COURT:

_____
The Honorable Michael M. Baylson
United States District Judge