IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) Civil Action No. 2:09-4607 |
| | ) |
| Plaintiffs, | ) Judge Michael M. Baylson |
| | ) |
| v. | ) |
| | ) [proposed] ORDER |
| JEFFERSON B. SESSIONS, III, | ) |
| Attorney General, | ) |
| | ) |
| Defendant. | ) |

FILED

MAY 31 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

Upon consideration of Defendant's Motion for an Extension of Time, and for good cause

shown, the Court hereby GRANTS Defendant's motion and ORDERS that the deadlines set forth

in the Court's Order of May 21, 2018, for the parties to submit agreed upon language to effectuate

the Court's holdings be extended as follows: The parties shall submit agreed upon language to

effectuate the Court's holdings, if by agreement, on or before July 2, 2018. If the parties cannot

agree, then each side should submit their proposed language on or before July 9, 2018.

IT IS SO ORDERED.

Date: 5/31/18

BY THE COURT:

The Honorable Michael M. Baylson
United States District Judge

ENTD MAY 31 2018