# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC., et al. | CIVIL ACTION |
| | JUDGE MICHAEL M. BAYLSON |
| Plaintiffs, | |
| v. | NO. 2:09-4607 |
| HON. JEFFERSON B. SESSIONS, III | **PLAINTIFFS' SUBMISSION OF THEIR PROPOSED FINAL JUDGMENT ENTRY** |
| Defendant. | |

In accordance with the Court's Order of May 31, 2018, the parties having not reached an agreement on the language of a proposed Final Judgment, plaintiffs hereby submit, attached hereto, their Proposed Final Judgement Entry.

Plaintiffs also note that the Supreme Court's recent decision in *National Institute of Family and Life Advocates v. Beceria*, No. 16-1140 (U.S. Sup. Ct., June 28, 2018) provides further support for plaintiffs' argument that the labeling requirements of 18 U.S.C. §§ 2257 (e)(1), (e)(2); 2257A (e)(1), (e)(2), and 28 C.F.R. §§ 75.6 and 75.8 are unconstitutional under the First Amendment.

Respectfully submitted,

July 6, 2018

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio 44113-1949
(216) 781-5245 / (216) 781-8207 (Facsimile)

KEVIN E. RAPHAEL (72673)
KER@Pietragallo.com
J. PETER SHINDEL, JR. (201554)
JPS@Pietragallo.com
PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
(215) 320-6200 / (215) 981-0082 (Facsimile)

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER (0019642)
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
 & RASPANTI, LLP

Attorneys for Plaintiffs