IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREE SPEECH COALITION, INC. et al., | ) <br> ) Civil Action No. 2:09-4607 <br> ) |
| Plaintiffs, | ) Judge Michael M. Baylson <br> ) |
| v. | ) <br> ) |
| JEFFERSON B. SESSIONS, III,<br>    Attorney General, | ) <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendant Jefferson B. Sessions, III, in his official capacity as Attorney General, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Final Judgment and Decree filed and entered August 3, 2018 (Dkt. No. 279).

Dated this 1st day of October, 2018.                Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM M. MCSWAIN
United States Attorney
JOHN R. TYLER
Assistant Director, Federal Programs Branch

/s/ Kathryn L. Wyer
NATHAN M. SWINTON
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing document has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that the foregoing document was served via ECF on counsel of record for plaintiffs in the above-captioned case.

Dated: October 1, 2018        /s/
                 Kathryn L. Wyer