# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | ) CASE NO. 2:09-4607 |
| | ) |
| Plaintiffs, | ) **JUDGE MICHAEL M. BAYLSON** |
| | ) |
| -vs- | ) **NOTICE OF APPEAL** |
| | ) |
| **HON. JEFFERSON B. SESSIONS, III** | ) |
| Attorney General, | ) |
| | ) |
| Defendant. | ) |

Notice is hereby given that Plaintiffs Free Speech Coalition, Inc.; American Society of Media Photographers, Inc.; Thomas Hymes; Townsend Enterprises, Inc. d.b.a. Sinclair Institute; Barbara Alper; Carol Queen; Barbara Nitke; David Steinberg; Marie L. Levine a.k.a. Nina Hartley; Dave Levingston; Betty Dodson; and Carlin Ross, hereby appeal to the United States Court of Appeals for the Third Circuit, from the Court's Final Judgment and Decree entered in this action on August 3, 2018 (Doc. 279), and from any and all orders made final by the aforementioned judgment.

Date: October 2, 2018   /s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio  44113-1949
Telephone: (216) 781-5245 / Fax:  (216) 781-8207

KEVIN E. RAPHAEL (72673)
KER@Pietragallo.com
J. PETER SHINDEL, JR. (201554)
JPS@Pietragallo.com
PIETRAGALLO GORDON ALFANO BOSICK
  & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Telephone: (215) 320-6200 / Fax: (215) 981-0082

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The foregoing Notice of Appeal was filed electronically on October 2, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
   & RASPANTI, LLP

Attorneys for Plaintiffs