UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 18-3188 & 18-3189
_____

FREE SPEECH COALITION, INC.; AMERICAN SOCIETY OF MEDIA
PHOTOGRAPHERS, INC.; THOMAS HYMES; TOWNSEND ENTERPRISES, INC.,
DBA Sinclair Institute; BARBARA ALPER; CAROL QUEEN; BARBARA NITKE;
DAVID STEINBERG; MARIE L. LEVINE, a/k/a Nina Hartley; DAVE LEVINGSTON;
BETTY DODSON; CARLIN ROSS,
Appellants in No. 18-3189

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA,
Appellant in No. 18-3188
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-09-cv-04607)
District Judge: Honorable Michael M. Baylson
_____

Argued September 12, 2019

Before: CHAGARES, JORDAN, and RESTREPO, <u>Circuit</u> <u>Judges</u>
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court

for the Eastern District of Pennsylvania and was argued on September 12, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the Order of the District Court entered on August 6, 2018, is AFFIRMED IN

PART, REVERSED IN PART, VACATED IN PART, and REMANDED.  The parties shall bear their own costs.  All of the above in accordance with the Opinion of this Court.

          ATTEST:

          s/ Patricia S. Dodszuweit
          Clerk

Dated:  September 1, 2020

**Certified as a true copy and issued in lieu of a formal mandate on**   11/04/2020

**Teste:** *(signature)*
**Clerk, U.S. Court of Appeals for the Third Circuit**