# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITION, INC., et al.** | ) CASE NO.  2:09-4607 |
| | ) |
| Plaintiffs, | ) **JUDGE MICHAEL M. BAYLSON** |
| | ) |
| -vs- | ) |
| | ) |
| **HON. JEFFREY A. ROSEN** | ) **SUGGESTION OF DEATH OF PLAINTIFF** |
| Acting Attorney General, | ) **BETTY DODSON** |
| | ) |
| Defendant. | ) |

Notice is hereby given that Plaintiff Betty Dodson died on October 31, 2020 at the age of 91.

Date: December 29, 2020

     /s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
LORRAINE R. BAUMGARDNER (0019642)
lbaumgardner@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DeVAN
55 Public Square, Suite 2200
Cleveland, Ohio  44113-1949
Telephone: (216) 781-5245 / Fax:  (216) 781-8207

KEVIN E. RAPHAEL (72673)
KER@Pietragallo.com
J. PETER SHINDEL, JR. (201554)
JPS@Pietragallo.com
PIETRAGALLO GORDON ALFANO BOSICK
  & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, Pennsylvania 19103
Telephone: (215) 320-6200 / Fax: (215) 981-0082

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
LORRAINE R. BAUMGARDNER
BERKMAN, GORDON, MURRAY & DeVAN

KEVIN E. RAPHAEL (72673)
J. PETER SHINDEL, JR. (201554)
PIETRAGALLO GORDON ALFANO BOSICK
   & RASPANTI, LLP

Attorneys for Plaintiffs