# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREE SPEECH COALITON, INC. et al.**<br><br>**v.**<br><br>**THE HONORABLE ERIC H. HOLDER, JR.**, *in his official capacity as Attorney General of the United States* | **CIVIL ACTION**<br><br>**NO. 09-4607**<br><br>**DATE OF NOTICE: June 11, 2021** |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re status will be held on **Thursday, July 1, 2021 at 4:00 p.m**. with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

/s/ Amanda Frazier

Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607 telecon notice 7.1.doc