**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FREE SPEECH COALITON, INC. et al.** | **CIVIL ACTION** |
| **v.** | **NO.  09-4607** |
| **THE HONORABLE ERIC H. HOLDER, JR.**, *in his official capacity as Attorney General of the United States* | **DATE OF NOTICE: July 1, 2021** |

## NOTICE

Please be advised that a **TELEPHONE CONFERENCE** re status will be held on

**Tuesday, August 3, 2021 at 2:30 p.m**. with the Honorable Michael M. Baylson.  Counsel for

Plaintiff will initiate the telephone conference and when all counsel are on the line, call

Chambers at 267-299-7520.

/s/ Amanda Frazier

_____

Amanda Frazier
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 09\09-4607 Free Speech v. Holder\09-4607 TC Notice .doc