IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FREE SPEECH COALITION, INC., et al  v.  HON. ERIC H. HOLDER, JR. | CIVIL ACTION  NO. 09-4607 |
|---|---|

## ORDER

**AND NOW** this 3rd day of August, 2021, following an unrecorded telephone call with counsel on this day, August 3, 2021, the Court hereby **ORDERS** each party to bear its own costs.  The Clerk of Court shall close the case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Court Judge**

o:\civil 09\09-4607 free speech v. holder\20210803 order.docx